1  Benjamin K. Riley (State Bar No. 112007)
   **HOWREY LLP**
2  525 Market Street, Suite 3600
   San Francisco, CA 94105
3  Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999
   Email: rileyb@howrey.com
5
6  John G. Froemming *(Pro Hac Vice Application to be Filed)*
   Susan M. Kayser *(Pro Hac Vice Application to be Filed)*
7  Jessica D. Bradley *(Pro Hac Vice Application to be Filed)*
   **HOWREY LLP**
8  1299 Pennsylvania Ave., N.W.
   Washington, DC 20004-2402
9  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
10 Email: froemmingj@howrey.com
11 Email: kaysers@howrey.com
   Email: bradleyj@howrey.com
12
   Attorneys for Defendants
13 ABERCROMBIE & FITCH TRADING CO.

14
                     **UNITED STATES DISTRICT COURT**
15
                     **NORTHERN DISTRICT OF CALIFORNIA**
16

17                                              ) CASE NO. CV-07-3752
                                                )
18 LEVI STRAUSS & CO.                           ) **APPLICATION FOR**
                                                ) **ADMISSION OF ATTORNEY**
19          Plaintiff(s),                       ) *PRO HAC VICE*
                                                )
20                                              )
21    vs.                                       )
                                                )
                                                )
22                                              )
   ABERCROMBIE & FITCH TRADING CO.              )
23                                              )
           Defendant(s).                        )
24
25 _____

26      Pursuant to Civil L.R. 11-3, <u>Susan M. Kayser</u>, an active member in good standing of the bar of

27 District of Columbia (Bar No. 444423) and the following United States District Courts: Northern

28

HOWREY LLP

Case No. CV-07-3752
APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

DM_US:20632387_1

*Filed*
AUG 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

District of Illinois (1999); District of Columbia (1995); and Eastern District of Virginia (1994), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing <u>ABERCROMBIE & FITCH TRADING CO.</u> in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Benjamin K. Riley, Esq.

HOWREY LLP

525 Market Street, Suite 3600

San Francisco, CA 94105-2708

(415) 848-4900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2007



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SUSAN M. KAYSER

was on the  2nd  day of  December, 1994  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 21, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk