1  Benjamin K. Riley (State Bar No. 112007)
   **HOWREY LLP**
2  525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999
   Email: rileyb@howrey.com
5

6  John G. Froemming *(Pro Hac Vice Application to be Filed)*
   Susan M. Kayser *(Pro Hac Vice Application to be Filed)*
7  Jessica D. Bradley *(Pro Hac Vice Application to be Filed)*
   **HOWREY LLP**
8  1299 Pennsylvania Ave., N.W.
   Washington, DC 20004-2402
9  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
10 Email: froemmingj@howrey.com
   Email: kaysers@howrey.com
11 Email: bradleyj@howrey.com
12
   Attorneys for Defendant
13 ABERCROMBIE & FITCH TRADING CO.

14                    **UNITED STATES DISTRICT COURT**
15                    **NORTHERN DISTRICT OF CALIFORNIA**
16
17 LEVI STRAUSS & CO.                        ) **CASE NO. C 07 3752**
18                                           )
           Plaintiff,                        )
19                                           ) **APPLICATION FOR**
      vs.                                    ) **ADMISSION OF ATTORNEY**
20                                           ) *PRO HAC VICE*
21                                           )
   ABERCROMBIE & FITCH TRADING CO.           )
22                                           )
           Defendant.                        )
23                                           )

24
25        Pursuant to Civil L.R. 11-3, John G. Froemming, an active member in good standing of the bar
26 of District of Columbia (Bar No. 412564) and the following United States District Courts: District of
27 Columbia (1988); Eastern District of Virginia (1989); Court of Appeals (1991); District of Maryland
28 (1995) and District of Colorado (2002), hereby applies for admission to practice in the Northern

HOWREY LLP

Case No. CV-07-3752
APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

1  District of California on a pro hac vice basis representing ABERCROMBIE & FITCH TRADING CO.
2  in the above-entitled action.
3      In support of this application, I certify on oath that:
4      1.  I am an active member in good standing of a United States Court or of the highest court
5          of another State or the District of Columbia, as indicated above;
6      2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
7          11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
8          familiar with the Local Rules and the Alternative Dispute Resolution programs of this
9          Court; and,
10     3.  An attorney who is a member of the bar of this Court in good standing and who
11         maintains an office within the State of California has been designated as co-counsel in
12         the above-entitled action. The name, address and telephone number of that attorney is:
13     Benjamin Riley
       Howrey LLP
14     525 Market Street, Suite 3600
       San Francisco, CA 94105-2708
15     415-848-4900

18  I declare under penalty of perjury that the foregoing is true and correct.

20  Dated: _Aug 21, 2007_                    _/s/ John G. Froemming_
                                             John G. Froemming

HOWREY LLP

Case No. CV-07-3752                          -2-
APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN G. FROEMMING

was on the 15th day of January, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 21, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk