| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| TOWNSEND, TOWNSEND & CREW, LLP<br>ATTORNEYS AT LAW<br>GIA L. CINCONE - SBN # 141668<br>TWO EMBARCADERO CENTER, 8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>TELEPHONE NO. (415) 576-0200   FAX NO.*(Optional)* (415) 576-0300<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: LEVI STRAUSS & CO. | |
| COURT NAME: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 2500 TULARE STREET<br>MAILING ADDRESS: 2500 TULARE STREET<br>CITY AND ZIP CODE: FRESNO, CA 93721<br>BRANCH NAME: FRESNO | |
| PLAINTIFF/PETITIONER: LEVI STRAUSS & CO.<br>DEFENDANT/RESPONDENT: ABERCROMBIE & FITCH TRADING | CASE NUMBER:<br>C073752PVT |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0C267910-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      ABERCROMBIE & FITCH TRADING CO.

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      DANTE BRUNETTO, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served: 6301 FITCH PATH
                                        NEW ALBANY, OH 43054

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: August 1, 2007  (2) at *(time)*: 03:35 pm
   b. ☐ **by substituted service:** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]
**PROOF OF SERVICE SUMMONS**
Code of Civil Procedure, § 417.10
Client File # STRAUSS V. ABERCROMBIE
313/0C267910-01

| PLAINTIFF/PETITIONER: LEVI STRAUSS & CO. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ABERCROMBIE & FITCH TRADING | C073752PVT |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

   (1) on *(date)*:                                                  (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                         ☐ other:

7. **Person who served papers**
   a. Name:                STEVEN FRENCH
   b. Address:             741 N. FULTON STREET, FRESNO, CA, 93728
   c. Telephone number:    (559) 233-1475
   d. The fee for service was: $    210.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ Owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:   August 2, 2007

STEVEN FRENCH
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                *[signature: Steven French]*
                                                                       (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE SUMMONS**

Page 2 of 2
Code of Civil Procedure, § 417.10

Client File # STRAUSS V. ABERCROMBIE

313/0C267910-01