1  Benjamin K. Riley (State Bar No. 112007)
   **HOWREY LLP**
2  525 Market Street, Suite 3600
   San Francisco, CA 94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4  Email: rileyb@howrey.com

5  John G. Froemming *(Pro Hac Vice Application to be Filed)*
   Susan M. Kayser *(Pro Hac Vice Application to be Filed)*
6  Jessica D. Bradley *(Pro Hac Vice Application to be Filed)*
   **HOWREY LLP**
7  1299 Pennsylvania Ave., N.W.
   Washington, DC 20004-2402
8  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
9  Email: froemmingj@howrey.com
   Email: kaysers@howrey.com
10 Email: bradleyj@howrey.com

11

12 Attorneys for Defendants
   ABERCROMBIE & FITCH TRADING CO.

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17 LEVI STRAUSS & CO.,                ) CASE NO. C 07 3752
                                      )
18          Plaintiff,                )
                                      )
19     vs.                            ) **ORDER GRANTING APPLICATION**
                                      ) **FOR ADMISSION OF ATTORNEY**
20 ABERCROMBIE & FITCH TRADING CO.,   ) ***PRO HAC VICE***
          Defendant.                  )
21                                    )

22       Jessica D. Bradley, an active member in good standing of the bar of District of Columbia (Bar

23 No. 500194) and Virginia State Bar (Bar No. 70830), (particular court to which applicant is admitted)

24 whose business address and telephone number is Howrey LLP, 1299 Pennsylvania Avenue, N.W.,

25 Washington, DC 20004, (202) 783-0800, having applied in the above-entitled action for admission to

26 practice in the Northern District of California on *a pro hac vice* basis, representing ABERCROMBIE

27 & FITCH TRADING CO.

28

HOWREY LLP

CASE NO. CV-07-3752
ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

DM_US:20632391_1

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3   Service of papers upon and communication with co-counsel designated in the application will
4   constitute notice to the party. All future filings in this action are subject to the requirements contained
5   in General Order No. 45, *Electronic Case Filing*.

6   Dated: _____8/23/07_____        _____/s/ Patricia V. Trumbull_____
7                                    United States Judge Patricia V. Trumbull

HOWREY LLP

CASE NO. CV-07-3752
ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

-2-

DM_US:20632391_1