

1  Benjamin K. Riley (State Bar No. 112007)
   **HOWREY LLP**
2  525 Market Street, Suite 3600
   San Francisco, CA  94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4  Email: rileyb@howrey.com

5  John G. Froemming *(Pro Hac Vice Application to be Filed)*
   Susan M. Kayser *(Pro Hac Vice Application to be Filed)*
6  Jessica D. Bradley *(Pro Hac Vice Application to be Filed)*
   **HOWREY LLP**
7  1299 Pennsylvania Ave., N.W.
   Washington, DC  20004-2402
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9  Email: froemmingj@howrey.com
   Email: kaysers@howrey.com
10 Email: bradleyj@howrey.com

11 Attorneys for Defendant
   ABERCROMBIE & FITCH TRADING CO.
12

**FILED**

**AUG 2 4 2007**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

**RECEIVED**

AUG 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

13          **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15

16 LEVI STRAUSS & CO.                    )  **CASE N0.  C 07 3752**
                                         )
17          Plaintiff,                   )
                                         )  **ORDER GRANTING APPLICATION**
18     vs.                               )  **FOR ADMISSION OF ATTORNEY**
                                         )  *PRO HAC VICE*
19 ABERCROMBIE & FITCH TRADING CO.,      )
          Defendant.                     )
20                                       )

21       John G. Froemming, an active member in good standing of the bar of District of Columbia (Bar

22 No. 412564) and the following United States District Courts: District of Columbia (1988); Eastern

23 District of Virginia (1989); Court of Appeals (1991); District of Maryland (1995) and District of

24 Colorado (2002) and whose business address and telephone number is Howrey LLP, 1299

25 Pennsylvania Avenue, N.W., Washington, DC  20004, (202) 783-0800, having applied in the above-

26 entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis,

27 representing ABERCROMBIE & FITCH TRADING CO.

28

1      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.

3   Service of papers upon and communication with co-counsel designated in the application will

4   constitute notice to the party.  All future filings in this action are subject to the requirements contained

5   in General Order No. 45, *Electronic Case Filing*.

6   Dated: _____ 8/23/07 _____

7                                               United States Judge Patricia V. Trumbull

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28