1 | Benjamin K. Riley (State Bar No. 112007)
HOWREY LLP
2 | 525 Market Street, Suite 3600
San Francisco, CA 94105
3 | Telephone: (415) 848-4900
Facsimile: (415) 848-4999
4 | Email: rileyb@howrey.com

5 | John G. Froemming *(Pro Hac Vice Application to be Filed)*
Susan M. Kayser *(Pro Hac Vice Application to be Filed)*
6 | Jessica D. Bradley *(Pro Hac Vice Application to be Filed)*
HOWREY LLP
7 | 1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2402
8 | Telephone: (202) 783-0800
Facsimile: (202) 383-6610
9 | Email: froemmingj@howrey.com
Email: kaysers@howrey.com
10 | Email: bradleyj@howrey.com

11 | Attorneys for Defendants
ABERCROMBIE & FITCH TRADING CO.

FILED
AUG 24 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
AUG 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br>　　　　Plaintiff,<br>vs.<br>ABERCROMBIE & FITCH TRADING CO.,<br>　　　　Defendant. | CASE NO. CV-07-3752<br><br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Susan M. Kayser, an active member in good standing of the bar of District of Columbia (Bar No. 444423); and the following United States District Courts: Northern District of Illinois (1999); District of Columbia (1995); and Eastern District of Virginia (1994) and whose business address and telephone number is Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, DC 20004, (202) 783-0800, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing ABERCROMBIE & FITCH TRADING CO.

HOWREY LLP

Case No. CV-07-3752
ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

DM_US:20632388_1

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/23/07

_____
United States Judge Patricia V. Trumbull