# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **LEVI STRAUSS AND COMPANY,** | **C 07-3752 PVT** |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **ABERCROMBIE & FITCH TRADING COMPANY,** | |
| Defendant(s). | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: September 12, 2007        RICHARD W. WIEKING,
                                 Clerk of Court

                                 /s/ Corinne Lew
                                 _____
                                 By: Corinne Lew
                                 Deputy Clerk