UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. | Case No.   C 07-3752 JSW <br><br><br> **[PROPOSED] ORDER** |

Having considered the briefs and evidence submitted in connection with the motion of plaintiff Levi Strauss & Co. to disqualify Howrey LLP as counsel for defendant Abercrombie & Fitch Trading Co., and having heard argument on the motion, the Court hereby GRANTS the motion.

Accordingly, IT IS HEREBY ORDERED that the law firm of Howrey LLP and all attorneys affiliated with the firm are disqualified from serving as counsel of record or otherwise representing defendant Abercrombie & Fitch Trading Co. in this action or in any matters related to this action, and are prohibited from communicating or forwarding any of their work product created in the course of this action or in any matters related to this action to defendant Abercrombie & Fitch Trading Co. or to counsel subsequently retained by defendant Abercrombie & Fitch Trading Co. to represent it in this action or in any matters related to this action.

Dated: _____        _____
                                        Honorable Jeffrey S. White
                                        United States District Judge