1  Benjamin K. Riley (State Bar No. 112007)
   **HOWREY LLP**
2  525 Market Street, Suite 3600
   San Francisco, CA  94105
3  Telephone:  (415) 848-4900
   Facsimile:  (415) 848-4999
4  Email:  rileyb@howrey.com

5  John G. Froemming *(Admitted Pro Hac Vice)*
   Susan M. Kayser *(Admitted Pro Hac Vice)*
6  Jessica Bradley *(Admitted Pro Hac Vice)*
   **HOWREY LLP**
7  1299 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
8  Telephone:  (202) 783-0800
   Facsimile:  (202) 383-6610
9  Email:  froemmingj@howrey.com, kaysers@howrey.com, bradleyj@howrey.com

10 Attorneys for the Defendant
   ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV-07-3752 (JSW) |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant. | |

Case No. CV-07-3752 (JSW)
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**HOWREY LLP**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in the controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Abercrombie & Fitch Co., parent company of Abercrombie & Fitch Trading Co.

7  Dated: October 2, 2007                    Respectfully submitted,

8                                            **HOWREY LLP**

10                                           By:  _/s/ Susan M. Kayser_
                                                  Susan M. Kayser

12                                           Attorney for Defendant
                                             ABERCROMBIE & FITCH TRADING CO.

Case No. CV-07-3752 (JSW)                     2
CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS