1  Benjamin Riley (SBN 112007)
   E-mail: RileyB@howrey.com
2  **HOWREY LLP**
   525 Market Street, Suite 3600
3  San Francisco, CA 94105-2708
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  David G. Meyer (SBN: 116591)
   E-mail: MeyerD@Howrey.com
6  Stephanie M. Byerly (SBN 199223)
   E-mail: ByerlyS@Howrey.com
7  **HOWREY LLP**
   550 South Hope Street, Suite 1100
8  Los Angeles, CA 90071
   Telephone: (213) 892-1800
9  Facsimile: (213) 892-2300

10 Attorneys for Defendant
   Abercrombie & Fitch Trading Co.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>vs.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>Defendant. | Case No. C 07-3752 JSW<br><br>**ABERCROMBIE & FITCH TRADING CO.'S AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO MOTION TO DISQUALIFY**<br><br>Date:    October 26, 2007<br>Time:    9:00 a.m.<br>Ctrm:    Courtroom 2<br>Judge:   Hon. Jeffrey S. White |

## APPENDIX OF SLIP OPINION

Attached hereto as **Attachment 1** is the slip opinion in *Nichols Institute Diagnostics, Inc. v. Scantibodies Clinical Lab., Inc.*, No. 02CV0046-B, slip. op. at 7 (S.D. Cal. Mar. 21, 2002).

Dated: October 5, 2007

Respectfully submitted,

HOWREY LLP
DAVID M. MEYER
STEPHANIE M. BYERLY

By: _____/S/Stephanie M. Byerly_____
Stephanie M. Byerly
Attorneys for Defendant Abercrombie & Fitch
Trading Co.HOWREY LLP

The electronic filer hereby attests that the individual whose name appears above has signed this document. *See* General Order 45, Section X.

HOWREY LLP

CASE NO. 07-cv-03752-JSW