Benjamin Riley (SBN 112007)
E-mail: RileyB@howrey.com
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David G. Meyer (SBN: 116591)
E-mail: Meyerd@howrey.com
Stephanie M. Byerly (SBN: 199223)
E-mail: Byerlys@howrey.com
**HOWREY LLP**
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

Attorneys for Defendant
Abercrombie & Fitch Trading Co.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| LEVI STRAUSS & CO, | Case No. 07-cv-03752-JSW |
| Plaintiff, | **DECLARATION OF REID M. WILSON IN SUPPORT OF ABERCROMBIE & FITCH'S OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO DISQUALIFY HOWREY LLP** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant. | Date :   October 26, 2007<br>Time :   9:00 a.m.<br>Place :  Courtroom 2<br>Judge :  Honorable Jeffrey S. White |

HOWREY LLP

DECLARATION OF REID M. WILSON
CASE NO. 07-CV-03752-JSW

DM_US:20802965_1

## DECLARATION OF REID M. WILSON

I, REID M. WILSON, state and declare as follows:

1. I am the Senior Director, Intellectual Property Counsel, for Abercrbomie & Fitch Trading Co. ("A&F"). I make this declaration based on facts known to me upon personal knowledge and, if called as a witness and sworn, I could and would testify competently thereto.

2. I have worked in house at A&F as Trademark Counsel since June 2005, and was promoted to Senior Director, Intellectual Property Counsel in November 2006. I handle all trademark matters internally and supervise outside counsel on trademark prosecution and brand protection matters throughout the United States and other regions outside the United States. I have worked in this capacity for A&F since June 2005.

3. In March, 2005, A&F retained John Froemming at Howrey LLP to handle a trademark enforcement matter. Since approximately July 2005, Howrey has exclusively handled all of A&F's trademark prosecution and brand enforcement matters on a world-wide basis, and matters previously handled by other outside law firms were transferred to Howrey.

4. On December 1, 2005, I contacted Michelle Renne at Howrey and requested they prepare a trademark application for A&F's Women's Pocket Design. Howrey has been the only outside law firm to handle the trademark application and proceedings in the United States Patent and Trademark Office ("PTO") on A&F's behalf with respect to A&F's Women's Pocket Design, including the defense of the Opposition filed by Levi's before the PTO/Trademark Trial and Appeal Board.

5. I have worked very closely with the Howrey team on this matter. I have complete trust and confidence in the Howrey team's knowledge and expertise regarding A&F's Women's Pocket Designs.

6. A&F has used the services of other law firms in the past, however, since approximately July 2005, Howrey has become A&F's exclusive law firm of choice for its trademark matters.

7. Should the Court grant Levi Strauss & Co.'s motion to disqualify Howrey LLP, A&F would be required to hire a new law firm essentially to redo everything Howrey has already done. It

1 | would take considerable time, effort, and expense to get the new law firm up to speed on the pocket
2 | design matters at issue in this case.
3 |     I declare under penalty of perjury under the laws of the United States of America and the State
4 | of California that the foregoing is true and correct.
5 |     Executed on this 4 day of October 2007 at New Albany, OH.

_____
REID M. WILSON

HOWREY LLP

DM_US:20802965_1

-2-

DECLARATION OF REID M. WILSON