# EXHIBIT A

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

TimesSelect  Free

The New York Times

# Business

○ Business  ○ All N

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | AUTOS

MEDIA & ADVERTISING | WORLD BUSINESS | YOUR MONEY | DEALBOOK | MARKETS | COMPANY RESEARCH | MUTUAL FUNDS | STC

## Levi's Turns to Suing Its Rivals

Published: January 29, 2007

More Articles in Business

Today's Headlines

(Page 2 of 2)

SIGN IN TO E-MAIL OR SAVE THIS
PRINT
SINGLE PAGE
REPRINTS
SHARE

Sign up for a round every morning.
See Sample | Pri

"I take it personally that you try to dictate how I design my jeans," he recalled saying. Still, Mr. Ball said he agreed to stop placing the label on the vertical seam of a right-hand pocket for two years to avoid a drawn-out legal battle.

**Spoiling for a Fight**
Levi Strauss sues over trademark issues more than any other clothing company in the United States.

Top 10 litigious companies
Based on trademark cases, '01 to '06

| Company | Cases |
|---|---|
| Microsoft | 235 |
| Cendant | 198 |
| Altria/Philip Morris | 183 |
| Best Western | 183 |
| Dunkin' Donuts | 170 |
| Lorillard Tobacco | 165 |
| Levi Strauss | 99 |
| Baskin-Robbins | 94 |
| Chanel | 93 |
| Nike | 79 |

Source: Thomson West

The New York Times

More Photos >

## Multimedia


Slide Show
By the Seat of Their Pants

In an interview, Mr. Ball said his back-pocket stitching "was not remotely close to Levi's" and that he agreed to a settlement, in part, because "I will get bored with that design soon anyway."

ARTICLE TOOLS SPONSORED BY
FROM DIRECTOR
DANNY BOYLE

Executives at Levi's concede they missed important fashion trends as the denim industry ballooned over the last several years, but they deny the lawsuits are connected to any downturn in their business.

Instead, they say they are simply trying to preserve their intellectual property. Like pharmaceutical companies that sue generic drug makers over their patents or technology companies that duke it out over who owns the right to microchip designs, Levi's says it is trying to protect its most valuable asset, its trademarks.

Clothing companies have battled counterfeiters and each other for decades over design trademarks. Lacoste has defended its alligator, <u>Polo Ralph Lauren</u> fights for its polo player and Nike fiercely protects its famous swoosh.

In that respect, Levi's is no different. As far back as the 1970s, it sued the firm that made Wrangler jeans over the use of identifying tabs on clothing. "We protected our

trademarks when business has been terrific and when it's been difficult," said Mr. Hanson.

Yet difficult only begins to describe Levi's business today, after it failed to exploit the designer denim boom in what is widely regarded as one of the biggest debacles in the American clothing business. Levi's sales have plummeted more than 40 percent since 1996 to $4.1 billion, forcing it to close dozens of factories and lay off nearly half of its workforce, or 7,600 employees, in the last five years.

The clothing company faced two major problems over the last decade. Its image and brand — button fly, rugged, and all-around bad-boy cool — was largely built for men, its jeans cut boxy and loose-fitting. At the same time, the company, which once distributed its jeans largely through department stores catering to the rich, had shifted into lower-priced retailers like J.C. Penney, Sears and Wal-Mart.

In the mid-1990s, though, the denim industry underwent a seismic shift as small upstarts began designing tight-fitting, feature-flattering women's jeans and distributing them through luxury boutiques and department stores.

Women suddenly began snapping up jeans from manufacturers like 7 for All Mankind and True Religion that cost more than six times what Levi's charged. Levi's did not produce a premium denim line, Capital E, until just last year.

"The emergence of all this denim sold at astronomical prices simply passed them by," said David Wolfe, creative director of the Doneger Group, a fashion consulting firm in Manhattan. "They should have jumped on the bandwagon but they did not even seem to see the bandwagon rolling, which amazed everyone in the fashion industry."

The denim manufacturers who recognized the trend openly concede that Levi's has served as an inspiration, if not template, for their products.

"Everyone is borrowing from them, it's inevitable," said Michael Silver, the founder of Silver Jeans, who has had several legal run-ins with Levi's. "They should be happy that people are copying them," he said.

But Levi's is not flattered. "The value of the brand will become diluted if the marketplace becomes crowded with products with similar tabs or stitching to ours," said Thomas M. Onda, a global intellectual property lawyer for Levi's.

So employees at Levi's keep walking into stores and scanning the racks for rivals who dare to stray too close to its trademarks, as Steven Shaul, the founder and chief executive of Jelessy Jeans, learned when he slapped several intersecting arcs on a back pocket.

At the time, Mr. Shaul, who loves Levi's and wears its jeans all the time, was confident his design bore no resemblance to the Levi's trademark. "It was not even close," said Mr. Shaul, whose jeans sell for between $200 and $400 a pair.

"It was an original design," he said. "Why would I use Levi's stitching? If my jeans sell for $200, I would not knock off $40 jeans from Levi's."

Nevertheless, Levi's sued in 2005. "The first night after I was sued by them I couldn't sleep," he said. "The second night, no sleep again. Then I started talking to people in the industry and I realized, hey, everyone's been sued by Levi."

Relieved, he quickly settled the case, agreeing not to sell jeans with the offending stitches. "I did not even hire a lawyer," he said.

2. Thomas the Tank En Lead Paint
3. Restaurant Reservat
4. Advertising: Pigs Wi
5. RC2's Train Wreck
6. Not All Plane Beds A
7. Mortgages Give Wall
8. Basic Instincts: It Mi
9. Can You Be Too Fas
10. Marvel Wants to Fle Moviemaker

Go to Complete List »

« PREVIOUS PAGE   1 | 2

More Articles in Business »

**Need to know more? 50% off home delivery of The Times.**

Ads by Google — what's this?

**Levi's® Jeans**
The Original Definitive Jeans Brand Find your Levi's® Style Online.
www.levi.com

**Flat Fee Trademark Lawyer**
Experienced former USPTO examiner Free consultation, personal service
www.tm4smallbiz.com

**Levi's 501 Jeans**
Levi's 501 Shrink To Fit Jeans Tons of Sizes Just $29.97 Everyday
www.Langstons.com

**Tips**
To find reference information about the words used in this article, hold down the ALT key and click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Related Searches**
Levi Strauss & Co
Suits and Litigation
Jeans (Apparel)
Trademarks and Trade Names

Go on patrol with Newark Friday night shift

Also in Video:
- Relive the good times sł rink
- Go inside the Bronx cav
- See how bicycle polo is

ADVERTISEMENTS

Scottrade:
More than $7 Trades. It's Cal Value & We Value You.

Earn 5.05% APY
Open a Complete Savings A E*TRADE Bank



MODEI
Buy N

Levi's Turns to Suing Its Rivals - New York Times
Case 3:07-cv-03752-JSW   Document 26-2   Filed 10/05/2007   Page 5 of 14
Page 4 of 4

| Glover's Objections to Festivals | An Environmentalist Has Hope at 90 | Not All Plane Beds Are Equal | New Focus on a Cleve Tower |

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real

Copyright 2007 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us

Levi's Turns to Suing Its Rivals - New York Times
Case 3:07-cv-03752-JSW    Document 26-2    Filed 10/05/2007    Page 6 of 14
Page 1 of 4

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

TimesSelect Free

# The New York Times

# Business

○ Business ○ All N

| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL |
AUTOS
| MEDIA & ADVERTISING | WORLD BUSINESS | YOUR MONEY | DEALBOOK | MARKETS | COMPANY RESEARCH | MUTUAL FUNDS | STC

## Levi's Turns to Suing Its Rivals

**More Articles in Business**



Jim Wilson/The New York Times

Levi's designers worked on jeans at the company's headquarters. More Photos >

By MICHAEL BARBARO and JULIE CRESWELL
Published: January 29, 2007

**Today's Headlines**

Sign up for a round every morning.

See Sample | Pri

United States Patent and Trademark No. 1,139,254 is not much to look at: a pentagon surrounding a childlike drawing of a seagull in flight.

SIGN IN TO E-MAIL OR SAVE THIS
PRINT
SINGLE PAGE
REPRINTS
SHARE

**Multimedia**



Slide Show
**By the Seat of Their Pants**

But the design for a Levi's pocket, first used 133 years ago, has become the biggest legal battleground in American fashion.

ARTICLE TOOLS SPONSORED BY
THE STORY OF A PERFECT BOY

Levi Strauss claims that legions of competitors have stolen its signature denim stitches — two intersecting arcs and a cloth label — for their own pockets, slapping them on the seats of high-priced, hip-hugging jeans that have soared in popularity.

So Levi's is becoming a leader in a new arena: lawsuits. The company, once the undisputed king of denim and now a case study in missed opportunities, has emerged as the most



Five of the companies Levi Strauss has sued in the last decade.

Levi Strauss — First trademarked in 1943
Jelessy — Sued in 2005
Von Dutch — 2006
Karen Kane — 1996 and 2006
Jones Apparel — 2003 and 2006
Fossil — 2005

Sources: Thomson West; court documents
The New York Times

More Photos »



litigious in the apparel industry when it comes to trademark infringement lawsuits, firing off nearly 100 against its competitors since 2001. That's far more than General Motors, Walt Disney or Nike, according to an analysis by research firm Thomson West.

The legal scuffles offer a rare glimpse into the sharp-elbowed world of fashion, where the line between inspiration and imitation is razor thin. After all, clothing makers' trade secrets are hung on store racks for all to see, and designs can be quickly copied with small changes to exploit a hot trend.

The lawsuits, which Levi's says it is compelled to file to safeguard the defining features on its jeans, are not about the money — one settled for just $5,000 in damages. Instead, the company says, they are about removing copycats from stores. Nearly all the cases have settled out of court, with Levi's smaller rivals agreeing to stop making the offending pants and to destroy unsold pairs.

But those competitors say the lawsuits are the last resort of a poor loser, a company that has lost billions in sales, laid off thousands of workers and flirted with bankruptcy as the denim industry exploded.

"They missed the boat," said Tonny Sorensen, chief executive of Von Dutch Originals, a six-year-old denim and clothing manufacturer sued by Levi's six months ago for allegedly borrowing the company's double arcs for a back-pocket design. "Now they want to make a lot of noise and scare people away."

Mr. Sorensen said his pocket design "did not look like Levi's at all" because of subtle differences like placing the arcs "one inch to the left" and stitching a line to resemble "a pirate's hook."

Nevertheless, Von Dutch agreed to remove the jeans from dozens of boutiques and destroy hundreds of unsold pairs. "It was one style and it was not that successful anyway, so we made the decision not to fight it," Mr. Sorensen said.

In the majority of cases, Levi's accuses competitors of copying its design of two arcs that meet in the center of the pocket or its famous Levi's tab, a folded piece of cloth sewn into the vertical seam of the garment.

Robert Hanson, Levi's president for North America, said the company manufactured "a

MOST POPULAR - BUSINESS
E-MAILED | BLOGGED
1. As More Toys Are Re

product that a lot of people are copying and copying with a lot of success."

Instead of relying on Levi's designs for what he called a "running start," competitors should "look for other devices that don't come remotely close to the Levi's trademarks," Mr. Hanson said. "Be more innovative."

But the privately held Levi's, whose founder sewed together the first pair of jeans in 1873, has been unable to exploit the latest $200-a-pair denim craze — and now claims scores of smaller competitors are riding high because of what it created. When consumers' tastes shifted toward designer jeans that were bejeweled, torn and frayed, Levi's was still selling basic $30 pairs at K-Mart.

In this dispute, back-pocket stitching has become the fashion equivalent of ink blots, with plaintiffs and defendants seeing in the new designs what they want, or need, to see. So far, Levi's view is prevailing.

The company's team of denim detectives — there are 40 across the world, scouring boutiques and department stores — has spotted what they considered offending stitches on jeans from the biggest names in the clothing business: Guess, Zegna, Esprit, Lucky Brand and Zumiez, to name a few.

Even companies that have painstakingly worked to avoid infringing on Levi's trademarks have found themselves in the company's crosshairs. At Rock & Republic, one of the country's fastest-growing jeans makers, designers intentionally placed a cloth label on the right hand side of a back pocket, not the left, which would violate a Levi's trademark.

Levi's sued anyway, arguing its trademarks forbid placing such a label on a vertical seam of a back-pocket. During a tense, five-hour settlement discussion in San Francisco several weeks ago, the chief executive of Rock and Republic, Michael Ball, upbraided Levi's lawyers for their aggressive tactics.

2. Thomas the Tank En Lead Paint
3. Restaurant Reservat
4. Advertising: Pigs Wi
5. RC2's Train Wreck
6. Not All Plane Beds A
7. Mortgages Give Wall
8. Basic Instincts: It Mi
9. Can You Be Too Fast
10. Marvel Wants to Fle: Moviemaker

Go to Complete List »

nytim

**Go on patrol with Newark Friday night shift**

Also in Video:
- Relive the good times sl rink
- Go inside the Bronx cav
- See how bicycle polo is

ADVERTISEMENTS

Earn 5.05% APY
Open a Complete Savings Ac
E*TRADE Bank

1 | 2 | **NEXT PAGE »**

More Articles in Business »

Scottrade:
More than $7 Trades. It's Cal Value & We Value You.



MODE! Buy N

Need to know more? 50% off home delivery of The Times.

**Tips**
To find reference information about the words used in this article, hold down the ALT key and click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Related Searches**
Levi Strauss & Co
Suits and Litigation
Jeans (Apparel)

Levi's Turns to Suing Its Rivals - New York Times
Case 3:07-cv-03752-JSW   Document 26-2   Filed 10/05/2007   Page 9 of 14
Page 4 of 4

Trademarks and Trade Names


Glover's Objections to Festivals


An Environmentalist Has Hope at 90


Not All Plane Beds Are Equal

Haberman: 'See You in Court' as the City's New Motto


New Focus on a Cleve Tower

Home · World · U.S. · N.Y./Region · Business · Technology · Science · Health · Sports · Opinion · Arts · Style · Travel · Jobs · Real

Copyright 2007 The New York Times Company · Privacy Policy · Search · Corrections · RSS · First Look · Help · Contact Us

# EXHIBIT B

**HOWREY** LLP

## MEMORANDUM

**TO:**     All Employees

**FROM:**   William R. O'Brien

**DATE:**   February 22, 2007

**RE:**     Ethical Wall for Katherine Basile on Abercrombie & Fitch/DESIGN ONLY [Ruehl Women's Pocket Design] matters (00863.0216.00000; 00863.0216.TMCA00; 00863.0216.TMGB00; 00863.0216.TMUS00; 00863.0216.TMUS01; 00863.0216.TMWO00; 00863.0216.WOEM00; 00863.0216.WOJP00)

---

Prior to joining Howrey, Katherine Basile was employed by Levi Strauss & Co. Corporation. In order to avoid problems associated with possible conflicts of interest, the firm is establishing an ethical wall separating Ms. Basile from involvement in the above-listed matters. What this means to each of you is that under no circumstances should you discuss these matters with Ms. Basile or in her presence, nor should Ms. Basile be given access to any materials generated in connection with the firm's work on these matters. Records management personnel in particular are instructed to refuse Ms. Basile access to any files pertaining to our work on these matters.

W.R.O'B.

# EXHIBIT C

| | |
|---|---|
| **From:** | Coffee, Kimberly |
| **Sent:** | Wednesday, August 15, 2007 10:40 AM |
| **To:** | Basile, Katy |
| **Subject:** | Bio Update Project - Basile |
| **Attachments:** | Basile_Katherine_profile_draft_081507.doc; Short bio guidelines.doc |

We in the marketing department are in the process of revising all attorney bios for our new website, which is due out this fall. I've attached a profile for your review and editing. We are now limited to **1,500 characters (including spaces)** in the narrative section, and we've been asked not to use client names or prior firm names in this section at all. I've included a page of guidelines for you as well. Please let me know if you have any questions about this.

 If you have information to add to any of the othr sections, please do so and send the draft back to me (using Track Changes), so that we can begin to develop a more accurate bio for you.

After you have the chance to review the attached document, please let me know when we could speak for a few minutes to discuss your feedback and what's needed in order to submit your biography for inclusion on the new internet site.

Please be aware of certain constraints in terms of word/character counts as well as a maximum limit of 10 representative matters and 10 entries for articles/speeches/books/testimony/news (combined). You may determine the order in which you want each list to appear within each subcategory.

Also, on screen, users will see "Why Howrey" as a link they may click to read either why you joined Howrey or why you believe clients come to Howrey. I will be happy to work with you to develop your one or two sentences that will go into this section on the website.

Thank you for your time and assistance with this project.


Basile_Katherine_pr
ofile_draft...


Short bio
uidelines.doc (206 .

Kim Coffee
Regional Marketing Coordinator
Howrey LLP
tel: 213/892-2588

1

# Guidelines for Howrey Attorney Biographies

**Narrative Text**
- Your narrative should focus on the most important "top line" things that a prospective client should know about you. Suggested topics include:
    - Areas of practice
    - Industry expertise
    - Specialization,
    - Client *types*
    - International experience
    - Government experience
- Max limit of 1,500 characters, including spaces, in 2-3 paragraphs. This is equal to about 225 words.

**Important Note:** Do <u>not</u> identify or refer by name to specific clients or other law firms in your narrative.

**Why Howrey?**
- From your perspective, answer the question, **"Why Howrey?"** in two quick sentences.
    - Why did *you* choose Howrey? Why should a prospective *client* choose Howrey? Etc.

**Representative Matters**
- Your <u>standard version</u> bio may include a maximum of 10 "highlight" matters.
    - These are the matters that will be included in your standard printed bio.
    - Only the <u>Top 3</u> highlights will be shown in your standard internet bio (users can click "more" to see the rest of your cases.
- Each matter must be a separate entry with a single title and description.
    - The title should be a single case name ("One v. Two, Inc").
        - The title may be a confidential matter name ("SEC Investigation of Major Auto Manufacturer")
        - The title may also identify a specific, official relationship with a single client ("National Coordinating Counsel for Union Pacific").
        - Do **not** refer to a general relationship with a client ("Various Matters for Edsel") or a specific type of work done for a variety of clients ("FCPA Compliance Counseling for Financial Institutions"). *Such work should be broken out into individual entries for individual cases.*
    - The description of a matter may not exceed 400 characters (including spaces), and should include:
        - The nature of the matter
        - Any notable details about Howrey's approach to the matter, or the types of work performed
        - If the matter is resolved, describe (and if possible, quantify) the outcome
- You may choose the order in which these matters are displayed. (The default order is alphabetical by title.)

**Publications & Speeches**
- Limited to 10 "highlight" items combined (Articles, Speeches, Books, News items, or Testimony entries). Each of these types will appear as a subsection under the "Publications & Speeches" heading.
    - Once again, only your 10 highlights will appear in your standard printed bio. Though your complete list of publications, speeches, etc. will be available on the web and in your long-form bio.
    - The type of information required for each entry depends upon the category:
        - **Articles** – must include author, article title, publication title, and date
        - **Speeches/Presentations** – author, title/topic, group addressed / conference, date given
        - **Books** – author, title, publisher, date published
        - **News** – story title, publication, date run
        - **Testimony** – author, title/topic, group addressed, date given

