# EXHIBIT A

PTO Form 1478 (Rev 9-2005)
OMB No. 0651-0009 (Exp 03/31/2006)

# Trademark/Service Mark Application, Principal Register

Serial Number: 78766368
Filing Date: 12/05/2005

### The table below presents the data as entered.

| | |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\TICRS\EXPORT8\IMAGEOUT8\787\663\78766368\xml1\APP0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a miscellaneous mirror image stitching design. The dotted lines around the mark represents the shapes of the pockets, which are not claimed as features of the mark. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 944 x 458 |
| **OWNER SECTION** | |
| NAME | Abercrombie & Fitch Trading Co. |
| STREET | 6301 Fitch Path |
| CITY | New Albany |
| STATE | Ohio |
| ZIP/POSTAL CODE | 43054 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Ohio |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | Clothing, namely, jeans, skirts, shorts, pants and jackets |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Reid M. Wilson/ |
| SIGNATORY NAME | Reid M. Wilson |

| | |
|---|---|
| SIGNATORY DATE | 12/05/2005 |
| SIGNATORY POSITION | Trademark Counsel and Assistant Secretary |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | DA |
| **ATTORNEY** | |
| NAME | Katherine M. Basile |
| FIRM NAME | HOWREY LLP |
| STREET | 1299 Pennsylvania Avenue, NW |
| CITY | Washington |
| STATE | District of Columbia |
| ZIP/POSTAL CODE | 20004-2402 |
| COUNTRY | United States |
| PHONE | 202-783-0800 |
| FAX | 202-383-7195 |
| EMAIL | ipdocketing@howrey.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 00863.____.TMUS00 |
| OTHER APPOINTED ATTORNEY(S) | Susan M. Kayser, Caroline C. Smith, Allison G. Olmsted, Mike M. Yaghmai, Jessica D. Bradley, and others of the firm |
| **CORRESPONDENCE SECTION** | |
| NAME | Katherine M. Basile |
| FIRM NAME | HOWREY LLP |
| STREET | 1299 Pennsylvania Avenue, NW |
| CITY | Washington |
| STATE | District of Columbia |
| ZIP/POSTAL CODE | 20004-2402 |
| COUNTRY | United States |
| PHONE | 202-783-0800 |
| FAX | 202-383-7195 |
| EMAIL | ipdocketing@howrey.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |

| SUBMIT DATE | Mon Dec 05 10:48:10 EST 2005 |
|---|---|
| TEAS STAMP | USPTO/BAS-198147515-20051205104810045160-78766368-20066bb1fa3f445e89e87f828d18ddc9-DA-1206-200512051 01939879244 |

## Trademark/Service Mark Application, Principal Register

Serial Number: 78766368
Filing Date: 12/05/2005

**To the Commissioner for Trademarks:**

**MARK:** (Stylized and/or Design, see mark)
The mark consists of a miscellaneous mirror image stitching design. The dotted lines around the mark represents the shapes of the pockets, which are not claimed as features of the mark.
The applicant, Abercrombie & Fitch Trading Co., a corporation of Ohio, residing at 6301 Fitch Path, New Albany, Ohio, United States, 43054, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).
    International Class 025: Clothing, namely, jeans, skirts, shorts, pants and jackets
The applicant hereby appoints Katherine M. Basile and Susan M. Kayser, Caroline C. Smith, Allison G. Olmsted, Mike M. Yaghmai, Jessica D. Bradley, and others of the firm of HOWREY LLP, 1299 Pennsylvania Avenue, NW, Washington, District of Columbia, United States, 20004-2402 to submit this application on behalf of the applicant. The attorney docket/reference number is 00863.____.TMUS00.
The USPTO is authorized to communicate with the applicant or its representative at the following email address: ipdocketing@howrey.com.
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.
Signature: /Reid M. Wilson/   Date: 12/05/2005
Signatory's Name: Reid M. Wilson
Signatory's Position: Trademark Counsel and Assistant Secretary
Mailing Address:
    Katherine M. Basile
    1299 Pennsylvania Avenue, NW
    Washington, District of Columbia 20004-2402
RAM Sale Number: 1206
RAM Accounting Date: 12/05/2005
Serial Number: 78766368
Internet Transmission Date: Mon Dec 05 10:48:10 EST 2005
TEAS Stamp: USPTO/BAS-198147515-20051205104810045160
-78766368-20066bb1fa3f445e89e87f828d18dd

c9-DA-1206-20051205101939879244



# EXHIBIT B

**HOWREY** LLP

# MEMORANDUM

**TO:** All Employees

**FROM:** William R. O'Brien

**DATE:** February 22, 2007

**RE:** Ethical Wall for Katherine Basile on Abercrombie & Fitch/DESIGN ONLY [Ruehl Women's Pocket Design] matters (00863.0216.00000; 00863.0216.TMCA00; 00863.0216.TMGB00; 00863.0216.TMUS00; 00863.0216.TMUS01; 00863.0216.TMWO00; 00863.0216.WOEM00; 00863.0216.WOJP00)

---

Prior to joining Howrey, Katherine Basile was employed by Levi Strauss & Co. Corporation. In order to avoid problems associated with possible conflicts of interest, the firm is establishing an ethical wall separating Ms. Basile from involvement in the above-listed matters. What this means to each of you is that under no circumstances should you discuss these matters with Ms. Basile or in her presence, nor should Ms. Basile be given access to any materials generated in connection with the firm's work on these matters. Records management personnel in particular are instructed to refuse Ms. Basile access to any files pertaining to our work on these matters.

W.R.O'B.

# EXHIBIT C

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78766368 |
| **MARK SECTION** | |
| MARK | Design only |
| **ATTORNEY SECTION** | |
| ORIGINAL ADDRESS | KATHERINE M. BASILE<br>HOWREY LLP<br>00863.      .T<br>1299 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20004-2402<br>202-383-7195<br>202-783-0800<br>ipdocketing@howrey.com |
| **CORRESPONDENCE SECTION** | |
| ORIGINAL ADDRESS | KATHERINE M. BASILE<br>HOWREY LLP<br>00863.      .T<br>1299 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20004-2402<br>202-383-7195<br>202-783-0800<br>ipdocketing@howrey.com |
| **NEW ATTORNEY ADDRESS** | |
| STATEMENT TEXT | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| NAME | Caroline C. Smith |
| FIRM NAME | Howrey LLP |
| INTERNAL ADDRESS | Suites 200 and 300 |
| STREET | 2941 Fairview Park Drive |
| CITY | Falls Church |
| STATE | Virginia |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 22042 |
| PHONE | 202-783-0800 |
| FAX | 202-383-7195 |
| EMAIL | ipdocketing@howrey.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| ATTORNEY DOCKET NUMBER | 00863.0216.TMUS00 |

| Input Field | Entered |
|---|---|
| **NEW CORRESPONDENCE ADDRESS** | |
| NAME | Caroline C. Smith |
| FIRM NAME | Howrey LLP |
| INTERNAL ADDRESS | Suites 200 and 300 |
| STREET | 2941 Fairview Park Drive |
| CITY | Falls Church |
| STATE | Virginia |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 22042 |
| PHONE | 202-783-0800 |
| FAX | 202-383-7195 |
| EMAIL | ipdocketing@howrey.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Reid M. Wilson/ |
| SIGNATORY NAME | Reid M. Wilson |
| SIGNATORY DATE | 03/24/2006 |
| SIGNATORY POSITION | Trademark Counsel and Assistant Secretary |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Mar 24 19:21:37 EST 2006 |
| TEAS STAMP | USPTO/RAA-198.14.75.15-20 060324192137736273-787663 68-320332bfe483222286a1d7a 771f9af31d42e-N/A-N/A-200 60324173541147464 |

## Revocation of Attorney/Domestic Representative and/or Appointme

To the Commissioner for Trademarks:
**MARK:** Design only
**SERIAL NUMBER:** 78766368

**The original attorney**
KATHERINE M. BASILE
HOWREY LLP
00863.____.T
1299 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2402
202-383-7195

202-783-0800
ipdocketing@howrey.com

**Original Correspondence Address :**
KATHERINE M. BASILE
HOWREY LLP
1299 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2402
202-383-7195
202-783-0800
ipdocketing@howrey.com


By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney:

**Newly Appointed Attorney:**
Caroline C. Smith
Howrey LLP
2941 Fairview Park Drive
Suites 200 and 300
Falls Church
Virginia
22042
United States
202-783-0800
202-383-7195

**The following is to be used as the correspondence address:**
Caroline C. Smith of Howrey LLP
Suites 200 and 300
2941 Fairview Park Drive
Falls Church
Virginia
United States
22042

202-783-0800
202-383-7195
ipdocketing@howrey.com



Signature: /Reid M. Wilson/   Date: 03/24/2006
Signatory's Name: Reid M. Wilson
Signatory's Position: Trademark Counsel and Assistant Secretary

Serial Number: 78766368
Internet Transmission Date: Fri Mar 24 19:21:37 EST 2006
TEAS Stamp: USPTO/RAA-198.14.75.15-20060324192137736
273-78766368-320332bfe48322286a1d7a771f9
af31d42e-N/A-N/A-20060324173541147464