1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email:  gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                      Case No.   C 07-3752 JSW

12              Plaintiff,                   **PLAINTIFF LEVI STRAUSS & CO.'S ADMINISTRATIVE REQUEST**
13       v.                                  **THAT THE COURT CONSIDER EXCESS PAGES ON PLAINTIFF'S**
14  ABERCROMBIE & FITCH TRADING CO.,         **MOTION TO DISQUALIFY HOWREY LLP AS COUNSEL FOR**
15              Defendant.                   **DEFENDANT ABERCROMBIE & FITCH TRADING CO.**
16
                                             DATE:  October 26, 2007
17                                           TIME:   9:00 a.m.
                                             COURTROOM:  2
18

19

20       Pursuant to Civil Local Rule 7-11, plaintiff Levi Strauss & Co. ("LS&CO.") respectfully

21  requests that the Court consider the excess pages contained in LS&CO.'s Notice of Motion and

22  Motion to Disqualify Howrey LLP as Counsel for Defendant Abercrombie & Fitch Trading Co., filed

23  on September 21, 2007.

24       While the Court's rules allow opening and opposition briefs of 25 pages, this Department's

25  Civil Standing Orders specify that "All briefs, whether in support of, in opposition to, or in reply to

26  any motion, with the exception of summary judgment motions and claims construction briefs, may not

27  exceed fifteen pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and

28  summaries of argument, if required."  The Memorandum of Points and Authorities in support of

1  LS&CO.'s motion to disqualify, which was attached to the Notice of Motion and Motion, constituted
2  page 2 through the middle of page 21 of the document, a total of nineteen and a half pages -- thus
3  exceeding this Department's page limit by approximately four and a half pages.

4      LS&CO. apologizes to the Court for its oversight in relying on the Court's civil rules and
5  failing to consult this Department's standing orders.  LS&CO. believes the additional pages that were
6  submitted with its opening brief will assist the Court in its resolution of the issues raised by its motion
7  to disqualify, and therefore asks that despite the opening brief's excessive length, the Court include
8  the additional pages as part of its consideration of the merits of LS&CO.'s motion.

9      LS&CO. also notes that the contested pages 17 through 21 of its opening brief, approximately
10  four pages total, dealt with A&F's contention that LS&CO. waived its right to object to the conflict by
11  waiting until now to file its motion to disqualify.  As A&F bears the burden of making an initial
12  showing on its waiver argument, *see River West, Inc. v. Nickel*, 188 Cal. App. 3d 1297, 1309 (1987)
13  (party opposing disqualification must offer prima facie evidence of unreasonable delay and resulting
14  prejudice; burden then shifts to party seeking disqualification to justify delay), this portion of
15  LS&CO.'s opening brief is essentially a reply argument.  Nevertheless, LS&CO. included its
16  discussion of delay and waiver in its opening brief so that A&F would have the opportunity to address
17  the authorities in opposition and because it believed it would be helpful to the Court to address this
18  important issue at the outset.  As a result, LS&CO has been able to compensate in its reply brief,
19  which is approximately three pages shorter than the 15 pages allowed by this Department's rules.

21  DATED:  October 12, 2007          Respectfully submitted,

23                                              By:  /s/ Gia L. Cincone
          Gia L. Cincone
24        TOWNSEND AND TOWNSEND AND CREW LLP
          Two Embarcadero Center, Eighth Floor
25        San Francisco, California 94111
          Telephone: (415) 576-0200
          Facsimile: (415) 576-0300

          Attorneys for Plaintiff
27        LEVI STRAUSS & CO.