Benjamin K. Riley (SBN 112007)
E-mail: RileyB@howrey.com
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

David G. Meyer (SBN 116591)
E-mail: Meyerd@howrey.com
Stephanie M. Byerly (SBN 199223)
E-mail: Byerlys@howrey.com
**HOWREY LLP**
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| LEVI STRAUSS & CO, | ) Case No. 07-cv-03752-JSW |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER DENYING LEVI STRAUSS & CO.'S MOTION FOR EXCESS PAGES (L.R. 7-11)** |
| vs. | ) |
| ABERCROMBIE & FITCH TRADING CO., | ) |
| Defendant. | ) Judge: Honorable Jeffrey S. White |

1  **[PROPOSED] ORDER**

2  Having considered Plaintiff Levi Strauss & Co.'s ("Levi") Motion for Administrative Relief
3  that the Court allow Levi to file excess pages in support of its motion to disqualify Howrey LLP,
4  counsel for Defendant Abercrombie & Fitch Trading Co. ("A&F"), and the opposition thereto, and
5  good cause appearing therefor,

6  The Court hereby denies the motion. Pages 17 through 21 of the Memorandum of Points and
7  Authorities filed by Plaintiff Levi on September 21, 2007 (Docket Document No. 16) are hereby
8  stricken and will not be considered by the Court.

9  IT IS SO ORDERED.

11  Dated: _____   _____
12  Hon. Jeffrey S. White
    Judge, United States District Court

-1-  [PROPOSED] ORDER DENYING LEVI'S MOTION FOR EXCESS PAGES
CASE NO. 07-cv-03752-JSW

DM_US:20822510_1