1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    LEVI STRAUSS & COMPANY,

10            Plaintiff,                      No. C 07-03752 JSW

11       v.

12    ABERCROMBIE & FITCH TRADING        **NOTICE OF TENTATIVE**
      COMPANY,                            **RULING AND QUESTIONS FOR**
13                                        **HEARING**
              Defendant.
14
      _____/
15

16          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

17    NOTICE OF THE FOLLOWING TENTATIVE RULING AND QUESTIONS FOR THE

18    HEARING SCHEDULED ON OCTOBER 26, 2007, AT 9:00 A.M.:

19          The Court has reviewed the parties' memoranda of points and authorities and, thus, does

20    not wish to hear the parties reargue matters addressed in those pleadings.  If the parties intend to

21    rely on legal authorities not cited in their briefs, they are ORDERED to notify the Court and

22    opposing counsel of these authorities reasonably in advance of the hearing and to make copies

23    available at the hearing.  If the parties submit such additional authorities, they are ORDERED

24    to submit the citations to the authorities only, without argument or additional briefing.  *Cf.* N.D.

25    Civil Local Rule 7-3(d).  The parties will be given the opportunity at oral argument to explain

26    their reliance on such authority.

27          The Court **tentatively grants** Levi Strauss & Company's motion to disqualify.  Each

28    party shall have ten (10) minutes to address the following questions:

**United States District Court**
For the Northern District of California

1.    Given that this case is in the early stages of the litigation, indeed the Court has not held the initial case management conference, and given that proceedings in the United States Patent and Trademark Office are stayed, what is Abercrombie & Fitch's best argument that it has suffered the type of extreme prejudice that would warrant a finding that Levi Strauss & Company's motion to disqualify should be denied on the basis of laches? What evidence is in the record in support of such a finding?

2.    Are there any other issues the parties wish to address?

Dated: October 23, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2