TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com; glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>Defendant. | Case No.   C 07-3752 JSW<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S NOTICE OF RELIANCE ON ADDITIONAL AUTHORITY IN SUPPORT OF MOTION TO DISQUALIFY**<br><br>DATE: October 26, 2007<br>TIME:   9:00 a.m.<br>COURTROOM: 2 |

Pursuant to the Court's Notice of Tentative Ruling and Questions for Hearing dated October 23, 2007, Plaintiff Levi Strauss & Co. hereby gives notice that it intends to rely on the additional authority cited below at the hearing on its motion to disqualify.

*In re Complex Asbestos Litigation*, 232 Cal. App. 3d 572, 599-600 (1991).

DATED: October 25, 2007          Respectfully submitted,

By:  /s/ Gia L. Cincone
     Gia L. Cincone
     TOWNSEND AND TOWNSEND AND CREW LLP

     Attorneys for Plaintiff
     LEVI STRAUSS & CO.