1  Benjamin Riley (SBN 112007)
   E-mail: RileyB@howrey.com
2  **HOWREY LLP**
   525 Market Street, Suite 3600
3  San Francisco, CA 94105-2708
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   David G. Meyer (SBN 116591)
6  E-mail: Meyerd@howrey.com
   Stephanie M. Byerly (SBN 199223)
7  E-mail: Byerlys@howrey.com
   **HOWREY LLP**
8  550 South Hope Street, Suite 1100
   Los Angeles, California 90071
9  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
10

11 Attorneys for Defendant
   Abercrombie & Fitch Trading Co.
12

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| LEVI STRAUSS & CO, <br><br> Plaintiff, <br><br> vs. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. | Case No. 07-cv-03752-JSW <br><br> **DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S NOTICE OF RELIANCE ON ADDITIONAL AUTHORITY IN OPPOSITION TO MOTION TO DISQUALIFY** <br><br> Date: October 26, 2007 <br> Time: 9:00 am <br> Place: Courtroom 2 <br> Judge: Honorable Jeffrey S. White |

Pursuant to the Court's Notice of Tentative Ruling and Questions for Hearing dated October 23, 2007, Defendant Ambercrombie & Fitch Trading Co. hereby gives notice that it intends to rely on the additional authority cited below at the hearing on Levi Strauss & Co.'s motion to disqualify.

*Johnson v Superior Court*, 159 Cal. App. 3d 573, 205 Cal. Rptr. 605 (1984), superseded by statute on other grounds as stated in *In re Marriage of Lambe & Meehan*, 37 Cal. App. 4th 388, 392, 44 Cal. Rptr. 641 (1995).

Dated: October 25, 2007

Respectfully submitted,

HOWREY LLP
DAVID G. MEYER
STEPHANIE M. BYERLY

By: /s/ Stephanie M. Byerly
Stephanie M. Byerly
Attorneys for Defendant Abercrombie & Fitch Trading Co.

The electronic filer hereby attests that the individual whose name appears above has signed this document. *See* General Order 45, Section X.