IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

| | |
|---|---|
| **JUDGE: JEFFREY S. WHITE** | **COURTROOM DEPUTY**: Jennifer Ottolini |
| **DATE**: October 26, 2007 | **Court Reporter:** Jim Yeomans |

**CASE NO.:** C-07-3752 JSW

**TITLE:** Levi Strauss & Company v. Abercrombie & Fitch Trading Company

| | |
|---|---|
| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
| Gregory Gilchrist | David Meyer |
| Gia Cincone | Stephanie Byerly |

**PROCEEDINGS:** Motion to Disqualify Howrey LLP As Counsel For Defendant

**RESULTS:**   *The Court **tentatively grants** Levi Strauss & Company's motion to disqualify.*

  The Court heard argument from counsel.
  Motion is taken under submission.
  A written ruling shall issue.