1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES
   55 Second Street, Suite 1700
3  San Francisco, California  94105-3493
   Telephone:   (415) 882-8200
4  Facsimile:   (415) 882-8220
   mike.bettinger@klgates.com
5  rachel.davidson@klgates.com

6  J. MICHAEL KEYES (*pro hac vice pending*)
   K&L GATES
7  601 West Riverside Avenue, Suite 1400
   Spokane, WA  99201
8  Telephone:   (509) 624-2100
   Facsimile:   (509) 456-0146
9  mike.keyes@klgates.com

10 Attorneys for Defendant
   ABERCROMBIE & FITCH TRADING CO.

11

12                **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | LEVI STRAUSS & CO.,            | ) | Case No. C 07-3752-JSW |

|                                  | ) |                        |
| Plaintiff,                       | ) | **NOTICE OF APPEARANCE OF** |
|                                  | ) | **COUNSEL** |
| v.                               | ) | |
| ABERCROMBIE & FITCH TRADING CO,  | ) | |
|                                  | ) | |
| Defendant.                       | ) | |
|                                  | ) | |
|                                  | ) | |
|                                  | ) | |

21        TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

22        PLEASE TAKE NOTICE that Michael J. Bettinger, J. Michael Keyes and Rachel Davidson

23 hereby enter their appearances s counsel of record for defendant Abercrombie & Fitch Trading

24 Company.  Copies of all pleadings, papers and notices should be served as follows:

25

26

27

28

1

2      **Michael J. Bettinger**

3      Kirkpatrick & Lockhart Preston Gates Ellis LLP
       55 Second Street, Suite 1700
4      San Francisco, CA 94105
       Telephone: 415.882.8200
5      Facsimile: 415.882.8220
       Email:  mike.bettinger@klgates.com
6
       **J. Michael Keyes**
7
       Kirkpatrick & Lockhart Preston Gates Ellis LLP
8      618 West Riverside, Suite 300
       Spokane, Washington 99201-0602
9      Telephone: 509 624 2100
       Facsimile: 509 456 0146
10     Email:  mike.keyes@klgates.com

11
       **Rachel R. Davidson**
12
       Kirkpatrick & Lockhart Preston Gates Ellis LLP
13     55 Second Street, Suite 1700
       San Francisco, CA 94105
14     Telephone: 415.882.8200
       Facsimile: 415.882.8220
15     Email:  Rachel.davidson@klgates.com

16     DATED:  November 19, 2007            K&L GATES

17

18                                          By_____/s/_____
19                                             Michael J. Bettinger
                                               Rachel R. Davidson
20                                             J. Michael Keyes
                                               Attorneys for Defendant
21                                             ABERCROMBIE & FITCH TRADING CO.

22

23

24

25

26

27

28