

1 | MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
2 | K&L GATES
55 Second Street, Suite 1700
3 | San Francisco, California 94105-3493
Telephone: (415) 882-8200
4 | Facsimile: (415) 882-8220
mike.bettinger@klgates.com
5 | rachel.davidson@klgates.com

6 | J. MICHAEL KEYES (*pro hac vice pending*)
K&L GATES
7 | 601 West Riverside Avenue, Suite 1400
Spokane, WA 99201
8 | Telephone: (509) 624-2100
Facsimile: (509) 456-0146
9 | mike.keyes@klgates.com

10 | Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

11

12 | **UNITED STATES DISTRICT COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | LEVI STRAUSS & CO.,                    ) Case No. C 07-3752-JSW
                                          )
16 |                        Plaintiff,     ) [PROPOSED] ORDER GRANTING
                                          ) **APPLICATION FOR ADMISSION OF**
17 |         v.                            ) **J. MICHAEL KEYS *PRO HAC VICE***
                                          )
18 | ABERCROMBIE & FITCH TRADING CO,       )
                                          )
19 |                        Defendant.     )
                                          )
20 | _____    )

21 |         J. Michael Keyes, an active member in good standing of the bar of Washington and a

22 | member of the bar of the United States District Court for the Eastern District of Washington, whose

23 | business address and telephone number is Kirkpatrick & Lockhart Preston Gates Ellis LLP, 618

24 | West Riverside Avenue, Suite 300, Spokane, Washington 99201, (509) 624-2100, having applied in

25 | the above-entitled action for admission to practice in the Northern District of California on a *pro hac*

26 | *vice* bases, representing Defendant Abercrombi & Fitch Trading Co.

27

28

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2  conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance *pro*

3  *hace vice*.  Service of papers upon and communication with co-counsel designated in the application

4  will constitute notice to the party.  All future filings in this action are subject to the requirements

5  contained in the general Order No. 45, *Electronic Case Filing*.

6    I declare under penalty of perjury that the foregoing is true and correct.

7

8  Dated: November 26, 2007            By:

9                                          JUDGE JEFFREY S. WHITE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION                  2                     Printed on Recycled Paper
FOR ADMISSION OF J. MICHAEL KEYES *PRO HAC VICE*
Case No. C 07-3752-JSW