# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**        **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 30, 2007            **Court Reporter**:  Kathy Wyatt

**CASE NO. C-07-3752  JSW**

**TITLE:**  Levi Strauss & Company v. Abercrombie and Fitch Trading Company

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**

Gia Cincone                Michael Bettinger
                    Rachel Davidson

**PROCEEDINGS:**  Further Case Management Conference


**RESULTS:**    ADR:  The parties shall participate in court-connected mediation to be completed by 4-30-08.

Close of fact discovery: 4-30-08

Close of Expert discovery:  7-15-08

Hearing on dispositive motions (if any):  9-19-08 at 9:00 a.m.

Pretrial Conference:  11-24-08 at 2:00 p.m.

Jury Trial:  12-15-08 at 8:30 a.m. (5 - 7 days)


**cc:**  ADR