1   MICHAEL J. BETTINGER, (State Bar No. 122196)
    RACHEL R. DAVIDSON, (State Bar No. 215517)
2   K&L GATES
    55 Second Street, Suite 1700
3   San Francisco, California  94105-3493
    Telephone:   (415) 882-8200
4   Facsimile:    (415) 882-8220

5   J. MICHAEL KEYES (*Pro Hac Vice*)
    K&L GATES
6   601 West Riverside Avenue, Suite 1400
    Spokane, WA  99201
7   Telephone:   (509) 624-2100
    Facsimile:    (509) 456-0146
8   mike.keyes@klgates.com

9   Attorneys for Defendants
    ABERCROMBIE & FITCH TRADING CO.
10

    TOWNSEND AND TOWNSEND AND CREW LLP
11  GREGORY S. GILCHRIST (State Bar No. 111536)
    GIA L. CINCONE (State Bar No. 141668)
12  Two Embarcadero Center, 8th Floor
    San Francisco, CA  94111
13  Telephone:    (415) 576-0200
    Facsimile:    (415) 576-0300
14  gsgilchrist@townsend.com;
    glcincone@townsend.com
15
                        **UNITED STATES DISTRICT COURT**
16
                      **NORTHERN DISTRICT OF CALIFORNIA**
17
    LEVI STRAUSS & CO.,                      )  Case No. C 07-03752 JSW
18                                           )
                              Plaintiff,     )  **STIPULATION AND [PROPOSED]**
19                                           )  **ORDER RE FILING OF DEFENDANT**
             v.                              )  **ABERCROMBIE & FITCH TRADING**
20                                           )  **CO.'S AMENDED ANSWER,**
    ABERCROMBIE & FITCH TRADING CO.,         )  **AFFIRMATIVE DEFENSES AND**
21                                           )  **COUNTERCLAIMS**
                              Defendant.     )
22                                           )
                                             )
23  _____ )

24

25

26

27

28

STIPULATION RE FILING OF AMENDED                          Printed on Recycled Paper
ANSWER AND COUNTERCLAIMS
Case No. C 07-93752 JSW

1    Pursuant to Federal Rule of Civil Procedure 15(a) and the parties' meet and confer

2  correspondence, plaintiff Levi Strauss & Co. ("LS&CO.") agrees not to oppose defendant

3  Abercrombie & Fitch Trading Co.'s ("A&F") request for leave to file an Amended Answer,

4  Affirmative Defenses and Counterclaims which are attached hereto as Exhibit A.  A&F agrees that

5  LS&Co. may have 30 days from the date of filing to respond.

6

7                                    Respectfully submitted,

8  DATED:  February 6, 2008          KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

9                                                    /s/
                                      By_____
10                                        Michael J. Bettinger
                                          J. Michael Keyes
11                                        Rachel R. Davidson
                                          Attorneys for Defendants
12                                        ABERCROMBIE & FITCH TRADING CO.

13  DATED:  February 6, 2008          TOWNSEND AND TOWNSEND AND CREW LLP

14

15                                                   /s/
                                      By_____
16                                        Gregory S. Gilchrist
                                          Attorneys for Plaintiff
17                                        LEVI STRAUSS & CO.

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20

21  Dated:  _____      _____
                                       Hon. Jeffrey S. White
22                                     United States District Judge

23

24

25

26

27

28                                                                                    1

1

## CERTIFICATE OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3      I am employed in the County of San Francisco, State of California.  I am over the age of 18
and not a party to the within action; my business address is 55 Second Street, Suite 1700, San
4  Francisco, CA  94105.

5      On February 6, 2008, I served the foregoing document(s) described as:

6  **ABERCROMBIE & FITCH TRADING CO.'S RESPONSE TO LEVI STRAUSS & CO.'S
FIRST SET OF INTERROGATORIES**
7

8  on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope
addressed as set forth below by the method described below:

9   Gregory S. Gilchrist, Esq.
    Gia L. Cincone, Esq.
10  Townsend and Townsend
    Two Embarcadero Center, 8th Floor
11  San Francisco, CA  94111
    Tel:  (415) 576-0200
12  Fax: (415) 576-0300

13      [ X ]   **BY PERSONAL SERVICE**) I caused to be delivered such envelope(s) by hand to
the offices of the addressee.
14

        [ X ]   **(BY ELECTRONIC MEANS**) I transmitted such document(s) by electronic mail to
15  the offices of the addressee.

16      []   **(BY OVERNIGHT DELIVERY)**  I caused such envelope(s) to be delivered to an
overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is
17  to be served in accordance with ordinary business practices.  I am "readily familiar" with the firm's
practice of collection and processing correspondence for express mailing.  Under that practice it
18  would be deposited with Federal Express on that same day with delivery fees fully prepaid at San
Francisco, California in the ordinary course of business.  I am aware that on motion of the party
19  served, service is presumed invalid if the mailing date is more than one day after date of deposit for
mailing in affidavit.
20

        [ ]   **(BY U.S. MAIL)**   I caused such envelope(s) with postage thereon fully prepaid to be
21  placed in the United States mail at San Francisco, California in accordance with ordinary business
practices.  I am "readily familiar" with the firm's practice of collection and processing
22  correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on
that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course
23  of business.  I am aware that on motion of the party served, service is presumed invalid if postal
cancellation date or postage meter date is more than one day after date of deposit for mailing in
24  affidavit.
        Executed on February 6, 2008, at San Francisco, California.
25

        I declare that I am employed in the office of a member of the bar of this Court at whose
26  direction this service was made.

27                                                    _____
                                                                Kimberly Flores

28                                                                                      2
    STIPULATION RE FILING OF AMENDED                              Printed on Recycled Paper
    ANSWER AND COUNTERCLAIMS                    2
    Case No. C 07-93752 JSW