# Exhibit  D



UNITED STATE    ⍰PARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1139254        SERIAL NO. 73/169399        PAPER NO.
                                                              MAILING DATE: 09/20/85

MARK: (MISCELLANEOUS DESIGN)

REGISTRANT: LEVI STRAUSS & CO.

CORRESPONDENCE ADDRESS:                    Please furnish the following
  SYLVIA J. KAPLAN                         in all correspondence:
  CORPORATE LEGAL DEPT.                    1. Your phone number and zip code.
  LEVI STRAUSS & CO.                       2. Mailing date of this action.
  LEVI'S PLAZA, P. O. BOX 7215             3. Affidavit-Renewal Examiner's name.
  SAN FRANCISCO, CA  94120                 4. The address of all correspondence
                                              not containing fees should include
                                              the words "Box 8".
                                           5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

THE DECLARATION CANNOT BE ACCEPTED FOR EXAMINATION BECAUSE IT WAS EXECUTED
BEFORE THE BEGINNING OF THE FIFTH YEAR FOLLOWING THE DATE OF REGISTRATION.
THE EARLIEST DATE A DECLARATION COULD HAVE BEEN EXECUTED FOR THIS REGISTRA-
TION WAS SEPTEMBER 2, 1985.  A NEWLY-EXECUTED DECLARATION MUST BE FILED NO
LATER THAN SEPTEMBER 2, 1986 IN ORDER TO AVOID CANCELLATION OF THE REGIS-
TRATION.

THE FEE OF $200 WILL BE HELD PENDING RECEIPT OF THE NEWLY-EXECUTED DECLARA-
TION.

FRANCES A. PFOHL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

Exhibit D
Page 1