# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

LOIS SPORTSWEAR, U.S.A., INC., :

                Plaintiff, : Civil Action No.
                          : 82 Civ. 8326 (RWS)

      -against-  :
                          :

LEVI STRAUSS & COMPANY, :

                Defendant. :
- - - - - - - - - - - - - - - - - -x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

LEVI STRAUSS & COMPANY, :

                Plaintiff, : Civil Action No.
                          : 83 Civ. 4338 (RWS)

      -against-  :

TEXTILES CONFECCIONES EUROPAS, S.A., :

                Defendant. :
- - - - - - - - - - - - - - - - - -x

## MEMORANDUM OF LEVI STRAUSS & COMPANY

### IN OPPOSITION TO MOTION
### FOR SUMMARY JUDGMENT
### AND
### IN SUPPORT OF ITS MOTION
### FOR SUMMARY JUDGMENT

Exhibit E
Page 1

MILGRIM THOMAJAN JACOBS & LEE
PROFESSIONAL CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE