# Exhibit  H

**Exhibit H**

**A.M.I. Jeans**



**Angel Jeans**



**Blue Asphalt by Wet Seal**



**Bongo**



DKNY





**Forever 21**



**Frankie B**



**JNCO**



**Miss Vigoss**






 



 

Exhibit H
Page 10

**Mudd, LLC**



**No Excuses**



**JouJou**





**Red Engine**



**Sergio Valente**









Exhibit H
Page 19

Jelessy



**Industrial Cotton**

STYLE # 22016C1 & C3

STYLE # 77006 C1 & C2
STYLE # 77009

STYLE # 11023C6 & B6

