# Exhibit  I



SALUTE THE SKIPPER

REMEMBER FATHER'S DAY, JUNE 15TH

REMEMBER FATHER'S DAY, JUNE 15TH

"Action" slacks
designed for Dad

Levi's®

LS00015840

Exhibit I
Page 1

"my dad spends a lot of time in the city and in his Levi's Action Slacks of Fortrel"

Friday, June 12, 1981 / The Cleveland Press / A3

New York.

...to the best in stretch comfort, shop Levi's Menswear on June 21.

And when he's not in the city, Levi's Action Slacks are still the slacks he wears from home to play to relaxation. The same familiar Levi's fit is there, only these slacks are tailored for men, they're fuller through the hips and thighs with a stretch waistband that gently hugs his middle. The secret of Levi's Action Slacks is the joining of Celanese Fortrel polyester with the Scrubbable Koratron no-iron finish. Scrubbable even if he wears corduroys or blue-denim, even worn. Action slacks ($43).

Action slacks $43. $29

**Levi's**

Win trip to Z via New York Air to the

LS00015985

Exhibit I
Page 2

# SALE! 25% OFF LEVI'S®



## LEVI'S® DENIM JEANS FOR MEN, 22.47-23.97

Reg. $30 to $32. Save over $7 a pair on your favorite jeans at Gimbels now! Styled with real comfort for all your casual and active times. Five pocket western models in easy-care polyester and cotton blend. In tan, medium blue and dark denim blue; sizes 32 to 42. Get the famous Levi's workmanship and fit at a money-saving price! Get him a pair for Father's Day, this Sunday!

17

LS00015980

Exhibit I
Page 3



Exhibit I
Page 4

LS00015585

**LEVI'S** JEANSWEAR



# Jeanswear Dealer Ads
# Spring 1981

The ads on this page **QUALIFY** for reinbursement under the **MOVIN' ON™ JEANS** coop program.



**JS-26**
3 COLUMN × 10"



**JS-31**
3 COLUMN × 10"
DESPERADO



**JS-4**
3 COLUMN × 10"
PILOT JACKET



**JS-21**
3 COLUMN × 10"
SEA CLIFF



**JS-30**
3 COLUMN × 10"
LEGACY



**JS-27**
3 COLUMN × 1

Exhibit I
Page 5



LS00015568

Exhibit I
Page 6

# Emporium

P.O. Box 5467
Eugene, Oregon 97405

CO-OP DEBIT MEMO # 3422

TO: Advertising Checking Bureau
P.O. Box 3834  Rincon Annex
San Francisco, CA  94119

DATE: June 2, 1980

LEVI'S PANATELLA

| DESCRIPTION | AMOUNT |
|---|---|
| Advertising appearing in Emporium's pre-printed newspaper insert. Prices effective through April 21, 1980 in paid circulation newspapers. 3/4 page @ 1630.63 = 1222.97 50/50 co-op = 611.48 ad page 2 | |

Make Checks Payable To: EMPORIUM DEPARTMENT STORE    AMOUNT DUE  $611.48



LS00015838

PAGE EIGHT

THE TIMES-MAIL, BEDFORD, INDIANA

FRIDAY, OCTOBER 29, 1982

# Introducing...

## Levi's® YOUTH-WEAR ®

### SPECIALLY DESIGNED FOR BOYS & STUDENTS!

*To introduce this new line, George's Gateway is offering...*

## LEVI'S® FASHION JEANS

For Boys & Students

Levi's® fashion denims for students...sophisticated clean look with a good clean fit! He'll like the embroidered pocket designs for their contemporary fashion statement...with the Levi's® label with comfort and quality...

## $3.00 OFF

any pair of Boys or Students Levi's® Jeans with coupon below!

BOYS SIZES 8-14 regular and slim $20-$1000 VI

LS0001 5828

Exhibit 1
Page 8



Exhibit I
Page 9



Exhibit I
Page 10



Exhibit I
Page 11