

Exhibit I
Page 12





Exhibit I
Page 13



Exhibit I
Page 14



Exhibit 1
Page 15



Exhibit I
Page 16



Exhibit I
Page 17



Exhibit I
Page 18



Exhibit I
Page 19



Exhibit I
Page 20



Exhibit I
Page 21