# Exhibit N











Case 3:04-cv-00468-SI   Document 55   Filed 04/02/2005   Page 5 of 14







Exhibit N
Page 5











# Exhibit L