some sort of randomization in
n "work," we must choose a
ie experimental situation and
ot allowed to exert a *systematic*
does not vary randomly in its
of *neutralization*, consisting in
rocess upon the assignment of
t conditions. That is, variables
g the course of the experiment
fluctuate *unsystematically* with
t conditions.

g

ction between the *random assign-*
*ampling* of subjects from a known

n of a population of subjects and
population has an equally likely
. If these conditions are met, we
experiment to the population. It
obtain our subjects by randomly
have to turn to randomization
o subjects and to testing sessions.
come to the experiment one at a
t conditions. Who receives which
otherwise, a systematic bias may
y experiment whether the subjects
r not.
pinion polls, voter preference polls,
all depend upon random sampling
m the sample are then extended to
ndom sampling in an experiment,
from which the sample was drawn
n itself, e.g., the rats in a laboratory
ty taking a course in introductory
particular school system. Almost
*convenience*, rather than at random.
own population means that we are
r results beyond the bounds of the

pic" view of the results of an experi-
at *are* generalizable to a meaningful
that past research in a number of

laboratories with subjects chosen from different sources (e.g., different breeding stocks, different suppliers of laboratory animals, and human subjects from different schools in different sections of the country) have shown that these differences are relatively unimportant in the study of various phenomena. Knowing this, an investigator working in this field may feel safe in generalizing his results beyond the single experiment.

The distinction, then, is between a *statistical* generalization, which depends upon random sampling, and a *nonstatistical* generalization, which depends upon knowledge of a particular research area. Cornfield and Tukey (1956) make this point quite clear: "In almost any practical situation where analytical statistics is applied, the inference from the observations to the real conclusion has two parts, only the first of which is statistical. A genetic experiment on *Drosophila* will usually involve flies of a certain race of a certain species. The statistically based conclusions cannot extend beyond this race, yet the geneticist will usually, and often wisely, extend the conclusion to (a) the whole species, (b) all *Drosophila*, or (c) a larger group of insects. This wider extension may be implicit or explicit, but it is almost always present" (pp. 912–913).

In short, the generalizability of a given set of results is influenced by statistical considerations, such as the question of random sampling. For most experimenters, however, the extension of a set of findings to a broader class of subjects (or conditions for that matter) is dictated primarily by subject-matter considerations, i.e., what is known in a particular field of research about the *appropriateness* of certain generalizations and the "length" of these generalizations. The availability of this information will depend upon the state of development of the research area and the extent to which extrapolations beyond the particular subjects tested have been successful in the past.

## AN INDEX FOR THE EVALUATION OF TREATMENT EFFECTS

We now return to our earlier problem: What can we do about the fact that control by randomization will not be perfect when we are assigning relatively small numbers of subjects to our treatment conditions? Expectations from statistical theory are based upon extremely large sample sizes, much larger than those used in any experiment we will ever analyze. Since we are dealing with the "short run," where we have no assurance that our treatment groups are in fact matched on all relevant factors except the experimental treatments, how can we determine whether the differences we observe in the experiment are due either to the experimental treatments or to these chance differences or to both?

Let us consider, in general terms, a statistical solution to this disturbing problem.