1  MICHAEL J. BETTINGER, (State Bar No. 122196)
   RACHEL R. DAVIDSON, (State Bar No. 215517)
2  K&L GATES
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone:  (415) 882-8200
4  Facsimile:  (415) 882-8220

5  J. MICHAEL KEYES (*Pro Hac Vice*)
   K&L GATES
6  601 West Riverside Avenue, Suite 1400
   Spokane, WA 99201
7  Telephone:  (509) 624-2100
   Facsimile:  (509) 456-0146
8  mike.keyes@klgates.com

9  Attorneys for Defendants
   ABERCROMBIE & FITCH TRADING CO.
10

   TOWNSEND AND TOWNSEND AND CREW LLP
11 GREGORY S. GILCHRIST (State Bar No. 111536)
   GIA L. CINCONE (State Bar No. 141668)
12 Two Embarcadero Center, 8th Floor
   San Francisco, CA 94111
13 Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
14 gsgilchrist@townsend.com;
   glcincone@townsend.com
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18 | LEVI STRAUSS & CO.,                    ) Case No. C 07-03752 JSW
   |                                        )
19 |                            Plaintiff,  ) **STIPULATION AND [PROPOSED]**
   |                                        ) **ORDER RE FILING OF DEFENDANT**
20 |               v.                       ) **ABERCROMBIE & FITCH TRADING**
   |                                        ) **CO.'S AMENDED ANSWER,**
21 | ABERCROMBIE & FITCH TRADING CO.,       ) **AFFIRMATIVE DEFENSES AND**
   |                                        ) **COUNTERCLAIMS**
22 |                            Defendant.  )
   |                                        )
23 |_____)

1  Pursuant to Federal Rule of Civil Procedure 15(a) and the parties' meet and confer
2  correspondence, plaintiff Levi Strauss & Co. ("LS&CO.") agrees not to oppose defendant
3  Abercrombie & Fitch Trading Co.'s ("A&F") request for leave to file an Amended Answer,
4  Affirmative Defenses and Counterclaims which are attached hereto as Exhibit A. A&F agrees that
5  LS&Co. may have 30 days from the date of filing to respond.

Respectfully submitted,

DATED: February 6, 2008        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By /s/
_____
Michael J. Bettinger
J. Michael Keyes
Rachel R. Davidson
Attorneys for Defendants
ABERCROMBIE & FITCH TRADING CO.

DATED: February 6, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

By /s/
_____
Gregory S. Gilchrist
Attorneys for Plaintiff
LEVI STRAUSS & CO.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 7, 2008        _Jeffrey S. White_____
Hon. Jeffrey S. White
United States District Judge

STIPULATION RE FILING OF AMENDED
ANSWER AND COUNTERCLAIMS      1
Case No. C 07-93752 JSW

Printed on Recycled Paper