# HOWREY LLP



4 Park Plaza
Suite 1700
Irvine, CA 92614-8557
T 949.721.6900
F 949.721.6910
www.howrey.com

February 7, 2008

United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
Dept. 2 (JSW)
San Francisco, CA 94102-3483

   Re: *Levi Strauss & Company v. Abercrombie & Fitch Trading Company*
      USDC Case No.: C 07-03752 JSW

Dear Clerk:

  Pursuant to the enclosed *Order Granting Motion to Disqualify Howrey LLP as Counsel for Defendant Abercrombie & Fitch Trading Co.* entered 10/29/07, please have our firm removed from the electronic filing service list.

  Thank you. If you have any questions or need any further information, please do not hesitate to contact the undersigned.

               Sincerely,

               Stephanie M. Byerly

SMB:cez
Enclosure

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC