TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for
Plaintiff/Counterdefendant
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br>　　　　Plaintiff/Counterdefendant, <br><br>　v. <br><br>ABERCROMBIE & FITCH TRADING CO., <br><br>　　　　Defendant/Counterclaimant. | Case No.   C 07-03752 JSW <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEVI STRAUSS & CO.'S MOTION TO DISMISS COUNTERCLAIMS FOR CANCELLATION** <br><br>DATE: April 25, 2008 <br>TIME: 9:00 a.m. <br>COURTROOM: 2 |
| ABERCROMBIE & FITCH TRADING CO., <br><br>　　　　Defendant/Counterclaimant, <br><br>　v. <br><br>LEVI STRAUSS & CO., <br><br>　　　　Plaintiff/Counterdefendant. | |

1     GOOD CAUSE appearing, Levi Strauss & Co.'s Motion to Dismiss Counterclaims for Cancellation is GRANTED.  The counterclaims filed by Abercrombie & Fitch Trading Co. are hereby dismissed with prejudice.

DATED: _____

_____
Honorable Jeffrey S. White
United States District Judge

61305051 v1

- 1 -