**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABERCROMBIE & FITCH TRADING COMPANY,<br><br>　　　　Defendant.<br>_____/ | No. C 07-03752 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS COUNTERCLAIMS FOR CANCELLATION** |

　　　　On March 7, 2008, Plaintiff Levi Strauss & Company ("Plaintiff") filed a motion to dismiss Defendant Abercrombie and Fitch Trading Company's counterclaim for cancellation of Plaintiff's trademark. That motion is noticed for hearing on April 25, 2008.

　　　　The Court HEREBY ORDERS that Defendant's opposition shall be due on March 28, 2008, and Plaintiff's reply shall be due on April 4, 2008. If the Court determines that the matter is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they must submit a *request* to do so in which they demonstrate good cause for any such modification.

　　　　**IT IS SO ORDERED.**

Dated: March 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE