1 | MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
2 | K & L GATES LLP
55 Second Street, Suite 1700
3 | San Francisco, CA 94105
Phone: 415-882-8200
4 | Facsimile: 415- 882-8220

5 | J. MICHAEL KEYES (*Pro Hac Vice*)
K & L GATES LLP
6 | 618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
7 | Phone: 509-624-2100
Facsimile: 509-456-0146
8 |
Attorneys for Defendant
9 | ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>       Plaintiff,<br><br> v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>       Defendant.<br>_____<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>       Counter-Claimant,<br> v.<br><br>LEVI STRAUSS & CO.,<br><br>       Counter-Defendant. | No. CV-07-3752 JSW<br><br>**DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSOLIDATE HEARING DATES**<br><br>Date:  May 16, 2008<br>Time:  9:00 a.m.<br>Ctrm.:  2 |

///

Pursuant to L.R. 7-11, Defendant Abercrombie & Fitch Trading Co. ("A&F") hereby moves the Court for an Order consolidating the hearings on A&F's Motion for Summary Adjudication filed herewith, and Plaintiff Levi Strauss & Co.'s ("LS&Co.") Motion to Dismiss Counterclaims for Cancellation filed on March 7, 2008 and currently set for hearing before this Court on April 25, 2008 at 9:00 a.m.

A&F sought to have its Motion for Summary Adjudication heard on April 25, 2008, but was informed that the Court's calendar was closed. There is good cause for A&F's request to consolidate the hearing on these motions because of the identical legal issues raised with respect to LS&Co.'s Motion to Dismiss A&F's fraud claim and A&F's Motion for Summary Adjudication on that same claim. In the interest of both parties' positions being heard, and in the interest of judicial economy, the motions should be considered at the same time on April 25, 2008, or the hearing for both motions be moved to May 16, 2008.

There is no prejudice to LS&Co. in having these motions heard at the same time as A&F has served and filed its Motion for Summary Adjudication within the timeframe outlined in L.R. 7-2(a) for hearing not less than 35 days after service of the motion. This will provide LS&Co. the appropriate time to file any opposition, A&F a reply, and for the Court to review the parties' briefing.

Additionally, there is no prejudice to LS&Co. in having to actually respond to A&F's Motion for Summary Adjudication before this Court rules on the Motion to Dismiss. In response to LS&Co.'s Motion to Dismiss the fraud claim, A&F will be filing a response on March 28, 2008, that is expected to be substantively indistinguishable from the arguments submitted in support of its Motion Summary Adjudication. Thus, LS&Co. will need to expend the same amount of time and effort in either replying to the arguments set forth in A&F's response to the Motion to Dismiss the fraud claim, or in responding to the identical

1  arguments set forth in A&F's Motion for Summary Adjudication.  Given this reality, the
2  hearings on both parties' respective motions should be entertained at the same time.

3        Therefore, A&F respectfully requests that the Court order the hearing on A&F's
4  Motion for Summary Adjudication to be heard at the same time as LS&Co.'s Motion to
5  Dismiss on April 25, 2008, or that the hearing for both motions be moved to May 16, 2008 at
6  9:00 a.m., the date for which A&F's Motion for Summary Adjudication is currently set.

7        Before filing the present motion to consolidate, counsel for A&F attempted to obtain
8  LS&Co.'s counsel's stipulation to consolidate the hearings.  Mr. Greg Gilchrist was unwilling
9  to agree to consolidate the hearings on both motions even though counsel for A&F informed
10 Mr. Gilchrist that A&F's Motion for Summary Adjudication raised the exact same issues
11 raised by LS&Co. in its Motion to Dismiss.  Declaration of Rachel Davidson, p. 1¶¶ 2-3.

12 Dated:  March 21, 2008                               Respectfully submitted,

13                                                     **KIRKPATRICK & LOCKHART
                                                       PRESTON GATES ELLIS LLP**
14
15                                                     By:___/s/Rachel Davidson__
                                                       Attorneys for Defendant
16                                                     ABERCROMBIE & FITCH TRADING CO.