MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K & L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*Pro Hac Vice*)
K & L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Defendant.<br>_____<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Counter-Claimant,<br>     v.<br><br>LEVI STRAUSS & CO.,<br><br>                    Counter-Defendant. | No. CV-07-3752 JSW<br><br>**DECLARATION OF RACHEL R. DAVIDSON IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONSOLIDATE HEARING DATES**<br><br>Date:     May 16, 2008<br>Time:    9:00 a.m.<br>Ctrm.:    2 |

I, Rachel R. Davidson, declare as follows:

1. I am an attorney admitted to practice before this Court in this matter. I am an associate at the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. ("A&F") in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. On March 19, 2008, I contacted Gregory Gilchrist and Gia Cincone, at Townsend and Townsend, attorneys for Levi Strauss & Co. (LS&Co.) in this matter via e-mail. In that e-mail I asked if LS&Co. would stipulate to the consolidation of the hearing dates of LS&Co.'s Motion to Dismiss and A&F's Motion for Summary Adjudication, being filed on March 21, 2008. I explained that A&F's Motion for Summary Adjudication is a mirror image of LS&Co.'s Motion to Dismiss, and thus, it seemed to make sense that the two motions be heard together on April 25, 2008, rather than separately.

3. Mr. Gilchrist responded to my e-mail and advised that LS&Co. would not stipulate to the consolidation of the hearing dates for the two motions.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of March, 2008, at San Francisco, California.

/s/ Rachel R. Davidson  
RACHEL R. DAVIDSON