1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K & L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone:  415-882-8200
4  Facsimile:  415- 882-8220

5  J. MICHAEL KEYES (*Pro Hac Vice*)
   K & L GATES LLP
6  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
7  Phone: 509-624-2100
   Facsimile: 509-456-0146
8
   Attorneys for Defendant
9  ABERCROMBIE & FITCH TRADING CO.

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  LEVI STRAUSS & CO.,
                                            No. CV-07-3752 JSW
15                      Plaintiff,
                                            **[PROPOSED] ORDER GRANTING**
16      v.                                  **DEFENDANT ABERCROMBIE &**
                                            **FITCH TRADING CO.'S MOTION**
17  ABERCROMBIE & FITCH TRADING CO.,        **FOR ADMINISTRATIVE RELIEF**
                                            **TO CONSOLIDATE HEARING**
18                      Defendant.          **DATES**
    _____
19                                          Date:        May 16, 2008
    ABERCROMBIE & FITCH TRADING CO.,        Time:        9:00 a.m.
20                                          Court Rm:    2
                        Counter-Claimant,
21      v.

22  LEVI STRAUSS & CO.,

23                      Counter-Defendant.

24

25  ///

26

[PROPOSED] ORDER
Case No. 03:07-CV-3752-JSW            -1-                 Printed on Recycled Paper

1   IT IS HEREBY ORDERED THAT Abercrombie & Fitch Trading Co.'s ("A&F")
2  Motion for Administrative Relief to Consolidate Hearing Dates is Granted.  The hearing on
3  A&F's Motion for Summary Adjudication, currently scheduled for May 16, 2008 shall be
4  heard on April 25, 2008 at 9:00 a.m.

DATED: _____

_____
Honorable Jeffrey S. White
United States District Judge