1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone: 415-882-8200
   Facsimile: 415-882-8220
5
   J. MICHAEL KEYES (*Pro Hac Vice*)
6  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
7  618 West Riverside Avenue, Suite 300
   Spokane WA 99201-0602
8  Phone: 509-624-2100
   Facsimile: 509-456-0146
9
   Attorneys for Defendant
10 ABERCROMBIE & FITCH TRADING CO.

11

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

15  LEVI STRAUSS & CO.,

No. CV-07-3752 JSW

16                              Plaintiff,

17      v.

**DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR SUMMARY ADJUDICATION**

18  ABERCROMBIE & FITCH TRADING CO.,

19                              Defendant.

20

21  ABERCROMBIE & FITCH TRADING CO.,

                                Counter-Claimant,

22      v.

23  LEVI STRAUSS & CO.,

24                              Counter-Defendant.

25  ///

26

I, J. Michael Keyes, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in this matter. I am a partner in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. ("A&F") in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in *Lois Sportswear, U.S.A., Inc. v. Levi Strauss & Company*, U.S. District Court for the Southern District of New York, Case No. 82 Civ. 8326 (RWS) ["*Lois Sportswear*"], dated 12/13/82, with exhibits.

3. Attached hereto as Exhibit B is a true and correct copy of the Answer and Counterclaims filed in *Lois Sportswear*, dated 01/05/83.

4. Attached hereto as Exhibit C is a true and correct copy of the U.S. Patent Office Trade-Mark 404,248, Registered Nov. 16, 1943 by Levi Strauss & Company, and the U.S. Patent and Trademark Office Reg. No. 1,139,254, Registered Sep. 2, 1980 by Levi Strauss & Co.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Answer to Counterclaims filed in *Lois Sportswear,* dated 01/25/83.

6. Attached hereto as Exhibit E is a true and correct copy of Lois Sportswear's Pre-Trial Brief filed in *Lois Sportswear,* dated 01/25/83.

7. Attached hereto as Exhibit F is a true and correct copy of the Memorandum of Lois Sportswear, U.S.A., Inc. and Textiles Y Confecciones Europeas, S.A. in Opposition to Cross-Motion for Summary Judgment and in Reply to Memorandum of Levi Strauss & Company in Opposition to Motion for Summary Judgment, in *Lois Sportswear,* dated 06/19/85.

8. Attached hereto as Exhibit G is a true and correct copy of the Affidavit of Jeffrey D. Cohen filed in *Lois Sportswear,* dated 06/19/85.

9. Attached hereto as Exhibit H is a true and correct copy of the Affidavit of Cassandra M. Flipper filed in *Lois Sportswear,* dated 05/28/85.

10. Attached hereto as Exhibit I is a true and correct copy of the Combined Affidavit Under Sections 8 and 15 of Katherine B. Durgin, filed with the U.S. Patent and Trademark Office regarding the Trademark: Arcuate Design, Reg. No. 1,139,254, dated 05/14/85.

11. Attached hereto as Exhibit J is a true and correct copy of the Patent Prosecution History regarding Reg. No. 1,139,254 for Levi Strauss & Co.

12. Attached hereto as Exhibit K is a true and correct copy of correspondence from the U.S. Patent and Trademark Office to Levi Strauss & Co. dated 09/20/85.

13. Attached hereto as Exhibit L is a true and correct copy of the Section 8 and 15 Affidavits Filed by LS&Co. for Federal Trademark Registrations Owned by LS&Co. Dealing with Various Aspects of "Levi's Jeans."

14. Attached hereto as Exhibit M is a true and correct copy of the Combined Affidavit Under Sections 8 and 15 of Jean L. Fowler, filed with the U.S. Patent and Trademark Office regarding the Trademark: Arcuate Design, Reg. No. 1,139,254, dated 01/02/85.

15. Attached hereto as Exhibit N is a true and correct copy of the Notice of Appeal filed by Lois Sportswear, U.S.A., Inc. in *Lois Sportswear,* dated 12/03/85.

16. Attached hereto as Exhibit O is a true and correct copy of Appellants' Petition for Rehearing En Banc filed by Lois Sportswear, U.S.A., Inc. in the appeal to the U.S. Court of Appeals for the Second Circuit, *Lois Sportswear U.S., Inc. and Textiles Y Confecciones Europeas, S.A. against Levi Strauss & Company,* Appeal No. 85-7976/7880 [*Lois Sportswear* Appeal], dated 09/10/86.

17. Attached hereto as Exhibit P is a true and correct copy of the Reply Brief for Appellant filed by Lois Sportswear in the *Lois Sportswear* Appeal, dated 03/04/86.

18. Attached hereto as Exhibit Q is a true and correct copy of correspondence from Levi Strauss & Co. to the Commissioner of Patents and Trademarks, enclosing the newly-executed Declaration, dated 01/09/86.

19. Attached hereto as Exhibit R is a true and correct copy of the Answer and Affirmative Defenses filed in the U.S. District Court for the Middle District of Florida, Orlando Division, in *Estefan Enterprises, Inc. v. Coco Bongo Grill and Bar, Inc.*, Case No. 6:06-CV-00742-Orl, dated 07/17/06.

20. Attached hereto as Exhibit S is a true and correct copy of the Trademark Manual of Examining Procedure (TMEP), Fifth Edition, September 2007.

21. Attached hereto as Exhibit T is a true and correct copy of the Trademark Manual of Examining Procedure (TMEP), First Edition, Revision 6 (Dec. 1983).

22. Attached hereto as Exhibit U is a true and correct copy of the Trademark Manual of Examining Procedure (TMEP), First Edition, Revision 7 (Jan. 1986).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

EXECUTED this 21st day of March, 2008, by J. Michael Keyes.

*/s/ J. Michael Keyes*
J. Michael Keyes