# Exhibit J

| REG. NO. | 3. MARK | 4. SER. NO. |
|---|---|---|
| 1139254 | ARCU... and DESIGN | 169399 |
| Registration Date: SEP 1980 | | 5. Examiner: M. J. Leahy |

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. SERIAL NUMBER |
|---|---|---|---|
| 25 | 39 | 05/08/78 | 169399 |

**10. APPLICANT AND POST OFFICE**
LEVI STRAUSS & CO.
TWO EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA 94106
(DELAWARE CORP.)

**16. EXAMINER**
106-LEAHY MARY

**17. TYPE OF MARK**
TRADEMARK

**18. FIRST USE**
ICL 025  00/00/1873
since the year

**19. IN COMMERCE**
ICL 025  00/00/1873
since the year

**20. PRIOR REGISTRATION**
404,248

**13. SEND CORRESPONDENCE TO**
Sylvia J. Kaplan
Corporate Legal Dept.
Levi Strauss & Co.
Levi's Plaza
P.O. Box 7215
San Francisco, CA 94120

**14. ASSOCIATE ATTORNEY**

**15. GOODS—SERVICES**
025-PANTS, JACKETS, SKIRTS, DRESSES AND SHORTS.

PTO-36-3 (REV. 5-77) (FORMERLY PTO-102L) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE (6-77)

21. Other Data

| 22. AMENDED | PRINCIPAL REGISTER | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | M. J. Leahy |
| 23. AFFIDAVIT | Section 8 — F. A. Pfeil — Less Hoods | 27. Passed for Publication — Mary Jean Leahy | |
| | Section 15 | 28. Passed for Registration | |
| | Section 12C | 29. O.G. Date | |
| 24. RENEWAL | Passed for Renewal | | PUBLISHED JAN 8 1980 |
| | Renewed From | | |
| | ☐ Less Goods | | |

Ex. J-1



FILING DATE 05/08/1978
REGISTRATION # 1139254

CLASS 25

## CONTENTS:

1. Application..................papers.
2. Letter, Dec & Photos  Apr 16/79
3. N OF P
4. Reg. to ......
5. Notice of Suit  Apr 2, 1982
6. Notice of Suit  (Decided) Oct 3, 1983
7. 8 & 15 Decl  May 17, 1985 (Informal)   SEP 20 1985
8. 
9. ~~~~~~~~~  16, 1986
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28. 
29. 
30. 
31. 

Ex. J-2

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-03-20 15:33:24 ET

Serial Number: 73169399   Assignment Information       Trademark Document Retrieval

Registration Number: 1139254

Mark



Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2001-08-06

Filing Date: 1978-05-08

Transformed into a National Application: No

Registration Date: 1980-09-02

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2008-02-08

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LEVI STRAUSS & CO.

**Address:**
LEVI STRAUSS & CO.
TWO EMBARCADERO CTR.
SAN FRANCISCO, CA 94106
United States

Ex. J-3

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
PANTS, JACKETS, SKIRTS, AND SHORTS
**Basis:** 1(a)
**First Use Date:** 1873-00-00
**First Use in Commerce Date:** 1873-00-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
09.01.02 - Embroidery; Labels, clothing; Stitching, not on clothing pockets
09.03.16 - Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing)
26.15.02 - Plain single or multiple line polygons; Polygons (plain, single line)
26.15.13 - More than one polygon
26.15.16 - Polygons touching or intersecting
26.15.28 - Miscellaneous designs with overall polygon shape; Polygonal shapes (miscellaneous overall shape)
26.17.02 - Bands, wavy; Bars, wavy; Lines, wavy; Wavy line(s), band(s) or bar(s)
26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal
26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved
26.17.25 - Other lines, bands or bars

**Prior Registration Number(s):**
404248

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-08 - Case File In TICRS

2007-04-24 - Notice Of Suit

2001-08-06 - Second renewal 10 year

2001-08-06 - Section 8 (10-year) accepted/ Section 9 granted

Ex. J-4

2000-08-24 - Combined Section 8 (10-year)/Section 9 filed

1986-04-10 - Section 8 (6-year) accepted & Section 15 acknowledged

1986-01-16 - Section 8 (6-year) and Section 15 Filed

1986-01-16 - Section 8 (6-year) and Section 15 Filed

1985-09-20 - Post Registration action mailed Section 8 & 15

1985-05-17 - Section 8 (6-year) and Section 15 Filed

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
SARAH R. FULLER
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE, CA 94608-1925

Ex. J-5