# Exhibit K



UNITED STATE  PARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.  1139254     SERIAL NO. 73/169399     PAPER NO.
                                                       MAILING DATE: 09/20/85

MARK: (MISCELLANEOUS DESIGN)

REGISTRANT: LEVI STRAUSS & CO.

CORRESPONDENCE ADDRESS:
SYLVIA J. KAPLAN
CORPORATE LEGAL DEPT.
LEVI STRAUSS & CO.
LEVI'S PLAZA, P. O. BOX 7215
SAN FRANCISCO, CA  94120

Please furnish the following
in all correspondence:

1. Your phone number and zip code.
2. Mailing date of this action.
3. Affidavit-Renewal Examiner's name.
4. The address of all correspondence not containing fees should include the words "Box 8".
5. Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

THE DECLARATION CANNOT BE ACCEPTED FOR EXAMINATION BECAUSE IT WAS EXECUTED
BEFORE THE BEGINNING OF THE FIFTH YEAR FOLLOWING THE DATE OF REGISTRATION.
THE EARLIEST DATE A DECLARATION COULD HAVE BEEN EXECUTED FOR THIS REGISTRA-
TION WAS SEPTEMBER 2, 1985. A NEWLY-EXECUTED DECLARATION MUST BE FILED NO
LATER THAN SEPTEMBER 2, 1986 IN ORDER TO AVOID CANCELLATION OF THE REGIS-
TRATION.

THE FEE OF $200 WILL BE HELD PENDING RECEIPT OF THE NEWLY-EXECUTED DECLARA-
TION.

*J. A. Pfohl* (signature)
FRANCES A. PFOHL
AFFIDAVIT-RENEWAL EXAMINER
TRADEMARK EXAMINING OPERATION
(703) 557-1988

Ex. K-1