# Exhibit L

**Section 8 & 15 Affidavits Filed by LS&Co. for Federal Trademark Registrations
Owned by LS&Co. Dealing with Various Aspects of "Levi's Jeans"**

| Registration No. | Registration Date | Period for Filing Section 8 & 15 Affidavit | Date Section 8 & 15 Affidavit Filed by LS&Co. | Location in Keyes Dec. |
|---|---|---|---|---|
| 577,490 | 07.21.1953 | 07.21.1958 – 07.21.1959 | 8.7.1958 | Ex. L-2 – Ex. L-10 |
| 638,273 | 10.27.1953 | 10.27.1958 – 10.27.1959 | 11.7.1958 | Ex. L-11 – Ex. L-20 |
| 720,376 | 08.22.1961 | 08.22.1966 – 08.22.1967 | 11.2.66 | Ex. L-21 – Ex. L-29 |
| 774,625 | 08.04.1964 | 08.04.1969 – 08.04.1970 | 4.23.1970 | Ex. L-30 – Ex. L-43 |
| 775,412 | 08.18.1964 | 08.18.1969 – 08.18.1970 | 4.23.1970 | Ex. L-44 – Ex. L-57 |
| 849,437 | 05.21.1968 | 05.21.1973 – 05.21.1974 | 7.30.1973 | Ex. L-58 – Ex. L-63 |
| 875,680 | 08.26.1969 | 08.26.1974 – 08.26.1975 | 2.20.1975 | Ex. L-64 – Ex. L-69 |
| 896,521 | 08.11.1970 | 08.11.1975 – 08.11.1976 | 2.27.1976 | Ex. L-70 – Ex. L-75 |
| 1,030,033 | 01.13.1976 | 01.13.1981 – 01.13.1982 | 1.12.1982 | Ex. L-76 – Ex. L-85 |
| 1,122,467 | 07.17.1979 | 07.17.1984 – 07.17.1985 | 8.6.1984 | Ex. L-86 – Ex. L-90 |
| **1,139,254** | **09.02.1980** | **09.02.1985 – 09.02.1986** | **5.17.1985 (early); 1.16.1986** | **Exhibits C, I, J, K, and M** |
| 1,157,769 | 06.16.1981 | 06.16.1986 – 06.16.1987 | 9.29.1986 | Ex. L-91 – Ex. L-102 |
| 1,313,554 | 01.08.1985 | 01.08.1990 – 01.08.1991 | 1.8.1991 | Ex. L-103 – Ex. L-113 |
| 1,319,462 | 02.12.1985 | 02.12.1990 – 02.12.1991 | 1.8.1991 | Ex. L-114 – Ex. L-124 |
| 1,334,399 | 05.07.1985 | 05.07.1990 – 05.07.1991 | 1.29.1991 | Ex. L-125– Ex. L-136 |

TRADE MARK
CLASS 39, CLOTHING

USS & COMPANY,
SS & Co,,

JUL 21 1953

**577,490**

DEL. CORP.

SAN FRANCISCO,
CALIFORNIA
OVERALLS

SAN FRANCISCO, Calif.

## PRINCIPAL REGISTER          ## ACT OF 1946

nent
ation
nens
ing
25.00

*Application filed complete*

APR 30 1949

JAN 24 1973

nd passed for publication *Mildred Jackson*   APR 8 1953

or registration *Mildred Jackson*   JUN 22 1953

lowance
Sec. 8 *P. Yarnall*                    Acknowledged
Sec. 15                                 Acknowledged
for renewal *Bol. Lenore Lady*          Renewed July 21, 1973
en renewal *M. Bowman*                  Renewed July 31, 1993

Wendy Juster
Levi Strauss + Co
1155 Battery Street
San Francisco, CA 94111

SAN FRANCISCO, CALF
Francisco, Calif. 94111

ade mark: The drawing is lined for red. The mark consists of a
rker or tab of textile material or the like, colored red, appearin
affixed permanently to the exterior of the garment i
that the red tab is visible, while the garme
andise of goods. Overalls jeans

.MENDMENT SEC. 7 5/29/73                 1. C. 25

pplicant claims ownership of registrations NOS. 356,701, 404,248

aims use since SEPT 1 1936

use in commerce since SEPT 1 1936

PUBLISHED IN

MAY 5 1953

U. S. PATENT OF

JUL 17 1973        5 OCT 1993

Ex. L-2

578119
LING DATE
4/30/1949

REGISTRATION #
**577490**

NTENTS:

ECTION    pers. **BRIEFED**
JUN  9 1950

TRADE MARKS
CLASS 39, CLOTHING

MAY 18 1951

71578119

tt B                    Nov 18, 1951

MAY  2 1952

Act C + Sub Dig        Oct 21, 1952
FEB 18 1953

+ Exalt d         Mar 9, 1953

**"T" OF P**        APR 10 1953

**N OF A**        JUN 25 1953

line or Suit  Oct. 18-1954

Suit  Sept. 21-1955 (9-26-55)

SEC. 8 & 15    AUG 7  1956

dt        Mar 9, 1969

May 1, 1970

t        Jan 24, 1973

Amdt   Mar 7, 1973

July 19, 1976

of Suit  Oct. 31, 1979

Ret.  July 16, 1983

900



MARK: Trademark Design
REG. NO. 577,490
CLASS NO. 39

<u>COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15</u>

TO THE COMMISSIONER OF PATENTS:

D. A. BERONIO, being duly sworn, deposes and says that he is the Secretary of LEVI STRAUSS AND COMPANY, a corporation organized under the laws of the State of California, located and doing business at 98 Battery Street, San Francisco, California; that said corporation is the owner of Registration No. 577,490, dated July 21, 1953, as evidenced by the accompanying title report; that the mark described therein has been in continuous use in commerce among the several states for five consecutive years from July 21, 1953 to July 21, 1958, subsequent to the date of registration, on or in connection with the following, OVERALLS, stated in the registration; that the mark is still in use in commerce in the manner shown in the specimen attached hereto; that there has been no final decision adverse to said corporation's claim of ownership of such mark for such goods, or its right to register the same, or keep the same on the register, and that there is no proceeding involving said rights pending in the Patent Office or in a court and not finally disposed of.

The undersigned hereby appoints BOYKEN, MOHLER & WOOD, 723 Crocker Building, San Francisco, California, Reg. No. 17,553, its attorneys to file this affidavit with full power of substitution and revocation, and to transact all business in the Patent Office in connection therewith.

LEVI STRAUSS AND COMPANY

By _____
D. A. Beronio, Secretary

STATE OF CALIFORNIA    )
CITY AND               )
COUNTY OF SAN FRANCISCO )

Before me personally appeared D. A. BERONIO, to me known to be the person described in the foregoing affidavit, who signed the said affidavit in my presence, and made oath before me, to the allegations set forth therein on the 5th day of August, 1958.

_____
Notary Public

BILLIE L. AIKMAN
My Commission Expires April 26, 1961

Ex. L-4

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0577490 |
| **REGISTRATION DATE** | 07/21/1953 |
| **SERIAL NUMBER** | 71578119 |
| **MARK SECTION** | |
| MARK | Design only |
| **OWNER SECTION (current)** | |
| NAME | LEVI STRAUSS & COMPANY |
| STREET | 98 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| 'NTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | LEVI STRAUSS & COMPANY |
| STREET | 1155 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT5\IMAGEOUT5 \715\781\71578119\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | a digital photograph of a rear jeans pocket bearing the mark. |
| **PAYMENT SECTION** | |
| .BER OF CLASSES | 1 |

Ex. L-5

| SUBTOTAL AMOUNT | 500 |
|---|---|
| AL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 06/25/2003 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jun 25 13:19:35 EDT 2003 |
| TEAS STAMP | USPTO/S08N09-155572542-20 030625131935151009-057749 0-200e79da9f4859ed5928fea b20b03444c8DA781-20030625 131234106101 |

PTO Form 1963 (Rev 9/2006)
OMB No. 0651-0055 (Exp. 10/31/2008)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of ∠

## To the Commissioner for Trademarks:

I. ∠ISTRATION NUMBER: 0577490
**REGISTRATION DATE:** 07/21/1953
**MARK:** Design only
The owner, LEVI STRAUSS & COMPANY, residing at 1155 BATTERY STREET, SAN FRANCISCO, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company the mark in commerce on or in connection with all goods and/or services listed in the existing registration.
The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) a digital photograph of a rear jeans pocket bearing the mark..
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration
**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Signature: /Jennifer Gunn/    Date: 06/25/2003
Signatory's Name: Jennifer Gunn
Signatory's Position: Paralegal
I    '. Sale Number: 781
R∠M Accounting Date: 06/25/2003

Ex. L-6

Serial Number: 71578119
I   net Transmission Date: Wed Jun 25 13:19:35 EDT 2003
1_  _S Stamp: USPTO/S08N09-155572542-20030625131935151
009-0577490-200e79da9f4859ed5928feab20b0
3444c8DA781-20030625131234106101

# SPECIMEN

**Internet Transmission Date:**
06/25/2003

**International Class:**
025

**Registration Number:**
0577490

**Serial Number:**
71578119





Ex. L-8



Ex. L-9

# FEE RECORD SHEET

**Registration Number:**   0577490

**Serial Number:**   71578119



**RAM Sale Number: 781**

**Total Fees:**     $500

**RAM Accounting Date: 20030625**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20030625 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20030625 | $400 | 1 | $400 |

Ex. L-10

T.-M. SERIAL No. (Series of 1905)

**638273**

REG. No. **5816**

TRADE MARKS
CLASS 39 CLOTHING

REGISTERED   OCT 27 1953

Name   LEVI STRAUSS & COMPANY

*Levi Strauss & Co.,*

*Levi Corp.*

of   SAN FRANCISCO

*San Francisco, Calif.*

State of   CALIFORNIA

For   MEN'S, WOMEN'S AND CHILDREN'S OVERALLS, JACKETS, SHIRTS, COATS, SL.
AND PANTS, WOMEN'S AND CHILDREN'S BLOUSES, ETC.

Parts of Application filed

Statement ...........................

Verification .........................

Specimens ..........................

Drawing ............................

Fee   $25.00   —   91110   NOV 18, 1952

$25.00

PRINCIPAL REGISTER   **ACT OF 1946**

*Application filed complete*

NOV 18

MAY 14 1978

Examined and passed for publication *Mildred Jackson*  JUN 24 1953

Examined for registration *Mildred Jackson*

Notice of allowance   SEP 28 1953

Affidavit, Sec. 8 } *V. S. Choder*

Affidavit, Sec. 15 }               Acknowledged ........

Examined for renewal *L. Fuser*      Acknowledged ........

Examined for renewal *A. Jaeger*     Renewed Oct 27, 1973

Representative   *D. Grant   Watts*   Renewed October 27, 1993

Attorney   BOYKEN, MOHLER AND BECKLEY, 723 CROCKER BLDG., SAN FRANCISCO 4, CALI.

*Atty. Limbach, Limbach & Sutton*

Associate Attorney  *San Francisco, 3000 Ferry Bldg.*

*San Francisco, Calif. 94111*

Other data: ......................

Goods—Services   Men's, women's and children's overalls,
jackets, outer shirts, coats, slacks, and
pants, women's and children's blouses, outer
shorts, pedal pushers, vests, skirts, and culottes, and
women's bras (less goods)

Applicant claims ownership of registrations NOS. 250,265, 413,386 AND 516,561, and 2,
568,027                                                                Int. cl. 25

Claims use since APRIL 15, 1952 's and since Apr. 14, 1927, as
to the word "LEVI'S"

Cl   s use in commerce since APRIL 15, 1952

PUBLISHED IN O. G.

JUL 21 1953

JUL 31 1973

U. S. PATENT OFFICE

JAN 10 1995



FILING DATE 11/18/1952    REGISTRATION # 581610



CLASSIFICATION

TRADE MARKS
CLASS 39, CLOTHING

# CONTENTS:

*Application* ___ *papers.*    **BRIEFED**

1. Letter & Add Spec _____ Nov. 19, 1952
2. amdt a + Affdt _____ Feb. 17, 1953
3. LETTER _____ MAR 27 1953
4. amdt B _____ apr. 3, 1953
5. LETTER _____ MAY 1 1953
6. amdt C _____ may 11, 1953
7. N OF P _____ JUN 23 1953
8. N OF A _____ OCT 1 1953
9. COMB. AFF. SEC. 8 & 15 _____ NOV 7 1958
10. Ren. Pet. _____ May 14, 1973
11. Notice of Suit _____ apr. 18, 1978
12. Notice of Suit _____ (Decided) July 20, 1978
13. Ren Pet _____ 10-22-93
14. _____ JAN 18 1994
15. Sect 8C9 _____ 10/23/03
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____

Ex. L-12

16—61881-3

MARK:  "LEVI'S"
REG. NO. 581,610
CLASS NO. 39

COMBINED AFFIDAVITS UNDER §§ 8 AND 15

TO THE COMMISSIONER OF PATENTS:

D. A. BERONIO, being duly sworn, deposes and says that he is the Secretary of LEVI STRAUSS AND COMPANY, a corporation organized under the laws of the State of California, located and doing business at 98 Battery Street, San Francisco, California; that said corporation is the owner of Registration No. 581,610, dated October 27, 1953, as evidenced by the accompanying title report; that the mark described therein has been in continuous use in commerce among the several states for five consecutive years from October 27, 1953 to October 27, 1958, subsequent to the date of registration, on or in connection with the following, MEN'S, WOMEN'S AND CHILDREN'S OVERALLS, JACKETS, OUTER SHIRTS, COATS, SLACKS, AND PANTS; WOMEN'S AND CHILDREN'S BLOUSES, OUTER SHORTS, PEDAL PUSHERS, VESTS, SKIRTS, AND CULOTTES; AND WOMEN'S BRAS, stated in the registration; that the mark is still in use in commerce in the manner shown in the specimen attached hereto; that there has been no final decision adverse to said corporation's claim of ownership of such mark for such goods, or its right to register the same, or keep the same on the register, and that there is no proceeding involving said rights pending in the Patent Office or in a court and not finally disposed of.

The undersigned hereby appoints BOYKEN, MOHLER & WOOD, 723 Crocker Building, San Francisco, California, Registration No. 17,553, its attorneys to file this affidavit with full power of substitution and revocation, and to transact all business in the Patent Office in connection therewith.

LEVI STRAUSS AND COMPANY

By _____
            Secretary

Ex. L-13

-1-

1  STATE OF CALIFORNIA        )
   CITY AND                   )  ss.
2  COUNTY OF SAN FRANCISCO    )

3           Before me personally appeared D. A. BERONIO, to me known

4  to be the person described in the foregoing affidavit, who signed

5  the said affidavit in my presence, and made oath before me to the

6  allegations set forth therein on the _3rd_ day of _November_,

7  1958.

8

9                                    _Billie L. Aikman_
                                     Notary Public

10

11                              BILLIE L. AIKMAN
                          My Commission Expires April 26, 1961

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

ba  32

Ex. L-14

-2-

PTO- FB69 (Rev. 5/2008)
O       351-0055 (Exp 10/31/2005)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| REGISTRATION NUMBER | 0581610 |
| REGISTRATION DATE | 10/27/1953 |
| SERIAL NUMBER | 71638273 |
| **MARK SECTION** | |
| MARK | LEVI'S (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 1155 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| POSTAL CODE | 94111 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 1155 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| DELETE THE FOLLOWING GOODS AND/OR SERVICES | Coats |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT7\IMAGEOUT7 \716\382\71638273\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a jacket pocket bearing the mark |
| MENT SECTION | |
| | 1 |

Ex. L-15

| NUMBER OF CLASSES PAID | 1 |
|---|---|
| TOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 10/23/2003 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Oct 23 18:18:15 EDT 2003 |
| TEAS STAMP | USPTO/S08N09-155572542-20 031023181815084043-058161 0-2002d4ee60e6ae12d4cd747 92c279d24b7DA336-20031023 181147854289 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

---

**Combined Declaration of Use In Commerce & Application For Renewal of Registration of**

', .he Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0581610
**REGISTRATION DATE:** 10/27/1953
**MARK:** LEVI'S (stylized and/or with design)
The owner, LEVI STRAUSS & CO., residing at 1155 BATTERY STREET , SAN FRANCISCO, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company the mark in commerce on or in connection with all goods and/or services listed in the existing registration, except the goods and/or service listed above. **except** the following:

    Coats

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a jacket pocket bearing the mark.
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
S' .ature: /Jennifer Gunn/    Date: 10/23/2003
S_ .tory's Name: Jennifer Gunn

    Ex. L-16

Signatory's Position: Paralegal
F   ˙ Sale Number: 336
R. _ʌ Accounting Date: 10/24/2003
Serial Number: 71638273
Internet Transmission Date: Thu Oct 23 18:18:15 EDT 2003
TEAS Stamp: USPTO/S08N09-155572542-20031023181815084
043-0581610-2002d4ee60e6ae12d4cd74792c27
9d24b7DA336-20031023181147854289

# SPECIMEN

**Internet Transmission Date:**
10/23/2003

**International Class:**
025

**Registration Number:**
0581610

**Serial Number:**
71638273





Ex. L-18



Ex. L-19

# FEE RECORD SHEET

**Registration Number:**  0581610

**Serial Number:**  71638273

RAM Sale Number: 336

**Total Fees:**    $500

RAM Accounting Date: 20031024

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 10/23/2003 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 10/23/2003 | $400 | 1 | $400 |

Ex. L-20

RENEWAL

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| **720376** | REP OF MARKER TAB ON OVERALLS | 74095 |

| Registered (date) | Type of Mark | Examiner |
|---|---|---|
| AUG 2 2 1961 | 39 | |

| Class | Filed Complete | Serial No. | PRINCIPAL REGISTER |
|---|---|---|---|
| 39 | MAY 7 1959 | | |

Applicant and Post Office

LEVI STRAUSS & COMPANY, ~~CALIF. CORP.~~
98 BATTERY ST.,
SAN FRANCISCO, CALIF.

*Levi Strauss & Co. Del. Corp.*
*San Francisco, Calif.*

Amended ...............................

☐ Assignee of
☐ By change of name from

Parts Filed:
- Application ........ MAY 7 19
- Verification ........ MAY 7 19
- Specimens ........ MAY 7 19
- Drawings ........ MAY 7 19
- Fee ........ AUG

25.00

Goods—Services

Mark

Limbach, Limbach & Sutton
2001 Ferry Building
San Francisco, Calif. 94111

Passed for Publication

Passed for Registration

**AMENDMENT SEC. 7**

*The mark consists of a small white marker or tab affixed to the exterior of the garment at the hip pocket.*

**AMENDMENT SEC. 7**

REG. NOS. 356,701, 577,490

A F F I D A V I T
- Sec. 8
- Sec. 15
- Sec. 12c

Passed for Renewal

Renewed From *Aug. 22, 1981*
*Aug. 22, 2001*

Goods—Services

JUVENILE OVERALLS

*OK*

PUBLISHED IN O.

JAN 1 7 1961

First Use:
OCT. 9, 1957

In OCT. 9, 1957

JAN 1 2 1982

U.S. PATENT OFFICE

INT. CL. 25

Ex. L-21

**74095**

CLASS.

# CONTENTS:

Application *a R* papers.

1. SEP 22 1959
2. letter & Exhs. — Mar. 9, 1960
3. APR 6 1960   FINAL REFUSAL
4. Letter — apr 21/60
5. MAY 1960
6. APPEAL TO BOARD — April 21, 1960
7. APPEAL ACKNOWLEDGED — May 6, 1960
8. REQ. FOR RECON. — June 20, 1960
9. REMAND — June 28/1960
10. Letter-Recons. — July 1, 1960
11. Letter Excl. — July 13, 1960
12. N OF A
13. amdt a — apr 6/61 — JW
14. JUL 19 1961
15. COMB. AFF. SEC 8 & 15   2 NOV 1966
16. Notice of Suit — Mar 7, 1967
17. Notice of Suit — May 4, 1970
18. — July 19, 1976
19. Notice of Suit — Oct 31, 1979
20. Ren. Pet. Aug. 3, 1981
21. AMDT — Aug 3, 1981
22. Letter — 2 0 MAY 1982
23. Letter — Jan 4, 1983
24. Letter-Rep-amdt — Jan 28, 1983
25. Ren Sec 8 APP/ — 8.22.200 1
26.
27.
28.
29.
30.
31.

FILING DATE 05/07/1959   REGISTRATION 720376

Ex. L-22



*Tm*

TA-18901-31

#15

### IN THE UNITED STATES PATENT OFFICE

### COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK: WHITE TAB

REGISTRATION NO. 720,376

CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA       )
                               ) ss:
CITY and COUNTY OF SAN FRANCISCO )

    _C. W. Lagorie_, being duly sworn, states that
Levi Strauss & Co., a corporation of the State of California,
and having its principal place of business at 98 Battery Street,
San Francisco, California, owns Registration No. 720,376, issued
August 22, 1961, as evidenced by the accompanying title report;
that the mark shown therein is still in use as evidenced by the
attached specimen showing the mark as currently used; that the
mark shown therein has been in continuous use in commerce among
the several states for five consecutive years from August 23, 1961
to the present on the following goods recited in the registration:
JUVENILE OVERALLS; that said mark is still in use in commerce
among the several states; that there has been no final decision
adverse to registrant's claim of ownership of said mark to its
right to register the same or to maintain it on the register,
and that there is no proceeding involving any of said rights
pending and not disposed of either in the Patent Office or in the
courts.

                                     LEVI STRAUSS & CO.

                                     By _C.W. Lagorie_

                                     Its _Secretary_

Ex. L-23

1.    47

Subscribed and sworn to before me this *13th* day of

*September*, 1966.

*Erik K. Lyckfors*
*Notary Public*

ERIK K. LYCKFORS
My Commission Expires June 22, 1968

OFFICIAL SEAL
ERIK K. LYCKFORS
NOTARY PUBLIC – CALIFORNIA
PRINCIPAL OFFICE IN
SAN FRANCISCO COUNTY

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of FLEHR and
SWAIN, a firm composed of Paul D. Flehr, Harold C. Hohbach, Aldo
J. Test, Elmer S. Albritton and Thomas O. Herbert, all members
of the Bar of the State of California, Crocker Building,
San Francisco, California 94104, Registration No. 15,929, its
attorneys to file this affidavit, with full power of substitution
and revocation, and to transact all business in the Patent
Office in connection therewith.

LEVI STRAUSS & CO.

By _____
    *Secretary*

®  |

2.

48

*POST Registration*



||||||||||||||||||||||||||

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #73

August 22, 2001

**VIA U.S. EXPRESS MAIL Label No. EL624509528US**

Box POST REG - FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

    Re: Registrant Levi Strauss & Co.
      Trademark: White Tab Device
      Registration No. 720376
      International Class 25
      Our File No.: IP00009F

Dear Sir:

   Enclosed for filing is an original executed Combined Declaration of Use in Commerce/Application for Renewal of Registration, together with one specimen showing the above mark as it is currently used in International Class 25.

   Please charge the filing fee of $500.00 to the Levi Strauss & Co. Deposit Account No. 121161. Please charge any additional fees or refund any overpayment to the same account.

   Kindly return the enclosed postcard indicating your receipt of this document.

         Respectfully submitted,

         Jennifer Gunn
         Paralegal

Enclosures (3)

Ex. L-25

PRy

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #73

| | |
|---|---|
| Registrant:    LEVI STRAUSS & CO. | ) |
| | ) |
| Registration No.:  720376 | ) |
| | ) |
| Mark:   White Tab Device | ) |
| | ) |
| International Class:  25 | ) |
| | ) |
| Registration Date:  August 22, 1961 | ) |
| _____ | ) |

Box POST REG – FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

**COMBINED DECLARATION OF USE IN COMMERCE/
APPLICATION FOR RENEWAL OF REGISTRATION OF MARK
UNDER §§ 8 AND 9 (15 U.S.C. §§ 1058 and 1059)**

Sir:

LEVI STRAUSS & CO., a Delaware corporation having its headquarters and

principal place of business at 1155 Battery Street, San Francisco, California 94111, is the

owner of Registration No. 720376 as shown by records in the U.S. Patent and Trademark

Office.  Registrant is using the mark in commerce on or in connection with the goods

identified below, as evidenced by the attached specimen showing the mark as currently

used in commerce.

The registrant requests that the registration be renewed for the goods identified

below:

08   2001 SREED1   00000105 121161   720376          **Pants**
01 FC:372          100.00 CH
02 FC:365          400.00 CH

Ex. L-26

Reg. No. 720376                                          1

## DECLARATION

The undersigned being hereby warned that willful false statements and the like are so made punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the owner, and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

The undersigned hereby appoints Karen S. Frank, admitted to practice before the Supreme Court of the State of California, and the firm of Legal Strategies Group, 5905 Christie Avenue, Emeryville, California 94608 and its attorneys, either individually or collectively, to prosecute this Application, and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all correspondence and calls to:

Jennifer Gunn, Paralegal
Levi Strauss & Co.
1155 Battery Street
San Francisco, California 94111
Telephone: (415) 501-3433

Dated: August 22, 2001

LEVI STRAUSS & CO.

By _____
Thomas M. Onda
Assistant Secretary

Ex. L-27

Reg. No. 720376                    2