**SPECIMEN**

Applicant:           Levi Strauss & Co.

Mark:                White Tab Device

Registration No.:    720376

International Class: 25

®LEVI'S VT-25

Ex. L-28

**CERTIFICATE OF EXPRESS MAIL MAILING**

I hereby certify that this Combined Declaration of Use in Commerce/Application for Renewal of Registration for **White Tab Device**, Registration No. 720376, a specimen showing use of the mark, and a self-addressed stamped postal acknowledgment card are being deposited with the United States Postal Service with sufficient postage as express mail in an envelope addressed to "BOX POST REG – FEE Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA  22202-3513" on August 22, 2001.

By _____
Jennifer Gunn

U.S. Express Mail Label No.: EL624509528US

Ex. L-29

RENEWAL

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| **774625** | TAB DESIGN | 171283 |

Registered (date)
**AUG 4 1964**

Type of Mark

Examiner
39

PRINCIPAL REGISTER

| Class | Filed (complete) | Serial No. |
|---|---|---|
| 39 | JUNE 18, 1963. | 171 283 |

Applicant and Post Office

LEVI STRAUSS & CO.   CALIF. CORP.
98 BATTERY ST.
SAN FRANCISCO 6, CALIF.

Del Corp.

Amended

☐ Assignee of
☐ By change of name from

Ports Filed

Application
Verification
Specimens
Drawings

$200

APR 5 1964

Goods—Services

Mark
DESIGN TAB   18901-39

Jean Dillon
Levi Strauss & Co.
Levi's Plaza
1155 Battery Street
P.O. Box 7215
San Francisco, Calif. 94120

Representative

Attorney
Lembeck Lindsey & Sutton

Passed for Publication

Associate Attorney

Passed for Registration

Other Data  The mark consists of a small marker or cloth tab affixed to the exterior of the garment at the hip pocket.

| A<br>F<br>F<br>I<br>D<br>A<br>V<br>I<br>T | Sec. 8 |
| | Sec. 15 |
| | Sec. 12c |

Claims Ownership of Registration  NOS. 356,701, 577,490 AND 720,376.

Passed for Renewal

Goods—Services

GARMENTS, PARTICULARLY TROUSERS.

Renewed From

Aug 4 1984
August 4, 2004

First Use
May 22, 1963
SEPT. 1, 1936

In Commerce
SEPT. 1, 1936
May 22, 1963

PUBLISHED IN O. G.

JUN 9 1964

U. S. Patent Office

900

P·O·252 (11-1-47)



171283

FILING DATE 06/18/1963    REGISTRATION #
774625

CLASS
39

## CONTENTS:

Application _____ papers.

1. OCT 23 1963

2. And tct + Cer D. y. Apr/64

3. N OF F

4. _____ AFF. SEC. 8 _____    APR 23 1970

5. _____    APR 23 1970

6. Notice of Suit    May 1970

7. Notice of Suit    June 1976

8. Notice of Suit    Oct 31 1979

9. _____    Apr 1984

10. Section 8 & 9    JUL 23 2004

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

31.

Ex. L-31



APR 23 1970 –11

#4

37

IN THE UNITED STATES PATENT OFFICE

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK:   BLACK TAB

REGISTRATION NO. 774,625

CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA               )
                                  ) ss:
CITY and COUNTY OF SAN FRANCISCO  )

     A. H. Nathe                , being duly sworn, states
that Levi Strauss & Co., a corporation of the State of California,
and having its principal place of business at 98 Battery Street,
San Francisco, California, owns Registration No. 774,625, issued
August 4, 1964, as evidenced by the accompanying title report;
that the mark shown therein is still in use as evidenced by the
attached specimen showing the mark as currently used; that the
mark shown therein has been in continuous use in commerce among
the several states for five consecutive years from August 5, 1964
to the present on the following goods recited in the registration:
GARMENTS, PARTICULARLY TROUSERS; that said mark is still in use
in commerce among the several states; that there has been no
final decision adverse to registrant's claim of ownership of
said mark to its right to register the same or to maintain it on
the register, and that there is no proceeding involving any of
said rights pending and not disposed of either in the Patent
Office or in the courts.

LEVI STRAUSS & CO.

By _____

Its  Vice President

Ex. L-32

1.                14

APR 23 1970 -11

Subscribed and sworn to before me this 20th day of

*April* , 1970.

OFFICIAL SEAL
ERIK K. LYCKFORS
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Commission Expires June 22, 1972

353 Karen Way, Tiburon, Calif. 94920

Notary Public

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH,

LIMBACH & SUTTON, a firm composed of Karl A. Limbach, George C.

Limbach and John P. Sutton, all members of the Bar of the State

of California, Suite 3350, 600 Market Street, San Francisco,

California 94104, Registration No. 24,716, its attorneys to file

this affidavit, with full power of substitution and revocation,

and to transact all business in the Patent Office in connection

therewith.

LEVI STRAUSS & CO.

By

2.

Ex. L-33

PT  n 1965 (Rev 5/2006)
C.      434-0955 (Exp 10/21/2005)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0774625 |
| **REGISTRATION DATE** | 08/04/1964 |
| **SERIAL NUMBER** | 72171283 |
| **MARK SECTION** | |
| MARK | Design only |
| **OWNER SECTION (current)** | |
| NAME | Levi Strauss & Co. |
| CITY | San Francisco |
| STATE | CA |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery Street |
| CITY | San Francisco |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT10\IMAGEOUT 10\721\712\72171283\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | a digital photograph of a back jeans pocket bearing the mark |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| | 500 |

Ex. L-34

| TOTAL AMOUNT | 500 |
|---|---|
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 07/29/2004 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jul 29 14:02:04 EDT 2004 |
| TEAS STAMP | USPTO/S08N09-155572542-20 040729140204151023-077462 5-2006aa1c760243265bc2a1b f97b4f2e8ca-DA-1120-20040 729135710356137 |

PTO Form 1963 (Rev. 9/2006)
OMB No. 0651-0055 (Exp. 10/31/2008)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0774625
**REGISTRATION DATE:** 08/04/1964
**MARK:** Design only

The owner, Levi Strauss & Co., residing at 1155 Battery Street, San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) a digital photograph of a back jeans pocket bearing the mark.

Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**

*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**

*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Jennifer Gunn/    Date: 07/29/2004

Signatory's Name: Jennifer Gunn

Signatory's Position: Paralegal

RAM Sale Number: 1120

RAM Accounting Date: 07/29/2004

Serial Number: 72171283

Internet Transmission Date: Thu Jul 29 14:02:04 EDT 2004

Ex. L-35

TEAS Stamp: USPTO/S08N09-155572542-20040729140204151
C    ʼ774625-2006aa1c760243265bc2a1bf97b4
fz. .ca-DA-1120-20040729135710356137

Ex. L-36



Ex. L-37

**FEE RECORD SHEET**

**Registration Number:**   0774625

**Serial Number:**   72171283



**RAM Sale Number: 1120**

**Total Fees:**     $500

**RAM Accounting Date:  20040729**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040729 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040729 | $400 | 1 | $400 |

**Transaction Date:**    20040729



Ex. L-38



PTO Form 1963 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0774625
**REGISTRATION DATE:** 08/04/1964

**MARK:** Design only

The owner, Levi Strauss & Co., residing at 1155 Battery Street, San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) a digital photograph of a back jeans pocket bearing the mark.
Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class (es), plus any additional grace period fee, if necessary.

### Declaration

#### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

#### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Jennifer Gunn/    Date: 07/29/2004
Signatory's Name: Jennifer Gunn

Ex. L-39

Signatory's Position: Paralegal

RAM Sale Number: 1120
RAM Accounting Date: 07/29/2004

Serial Number: 72171283
Internet Transmission Date: Thu Jul 29 14:02:04 EDT 2004
TEAS Stamp: USPTO/S08N09-155572542-20040729140204151
023-0774625-2006aa1c760243265bc2a1bf97b4
f2e8ca-DA-1120-20040729135710356137



Ex. L-41



Ex. L-42




# FEE RECORD SHEET

**Registration Number:** 0774625

**Serial Number:** 72171283

**RAM Sale Number:** 1120

**RAM Accounting Date:** 20040729

**Total Fees:** $500

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040729 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040729 | $400 | 1 | $400 |

**Transaction Date:** 20040729



Ex. L-43

# RENEWAL

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| **775412** | LEVI'S and ... | **171282** |

| Registered (date) **AUG 18 1964** | Type of Mark | Examiner 39 |
|---|---|---|

| Class 39 | Filed Complete JUNE 18, 1963 | Serial No. 171 282 | PRINCIPAL REGISTER |
|---|---|---|---|

Applicant and Post Office

LEVI STRAUSS & CO., CALIF. CORP.
98 BATTERY ST.
SAN FRANCISCO 6, CALIF.    Del. Corp.

Amended

| Parts Filed | Application | |
| | Verification | |
| | Specimens | |
| | Drawings | |
| | Fee | APR 5 1984 |

☐ Assignee of
☐ By change of name from

LEVI'S AND DES.    18901-40    Goods—Services

Send Correspondence to
~~FLEHR AND~~
~~CROCKER 01~~
SAN FRANCI

Joan Dillon
Levis Strauss & Co.
Levi's Plaza
P.O. Box 7215
San Francisco,    Calif. 94120

Representative

Attorney *Lindach, Lindach Sutton*
~~FLEHR AND SWAIN~~

Passed for Publication

Associate Attorney

Passed for Registration

Other Dates *The mark consists of a small marker or white tab with the name Levi's superposed thereon, which is affixed to the exterior of the garment as the hip pocket.*

| A F F I D A V I T | Sec. 8 | |
| | Sec. 15 | |
| | Sec. 12c | |

Claims Ownership of Registration NOS. 250,265, 720,376, AND OTHERS

Passed for Renewal

Goods—Services OK

GARMENTS, PARTICULARLY TROUSERS.

Renewed From

~~Aug 18, 1984~~
~~August 18~~ 325 2004

First Use
~~SEPT. 1, 1936~~ *Oct. 9, 1957*

In Commerce
~~SEPT. 1, 1936~~ *Oct. 9, 1957*

**PUBLISHED IN O. G.**

JUN 2 1964

**U. S. Patent Office**

PO-302 (12-1-57)    JUL 17 1984    16—51652-9   U. S. GOVERNMENT PRINTING

72171282
FILING DATE     REGISTRATION #
06/18/1963      775412

171282

CLASS
39

## CONTENTS:

application          papers.

OCT 23 1963

~Amdt a~          ~afw 7/64~

N OF P

AFF. SEC. 8          APR 23 1970

~with & End. Redrum~ ~Sec. 15 apr 23 1970~  ~(June 15 1970)~

Notice of Suit          ~May 1, 1970~

Notice of Suit          ~Jun 7, 1976~

~Ren Pet~          ~apl 5, 1984~

Section 8 & 9          JUL 29 2004   CP

1.
2.
3.
4.
5.
6.
7.
8.
9.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

16—51581—4

Ex. L-45

APR 23 1970 –11



#4    /m

36–A

IN THE UNITED STATES PATENT OFFICE

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK: "LEVI'S on WHITE TAB"

REGISTRATION NO. 775,412

CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA                    )
                                       ) ss:
CITY and COUNTY OF SAN FRANCISCO )

    A. H. Nathe    , being duly sworn, states that

Levi Strauss & Co., a corporation of the State of California, and

having its principal place of business at 98 Battery Street, San

Francisco, California, owns Registration No. 775,412, issued

August 18, 1964, as evidenced by the accompanying title report;

that the mark shown therein is still in use as evidenced by the

attached specimen showing the mark as currently used; that the

mark shown therein has been in continuous use in commerce among

the several states for five consecutive years from August 19, 1964

to the present on the following goods recited in the registration:

GARMENTS, PARTICULARLY TROUSERS; that said mark is still in use

in commerce among the several states; that there has been no

final decision adverse to registrant's claim of ownership of

said mark to its right to register the same or to maintain it on

the register, and that there is no proceeding involving any of

said rights pending and not disposed of either in the Patent

Office or in the courts.

LEVI STRAUSS & CO.

By _CA Nathe_

Its _Vice President_

1.

Ex. L-46



MAIL ROOM
APR 23 1970
U. S. PATENT OFFIC.

Subscribed and sworn to before me this 20th day of

April                    , 1970.



OFFICIAL SEAL
ERIK K. LYCKFORS
NOTARY PUBLIC·CALIFORNIA
SAN FRANCISCO COUNTY
My Commission Expires June 22, 1972
333 Karen Way, Tiburon, Calif. 94920

_____
Notary Public

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH,
LIMBACH & SUTTON, a firm composed of Karl A. Limbach, George C.
Limbach and John P. Sutton, all members of the Bar of the State
of California, Suite 3350, 600 Market Street, San Francisco,
California 94104, Registration No. 24,716, its attorneys to file
this affidavit, with full power of substitution and revocation,
and to transact all business in the Patent Office in connection
therewith.

LEVI STRAUSS & CO.

By _____

Black
On white→ ≡Ξ/

2.

12

SHA EUGE LEVIS

Red
on white

Ex. L-48

AO Form 130 (Rev. Oct. 1964)

In Re Patents

# United States District Court
## for the

Northern District of Calif.

#4

MาR1อ

San โรอ

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the 7th day of March , 19 67 in this court an action, No. 46664 , entitled:

Name      Levi Strauss & Co., a corp.                                    , Plaintiff,

Address      98 Battery St., S.F.

*versus*

Name      Catalina, Inc., a corp. of the State of Calif.      , Defendant,

Address      821 Market St., S.F.

brought upon the following patents:

| Reg. PATENT NO. | DATE OF PATENT Reg. | PATENTEE |
|---|---|---|
| 1  356,701 | May 10, 1938 | Levi Strauss |
| 2  516,561 | Oct. 18, 1949 | Levi Strauss |
| 3  577,490 | July 21, 1953 | Levi Strauss |
| 4  720,376 | Aug. 22, 1961 | Levi Strauss |
| 5  774,625 | Aug. 4, 1964 | Levi Strauss |
| ✗  775,412 | Aug. 18, 1964 | Levi Strauss |

In the above-entitled case, on the                    day of                    , 19    , the following patents have been included by                    (insert amendment, answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued :

James P. Welsh

Clerk.

Date    March 7,        , 19 67        By    T. J. Wright        Deputy Clerk.

10

Ex. L-49

PTO Form 1963 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0775412.
**REGISTRATION DATE:** 08/18/1964

**MARK:** Design only

The owner, Levi Strauss & Co., residing at 1155 Battery Street, San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a back jeans pocket bearing the mark.
Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class (es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Jennifer Gunn/     Date: 07/29/2004
Signatory's Name: Jennifer Gunn

Ex. L-50

Signatory's Position: Paralegal

RAM Sale Number: 1192
RAM Accounting Date: 07/29/2004

Serial Number: 72171282
Internet Transmission Date: Thu Jul 29 14:38:02 EDT 2004
TEAS Stamp: USPTO/S08N09-155572542-20040729143802810
028-0775412-200b19a488a3eec93e1ae60c4652
842b1e-DA-1192-20040729142939297158

Ex. L-51

# FEE RECORD SHEET

**Registration Number:** 0775412

**Serial Number:** 72171282



**RAM Sale Number:** 1192

**RAM Accounting Date:** 20040729

**Total Fees:** $500

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040729 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040729 | $400 | 1 | $400 |

**Transaction Date:** 20040729



Ex. L-52

PTO Form 1963 (Rev 5/2006)
O    561-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0775412 |
| **REGISTRATION DATE** | 08/18/1964 |
| **SERIAL NUMBER** | 72171282 |
| **MARK SECTION** | |
| MARK | Design only |
| **OWNER SECTION (current)** | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 98 BATTERY ST. |
| CITY | SAN FRANCISCO |
| STATE | CA |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery Street |
| CITY | San Francisco |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT10\IMAGEOUT 10\721\712\72171282\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a back jeans pocket bearing the mark |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |

Ex. L-53

| SUBTOTAL AMOUNT | 500 |
| .L AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 07/29/2004 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jul 29 14:38:02 EDT 2004 |
| TEAS STAMP | USPTO/S08N09-155572542-20 040729143802810028-077541 2-200b19a488a3eec93e1ae60 c4652842b1e-DA-1192-20040 729142939297158 |

PTO form 1963 (Rev 9/2004)
OMB No 0651-0055 (Exp 10/31/2005)

### Combined Declaration of Use In Commerce & Application For Renewal of Registration of

## To the Commissioner for Trademarks:

I.    ISTRATION NUMBER: 0775412
**REGISTRATION DATE:** 08/18/1964
**MARK:** Design only
The owner, Levi Strauss & Co., residing at 1155 Battery Street, San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.
The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a back jeans pocket bearing the mark.
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Signature: /Jennifer Gunn/    Date: 07/29/2004
Signatory's Name: Jennifer Gunn
Signatory's Position: Paralegal
F    ' Sale Number: 1192
R._.d Accounting Date: 07/29/2004

Ex. L-54

Serial Number: 72171282
Ir  net Transmission Date: Thu Jul 29 14:38:02 EDT 2004
1.  5 Stamp: USPTO/S08N09-155572542-20040729143802810
028-0775412-200b19a488a3eec93e1ae60c4652
842b1e-DA-1192-20040729142939297158

Ex. L-55