

Ex. L-56

# FEE RECORD SHEET

**Registration Number:**   0775412

**Serial Number:**   72171282



**RAM Sale Number: 1192**

**Total Fees:**      $500

**RAM Accounting Date:  20040729**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040729 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040729 | $400 | 1 | $400 |

**Transaction Date:**   20040729



Ex. L-57

# RENEWAL

| REG. NO. **849437** | MARK *LEVI'S* *an design* | SER. NO. **257497** |
|---|---|---|

| Type of Mark | |
|---|---|

| Registered (date) **MAY 21 1968** | | Examiner 39 *Winn* |
|---|---|---|

**PRINCIPAL REGISTER**

| Class | Filed Complete | Serial No. |
|---|---|---|
| 39 | OCT 28, 1966 | 257,497 |

Applicant and Post Office

LEVI STRAUSS & CO.,     CALIF. CORP.
98 BATTERY ST.
SAN FRANCISCO, CALIF. 94106

*Levi Strauss & Co    Re Corp.*
*San Francisco, CA*

☐ Assignee of
☐ By change of name from

Mark
LEVI'S AND DESIGN

*Int. cl. 25*

Amended ........................................

Parts Filed
  Application ........................................
  Verification ........................................
  Specimens ........................................
  Drawing ........................................
  Fee *May 17, 1988*
  *$300.00*

Goods—Services

SUPERVISORY EXAMINER

EXAMINER

Send Correspondence to

Albert F. Moreno
Legal Dept., Levi Strauss & Co.
1155 Battery St.
San Francisco, CA  94111-6903

Attorney

~~FLEHR, HOMBACH, TEST, ALBRITTON & HERBERT~~

Associate Attorney

Passed for Publication

Passed for Registration

| Other Data | | A F F I D A V I T | Sec. 8 | *Bau* |
|---|---|---|---|---|
| | | | Sec. 15 | |
| | | | Sec. 12a | |

Claims Ownership of Registration

Passed for Renewal *PAEverett*

Goods—Services

~~GARMENTS~~ *Trousers, jackets, shorts, shirts, skirts, and vests*

*Int. Cl. — 25*

Renewed From *May 21, 1988*

First Use

OCT 10, 1966

In Commerce

OCT 10, 1966

**PUBLISHED IN O. G.**

**MAR 5 1968**

**U. S. PATENT OFFICE**

Ex. L-58

PO-102 (12-1-57)          NOV 29 1988          16—61591-5   U. S. GOVERNMENT PRINTING OFFICE

257497



FILING DATE
10/28/1966

REGISTRATION #
849437

CLASS.
39

## CONTENTS:

*Application _____ papers.*

1. JUN 28 1967
2. Amdt A _____ Dec 14/67
3. N OF P
4. COMB. AFF. SEC. 8 & 15    JUL 30 1973
5. Notice of Suit    April 18, 1978
6. Notice of Suit    (Decided) July 19, 1978
7. Notice of Suit    Apr 2, 1982
8. Notice of Suit    (Decided) Oct 3, 1983
9. Notice of Suit    MAR 15 1984
10. Ren. Pet.    May 17, 1988
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____

Ex. L-59

JUL 30 1973 17

MAIL ROOM
JUL 30 1973
PATENT OFFICE

GEORGE C. LIMBACH
JOHN P. SUTTON
THOMAS A. GALLAGHER
J. WILLIAM WIGERT, JR.
ANN S. FISHER
GERALD P. PARSONS
RICHARD E. PETERSON

FRANK E. JOHNSTON
OF COUNSEL

LAW OFFICES
LIMBACH, LIMBACH & SUTTON
3000 FERRY BUILDING
SAN FRANCISCO, CALIFORNIA 94111
(415) 433-4150

PATENT-TRADEMARK AND
COPYRIGHT MATTERS

PALO ALTO OFFICE
2600 EL CAMINO REAL
(415) 327-3450
CABLE ADDRESS LLS
TELEX 27356

July 27, 1973

The Commissioner of Patents
Washington, D. C. 20231

Re:  Levi Strauss & Co.
      Trademark "LEVI'S" and Design
      Our File 1-23-00

Dear Sir:

We are enclosing Combined Affidavits Under Sections 8 and 15 in connection with Registration No. 849,437, granted May 21, 1968, to Levi Strauss & Co.

Our check in the amount of $10.00 is also enclosed to cover the cost of the title report.

Very truly yours,

LIMBACH, LIMBACH & SUTTON

John P. Sutton

JPS/bc
Encls.

Ex. L-60

*10.00 — 213 TM*

*#4*

IN THE UNITED STATES PATENT OFFICE

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK: LEVI'S and Design

REGISTRATION NO. 849,437

CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA    )
           ) ss:
CITY and COUNTY OF SAN FRANCISCO )

   Al H. Nathe   , being sworn, states that
Levi Strauss & Co., a corporation of the State of Delaware, and
having its principal place of business at 98 Battery Street,
San Francisco, California 94106, owns Registration No. 849,437,
issued May 21, 1968, as evidenced by the accompanying title report;
that the mark shown therein is still in use as evidenced by the
attached specimen showing the mark as currently used; that the
mark shown therein has been in continuous use in commerce among
the several states for five consecutive years from May 22, 1968
to the present on the following goods recited in the registration:
TROUSERS, JACKETS, SHORTS, SHIRTS, SKIRTS, AND VESTS; that said
mark is still in use in commerce among the several states; that
there has been no final decision adverse to registrant's claim of
ownership of said mark to its right to register the same or to
maintain it on the register, and that there is no proceeding
involving any of said rights pending and not disposed of either
in the Patent Office or in the courts.

       LEVI STRAUSS & CO.

       By

       Its  Vice President
       Personnel & Corporate Relations

08/07/73 0849437   3 213  10.00CK

1.

Ex. L-61



Subscribed and sworn to before me this 26th day of July , 1973.

SPECIAL SEAL
HARRIET E. LANG
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Commission Expires Mar. 20, 1977

Harriet E. Lang
Notary Public

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH, LIMBACH & SUTTON, a firm composed of Karl A. Limbach, George C. Limbach, John P. Sutton, Thomas A. Gallagher, J. William Wigert, Jr. and Gerald P. Parsons, all members of the Bar of the State of California, 3000 Ferry Building, San Francisco, California, 94111, Registration No. 24,716, its attorneys to file this affidavit, with full power of substitution and revocation, and to transact all business in the Patent Office in connection therewith.

LEVI STRAUSS & CO.

By

2.

Ex. L-62



Ex. L-63

MR

RENEW

| REG. NO. 875680 | MARK LITTLE LEVI'S | SER. NO. 313992 |
|---|---|---|

| Registered (date) AUG 26 1969 | Type of Mark | Examiner 39 *Dennison* |
|---|---|---|

PRINCIPAL REGISTER

| Class 39 | Filed Complete DEC. 9, 1968 | Serial No. 313,992 |
|---|---|---|

Applicant and Post Office

LEVI STRAUSS & CO.,        CALIF. CORP.,
98 BATTERY ST.,
SAN FRANCISCO, CALIF.   94106

Amended ................................

Parts Filed
- Application ................
- Verification ................
- Specimens ................
- Drawings ................
- Fee ................

☐ Assignee of
☐ By change of name from

Mark

LITTLE LEVI'S          *Int Cl 25*

SUPERVISORY EXAMINER

*Albert J. Moreno*
*Legal Dept., Levi Strauss & Co.*
*115 ½ Battery St.*
*San Francisco, CA 94111-6903*

EXAMINER

| Attorney *Limbach & Limbach* | Passed for Publication |
|---|---|
| FLEHR, HOHBACH, TEST, ALBRITTON & HERBERT | *B Dennison* |

| Associate Attorney | Passed for Registration |
|---|---|

| Other Data | AFFIDAVIT | Sec. 8 *Jm E. Browner* |
|---|---|---|
| | | Sec. 15 |
| | | Sec. 12c |

Claims Ownership of Registration

REG. NOS. 250,265, AND 796,016 *and others.*

Passed for Renewal *J. A. Pfahl*

Goods—Services

GARMENTS, PARTICULARLY TROUSERS.

OK

Renewed From *Aug 26, 1989*

First Use *SEPT. 1, 1963;*
APR. 14, 1927 *as to "Levi's".*

In Commerce
*SEPT. 1, 1963.*
APR. 14, 1927

JUN 13 1989

PUBLISHED IN O. G.

JUN 10 1969

U. S. PATENT OFFICE

Ex. L-64

PO-102 (Aug. 1966)          KP 30260 AB     16—51581—9     U. S. GOVERNMENT PRINTING OFFICE

313992



72313992
FILING DATE   REGISTRATION #
12/09/1968      875680

CLASS.
39

# CONTENTS:

*Application* *all* *papers.*

1. Rev. & Power of Attorney *Mar. 3, 1969*

2. Notice of Rev. & Accept. *Mar. 17, 1969* ✓

3. N OF E

4. COMB. AFF. SEC 8 & 15.    FEB 20 1975

5. *Ren. Pet.* *Mar. 27, 1989*

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

16—51681—6

Ex. L-65



FEB 20 1975

LAW OFFICES

LIMBACH, LIMBACH & SUTTON
3000 FERRY BUILDING
SAN FRANCISCO, CALIFORNIA 94111

(415) 433-4150

PATENT-TRADEMARK AND
COPYRIGHT MATTERS

PALO ALTO OFFICE
2600 EL CAMINO REAL
(415) 327-3490

CABLE ADDRESS LLS
TELEX 278356

February 18, 1975

Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

    We are enclosing Combined Affidavits under Sections 8
and 15 in connection with trademark Reg. No. 875,680, granted
to Levi Strauss & Co. on August 26, 1969 for the trademark
"LITTLE LEVI'S".  Also enclosed is a specimen showing the mark
as currently used.

    Our check in the amount of $10.00 is also enclosed to
cover the cost of the filing fee.

                    Very truly yours,

                    LIMBACH, LIMBACH & SUTTON

                    John P. Sutton

                    John P. Sutton

JPS/bc
Encls.

Ex. L-66

FEB 2 0 1975 ─ 21



*10.00 ─ 213*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

> TRADEMARK:  LITTLE LEVI'S
>
> Registration No. 875,680
>
> INT. CLASS 25
>
> CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA           )
                              ) ss:
CITY and COUNTY OF SAN FRANCISCO )

    Al H. Nathe _____, being sworn, states that
Levi Strauss & Co., a corporation of the State of Delaware, and
having its principal place of business at Two Embarcadero Center,
San Francisco, California 94106, owns Registration No. 875,680,
issued August 26, 1969, as evidenced by the accompanying title
report; that the mark shown therein is still in use as evidenced
by the attached specimen showing the mark as currently used; that
the mark shown therein has been in continuous use in commerce
among the several states for five consecutive years from
August 27, 1969, to the present on the following goods recited in
the registration:  GARMENTS, PARTICULARLY TROUSERS; that said
mark is still in use in commerce among the several states; that
there has been no final decision adverse to registrant's claim of
ownership of said mark to its right to register the same or to
maintain it on the register, and that there is no proceeding
involving any of said rights pending and not disposed of either
in the Patent Office or in the courts.

LEVI STRAUSS & CO.

By _____

Its _Corporate Vice President_

03/03/75 0875680          3 213   10.00CK

Ex. L-67

1.

Subscribed and sworn to before me this <u>13th</u> day of
<u>February</u>, 1975.

_Frances H. Forrester_
NOTARY PUBLIC

OFFICIAL SEAL
Frances H. Forrester
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
SAN FRANCISCO COUNTY
My Commission Expires Sept. 28, 1976

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH,
LIMBACH, & SUTTON, a firm composed of Karl A. Limbach, George C.
Limbach, John P. Sutton, Thomas A. Gallagher, J. William Wigert,
Jr., and Gerald P. Parsons, all members of the Bar of the State
of California, 3000 Ferry Building, San Francisco, California
94111, Registration No. 24,716, its attorneys to file this
affidavit, with full power of substitution and revocation, and to
transact all business in the Patent Office in connection therewith.

LEVI STRAUSS & CO.

By _Arn athe_

Ex. L-68

2.



Ex. L-69

## RENEWAL

| REG. NO. **896521** | MARK **LEVI'S** | SER. NO. **335589** |
|---|---|---|

| Registered (date) AUG 11 1970 | Type of Mark | Examiner 37 Frugé |
|---|---|---|

PRINCIPAL REGISTER

| Class 37 | Filed Complete AUG. 18, 1969 | Serial No. 335,589 |
|---|---|---|

Applicant and Post Office
LEVI STRAUSS & CO.,        CALIF. CORP.
98 BATTERY ST.,
SAN FRANCISCO, CALIF.  94106

*Levi Strauss + Co.*
*DE Corp*

*San Francisco, CA*
☐ Assignee of
☐ By change of name from

Amended _____

Parts Filed
( Application _____
  Verification _____
  Specimens _____
  Drawings _____
  Fee _____ $300

Mark
LEVI'S        *Int. Cl. 16*

SUPERVISORY EXAMINER

and Correspondence to
*Levi Strauss + Co.*
*Legal Department*
*Levi Plaza*
*P.O. Box 7215*
*San Francisco, CA 94120*

EXAMINER

Attorney
LIMBACH & LIMBACH + Sutton

Passed for Publication

Associate Attorney

Passed for Registration

Other Data

Claims Ownership of Registration

A F F I D A V I T

Sec. 8    *W J Nelson*
Sec. 15
Sec. 12c

Passed for Renewal *Arlene J. Fore*

Goods—Services
LOOSE LEAF BINDERS.        OK

Renewed From *Aug. 11, 1990*

First Use
JULY 8, 1964

In Commerce
JULY 8, 1964

PUBLISHED IN O. G.
MAY 26 1970
U. S. PATENT OFFICE

Ex. L-70

PO-54404 (Feb. 1969)

335589

2F



72335589
FILING DATE
08/18/1969

REGISTRATION #
896521

CLASS.

37

# CONTENTS:

*Application* _____ *papers.*

1. N OF P

2. COMB. AFF. SEC 8 & 15    FEB 27 1976

3. *Ren Pet*    *Aug 7, 1980*

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21 _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

Ex. L-71

FEB2 7 1976    —17



KARL A. LIMBACH
GEORGE C. LIMBACH
JOHN P. SUTTON
THOMAS A. GALLAGHER
J. WILLIAM WIGERT, JR.
GERALD P. PARSONS
ANN S. FISHER
PHILIP M. SHAW, JR.
NEIL A. SMITH

FRANK E. JOHNSTON
OF COUNSEL

Law Offices
LIMBACH, LIMBACH & SUTTON
3000 FERRY BUILDING
SAN FRANCISCO, CALIFORNIA 94111
(415) 433-4150

PATENT-TRADEMARK AND
COPYRIGHT MATTERS

PALO ALTO OFFICE
2600 EL CAMINO REAL
(415) 327-3450

CABLE ADDRESS LLS
TELEX 278356

February 25, 1976

Commissioner of Patents and Trademarks
Washington, D. C. 20231

Sir:

    Enclosed is a Combined Affidavit Under Sections 8
and 15 for the trademark "LEVI'S", Registration No. 896,521,
together with a facsimile showing the mark as currently used
on binders.

    Also enclosed is our check in the amount of $10.00
to cover the cost of the fee.

                          Very truly yours,

                    LIMBACH, LIMBACH & SUTTON

                        John P. Sutton

JPS/bc
Encl.

Ex. L-72



10.00 -213TM

#2

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK: LEVI'S

Registration No. 896,521

INT. CLASS 16

U.S. CLASS 37

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA         )
                            )ss:
CITY and COUNTY OF SAN FRANCISCO )

AL H. NATHE, being sworn, states that Levi Strauss & Co.
a corporation of the State of Delaware, and having its principal
place of business at Two Embarcadero Center, San Francisco,
California, 94106, owns Registration No. 896,521, issued
August 11, 1970, as evidenced by the records in the Patent and
Trademark Office; that the mark shown therein is still in use by
the licensee of Levi Strauss & Co., Now! Designs, Inc., as
evidenced by the attached facsimile showing the mark as currently
used in commerce among the several states for five consecutive
years from August 12, 1970, to the present on the following goods
recited in the registration: LOOSE LEAF BINDERS; that said mark
is still in use in commerce among the several states; that
there has been no final decision adverse to registrant's claim
of ownership of said mark to its rights to register the same or
to maintain it on the register, and that there is no proceeding
involving any of the said rights pending and not disposed of
either in the Patent Office or in the courts.

LEVI STRAUSS & CO.

By _Al H. Nathe_
   Al H. Nathe
   Its Vice President, Personnel
   & Corporate Relations

Ex. L-73

03/03/76 0896521                  1 213   10.00CK

1.

Subscribed and sworn to before me this <u>24th</u> day of
<u>February</u>, 1976.

OFFICIAL SEAL
Frances H. Forrester
NOTARY PUBLIC · CALIFORNIA
PRINCIPAL OFFICE IN
SAN FRANCISCO COUNTY
My Commission Expires Sept. 28, 1976

_____
Notary Public

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH,
LIMBACH & SUTTON, a firm composed of Karl A. Limbach, George C.
Limbach, John P. Sutton, Thomas A. Gallagher, J. William Wigert,
Jr., and Gerald P. Parsons, all members of the Bar of the State
of California, 3000 Ferry Building, San Francisco, California
94111, Registration No. 24,716, its attorneys to file this
affidavit, with full power of substitution and revocation, and to
transact all business in the Patent Office in connection therewith.

LEVI STRAUSS & CO.

By _____
Al H. Nathe

2.

Ex. L-74



Ex. L-75

**COMBINED RENEWAL**

| REG. NO. | MARK LEVI STRAUSS & CO. ETC. AND DESIGN | SER. NO. 22316 |
|---|---|---|

**REG. NO.** 1030033

Registered (date) **13 JAN 1976**

Type of Mark

**SER. NO.** 22316

Examiner 16, 18, 20, 24, 26, 15 20 16 1424 LEAHY

**PRINCIPAL REGISTER**

Class **18, ETAL**   Filed Complete **MAY 24, 1974**   Serial No. **22,316**

Applicant and Post Office

LEVI STRAUSS & CO.,
TWO EMBARCADERO CENTER,   DEL. CORP.,
SAN FRANCISCO, CALIF.   94106

Amended ..................

Parts Filed { Application ..........
Verification ..........
Specimens ..........
Drawings ..........
Fee ..........

☐ Assignee of
☐ By change of name from

# 300.00   Jan. 16, 1996

Mark LEVI STRAUSS & CO. ETC, AND DESIGN
noel 3, 38, 39, 40, 42
St Cl 18, 20, 16, 26, 24

**SUPERVISORY EXAMINER**

[N. J. Leahy]

Send Correspondence to
LIMBACH, LIMBACH & SUTTON
2001 3000 FERRY BLDG.
SAN FRANCISCO, CALIF. 94111

**EXAMINER**

Representative

Attorney
LIMBACH, LIMBACH & SUTTON

Passed for Publication

Associate Attorney

Passed for Registration

Other Data

See Trade Statement

Claims Ownership of Registration NO 119,816.

| | | |
|---|---|---|
| A | Sec. 8 | N J Smith |
| F F I | Sec. 15 | Less Goods |
| D A V I T | Sec. 12c | |

Passed for Renewal   N J Smith

Goods—Services

WALLETS AND LUGGAGE, NAMELY TOTOE BAGS AND DUFFLE BAGS; ON MIRRORS; NOTEBOOK BINDERS; TELEPHONE DIRECTORY COVERS; PHOTO ALBUMS; SCRAP

Renewed From Jan. 13, 1996
4/22

See Trade (D')

First Use   In Commerce

**PUBLICATION DATE**

**OCT 21 1975**

PO-102 (Aug. 1960)

KF 3023B AB   U.S. GOVERNMENT PRINTING OFFICE

Ex. L-76

22316





73022316
FILING DATE     REGISTRATION #
05/24/1974      **1030033**



CONTENTS

*Application _____ papers.*

1. _____ OCT 4  1974
2. Amdt A          Nov, 11 1974 # Rec'd by E. Jan. 15, 1975
3. Dec. & Specs.          Jan. 22, 1975.
4. Exam. Amdt B    May 29/ 975
5. R Amdt C          July 23/75
6. & Amdt D          Aug 13, 75
7. (OF E)
8. Letter          July 29/75
9. COMB. AFF. SEC 8 & 15     12 JAN 1982
10. Ren: Pet. Jan. 16, 1996
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____

Ex. L-77

#9

LVI-4503US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK:  TWO HORSE BRAND
            DESIGN

REGISTRATION NO. 1,030,033

INT. CLASS 18

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA          )
                             ) ss:
CITY and COUNTY OF SAN FRANCISCO )

    THOMAS C. BORRELLI _____, being sworn, states that
Levi Strauss & Co., a corporation of the State of Delaware,
having its principal place of business at Levi's Plaza, 1155
Battery Street, San Francisco, Ca. 94106, owns Registration
No. 1,030,033, issued January 13, 1976, as evidenced by the
records in the Patent and Trademark Office; that the mark shown
therein is still in use as evidenced by the attached facsimile
showing the mark as currently used; that the mark shown therein
has been in continuous use in commerce among the several states
for five consecutive years from January 14, 1976, to the
present on the following goods recited in the registration;
WALLETS; that said mark is still in use in commerce among the
several states; that there has been no final decision adverse
to registrant's claim of ownership of said mark, to its right
to register the same or to maintain it on the register, and
that there is no proceeding involving any of said rights pending
and not disposed of either in the Patent Office or in the courts.

LEVI STRAUSS & CO.

By _Thomas C. Borrelli_

Its _____
      Senior Vice President

01/18/82 1030033          1 213    10.00CK

Ex. L-78

Subscribed and sworn to before me this _31st_ day of

_December_ , 1981.



*Harriet E. Lang*

POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH,
LIMBACH, & SUTTON, a firm composed of Karl A. Limbach, George
C. Limbach, John P. Sutton, Thomas A. Gallagher, J. William
Wigert, Jr., Gerald P. Parsons, Philip M. Shaw, Jr., Neil A.
Smith, Malcolm B. Wittenberg, Veronica Colby Devitt and
Christopher G. Hawkins, all members of the Bar of the State of
California, 2001 Ferry Building, San Francisco, California 94111,
its attorneys to file this affidavit, with full power of
substitution and revocation, and to transact all business in
the Patent and Trademark Office in connection therewith.

LEVI STRAUSS & CO.

By _Thomas C. Borrelli_

THOMAS C. BORRELLI

2.

Ex. L-79



Ex. L-80

PT? - 1968 (Rev 5/2006)
O    551-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1030033 |
| **REGISTRATION DATE** | 01/13/1976 |
| **SERIAL NUMBER** | 73022316 |
| **MARK SECTION** | |
| MARK | LEVI STRAUSS & CO. SAN FRANSISCO, CAL. ORIGINAL RIVETED QUALITY CLOTHING XX TRADEMARK PATENTED MAY 20, 1873 (stylized and/or with design) |
| **OWNER SECTION (current)** | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 1155 BATTERY ST. |
| CITY | SAN FRANCISCO |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 1155 BATTERY ST. |
| CITY | SAN FRANCISCO |
| STATE | California |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | United States |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 018 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT8\IMAGEOUT8 \730\223\73022316\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a wallet bearing the mark |
| **PAYMENT SECTION** | |

Ex. L-81

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 12/14/2005 |
| SIGNATORY POSITION | Paralegal |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Dec 14 19:44:13 EST 2005 |
| TEAS STAMP | USPTO/S08N09-155572541-20 051214194413185187-103003 3-200b03a5ccf60cf85617c32 a27af602919-DA-920-200512 14193904084485 |

PTO Form 1963 (Rev 5/2006)

OMB No 0651-0055 (Exp 10/31/2005)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of ...

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 1030033
**REGISTRATION DATE:** 01/13/1976
**MARK:** LEVI STRAUSS & CO. SAN FRANSISCO, CAL. ORIGINAL RIVETED QUALITY CLOTHING XX TRADEMARK PATENTED MAY 20, 1873 (stylized and/or with design)

The owner, LEVI STRAUSS & CO., residing at 1155 BATTERY ST., SAN FRANCISCO, California United States 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 018, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a wallet bearing the mark.

Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**

*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**

*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made

Ex. L-82

on information and belief are believed to be true.

Signature: /Jennifer Gunn/     Date: 12/14/2005
Signatory's Name: Jennifer Gunn
Signatory's Position: Paralegal
RAM Sale Number: 920
RAM Accounting Date: 12/15/2005
Serial Number: 73022316
Internet Transmission Date: Wed Dec 14 19:44:13 EST 2005
TEAS Stamp: USPTO/S08N09-155572541-20051214194413185
187-1030033-200b03a5ccf60cf85617c32a27af
602919-DA-920-20051214193904084485

Ex. L-83