

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 1030033



**Serial Number:** 73022316



**RAM Sale Number: 920**

**RAM Accounting Date: 20051215**

**Total Fees:** $500

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20051214 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20051214 | $400 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:**    20051214



Ex. L-85

181210

# RENEWAL

| 1. REG. NO. 1122467 | 3. MARK TWO HORSE BRAND DESIGN | SER. NO. 181210 |
|---|---|---|
| 2. Registration Date JUL 17 1979 | | 5. Examiner |

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. SERIAL NUMBER |
|---|---|---|---|
| 25 | 39 | 08/07/78 | 181210 |

**10. APPLICANT AND POST OFFICE**
LEVI STRAUSS & CO.
TWO EMBARCADERO CENTER
SAN FRANCISCO, CALIFORNIA 94106
DELAWARE CORP.

**11. SEND CORRESPONDENCE TO**
Cassandra M Flipper
Levi Strauss + Co
Levis Plaza 1155 Battery Street
P.O. Box 7215
San Francisco, CA 94120

**14. ASSOCIATE ATTORNEY**

**15. GOODS—SERVICES**
025-SOCKS.

**16. EXAMINER**
124 MCGRANE JEANNINE
Jeffrey Kaufman

**17. TYPE OF MARK**
TRADEMARK

**18. FIRST USE**
ICL 025  10/27/1977.

**19. IN COMMERCE**
ICL 025  10/27/1977.

**20. PRIOR REGISTRATION** nos.
119,816, 1,044,246
and others.

PTO-36-3 (REV. 5-77) (FORMERLY PTO-102L) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE (6-77)

**21. Other Data**

$30.00          APR  7 1999

| 22. AMENDED | PRINCIPAL REGISTER | 25. Supervisory Examiner |
|---|---|---|
| | | 26. Examiner  Jeffrey Kaufman |
| 23. AFFADAVIT | Section 8  Arlene J. Ham  Section 15  Section 12C | 27. Passed for Publication  28. Passed for Registration  29. O.G. Date |
| 24. RENEWAL | Passed for Renewal C.R. 2till  Renewed From July 17, 1999  □ Less Goods | PUBLISHED  APR 24 1979  JUL - 6 1999 |

PTO-36-2 (rev. 1-77) (Formerly PTO-102) U.S. Dept. of Commerce - Patent and Trademark Office

66 SP78051

Ex. L-86



CLASS

25

7318121D
FILING DATE    REGISTRATION #
08/07/1978      1122467

*BaH* **CONTENTS:**

*Application*
N OF P .............. *papers* ✓

1. ........................................
   SECTION 8 & 15           AUG 6  1984
2. ........................................
   NOV 23 1984
3. ........................................
4. Ren. Act.        apr. 7, 1999
5. ........................................
6. ........................................
7. ........................................
8. ........................................
9. ........................................
10. ........................................
11. ........................................
12. ........................................
13. ........................................
14. ........................................
15. ........................................
16. ........................................
17. ........................................
18. ........................................
19. ........................................
20. ........................................
21. ........................................
22. ........................................
23. ........................................
24. ........................................
25. ........................................
26. ........................................
27. ........................................
28. ........................................
29. ........................................
30. ........................................
31. ........................................

Ex. L-87

Levi Strauss & Co. Levi's Plaza 1155 Battery Street, P.O. Box 7215, San Francisco, California 94120 Phone 555 544-6000



August 2, 1984

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.   20231

Re:   Trademark Registration No. 1122467 for
      TWO HORSE Design; Our ref. IP00158A

Sir:

Enclosed is the Combined Affidavit Under Sections 8 & 15
for the above referenced trademark in the International
Class 25; its associated specimens and drawings and a
check for $200 representing the fee.

Also enclosed is a return post card.  We would appreciate
your date stamping and returning the card as soon as you
receive these applications.

Respectfully,

Cassandra M. Flipper
Deputy General Counsel

CMF:DRA:wj
HH03

Enclosures

Ex. L-88



## IN THE UNITED STATES
### PATENT OFFICE AND TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

Trademark:  TWO HORSE DESIGN

Reg. No: 1122467

Int. Class No.:   25   # 2

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA          )
                             )   ss:
CITY & COUNTY OF SAN FRANCISCO )

        Katherine B. Durgin, being hereby warned that willful
false statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of this document, declares that Levi
Strauss & Co., a corporation of the State of Delaware, having
its principal place of business at 1155 Battery Street, San
Francisco, California, 94106, owns the above identified registra-
tion issued July 17, 1979, as shown by records in the Patent and
Trademark Office; that the mark shown therein has been in
continuous use in interstate commerce for five consecutive years
from the date of registration or the date of publication under
Section 12(c)(6) to the present, on or in connection with each of
the following:  socks, which are stated in the registration; that
such mark is still in use in interstate commerce; that such mark
is still in use as evidenced by the attached specimen showing the
mark as currently used; that there has been no final decision
adverse to registrant's claim of ownership of such mark for such
goods or services, or to the registrant's right to register the
same or to keep the same on the register; that there is no
proceeding involving said rights pending and not disposed of either
in the Patent and Trademark Office or in the courts; and that all
statements made of his/her own knowledge are true and all
statements made on information and belief are believed to be
true.

08/10/84 1122467

LEVI STRAUSS & CO.

2 311      200.00 RK

By: _Katherine B Durgin_
        Katherine B. Durgin

Its: Vice President and
     Corporate Secretary

Date:   July 25, 1984

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to Commissioner
of Patents & Trademarks, Washington, D.C. 20231,
on   8-3-84

LEVI STRAUSS & CO.
_Debbie Homes_  8-3-84
Signature        Date of Signature

AA03

Ex. L-89

MARK: TWO HORSE DESIGN

INT. CLASS: 25

U.S. CLASS: 39



SPECIMEN

Ex. L-90

| REG. NO. | | | NO. 263725 |
|---|---|---|---|
| 1157769 | | | RENEW |

| | | | Examiner    GAST |
|---|---|---|---|
| registered (date) | Type of Mark | | PRINCIPAL REGISTER |
| **16 JUN 1981** | | | |

| Class | Filed Complete | Serial No. | |
|---|---|---|---|
| 39 | FEB. 1, 1967 | 263,725 | Amended ........................................ |

**Applicant and Post Office**

LEVI STRAUSS & CO.,    CALIF. CORP.)
98 BATTERY ST.
SAN FRANCISCO, CALIF., 94106

LEVI STRAUSS & CO.
98 Battery St.,
San Francisco, Cali

by merger and change

☐ Assignee of
☐ By change of name from

| | Application ................................ |
|---|---|
| Parts Filed | Verification ................................ |
| | Specimens ................................ |
| | Drawings ................................ |
| | Fee ................................ |

**Mark**

DESIGN MISCELLANEOUS

SUPERVISORY EXAMINER

**Send Corresp.**

Limbac Perry, Legal Dept.,
Levi Strauss & Co.
3000 Fox 7215
San Francisco, CA  94120

EXAMINER

**Representative**

**Attorney**    Limbach, Limbach and John Sutton

LEHR, HOHBACH, TEST, ALBRITTON & HERBERT

Passed for Publication

**Associate Attorney**

Passed for Registration

**Other Data** Applicant disclaims the
registration of the goods apart
from the mark as shown.
The mark consists of a small
marker or tab affixed to the
exterior of the garment at the
hip pocket.

Claims Ownership of Registration **Nos.** 356,701, 775,412, AND OTHERS.

| A F F I D A V I T | Sec. 8 |
|---|---|
| | Sec. 15 |
| | Sec. 12c |

Passed for Renewal

**Goods—Services**

GARMENTS, PARTICULARLY TROUSERS.

Renewed From

**First Use**

DEC. 13, 1966 **Sept 1, 1936.**

PUBLISHED IN O. G.

JUL 14 1970

U. S. PATENT OFFICE

**In Commerce**

DEC. 13, 1966 **Sept 1, 1936.**

25

72263725
FILING DATE
02/01/1967
REGISTRATION #
1157769

# CONTENTS:



application _____ papers.

1. JUL 18 1967

2. *Amdt A of spec & Corr of dwg*    *Sept 18/67*

3. *Letter & exhibit*    *Sept 22/67*

4. FINAL REFUSAL    OCT 23 1967

5. *Letter*    *Dec 11/67*

6. *Appeal to Board*    *4-22-68*

*Request to extend*    *4-22-68*

*Appeal Acknowledged*    *4-30-68*

*Letter & Cor. to Dwg*    *Apr. 22/68*

*Affidavit & Exhibits 5-6-68* — *(Exhibits separate)*

*Remarked*    *5-22-68*

JUL 8 1968

*Appeal Reinstated Brief due 9-6-68*    *July 17, 1968*

*Affidavits*    *5-31-68*

*Affidavits & Attachments 6-20-68 (attachments separate)*

*Remanded*    *8-16-68*

OCT 9 1968

*Reinstated Brief due (12-9-68) 10-17-68*

*Communication - Affidavits:*    *& 10-31-68*
*Exhibits*
*Remanded*    *11-13-68*

FEB 11 1969

*Rev 4/th    1-28-69*
*Reinstated; Brief due (4-14-69) 2-28-69*

*Appeal Brief*    *4-14-69*

*Request for hearing*    *4-14-69*

*Letter re hearing*    *4-29-69*

*Rev 4 OA*    *5-5-69*

*Notice of acceptance of # 26*    *5-21-69*

*Sx Statement Aug 26, 1969*    WH Y

*Hearing (12-9-69) 9-10-69*

*Reply Br.*

*Request to reset hearing 1-15 c,*

32 Hearing reset (12-8-69) 9-22-69

33 Change of firm name & address of counsel 10-17-69 amended

34 APR 16 1970 *Bd. decision; Reversed*
N OF 2

36 Amst B     Apr. 23/70   ✓

37 Opposition Brief - So. 980   Revised 2-12-81

Assignment Sheet

Chg. of address of counsel Feb. 28, 1973

Ex Amst C                              April 16/81

TDMR AFF, SEC 8 & 15   SEP 29 1986

/ 98

Ex. L-93

Levi Strauss & Co.  Levi's Plaza, P.O. Box 7215, San Francisco, CA 94120  Phone 415 544-6000





QUALITY NEVER GOES OUT OF STYLE.

September 22, 1986


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C. 20231

Re:  Combined Affidavit Under Sections 8 & 15
     Trademark:  TAB Design; Registration No. 1157769
     In Class(s):  25; Our ref.:  IP0009M
     _____

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a check
to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

David A. Perry
Corporate Legal Department

DAP:hs
4G02

Enclosures

Ex. L-94



MAIL ROOM
SEP 29 1986
PAT. & TRADE MARK OFF.
44

**IN THE UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

|                    |            |
|--------------------|------------|
| Trademark:         | TAB DESIGN |
| Reg. No.:          | 1157769    |
| Int. Class No.:    | 25         |

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA              )
                                 )  ss:
CITY & COUNTY OF SAN FRANCISCO   )

      Doreen M. Balletti, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that Levi Strauss & Co., a corporation of the State of Delaware, having its principal place of business at 1155 Battery Street, San Francisco, California, 94120, owns the above identified registration issued July 16, 1981, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of registration or the date of publication under Section 12(c)(6) to the present, on or in connection with each of the following: Trousers, which are stated in the registration; that such mark is still in use in interstate commerce; that such mark is still in use as evidenced by the attached specimen showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to the registrant's right to register the same or to keep the same on

   070   10/03/86   1157769                     2 311        200.00 CK

Ex. L-95

the register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

LEVI STRAUSS & CO.

By: _Doreen M. Balletti_
       Doreen M. Balletti

Its: Assistant Corporate Secretary

Date: September 22, 1986

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on _September 24, 1986_
(Date of Deposit)
LEVI STRAUSS & CO.
_David A. Perry_  9/24/86
Signature          Date of Signature

- 2 -

Ex. L-96

5A02



MARK:   TAB DESIGN

INT. CLASS:   25

U.S. CLASS:   39



SPECIMEN

Ex. L-97

PRU



06-01-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

HE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Registrant:    LEVI STRAUSS & CO. | ) |
| | ) |
| Registration No.: 1157769 | ) |
| | ) |
| Mark:  Blank Tab Device | ) |
| | ) |
| International Class: 25 | ) |
| | ) |
| Registration Date:  June 16, 1981 | ) |
| | ) |

Box POST REG – FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

## COMBINED DECLARATION OF USE IN COMMERCE/ APPLICATION FOR RENEWAL OF REGISTRATION OF MARK UNDER §§ 8 AND 9 (15 U.S.C. §§ 1058 and 1059)

Sir:

LEVI STRAUSS & CO., a Delaware corporation having its headquarters and

principal place of business at 1155 Battery Street, San Francisco, California 94111, is the

owner of Registration No. 1157769 as shown by records in the U.S. Patent and

Trademark Office.  Registrant is using the mark in commerce on or in connection with

the goods identified below, as evidenced by the attached specimen showing the mark as

currently used in commerce.

The registrant requests that the registration be renewed for the goods identified

below:

06/06/2001 SREED1    00000148 121161    1157769

01 FC:372          100.00 CH
   FC:651           20.00 CH

**Trousers**

Reg. No. 1157769                                    1

Ex. L-98

## DECLARATION

The undersigned being hereby warned that willful false statements and the like are so made punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the owner, and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

The undersigned hereby appoints Karen S. Frank, admitted to practice before the Supreme Court of the State of California, and the firm of Legal Strategies Group, 5905 Christie Avenue, Emeryville, California 94608 and its attorneys, either individually or collectively, to prosecute this Application, and to transact all business in the Patent and Trademark Office connected therewith.

///

///

///

Ex. L-99

Please direct all correspondence and calls to:

Jennifer Gunn
Paralegal
Levi Strauss & Co.
1155 Battery Street
San Francisco, California 94111
Telephone: (415) 501-3433

Dated: June 1, 2001                                LEVI STRAUSS & CO.

                                                   By _____
                                                      Thomas M. Onda
                                                      Assistant Secretary

Ex. L-100

Reg. No. 1157769                          3

## CERTIFICATE OF EXPRESS MAIL MAILING

I hereby certify that this Combined Declaration of Use in Commerce/Application for Renewal of Registration for **BLANK TAB DEVICE**, Registration No. 1157769, a specimen showing use of the mark, and a self-addressed stamped postal acknowledgment card are being deposited with the United States Postal Service with sufficient postage as express mail in an envelope addressed to "BOX POST REG – FEE Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA  22202-3513" on June 1, 2001.

By _____
Jennifer Gunn

U.S. Express Mail Label No.: EL624509430US

Ex. L-101

## SPECIMEN

Applicant:              Levi Strauss & Co.

Mark:                   Blank Tab Device

Registration No.:       1157769

International Class:     25



Ex. L-102

44037

1313554 (1al)

| 1. REG. NO. 1313554 | 3. MARK 505 | | 4. SER. NO. 73/440370 |
|---|---|---|---|
| 2. REG. DATE | | | 5. REGISTER PRINCIPAL |
| 6. INTERNATIONAL CLASS 25 | 7. PRIOR U.S. CLASS 39 | 8. FILING DATE 08/22/83 | 9. LAW OFFICE 550 |

| 10. APPLICANT AND POST OFFICE LEVI STRAUSS & CO. 1155 BATTERY ST. SAN FRANCISCO, CALIFORNIA 94106 CORPORATION OF DELAWARE | 16. EXAMINING ATTORNEY Bellus |
|---|---|
| | 17. TYPE OF MARK TRADEMARK |
| | 18. FIRST USE ICL 025 06/27/1983, |
| Levi Strauss & Co. Levi Plaza P.O. Box 7215 San Francisco, CA 94120 | 19. IN COMMERCE ICL 025 06/27/1983, |
| | 20. FOREIGN REG. AND APPL. DATA |
| 13. APPLICANT'S ATTORNEY JOAN L. DILLON | |

15. GOODS—SERVICES
025-PANTS

21. OTHER DATA

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE

| 22. ENDED | PRINCIPAL REGISTER | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner Stewart J Bellus | |
| 23. AFFADAVIT | Section 8 C. R. 2kill | 27. Passed for Publication SJB | |
| | Section 15 C. R. 2kill | 28. Passed for Registration Stewart J Bellus | |
| | Section 12C | 29. O.G. Date | |
| 24. RENEWAL | Passed for Renewal Jun/05 | | |
| | Renewed From 01/08/05 | PUBLISHED OCT 30 1984 | |
| | ☐ Less Goods | | |

Ex. L-103

PTO-102 (8-78) U.S. Dept. of Commerce-Patent and Trademark Office

440370

CONTENTS:

CLASS

25

Application..............papers.

1. Ex. Amdt A          5/15/84

N OF R.

2. ....................

3. COMB. AFF. SEC 8 & 15.    JAN  8 1991

4. Canc Brief 20664 DSMD w/prej 9.5.95

5. ....................

6. ....................

7. ....................

....................

9. ....................

10. ....................

11. ....................

12. ....................

13. ....................

14. ....................

15. ....................

16. ....................

17. ....................

18. ....................

19. ....................

20. ....................

2. ....................

22. ....................

23. ....................

24. ....................

25. ....................

26. ....................

27. ....................

28. ....................

29. ....................

3 ....................

31. ....................

Ex. L-104





January 4, 1991

Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, DC  20231

RE:  Trademark Registration No. 1,313,554 for 505
     in Class 25 (Our ref:  IP04976A)
     Registrant:  Levi Strauss & Co.
     Combined Affidavit Under Sections 8 & 15

Dear Sir:

Enclosed is a Combined Affidavit Under Sections 8 & 15, with
Declaration related to the above-referenced action, and its
associated specimen.  We hereby authorize the Commissioner
of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $200.

Enclosed is a return postcard.  Please date stamp and return
the card upon receipt of this filing.  Thank you for your
assistance.

Respectfully,

Wendy Juster
Corporate Legal Department

WRJ:hs
IP04976A

Enclosures

Ex. L-105



IN THE UNITED STATES
PATENT & TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

|  |  |
|---|---|
| TRADEMARK: | 505 |
| REGISTRATION NO.: | 1,313,554 |
| INTL. CLASS NO.: | 25 |

TO THE COMMISSIONER OF PATENTS & TRADEMARKS:

STATE OF CALIFORNIA            )
                               )   ss:
CITY AND COUNTY OF SAN FRANCISCO  )

Tracy S. MacLeod, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that Levi Strauss & Co., a corporation of the State of Delaware, having its principal place of business at 1155 Battery Street, San Francisco, California, 94111, owns the above identified registration issued January 8, 1985, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of registration or the date of publication under Section 12(c)(6) to the present, on or in connection with each of the following:  pants, which are stated in the registration; that such mark is still in use in interstate commerce; that such mark is still in use as evidenced by the

Ex. L-106

P 30132  01/17/91  1313554          12-1161  030  311      200.00CH

attached specimen showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to the registrant's right to register the same or to keep the same on the register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

LEVI STRAUSS & CO.

By _____
Tracy S. MacLeod
Assistant Secretary

Before me,
at San Francisco, California, U.S.A.
January ____4____, 1990

_____
Notary Public

OFFICIAL SEAL
WENDY R. JUSTER
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My comm. expires APR 19, 1994

Ex. L-107