



Regular Fit

Straight Leg

100% Cotton



SPECIMEN

PTO Form 1963 (Rev 5/2006)
OMB No. XX51-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1313554 |
| **REGISTRATION DATE** | 01/08/1985 |
| **SERIAL NUMBER** | 73440370 |
| **MARK SECTION** | |
| MARK | 505 |
| **OWNER SECTION (current)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery St. |
| CITY | San Francisco |
| STATE | CA |
| POSTAL CODE | 94106 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery St. |
| CITY | San Francisco |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT11\IMAGEOUT 11\734\403\73440370\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a patch bearing the mark |
| **/MENT SECTION** | |
| | 1 |

Ex. L-109

| IBER OF CLASSES PAID | 1 |
|---|---|
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 11/11/2004 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Nov 11 11:37:00 EST 2004 |
| TEAS STAMP | USPTO/S08N09-155572541-20 041111113700038011-131355 4-2001c97a2a7f8e59f77b9fa 770bbecabee-DA-855-200411 11112942247066 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

---

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of ^

'^ the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 1313554
**REGISTRATION DATE:** 01/08/1985
**MARK:** 505
The owner, Levi Strauss & Co., residing at 1155 Battery St., San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.
The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a patch bearing the mark .
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration
**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Signature: /Jennifer Gunn/    Date: 11/11/2004
^    itory's Name: Jennifer Gunn
Signatory's Position: Paralegal

Ex. L-110

RAM Sale Number: 855
P    Accounting Date: 11/12/2004
S.    l Number: 73440370
Internet Transmission Date: Thu Nov 11 11:37:00 EST 2004
TEAS Stamp: USPTO/S08N09-155572541-20041111113700038
011-1313554-2001c97a2a7f8e59f77b9fa770bb
ecabee-DA-855-20041111112942247066



Ex. L-112

## FEE RECORD SHEET

**Registration Number:**    1313554

**Serial Number:**    73440370



**RAM Sale Number:  855**

**Total Fees:**    $500

**RAM Accounting Date:  20041112**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20041111 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20041111 | $400 | 1 | $400 |

**Transaction Date:**    20041111



Ex. L-113

*1319462*    ⊛    *1000*    *GC1*

| REG. NO. 1319462 | 3. MARK 517 | 4. SER. NO. 73/440371 |
|---|---|---|
| 2. REG. DATE FEB 12 1985 | | 5. REGISTER PRINCIPAL |

| 6. INTERNATIONAL CLASS 25 | 7. PRIOR U.S. CLASS 39 | 8. FILING DATE 08/22/83 | 9. LAW OFFICE 550 |
|---|---|---|---|

| 10. APPLICANT AND POST OFFICE | 16. EXAMINING ATTORNEY |
|---|---|
| LEVI STRAUSS & CO. 1155 BATTERY ST. SAN FRANCISCO, CALIFORNIA 94106 CORPORATION OF DELAWARE | *Arant - Marino 62993* |

| 17. TYPE OF MARK TRADEMARK |
|---|

| 18. FIRST USE ICL 025 06/27/1983. |
|---|

| 11. CORRESPONDENCE ADDRESS *Wendy Fister Corporate Legal Department Levi Strauss + Co. Levi's Plaza, P.O. Box 7215 San Francisco, CA 94120* JOAN L. DILLON | 19. IN COMMERCE ICL 025 06/27/1983. |
|---|---|
| | 20. FOREIGN REG. AND APPL. DATA |

| 15. GOODS—SERVICES 025-PANTS. |
|---|

| 21. OTHER DATA |
|---|

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE

| 22. AMENDED | PRINCIPAL REGISTER | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | *LAM* *Lucy Arant Marino* |
| 23. AFFADAVIT | Section 8 | 27. Passed for Publication | *David E. Bucher* |
| | Section 15 | 28. Passed for Registration | |
| | Section 12C | 29. O.G. Date | **PUBLISHED** JUL 3 1 1984 |
| 2 RENEWAL | Passed for Renewal *Jun/04* | | |
| | Renewed From *2/12/05* | ☐ Less Goods | |

Ex. L-114

440371



## CONTENTS:

Application................. papers.

1.   N OF P

2.   Rqts. after apptt'n.  11-29-84

3.   COMB. AFF. SEC 8 & 15.   Jan. 8, 1991

4.   Canc. Brief  20664  DSMD W/prej  9-5-95

5.   879

6. .............................................

7. .............................................

8, .............................................

9. .............................................

10. ............................................

11. ............................................

12. ............................................

13. ............................................

14. ............................................

15. ............................................

16. ............................................

17. ............................................

18. ............................................

19. ............................................

2 .............................................

21. ............................................

22. ............................................

23. ............................................

24. ............................................

25. ............................................

26. ............................................

27. ............................................

2 .............................................

29. ............................................

30. ............................................

31. ............................................

CLASS

25

Ex. L-115





January 4, 1991

Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, DC  20231

RE:  Trademark Registration No. 1,319,462 for 517
     in Class 25 (Our ref:  IP04977A)
     Registrant:  Levi Strauss & Co.
     Combined Affidavit Under Sections 8 & 15

Dear Sir:

Enclosed is a Combined Affidavit Under Sections 8 & 15, with
Declaration related to the above-referenced action, and its
associated specimen.  We hereby authorize the Commissioner
of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $200.

Enclosed is a return postcard.  Please date stamp and return
the card upon receipt of this filing.  Thank you for your
assistance.

Respectfully,

Wendy Juster
Corporate Legal Department

WRJ:hs
IP04977A

Enclosures

Ex. L-116



#3

### IN THE UNITED STATES
### PATENT & TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

| | |
|---|---|
| TRADEMARK: | 517 |
| REGISTRATION NO.: | 1,319,462 |
| INTL. CLASS NO.: | 25 |

TO THE COMMISSIONER OF PATENTS & TRADEMARKS:

STATE OF CALIFORNIA          )
                             )    ss:
CITY AND COUNTY OF SAN FRANCISCO   )

        Tracy S. MacLeod, being hereby warned that willful false
statements and the like so made are punishable by fine or imprison-
ment, or both, under Section 1001 of Title 18 of the United States
Code and that such willful false statements may jeopardize the
validity of this document, declares that Levi Strauss & Co., a
corporation of the State of Delaware, having its principal place of
business at 1155 Battery Street, San Francisco, California, 94111,
owns the above identified registration issued February 12, 1985, as
shown by records in the Patent and Trademark Office; that the mark
shown therein has been in continuous use in interstate commerce for
five consecutive years from the date of registration or the date of
publication under Section 12(c)(6) to the present, on or in
connection with each of the following: pants, which are stated in
the registration; that such mark is still in use in interstate
commerce; that such mark is still in use as evidenced by the

Ex. L-117

attached specimen showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to the registrant's right to register the same or to keep the same on the register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

                                        LEVI STRAUSS & CO.

                              By  _____
                                    Tracy S. MacLeod
                                    Assistant Secretary

Before me,
at San Francisco, California, U.S.A.
January _____4_____, 1990

_____
Notary Public

OFFICIAL SEAL
WENDY R. JUSTER
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My comm. expires APR 19, 1994

Ex. L-118




Ex. L-119

SPECIMEN

PTO Form 1963 (Rev 5/2006)
OMB  551-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **REGISTRATION NUMBER** | 1319462 |
| **REGISTRATION DATE** | 02/12/1985 |
| **SERIAL NUMBER** | 73440371 |
| **MARK SECTION** | |
| MARK | 517 |
| **OWNER SECTION (current)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery St. |
| CITY | San Francisco |
| STATE | CA |
| POSTAL CODE | 94111 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery St. |
| CITY | San Francisco |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT11\IMAGEOUT 11\734\403\73440371\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a waistband label bearing the mark |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |

| NUMBER OF CLASSES PAID | 1 |
|---|---|
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 11/11/2004 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Nov 11 11:47:14 EST 2004 |
| TEAS STAMP | USPTO/S08N09-155572541-20 041111114714668014-131946 2-2009971eb8b84acea7b594c 95e05be9b721-DA-880-20041 111114412482083 |

PTO Form 1963 (Rev. 5/2006)

OMB No. 0651-0055 (Exp. 10/31/2008)

---

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of a

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 1319462
**REGISTRATION DATE:** 02/12/1985
**MARK:** 517

The owner, Levi Strauss & Co., residing at 1155 Battery St., San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a waistband label bearing the mark.

Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**

*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**

*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Jennifer Gunn/    Date: 11/11/2004

Signatory's Name: Jennifer Gunn

Signatory's Position: Paralegal

Ex. L-121

RAM Sale Number: 880
I     Accounting Date: 11/12/2004
Serial Number: 73440371
Internet Transmission Date: Thu Nov 11 11:47:14 EST 2004
TEAS Stamp: USPTO/S08N09-155572541-20041111114714668
014-1319462-2009971eb8b84acea7b594c95e05
be9b721-DA-880-20041111114412482083

Ex. L-122



# FEE RECORD SHEET

**Registration Number:** 1319462

**Serial Number:** 73440371



**RAM Sale Number: 880**

**Total Fees:** $500

**RAM Accounting Date: 20041112**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20041111 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20041111 | $400 | 1 | $400 |

**Transaction Date:** 20041111



Ex. L-124

443997

339

_Under Section 2(F)_

| 1. REG. NO.<br>1334399 | 3. MARK<br>SHRINK-TO-FIT | | 4. SER. NO.<br>73/443997 |
|---|---|---|---|
| 2. REG. DATE<br>MAY 7 1985 | | | 5. REGISTER<br>PRINCIPAL |
| 6. INTERNATIONAL CLASS<br>25 | 7. PRIOR U.S. CLASS<br>39 | 8. FILING DATE<br>09/16/83 | 9. LAW OFFICE<br>550 |

| | |
|---|---|
| 10. APPLICANT AND POST OFFICE<br>LEVI STRAUSS & CO.<br>1155 BATTERY ST.<br>SAN FRANCISCO, CALIFORNIA 94106.<br>CORPORATION OF DELAWARE | 16. EXAMINING ATTORNEY<br>CURTIN - L.O. 3 |
| | 17. TYPE OF MARK<br>TRADEMARK |
| 11. _Wendy Quester_<br>_Corporate Legal Dept_<br>_Levi Strauss & Co._<br>_Suite 2325_<br>_P.O. Box 7215_<br>_San Francisco, CA 94120_ | 18. FIRST USE<br>ICL 025  00/00/1972 . |
| | 19. IN COMMERCE<br>ICL 025  00/00/1972 , |
| 12. DOMESTIC REPRESENTATIVE | 20. FOREIGN REG. AND APPL. DATA |
| 13. APPLICANT'S ATTORNEY<br>JOAN L. DILLON _Cassandra M. Flippes_ | |
| 15. GOODS—SERVICES<br>025-PANTS, | |

| 21. OTHER DATA                    * Section 2(f) * |
|---|

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE

| 22. | PRINCIPAL REGISTER | 25. Supervisory<br>Examiner | |
|---|---|---|---|
| | | 26. Examiner<br>_TMC_   _J M Curtin_ | |
| 23. Section 8<br>_JA Pfahl_ | | 27. Passed for Publication<br>_Michael A. Szohr_ | |
| Section 15<br>_JA Pfahl_ | | 28. Passed for Registration | |
| Section 12C | | 29. O.G. Date | |
| 24. Passed for Renewal _Rodney H. Walshe_ | | **PUBLISHED**<br>FEB 26 1985 | |
| Renewed From MAY 7, 2005 | | | |
| □ Less Goods | | | |

PTO-102 (8-78) U.S. Dept. of Commerce - Patent and Trademark Office

Ex. L-125

443997

**CONTENTS:**

CLASS

25

Application _____ papers

1. Change of Address Nov 14/83

2. MAY 17 1984

3. Letter Nov 19/84

3 OF 3

4.

5. Section 8 & 9 Feb 11/95

6. MAR 18 2005    of

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

29.

30.

31.

Ex. L-126





QUALITY NEVER GOES OUT OF STYLE

January 29, 1991

Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, DC  20231


RE:  Trademark Registration No. 1,334,399 for SHRINK-TO-FIT
     in Class 25 (Our ref:  IP00683A)
     Registrant:  Levi Strauss & Co.
     Combined Affidavit Under Sections 8 & 15


Dear Sir:

Enclosed is a Combined Affidavit Under Sections 8 & 15, with
Declaration related to the above-referenced action, and its
associated specimen.  We hereby authorize the Commissioner
of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $200.

Enclosed is a return postcard.  Please date stamp and return
the card upon receipt of this filing.  Thank you for your
assistance.

Respectfully,

Wendy Juster
Corporate Legal Department


WRJ:hs
IP00683A

Enclosures

Ex. L-127

Levi Strauss & Co.  Levi's Plaza, P.O. Box 7215, San Francisco, CA 94120  Phone 415 544-6000





MAIL ROOM
FEB 1 1991
PAT. & TRADEMARK

## IN THE UNITED STATES
## PATENT & TRADEMARK OFFICE

### COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

| | |
|---|---|
| **TRADEMARK:** | **SHRINK-TO-FIT** |
| **REGISTRATION NO.:** | **1,334,399** |
| **INTL. CLASS NO.:** | **25** |

TO THE COMMISSIONER OF PATENTS & TRADEMARKS:

STATE OF CALIFORNIA      )

CITY AND COUNTY OF SAN FRANCISCO   )   **ss:**

Tracy S. MacLeod, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that Levi Strauss & Co., a corporation of the State of Delaware, having its principal place of business at 1155 Battery Street, San Francisco, California, 94111, owns the above identified registration issued May 7, 1985, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of registration or the date of publication under Section 12(c)(6) to the present, on or in connection with each of the following: pants, which are stated in the registration; that such mark is still in use in interstate commerce; that such mark is still in use as evidenced by the

attached specimen showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to the registrant's right to register the same or to keep the same on the register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

LEVI STRAUSS & CO.


By _____
Tracy S. MacLeod
Assistant Secretary

Before me,
at San Francisco, California, U.S.A.
January ___29___, 1991

_____
Notary Public

OFFICIAL SEAL
WENDY R. JUSTER
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My comm. expires APR 19, 1994

| REGISTRANT: | LEVI STRAUSS & CO. |
| TRADEMARK: | SHRINK-TO-FIT |
| REG. NO.: | 1,334,399 |
| GOODS: | PANTS |
| CLASS: | 25 |





SPECIMEN

Ex. L-130

PTO Form 1583 (Rev 5/2006)
O    351-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1334399 |
| **REGISTRATION DATE** | 05/07/1985 |
| **SERIAL NUMBER** | 73443997 |
| **MARK SECTION** | |
| MARK | SHRINK-TO-FIT |
| **OWNER SECTION (current)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery St. |
| CITY | San Francisco |
| STATE | CA |
| POSTAL CODE | 94106 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery St. |
| CITY | San Francisco |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT11\IMAGEOUT 11\734\439\73443997\xml1\S890002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a pocket flasher bearing the mark |
| **PAYMENT SECTION** | |

Ex. L-131

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 03/18/2005 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Mar 18 11:47:36 EST 2005 |
| TEAS STAMP | USPTO/S08N09-155572541-20 050318114736064109-133439 9-200e346ab8e94adafddfacf 506659771d94-DA-1051-2005 0318113503542118 |

PTO Form 1963 (Rev 3/2005)
OMB No. 0651-0055 (Exp 10/31/2005)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of .

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 1334399
**REGISTRATION DATE:** 05/07/1985
**MARK:** SHRINK-TO-FIT
The owner, Levi Strauss & Co., residing at 1155 Battery St., San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.
The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a pocket flasher bearing the mark.
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Signature: /Jennifer Gunn/    Date: 03/18/2005
Signatory's Name: Jennifer Gunn

Ex. L-132

Signatory's Position: Paralegal
F ⸱ Sale Number: 1051
R⸍⸍⸍ Accounting Date: 03/18/2005
Serial Number: 73443997
Internet Transmission Date: Fri Mar 18 11:47:36 EST 2005
TEAS Stamp: USPTO/S08N09-155572541-20050318114736064
109-1334399-200e346ab8e94adafddfacf50665
9771d94-DA-1051-20050318113503542118

Ex. L-133



Ex. L-134

6

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 1334399



**Serial Number:** 73443997



**RAM Sale Number:** 1051

**RAM Accounting Date:** 20050318

**Total Fees:** $500

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20050318 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20050318 | $400 | 1 | $400 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:** 20050318



Ex. L-135

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    1334399



**Serial Number:**    73443997



**RAM Sale Number: 1051**

**RAM Accounting Date: 20050318**

**Total Fees:**    $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20050318 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20050318 | $400 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:**    20050318



Ex. L-136