# Exhibit M



IN THE UNITED STATES
PATENT OFFICE AND TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

Trademark: Arcuate Design

Reg. No: 1,139,254

Int. Class No.: 25

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA         )
                            ) ss:
CITY & COUNTY OF SAN FRANCISCO )

    Jean L. Fowler, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that Levi Strauss & Co., a corporation of the State of Delaware, having its principal place of business at 1155 Battery Street, San Francisco, California, 94111, owns the above identified registration issued September 2, 1980, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of registration or the date of publication under Section 12(c)(6) to the present, on or in connection with each of the following: pants, jackets, skirts and shorts which are stated in the registration; that such mark is still in use in interstate commerce; that such mark is still in use as evidenced by the attached specimen showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to the registrant's right to register the same or to keep the same on the register; that there is no

- 1 -

Y009

Ex. M-1

proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

LEVI STRAUSS & CO.

By: *[signature]*
Jean L. Fowler

Its: Assistant Corporate Secretary

Date: January 2, 1985

- 2 -

Y009

Ex. M-2