# Exhibit Q

Levi Strauss & Co.  Levi's Plaza, P.O. Box 7215, San Francisco, CA 94120  Phone 415 544-6000




QUALITY NEVER GOES OUT OF STYLE

January 9, 1986

Ms. Frances A. Pfohl
Affidavit-Renewal Examiner
Trademark Examining Operation
Commissioner of Patents and Trademarks
Box 5
Washington, D.C.  20231

Re: Registration No. 1139254; Serial
    No. 73/169399; Our file IP00001A

Dear Ms. Pfohl:

Enclosed is a newly-executed Declaration for the subject registration. The $200 fee is being held pending receipt of this document.

Very truly yours,

Sylvia J. Kaplan
Corporate Legal

SJK:dp

Ex. Q-1

Levi Strauss & Co.  Levi's Plaza, P.O. Box 7215, San Francisco, CA 94120  Phone 415 544-6000

 May 14, 1985


QUALITY NEVER GOES OUT OF STYLE

Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.  20231

Re:  Trademark:  Arcuate Design
     In Class(s):  25

Sir:

Enclosed are the documents relating to the referenced trademark action, its associated specimen(s) and a check to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp and return the card as soon as you receive these applications.

Respectfully,

*Sylvia Kaplan*
Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

Ex. Q-2