# Exhibit T

# U.S. DEPARTMENT OF COMMERCE
## Patent and Trademark Office
### Washington, DC 20231

TRADEMARK MANUAL OF EXAMINING PROCEDURE
First Edition

Instructions Regarding Revision No. 6

The attached revision pages constitute a consolidated edition. All revisions, including Revision 6, have been consolidated with the first edition. These revision pages replace all existing Manual pages.

The Notation "[R–6]" in the attached pages appears at the title of a new or revised section. The attached "pink pages" summarize the changes to the Manual.

The text of the Manual reflects the amendments to the Trademark Rules of Practice through June 1983. The Manual has been changed to incorporate the substance of the 1983 series of Examination Guides.

Carlisle E. Walters
Editor, Trademark Manual
of Examining Procedure



PROPERTY OF THE UNITED STATES
RECEIVED
SEP 8 1986
LIBRARY, U.S. COURTS
SAN DIEGO, CALIFORNIA
LIBRARIAN'S OFFICE

Rev. 6; Dec. 1983

Ex. T-1

1502.03   Withdrawal from Appeal
1502.04   Fee for Appeal
1502.05   Amendment After Decision on Appeal
**1503   Publication and Opposition**
1503.01   Search Immediately Prior to Publication
1503.02   Examining Attorney's Jurisdiction
1503.02(a)   Request for Jurisdiction
1503.03   Letter of Protest in Pending Applications
1503.04   Opposition Procedure
1503.04(a)   Filing an Opposition
1503.04(b)   Joining Persons in an Opposition
1503.04(c)   Time for Opposing
1503.04(d)   Extension of Time to Oppose
1503.04(e)   Fee for Filing Opposition
**1504   Concurrent Use**

# Chapter 1600 Registration and Post-Registration Procedures

**1601   Duration of Registrations**
1601.01   Act of 1946
1601.02   Acts of 1905 and 1881
1601.03   Act of 1920
**1602   Bringing Prior Act Registrations Under 1946 Act, Section 12(c)**
1602.01   Affidavit of Use During Sixth Year
1602.02   Cancellation and Incontestability
1602.03   Notification of Registrant, and Printing of Mark in Official Gazette
**1603   Affidavit of Use or Nonuse of Mark in Commerce Under Section 8**
1603.01   Registrations to Which Affidavit Pertains
1603.01(a)   Affidavit Filed When Not Required
1603.02   Notification of Affidavit Being Due
1603.02(a)   Giving Notice in Sixth Year Is Not Required
1603.03
1603.03(a)   Premature Filing of Affidavit
1603.04   Fee for Filing Affidavit
1603.05   Ownership, and Who May File Affidavit
1603.05(a)   Change of Owner
1603.05(b)   Change of Name
1603.06   Character of Use of Mark
1603.07   Showing of Use of Mark in Commerce
1603.08   Showing Regarding Nonuse of Mark
1603.09   Change from Mark as Registered
1603.09(a)   Possible Amendment of Mark in Registration
1603.10   Goods in Connection with Affidavit
1603.11   Amendment in Connection with the Affidavit
1603.12   Office Action on Affidavit
1603.13   Registrant's Recourse
**1604   Affidavit of Incontestability Under Section 15**
1604.01   Registrations to Which Affidavit Pertains
1604.02   Time of Filing the Affidavit
1604.03   Requirements for the Affidavit
1604.04   Combining Sections 8 and 15 Affidavits
**1605   Renewal of Registration**
1605.01   Time for Filing Application for Renewal
1605.01(a)   Premature Filing
1605.02   Fee for Filing Application for Renewal
1605.03   Ownership, and Who May File Application for Renewal
1605.03(a)   Change of Owner
1605.03(b)   Change of Name
1605.04   Character of Use of Mark
1605.05   Showing of Use of Mark
1605.06   Showing Regarding Nonuse of Mark
1605.07   Change from Mark as Registered
1605.08   Goods in Application for Renewal
1605.09   Foreign Applicant for Renewal
1605.10   Form of Application for Renewal
1605.11   Office Action on Application for Renewal
1605.12   Registrant's Recourse
**1606   Cancellation of Registrations**
**1607   Surrender or Amendment of Registrations**
1607.01   Surrender of Registration for Cancellation
1607.02   Amendment of Mark in Registration
1607.02(a)   Determining What Constitutes Material Alteration of Mark
1607.02(b)   Ways of Changing Mark
1607.02(c)   Supporting Specimens
1607.03   Amendment of Registration, Other Than Mark
1607.04   Correction of Mistake in Registration

03/18/08 09:26 FAX 619 557 5077 COURTS LIBRARY SD ☒004

istrant may within six months after a refusal request reconsideration of the refusal by the Examiner giving reasons to support the request.

*Petition to Commissioner:*

A request for reconsideration shall be a condition precedent to a petition to the Commissioner to review the refusal of the affidavit or declaration unless the first action refusing the affidavit or declaration directs the registrant to petition the Commissioner for relief, in which event the petition must be filed within six months from the date of mailing of the action. See Rule 2.165(a)(2) (37 CFR § 2.165(a)(2)).

If, upon a request for reconsideration, the refusal of the affidavit or declaration is adhered to, the registrant may petition the Commissioner to review the action under Rule 2.146(a)(2) (37 CFR § 2.146(a)(2)). The petition to the Commissioner requesting review of the action adhering to the refusal of the affidavit or declaration must be filed within six months from the date of mailing of the action which adhered to the refusal. See Rule 2.165(b) (37 CFR § 2.165(b)).

*Final Action of the Office:*

The decision of the Commissioner on a request under Rule 2.146 (37 CFR § 2.146) constitutes the final action of the Patent and Trademark Office.

At the time when there is no acceptable affidavit timely filed, no request for reconsideration by the Examiner pending, and no review had or pending by the Commissioner under Rule 2.146 (37 CFR § 2.146) the Office will send a notice to registrant indicating that the affidavit filed is insufficient and the time for filing is past. This notice constitutes the final action of the Office. In the absence of appeal within sixty days, the registration will be cancelled forthwith.

*Appeal:*

Actions of the Examiner on affidavits under Section 8 are not appealable to the Trademark Trial and Appeal Board.

Appeal may be taken to a court from the decision of the Commissioner. Rule 2.145 (37 CFR § 2.145); 15 U.S.C. 1071. A petition to the Commissioner for review of the action shall be a condition precedent to an appeal to or an action for review by any court. See Rule 2.165(d) (37 CFR § 2.165).

*Petition or Appeal Does Not Stay Time for Filing:*

Proceedings during which the sufficiency of an affidavit is being considered do not change the time within which an acceptable affidavit must be filed. An acceptable affidavit still must be filed within the sixth year. If an affidavit is held to be acceptable as a result of such proceedings, it is acceptable as of the date it was originally filed. If an affidavit is found to be unacceptable as a result of reconsideration, petition or appeal, after the sixth year has passed, it is not possible then to file a new affidavit.

## 1604 Affidavit of Incontestability Under Section 15 [R-5]

Section 15 of the Trademark Act of 1946 permits certain registrants to file affidavits as to marks in certain registrations under specified circumstances whereby such marks shall be incontestable.

Each eligible registrant has the option of deciding whether or not to take advantage of these provisions. A registrant may choose to claim the benefits of incontestability and file an affidavit to that end, or he may elect to retain the registration without those benefits. The *term* of the registration, for purpose of renewal, is not affected in either event.

The Office does not examine the merits of affidavits under Section 15. If the affidavit is presented at the proper time for an eligible registration, it is placed in the file without regard to its sufficiency and the Office merely notifies the registrant that the affidavit has been placed in the file. The affidavits are inspected, however, and if an inconsistency or substantial error is observed, this fact is called to registrant's attention in the letter of notification. The Office makes no requirement for correction, and the submission of another affidavit is optional with registrant. If the error amounts to noncompliance with a statutory requirement, the notation "Sec. 15 Affidavit Received" is *not* stamped on the Office copies of the registration in the trademark search room; copies are so stamped when affidavits do comply with the statutory requirements.

A fee is required for affidavits filed in accordance with Section 15. See Trademark Rule 2.6 (37 CFR § 2.6).

## 1604.01 Registrations to Which Affidavit Pertains

The provisions of Section 15 apply only to registrations issued on the Principal Register of the Act of 1946, and to registrations issued under the Acts of 1905 and 1881 which have been "published" in order to claim the benefits of the Act of 1946.

Ex. T-3

03/18/08 09:27 FAX 619 557 5077 COURTS LIBRARY SD ☒005

Specifically excluded from the provisions of Section 15 are marks registered on the Supplemental Register of the Act of 1946, marks registered under the Act of 1920, and marks registered under the Acts of 1905 and 1881 which have not claimed the benefits of the Act of 1946.

### 1604.02  Time of Filing the Affidavit

The affidavit may be filed after a period of 5 consecutive years in which the mark has been in continuous use. This may be any 5 year period which is subsequent to the date of registration for registrations under the Act of 1946 and subsequent to the date of filing the affidavit under Section 12(c) bringing 1905 and 1881 Act marks under the Act of 1946.

Registrant is given one year after the 5 year period which is selected in which to file the affidavit, and the affidavit must be both executed and filed within said one year period.

Affidavits executed and filed on the anniversary dates at the beginning of the fifth and sixth years are considered to be filed within the year period and are placed in the registration files.

If an affidavit is not executed and filed within the prescribed time, or is filed for a registration which is not eligible for the benefits of Section 15, the affidavit will be returned.

### 1604.03  Requirements for the Affidavit

Section 15 states that the specified information be merely "set forth" in the affidavit, and therefore no showing or proof beyond registrant's sworn statement (or declaration) is required.

The affidavit must give the names of the items which are listed in the registration as issued, in connection with which the mark has been continuously used for the required time. If more than one affidavit is filed for different items in the same registration, the affidavits are merely placed in the file as a matter of record.

The use on which the affidavit is based must be use in commerce. This is true for foreign as well as domestic registrants, and whether registration was based on use or on foreign registration.

The affidavit must state that there has been no final decision adverse to registrant's claim of ownership of the mark for the goods or services, or to registrant's right to register the same or to keep the same on the register. It must also state that there is no proceeding involving said rights pending in the Patent and Trademark Office or in a court and not finally disposed of, and "proceeding" has been interpreted to mean registrant being in position either of plaintiff or defendant.

If the Office finds facts contrary to either of the foregoing statements, registrant will be notified and the search room copy of the registration will not be stamped. TMEP section 1604.

The affidavit must be filed by the person who is the owner of the registration at the time the affidavit is filed, in order to be effective.

Amendments or corrections to affidavits are not accepted for processing. Substitute affidavits are merely placed in the file if timely filed for an eligible registration.

### 1604.04  Combining Section 8 and 15 Affidavits

The affidavit under Section 15 may be combined with the affidavit under Section 8 into one document, when a registrant elects to use the first five years after registration or Section 12(c) "publication" as the five-year period of continuous use for Section 15. In that situation the selected time for filing the Section 15 affidavit coincides with the required time for filing the Section 8 affidavit.

### 1605  Renewal of Registration

*15 U.S.C. 1059.* (a) Each registration may be renewed for periods of twenty years from the end of the expiring period upon payment of the prescribed fee and the filing of a verified application therefor, setting forth those goods or services recited in the registration on or in connection with which the mark is still in use in commerce and having attached thereto a specimen or facsimile showing current use of the mark, or showing that any nonuse is due to special circumstances which excuse such nonuse and it is not due to any intention to abandon the mark. Such application may be made at any time within six months before the expiration of the period for which the registration was issued or renewed, or it may be made within three months after such expiration on payment of the additional fee herein prescribed.

### 1605.01  Time for Filing Application for Renewal [R–6]

The application for renewal should be filed within the six months period preceding the expiration of the registration. It may not be filed prior to the six months, but there is a grace period of three months following the expiration of a registration during which an application for renewal may be filed. Such an application during the following three months is commonly called a late or delayed application to renew.

The application for renewal must be executed within the times specified for filing.

An application for renewal filed during the three months grace period is subject to payment of an additional fee, regardless of whether it was executed before or after the expiration of the

Ex. T-4