1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K & L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone:  415-882-8200
4  Facsimile:  415- 882-8220

5  J. MICHAEL KEYES (*Pro Hac Vice*)
   K & L GATES LLP
6  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
7  Phone:  509-624-2100
   Facsimile: 509-456-0146
8
   Attorneys for Defendant
9  ABERCROMBIE & FITCH TRADING CO.

10

11
**UNITED STATES DISTRICT COURT**
12
**NORTHERN DISTRICT OF CALIFORNIA**
13

14 | LEVI STRAUSS & CO.,

15 |                   Plaintiff,

16 |    v.

17 | ABERCROMBIE & FITCH TRADING CO.,

18 |                   Defendant.

19 | _____

20 | ABERCROMBIE & FITCH TRADING CO.,

21 |                   Counter-Claimant,
      v.

22 | LEVI STRAUSS & CO.,

23 |                   Counter-Defendant.

No. CV-07-3752

**APPENDIX OF UNITED STATE PATENT QUARTERLY CASES**

Date:        May 16, 2008
Time:        9:00 a.m.
Court Rm:   2

24

25  ///

26

Abercrombie & Fitch Trading Co. hereby submits this Appendix of United States Patent Quarterly cases cited in support of its Motion for Summary Adjudication.

- **Exhibit A:** *Crown Wallcovering Corporation v. the Wall Paper Manufacturers Limited*, 188 U.S.P.Q. 141, 144 (T.T.A.B.1975)

- **Exhibit B:** *General Car & Truck Leasing Systems, Inc. v. General Rent-A-Car, Inc.*, 17 U.S.P.Q. 2d 1398, 1990 U.S. Dist. LEXIS 12749 (S.D. Fla. 1999)

- **Exhibit C***: Mister Leonard, Inc. v. Jacques Leonard Couture, Inc.*, 23 U.S.P.Q. 2d 1064, 1992 TTAB LEXIS 8 (T.T.A.B. 1992)

- **Exhibit D:** *In re First Draft, Inc.*, 76 U.S.P.Q.2d 1183, 2005 WL 2451658 (T.T.A.B. 2005)

- **Exhibit E***: In re Wine Society of America Inc.*, 12 U.S.P.Q.2d 1139, 1989 WL 274373 (T.T.A.B. 1989)

DATED:  March 21, 2008         KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By:   /s/ Rachel Davidson
       Michael J. Bettinger
       Rachel R. Davidson
       Attorneys for Defendants
       ESPRIT US DISTRIBUTION, LTD.