MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K & L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*Pro Hac Vice*)
K & L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br>                              Plaintiff, <br><br>     v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br>                              Defendant. <br> _____ <br> ABERCROMBIE & FITCH TRADING CO., <br><br>                    Counter-Claimant, <br>     v. <br><br> LEVI STRAUSS & CO., <br><br>                    Counter-Defendant. | No. CV-07-3752 JSW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR SUMMARY ADJUDICATION** <br><br> Date:            May 16, 2008 <br> Time:           9:00 a.m. <br> Courtroom:    2 |

1  Abercrombie & Fitch Trading Co.'s Motion for Summary Adjudication, pursuant to
2  Fed. R. Civ. P. 56(a) and (d), came before the Court, The Honorable Jeffery S. White
3  presiding.  The Court having considered the parties' papers, relevant legal authority, the
4  record in this case, and oral argument, hereby orders as follows:

5  IT IS HEREBY ORDERED THAT as a matter of law, the Court finds it is undisputed
6  that with respect to U.S. Trademark Registration No. 1,139,254, Levi Strauss & Company
7  submitted two materially false "incontestability" affidavits to the U.S. Patent and Trademark
8  Office on approximately May 14, 1985, and January 2, 1986.

9  The Court hereby GRANTS Abercrombie & Fitch Co.'s Motion for Summary
10 Adjudication and hereby orders that these above-recited findings are deemed established as a
11 mater of law in this action.

12 IT IS SO ORDERED.

13 DATED: _____

14
15
16                                              _____
17                                              Honorable Jeffrey S. White
                                                 United States District Judge

[PROPOSED] ORDER GRANTING ABERCROMBIE
& FITCH'S MOTION FOR SUMMARY ADJUDICATION
Case No. 03:07-CV-3752-JSW                -2-                    Printed on Recycled Paper