1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for
6  Plaintiff/Counterdefendant
   LEVI STRAUSS & CO.
7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13  LEVI STRAUSS & CO.,                        Case No.   C 07-03752 JSW

14              Plaintiff/Counterdefendant,    **[PROPOSED] ORDER RE LEVI
                                               STRAUSS & CO.'S CROSS-
15       v.                                    MOTION FOR ALTERNATIVE
                                               RELIEF RE HEARING DATES**
16  ABERCROMBIE & FITCH TRADING CO.,

17              Defendant/Counterclaimant.

18  ABERCROMBIE & FITCH TRADING CO.,

19              Defendant/Counterclaimant,

20       v.

21  LEVI STRAUSS & CO.,

22              Plaintiff/Counterdefendant.

23

24

25

26

27

28

[PROPOSED] ORDER                               *Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*
                                               *Case No. C 07-03752 JSW*

1 | Levi Strauss & Co.'s Cross-Motion for Alternative Relief re Hearing Dates is hereby GRANTED. The hearing on Abercrombie & Fitch Trading Co.'s Motion for Summary Adjudication of Undisputed Facts is continued to May 30, 2008. LS&CO.'s opposition to that motion shall be due on May 9, 2008, and Abercrombie & Fitch Trading Co.'s reply shall be due on May 16, 2008.

DATED: _____, 2008

_____
Honorable Jeffrey S. White
United States District Judge

61319337 v1