IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING COMPANY,<br><br>Defendant. | No. C 07-03752 JSW<br><br>**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF TO CONSOLIDATE HEARING DATES AND SETTING BRIEFING SCHEDULE ON MOTION FOR SUMMARY ADJUDICATION** |

On March 21, 2008, Defendant Abercrombie & Fitch Trading Company ("A&F") filed a motion for administrative relief in which it seeks to consolidate the hearing date on the motion to dismiss A&F's counterclaim for cancellation, filed by Plaintiff Levi Strauss & Company ("LS&CO"), with its own motion for summary adjudication, filed on March 21, 2008. LS&CO's motion to dismiss currently is noticed for hearing on April 25, 2008. A&F noticed its motion for summary adjudication for hearing on May 16, 2008.

The Court has considered the parties' positions and DENIES A&F's motion for administrative relief. LS&CO's motion remains on calendar on April 25, 2008, and the briefing schedule remains as previously ordered.

A&F's motion shall remain on calendar on May 16, 2008. The Court notes, however, that as a rule it only permits one motion for summary judgment or adjudication per party. If A&F intends to file an additional motion for summary judgment, it shall be required to file a motion seeking leave to do so, in which it demonstrates good cause for the request.

It is FURTHER ORDERED that LS&CO's opposition to A&F's motion for summary adjudication shall be due on April 11, 2008, and A&F's reply shall be due on April 18, 2008. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing. If the parties wish to modify this briefing schedule, they must submit a request that demonstrates good cause for any such modification.

**IT IS SO ORDERED.**

Dated: March 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2