1 | MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
2 | KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
3 | 55 Second Street, Suite 1700
San Francisco, CA 94105
4 | Phone: 415-882-8200
Facsimile: 415- 882-8220
5 |
6 | Michael Keyes (Pro Hac Vice)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
7 | 618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
8 | Phone: 509-624-2100
Facsimile: 509-456-0146
9 |
10 | Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO., | No. CV-07-3752 JSW |
| Plaintiff, | **ABERCROMBIE & FITCH'S NOTICE UNDER L.R.7-7(e) REQUESTING COURT TO TAKE OFF-CALENDAR ABERCROMBIE'S MOTION FOR SUMMARY ADJUDICATION** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Counter-Claimant, | |
| v. | |
| LEVI STRAUSS & CO., | |
| Counter-Defendant. | |

ABERCROMBIE & FITCH'S NOTICE UNDER L.R.
7-7(e) REQUESTING COURT TAKE OFF-CALENDAR
MOTION FOR SUMMARY ADJUDICATION
Case No. 03:07-CV-3752-JSW                                        Printed on Recycled Paper

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to L.R. 7-7(e), Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") hereby withdraws, without prejudice, its Motion for Summary Adjudication of Undisputed Facts, filed on March 21, 2008, and respectfully requests that the Court vacate the following hearing and briefing dates:

-Hearing Date on the Motion for Summary Adjudication: May 16, 2008 at 9:00 a.m.;

-Opposition to the Motion for Summary Adjudication: April 11, 2008; and

-Reply in Support of Motion for Summary Adjudication: April 18, 2008.

Abercrombie brought its Motion For Summary Adjudication at the present time because it addresses the identical legal issues raised by Levi Strauss & Co. in it Motion to Dismiss Abercrombie's Counterclaim based on fraud on the PTO. Additionally, Abercrombie believed that for purposes of judicial economy, the Court might appreciate addressing Abercrombie's motion at the same time as the Court addresses Levi Strauss & Co.'s Motion.

In light of the Court's Order of March 24, 2008, Abercrombie hereby requests that its Motion for Summary Adjudication be taken off-calendar. Abercrombie intends to incorporate the substance of its Motion For Summary Adjudication into a single motion for Summary Judgment that will be filed with the Court at a later date.

A proposed Order granting Abercrombie's request is filed herewith.

Dated: March 26, 2008

Respectfully submitted,

**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**

By: _____/s/_____
Michael J. Bettinger
Rachel R. Davidson
J. Michael Keyes
Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.