MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

Michael Keyes (Pro Hac Vice)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br>                   Plaintiff, <br><br>       v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br>                   Defendant. <br> ——————————————————— <br> ABERCROMBIE & FITCH TRADING CO., <br><br>                   Counter-Claimant, <br><br>       v. <br><br> LEVI STRAUSS & CO., <br><br>                   Counter-Defendant. | No. CV-07-3752 JSW <br><br> **[PROPOSED] ORDER VACATING HEARING AND BRIEFING DATES** |

1  Pursuant to Abercrombie & Fitch Trading Co.'s Notice filed per L.R. 7-7(e), its
2  Motion for Summary Adjudication is hereby taken off-calendar.
3  The briefing dates set forth in the Court's Order Denying Motion for Administrative
4  Relief to Consolidate Hearing Dates and Setting Briefing Schedule on Motion for Summary
5  Adjudication filed March 24, 2008, are vacated.
6  IT IS SO ORDERED.

7  DATED: _____

9  _____
10  Honorable Jeffrey S. White
    United States District Judge

12  K:\0241195\00105\17096_XRH\17096P25LG