1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone:  415-882-8200
   Facsimile:  415- 882-8220
5
   Michael Keyes (Pro Hac Vice)
6  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
7  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
8  Phone:  509-624-2100
   Facsimile:  509-456-0146
9
   Attorneys for Defendant
10 ABERCROMBIE & FITCH TRADING CO.

11

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | LEVI STRAUSS & CO.,            | No. CV-07-3752 JSW
16 |             Plaintiff,         | [~~PROPOSED~~] ORDER VACATING
   |                                | HEARING AND BRIEFING DATES
17 |       v.                       |
18 | ABERCROMBIE & FITCH TRADING CO.,|
19 |             Defendant.         |
20 | ABERCROMBIE & FITCH TRADING CO.,|
21 |             Counter-Claimant,  |
22 |       v.                       |
23 | LEVI STRAUSS & CO.,            |
24 |             Counter-Defendant. |
25
26

~~[PROPOSED]~~ ORDER VACATING HEARING
AND BRIEFING DATES
Case No. 03:07-CV-3752-JSW                                    Printed on Recycled Paper

1  Pursuant to Abercrombie & Fitch Trading Co.'s Notice filed per L.R. 7-7(e), its
2  Motion for Summary Adjudication is hereby taken off-calendar.
3  The briefing dates set forth in the Court's Order Denying Motion for Administrative
4  Relief to Consolidate Hearing Dates and Setting Briefing Schedule on Motion for Summary
5  Adjudication filed March 24, 2008, are vacated.
6  IT IS SO ORDERED.

DATED: March 26, 2008

_____
Honorable Jeffrey S. White
United States District Judge

K:\0241195\00105\17096_XRH\17096P25LG

[PROPOSED] ORDER VACATING HEARING
AND BRIEFING DATES
Case No. 03:07-CV-3752-JSW        2        Printed on Recycled Paper