1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone: 415-882-8200
   Facsimile: 415- 882-8220
5
   J. MICHAEL KEYES (PRO HAC VICE)
6  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
7  618 West Riverside Avenue, Suite 300
   Spokane WA 99201-0602
8  Phone: 509-624-2100
   Facsimile: 509-456-0146
9
   Attorneys for Defendant
10 ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| LEVI STRAUSS & CO., | No. CV-07-3752 - JSW |
|---|---|
| Plaintiff, | **DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH'S MEMORANDUM IN OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO DISMISS COUNTERCLAIMS FOR CANCELLATION** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Counter-Claimant, | |
| v. | |
| LEVI STRAUSS & CO., | |
| Counter-Defendant. | |

DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF
ABERCROMBIE & FITCH'S MEMORANDUM IN
OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO
DISMISS COUNTERCLAIMS FOR CANCELLATION
Case No. 03:07-CV-3752-JSW                -1-                    Printed on Recycled Paper

I, J. Michael Keyes, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in this matter. I am a partner in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum of Law in Support of Motion for Summary Judgment filed in *Lois Sportswear, U.S.A., Inc. v. Levi Strauss & Company and Levi Strauss & Company vs. Textiles Confecciones Europeas, S.A.*, U.S. District Court for the Southern District of New York, Case Nos. 82 Civ. 8326 (RWS) and 83 Civ. 4338 (RWS), dated 04/03/85.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

EXECUTED this 28th day of March, 2008, by J. Michael Keyes.

_____
J. Michael Keyes

DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF
ABERCROMBIE & FITCH'S MEMORANDUM IN
OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO
DISMISS COUNTERCLAIMS FOR CANCELLATION
Case No. 03:07-CV-3752-JSW                -2-                        Printed on Recycled Paper