MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K & L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*Pro Hac Vice*)
K & L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Defendant.<br><hr>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Counter-Claimant,<br><br>     v.<br><br>LEVI STRAUSS & CO.,<br><br>                    Counter-Defendant. | No. CV-07-3752 JSW<br><br>**[PROPOSED] ORDER RE LEVI STRAUSS & CO.'S MOTION TO DISMISS COUNTERCLAIMS FOR CANCELLATION**<br><br>Date:             April 25, 2008<br>Time:            9:00 a.m.<br>Courtroom:    2 |

1  Levi Strauss & Co.'s 12(b)(6) Motion to Dismiss Abercrombie & Fitch Trading Co.'s
2  Counterclaims for Cancellation came before the Court on April 25, 2008, The Honorable
3  Jeffery S. White presiding. The Court having considered the parties' papers, relevant legal
4  authority, the record in this case, and oral argument, hereby orders as follows:
5  IT IS HEREBY ORDERED THAT Levi Strauss & Co.'s 12(b)(6) Motion to Dismiss
6  Abercrombie & Fitch Trading Co.'s Counterclaims for Cancellation is denied.

7  DATED: _____

_____
Honorable Jeffrey S. White
United States District Judge