1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K & L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone:  415-882-8200
4  Facsimile:  415- 882-8220

5  J. MICHAEL KEYES (*Pro Hac Vice*)
   K & L GATES LLP
6  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
7  Phone:  509-624-2100
   Facsimile:  509-456-0146
8
   Attorneys for Defendant
9  ABERCROMBIE & FITCH TRADING CO.

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14  LEVI STRAUSS & CO.,
                                              No. CV-07-3752 JSW
15                         Plaintiff,
                                              **ABERCROMBIE & FITCH**
16       v.                                   **TRADING CO.'S CERTIFICATION**
                                              **OF SUPPLEMENTATION; F.R.C.P**
17  ABERCROMBIE & FITCH TRADING CO.,          **26(e)**

18                         Defendant.

19
    ABERCROMBIE & FITCH TRADING CO.,
20
                      Counter-Claimant,
21       v.

22  LEVI STRAUSS & CO.,

23                    Counter-Defendant.

24

25

26

ABERCROMBIE AND FITCH TRADING CO.'S
CERTIFICATION OF SUPPLEMENTATION
Case No. 03:07-CV-3752-JSW                -1-                    Printed on Recycled Paper

1 | Abercrombie & Fitch Trading Co. ("Abercrombie") hereby certifies that it has made the required supplementations pursuant to Federal Rule of Civil Procedure 26(e) and this Court's December 5, 2007 Order Scheduling Trial and Pretrial Matters. The parties are presently in the process of resolving discovery disputes, and have not yet commenced depositions. Pending resolution of these disputes and as depositions progress, Abercrombie, will promptly supplement discovery as appropriate.

DATED: March 31, 2008

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By_____/s/_____
    Michael J. Bettinger
    Attorneys for Defendants
    ABERCROMBIE & FITCH TRADING CO.