MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K & L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*Pro Hac Vice*)
K & L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>  Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>  Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>  Counter-Claimant,<br><br>v.<br><br>LEVI STRAUSS & CO.,<br><br>  Counter-Defendant. | No. CV-07-3752 JSW<br><br>**ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR ADMINISTRATIVE RELIEF FOR ORDER TO EXCEED PAGE LIMITATION RE OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO DISMISS CIVIL L.R. 7-11;[PROPOSED] ORDER**<br><br>Date: April 25, 2008<br>Time: 9:00 a.m.<br>Ctrm.: 2 |

Pursuant to Civil Local Rule 7-11, Abercrombie & Fitch Trading Co. ("Abercrombie") applies for administrative relief for an Order permitting it to exceed page limitations in

1  connection with its Opposition to Levi Strauss & Co.'s ("LS&Co.") 12(b)(6) Motion to
2  Dismiss Abercrombie's Counterclaims for Cancellation. LS&Co. has agreed not to oppose
3  this Administrative Motion for Relief. (*See* LS&Co.'s Reply Brief, p. 1, fn 1).

4  On March 28, 2008, Abercrombie filed its Opposition to LS&Co.'s Motion to Dismiss
5  Abercrombie's Counterclaims for Cancellation which is currently scheduled for hearing on
6  April 25, 2008. On April 4, 2008, after reviewing LS&Co.'s Reply brief, Abercrombie was
7  alerted to the fact that its Opposition to LS&Co.'s Motion exceeds the 15-page limit set by
8  this Court's Standing Order. Counsel for Abercrombie inadvertently overlooked the fact that
9  at the time it filed its Opposition this Court's Standing Order modified Civil Local Rule 7-4
10 which allows a party to file an opposition brief up to 25 pages in length. The Opposition filed
11 by Abercrombie's counsel, which exceeds the Court's page limitations, was inadvertent, and
12 was filed in good faith.

13 Counsel for Abercrombie apologizes for this oversight, and for failing to seek relief in
14 advance, but nevertheless, believes that there is good cause supporting the current length of
15 Abercrombie's Opposition. Specifically, the current length of its Opposition is warranted in
16 order to fully apprise the Court of the nature of claims that are at subject in Abercrombie's
17 Counterclaims, as well as to properly address the arguments raised in LS&Co.'s Motion to
18 Dismiss, which raises a host of issues, including statutory interpretation. This is particularly
19 so, since LS&Co. is seeking dispositive relief, and Abercrombie has recently taken its Motion
20 for Summary Adjudication off-calendar, which fully addressed the arguments LS&Co. raises
21 in its Motion to Dismiss.

22 Abercrombie respectfully requests that the Court grant its Motion for Administrative
23 Relief for an Order allowing it to exceed the page limitations set by the Court's Standing
24 Order. As indicated in its Reply Brief, LS&Co. has agreed not to object Abercrombie's
25 / / /
26

1  application showing good cause for filing an opposition which exceeds the permitted page
2  limitations. (*See* Reply Brief, p. 1, fn 1).

4  DATED: April 7, 2008                          KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

6                                                By_____/s/_____
                                                    Rachel R. Davidson
7                                                   Attorneys for Defendant
                                                    ABERCROMBIE & FITCH TRADING
8                                                   CO.