1   MICHAEL J. BETTINGER (State Bar No. 122196)
    RACHEL R. DAVIDSON (State Bar No. 215517)
2   K & L GATES LLP
    55 Second Street, Suite 1700
3   San Francisco, CA 94105
    Phone:  415-882-8200
4   Facsimile:  415- 882-8220

5   J. MICHAEL KEYES (*Pro Hac Vice*)
    K & L GATES LLP
6   618 West Riverside Avenue, Suite 300
    Spokane WA  99201-0602
7   Phone:  509-624-2100
    Facsimile:  509-456-0146

8
    Attorneys for Defendant
9   ABERCROMBIE & FITCH TRADING CO.

10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14  LEVI STRAUSS & CO.,

15                              Plaintiff,          No. CV-07-3752 JSW

16       v.                                         **[PROPOSED] ORDER GRANTING
                                                    ABERCROMBIE & FITCH
17  ABERCROMBIE & FITCH TRADING CO.,                TRADING CO.'S MOTION FOR
                                                    ADMINISTRATIVE RELIEF FOR
18                              Defendant.           ORDER TO EXCEED PAGE
                                                    LIMITATION RE OPPOSITION TO
19  _____               LEVI STRAUSS & CO.'S MOTION
                                                    TO DISMISS CIVIL L.R. 7-11**
20  ABERCROMBIE & FITCH TRADING CO.,

21                      Counter-Claimant,           Date:      April 25, 2008
                                                    Time:      9:00 a.m.
22       v.                                         Ctrm.:     2

22  LEVI STRAUSS & CO.,

23                      Counter-Defendant.
    _____
24

25

26  [PROPOSED] ORDER GRANTING
    MOTION FOR ADMINISTRATIVE
    RELIEF TO EXCEED PAGE LIMITATION
    RE OPPOSITION TO MOTION TO DISMISS
    Case No. 03:07-CV-3752-JSW              -1-                Printed on Recycled Paper

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Having considered Abercrombie & Fitch Trading Co.'s ("Abercrombie") Motion for Administrative Relief for an Order permitting it to exceed page limitations in connection with its Opposition to Levi Strauss & Co.'s ("LS&Co.") 12(b)(6) Motion to Dismiss Abercrombie's Counterclaims for Cancellation, and good cause appearing.

IT IS HEREBY ORDERED THAT:

Abercrombie's Motion for Administrative Relief for an Order permitting it to exceed page limitations re Opposition to LS&Co.'s Motion to Dismiss is granted.

DATED: _____

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION FOR ADMINISTRATIVE
RELIEF TO EXCEED PAGE LIMITATION
RE OPPOSITION TO MOTION TO DISMISS