1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for
6  Plaintiff/Counterdefendant
   LEVI STRAUSS & CO.
7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12
13 | LEVI STRAUSS & CO.,                    | Case No. C 07-03752 JSW
14 |         Plaintiff/Counterdefendant,    | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DISCOVERY AND EXPERT DISCLOSURE DEADLINES**
15 |         v.                             |
16 | ABERCROMBIE & FITCH TRADING CO.,       |
17 |         Defendant/Counterclaimant.     |

18 | ABERCROMBIE & FITCH TRADING CO.,
19 |         Defendant/Counterclaimant,
20 |         v.
21 | LEVI STRAUSS & CO.,
22 |         Plaintiff/Counterdefendant.

23

24

25

26

27

1    On December 5, 2007, this Court issued an Order Scheduling Trial and Pretrial Matters in this
2  action, setting the non-expert discovery cutoff for April 30, 2008, and the expert discovery cutoff for
3  July 15, 2008. Since the Court issued its order, defendant Abercrombie & Fitch Trading Co. has filed
4  counterclaims against plaintiff Levi Strauss & Co., which are the subject of a motion to dismiss
5  currently set for hearing on April 25, 2008. The parties have fully briefed that motion, have
6  propounded and responded to several sets of written discovery, and are in the process of finalizing a
7  deposition schedule for fact witnesses on both sides.
8    Due to the volume of discovery and various scheduling challenges, the parties hereby stipulate,
9  subject to the approval of the Court, to extend the discovery and expert deadlines as follows:

10        Close of Non-Expert Discovery           May 30, 2008
11        Expert Disclosures                     June 30, 2008
12        Rebuttal Expert Disclosures            July 18, 2008
13        Close of Expert Discovery              August 8, 2008

14  The parties have not made any prior requests for schedule modifications in this case, and do not
15  request any change to the dispositive motion, pretrial conference, or trial dates set forth in the Court's
16  December 5, 2007 Order. Accordingly, the parties respectfully request that the Court approve the
17  discovery and expert deadlines set forth above.
18
19  DATED: April 8, 2008                    Respectfully submitted,
20                                    By:   /s/ Gia L. Cincone
                                            Gia L. Cincone
21                                          TOWNSEND AND TOWNSEND AND CREW LLP
22                                          Attorneys for Plaintiff/Counterdefendant
                                            LEVI STRAUSS & CO.
23
24  DATED: April 8, 2008
                                      By:   /s/ Rachel R. Davidson
25                                          Rachel R. Davidson
                                            K&L GATES
26                                          Attorneys for Defendant/Counterclaimant
                                            ABERCROMBIE & FITCH TRADING CO.
27
28

STIPULATION AND [PROPOSED] ORDER                  *Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*
RE EXTENSION OF DEADLINES                         *Case No. C 07-03752 JSW*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Dated: _____        _____
                                     Hon. Jeffrey S. White
4                                    United States District Judge