United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,

    Plaintiff,

v.

ABERCROMBIE & FITCH TRADING COMPANY,

    Defendant.

No. C 07-03752 JSW

**ORDER DENYING MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**, **STRIKING OPPOSITION, AND ORDERING REVISED OPPOSITION TO BE FILED**

On April 7, 2008, Defendant Abercrombie & Fitch Trading Company ("A&F") filed a motion for leave to file an oversize opposition brief to the motion to dismiss A&F's counterclaim, filed by Plaintiff Levi Strauss & Company ("LS&CO"). Although LS&CO does not oppose, the Court does not find good cause to grant A&F's request and the motion is DENIED.

In its Order granting LS&CO's motion to disqualify A&F's previous counsel, the Court warned the parties that future violations of this Court's Standing Orders might result in sanctions. Thus, A&F, through counsel, did not merely overlook this Court's Standing Orders, it overlooked the explicit warning in the Order granting the motion to disqualify. A&F also submitted a brief that did not comply with this Court's local rules on the font size for footnotes. Accordingly, as a sanction, the Court HEREBY STRIKES the opposition brief filed on March 28, 2008.

1  A&F shall file a revised opposition brief that complies with this Court's Standing Order
2  6, and that complies with Northern District Civil Local Rule 3-4(c)(2) by April 16, 2008.
3  A&F's revised brief may not add any argument, because the Court shall not require LS&CO to
4  submit a revised reply brief.  The hearing shall remain on calendar on April 25, 2008, unless the
5  Court notifies the parties that it deems the matter suitable for disposition without oral argument.

**IT IS SO ORDERED.**

Dated: April 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE