| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, California  94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | Email:  gsgilchrist@townsend.com, glcincone@townsend.com |

Attorneys for
Plaintiff/Counterdefendant
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 07-03752 JSW |
| Plaintiff/Counterdefendant, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DISCOVERY AND EXPERT DISCLOSURE DEADLINES** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant/Counterclaimant. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant/Counterclaimant, | |
| v. | |
| LEVI STRAUSS & CO., | |
| Plaintiff/Counterdefendant. | |

1   On December 5, 2007, this Court issued an Order Scheduling Trial and Pretrial Matters in this
2   action, setting the non-expert discovery cutoff for April 30, 2008, and the expert discovery cutoff for
3   July 15, 2008. Since the Court issued its order, defendant Abercrombie & Fitch Trading Co. has filed
4   counterclaims against plaintiff Levi Strauss & Co., which are the subject of a motion to dismiss
5   currently set for hearing on April 25, 2008. The parties have fully briefed that motion, have
6   propounded and responded to several sets of written discovery, and are in the process of finalizing a
7   deposition schedule for fact witnesses on both sides.

8   Due to the volume of discovery and various scheduling challenges, the parties hereby stipulate,
9   subject to the approval of the Court, to extend the discovery and expert deadlines as follows:

10            Close of Non-Expert Discovery              May 30, 2008
11            Expert Disclosures                        June 30, 2008
12            Rebuttal Expert Disclosures               July 18, 2008
13            Close of Expert Discovery                 August 8, 2008

14  The parties have not made any prior requests for schedule modifications in this case, and do not
15  request any change to the dispositive motion, pretrial conference, or trial dates set forth in the Court's
16  December 5, 2007 Order. Accordingly, the parties respectfully request that the Court approve the
17  discovery and expert deadlines set forth above.

18

19  DATED: April 8, 2008                     Respectfully submitted,

20                                     By:   /s/ Gia L. Cincone
                                             Gia L. Cincone
21                                           TOWNSEND AND TOWNSEND AND CREW LLP

22                                           Attorneys for Plaintiff/Counterdefendant
                                             LEVI STRAUSS & CO.
23
    DATED: April 8, 2008
24                                     By:   /s/ Rachel R. Davidson
                                             Rachel R. Davidson
25                                           K&L GATES

26                                           Attorneys for Defendant/Counterclaimant
                                             ABERCROMBIE & FITCH TRADING CO.
27

28

STIPULATION AND [PROPOSED] ORDER                    *Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*
RE EXTENSION OF DEADLINES                                                *Case No. C 07-03752 JSW*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: April 9, 2008

_____
Hon. Jeffrey S. White
United States District Judge