MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (PRO HAC VICE)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                     Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                     Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                 Counter-Claimant,<br><br>v.<br><br>LEVI STRAUSS & CO.,<br><br>                 Counter-Defendant. | No. CV-07-3752 - JSW<br><br>**DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH'S MEMORANDUM IN OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO DISMISS COUNTERCLAIMS FOR CANCELLATION** |

DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF
ABERCROMBIE & FITCH'S MEMORANDUM IN
OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO
DISMISS COUNTERCLAIMS FOR CANCELLATION
Case No. 03:07-CV-3752-JSW  -1-    Printed on Recycled Paper

I, J. Michael Keyes, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in this matter. I am a partner in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. (A&F) in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum of Law in Support of Motion for Summary Judgment filed in *Lois Sportswear, U.S.A., Inc. v. Levi Strauss & Company and Levi Strauss & Company vs. Textiles Confecciones Europeas, S.A.*, U.S. District Court for the Southern District of New York, Case Nos. 82 Civ. 8326 (RWS) and 83 Civ. 4338 (RWS), dated 04/03/85.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

EXECUTED this 28th day of March, 2008, by J. Michael Keyes.

_____
J. Michael Keyes

K:\0241195\00105\17096_XRH\17096P25LJ

DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF
ABERCROMBIE & FITCH'S MEMORANDUM IN
OPPOSITION TO LEVI STRAUSS & CO.'S MOTION TO
DISMISS COUNTERCLAIMS FOR CANCELLATION
Case No. 03:07-CV-3752-JSW       -2-                Printed on Recycled Paper