1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone:  415-882-8200
   Facsimile:  415- 882-8220
5
   J. MICHAEL KEYES (Pro Hac Vice)
6  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
7  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
8  Phone:  509-624-2100
   Facsimile:  509-456-0146
9
   Attorneys for Defendant
10 ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                        Plaintiff,<br><br>    v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                        Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                        Counter-Claimant,<br><br>    v.<br><br>LEVI STRAUSS & CO.,<br><br>                        Counter-Defendant. | No. CV-07-3752—JSW<br><br>**[PROPOSED] ORDER DENYING LEVI STRAUSS & CO.'S MOTION TO DISMISS COUNTERCLAIMS FOR CANCELLATION**<br><br>Date:        April 25, 2008<br>Time:       9:00 a.m.<br>Courtroom:  2 |

1  Levi Strauss & Co.'s 12(b)(6) Motion to Dismiss Abercrombie & Fitch Trading Co.'s
2  Counterclaims for Cancellation came before the Court on April 25, 2008, The Honorable
3  Jeffery S. White presiding.  The Court, having considered the parties' papers, relevant legal
4  authority, the record in this case, and oral argument, finds that Abercrombie & Fitch Trading
5  Co.'s Counterclaims for Cancellation have alleged sufficient facts to state a claim for
6  cancellation based on fraud on the U.S. Trademark Office and trademark abandonment.
7  Accordingly, IT IS HEREBY ORDERED THAT Levi Strauss & Co.'s 12(b)(6)
8  Motion to Dismiss Abercrombie & Fitch Trading Co.'s Counterclaims for Cancellation is
9  denied.

11  DATED: _____

12                                          _____
13                                          Honorable Jeffrey S. White
                                            United States District Judge

[PROPOSED] ORDER DENYING
MOTION TO DISMISS

Case No. 03:07-CV-3752-JSW     -1-     Printed on Recycled Paper