# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Levi Strauss & Company, | No. C 07-03752 JSW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Abercrombie & Fitch Trading Company, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __4/22/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __open__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __4/23/08__          _[signature]_
                             Mediator, R. Elaine Leitner
                             6114 La Salle Avenue
                             Box 474
                             Oakland, CA 94611

**Certification of ADR Session**
07-03752 JSW MED