MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K & L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*Pro Hac Vice*)
K & L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>          Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>          Defendant.<br><br>─────────────────────────<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>          Counter-Claimant,<br><br>     v.<br><br>LEVI STRAUSS & CO.,<br><br>          Counter-Defendant. | No. CV-07-3752 JSW<br><br>**ABERCROMBIE & FITCH TRADING CO.'S CERTIFICATION OF SUPPLEMENTATION; F.R.C.P 26(e)** |

Abercrombie & Fitch Trading Co. ("Abercrombie") hereby certifies that it has made the required supplementations pursuant to Federal Rule of Civil Procedure 26(e) and this Court's December 5, 2007 Order Scheduling Trial and Pretrial Matters. The parties are presently in the process of resolving discovery disputes, and have not yet commenced depositions. Pending resolution of these disputes and as depositions proceed, Abercrombie, will promptly supplement any discovery if appropriate.

DATED: April 30, 2008

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By_____/s/_____
Michael J. Bettinger
Attorneys for Defendants
ABERCROMBIE & FITCH TRADING CO.