1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 LEVI STRAUSS & CO.,                    Case No.   C 07-03752 JSW

13          Plaintiff/Counterdefendant,   **LEVI STRAUSS & CO.'S
                                          CERTIFICATION RE
14     v.                                 DISCOVERY**

15 ABERCROMBIE & FITCH TRADING CO.,

16          Defendant/Counterclaimant.

17 ABERCROMBIE & FITCH TRADING CO.,

18          Defendant/Counterclaimant,

19     v.

20 LEVI STRAUSS & CO.,

21          Plaintiff/Counterdefendant.

22

23

24

25

26

27

28

1    Plaintiff/counterdefendant Levi Strauss & Co. ("LS&CO.") hereby submits the following
2 certification pursuant to the Court's order dated December 5, 2007.

3    By stipulation dated April 8, 2008, LS&CO. and defendant/counterclaimant Abercrombie &
4 Fitch Trading Co. ("A&F") agreed to extend the discovery cutoff date in this action to May 30, 2008.
5 The parties have since met and conferred about discovery issues and have been able to avoid formal
6 discovery disputes thus far. Partly as a consequence, however, depositions have been delayed. There
7 also have been delays due to scheduling conflicts for the witnesses. Accordingly, the parties have
8 informally agreed to extend deposition discovery to June 13, 2008, to conduct any necessary follow-
9 up depositions and to complete any depositions that remain incomplete as of May 30.

10    Accordingly, pursuant to the Court's order, LS&CO. certifies that except as noted below, any
11 additional or corrective information relating to its Rule 26(a) disclosures and/or its discovery
12 responses has been made known to A&F during the discovery process or in writing. LS&CO. has
13 agreed to supplement its discovery responses to reflect the additional documents and information that
14 already have been produced to A&F in discovery. In addition, LS&CO. will supplement its discovery
15 responses regarding A&F's counterclaims once the depositions of third-party witnesses relating to
16 those counterclaims have been completed.

18  DATED: May 14, 2008

19                              By:  /s/ Gia L. Cincone
                                     Gia L. Cincone
20                                   Townsend and Townsend and Crew LLP

21                                   Attorneys for Plaintiff
                                     LEVI STRAUSS & CO.