1  MICHAEL J. BETTINGER, (State Bar No. 122196)
   RACHEL R. DAVIDSON, (State Bar No. 215517)
2  K&L GATES
   55 Second Street, Suite 1700
3  San Francisco, California  94105-3493
   Telephone:  (415) 882-8200
4  Facsimile:   (415) 882-8220

5  J. MICHAEL KEYES (*Pro Hac Vice*)
   K&L GATES
6  601 West Riverside Avenue, Suite 300
   Spokane, WA  99201
7  Telephone:  (509) 624-2100
   Facsimile:   (509) 456-0146
8  mike.keyes@klgates.com

9  Attorneys for Defendants
   ABERCROMBIE & FITCH TRADING CO.
10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13  LEVI STRAUSS & CO.,
                                                    No. CV-07-3752  JSW
14                          Plaintiff,
                                                    **STIPULATION AND**
15       v.                                         **[PROPOSED] ORDER RE**
                                                    **EXTENSION OF NON- EXPERT**
16  ABERCROMBIE & FITCH TRADING CO.,                **DEPOSITION DEADLINE**

17                          Defendant.

18  ─────────────────────────────────

19  ABERCROMBIE & FITCH TRADING CO.,

20                          Counter-Claimant,
         v.
21
    LEVI STRAUSS & CO.,
22
                            Counter-Defendant.
23

24       On December 5, 2007, this Court issued an Order Scheduling Trial and Pretrial Matters in

25  this action, setting the non-expert discovery cutoff for April 30, 2008, and the expert discovery

26  cutoff for July 15, 2008.

27       On April 9, 2008, pursuant to stipulation of the parties, this Court extended the discovery and

28  expert deadlines as follows:

| | | |
|---|---|---|
| 1 | Close of Non-Expert Discovery | May 30, 2008 |
| 2 | Expert Disclosures | June 30, 2008 |
| 3 | Rebuttal Expert Disclosures | July 18, 2008 |
| 4 | Close of Expert Discovery | August 8, 2008 |

5  The parties have arranged several additional depositions, which involves coordinating work
6 and travel schedules of witnesses from both parties, several of whom frequently travel domestically
7 and internationally. Due to the various scheduling challenges that entails, the parties request the
8 approval of the Court to extend the non-expert deposition deadline as follows:

9              Close of Non-Expert Depositions     June 30, 2008

10  The parties do not request any change to the expert discovery deadlines set forth in the
11 Court's April 9, 2008 Order or the dispositive motion, pretrial conference, or trial dates set forth in
12 the Court's December 5, 2007 Order. Accordingly, the parties respectfully request that the Court
13 approve the non-expert deposition deadline set forth above.

14 Dated: May 29, 2008          Respectfully submitted,

15
                                By:   */s/ Gia L. Cincone*
16                              Gregory S. Gilchrist
                                Gia L. Cincone
17                              TOWNSEND AND TOWNSEND AND CREW LLP

18                              Attorneys for Plaintiff/Counter-Defendant
                                LEVI STRAUSS & CO.
19

20 Dated: May 29, 2008          By:   */s/ Rachel R. Davidson*
                                Michael J. Bettinger
21                              Rachel R. Davidson
                                J. Michael Keyes
22                              K&L GATES LLP

23
                                Attorneys for Defendant/Counter-Claimant
24                              ABERCROMBIE & FITCH TRADING CO.

25 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26 DATED: _____

27                              _____
                                Honorable Jeffrey S. White
28                              United States District Judge

---

STIPULATION AND [PROPOSED] ORDER                               Printed on Recycled Paper
RE EXTENSION OF DEADLINES            2
Case No. C 07-03752-JSW