MICHAEL J. BETTINGER, (State Bar No. 122196)
RACHEL R. DAVIDSON, (State Bar No. 215517)
K&L GATES
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

J. MICHAEL KEYES (*Pro Hac Vice*)
K&L GATES
601 West Riverside Avenue, Suite 300
Spokane, WA 99201
Telephone:  (509) 624-2100
Facsimile:   (509) 456-0146
mike.keyes@klgates.com

Attorneys for Defendants
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>          Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>          Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>          Counter-Claimant,<br><br>     v.<br><br>LEVI STRAUSS & CO.,<br><br>          Counter-Defendant. | No. CV-07-3752 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF NON- EXPERT DEPOSITION DEADLINE** |

On December 5, 2007, this Court issued an Order Scheduling Trial and Pretrial Matters in this action, setting the non-expert discovery cutoff for April 30, 2008, and the expert discovery cutoff for July 15, 2008.

On April 9, 2008, pursuant to stipulation of the parties, this Court extended the discovery and expert deadlines as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | May 30, 2008 |
| Expert Disclosures | June 30, 2008 |
| Rebuttal Expert Disclosures | July 18, 2008 |
| Close of Expert Discovery | August 8, 2008 |

The parties have arranged several additional depositions, which involves coordinating work and travel schedules of witnesses from both parties, several of whom frequently travel domestically and internationally. Due to the various scheduling challenges that entails, the parties request the approval of the Court to extend the non-expert deposition deadline as follows:

Close of Non-Expert Depositions    June 30, 2008

The parties do not request any change to the expert discovery deadlines set forth in the Court's April 9, 2008 Order or the dispositive motion, pretrial conference, or trial dates set forth in the Court's December 5, 2007 Order. Accordingly, the parties respectfully request that the Court approve the non-expert deposition deadline set forth above.

Dated:   May 29, 2008            Respectfully submitted,

By:    /s/ Gia L. Cincone
Gregory S. Gilchrist
Gia L. Cincone
TOWNSEND AND TOWNSEND AND CREW LLP

Attorneys for Plaintiff/Counter-Defendant
LEVI STRAUSS & CO.

Dated:   May 29, 2008            By:    /s/ Rachel R. Davidson
Michael J. Bettinger
Rachel R. Davidson
J. Michael Keyes
K&L GATES LLP

Attorneys for Defendant/Counter-Claimant
ABERCROMBIE & FITCH TRADING CO.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 30, 2008

_____
Honorable Jeffrey S. White
United States District Judge