1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K & L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105

4  Phone: 415-882-8200
   Facsimile: 415- 882-8220

5
   J. MICHAEL KEYES (*Pro Hac Vice*)
6  K & L GATES LLP
   618 West Riverside Avenue, Suite 300
7  Spokane WA  99201-0602

8  Phone: 509-624-2100
   Facsimile: 509-456-0146

9  Attorneys for Defendant/Counter-Claimant
10 ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. <br> ─────────────────────────── <br> ABERCROMBIE & FITCH TRADING CO., <br><br> Counter-Claimant, <br><br> v. <br><br> LEVI STRAUSS & CO., <br><br> Counter-Defendant. | No. CV-07-3752 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF NON-EXPERT DEPOSITION DEADLINE TO ALLOW FOR TWO DEPOSITIONS** |

1  On December 5, 2007, this Court issued an Order Scheduling Trial and Pretrial Matters in this action, setting the non-expert discovery cutoff for April 30, 2008, and the expert discovery cutoff for July 15, 2008.

On April 9, 2008, pursuant to stipulation of the parties, this Court extended the discovery and expert deadlines as follows:

| | |
|---|---|
| Close of Non-Expert Discovery | May 30, 2008 |
| Expert Disclosures | June 30, 2008 |
| Rebuttal Expert Disclosures | July 18, 2008 |
| Close of Expert Discovery | August 8, 2008 |

On May 30, 2008, pursuant to stipulation of the parties, this Court extended the non-expert deposition deadline as follows:

| | |
|---|---|
| Close of Non-Expert Depositions | June 30, 2008 |

As of the date of this Stipulation, the parties have completed all non-expert depositions except for the depositions of two witnesses, which were delayed due to scheduling difficulties. Given these scheduling issues, the parties request the approval of the Court to extend the non-expert deposition deadline for the specific purpose of taking the following two depositions:

| | |
|---|---|
| Loreen Zakem | July 9, 2008 at 9:30 a.m. |
| Mark Breitbard | July 25, 2008 at 9:30 p.m. |

The parties do not request any change to the expert discovery deadlines set forth in the Court's April 9, 2008 Order or the dispositive motion, pretrial conference, or trial dates set forth in the Court's December 5, 2007 Order. Accordingly, the parties respectfully request that the Court approve the non-expert deposition deadline set forth above.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER
RE EXTENSION OF DEPOSITION DEADLINE TO
ALLOW FOR TWO DEPOSITIONS                    2                    Printed on Recycled Paper
Case No. C 07-93752 JSW

Dated: June 27, 2008            Respectfully submitted,

By: ___*/s/ Gregory Gilchrist*___
Gregory S. Gilchrist
Gia L. Cincone
TOWNSEND AND TOWNSEND AND CREW LLP

Attorneys for Plaintiff/Counter-Defendant
LEVI STRAUSS & CO.

Dated: June 27, 2008            By: ___*/s/ Rachel R. Davidson*___
Michael J. Bettinger
Rachel R. Davidson
J. Michael Keyes
K&L GATES LLP

Attorneys for Defendant/Counter-Claimant
ABERCROMBIE & FITCH TRADING CO.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER
RE EXTENSION OF DEPOSITION DEADLINE TO
ALLOW FOR TWO DEPOSITIONS              3              Printed on Recycled Paper
Case No. C 07-93752 JSW