1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   gsgilchrist@townsend.com; glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
8  K&L GATES
   55 Second Street, Suite 1700
9  San Francisco, California  94105-3493
   Telephone:  (415) 882-8200
10 Facsimile:   (415) 882-8220
   mike.bettinger@klgates.com
11 rachel.davidson@klgates.com

12 J. MICHAEL KEYES (*Pro Hac Vice*)
   K&L GATES
13 618 West Riverside Avenue, Suite 300
   Spokane, WA  99201
14 Telephone:  (509) 624-2100
   Facsimile:   (509) 456-0146
15 mike.keyes@klgates.com

16 Attorneys for Defendant
   ABERCROMBIE & FITCH TRADING
17 CO.

18

19                UNITED STATES DISTRICT COURT

20            FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 22  LEVI STRAUSS & CO., | Case No. C 07-03752 JSW |
| 23              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE HEARING AND BRIEFING OF DISPOSITIVE MOTIONS** |
| 24       v. | |
| 25  ABERCROMBIE & FITCH TRADING CO., | |
| 26              Defendant. | |

27

28

By order dated December 5, 2007, this Court set September 19, 2008, as the date for hearing of dispositive motions in this matter.  Lead counsel for plaintiff Levi Strauss & Co. now has a personal conflict on that date, which counsel for defendant Abercrombie & Fitch Trading Co. have courteously agreed to resolve by moving (subject to the Court's approval) the hearing date for dispositive motions to September 26, 2008.  Motions will still be filed on or before August 15, 2008, the last date for filing under the Court's previous scheduling order.  Opposition briefs will be due on September 3, 2008, and reply briefs will be due on September 12, 2008, fourteen days before the hearing date.

DATED: July 29, 2008         Respectfully submitted,

By: /s/ Gregory S. Gilchrist
Gregory S. Gilchrist
TOWNSEND AND TOWNSEND AND CREW LLP
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: July 29, 2008

By: /s/ Rachel R. Davidson
Rachel R. Davidson
K&L GATES
Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                    Hon. Jeffrey S. White
                                    United States District Judge

61447180 v1

- 2 -