| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | gsgilchrist@townsend.com; glcincone@townsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |
| 7 | MICHAEL J. BETTINGER (State Bar No. 122196) |
| | RACHEL R. DAVIDSON (State Bar No. 215517) |
| 8 | K&L GATES |
| | 55 Second Street, Suite 1700 |
| 9 | San Francisco, California  94105-3493 |
| | Telephone:  (415) 882-8200 |
| 10 | Facsimile:   (415) 882-8220 |
| | mike.bettinger@klgates.com |
| 11 | rachel.davidson@klgates.com |
| 12 | J. MICHAEL KEYES (*Pro Hac Vice*) |
| | K&L GATES |
| 13 | 618 West Riverside Avenue, Suite 300 |
| | Spokane, WA  99201 |
| 14 | Telephone:  (509) 624-2100 |
| | Facsimile:   (509) 456-0146 |
| 15 | mike.keyes@klgates.com |
| 16 | Attorneys for Defendant |
| | ABERCROMBIE & FITCH TRADING |
| 17 | CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 07-03752 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE HEARING AND BRIEFING OF DISPOSITIVE MOTIONS** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant. | |

---

STIPULATION AND PROPOSED ORDER
RE DISPOSITIVE MOTION HEARING

*Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*
Case No. C 07-03752 JSW

1  By order dated December 5, 2007, this Court set September 19, 2008, as the date for hearing of dispositive motions in this matter. Lead counsel for plaintiff Levi Strauss & Co. now has a personal conflict on that date, which counsel for defendant Abercrombie & Fitch Trading Co. have courteously agreed to resolve by moving (subject to the Court's approval) the hearing date for dispositive motions to September 26, 2008. Motions will still be filed on or before August 15, 2008, the last date for filing under the Court's previous scheduling order. Opposition briefs will be due on September 3, 2008, and reply briefs will be due on September 12, 2008, fourteen days before the hearing date.

DATED: July 29, 2008                Respectfully submitted,

By:  /s/ Gregory S. Gilchrist
Gregory S. Gilchrist
TOWNSEND AND TOWNSEND AND CREW LLP
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: July 29, 2008

By:  /s/ Rachel R. Davidson
Rachel R. Davidson
K&L GATES
Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 5, 2008

_____
Hon. Jeffrey S. White
United States District Judge

61447180 v1

- 2 -