MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                    Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Counter-Claimant,<br><br>     v.<br><br>LEVI STRAUSS & CO.,<br><br>                    Counter-Defendant. | No. CV07-03752 -JSW<br><br>**DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL** |

Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") submits this administrative motion pursuant to Civil Local Rule 79-5(b) for an order to seal the following documents:

1. Abercrombie's Motion for Summary Judgment.

2. Declaration of J. Michael Keyes in Support of Abercrombie's Motion for Summary Judgment and attached exhibits.

Abercrombie has good cause for requesting to file Abercrombie's Motion for Summary Judgment and supporting Declaration of J. Michael Keyes under seal. Both pleadings include discussions and references to the terms of confidential Settlement Agreements between Levi Strauss & Co. and various third-parties. Also, the documents attached to the Declaration of J. Michael Keyes in Support of Abercrombie's Motion for Summary Judgment contain confidential information, and have been designated as confidential in this litigation.

Accordingly, Abercrombie respectfully requests that its: (1) Motion for Summary Judgment, and (2) Declaration of J. Michael Keyes in Support of Abercrombie's Motion for Summary Judgment, be sealed.

Dated:   August 15, 2008                    Respectfully submitted,

**K&L Gates LLP**

By: _____/s/_____
Michael J. Bettinger
Rachel R. Davidson
J. Michael Keyes

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.