MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. <br>_____<br> ABERCROMBIE & FITCH TRADING CO., <br><br> Counter-Claimant, <br><br> v. <br><br> LEVI STRAUSS & CO., <br><br> Counter-Defendant. | No. CV07-03752 -JSW <br><br> **[PROPOSED] ORDER GRANTING ABERCROMBIE & FITCH TRADING CO.'S ADMINISTRATIVE MOTION PURSUANT TO CIV. LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL** |

1  The Court having considered Defendant Abercrombie & Fitch Trading Co.'s Administrative Motion Pursuant to Civil LR 79-5-(b) to File Under Seal Documents Designated Confidential, and good cause appearing:

Abercrombie & Fitch Trading Co.'s Administrative Motion is granted. The following documents are properly sealable under Civil Local Rule 79-5:

    1.    Defendant Abercrombie & Fitch Trading Co.'s Motion for Summary Judgment; and

    2.    Declaration of J. Michael Keyes in Support of Defendant Abercrombie & Fitch Trading Co.'s Motion for Summary Judgment

IT IS SO ORDERED.

DATED: _____, 2008.

    _____
    Honorable Jeffrey S. White
    United States District Judge