1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone:  415-882-8200
4  Facsimile:  415- 882-8220

5  J. MICHAEL KEYES (*PRO HAC VICE*)
   K&L GATES LLP
6  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
7  Phone:  509-624-2100
   Facsimile: 509-456-0146
8
   Attorneys for Defendant and Cross-Complainant
9  ABERCROMBIE & FITCH TRADING CO.

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

14 | LEVI STRAUSS & CO.,
15 |                              Plaintiff,                          No. CV07-03752 -JSW

16 |       v.                                                          **ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION OF J. MICHAEL KEYES**
17 | ABERCROMBIE & FITCH TRADING CO.,
18 |                              Defendant.

19 |                                                                   **NOTICE OF MANUAL FILING**
   | ABERCROMBIE & FITCH TRADING CO.,
20
   |                              Counter-Claimant,
21 |       v.

22 | LEVI STRAUSS & CO.,

23 |                              Counter-Defendant.

24

25                          **MANUAL FILING NOTIFICATION**

26

MANUAL FILING NOTIFICATION
Case No. 03:07-CV-3752-JSW              -1-                 Printed on Recycled Paper

Regarding: Defendant Abercrombie & Fitch Trading Co.'s Motion for Summary Judgment and (2) Declaration of J. Michael Keyes in Support of Defendant Abercrombie & Fitch Trading Co.'s Motion for Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard copies of the above-referenced documents today, August 15, 2008.

The filing was not e-filed because these documents have been filed under seal.

Dated:   August 15, 2008                    Respectfully submitted,

                                            **K&L Gates LLP**


                                            By: _____/s/_____
                                            Michael J. Bettinger
                                            Rachel R. Davidson
                                            J. Michael Keyes

                                            Attorneys for Defendant
                                            ABERCROMBIE & FITCH TRADING CO.