1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone:  415-882-8200
4  Facsimile:  415- 882-8220

5  J. MICHAEL KEYES (*PRO HAC VICE*)
   K&L GATES LLP
6  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
7  Phone:  509-624-2100
   Facsimile:  509-456-0146

8
   Attorneys for Defendant and Cross-Complainant
9  ABERCROMBIE & FITCH TRADING CO.

10

11
                 **UNITED STATES DISTRICT COURT**
12
              **NORTHERN DISTRICT OF CALIFORNIA**
13

14  LEVI STRAUSS & CO.,
                                          No. CV07-03752 -JSW
15                          Plaintiff,
                                          **DECLARATION OF RACHEL R.**
16        v.                              **DAVIDSON IN SUPPORT OF**
                                          **DEFENDANT ABERCROMBIE &**
17  ABERCROMBIE & FITCH TRADING CO.,      **FITCH TRADING CO.'S**
                                          **ADMINISTRATIVE MOTION TO**
18                          Defendant.    **FILE UNDER SEAL DOCUMENTS**
                                          **DESIGNATED CONFIDENTIAL**
19
    ABERCROMBIE & FITCH TRADING CO.,
20
                          Counter-Claimant,
21        v.

22  LEVI STRAUSS & CO.,

23                          Counter-Defendant.

24

25

26  DECLARATION OF RACHEL R. DAVIDSON
    RE ABERCROMBIE & FITCH TRADING CO.'S
    ADMINISTRATIVE MOTION TO FILE UNDER
    SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
    Case No. 03:07-CV-3752-JSW            -1-            Printed on Recycled Paper

1

2        I, Rachel R. Davidson, declare as follows:

3        1.       I am an attorney admitted to practice before this Court in this matter.  I am an

4 associated in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie

5 & Fitch Trading Co. ("Abercrombie") in this proceeding.  I make this declaration based on

6 personal knowledge as to the matters set forth below.

7        2.       The documents that Abercrombie requests to file under seal are as follows:

8             a) Abercrombie's Motion for Summary Judgment; and

9             b) Declaration of J. Michael Keyes in Support of Abercrombie's Motion for

10 Summary Judgment

11        3.       Both Abercrombie's Motion for Summary Judgment and my Declaration in

12 support of the Motion include discussions and references to the terms of confidential

13 Settlement Agreements between Levi Strauss & Co. and various third-parties. Also, the

14 documents attached to my Declaration in Support Abercrombie's Motion for Summary

15 Judgment contain confidential information and have been designated as confidential

16 documents in this litigation.

17        3.       In an effort to only file under seal material that contains confidential

18 information, Abercrombie has also e-filed a redacted version of its Summary Judgment

19 Motion, which redacts only those portions of the Motion that contain confidential

20 information. Other than a few references to confidential information, the content of

21 Abercrombie's Motion for Summary Judgment should not be withheld from the public.

22        I declare under penalty of perjury under the laws of the United States of America that

23 the foregoing is true and correct.

24

25

26 DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
Case No. 03:07-CV-3752-JSW                    -2-                    Printed on Recycled Paper

1     EXECUTED this 15th day of August, 2008, by Rachel R. Davidson.

2

3                                                    _____/s/_____

4                                                    Rachel R. Davidson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   DECLARATION OF RACHEL R. DAVIDSON
     RE ABERCROMBIE & FITCH TRADING CO.'S
     ADMINISTRATIVE MOTION TO FILE UNDER
     SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
     Case No. 03:07-CV-3752-JSW              -3-                Printed on Recycled Paper