MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Counter-Claimant, <br><br> v. <br><br> LEVI STRAUSS & CO., <br><br> Counter-Defendant. | No. CV07-03752 -JSW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR SUMMARY JUDGMENT** |

1  The Court, having considered Abercrombie & Fitch Trading Co.'s ("Abercrombie")
2  Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(a) and (d), all relevant legal
3  authority, the record in this case, and all related evidence presented by the parties, the Court
4  hereby orders:

5  Abercrombie's Motion for Summary Judgment Motion on Levi Strauss & Co.'s
6  trademark infringement, unfair competition and dilution claims are granted. The Court finds
7  that there are no triable issues of material fact as to Levi Strauss & Co.'s trademark
8  infringement, unfair competition, and dilution claims.

**IT IS SO ORDERED**

DATED: _____, 2008.

_____
Honorable Jeffrey S. White
United States District Judge