1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone:  415-882-8200
   Facsimile:  415- 882-8220
5
   J. MICHAEL KEYES (*PRO HAC VICE*)
6  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
7  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
8  Phone:  509-624-2100
   Facsimile:  509-456-0146
9
   Attorneys for Defendant
10 ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　　　　Defendant.<br>────────────────────────────<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　　　　Counter-Claimant,<br>　v.<br><br>LEVI STRAUSS & CO.,<br><br>　　　　　　　Counter-Defendant. | No. CV-07-3752<br><br>**DECLARATION OF MICHAEL DOTY IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR SUMMARY JUDGMENT** |

I, Michael Doty, declare as follows:

1. I am Senior Director of Finance for Defendant and Counter-Claimant Abercrombie & Fitch Trading Co. ("Abercrombie"). I make this declaration based on personal knowledge as to the matters set forth below.

2. My job duties as Senior Director of Finance for Abercrombie include analyzing all aspects of Abercrombie's business, which includes its Internet business. My duties also involve financial planning, review of Abercrombie websites and retail store control. Given my position and duties within the company, I am well-familiar with Abercrombie's history and the business and marketing of its various product lines, including RUEHL No. 925.

3. In 1892, David T. Abercrombie established "Abercrombie Co." and opened a small waterfront shop in downtown Manhattan, offering a modest selection of sporting and excursion goods.

4. A few years after Abercrombie Co. opened its doors, Mr. Ezra Fitch, a successful lawyer from Kingston, NY, and a regular customer, invested in the fledging company.

5. By 1904, the two men established "Abercrombie & Fitch", which went on to ultimately outfit and equip many explorers and outdoor enthusiasts alike including, U.S. Presidents Theodore Roosevelt, Herbert Hoover, Dwight Eisenhower, and John Kennedy; Ernest Hemmingway, Howard Hughes, among many, many others.

6. Today, "Abercrombie & Fitch" is one of the most successful apparel companies in the country with hundreds of stores throughout the U.S., Canada, and Great Britain.

7. Abercrombie relies on its employees, customers, and the customers' in-store experiences as its main form of marketing.

8.  In 2004, Abercrombie launched its fourth clothing brand under the name "RUEHL No. 925." The other brands are "Abercrombie & Fitch", "abercrombie", and "Hollister." In January 2008, Abercrombie launched its fifth brand, "Gilly Hicks."

9.  The name "RUEHL" is the surname of a fictional German family that immigrated to Greenwich Village in the 1850s and opened a leather goods shop.

10. "No. 925" signifies the address of the brownstone on Greenwich Street where the RUEHL family opened its first store.

11. The "RUEHL No. 925" brand (hereinafter "RUEHL") offers men's and women's casual apparel and related accessories designed to appeal to post-collegiate men and women in the their early 20s to early 30s.

12. RUEHL apparel is offered for sale only at the 24 RUEHL stores and, as of January 2008, through the ruehl.com website.

13. The RUEHL brand is not advertised through traditional media outlets. Instead, RUEHL is advertised primarily through in-store marketing initiatives and by "word of mouth" from satisfied customers.

14. The vast majority of sales of RUEHL products have been through its "brick and mortar" stores, with the ruehl.com website having limited amounts of sales to date.

15. In January 2008, Abercrombie launched its website www.ruehl.com, through which it sells products under the RUEHL name. Part of my job duties include analyzing merchandising of product on www.ruehl.com.

16. The RUEHL back pocket stitching design, alleged in this case to infringe LS&Co.'s trademark rights (the "accused design"), is used only on RUEHL women's denim bottoms: denim skirts, denim shorts and denim jeans.

17. Abercrombie's products bearing the RUEHL accused design, are only sold through its own RUEHL retail locations and on its recently created website. Both of these channels only sell RUEHL product under the RUEHL brand name.

DECLARATION OF MICHAEL DOTY IN SUPPORT OF
ABERCROMBIE'S MOTION FOR SUMMARY JUDGMENT
Case No. 03:07-CV-3752-JSW          -3-                    Printed on Recycled Paper

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct:
3  EXECUTED this 13th day of August, 2008, by Michael Doty.

*/s/ Michael F. Doty*
Michael Doty

DECLARATION OF MICHAEL DOTY IN SUPPORT OF
ABERCROMBIE'S MOTION FOR SUMMARY JUDGMENT
Case No. 03:07-CV-3752-JSW

Printed on Recycled Paper