1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone: 415-882-8200
   Facsimile: 415- 882-8220
5
   J. MICHAEL KEYES (*PRO HAC VICE*)
6  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
7  618 West Riverside Avenue, Suite 300
   Spokane WA 99201-0602
8  Phone: 509-624-2100
   Facsimile: 509-456-0146
9
   Attorneys for Defendant
10 ABERCROMBIE & FITCH TRADING CO.

11

12
                UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14

15 | LEVI STRAUSS & CO.,

16 |                          Plaintiff,            No. CV-07-3752

17 |        v.                                     **DECLARATION OF NICOLE
                                                   SANGER IN SUPPORT OF
                                                   DEFENDANT ABERCROMBIE &
18 | ABERCROMBIE & FITCH TRADING CO.,              FITCH TRADING CO.'S MOTION
                                                   FOR SUMMARY JUDGMENT**
19 |                          Defendant.

20 | ─────────────────────────────────
   | ABERCROMBIE & FITCH TRADING CO.,
21 |
   |                   Counter-Claimant,
22 |        v.

23 | LEVI STRAUSS & CO.,

24 |                   Counter-Defendant.

25

26

DECLARATION OF NICOLE SANGER IN SUPPORT OF
ABERCROMBIE'S MOTION FOR SUMMARY ADJUDICATION
Case No. 03:07-CV-3752-JSW          -1-               Printed on Recycled Paper

I, Nicole Sanger, declare as follows:

1. I am Senior Market Researcher for Defendant and Counter-Claimant Abercrombie & Fitch Trading Co. ("Abercrombie"). I make this declaration based on personal knowledge as to the matters set forth below.

2. My job duties as Senior Market Researcher for Abercrombie include market research and conducting focus groups to obtain consumer feedback on Abercrombie and its competitors' products.

3. With respect to denim products, I have conducted projects to obtain feedback on brands, fashion and fit, including a large denim survey in Fall 2007 that involved the Ruehl and other brands, as well as market research on premium denim products.

4. Through my job, I have become familiar with certain denim brands and how long denim products with certain back pocket stitching designs have been sold or offered for sale on the market.

5. I have reviewed Exhibits B through E-25 to Michael Bettinger's Declaration in Support of Abercrombie's Motion for Summary Judgment ("Bettinger Dec."). I recognize several of these exhibits as printouts or screen shots of various denim brands featuring back pocket stitching designs on jeans and other garments that are currently being sold and have been sold on the market place for quite some of time, including:

1) Lucky (depicted in Exhs. D and E-1 to Bettinger Dec.)

2) Calvin Klein (depicted in Exh. E-5 to Bettinger Dec.)

3) Diesel (depicted in Exh. E-15, E-18 and E-19 to Bettinger Dec.)

4) True Religion (depicted in Exh. E-23 to Bettinger Dec.)

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct:
3  EXECUTED this __14__ day of __August__, 2008, by Nicole Sanger.

*[Signature: Nicole Sanger]*

Nicole Sanger.

DECLARATION OF NICOLE SANGER IN SUPPORT OF
ABERCROMBIE'S MOTION FOR SUMMARY ADJUDICATION
Case No. 03:07-CV-3752-JSW                -3-                    Printed on Recycled Paper