1    MICHAEL J. BETTINGER (STATE BAR NO. 122196)
     RACHEL R. DAVIDSON (State Bar No. 215517)
2    K&L GATES LLP
     55 Second Street, Suite 1700
3    San Francisco, CA 94105
     Phone:  415-882-8200
4    Facsimile:  415- 882-8220

5    J. MICHAEL KEYES (*PRO HAC VICE*)
     K&L GATES LLP
6    618 West Riverside Avenue, Suite 300
     Spokane WA  99201-0602
7    Phone:  509-624-2100
     Facsimile:  509-456-0146

8
     Attorneys for Defendant and Cross-Complainant
9    ABERCROMBIE & FITCH TRADING CO.

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14   LEVI STRAUSS & CO.,                  No. CV07-03752 -JSW

15                          Plaintiff,    **DECLARATION OF MICHAEL J.
                                          BETTINGER IN SUPPORT OF**
16       v.                               **DEFENDANT ABERCROMBIE &
                                          FITCH TRADING CO.'S MOTION**
17   ABERCROMBIE & FITCH TRADING CO.,     **FOR SUMMARY JUDGMENT**

18                          Defendant.
     ─────────────────────────────────
19
     ABERCROMBIE & FITCH TRADING CO.,
20
                          Counter-Claimant,
21       v.

22   LEVI STRAUSS & CO.,

23                          Counter-Defendant.

24

25       I, Michael J. Bettinger, declare as follows:

26

1.      I am an attorney admitted to practice before this Court in this matter.  I am a partner in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. (A&F) in this proceeding.   I make this declaration based on personal knowledge as to the matters set forth below.

2.       Attached hereto as Exhibit A are true and correct copies of excerpts from the deposition of Mark Breitbard., taken July 25, 2008.

3.      Attached hereto as Exhibit B is a true and correct copy of Ex. 19 to Onda Deposition, 5/13/2008 printout from a website that offers Roxy brand products manufactured by Quicksilver (http://roxy.imageg.net), including the jeans with the pocket stitching design shown in the photograph.  Thomas Onda, LS&Co.'s Chief Intellectual Property Counsel, could not recall whether LS&Co. had ever alleged that this stitching design is a violation of LS&Co.'s arcuate trademark rights.  (Deposition of Thomas Onda, p. 82:1-6 ("Onda Depo"), attached as Exhibit A to Declaration of J. Michael Keyes).

4.      Attached hereto as Exhibit C is a true and correct copy of Ex. 27 to Onda Deposition, 5/13/2008 printout from a website that offers Von Dutch products (http://vondutch.com/shop), including the women's Viper low-rise jeans with the pocket stitching design shown in the photograph.

5.      Attached hereto as Exhibit D is a true and correct copy of Ex. 29 to Onda Deposition, 5/13/2008 printout from a website that offers Lucky Brand products (http://luckybrandjeans.com), including the jeans with the pocket stitching design shown in the photograph.  Mr. Onda admits that Lucky Brand Dungarees, Inc. is a competitor of LS&Co.  (Onda Depo, p. 106:9-10).   The Lucky Brand stitching design has been in the marketplace for several years. (Onda Depo, p. 107:24-108:1).

6.      Attached hereto as Exhibits E-1 through E-25 are true and correct copies of printouts from various internet websites offering for sale third-party products featuring at least twenty-six (26) additional pocket stitching designs.

DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF
ABERCROMBIE'S MOTION FOR SUMMARY JUDGMENT

7.      Attached hereto as Exhibit F is a true and correct copy of Ex. 16 to Onda Deposition, 5/13/2008 printout from the USPTO website (http://www.uspto.gov) for Edwin Trading Co., Trademark Serial No. 78793637, for embroidery or stitching on clothing pockets; principal register; published for opposition 3/20/2007.

8.      Attached hereto as Exhibit G is a true and correct copy of Ex. 18 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Calvin Klein Company's U.S. Trademark Registration No. 1,208,583, for back pocket stitching; principal register; registered 9/14/1982.  LS&Co. has never opposed, or filed a cancellation proceeding based on, Calvin Klein's use of this stitching design.  (Onda Depo, p. 80:5-13).

9.      Attached hereto as Exhibit H is a true and correct copy of Ex. 24 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Guess?, Inc.'s U.S. Trademark Registration No. 2,113,198, for back pocket stitching; supplemental register; registered 11/11/1997.  LS&Co. has not taken the position that the Guess stitching design depicted here is an infringement of the arcuate trademark and has not filed a petition to cancel the registration.  (*See* Onda Depo, p. 96:6-13).

10.     Attached hereto as Exhibit I is a true and correct copy of Ex. 32 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Lawman International Limited's U.S. Trademark Registration No. 1,369,104, for back pocket stitching; principal register; registered 11/5/1985.  LS&Co. has not filed a petition to cancel this trademark registration.  (*See* Onda Depo, p. 119:10-12).

11.     Attached hereto as Exhibit J is a true and correct copy of Ex. 33 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for GPS, Inc.'s U.S. Trademark Registration No. 2,098,458, for back pocket stitching; supplemental register; registered 9/16/1997.

12.     Attached hereto as Exhibit K is a true and correct copy of Ex. 38 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Coogi

Partners, LLC's U.S. Trademark Registration No. 3,416,309, for pocket stitching; supplemental register; registered 4/22/2008.

13.    Attached hereto as Exhibit L is a true and correct copy of Ex. 40 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for International, Inc.'s U.S. Trademark Registration No. 3,248,678, for pocket stitching; supplemental register; registered 5/29/2007.  LS&Co. has not filed a cancellation petition with respect to this registration.  (Onda Depo, p. 138:21-24).

14.    Attached hereto as Exhibit M is a true and correct copy of Ex. 43 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Benetton Group, S.P.A.'s U.S. Trademark Registration No. 1,623,140, for pocket stitching; supplemental register; registered 11/13/1990.  LS&Co. has not filed a cancellation petition with respect to this registration.  (Onda Depo, p. 143:13-16).

15.    Attached hereto as Exhibit N is a true and correct copy of Ex. 44 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for GA Modefine S.A.'s U.S. Trademark Registration No. 2,907,466, for pocket stitching; principal register; registered 12/7/2004.  LS&Co. has not filed a cancellation petition with respect to this registration.  (Onda Depo, p. 144:6-9).

16.    Attached hereto as Exhibit O is a true and correct copy of Ex. 45 to Onda Deposition, 6/27/2003 letter of counsel for 368144 Canada, Inc. to LS&Co.'s counsel responding to opposition filed by LS&Co. to Trademark Serial No. 76/352,661 for an upside down arcuate pocket stitching in the same manner depicted on the label in the photograph attached to this letter (LS-BUFFALO '961).  LS&Co.'s Notice of Opposition is also attached. (Onda Depo, 146:15-17).

17.    Attached hereto as Exhibit P is a true and correct copy of an 8/8/2008 printout from USPTO website (http://www.uspto.gov) for ÇAK Textile B.V.'s U.S. Trademark Registration No. 3,468,296, for clothing, including denim; principal register; registered

7/15/2008.  LS&Co. has never opposed the registration of this trademark.  (Onda Depo, p. 147:13-15).  The mark is identical or nearly identical to the 368144 Canada, Inc. trademark that LS&Co. opposed. (*See* Ex. O, *supra*, LS-BUFFALO '961).

18.    Attached hereto as Exhibit Q is a true and correct copy of Ex. 48 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Edwin Company Ltd.'s U.S. Trademark Registration No. 3,400,414, for pocket stitching; principal register; registered 3/25/2008.  LS&Co. never filed an opposition with respect to this trademark.  (Onda Depo, p. 151:9-11).

19.    Attached hereto as Exhibit R is a true and correct copy of Ex. 49 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Paris Blues, Inc.'s U.S. Trademark Registration No. 2,394,444, for pocket stitching; supplemental register; registered 10/10/2000.  Mr. Onda could not recall what action, if any, was taken against this particular design.  (Onda Depo, pp. 152:25-153:3).

20.    Attached hereto as Exhibit S is a true and correct copy of an 8/8/2008 printout from USPTO website (http://www.uspto.gov) showing TARR status for Paris Blues, Inc.'s U.S. Trademark Registration No. 2,394,444.  The TARR report reveals that no cancellation proceeding has been filed.

21.    Attached hereto as Exhibit T is a true and correct copy of Ex. 50 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Retail Royalty Company's U.S. Trademark Registration No. 3,312,075, for pocket stitching; principal register; registered 10/16/2007.  LS&Co. did not file an opposition and has not filed a cancellation proceeding to cancel this registration.  (Onda Depo, p. 154:3-14).

22.    Attached hereto as Exhibit U is a true and correct copy of Ex. 51 to Onda Deposition, 5/13/2008 printout from USPTO website (http://www.uspto.gov) for Mudd, LLC's U.S. Trademark Registration No. 2,923,431, for pocket stitching; principal register;

registered 2/1/2005. LS&Co. has not opposed the registration of this particular design or filed a cancellation proceeding to cancel Mudd's trademark. (Onda Depo, p. 155:24-156:4).

23.     Attached hereto as Exhibit V is a true and correct copy of 8/13/2006 printouts from USPTO website (http://www.uspto.gov) for Right-On Co., Ltd. three pocket-stitch design trademarks:  U.S. Trademark Registration No. 3,090,433,; principal register; registered 5/9/2006, U.S. Trademark Registration No. 3,104,095, principal register, registered 6/13/2006, and U.S. Trademark Registration No. 3,106,997, principal register, registered 6/22/2206.  LS&Co. has not filed a cancellation proceeding with respect to these registrations. (Onda Depo, p. 159:2-5).

24.     Attached hereto as Exhibit W is a true and correct copy of an 8/8/2008 printout from USPTO website (http://www.uspto.gov) for Zana-di Jeans' U.S. Trademark Registration No. 3,442,145, for pocket stitching; principal register; registered 6/3/2008.  LS&Co. has not challenged this design as an infringement of the arcuate mark.  (Onda Depo, p. 163:17-21).

25.     Attached hereto as Exhibit X are true and correct copies of 8/11/2008 printouts from the USPTO website (http://www.uspto.gov) for eleven (11) additional third-party trademark registrations and one (1) pending trademark registration application.

26.     Attached hereto as Exhibit Y is a true and correct copy of the Affidavit of Spencer Bruno, submitted by LS&Co. in *Lois Sportswear v. Levi Strauss & Co.*

27.     Attached hereto as Exhibit Z is a true and correct copy of LS&Co.'s Expert Disclosure, attaching as Exhibit A the Report of Carol A. Scott, Ph.D., dated 3/9/01, submitted in *Levi Strauss & Co. v. Edwin International U.S.A.*, Case No. CV 99-05868 GAF (AIJx) (N.D. Cal. 2001).

28.     Attached hereto as Exhibit AA is a true and correct copy of the Supplemental Expert Report of Carol A. Scott, Ph.D, dated 7/27/01 submitted in *Levi Strauss & Co. v. Edwin International U.S.A.*, Case No. CV 99-05868 GAF (AIJx) (N.D. Cal. 2001).

DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF
ABERCROMBIE'S MOTION FOR SUMMARY JUDGMENT
Case No. 03:07-CV-3752-JSW          -6-          Printed on Recycled Paper

29.     Attached hereto as Exhibit BB is a true and correct copy of the Declaration of Carol Scott In Support of LS&Co.'s Motion for Summary Judgment, attaching as Exhibit A the Amended Expert Report of Professor Carol A. Scott, dated 2/11/05, submitted in *Levi Strauss & Co. v. RP55, Inc.*, Case No. C 04 0468 SI (N.D. Cal. 2005).

30.     Attached hereto as Exhibit CC are true and correct copies of LS&Co. jeans depicting the arcuate stitching design and LS&Co.'s federal trademark registration for the arcuate design, which were attached to LS&Co.'s Complaint as Exhibits A-1 and B, respectively.

31.     Attached hereto as Exhibit DD is a true and correct copy of RUEHL jeans depicting the RUEHL stitching design LS&Co. alleges to infringe the arcuate trademark, which was attached to LS&Co.'s Complaint as Exhibit C.

32.     Attached hereto as Exhibit EE is a true and correct copy of Judge Illston's Order Denying Cross-Motions for Summary Judgment and Denying Plaintiff's Motion to Strike Expert Report and Testimony of Walter McCullough in *Levi Strauss & Co. v. RP55, Inc.,* Case No. C 04-00468-SI (N.D. Cal. 2005).

33.     Attached hereto as Exhibit FF is correspondence from the United States Patent and Trademark Office regarding the trademark application for the RUEHL accused stitching design.

34.     Attached hereto as Exhibit GG are true and correct copies of excerpts of LS&Co.'s Response to Abercrombie's Interrogatories, Set One.

35.     Attached hereto as Exhibit HH is a true and correct copy of the Expert Report of Professor Sanjay Sood.

36.     Attached hereto as Exhibit II is a true and correct copy of the Declaration and Rule 26 Report of Dr. Gerald L. Ford.

37.     Attached hereto as Exhibit JJ is a true and correct copy of the Rebuttal Declaration of Dr. Gerald L. Ford.

1       38.     Attached hereto as Exhibit KK are true and correct copies of various news

2   media articles reporting sharp declines in LS&Co. sales and earnings.

3   39.     Attached hereto as Exhibit LL are true and correct copies of excerpts from the

4   deposition of Sanjay Sood., taken July 24, 2008.

5

6       I declare under penalty of perjury under the laws of the United States of America that

7   the foregoing is true and correct:

8       EXECUTED this 15th day of August, 2008, by Michael J. Bettinger.

9

10                                           /s/

11                                         Michael J. Bettinger

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26