# EXHIBIT E-1



**CLOSE WINDOW**

**ADDITIONAL PRODUCT INFORMATION:** VINTAGE STRAIGHT JEAN

ALTERNATE VIEWS    CONTENT/CARE    SIZE CHARTS

Click swatch to view additional colors:



Available Views: Front View    Back View    Detail 1    Detail 2    Detail 3



# EXHIBIT E-2







Back to home page    Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Jeans

# LUCKY BRAND WOMENS SWEET N LOW DENIM JEANS 10/30 NWT

**Seller of this item?** Sign in for your status

**Bidding has ended for this item**

Sell an item like this or buy a similar item below.

**Find more items from the same seller. Bid or Buy Now!**

  

| LUCKY BRAND WOMENS DENIM JEANS SZ 2/26 LONG-NWT | LUCKY BRAND WOMENS LOLA BOOT DENIM JEANS SZ 14/32-NWT | LUCKY BRAND WOMENS SWEET N LOW JEANS 10/30 NWT$138.00 |
|---|---|---|
| 0 bids: **US $41.99** | 0 bids: **US $49.99** | 0 bids: **US $49.99** |
| Buy It Now US $49.99 | Buy It Now US $59.99 | Buy It Now US $59.99 |
| Time left: 3h 49m | Time left: 3h 12m | Time left: 2d 8h 10m |

View more items from this seller

**Similar items from all eBay sellers**                                                        Help

| Item Name | Price | End Date |
|---|---|---|
| NWT Lucky Brand Sweet N Low Easy Fit Jeans 10/30 NICE! | US $0.99 | Apr-05-08 12:00:24 PDT |
| NEW womens LUCKY BRAND JEANS sweet N low Sz 10/30 Long | US $51.99 | Apr-04-08 12:30:00 PDT |
| LUCKY BRAND WOMENS JEANS SIZE 10/30 LOW RISE FLARE #90 | US $24.00 | Apr-20-08 22:27:18 PDT |
| NWT LUCKY BRAND JEANS SWEET DREAM | US $49.99 | Apr-21-08 16:02:01 PDT |

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=250230406947                    3/31/2008

This item or one like it has been relisted.



View larger picture

| | | | |
|---|---|---|---|
| Starting bid: | US $49.99 | **Meet the seller** | |
| | | Seller: | patgarv ( 73 ⭐ ) |
| Buy It Now price: | US $59.99 | Feedback: | **98.7% Positive** |
| | | Member: | since Dec-09-99 in United States |
| Ended: | Mar-30-08 14:49:08 PDT | | See detailed feedback |
| | | | Add to Favorite Sellers |
| Shipping costs: | US $9.99 US Postal Service Priority Mail® Service to **United States** | | View seller's other items |
| | | **Buy safely** | |
| Ships to: | United States | 1. Check the seller's reputation Score: 73 | 98.7% Positive See detailed feedback | |
| Item location: | Tampa Fl, United States | 2. Check how you're protected | |
| History: | 0 bids | PayPal Up to $2,000 in buyer protection. See eligibility | |
| You can also: | Email to a friend | | |

**Listing and payment details:** Show

**Get 10% back** on your eBay purchases with a new eBay MasterCard until April 10, 2008! Max rebate $25. US Residents Only. See Details | Apply Now

## Description (revised)

*Item Specifics - Women's Jeans*

| | | | |
|---|---|---|---|
| Style: | **Low-Rise, Hipster, Flare Leg** | Size Type: | **Misses** |
| Condition: | **New: With Tags** | Size: | **10** |

LUCKY BRAND JEANS. Brand New with the tags. Size 10/30 reg length 32" inseam. Denim pant with 5 pocket button closure. These jeans are really sharp. Tag on inside reads Sweet N Low. These are hard to find at this pri out. The pockets are different see picture, and the knees have patches on both of them on the front of the jean. Vintage look. attached price tag is $138.00

100% cotton

No refunds

Select a picture





00023

What's your Credit Score? 720? 650? Find Out From Experian.

## Shipping and handling

**Ships to**
United States

| Country: | United States |

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $9.99 | United States | US Postal Service Priority Mail® *Estimated delivery 2-3 days* | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=250230406947                    3/31/2008

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | Seller Preferred | PayPal Up to $2,000 in buyer protection. See eligibility |

Learn about payment methods

## Helpful information

**eBay recommended services**

PayPal is the safe way to pay online. Your financial information is never shared with sellers. Plus, you get free PayPal Buyer Protection on qualified listings.

## Other options

 Back to home page | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



# EXHIBIT E-3

