# EXHIBIT E-4











Search Advanced Search    **Buy   Sell   My eBay   Community   Help**

Sign in                                                      Site Map

**Categories ▾   Motors   Express   Stores**      eBay Security & Resolution Center

⬅ Back to home page    Listed in category: Clothing, Shoes & Accessories > Women's Clothing > Jeans

# INDIGO RED JEANS- I LOVE RED-SIZE 29- NORMA - HOT STYLE

Item number: 320244746977

**Seller of this item?** Sign in for your status           **Watch this item** in My eBay



View larger picture

| | |
|---|---|
| Starting bid: | **US $2.99** |
| Your maximum bid: | **US $** (Enter US $2.99 or more) |
| ⇋ *Buy It Now* price: | **US $12.99** |
| End time: | **May-02-08 20:10:25 PDT** (3 days 11 hours) |
| Shipping costs: | **US $4.60** US Postal Service Priority Mail® Service to 99201, United States |
| Ships to: | United States, Canada |
| Item location: | Terrell, Texas, United States |
| History: | 0 bids |

Place Bid >

Buy It Now >

You can also:    Watch This Item

Get mobile or IM alerts | Email to a friend

**Listing and payment details:  Show**

---

## Description  (revised)

*Item Specifics - Women's Jeans*

| | | | |
|---|---|---|---|
| Style: | **Stretch** | Size Type: | **By Waist Size** |
| Condition: | **Pre-Owned** | Size: | **29** |

VERY NICE PAIR OF INDIGO RED INDUSTRIAL DENIM JEANS. THE STYLE IS NORMA AND THEY ARE A SIZE 29, WITH A 7 IN. FLARE. IN VERY GOOD USED CONDITION. GREAT FIT AND STYLE. PLEASE EMAIL ANY QUESTIONS AND THANKS FOR LOOKING.

BEFORE BIDDING YOU SHOULD KNOW- I DO NOT CHARGE HANDLING FEES. I TRY TO GET WEIGHTS AND MEASUREMENTS AS ACCURATE AS POSSIBLE. WHAT YOU PAY IS THE ACTUAL SHIPPING AMOUNT- FEEL FREE TO CALCULATE FOR YOURSELF.  IF YOU HAVE AN ISSUE PLEASE ASK QUESTIONS BEFORE PLACING YOUR BID. PAYMENT- PAYPAL 3 DAYS, MONEY ORDER 7 DAYS.



00013
What's your Credit Score? 720? 650? Find Out From Experian.

## Shipping and handling

**Ships to**
United States, Canada

Country:  United States     Zip or postal code: 99201     [ Update ]

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $4.60 | 99201, United States | US Postal Service Priority Mail® Estimated delivery 2-3 days* | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.



**Indigo Red Trap Door Jean**



2 Images Total

<< PREVIOUS                          CLOSE

## Indigo Red Line Up Jean



1 Images Total

CLOSE

**Indigo Red Lights Out Jean**



2 Images Total

<<  PREVIOUS                    CLOSE

Customer Service | My Acc

1.800.826.6603  SEARCH  Enter Keyword

**FOOTWEAR**     **APPAREL**     **EQUIPMENT**     **ACCESSORIES**     **FAN GEAR**

**FREE SHIPPING** WHEN YOU ORDER $99 OR MORE!* ENDS 5/4    During checkout, enter promo
IPFS8AF9 on the shipping m

Home:



Larger View

### Indigo Red Men's Pot O'Gold Jean Blue Whale

Indigo Red hits the jackpot of great-looking style with the Indigo Pot 'O Gold Jea
100% cotton with six pockets and multicolor embroidered stitch detail. Sz. 30, 3
inseam; Sz. 34-42: 34" inseam. Imported.

**Product #:** 53711107
Price: $88.99
Now: $49.99

**Qty:**     1

**Size:**    30 - $49.99    

**ADD TO CART**

| MOST POPULAR | SHOPPING HELP | CUSTOMER SERVICE | SIGN UP FOR EMA |
|---|---|---|---|
| • Jordan Shoes | • Sizing Help | • Ordering Help | Enter Your Email Address |
| • Nike Running Shoes | • GiftCards | • Shipping Options | |
| • New Markdowns | • Get a FREE catalog! | • Return Policy | |
| • Great Deals | | | Get exclusive offers & Savings! |

Prices subject to change without notice. © 2002-2008 Eastbay, Inc. All rights reserved.




HACKER SAFE
TESTED 29-APR

