# EXHIBIT E-5











Calvin Klein Market Saturation





LSC v. A&F 26(a)
3104





LSC v. A&F 26(a)
3112

Smart Bargains



Essential Apparel



# EXHIBIT E-6








