# EXHIBIT E-7





# EXHIBIT E-8



# EXHIBIT E-9

Paris Blues



LSC v. A&F 26(a)
3175



LSC v. A&F 26(a)
3176



LSC v. A&F 26(a)
3177







LSC v. A&F 26(a)
3180



LSC v. A&F 26(a)
3181



LSC v. A&F 26(a)
3182





LSC v. A&F 26(a)
3184



LSC v. A&F 26(a)
3185



LSC v. A&F 26(a)
3186



LSC v. A&F 26(a)
3187



LSC v. A&F 26(a)
3188



LSC v. A&F 26(a)
3189