# EXHIBIT E-10





# EXHIBIT E-11



# EXHIBIT E-12



# EXHIBIT E-13

Back · Search Favorites

Address http://shop.nordstrom.com/S/2960323/0~2376780~6009391~6009905~6009909?mediumthumbnail=Y&origin=category&searchtype=&pbo=6009909&P= Go

http://shop.nordstrom.com - 7 For All Mankind® 'Blade Runner' Low Rise Straight Leg ...

# NORDSTROM

## 7 For All Mankind® 'Blade Runner' Low Rise Straight Leg Jeans

ZOOM IN

VIEW LARGER

available colors:

San Fra



Done                                                                                    Internet

Online

start       Inbox - Microsoft Out...    7 For All Mankind® 'El...    Document1 - Microsof...    http://shop.nordstro...    11:45 AM

# EXHIBIT E-14



# EXHIBIT E-15



LSC v. A&F 26(a)
3045

# EXHIBIT E-16





NICHE » Product » Edwin Win RV 100 - Dark Denim

View Cart | View Accc

## Product List

Addict
Adidas
Alife
Books / Toys / Misc.
CLAE
Edwin Denim
Estate LA
Etnies Plus
Fiberops
Flying Coffin
Freshjive
Gentle Fawn
Hellz Bellz
In4mation
Keep
Kidrobot
NICHE
Nike
Nudie
Paul Frank
Recon
Reebok
Staple
Stussy
The Joneses
Twelve Bar
Vans
WESC

## Edwin Win RV 100 - Dark Denim

| | |
|---|---|
| **SKU#:** | 217 |
| **Our Price:** | ~~$220.00~~ $140.00 |
| **Quantity:** | 1 |
| **Size:** | 30 |

Add to Cart



⊕ Enlarge

### Product Overview

The Win 326 is a straight leg grey raw denim. Slim with a lower rise. Because this denim is raw it fits little large in the waist. WE SUGGEST GOING DOWN A SIZE.

Additional Product Images





## Shopping Cart

Your cart is empty.

**Subtotal:** $0.00

View Cart | Checkout

## Currency

USD    Submit

NICHE © 2008 All Rights Reserved | Shipping Policy | Privacy Policy    Site Design by: ĭM

LSC v. A&F 26(a)
3046



LSC v. A&F 26(a)
3047

## Edwin jeans + Onitsuka Tiger






The Onitsuka Tiger x Edwin jeans are based on Edwin's authentic 503 jeans. While the men's jeans have a tiger embroidered on the coin pocket, the women's jeans have a tiger face in the same place. On the back, both men's and women's models have an Onitsuka Tiger label on the right pocket.

The leather label at the waist displays the Onitsuka Tiger and Edwin brand names, and the contour of a tiger face as well as the number 503 are embroidered in yellow thread. Both men's and women's pairs are available in light and dark indigo.

From September 15, the jeans will be out in 11 Onitsuka Tiger stores in Japan, four Edwin direct stores, as well as the Onitsuka Tiger shop-in-shop at Hankyu Department store INGS in Osaka.

**Edwin Jeans**











LSC v. A&F 26(a)
3333