# EXHIBIT E-17



LSC v. A&F 26(a)
3066

# EXHIBIT E-18



LSC v. A&F 26(a)
3063

# EXHIBIT E-19



LSC v. A&F 26(a)
3054



LSC v. A&F 26(a)
3055



LSC v. A&F 26(a)
3056



LSC v. A&F 26(a)
3057



LSC v. A&F 26(a)
3058



LSC v. A&F 26(a)
3059



LSC v. A&F 26(a)
3061



LSC v. A&F 26(a)
3062



LSC v. A&F 26(a)
3064



LSC v. A&F 26(a)
3065



LSC v. A&F 26(a)
3067



LSC v. A&F 26(a)
3068





LSC v. A&F 26(a)
3071





LSC v. A&F 26(a)
3073



LSC v. A&F 26(a)
3074



LSC v. A&F 26(a)
3075



LSC v. A&F 26(a)
3077

# EXHIBIT E-20



home | pay | browse | classifieds | register | My email | my pier | busine

| Register | Sell Item | Search | Seller | Buyer | Help |
| --- | --- | --- | --- | --- | --- |

| | Feedback | FAQ | Categories | Listing | Site Map |
| --- | --- | --- | --- | --- | --- |

Search Epier



| Lot #:1414799 | **Juniors Size 5 - 6 Revolt Jeans with Detailing** | | Apparel : Womens : Jeans |
| --- | --- | --- | --- |

| Seller | Merinjas (292)  view log history | Starting bid | $4.99 |
| Location | Southern California | Reserve? | No Reserve |
| | Refer more customers | Number of Bids | 0 |
| | Create Links | | |
| Seller's Photo | Seller Profile | | |
| | Invite My Friends | High Bidder | No bids |
| | Ask seller a question | | |
| | View seller's other items | Time Left | Listing is closed |
| | Bookmark This Seller | Ends | 10/28/2006 2:26:10 PM |
| Update your photo | ePier Verified Seller | Times Viewed | 48 |



Member Since January 11, 2001

| Quantity | 1 |
| --- | --- |
| Shipping | Buyer Pays Actual Shipping |
| Payment Methods | Money Order, Visa/MasterCard, Cashiers Check View Description |

⧂ (Add item to my watch list)

⟵         Item Information              Image Gallery              ✉ Question & Answer

**Description**

LSC v. A&F 26(a)
3313



This auction is for a VERY NICE pair of Juniors size 5/6 Blue Jeans by Revolt. They have black detailing all the way around the bottom of both legs with the no hem fraying too. Great pair of very stylish jeans! Shipping is $5.00.

I prefer Paypal, but also accept cashiers checks or money orders.  You can Bid on my auctions with confidence. I am a "Verified Seller" with Paypal.

**To view all of my auctions by their pictures, click on the Banner "Merinjas Auction Specials" above. It will take you to my website where I have all the pictures of all my auctions for you to view and bid on. You can shop by looking at the photos. If you find something interesting, you can click on it and it will take you to that auction where you will find a complete description and be able to bid on the item. Enjoy your shopping on my Auctions.**



LSC v. A&F 26(a)
3314

Welcome to my auction site. I have a great and honest reputation. Check out my auction site often, as I

# EXHIBIT E-21



# EXHIBIT E-22



# EXHIBIT E-23



# EXHIBIT E-24



# EXHIBIT E-25

