# EXHIBIT F

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue May 13 04:25:40 EDT 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Goods and Services | IC 025. US 022 039. G & S: APPAREL, NAMELY JEANS, PANTS AND JACKETS |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 09.03.16 - Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing) |
| Serial Number | 78793637 |
| Filing Date | January 18, 2006 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | March 20, 2007 |
| Owner | (APPLICANT) Edwin Trading Co., Ltd. CORPORATION JAPAN 3-27-6 Higashi-Nippori, Arakawa-ku Tokyo JAPAN |
| Attorney of Record | Louis S. Ederer |
| Description of Mark | The mark consists of two stitched overlapping arcs that run from one side of the pocket to a single point at the center of the bottom of the pocket. The dotted lines are used to indicate the position of the mark on the goods and are not a feature of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Latest Status Info

Page 1 of 3

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-05-13 13:38:48 ET

Serial Number: 78793637 Assignment Information    Trademark Document Retrieval

Registration Number: (NOT AVAILABLE)

Mark



Standard Character claim: No

Current Status: A request for the first extension of time to file a statement of use has been granted.

Date of Status: 2008-03-14

Filing Date: 2006-01-18

The Notice of Allowance Date is: 2007-09-18

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 111

Attorney Assigned:
RINGLE JAMES W

Current Location: 700 -Intent To Use Section

Date In Location: 2007-09-18

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

1. Edwin Trading Co., Ltd.

Address:
Edwin Trading Co., Ltd.
3-27-6 Higashi-Nippori, Arakawa-ku

Tokyo
Japan
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Japan

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
APPAREL, NAMELY JEANS, PANTS AND JACKETS
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of two stitched overlapping arcs that run from one side of the pocket to a single point at the center of the bottom of the pocket. The dotted lines are used to indicate the position of the mark on the goods and are not a feature of the mark.

**Design Search Code(s):**
09.03.16 - Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-03-14 - Extension 1 granted

2008-03-14 - Extension 1 filed

2008-03-14 - TEAS Extension Received

2007-09-18 - Notice of allowance - mailed

2007-08-03 - Extension Of Time To Oppose Process - Terminated

2007-04-19 - Extension Of Time To Oppose Received

2007-03-20 - Published for opposition

2007-02-28 - Notice of publication

2007-02-02 - Law Office Publication Review Completed

2007-02-01 - Approved for Pub - Principal Register (Initial exam)

2007-01-31 - Teas/Email Correspondence Entered

2007-01-31 - Communication received from applicant

2007-01-31 - Assigned To LIE

2007-01-18 - TEAS Change Of Correspondence Received

2007-01-05 - TEAS Change Of Correspondence Received

2007-01-05 - TEAS Response to Office Action Received

2006-07-07 - Non-final action e-mailed

2006-07-07 - Non-Final Action Written

2006-07-07 - Assigned To Examiner

2006-01-25 - Notice Of Design Search Code Mailed

2006-01-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Louis S. Ederer

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

**Domestic Representative**
Louis S. Ederer
Phone Number: 212-880-6000
Fax Number: 212-682-0200

# EXHIBIT G

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,208,583
Registered Sep. 14, 1982

TRADEMARK
Principal Register



Calvin Klein Company (partnership)
205 W. 39th St.
New York, N.Y. 10018

For: MEN'S, WOMEN'S AND CHILDREN'S JEANS, in CLASS 25 (U.S. Cl. 39).
 First use Feb. 1978; in commerce Feb. 1978.
 Owner of U.S. Reg. No. 1,086,041.
 The stippling in the drawing represents lines of stitching on fabric.

 Ser. No. 321,116, filed Jul. 27, 1981.

ROBERT M. ANDERSON, Primary Examiner

PAMELA RASK, Examiner



# EXHIBIT H


Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,113,198

**United States Patent and Trademark Office**  Registered Nov. 11, 1997

## TRADEMARK
### SUPPLEMENTAL REGISTER



GUESS?, INC. (DELAWARE CORPORATION)
1444 S. ALAMEDA ST.
LOS ANGELES, CA 90021

FOR: JEANS, SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1995; IN COMMERCE 5-0-1995.

SER. NO. 75-185,630, FILED P.R. 10-22-1996; AM. S.R. 7-28-1997.

CHARLES WEIGELL, EXAMINING ATTORNEY



# EXHIBIT I

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,369,104

**United States Patent and Trademark Office**   Registered Nov. 5, 1985

## TRADEMARK
### PRINCIPAL REGISTER



LAWMAN INTERNATIONAL LIMITED (HONG KONG CORPORATION)
11TH FLOOR
6-8 HUNG TO ROAD
KWUN TONG, KOWLOON, HONG KONG

FOR: MEN'S, WOMEN'S AND CHILDREN'S PANTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1977; IN COMMERCE 10-3-1978.

SER. NO. 483,162, FILED 5-30-1984.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

