# EXHIBIT J

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,098,458

## United States Patent and Trademark Office

Registered Sep. 16, 1997

## TRADEMARK
### SUPPLEMENTAL REGISTER



GPS (DELAWARE), INC. (DELAWARE CORPO-
RATION)
ONE HARRISON STREET
SAN FRANCISCO, CA 94105

FOR: CLOTHING, NAMELY, JEANS, IN
CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 7–24–1996; IN COMMERCE
7–24–1996.

THE MARK CONSISTS OF A STITCHING
DESIGN ON THE BACK POCKETS OF THE
GOODS.

SER. NO. 75–124,717, FILED P.R. 6–24–1996;
AM. S.R. 7–2–1997.

ANGELA M. MICHELI, EXAMINING ATTOR-
NEY



EXHIBIT 33
Deponent Onda
5-14-08   Rptr. GP
WWW.DEPOBOOK.COM

# EXHIBIT K

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,416,309

## United States Patent and Trademark Office
Registered Apr. 22, 2008

## TRADEMARK
### SUPPLEMENTAL REGISTER



COOGI PARTNERS, LLC (NEW YORK LTD LIAB CO)
112 WINDSOR GATE
LAKE SUCCESS, NY 11020

FOR: CLOTHING, NAMELY, PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2007; IN COMMERCE 2-0-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPE OF THE POCKET , APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A REAR PANTS POCKET WITH A DESIGN CONSISTING OF TWO INTERSECTING ARCED LINES WITH A SMALL "X" AT THE BOTTOM OF EACH. THE MATTER SHOWN BY THE DOTTED LINES IS STITCHING AND IS CLAIMED AS PART OF THE MARK.

SER. NO. 76-677,203, FILED 5-21-2007.

KATHERINE CHANG, EXAMINING ATTORNEY



EXHIBIT 38
Deponent Onda
Date 5-14-08   Rptr. GP
WWW.DEPOBOOK.COM

# EXHIBIT L

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,248,678

United States Patent and Trademark Office    Registered May 29, 2007

## TRADEMARK
### SUPPLEMENTAL REGISTER



88 INTERNATIONAL, INC. (CALIFORNIA COR-
PORATION)
332 S. PALM AVENUE
ALHAMBRA, CA 91803

FOR: CLOTHING, NAMELY MEN, WOMEN AND
CHILDREN'S SHIRTS, VESTS, JACKETS, SKIRTS
AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-21-2006; IN COMMERCE 6-21-2006.

THE MARK CONSISTS OF STITCHING ON A
POCKET.

SER. NO. 77-004,650, FILED P.R. 9-21-2006; AM. S.R.
3-15-2007.

LINDA ORNDORFF, EXAMINING ATTORNEY



Δπ EXHIBIT 40
Deponent Onda
Date 5-14-08  Rptr. GP
WWW.DEPOBOOK.COM

# EXHIBIT M

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,623,140
Registered Nov. 13, 1990

## TRADEMARK
### SUPPLEMENTAL REGISTER



BENETTON GROUP S.P.A. (ITALY JOINT STOCK COMPANY)
VIA VILLA MINELLI 1
PONZANO VENETO, TREVISO, ITALY

FOR: MEN'S, WOMEN'S AND CHILDREN'S JEANS, SLACKS, SHORTS, COATS, JACKETS AND SHIRT JACKETS, BLAZERS, TROUSERS, SWEATERS, CARDIGANS, PULLOVERS, SHIRTS, BLOUSES, JERKINS, PANTS, SUITS, BELTS, SKIRTS, DRESSES, SOCKS, SCARVES, SHAWLS, OVERALLS, T-SHIRTS, CLOAKS, IN CLASS 25 (U.S. CL. 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 25309 C/88, FILED 10-8-1988, REG. NO. 504561, EXPIRES 10-8-2008.

SER. NO. 73-769,200, FILED P.R. 12-13-1988; AM. S.R. 7-13-1990.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY



Δπ EXHIBIT 43
Deponent Onda
Date 5-14-08 Rptr. G
WWW.DEPOBOOK.COM

# EXHIBIT N

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,907,466

## United States Patent and Trademark Office

Registered Dec. 7, 2004

### TRADEMARK
### PRINCIPAL REGISTER



GA MODEFINE S.A. (SWITZERLAND COMPA-NY)
VIA PENATE 4
MENDRISIO, CH-6850, SWITZERLAND

FOR: CLOTHING, NAMELY, PANTS, TROUSERS, SHORTS, JEANS, JEAN JACKETS, JEAN SKIRTS, SHIRTS AND BLOUSES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1991; IN COMMERCE 7-0-1991.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 01782/2000, FILED 2-17-2000.

THE MARK CONSIST OF A STITCHING DESIGN ON THE BACK POCKETS OF THE GOODS THAT IS INDICATED IN SOLID LINES. THE BROKEN LINES ARE USED TO INDICATE THE POSITIONING OF THE MARK AND ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 76-045,905, FILED 5-11-2000.

ANGELA M. MICHELI, EXAMINING ATTORNEY



05-11-2000

U.S Patent & TMOfc/TM Mail Rcpt Dt. #70

Our Case: 8008 TM

Herbert Dubno, Esq.
(718) 884-6600

Applicant          GA MODEFINE S.A.

Address            Av. de France 90
                   CH-1004 Lausanne
                   SWITZERLAND

Goods              CLOTHING ARTICLES -- Int. class 25

First Use          -----

Priority
Date               17 February 2000



**TRADEMARK**

76045905

# EXHIBIT O


**Arent Fox**
ATTORNEYS AT LAW

**Arent 1 ... r Kintner Plotkin & Kahn, PLLC**
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Phone 202/857-6000
Fax 202/857-6395
www.arentfox.com

June 27, 2003

**Charles M. Marmelstein**
202/857-6008
cmarmelstein@arentfox.com

*VIA FEDERAL EXPRESS*

**Sarah M. Crispi**
202/857-8970
crispi.sarah@arentfox.com

Ms. Gail I. Nevius, Esq.
Legal Strategies Group
5905 Christie Avenue
Emeryville, CA 94608-1925

RECEIVED

JUN 01 2003

Re:     **Opposition No. 91156383**
        **Levi Strauss & Co. v. 3681441 Canada, Inc.**

Dear Ms. Nevius:

We write in connection with the above-referenced opposition filed by your client Levi Strauss. We note that you requested, in your February 7, 2003 letter, a sample of the goods on which our client uses its design mark, U.S. Serial No. 76/352,961. We enclose herewith a sample of jeans. We note that, in this sample, there is no stitching on the pockets. On other versions of our client's jeans there is stitching on the pockets. We are still in the process of obtaining an example of this stitching for you. As you will see, our client's design mark has a very different commercial impression from your client's Arcuate Stitching Design mark.

Our client's design mark is different in that the point is facing up, whereas your client's mark has the point facing down, and our client's mark is asymmetrical while your client's design is symmetrical. On the jeans where stitching appears on the back pockets, the stitching appears in the same manner as it does on the label in the attached sample. We hope that once you have had an opportunity to review the manner in which our client uses its design mark in commerce, you will agree that our client's design mark and your client's Arcuate Stitching would not be likely to be confused by members of the purchasing public.

We would therefore hope that this matter can be resolved amicably outside of the PTO, reducing costs for both parties. We will forward a sample of jeans with stitching on the back pockets shortly. Please contact us if you have any questions.

Very truly yours,

Charles M. Marmelstein

Sarah M. Crispi

Enclosure

EXHIBIT 45
Deponent Ono
Date 5-14-08 Rptr. C
WWW.DEPOBOOK.COM

**CONFIDENTIAL**

LS-BUFFALO '961   56

WASHINGTON, DC

NEW YORK



*Images of Jeans rec'd with Letter.*

DESIGN ONLY ' 961-1295 BACK-1-a.jpg



DESIGN ONLY ' 961-1295 BACK-2-a.jpg

CONFIDENTIAL

LS-BUFFALO '961  57



Vasuki Selvan
(510) 450-9608
Vbs@lsglaw.com

May 6, 2003

**VIA EXPRESS MAIL**

Box TTAB FEE
The Assistant Commissioner for Trademarks
Trademark Trial and Appeal Board
2900 Crystal Drive
Arlington, Virginia  22202-3513

       Re:    **Application Serial No. 76/352,961**
               **Applicant: 3681441 Canada, Inc.**
               **Mark: DESIGN ONLY**
               **Opposer:  Levi Strauss & Co.**

Dear Sir or Madam:

     Enclosed please find the original and two copies of the Notice of Opposition in the above-referenced matter, as well as a filing fee check in the amount of $300.00, and a post card confirming receipt.  Please date stamp and return the post card to our offices.

     Thank you for your assistance in this matter.  If you should have any questions, please do not hesitate to contact me.

               Very truly yours,

               Vasuki Selvan
               for, GAIL I. NEVIUS

Enclosures

**CONFIDENTIAL**

**LS-BUFFALO '961**   **36**

Express Mail Mailing Label No. EL939778745US  US Date of Deposit: **May 6, 2003.**
I hereby certify that this paper or fee is being deposited with the United States Postal Service Express Mail Post Office to Addressee service under 37 C.F.R. 1.10 on the date indicated above and is addressed to Box TTAB FEE, The Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

*Vasuki Selvan* (signature)

Vasuki Selvan

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| In the Matter of Trademark Application for DESIGN ONLY | ) ) ) |
| | ) ) TTAB FEE |
| Applicant:    3681441 Canada, Inc. | ) ) |
| Serial No.:    76/352,961 | ) ) |
| Filed:        December 28, 2001 | ) ) |
| International Class No:    25 | ) ) ) |
| Published in the Official Gazette: January 7, 2003 | ) ) ) ) ) ) ) ) ) |

## NOTICE OF OPPOSITION

LEVI STRAUSS & CO. ("Opposer") believes it will be damaged by the registration of the DESIGN ONLY mark illustrated in and covered by Application Serial No. 76/352,961, filed on December 28, 2001, by 3681441 Canada, Inc. ("Applicant"), and hereby opposes such trademark.

Opposer is a Delaware corporation having its headquarters and its principal place of business at 1155 Battery Street, San Francisco, California 94111.

Applicant is, upon information and belief, a Canadian corporation, doing business at 400 Sauve West, Montreal, Quebec H3L 1Z8, Canada.

This Notice of Opposition has been timely filed.

Notice of Opposition
112912    Serial No. 76/352,961

CONFIDENTIAL
LS-BUFFALO '961   37

As grounds of opposition, Opposer alleges as follows:

1.    As illustrated in the Official Gazette dated January 7, 2003, Applicant seeks to register the Design Only mark illustrated in and covered by Application Serial No. 76/352,961 in International Class 25.

2.    Opposer is the owner of a distinctive Arcuate Stitching Design Trademark (hereinafter the "Arcuate Trademark"), as reflected in the following representative Registrations issued on the Principal Register, both of which presently are in full force and effect, and both of which are incontestable under 15 U.S.C. § 1065, as shown by the records of the United States Patent and Trademark Office:

| Trademark | Registration No. | Registration Date |
|---|---|---|
| Design Only | 1,139,254 | September 2, 1980 |
| Design Only | 404,248 | November 16, 1943 |

True and correct copies of these Registrations are attached hereto as Exhibit A.  Since at least as early as 1873, Opposer continuously has used its Arcuate Trademark on a variety of goods, including but not limited to jeans, pants, jackets, skirts, dresses and shorts.

3.    No issue of priority exists with respect to Opposer's Arcuate Trademark as set out in Exhibit A and the Design Only mark illustrated in and covered by Application Serial No. 76/352,961. Opposer's dates of adoption and first use of its Arcuate Trademark long precede Applicant's date of first use for the Design Only mark at issue.

4.    Since adoption and first use of Opposer's Arcuate Trademark, Opposer continuously has marketed and presently is marketing its goods nationwide.  Opposer's goods are identified as originating from Opposer through the display of Opposer's Arcuate Trademark.

5.    Since adoption and first use of Opposer's Arcuate Trademark, Opposer has expended and continues to expend substantial time, money, and effort in promoting its Arcuate

CONFIDENTIAL

LS-BUFFALO '961    38

Trademark to identify Opposer as the source of the goods displaying that trademark. As a result, Opposer believes and alleges that the public has come to recognize Opposer as the source of a variety of goods, including but not limited to jeans, pants, jackets, skirts, dresses and shorts, which display Opposer's Arcuate Trademark.

6.     By virtue of its efforts and expenditure of considerable sums for promotional activities and by virtue of the excellence of its goods, Opposer has gained a valuable reputation for its Arcuate Trademark and has developed exceedingly valuable goodwill with respect to that trademark.

7.     Registration of the Design Only mark illustrated in and covered by Application Serial No. 76/352,961 will lead the public to conclude, incorrectly, that Applicant is or has been, and that Applicant's goods displaying said trademark are or have been, authorized, sponsored, or licensed by Opposer. Accordingly, issuance of any registration to Applicant for the Design Only mark at issue is contrary to the provisions of 15 U.S.C. § 1052(a) and will result in damage to Opposer and the public.

8.     The Design Only mark illustrated in and covered by Application Serial No. 76/352,961 is deceptively similar to Opposer's Arcuate Trademark so as to cause confusion, or to cause mistake or to deceive the public as to the origin of Applicant's goods bearing that trademark. Therefore, registration of said trademark is prohibited by 15 U.S.C. § 1052(d).

9.     The Design Only mark illustrated in and covered by Application Serial No. 76/352,961 creates the same, or essentially the same, commercial impression as Opposer's Arcuate Trademark. Accordingly, registration by Applicant of that trademark is likely to cause confusion, or to cause mistake or to deceive the public as to the source of Applicant's goods, all to the harm and damage of Opposer and the public. Therefore, registration of said trademark is prohibited by 15 U.S.C. § 1052(d).

10.     Opposer's Arcuate Trademark is distinctive and famous within the meaning of 15 U.S.C. § 1125(c), the Federal Trademark Dilution Act of 1995. The Design Only mark

CONFIDENTIAL

LS-BUFFALO '961   39

illustrated in and covered by Application Serial No. 76/352,961 will, when used, cause dilution of the distinctive quality of Opposer's Arcuate Trademark, in violation of the Federal Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c), all to the harm and damage of Opposer and the public. Therefore, registration of said trademark may be refused under 15 U.S.C. §§ 1052 and 1063(a) (as amended by the Trademark Amendments Act of 1999.)

11.    Registration of the Design Only mark illustrated in and covered by Application Serial No. 76/352,961 would constitute prima facie evidence of the validity of such Registration, of Applicant's ownership of that trademark, and of Applicant's exclusive right to use said trademark pursuant to the provisions of 15 U.S.C. § 1057(b). Such registration would be a source of damage and injury to Opposer and the public and would be contrary to the principles of registration set out in 15 U.S.C. §§ 1051 et seq.

12.    Registration of the Design Only mark illustrated in and covered by Application Serial No. 76/352,961 would be incorrect and improper in view of the requirements of the Trademark Act of 1946, as amended, including specifically but not limited to the provisions of 15 U.S.C. §§ 1051, 1052, 1063, and 1127 thereof.

WHEREFORE, Opposer prays that this Opposition be sustained, and that registration to Applicant for the Design Only mark illustrated in and covered by Application Serial No. 76/352,961 in International Class No. 25 be denied.

Opposer hereby files this Notice of Opposition in triplicate; the statutory filing fee of $300.00 is submitted herewith.

//

//

//

//

//

//

CONFIDENTIAL

LS-BUFFALO '961    40

Opposer hereby appoints the firm of LEGAL STRATEGIES GROUP, Gail I. Nevius, a member of the Bar of the State of California, 5905 Christie Avenue, Emeryville, California 94608, Telephone No. 510-450-9600, its attorneys with full power of substitution and revocation, to prosecute this Opposition and to transact all business in the United States Patent and Trademark Office in connection therewith. All future communications in this Opposition should be directed to Opposer's attorney identified above.

DATED:     May 6, 2003

Respectfully submitted,

LEGAL STRATEGIES GROUP

By: _____
GAIL I. NEVIUS
LEGAL STRATEGIES GROUP
A Law Corporation
5905 Christie Avenue
Emeryville, California  94608
(510) 450-9600

Attorneys for Opposer
LEVI STRAUSS & CO.

Notice of Opposition
112912    Serial No. 76/352,961

5

CONFIDENTIAL

LS-BUFFALO '961    41

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing:
**NOTICE OF OPPOSITION**
was served by first class mail on:

Mr. Charles M. Marmelstein
ARENT FOX KINTNER PLOTKIN & KAHN, PLCC
1050 Connecticut Ave., Suite 400
Washington, D.C.  20036-5339

Attorney of Record for Applicant

this 6th day of May, 2003.

_____
Vasuki Selvan

CONFIDENTIAL

LS-BUFFALO '961    42



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 04, 1998

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,139,254* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *September 02, 1980*

SECTION 8 & 15

SAID RECORDS SHOW TITLE TO BE IN:

*LEVI STRAUSS & CO.*

*A DELAWARE CORPORATION*



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

P. SWAIN

Certifying Officer

CONFIDENTIAL

LS-BUFFALO '961    43

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,139,254**

## United States Patent and Trademark Office

Registered Sep. 2, 1980

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif. 94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND
SHORTS, in CLASS 25 (U.S. CL. 39).
First use 1873; in commerce 1873.
Owner of U.S. Reg. No. 404,248.

Ser. No. 169,399. Filed May 8, 1978.

M. J. LEAHY, Primary Examiner

CONFIDENTIAL

LS-BUFFALO '961   44



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia  22202-3513

REGISTRATION NO: 1139254    SERIAL NO: 73169399    MAILING DATE: 08/06/2001
REGISTRATION DATE: 09/02/1980
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO.
CORRESPONDENCE ADDRESS:

SARAH R. FULLER
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE, CA  94608-1925

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

•••••••••••••••••••••••••••••••••••••••••

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

•••••••••••••••••••••••••••••••••••••••••

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HARPER, BARBARA A.
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (9/99)

CONFIDENTIAL

LS-BUFFALO '961    45



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 04, 1998

THE ATTACHED U.S. TRADEMARK REGISTRATION 404,248 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM *November 16, 1943*

2ND RENEWAL FOR A TERM OF 20 YEARS FROM *November 16, 1983*

SECTION 8 & 15

REPUBLISHED SECTION 12C

SAID RECORDS SHOW TITLE TO BE IN:

   *LEVI STRAUSS & CO.*

   *A DELAWARE CORPORATION*



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

P. SWAIN

Certifying Officer

CONFIDENTIAL

LS-BUFFALO '961   46

Registered Nov. 16, 1943                **Trade-Mark 404,248**

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Franisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

### Act of February 20, 1905

Application September 25, 1942, Serial No. 455,769



## STATEMENT

*To the Commissioner of Patents:*

Levis Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown on the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Castberg & Roemer, a firm composed of Thomas Castberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,030, as its attorneys, with full power of substitution and revocation, to prosecute this application, and to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
*Vice President.*

CONFIDENTIAL

LS-BUFFALO '961   47