# EXHIBIT P

Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,468,295

Registered July 15, 2008

## TRADEMARK
### PRINCIPAL REGISTER



ÇAK TEXTILE B.V. (NETHERLANDS LIMITED LIABILITY COMPANY)
KIOTOWEG 162
NL-3047 BG ROTTERDAM
NETHERLANDS

FOR: GLASSES, NAMELY, OPTICAL GLASSES AND SUNGLASSES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; BLANK MAGNETIC DATA CARRIERS, BLANK RECORDABLE OPTICAL DISCS; PROTECTIVE HEADGEAR FOR FOOTBALL, BOXING AND HORSE BACK RIDING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY; IMITATION JEWELRY; GOLD, BRACELETS, RINGS, NECKLACES, EARRINGS, DIAMONDS, PRECIOUS STONES, PENDANTS JEWELRY, CUFF LINKS, TIE-PINS, PINS, BROOCHES; WATCHES AND TIME MEASURE DEVICES, NAMELY, CHRONOMETERS AND PARTS THEREOF; WATCHBANDS; ORNAMENTS AND STATUES OF PRECIOUS METALS; KEY RINGS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: TREATED OR NON-TREATED LEATHER AND ANIMAL SKIN, IMITATION LEATHER, STOUT LEATHER; LEATHER BAGS, TRAVEL CASES, WALLETS, BILLFOLDS, CARRY-ALL BAGS, HAT BOXES AND CASES OF LEATHER OR STOUT LEATHER; EMPTY MAKE-UP CASES, EMPTY TOOL BAGS, BACKPACKS, BRIEFCASES, TEXTILE AND LEATHER SHOPPING AND SCHOOL BAGS; UMBRELLAS, WALKING STICKS; WHIPS,

HARNESSES AND HARNESS FITTINGS, SADDLES, STIRRUPS, HORSE BRIDLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING OF COMBED COTTON, TRICOT, DENIM, LEATHER AND PAPER, NAMELY, JEANS, SWEATERS, T-SHIRTS; SPORTS CLOTHING, NAMELY, T-SHIRTS AND SPORTS BRAS; UNDERWEAR, GLOVES, SOCKS; FOOTWEAR, NAMELY RUBBER BOOTS, BOOTS, SLIPPERS, INFANT'S SHOES AND PARTS THEREOF; SHOES FOR SPORT AND THEIR SPIKES; SHOE PARTS, NAMELY, SOLES, HEELS, AND UPPERS; HEADGEAR, NAMELY, HATS, BERETS, CAPS, CAPS WITH A PEAK; SPECIAL TEXTILE CLOTHES FOR BABIES, NAMELY, BABY JACKETS, TEXTILE BABY DIAPERS; TIES, BOW TIES, FOULARDS, SHAWLS, SCARVES, PAREOS; SARONGS, COLLARS, BANDANAS, MUFFS, ARMBANDS, HEADBANDS; BELTS, SUSPENDERS, GARTER BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY DATE OF 11-7-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0940001 DATED 5-1-2007, EXPIRES 5-1-2017.

SER. NO. 79-044,784, FILED 5-1-2007.

KELLY MCCOY, EXAMINING ATTORNEY

# EXHIBIT Q

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,400,414**

## United States Patent and Trademark Office

Registered Mar. 25, 2008

## TRADEMARK
### PRINCIPAL REGISTER



EDWIN COMPANY LTD. (JAPAN CORPORA-TION)

3-27-6 HIGASHI-NIPPORI

ARAKAWA-KU TOKYO, JAPAN 116-8537

FOR: MEN'S, LADIES' AND CHILDREN'S JEANS, SHIRTS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 871340, FILED 3-5-1998, REG. NO. TMA661212, DATED 3-22-2006, EXPIRES 3-22-2021.

THE MARK CONSISTS OF A STITCHED LETTER "W" ON THE POCKET PORTION OF THE GOODS AND IS SHOWN BY BROKEN LINES. THE UNBROKEN LINES REPRESENT THE PERIMETER OF THE POCKET TO WHICH THE APPLICANT MAKES NO CLAIM AND WHICH SERVES ONLY TO INDICATE THE POSITION OF THE MARK ON THE POCKET.

SEC. 2(F).

SER. NO. 75-486,516, FILED 5-18-1998.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



π EXHIBIT 48
Deponent Onda
Date 5/14/08  Rptr. G
WWW.DEPOBOOK.COM

# EXHIBIT R



Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,394,444

Registered Oct. 10, 2000

## TRADEMARK
### SUPPLEMENTAL REGISTER



PARIS BLUES, INC. (CALIFORNIA CORPORATION)
343 - 365 E. JEFFERSON BLVD.
LOS ANGELES, CA 90011

   FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–10–1998; IN COMMERCE 11–10–1998.

   SER. NO. 75–714,242, FILED P.R. 5–24–1999; AM. S.R. 7–25–2000.

KIM SAITO, EXAMINING ATTORNEY



EXHIBIT 49
Deponent Onda
Date 5/14/06  Rptr. GP
WWW.DEPOBOOK.COM

# EXHIBIT S

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-08-08 13:06:30 ET

**Serial Number:** 75714242 <u>Assignment Information</u>    <u>Trademark Document Retrieval</u>

**Registration Number:** 2394444

**Mark**



**Standard Character claim:** No

**Current Status:** A Section 8 affidavit has been accepted.

**Date of Status:** 2006-12-11

**Filing Date:** 1999-05-24

**Transformed into a National Application:** No

**Registration Date:** 2000-10-10

**Register:** Supplemental

**Law Office Assigned:** LAW OFFICE 109

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-12-11

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Paris Blues, Inc.

**Address:**
Paris Blues, Inc.
3040 East Ana Street
Rancho Dominguez, CA 90221
United States

**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
jeans
**Basis:** 1(a)
**First Use Date:** 1998-11-10
**First Use in Commerce Date:** 1998-11-10

---

## ADDITIONAL INFORMATION

---

**Design Search Code(s):**
**09.01.02 -** Embroidery; Labels, clothing; Stitching, not on clothing pockets
**09.03.16 -** Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-12-11 - Section 8 (6-year) accepted

2006-12-11 - Assigned To Paralegal

2006-10-10 - Section 8 (6-year) filed

2006-10-10 - TEAS Section 8 Received

2006-07-20 - TEAS Change Of Correspondence Received

2006-01-25 - Case File In TICRS

2000-10-10 - Registered - Supplemental Register

2000-08-03 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2000-07-28 - Examiner's amendment mailed

2000-04-07 - Communication received from applicant

1999-10-13 - Non-final action mailed

1999-09-27 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
CATHERINE J. HOLLAND

**Correspondent**
CATHERINE J. HOLLAND
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 MAIN STREET, 14TH FLOOR
IRIVNE CA 92614
Phone Number: 949-760-0404
Fax Number: 949-760-9502

---

# EXHIBIT T

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,312,075**

## United States Patent and Trademark Office

Registered Oct. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER



RETAIL ROYALTY COMPANY (NEVADA COR-
    PORATION)
101 CONVENTION CENTER DRIVE
LAS VEGAS, NV 89109

FOR: CLOTHING, NAMELY JEANS AND PANTS,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-20-1996; IN COMMERCE 5-20-1996.

OWNER OF U.S. REG. NO. 2,117,042.

THE MARK CONSISTS OF DECORATIVE
STITCHING WHICH APPEARS ON THE REAR
POCKET OF THE GOODS AND IS SHOWN BY
THE EVENLY BROKEN LINES. THE UNEVENLY
BROKEN LINES REPRESENT THE PERIMETER OF
THE POCKET TO WHICH APPLICANT MAKES NO
CLAIM AND WHICH SERVES ONLY TO INDICATE
THE POSITION OF THE MARK ON THE REAR
POCKET.

SEC. 2(F).

SER. NO. 78-867,135, FILED 4-21-2006.

MYRIAH HABEEB, EXAMINING ATTORNEY



# EXHIBIT U

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,923,431
Registered Feb. 1, 2005

## TRADEMARK
### PRINCIPAL REGISTER



MUDD, LLC (NEW YORK LTD LIAB CO)
1407 BROADWAY
NEW YORK, NY 10018

   FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

   FIRST USE 4-28-2004; IN COMMERCE 4-28-2004.

THE MARK CONSISTS OF A POCKET STITCH DESIGN. THE DOTTED LINES ARE NOT A PART OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OF THE MARK.

   SER. NO. 78-366,772, FILED 2-12-2004.

TRICIA THOMPKINS, EXAMINING ATTORNEY



π EXHIBIT 51
Deponent Onda
Date 5/14/08 Rptr. GP
WWW.DEPOBOOK.COM

# EXHIBIT V

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 3,090,433**

Registered May 9, 2006

## TRADEMARK
### PRINCIPAL REGISTER

 

RIGHT-ON CO., LTD (JAPAN CORPORATION LIMITED)
37-1 HIGASHIARAI,
TSUKUBA-SHI; IBARAKI-KEN 305-8503
JAPAN

FOR: CLOTHING, NAMELY, JEANS, T-SHIRTS, SWEAT SHIRTS, GLOVES, SOCKS, CAPS AND HATS; GARTERS; STOCKING SUSPENDERS; TROUSER STRAPS; WAISTBANDS; BELTS; FOOTWEAR; MASQUERADE COSTUMES; CLOTHING FOR GYMNASTICS, NAMELY, BODY SUITS AND SPORTS JERSEYS; AND SHOES FOR SPORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY DATE OF 10-6-2003 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0824512 DATED 4-2-2004, EXPIRES 4-2-2014.

THE COLOR(S) BLUE AND BROWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLUE APPEARS ON THE POCKETS AND THE COLOR BROWN APPEARS ON THE STITCHING ON THE POCKETS.

THE MARK CONSISTS OF A STITCHING DESIGN OF VARYING THICKNESS ON SIDE-BY-SIDE POCKETS.

SER. NO. 79-002,473, FILED 4-2-2004.

DORITT L. CARROLL, EXAMINING ATTORNEY




Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,104,095
Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER

 

RIGHT-ON CO., LTD (JAPAN CORPORATION LIMITED)
37-1 HIGASHIARAI,
TSUKUBA-SHI; IBARAKI-KEN 305-8503
JAPAN

FOR: CLOTHING, NAMELY, JEANS, T-SHIRTS, SWEAT SHIRTS, GLOVES, SOCKS, CAPS AND HATS; GARTERS; STOCKING SUSPENDERS; TROUSER STRAPS; WAISTBANDS; BELTS; FOOTWEAR; MASQUERADE COSTUMES; CLOTHING FOR GYMNASTICS, NAMELY, BODY SUITS AND SPORTS JERSEYS; AND SHOES FOR SPORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY DATE OF 10-6-2003 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0824511 DATED 4-2-2004, EXPIRES 4-2-2014.

THE COLOR(S) BLUE AND BROWN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLUE APPEARS ON THE POCKETS AND THE COLOR BROWN APPEARS ON THE STITCHING ON THE POCKETS.

THE MARK CONSISTS OF A STITCHING DESIGN OF VARYING THICKNESS ON SIDE-BY-SIDE POCKETS.

SER. NO. 79-002,472, FILED 4-2-2004.

MATTHEW KLINE, EXAMINING ATTORNEY




Int. Cl.: 25

Prior U.S. Cls.: 22 and 39                                Reg. No. 3,106,997

**United States Patent and Trademark Office**    Registered June 20, 2006
                                                  OG Date Dec. 12, 2006
Corrected

## TRADEMARK
## PRINCIPAL REGISTER



RIGHT-ON CO., LTD (JAPAN CORPORA-
   TION LIMITED),
37-1 HIGASHIARAI,
TSUKUBA-SHI; IBARAKI-KEN 305-
   8503JAPAN
  PRIORITY DATE OF 10-6-2003 IS
CLAIMED.
  OWNER OF INTERNATIONAL REGIS-
TRATION 0824509 DATED 4-2-2004.
  THE COLOR(S) BLUE AND BROWN
IS/ARE CLAIMED AS A FEATURE OF
THE MARK.
  THE COLOR BLUE APPEARS ON THE
POCKETS AND THE COLOR BROWN
APPEARS ON THE STITCHING ON THE
POCKETS.

FOR: CLOTHING, NAMELY, JEANS,
T-SHIRTS, SWEAT SHIRTS, GLOVES,
SOCKS, CAPS AND HATS; GARTERS;
STOCKING SUSPENDERS; TROUSER
STRAPS; WAISTBANDS; BELTS; FOOT-
WEAR; MASQUERADE COSTUMES;
CLOTHING FOR GYMNASTICS;
NAMELY, BODY SUITS AND [ SNORTS
] * SPORTS * JERSEYS; AND SHOES FOR
[ SNORTS ] * SPORTS *, IN CLASS 25
(U.S. CLS. 22 AND 39). .

SER. NO. 79-002,471, FILED 4-2-2004.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 12, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**


