# EXHIBIT W

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,442,145
Registered June 3, 2008

## TRADEMARK
### PRINCIPAL REGISTER



ZANA-DI JEANS (NEW YORK CORPORATION)
5TH FLOOR
1385 BROADWAY
NEW YORK, NY 10018

    FOR: CLOTHING, NAMELY, JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

    FIRST USE 1-1-2006; IN COMMERCE 1-1-2006.

THE DESIGN SHOWS A FANCIFUL CURSIVE "Z" ON A GARMENT POCKET.

SN 78-281,994, FILED 8-1-2003.

CHERYL CLAYTON, EXAMINING ATTORNEY

# EXHIBIT X

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,492,315
Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GOLDING, PETER NAUGHTON (UNITED KINGDOM CITIZEN)
151 KING'S ROAD
LONDON S.W., UNITED KINGDOM

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1976.
SEC. 2(F).

SER. NO. 650,636, FILED 3-23-1987.

SCOTT WASH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,934,386
Registered Nov. 7, 1995

## TRADEMARK
### SUPPLEMENTAL REGISTER



CODET NEWPORT CORPORATION (VERMONT CORPORATION)
4 EASTERN AVENUE
P.O. BOX 440
NEWPORT, VT 05855

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1994.

SER. NO. 74-392,535, FILED P.R. 5-20-1993; AM. S.R. 2-10-1995.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,083,205

**United States Patent and Trademark Office**    Registered July 29, 1997

## TRADEMARK
## PRINCIPAL REGISTER



NOBLE APPAREL, INC. (CALIFORNIA CORPORATION)
1501 SANTEE STREET, NO. 301
LOS ANGELES, CA 90015

FOR: CLOTHING, NAMELY, JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1995; IN COMMERCE 7-0-1995.

THE MARK CONSISTS OF A STYLIZED POCKET STITCHING DESIGN OF TWO SETS OF PARALLEL CURVES WHICH JOIN AT THE CENTER OF THE POCKET TO FORM TWO OVERLAPPING DIAMONDS. THE JEANS POCKET OUTLINE IS FOR POSITIONARY PURPOSES ONLY AND IS NOT PART OF THE MARK.

SEC. 2(F).

SER. NO. 75-047,890, FILED 1-24-1996.

DAN VAVONESE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,117,042

**United States Patent and Trademark Office**   Registered Nov. 25, 1997

## TRADEMARK
### SUPPLEMENTAL REGISTER



AMERICAN EAGLE OUTFITTERS, INC. (OHIO CORPORATION)
151 THORN HILL DRIVE
WARRENDALE, PA 15095

  FOR: CLOTHING, NAMELY, PANTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
  FIRST USE 5-20-1996; IN COMMERCE 5-20-1996.
  THE MARK CONSISTS OF DECORATIVE STITCHING WHICH APPEARS ON THE REAR POCKET OF THE GOODS AND IS SHOWN BY THE EVENLY BROKEN LINES. THE UNEVENLY BROKEN LINES REPRESENT THE PERIMETER OF THE POCKET TO WHICH APPLICANT MAKES NO CLAIM AND WHICH SERVES ONLY TO INDICATE THE POSITION OF THE MARK ON THE REAR POCKET.

  SER. NO. 74-622,913, FILED P.R. 1-19-1995; AM. S.R. 9-5-1997.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**    Reg. No. 2,481,854
Registered Aug. 28, 2001

## TRADEMARK
## PRINCIPAL REGISTER



HOT KISS, INC. (CALIFORNIA CORPORATION)
1475 LONG BEACH AVENUE
LOS ANGELES, CA 90021

FOR: CLOTHING, NAMELY JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

THE MARK CONSISTS OF A PAIR OF INTERCONNECTING DOUBLE LINES OF STITCHING EXTENDING CONTINUOUSLY ACROSS THE WIDTH OF THE REAR POCKET OF THE GOODS AND FORMING A PAIR OF LIPS IN THE CENTER. THE DOTTED LINES ARE USED TO INDICATE THE POSITIONING OF THE MARK ON THE GOODS AND ARE NOT A FEATURE OF THE MARK.

SER. NO. 75-926,887, FILED 2-23-2000.

JAMES MARCUS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,524,058
Registered Jan. 1, 2002

## TRADEMARK
PRINCIPAL REGISTER



BIG STAR JEANS USA, INC. (NEW YORK CORPORATION)
108 WEST 39TH STREET, 16TH FLOOR
NEW YORK, NY 10018

FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-10-1999; IN COMMERCE 8-10-1999.

THE BROKEN DOTTED LINE REPRESENTS THE OUTLINE OF A PANTS POCKET AND IS MEANT TO SHOW THE LOCATION OF THE MARK.

SER. NO. 75-816,505, FILED 10-6-1999.

TANYA AMOS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,809,553
Registered Jan. 27, 2004

## TRADEMARK
### SUPPLEMENTAL REGISTER



GUESS? IP HOLDER L.P. (DELAWARE GENERAL PARTNERS)
1444 SOUTH ALAMEDA STREET
LOS ANGELES, CA 90021 BY ASSIGNMENT GUESS ?, INC. (DELAWARE CORPORATION) LOS ANGELES, CA 90021

FOR: LEATHER SHOPPING BAGS, CARRYING CASES FOR CREDIT CARDS, BUSINESS CARDS, PASSPORTS AND TICKETS, WALLETS, PURSES AND BRIEFCASE TYPE PORTFOLIOS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-2002; IN COMMERCE 3-1-2002.

THE MARK CONSISTS OF A STITCHING PATTERN ON THE POCKET OF THE GOODS. THE DOTTED LINES IN THE DRAWING ARE NOT A FEATURE OF THE MARK AND SERVE TO INDICATE THE POSITION OF THE MARK.

SER. NO. 76-333,242, FILED P.R. 11-1-2001; AM. S.R. 9-9-2003.

GENE MACIOL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,001,882
Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



GUESS?, INC. (DELAWARE CORPORATION)
ATTN: LEGAL DEPARTMENT
1444 SOUTH ALAMEDA STREET
LOS ANGELES, CA 90021

FOR: MEN'S, WOMEN'S, BOYS', GIRLS', CHILDREN'S AND INFANT'S APPAREL, NAMELY, SKIRTS, PANTS, TROUSERS, SHORTS, JEANS AND OVERALLS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

THE MARK CONSISTS OF A STITCHED CURSIVE, LOWER-CASE "G" POCKET STITCHING DESIGN.

SER. NO. 78-470,584, FILED 8-19-2004.

STEPHANIE DAVIS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,131,452
Registered Aug. 15, 2006

## TRADEMARK
### SUPPLEMENTAL REGISTER



PRL USA HOLDINGS, INC. (DELAWARE CORPORATION)
103 FOULK ROAD
WILMINGTON, DE 19803

FOR: WEARING APPAREL, NAMELY, PANTS, JEANS, SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-6-2006; IN COMMERCE 2-6-2006.

THE MARK CONSISTS OF DOUBLE STITCHES, HORIZONTAL IN THE MIDDLE, AND CURVED UPWARD ON BOTH SIDES. THE DOTTED LINES REPRESENTING THE PERIMETER OF THE POCKET IN THE DRAWING ARE NOT A FEATURE OF THE MARK AND SERVE TO INDICATE ONLY THE POSITION OF THE MARK.

SER. NO. 78-650,661, FILED P.R. 6-14-2005; AM. S.R. 5-30-2006.

GRETTA YAO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,199,898
Registered Jan. 16, 2007

## TRADEMARK
### SUPPLEMENTAL REGISTER



MILLER INTERNATIONAL, INC. (COLORADO CORPORATION)
8500 ZUNI STREET
DENVER, CO 802605007

FOR: CLOTHING, NAMELY, JEANS, SHIRTS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-30-2001; IN COMMERCE 7-30-2001.

THE MARK CONSISTS OF A THREE-DIMENSIONAL GEOMETRIC DESIGN FOR CLOTHING POCKETS. THE SOLID LINES SHOW THE POSITIONING OF THE MARK ON THE GOODS AND THOSE FEATURES CLAIMED BY THE APPLICANT AS ITS MARK.

SER. NO. 78-661,093, FILED P.R. 6-29-2005; AM. S.R. 9-10-2006.

DAVID YONTEF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,292,455
Registered Sep. 11, 2007

## TRADEMARK
### SUPPLEMENTAL REGISTER



TWEEN BRANDS INVESTMENT, LLC (OHIO LTD LIAB CO)
8323 WALTON PKWY.
NEW ALBANY, OH 43054

FOR: CLOTHING, NAMELY, JEANS, PANTS, SHORTS, SKIRTS, AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-2003; IN COMMERCE 8-1-2003.

THE MARK CONSISTS OF A STITCHING PATTERN ON A POCKET OF THE GOODS CONSISTING OF TWO NON-PARALLEL CURVED LINES THAT CONVERGE, TWIST, AND DIVERGE. THE TOP LINE HAS DARKER STITCHING AT THE ENDS. THE MATTER SHOWN BY THE DOTTED LINES IS NOT A PART OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OF THE MARK.

SER. NO. 78-756,709, FILED P.R. 11-18-2005; AM. S.R. 5-28-2007.

ANDREA SAUNDERS, EXAMINING ATTORNEY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Aug 9 04:13:01 EDT 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, pants, shorts, skirts, jackets and jeans. FIRST USE: 20010900. FIRST USE IN COMMERCE: 20011200 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 09.03.16 - Collars (clothing); Cuffs (clothing); Embroidery on clothing pockets; Pockets; Pockets, clothing with embroidery or stitching; Sleeves (clothing); Stitching on clothing pockets; Waistband (clothing)<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Serial Number** | 78617471 |
| **Filing Date** | April 26, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Serfontein, Mik INDIVIDUAL UNITED STATES 1720 East Holly Avenue El Segundo CALIFORNIA 90245 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Thomas M. Coester |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of arcuate stitching pocket design forming left and right arches that terminate at the pocket seam. The dotted lines show the mark's position on the goods. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]