# EXHIBIT Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

LOIS SPORTSWEAR, U.S.A., INC.,

                        Plaintiff,   :    Civil Action No.
                                      82 Civ. 8326 (RWS)

           -against-        :

LEVI STRAUSS & COMPANY,

                     Defendant.  :
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

LEVI STRAUSS & COMPANY,

                        Plaintiff,   :    Civil Action No.
                                      83 CIV. 4338 (RWS)

           -against-        :

TEXTILES CONFECCIONES EUROPAS, S.A.,    :

                     Defendant.

- - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF A. SPENCER BRUNO

STATE OF NEW JERSEY)
                    ss.:
COUNTY OF MERCER   )

      A. SPENCER BRUNO, being duly sworn, deposes and says:

      I am the founder and President of Bruno & Ridgway, a
market research firm located in Princeton, New Jersey.  A

description of Bruno & Ridgway is attached as Exhibit 1. The latter identifies a number of companies for which Bruno & Ridgway has conducted market research studies. A list of the law firms which have retained my firm for studies of that kind in litigation matters is attached as Exhibit 2.

I appeared as a witness on behalf of the defendants-counterclaimants before United States District Judge Rubin in the matter of The Kroger Company, et al. v. Johnson & Johnson et al., 570 F. Supp. 1055, 223 USPQ 29 (D. Ohio 1983). A consumer survey I had supervised concerning the trademarks and trade dress used on certain analgesic products was received into evidence and relied upon the court in finding that the declaratory judgment plaintiff had infringed the rights of the defendants-counterclaimants.

In the Summer of 1984, I was retained by Alfred T. Lee, as attorney for Levi Strauss & Company, to conduct a consumer survey to determine whether or not the LOIS Arcuate design on the rear pockets of LOIS jeans would be erroneously associated with Levi Strauss when the LOIS jeans are worn and seen by others in a commonplace public setting.

I devised a survey design to approximate the real life circumstances under which the LOIS Arcuate would be seen when LEVI jeans are publicly worn. We purchased a pair of LOIS and LEVI denim jeans. We also purchased a pair of WRANGLER jeans, with a "W" stitching design on the rear pockets, and a pair of JC PENNEY denim jeans, which had no stitching design on the rear pockets. I devised a "triangle design" which I believed to be unlike any design used on jeans and had it stitched on the rear pockets of the JC PENNEY jeans in approximately the same size and location as the stitching designs on the rear pockets of the on the LOIS, LEVI and WRANGLER jeans. Both the WRANGLER and "triangle design" jeans were selected to serve as controls in the study.

Each of the four jeans was worn, in turn, by the same male model and videotaped from a rear perspective allowing one of the back pockets to be seen at a distance of about six feet as he walked, followed by a zoom shot of one of the pocket -- holding on it for about a second -- as he stood still. Inasmuch as the assignment pertained solely to the respective Arcuate designs, the left rear pockets of the LEVI and right rear of the LOIS jeans were the focus when those brands were worn. As purchased and as shown in the tapes, neither the right rear perspective of LOIS jeans nor the left rear perspective of LEVI jeans showed any labels or indicia other than the respective stitching designs on the pockets. The left rear pockets of

3

WRANGLER and "triangle design" jeans were focused in their segments. Like LEVI and LOIS, neither showed any label or design other than the respective stitching designs.

I prepared a questionnaire to determine whether persons seeing the LOIS Arcuate design on the LOIS jeans as worn by another in a simulated public setting would associate it with LEVI jeans upon viewing the video tape segments of those designs. In order to permit a determination of the significance of any findings in that respect, we additionally sought to determine whether the WRANGLER or the "triangular design" jeans would be associated with LEVI or any other brand of jeans when the stitching designs on the pockets of those garments were seen. The use of such controls is a standard technique to determine and measure the level, if any, of generalized misperception which might influence an assessment of the responses to the test stimulae.

The sample design we proposed included a total of 600 interviews, equally divided between males and females in the age range of 14 – 35, that being the primary purchaser group for jeans according to information supplied to me by Levi Strauss through Mr. Lee. The design also called for six interviewing locations in different sections of the country, with an equal number of the total interviews to be taken at each location.

A two-phase schedule was established, *i.e.*, one-half of the total proposed sample of interviews were scheduled for Phase I, these consisting of a total of 317 interviews conducted at three large shopping malls in Edison, New Jersey, Los Angeles, California and St. Louis, Missouri. An experienced member of my staff went to each of those locations, met with the interviewer supervisor to review the procedures to be followed, participated in the briefing of the interviewers, and observed several "live" interviews to be certain that they were being conducted in accordance with the procedures established. A copy of the survey questionnaire appears as an attachment to Exhibit 3.

Six video cassettes, lettered A - F, were provided at each location. The A, B and C cassettes contained the LOIS, WRANGLER and "triangle design" segments. The D, E and F cassettes contained the LEVI, WRANGLER and "triangle design" segments. Each cassette showed the respective segments in rotational order. That is, each had three separate sequences in which each of the respective designs, in turn, appeared first, second or third. The sequential rotation resulted in each successive respondent seeing the designs in the next order on the tape. That is a standard technique to avoid positional bias.

Additionally, the LOIS and LEVI series were rotated for each successive interview. As a consequence, the first respond-

ent saw either an A, B or C cassette consisting of the LOIS, WRANGLER and angle stitching desin segments, the second respondent saw either a D, E or F cassette with the LEVI, WRANGLER and "triangle design" segments and the alternating procedure continued from respondent to respondent with each, in turn, seeing the separate segments in the rotational order.

Quotas were established for age categories within the 14 – 35 range, that is, an equal number of male and female respondents were taken from each of the two sub-groups: ages 14 – 18 and 19 – 35. This, too, reflects standard procedure to avoid a skew toward one segment or another of the survey's age criteria.

Respondents were intercepted in the shopping mall and asked the screening questions which appear at the beginning of the questionnaire. These involved age, possible biasing factors, and whether or not the individual had, within the prior 12 months, purchased or selected a pair of jeans for his/her own use. Qualified persons were brought to a nearby interviewing facility where they were seated about six feet from a TV monitor and shown one of the sequences on cassettes A, B, C, D, E or F. After seeing each of the three individual segments on the cassette shown, they were then asked the questions on the questionnaire about the jeans pocket they had just viewed.

Phase I interviewing, consisting of 317 interviews, was conducted in August 1984. The completed questionnaires were forwarded to my firm where they were coded and tabulated. The salient findings were:

a)   Correct recognition of the LEVI Arcuate was high -- at a level of 72% This exceeded the correct recognition rate for WRANGLER at 64% and was particularly significant because the WRANGLER design forms the letter "W" which is highly suggestive of that brand.

b)   44% of those who saw the A, B, C series cassettes -- showing the LOIS, WRANGLER and "triangle design" jeans -- associated the LOIS Arcuate with LEVI jeans. There were no identifications of the LOIS Arcuate with LOIS.

It was apparent to me, upon reviewing the misassociation findings from the Phase I interviews, that the results were so sharply defined that further interviews would not significantly vary them. I prepared a formal report on Phase I and submitted it to Mr. Lee. (Exhibit 3.) The report was accompanied by a letter (Exhibit 4) in which I set forth my

7

views, above expressed, on the probity of the Phase I findings and, based upon that, I recommended that the Phase II interviewing be cancelled as redundant.

Thereafter, Mr. Lee instructed me to proceed with the Phase II portion of the study in three different geographical locations as originally planned. I selected shopping malls in Atlanta, Georgia, Denver, Colorado and Portland, Oregon. Using the procedures followed in the Phase I portion of the study, we completed an additional 320 interviews. Upon my review of the Phase II tabulations, the singular finding was that almost precisely the same level -- 42% -- of misassociation of the LOIS Arcuate design with LEVI jeans was found as was reported as in Phase I. There was a higher correct recognition rate for the LEVI Arcuate -- 86%. (Exhibit 5.)

The results of both Phases were combined with Phase I findings in a further report which was submitted to Mr. Lee in December, 1984 (Exhibit 5). It showed a combined 79% correct level of identification of the LEVI Arcuate compared with 69% for the WRANGLER design, 0% for the LOIS Arcuate and 94% "I don't know" responses for the "triangle design". The association of jeans displaying the LOIS Arcuate with LEVI jeans was 43% (Exhibit 5, p. 15).

Incorrect identification of jeans bearing the LEVI Arcuate with any brand (other than LOIS) was 11%, compared to 7% for WRANGLER and 6% for the "triangle design" respecting any brand. The high association level for WRANGLER, with low misassociation levels for it and the "triangle design" -- the two "controls" -- reveals to me that the respondents exercised due care in their responses.

Statistical analysis at a 95% confidence level of the 43% incorrect identification rate for jeans bearing the LOIS Arcuate with LEVI jeans, revealed a potential sampling error of plus/minus 3%. This means that if the study had been replicated 100 times the results would not have varied by more than a plus or minus 3 percentage points from 43% in 95 of those replications due to sampling error. (Typically, a 90% confidence level is deemed sufficient in most consumer research for commercial clients.)

Additionally, we engaged an independent organization to perform a 100% validation of the completed interviews. The industry validation standard for ordinary research is 20%. This consists of a telephone contact with each respondent to establish that he or she was interviewed and met the qualification criteria. The few discrepancies found (principally involving errors in maintaining the age quotas) were well within standard levels. The questionnaires involved were withdrawn from the final tabulations, as is the standard practice.

9

A noteworthy feature of the study was that the respondents owned an average of 6.8 pairs of jeans. 67% of the total owned from 5 to as many as 20 or more pairs. (Exhibit 5, p. 18). Substantial numbers owned what I would regard as designer jeans. (Exhibit 5, p. 19) These were, therefore males and females who had a significant awareness of jeans and who might be expected to be particularly discerning regarding them.

Exhibit 3 contains the verbatim responses (from the Phase I portion of the study) to the question "Why do you associate the pocket with that brand of jeans?" which was put to those respondents who had identified LEVI upon viewing the LOIS Arcuate. Among the verbatims are responses such as:

"It has the stitching on the pocket like Levi's."

"I know the symbol. I have Levi's."

"I know the symbol. I have 6 pairs."

"Looks like Levi's. The shape of the symbol."

"Because it's the same design on the back pocket of Levi's except the tip doesn't come down as far on this one."

"501's, that's what they were."

"The design I just bought for my son. The Levi's."

"I know the insignia. I have a pair."

"The design looked like Levi. The stitching."

"I wear them. The symbol looks familiar."

"The shape of the design on the pocket looks like Levi jeans."

"Because of the V on the pocket."

"Because Levi's design is similar if not exactly like that one on the pocket."

"I always used to buy Levi's and this design on the pocket looks like the design on Levi's jeans."

For all of the above reasons, I regard the jeans survey results as highly reliable for purposes of concluding that approximately 40% of jeans purchasers, upon seeing the LOIS Arcuate on jeans worn by another as in the survey video tapes, will associate those jeans with LEVI jeans.


A. SPENCER BRUNO

Sworn to before me this
___ day of April, 1985.


Notary Public
A Notary Public of New Jersey
My Commission Expires Feb. 19, 1987

11

## BRUNO & RIDGWAY RESEARCH ASSOCIATES

### A Business History

A. Spencer Bruno, President and founder of Bruno & Ridgway Research Associates, a marketing and advertising research firm, trained in advertising research at the feet of George Gallup, joining the firm of Gallup & Robinson, Princeton, New Jersey in 1956.

In 1960 Mr. Bruno joined Compton Advertising, and for the next ten years worked in both the research and creative departments designing, analyzing and presenting the results of advertising and marketing research for Compton and its clients. During his last two years at Compton, Mr. Bruno, as Senior Vice-President - Creative Research Director was assigned to the creative review board and teamed with Compton's President, Milt Gossett, the creative director and the production director, had the assignment of reviewing all agency copy at its early stages of development to evaluate and guide in the areas of effective communication. Major clients that Mr. Bruno worked with at Compton were: Procter & Gamble, Johnson & Johnson, AMC, Jeep and New York Life Insurance.

In 1969, Compton sent Mr. Bruno to several of their European affiliate offices to present the results of his analyses of the communication tests of print and television advertising to aid in the development of memorable, communicative advertising.

Mr. Bruno left Compton in 1970 and opened his own firm, then named Spencer Bruno Research Associates, to conduct advertising and marketing research for manufacturers and ad agencies. In 1981 Joseph Ridgway, formerly Executive Vice President of Benson & Benson, was named a full partner and the company name was changed to Bruno & Ridgway Research Associates to reflect Mr. Ridgway's considerable contribution to the company's growth during his tenure.

Page Two

Major clients include: Johnson & Johnson, Lever Bros., Personal Products Company, Binney & Smith, David C. Cook, Thomas J. Lipton, McNeil, American Baby magazine, and Ortho Pharmaceutical in addition to several advertising agencies and law firms.

In 1971 Mr. Bruno developed a technique for testing radio commercials in order to evaluate their ability to communicate. In 1976 he addressed the Radio Advertising Bureau in New York, describing the application of his technique to aid in the development of more effective radio advertising. He has conducted seminars on advertising research for his clients in Hong Kong, Montreal, Europe, and throughout the United States.

With over twenty-five full-time employees and sales of two million plus, the company provides its clients with a full range of marketing and advertising research services to include design, interviewing, coding, tabulation and analysis. Since its founding, the company has conducted over 2,000 marketing and advertising surveys.

LAW FIRMS EMPLOYING THE USE OF
BRUNO & RIDGWAY RESEARCH ASSOCIATES, INC.


Arnold & Porter
1200 New Hampshire Ave., N.W.
Washington, DC  20036
(Michael Sohn, Attorney)


Hall, Dickler, Lawler, Kent & Howley
460 Park Avenue
New York, NY  10022
(Joseph Chase, Attorney)


Patterson, Belknap, Webb & Tyler
30 Rockefeller Plaza
New York, NY  10112
(Christine Miller, Attorney)


Cravath, Swaine & Moore
One Chase Manhattan Plaza
New York, NY  10005
(John R. Hupper, Attorney)


Shea & Gould
330 Madison Avenue
New York, NY  10017
(Peter C. Neger, Attorney)


Arnold, White & Durkee
2001 Jefferson Davis Hwy., Suite 808
Arlington, VA  22202
(J. Paul Williamson, Attorney)


Milgrim, Tomajan, Jacobs & Lee
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
(Alfred T. Lee, Attorney)


Lane & Mittendorf
26 Broadway
New York, NY  10004
(William Kelly, Attorney)

<u>JEANS AWARENESS STUDY</u>

Conducted For:

Milgrim, Tomajan, Jacobs & Lee

September 21, 1984

2231-MTJL

TABLE OF CONTENTS

PAGE NUMBER

BACKGROUND INFORMATION                                   B-1

DETAILED TABLES

    Brands Associated With Jeans                     1

    Reasons For Recognizing Levi's Brand
    Of Jeans                                          2

    Reasons For Recognizing Wrangler Brand Of
    Jeans                                             3

    Number Of Pairs Of Jeans Currently Owned          4

    Brands Of Jeans Currently Owned                   5

    Demographic Information                           6

QUESTIONNAIRE

BACKGROUND INFORMATION

## BACKGROUND INFORMATION

TITLE:    Jeans Awareness Study - 2231-MTJL

CLIENT:   Milgrim, Tomajan, Jacobs & Lee

PURPOSE:  The purpose of this study was to obtain a measurement of
          consumer recognition of the back pocket design of four pairs
          of denim jeans.

METHOD:   Personal interviews were conducted in three separate shopping
          mall locations. After screening for eligible respondents on
          the mall floor, respondents were taken to the field service
          offices for the remainder of the interview.

          Each respondent was seated six feet from a television monitor
          and shown three visual sequences of the same male model
          wearing three different pairs of jeans. In each sequence the
          model walked approximately four paces and stopped. The camera
          then zoomed in on a back pocket of the jeans. All labeling
          was removed from the jeans so that the respondent was cued
          only by the pocket design itself.

          One half of the sample was exposed to jeans manufactured by:

               Levi's (prewashed)
               Wrangler
               Penney's (Plain pocket on which a triangle design had
                         been stitched as a "control" design)

          The other half:

               Lois (prewashed)
               Wrangler
               Penney's (Same design as above)

          The order of jeans shown on the video tape was rotated from
          respondent to respondent to avoid possible position bias.

B-2

After each sequence, the following information was obtained:

-- Whether the respondent associated the pocket on the jeans with any particular brand of jeans

-- If so, brand of jeans associated with the pocket

-- Reasons for associating the pocket with the brand of jeans

After all three sequences were shown and the above questions asked, the following information was obtained:

-- Number of jeans currently owned

-- Brands of jeans currently owned

-- Demographic information

SAMPLE:    Qualified respondents were males and females aged 14-35 who have purchased or selected for their own use blue jeans in the past year. A total of 317 interviews were completed.

CONTROLS:  On-site field supervisors were briefed by Bruno & Ridgway staff members in each market. Interviewers were instructed to read all questions verbatim, to record answers verbatim, and to probe to clarify any ambiguous statements. All interviewers were cautioned against prompting respondents; only general probes such as "Why do you say that?" were considered permissible. Interviewers were informed that up to 100% of their work would be validated.

Validations were completed within one week of the interview date. Target validation was 100% of the respondents. Fifty-eight per cent (58%) of all respondents were contacted, 60% of all respondents who provided phone numbers.

MARKETS:    Edison, NJ; Los Angeles, CA; St. Louis, MO

TIMING:     Interviewing took place between August 27 and 30, 1984.

1

BRANDS ASSOCIATED WITH JEANS

Q. 2a,b - Do you associate the pocket on those jeans with any particular
brand of jeans, or not?  What brand of jeans do you associate
with that pocket?

|  | LEVI'S | LOIS | WRANGLER | CONTROL |
|---|---|---|---|---|
| BASE:  Total Who Viewed Each Sequence | (158) | (159) | (317) | (317) |
|  | % | % | % | % |
| ASSOCIATE POCKET OF JEANS WITH ANOTHER BRAND | 87 | 57 | 70 | 6 |
| Levi's | (72) | 44 | 3 | * |
| Wrangler | 8 | 4 | (64) | * |
| Lee | 4 | 4 | 2 | * |
| Sergio Valente | 1 | 1 | - | - |
| Sears/Toughskins | 1 | - | - | - |
| Calvin Klein | - | 2 | - | 1 |
| J. C. Penney's | - | 1 | * | - |
| Sasson | - | 1 | - | - |
| Polo/Ralph Lauren | - | 1 | - | - |
| Jou Jou | - | 1 | - | - |
| Jordache | - | - | 1 | - |
| Brittania | - | - | * | - |
| Guess | - | - | - | 2 |
| Zena | - | - | - | 1 |
| Gitanos | - | - | - | * |
| Lois | - | (-) | - | - |
| Miscellaneous answers | - | 1 | * | * |
| Don't know/no answer | 1 | 1 | 1 | 1 |
| DO NOT ASSOCIATE POCKET OF JEANS WITH ANOTHER BRAND | 13 | 43 | 30 | 94 |
|  | 100 | 100 | 100 | 100 |

*Less than 0.5%

2

<u>REASONS FOR RECOGNIZING LEVI'S BRAND OF JEANS</u>

Q. 2c -    Why do you associate the pocket with that brand of jeans?

| | SEQUENCE VIEWED INCLUDED: | |
|---|---|---|
| | <u>LEVI'S</u> | <u>LOIS</u> |
| BASE:  <u>Those Who Thought Brand Of Jeans Was Levi's</u> | (114) | ( 70) |
| | % | % |
| <u>REFER TO STITCHING/DESIGN (NET)</u> | 75 | 76 |
| <u>Refer to stitching (subnet)</u> | 39 | 26 |
| Stitching (general) | 17 | 10 |
| Shape/design of stitching (nonspecific) | 11 | 7 |
| Shape/design of stitching (W, V) | 7 | 9 |
| Orange stitching | 3 | - |
| Color of stitching | 2 | - |
| Miscellaneous stitching comments | 1 | - |
| <u>Refer to design (subnet)</u> | 39 | 50 |
| Refer to pocket design/symbol (nonspecific) | 28 | 40 |
| Refer to pocket design/symbol (W, V) | 11 | 10 |
| Recognize them/own them/wear them | 39 | 29 |
| Look faded/worn | 2 | 9 |
| By the way the material looks | 1 | 6 |
| Seen them advertised/advertised on TV | - | 1 |
| Miscellaneous answers | 6 | 9 |

## REASONS FOR RECOGNIZING WRANGLER BRAND OF JEANS

Q. 2c -    Why do you associate the pocket with that brand of jeans?

|  | SEQUENCE VIEWED WRANGLER |
|---|---|
| BASE: Those Who Thought Brand Of Jeans Was Wrangler | (202) |
|  | % |
| REFER TO STITCHING/DESIGN (NET) | 94 |
| Refer to design (subnet) | 71 |
| Refer to pocket design/symbol (W, V) | 67 |
| Refer to pocket design/symbol (nonspecific) | 4 |
| Refer to stitching (subnet) | 23 |
| Shape/design of stitching (W, V) | 18 |
| Stitching (general) | 3 |
| Shape/design of stitching (nonspecific) | 1 |
| Orange stitching | * |
| Recognize them/own them/wear them | 13 |
| Look faded/worn | * |
| By the way the material looks | 2 |
| Seen them advertised/advertised on TV | 4 |
| Miscellaneous answers | 1 |

*Less than 0.5%

## NUMBER OF PAIRS OF JEANS CURRENTLY OWNED

| | TOTAL |
|---|---|
| BASE: Total Sample | (317) |
| | % |
| 1 - 2 | 9 |
| 3 | 15 |
| 4 | 12 |
| 5 | 14 |
| 6 | 11 |
| 7 - 9 | 19 |
| 10 - 12 | 11 |
| 13 - 19 | 6 |
| 20 or more | 3 |
| | 100 |
| Mean Number Of Jeans Owned | 6.6 |

BRANDS OF JEANS CURRENTLY OWNED

|                              | TOTAL |
|------------------------------|------:|
| BASE: Total Sample           | (317) |
|                              | %     |
| Levi's                       | 62    |
| Lee                          | 38    |
| Jordache                     | 18    |
| Calvin Klein                 | 12    |
| Wrangler                     | 11    |
| Sergio Valente               | 10    |
| Sasson                       | 10    |
| Guess                        | 8     |
| Gitanos                      | 7     |
| Gloria Vanderbilt            | 5     |
| Chic                         | 5     |
| Bon Jour                     | 3     |
| Gap                          | 3     |
| Brittania                    | 3     |
| Zena                         | 2     |
| J. C. Penney's/Plain Pockets | 2     |
| Jou Jou                      | 2     |
| Polo/Ralph Lauren            | 1     |
| Bill Blass                   | 1     |
| Jag                          | 1     |
| Sears/Toughskins             | *     |
| Miscellaneous answers        | 18    |
| Don't know/no answer         | 1     |

*Less than 0.5%

DEMOGRAPHIC INFORMATION

TOTAL

BASE:  Total Sample

(317)

%

AGE OF RESPONDENT

| 14 - 18 (Net) | 50 |
|---|---|
| 14 | 17 |
| 15 | 10 |
| 16 | 9 |
| 17 | 10 |
| 18 | 4 |

| 19 - 35 (Net) | 50 |
|---|---|
| 19 | 7 |
| 20 | 5 |
| 21 | 6 |
| 22 - 24 | 13 |
| 25 - 27 | 9 |
| 28 - 35 | 10 |
| | 100 |

EDUCATION OF RESPONDENT'S HEAD OF HOUSEHOLD

| Grammar school | 3 |
|---|---|
| Some high school | 3 |
| Completed high school | 35 |
| Some college | 16 |
| Completed college | 34 |
| Graduate school | 7 |
| Other | * |
| Don't know/no answer | 2 |
| | 100 |

EMPLOYMENT OF RESPONDENT'S HEAD OF HOUSEHOLD

| Employed | 92 |
|---|---|
| Full-time | 87 |
| Part-time | 5 |
| Not employed | 8 |
| | 100 |

*Less than 0.5%

(CONTINUED)

DEMOGRAPHIC INFORMATION (CONTINUED)

|  | TOTAL |
|---|---|
|  | (317) |
| BASE: Total Sample | % |

MARITAL STATUS OF RESPONDENT'S HEAD OF HOUSEHOLD

|  | |
|---|---|
| Married | 71 |
| Single | 29 |
|  | 100 |

RESPONDENT'S TOTAL ANNUAL HOUSEHOLD INCOME

|  | |
|---|---|
| Under $10,000 | 3 |
| $10,000 - $14,999 | 6 |
| $15,000 - $19,999 | 8 |
| $20,000 - $29,999 | 16 |
| $30,000 or more | 37 |
| Don't know/no answer | 30 |
|  | 100 |

REASONS FOR ASSOCIATING LEVI'S JEANS WITH LEVI'S - Q. 2c, 3c, 4c

Verbatim Testimony


RESP. NO.

1201    "The way the design is on the back of the pocket."

1202    "Most of my blue jeans are Levi's.  The curve in the inside of the pocket comes up there on the stitching, those are Levi's."

1203    "I have a pair.  The design on the pocket."

1205    "Because that's what I am wearing.  The design is stitched on the pocket."

1206    "It's got a bird design picture in the stitching."

1207    "The design is familiar because I wear them.  I recognize the design."

1208    "Because all my Levi's look like that."

1211    "Because I wear them all the time."

1212    "Because of the V thing on the pocket."

1213    "It's like an arch on it."

1214    "That is their design with the little point."

1215    "The stitching is like those that I have."

1216    "I have some Levi jeans with pockets like that with that emblem."

1217    "The pocket is plain with an arch stitched on it."

1218    "Famous jeans.  They've been around so long.  The symbol, the stitching."

1220    "The design on the pocket."

1221    "I have a pair at home and they're like that.  No particular reason."

1222    "It has the same design on the pocket as mine."

1223    "By the way it's shaped.  The way the design is shaped."

1224    "The stitch on them."

REASONS FOR ASSOCIATING LEVI'S JEANS WITH LEVI'S - Q. 2c, 3c, 4c -
Verbatim Testimony - (CONTINUED)

RESP. NO.

1225    "By the shape of the lines on the pocket."

1226    "Because of the V shape on the pocket."

1227    "It has the V in it."

1228    "Because of the faded appearance of the jeans."

1230    "The stitching on the pocket."

1231    "That's what I see on Levi's. That's the way their pockets
        are stitched."

1233    "That's what my husband wears. The stitching looks like
        Levi."

1234    "The design on the pocket. Because of the stitching design
        on the pocket."

1235    "I don't know, I've always seen it. I just recognize it as
        Levi's. The stitching."

1238    "The stitching on the pocket is Levi's."

1239    "It's the brand I wear and it's what the pocket looks like.
        Plain pocket, not a lot of fancy stitching but plain."

1240    "It's what I buy. Just the way the stitching is on the
        pocket."

1241    "I have four pair. The stitching is familiar."

1243    "It looks like what they have on the back of their pocket.
        The stitching on the pocket."

1244    "It's really familiar. The orange stitching and the V."

1245    "I own a couple pair. They have stitching that looks almost
        like an arch."

1246    "The stitching and because they are faded."

1247    "The design, the way it goes to a V is Levi's."

1250    "The stitching on the pocket is familiar."

1251    "The way the stitching is shaped on the pocket."

1254    "The sewn part on the pocket, the design.

1255    "It's their trademark, their design on all their jeans."

REASONS FOR ASSOCIATING LEVI'S JEANS WITH LEVI'S - Q. 2c, 3c, 4c -
Verbatim Testimony - (CONTINUED)

RESP. NO.

2202    "It has the little line that goes up and down.  Pocket is
        angled and then even."

2203    "The symbol, trademark is the one I always see on Levi's."

2205    "The little design that I know is Levi's.  The color of the
        stitching."

2206    "The only brand I've seen that has that pocket."

2208    "That's what it looks like to me.  I have a pair."

2209    "The design."

2210    "I've worn Levi's and that's how I know the symbol."

2211    "By the stitching and design."

2212    "The little symbol on the pocket.  The stitching."

2213    "The pockets are very ordinary."

2214    "The design on it."

2215    "I have them.  All my jeans are 501 Levi's."

2216    "The V on the pocket."

2218    "Because one of them must have been Levi's.  Because they
        are so popular."

2219    "They always look the same.  That particular pocket."

2221    "A cotton look and the stitching on the pocket."

2222    "The pattern on the pocket tells me it's Levi's."

2223    "The orange brand stitching mark."

2225    "I own a pair.  Familiar and popular."

2227    "Because that's what I wear."

2228    "I have a pair for a long time.  I know that brand."

2229    "I have them."

2230    "The stitching on the back pocket."

REASONS FOR ASSOCIATING LEVI'S JEANS WITH LEVI'S - Q. 2c, 3c, 4c -
Verbatim Testimony - (CONTINUED)

RESP. NO.

3248    "I have a pair like that, the stitching, the design, pattern
        and shape."

3249    "Had that little arch. That's what Levi has. The fit
        looked like Levi. The fit was good."

3250    "The stitch. The two arches."

3251    "It's always been on the back of Levi's jeans. A V."

3254    "Because of the V. It almost looks like a W."

3255    "Has the curved V stitching. That's the only brand that has
        that curved V."

<u>REASONS FOR ASSOCIATING LOIS JEANS WITH LEVIS - Q. 2c, Q, 3c, Q. 4c</u>
<u>Verbatim Comments</u>

<u>RESP. NO.:</u>

1102    "It's the kind I have and I recognize them."

1103    "The stitching.  It looks like a drawing of a sea gull."

1106    "Because of the V."

1113    "Because it's the same design on the back pocket of Levi's except the tip doesn't come down as far on this one."

1116    "It was big and down low and by the stitching."

1117    "Because of the lines and the stitching on it."

1120    "By the way it is sewn.  The upside down arch."

1121    "The little emblem that comes down."

1125    "Because the stitching goes in a V."

1126    "My brother has them and if I remember right, I think the design on the pocket looked like that."

1127    "It looks like the Levi pocket.  The design goes down in the middle and then back up."

1129    "It has the little 'm' or whatever it is on it."

1130    "It has the stitching on the pocket like Levi's."

1133    "Because that's the way their pocket is.  The stitching dips down."

1136    "Some Levi's have that curved stitching on the pocket."

1138    "Because of the commercials.  I know the design of stitching."

1141    "I think that's what they have on them.  The stitched design."

1146    "Because of the stitching.  It looks like Levi's."

REASONS FOR ASSOCIATING LOIS JEANS WITH LEVI'S - Q. 2c, 3c, 4c - CONTINUED

RESP. NO.:

1148    "The shape of the design."

1149    "The stitch work."

1150    "That is the only brand I wear.  The design is like Levi."

1152    "Because of the emblem on the back pocket.  The pocket has a thicker material."

2101    "I've purchased them.  They look familiar."

2103    "Looked like the pocket on Levi's."

2104    "I know the symbol.  I have Levi's."

2105    "I know the symbol.  I have 6 pairs."

2106    "Looks like Levi's.  The shape of the symbol."

2108    "The stitching."

2112    "I just know it's Levi's.  The way the seams are made and the pocket."

2115    "The fabric and the faded look."

2116    "I recognize the stitching.  It looks like a brand."

2121    "Because they look worn.  They look like Levi's."

2122    "Because of the way they are worn."

2124    "The design on the pocket.  The V."

2125    "501's, that's what they were."

2127    "The kind of design on the pocket."

2128    "The design I just bought for my son.  The Levi's."

2130    "The way the design is sewn."

2133    "The design.  The way they are faded."

2134    "I know the insignia.  I have a pair."

2137    "The design looked like Levi.  The stitching."

2138    "Because of the design of the pocket.  It's just like the one I have."

REASONS FOR ASSOCIATING LOIS JEANS WITH LEVI'S - Q. 2c, 3c, 4c -
CONTINUED

RESP. NO.

2139    "The Levi's I have have the same configuration."

2141    "They all look the same.  Everyone wears them."

2145    "I have some.  They (the Levi's) all look alike."

2146    "I have a pair.  That's Levi's."

2147    "I wear them.  The symbol looks familiar."

2149    "Looks like the type on my Levi's."

2152    "They are rugged and faded looking.  Western style."

3101    "The shape of the design on the pocket looks like Levi jeans."

3105    "It looks like it.  The design."

3108    "The way it looks from the pocket.  They look better than Wrangler's, more worn in."

3109    "It's just plain.  The way it's shaped on the pocket."

3111    "Because the V is on the pocket."

3112    "Because of the V on the pocket."

3115    "The design on the pocket is like Levi's.  The look of the denim, too."

3117    "Because of the denim.  The pocket design."

3120    "Because Levi's design is similar if not exactly like that one on the pocket."

3121    "It's not Levi's, but it looks like it.  The V looks like Levi's jeans."

3122    "I always used to buy Levi's and this design on the pocket looks like the design on Levi's jeans."

3123    "Because that looks like the design on the pocket of Levi's jeans."

3131    "That's what I usually buy.  That's how the pocket looks."

3134    "I'm guessing.  I just think it is.  It's not that good of a design.  It's plain."

REASONS FOR ASSOCIATING LOIS JEANS WITH LEVI'S - Q. 2c, 3c, 4c - (CONTINUED)

RESP. NO.

3136    "The design on the pocket. Looks like their design."

3143    "Because of the stitching on the pocket. The design."

3144    "Has the same design on pocket. The V."

3145    "Levi/Gap. I'm not sure. I feel I should know that one. It's familiar."

3148    "Similar to Levi, but I know it wasn't. The V on the pocket. The V was more rounded and the point in the middle went down."

3151    "The stitching. The way the curve came down."

3153    "The design. The curvature looks familiar."

BRUNO & RIDGWAY RESEARCH ASSOCIATES, INC.
PRINCETON, NJ 08540 (609) 452-8282

2231-MTJL
8/84

## JEANS AWARENESS STUDY

RESPONDENT'S NAME:_____

ADDRESS:_____

CITY:_____ STATE:_____ ZIP:_____

TELEPHONE NO.: (AREA CODE)_____ (NUMBER)_____

DATE OF INTERVIEW:_____ LENGTH OF INTERVIEW:_____ MINS.

INTERVIEWER'S NAME:_____

QUOTA
1( ) Male 14-18
2( ) Male 19-35

3( ) Female 14-18
4( ) Female 19-35

CITY
1( ) St. Louis
2( ) Los Angeles
3( ) Edison

TAPE SHOWN

Letter _____

---

INTRODUCTION: (READ VERBATIM)

I'm ____ from Bruno & Ridgway Research in Princeton, NJ. Today we are conducting a study about clothing among males and females aged 14-35.

1a.  Are you in this age group, or not?

   ( ) Yes - (CONTINUE)               ( ) No - (TERMINATE & TALLY)

            1   2   3   4   5   6   7   8   9   0   X   Y

1b.  What is your age, please?

            _____ YEARS

1c.  Have you, yourself, been interviewed on this or any other subject in this mall in the past six months or so?

   ( ) Yes - (TERMINATE & TALLY)         ( ) No - (CONTINUE)

            1   2   3   4   5   6   7   8   9   0   X   Y

1d.  Are you or is anyone in your household currently employed by any of the following... LIST)



|                          | YES | NO  |
|--------------------------|-----|-----|
| A clothing manufacturer  | ( ) | ( ) |
| A law firm               | ( ) | ( ) |
| A market research company| ( ) | ( ) |
| An advertising agency    | ( ) | ( ) |

(IF "YES" TO ANY OF THE ABOVE, TERMINATE & TALLY.  OTHERWISE, CONTINUE.)

            1   2   3   4   5   6   7   8   9   0   X   Y

1e.  Which of the following products have you, yourself, purchased or selected for your own use in the past year?  (READ LIST)

|                          | YES  | NO   |
|--------------------------|------|------|
| A bathing suit           | ( )  | ( )  |
| Blue jeans               | ( )  | ( )  |
| Running shoes or sneakers| ( )  | ( )  |

(IF "BLUE JEANS" NOT MENTIONED, TERMINATE & TALLY.  OTHERWISE, CONTINUE.)

1   2   3   4   5   6   7   8   9   0   X   Y

1f.  Now I'd like to show you a video recording of some denim jeans.  (INVITE RESPONDENT TO ENCLOSED AREA AND SEAT HIM/HER.)

(SHOW VIDEO TAPE CIRCLED BELOW.  MAKE SURE TAPE HAS BEEN REWOUND.  SHOW FIRST SEGMENT ONLY.)

A    B    C    D    E    F

## FIRST SEGMENT

2a.   Do you associate the pocket on those jeans with any particular brand of jeans, or not?

        1( ) Yes - (CONTINUE)
        2( ) No - (SKIP TO INSTRUCTION BEFORE Q. 3a)

2b.   What brand of jeans do you associate with that pocket?

_____ (CONTINUE)

2c.   Why do you associate the pocket with that brand of jeans?

_____

_____

_____

_____

## SHOW SECOND SEGMENT ONLY NEXT

3a.   Do you associate the pocket on those jeans with any particular brand of jeans, or not?

        1( ) Yes - (CONTINUE)
        2( ) No - (SKIP TO INSTRUCTION BEFORE Q. 4a)

3b.   What brand of jeans do you associate with that pocket?

_____ (CONTINUE)

3c.   Why do you associate the pocket with that brand of jeans?

_____

_____

_____

_____

## SHOW THIRD SEGMENT ONLY NEXT

4a.   Do you associate the pocket on those jeans with any particular brand of jeans, or not?

        1( ) Yes - (CONTINUE)
        2( ) No - (SKIP TO Q. 5a)

4b.   What brand of jeans do you associate with that pocket?

_____ (CONTINUE)

4c.   Why do you associate the pocket with that brand of jeans?

_____

_____

_____

5a.  How many pairs of jeans do you, yourself, currently own?

_____ # OF PAIRS OF JEANS

5b.  What brands of jeans do you, yourself, currently own?

_____

_____

_____

6.  These last few questions are for classification purposes only.  What was the last grade of school completed by the head of your household?

1( ) Grammar school          5( ) Completed college
2( ) Some high school        6( ) Graduate school
3( ) Completed high school   7( ) Other (SPECIFY)_____
4( ) Some college            Y( ) Refused

7a.  Is the head of your household currently employed?

1( ) Yes - (CONTINUE)        2( ) No - (SKIP TO Q. 8)

7b.  Is that full-time or part-time?

1( ) Full-time               2( ) Part-time

8.  What is the marital status of the head of your household?

1( ) Married                 2( ) Single

9.  Into which of the following income categories does your annual household income fall? (READ LIST)

1( ) Under $10,000           4( ) $20,000 - $29,999
2( ) $10,000 - $14,999       5( ) $30,000 or more
3( ) $15,000 - $19,999       Y( ) Refused - (DO NOT READ)

THANK YOU FOR YOUR TIME AND COOPERATION.  YOUR OPINION COUNTS.

INTERVIEWER:  THIS RESPONDENT WILL BE RECONTACTED DIRECTLY BY BRUNO & RIDGWAY RESEARCH AS PART OF THEIR NORMAL VERIFICATION PROCEDURES.

INTERVIEWER'S SIGNATURE:_____

# Bruno & Ridgway Research Associates, Inc.

89 Washington Road
Princeton, New Jersey 08540
609-452-8282

September 20, 1984

Mr. Alfred T. Lee
Milgrim, Tomajan, Jacobs & Lee
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

SUBJECT:  Final Report: Jeans Awareness Study - 2231-MTJ

Dear Al:

Enclosed are our final reports for the above study.

Although the sample sizes used were slightly lower than some industry standards, the level of misidentification of Lois Jeans as Levi Jeans was of such magnitude (44%) as to obviate executing a larger study. From a strictly statistical standpoint, based on the sample size on which the 44% figure was obtained, the odds are that in 95 out of 100 repeat studies, the misidentification of Lois Jeans as Levi would fall between 36% and 52% (sampling error is $\pm$ 8 percentage points).

However, if it is decided to increase the sample size to bring the Levi and Lois segments up to a total of 200 interviews apiece, an additional $5,000 should be allocated and approximately 3-4 weeks time expended.

Best regards,

A. Spencer Bruno
President

ASB:pmt

Enc.

cc: Mr. Scott Bruno ✓

MEMBER OF AMA, MRA, AND CASRO (COUNCIL OF AMERICAN SURVEY RESEARCH ORGANIZATIONS)

JEANS AWARENESS STUDY

(PARTS I AND II)

Conducted For:

MILGRIM, TOMAJAN, JACOBS & LEE

December, 1984

2267-MTJL

TABLE OF CONTENTS

PAGE NUMBER

BACKGROUND INFORMATION                                    B-1

DETAILED TABLES - SECTION I
(STUDY II)

   Brands Associated With Jeans                          1

   Reasons For Recognizing Levi's Brand Of Jeans        2

   Reasons For Recognizing Wrangler Brand Of Jeans      3

   Number Of Pairs Of Jeans Currently Owned             4

   Brands Of Jeans Currently Owned                      5

   Demographic Information                               6

DETAILED TABLES - SECTION II -
(STUDIES I AND II COMPARED)

   Brands Associated With Jeans                          8

   Reasons For Recognizing Levi's Brand Of Jeans        9

   Reasons For Recognizing Wrangler Brand Of Jeans      10

   Number Of Pairs Of Jeans Currently Owned             11

   Brands Of Jeans Currently Owned                      12

   Demographic Information                               13

DETAILED TABLES - SECTION III -
(STUDIES I AND II COMBINED)

   Brands Associated With Jeans                          15

   Reasons For Recognizing Levi's Brand Of Jeans        16

   Reasons For Recognizing Wrangler Brand Of Jeans      17

   Number Of Pairs Of Jeans Currently Owned             18

   Brands Of Jeans Currently Owned                      19

   Demographic Information                               20

QUESTIONNAIRE

BACKGROUND INFORMATION

## BACKGROUND INFORMATION

TITLE:      Jeans Awareness Study (STUDY II) - 2267-MTJL

CLIENT:     Milgrim, Tomajan, Jacobs & Lee

PURPOSE:    The purpose of this study was to obtain a measurement of
            consumer recognition of the back pocket design of four pairs
            of denim jeans.

METHOD:     Personal interviews were conducted in three separate shopping
            mall locations.  After screening for eligible respondents on
            the mall floor, respondents were taken to the field service
            offices for the remainder of the interview.

            Each respondent was seated six feet from a television monitor
            and shown three visual sequences of the same male model
            wearing three different pairs of jeans.  In each sequence the
            model walked approximately four paces and stopped.  The camera
            then zoomed in on a back pocket of the jeans.  All labeling
            was removed from the jeans so that the respondent was cued
            only by the pocket design itself.

            One half of the sample was exposed to jeans manufactured by:

                    Levi's (prewashed)
                    Wrangler
                    Penney's (Plain pocket on which a triangle design had
                            been stitched as a "control" design)

            The other half:

                    Lois (prewashed)
                    Wrangler
                    Penney's (Same design as above)

            The order of jeans shown on the video tape was rotated from
            respondent to respondent to avoid possible position bias.

After each sequence, the following information was obtained:

-- Whether the respondent associated the pocket on the jeans with any particular brand of jeans

-- If so, brand of jeans associated with the pocket

-- Reasons for associating the pocket with the brand of jeans

After all three sequences were shown and the above questions asked, the following information was obtained:

-- Number of jeans currently owned

-- Brands of jeans currently owned

-- Demographic information

SAMPLE:     Qualified respondents were males and females aged 14-35 who have purchased or selected for their own use blue jeans in the past year.  A total of 320 interviews were completed.

CONTROLS:   On-site field supervisors were briefed by Bruno & Ridgway staff members in each market.  Interviewers were instructed to read all questions verbatim, to record answers verbatim, and to probe to clarify any ambiguous statements.  All interviewers were cautioned against prompting respondents; only general probes such as "Why do you say that?" were considered permissible.  Interviewers were informed that up to 100% of their work would be validated.

4

B-3

MARKETS:   Atlanta, GA; Denver, CO; Portland, OR

TIMING:    Interviewing took place between October 25 and November 5, 1984.


NOTE:      In August, 1984, Part I of this study was conducted in Edison, New Jersey, Los Angeles, CA and St. Louis, Missouri among a sample of 317 males and females aged 14-35 who were jeans purchasers. The methodology and questionnaire were identical to that used in Part II of this study.

Section 1 of this report presents the results of Part II.

Sections 2 and 3 present the results of Part I and Part II compared and then, combined to achieve the maximum statistical stability.

SECTION I

JEANS AWARENESS STUDY

(STUDY II ONLY)

. . 2

REASONS FOR RECOGNIZING LEVI'S BRAND OF JEANS

Q. 2c - Why do you associate the pocket with that brand of jeans?

|  | SEQUENCE VIEWED INCLUDED: | |
|---|---|---|
|  | LEVI'S | LOIS |
| BASE:  Those Who Thought Brand Of Jeans Was Levi's | (136) | ( 67) |
|  | % | % |
| REFER TO DESIGN/STITCHING (NET) | 92 | 85 |
| Refer To Design (subnet) | 49 | 55 |
| Refer to pocket design/symbol (nonspecific) | 26 | 42 |
| Refer to pocket design | 23 | 13 |
| Refer To Stitching (subnet) | 44 | 33 |
| Shape/design of stitching | 19 | 16 |
| Shape/design of stitching (nonspecific) | 13 | 10 |
| Stitching (general) | 12 | 1 |
| Orange stitching | 1 | - |
| Yellow stitching | 1 | 7 |
| Miscellaneous stitching comments | 1 | - |
| Recognize them/own them/wear them | 40 | 52 |
| Shape of the pocket | 9 | 13 |
| Look faded/worn | 6 | 3 |
| By the way the material looks | 3 | 1 |
| Rivets/studs | 2 | 4 |
| Seen them advertised/advertised on TV | 1 | - |
| Miscellaneous answers | 6 | 2 |

REASONS FOR RECOGNIZING WRANGLER BRAND OF JEANS

Q. 2c - Why do you associate the pocket with that brand of jeans?

SEQUENCE VIEWED INCLUDED

| | WRANGLER |
|---|---|
| BASE:  Those Who Thought Brand Of | (237) |
| Jeans Was Wrangler | % |
| REFER TO DESIGN/STITCHING (NET) | 97 |
| Refer To Design (subnet) | 75 |
| Refer to pocket design | 70 |
| Refer to pocket design/symbol (nonspecific) | 5 |
| Refer To Stitching (subnet) | 24 |
| Shape/design of stitching | 21 |
| Yellow stitching | 3 |
| Stitching (general) | * |
| Shape/design of stitching (nonspecific) | * |
| Miscellaneous stitching comments | * |
| Recognize them/own them/wear them | 16 |
| Shape of the pocket | 4 |
| Seen them advertised/advertised on TV | 3 |
| By the way the material looks | 3 |
| Rivets/studs | 1 |
| Look faded/worn | 1 |
| Miscellaneous answers | 2 |
| Don't know/no answer | * |

*Less than 0.5%

SECTION II

JEANS AWARENESS STUDY

(STUDY I COMPARED TO STUDY II)

.·8

## BRANDS ASSOCIATED WITH JEANS

Q. 2a,b   Do you associate the pocket on those jeans with any particular
          brand of jeans, or not?  What brand of jeans do you associate
          with that pocket?

| | LEVI'S | | LOIS | | WRANGLER | | CONTROL | |
|---|---|---|---|---|---|---|---|---|
| | STUDY | | STUDY | | STUDY | | STUDY | |
| | I | II | I | II | I | II | I | II |
| BASE:  Total Who Viewed | (158) | (159) | (159) | (161) | (317) | (320) | (317) | (320) |
| ASSOCIATE POCKET OF JEANS WITH A SPECIFIC BRAND | 87 | 93 | 57 | 57 | 70 | 82 | 6 | 6 |
| Levi's | 72 | 86 | 44 | 42 | 3 | 4 | * | 2 |
| Wrangler | 8 | 3 | 4 | 6 | 64 | 74 | * | 1 |
| Lee | 4 | 2 | 4 | 4 | 2 | 2 | * | * |
| Sergio Valente | 1 | - | 1 | - | - | - | - | - |
| Sears/Toughskins | 1 | - | - | 1 | - | - | - | - |
| Calvin Klein | - | 1 | 2 | - | - | - | 1 | - |
| J. C. Penney's | - | 1 | 1 | 1 | * | 1 | - | * |
| Sasson | - | - | 1 | - | - | - | - | - |
| Polo/Ralph Lauren | - | - | 1 | - | - | - | - | - |
| Jou Jou | - | - | 1 | - | - | - | - | 1 |
| Jordache | - | - | - | 1 | 1 | * | - | - |
| Brittania | - | - | - | 1 | * | - | - | * |
| Guess | - | - | - | - | - | - | 2 | 1 |
| Zena | - | - | - | - | - | - | 1 | - |
| Gitanos | - | - | - | - | - | - | * | - |
| Lois | - | - | - | - | - | - | - | - |
| Miscellaneous answers | - | - | 1 | 2 | * | 2 | * | 2 |
| Don't know/no answer | 1 | - | 1 | 2 | 1 | 1 | 1 | - |
| DO NOT ASSOCIATE POCKET OF JEANS WITH A SPECIFIC BRAND | 13 | 7 | 43 | 43 | 30 | 18 | 94 | 94 |

*Less than 0.5%

REASONS FOR RECOGNIZING LEVI'S BRAND OF JEANS

Q. 2c - Why do you associate the pocket with that brand of jeans?

| | SEQUENCE VIEWED INCLUDED: | | | |
| | LEVI'S | | LOIS | |
| | STUDY | | STUDY | |
| | I | II | I | II |
| BASE: Those Who Thought Brand Of Jeans Was Levi's | (114) | (136) | ( 70) | ( 67) |
| | % | % | % | % |
| REFER TO STITCHING/DESIGN (NET) | 75 | 92 | 76 | 85 |
| Refer to stitching (subnet) | 39 | 44 | 26 | 33 |
| Stitching (general) | 17 | 12 | 10 | 2 |
| Shape/design of stitching (nonspecific) | 11 | 13 | 7 | 10 |
| Shape/design of stitching (W, V) | 7 | 19 | 9 | 16 |
| Orange stitching | 3 | 2 | - | - |
| Color of stitching | 2 | 1 | - | - |
| Miscellaneous stitching comments | 1 | 1 | - | - |
| Refer to design (subnet) | 39 | 49 | 50 | 55 |
| Refer to pocket design/symbol (nonspecific) | 28 | 26 | 40 | 42 |
| Refer to pocket design/symbol (W, V) | 11 | 23 | 10 | 13 |
| Recognize them/own them/wear them | 39 | 40 | 29 | 52 |
| Look faded/worn | 2 | 6 | 9 | 3 |
| By the way the material looks | 1 | 3 | 6 | 2 |
| Seen them advertised/advertised on TV | - | 2 | 1 | - |
| Miscellaneous answers | 6 | 6 | 9 | 2 |

REASONS FOR RECOGNIZING WRANGLER BRAND OF JEANS

Q. 2c - Why do you associate the pocket with that brand of jeans?

| | SEQUENCE VIEWED | |
| --- | --- | --- |
| | WRANGLER | |
| | STUDY | |
| | I | II |
| BASE:  Those Who Thought Brand Of Jeans Was Wrangler | (202) | (237) |
| | % | % |
| REFER TO STITCHING/DESIGN (NET) | 94 | 97 |
| Refer to design (subnet) | 71 | 75 |
| Refer to pocket design/symbol (W, V) | 67 | 70 |
| Refer to pocket design/symbol (nonspecific) | 4 | 5 |
| Refer to stitching (subnet) | 23 | 24 |
| Shape/design of stitiching (W, V) | 18 | 21 |
| Stitching (general) | 3 | * |
| Shape/design of stitching (nonspecific) | 1 | * |
| Orange stitching | * | 3 |
| Recognize them/own them/wear them | 13 | 16 |
| Look faded/worn | * | 1 |
| By the way the material looks | 2 | 3 |
| Seen them advertised/advertised on TV | 4 | 3 |
| Miscellaneous answers | 1 | 2 |

*Less than 0.5%

.11

NUMBER OF PAIRS OF JEANS CURRENTLY OWNED

| | TOTAL | |
|---|---|---|
| | STUDY | |
| | I | II |
| BASE: Total Sample | (317) | (320) |
| | % | % |
| 1-2 | 9 | 12 |
| 3 | 15 | 6 |
| 4 | 12 | 10 |
| 5 | 14 | 13 |
| 6 | 11 | 17 |
| 7-9 | 19 | 21 |
| 10-12 | 11 | 14 |
| 13-19 | 6 | 3 |
| 20 or more | 3 | 4 |
| Mean Number Of Jeans Owned | 6.6 | 7.1 |

### BRANDS OF JEANS CURRENTLY OWNED

|  | TOTAL | |
|---|---|---|
|  | STUDY | |
|  | I | II |
| BASE:  Total Sample | (317) | (320) |
|  | % | % |
| Levi's | 62 | 76 |
| Lee | 38 | 19 |
| Jordache | 18 | 11 |
| Calvin Klein | 12 | 14 |
| Wrangler | 11 | 14 |
| Sergio Valente | 10 | 4 |
| Sasson | 10 | 6 |
| Guess | 8 | 3 |
| Gitanos | 7 | 3 |
| Gloria Vanderbilt | 5 | 6 |
| Chic | 5 | 5 |
| Bon Jour | 3 | 1 |
| Gap | 3 | 1 |
| Brittania | 3 | 8 |
| Zena | 2 | 1 |
| J. C. Penney's/Plain Pockets | 2 | - |
| Jou Jou | 2 | 1 |
| Polo/Ralph Lauren | 1 | - |
| Bill Blass | 1 | - |
| Jag | 1 | - |
| Sears/Toughskins | * | 1 |
| Miscellaneous answers | 18 | 24 |
| Don't know/no answer | 1 | 1 |

*Less than 0.5%

DEMOGRAPHIC INFORMATION

|  | TOTAL | |
|---|---|---|
|  | STUDY | |
|  | I | II |
| BASE:  Total Sample | (317) | (320) |
|  | % | % |

AGE OF RESPONDENT

| 14-18 (Net) | 50 | 50 |
|---|---|---|
| 14 | 17 | 9 |
| 15 | 10 | 6 |
| 16 | 9 | 11 |
| 17 | 10 | 11 |
| 18 | 4 | 13 |

| 19-35 (Net) | 50 | 50 |
|---|---|---|
| 19 | 7 | 5 |
| 20 | 5 | 8 |
| 21 | 6 | 6 |
| 22-24 | 13 | 12 |
| 25-27 | 9 | 6 |
| 28-35 | 10 | 13 |

EDUCATION OF RESPONDENT'S HEAD OF HOUSEHOLD

| Grammar school | 3 | 2 |
|---|---|---|
| Some high school | 3 | 6 |
| Completed high school | 35 | 33 |
| Some college | 16 | 22 |
| Completed college | 34 | 28 |
| Graduated school | 7 | 7 |
| Other | * | 1 |
| Don't know/no answer | 2 | 1 |

EMPLOYMENT OF RESPONDENT'S HEAD OF HOUSEHOLD

| Employed | 92 | | 93 | |
|---|---|---|---|---|
| Full-time | | 87 | | 89 |
| Part-time | | 5 | | 4 |
| Don't know/no answer | | - | | * |
| Not Employed | 8 | | 7 | |

*Less than 0.5%

(CONTINUED)

DEMOGRAPHIC INFORMATION (CONTINUED)

|  | TOTAL | |
|---|---|---|
|  | STUDY | |
|  | I | II |
| BASE:  Total Sample | (317) | (320) |
|  | % | % |

MARITAL STATUS OF RESPONDENT'S HEAD OF HOUSEHOLD

| | | |
|---|---|---|
| Married | 71 | 65 |
| Single | 29 | 35 |

RESPONDENT'S TOTAL ANNUAL HOUSEHOLD INCOME

| | | |
|---|---|---|
| Under $10,000 | 3 | 5 |
| $10,000 - $14,999 | 6 | 11 |
| $15,000 - $19.999 | 8 | 15 |
| $20,000 - $29,999 | 16 | 22 |
| $30,000 or more | 37 | 35 |
| Don't know/no answer | 30 | 12 |

SEX OF RESPONDENT

| | | |
|---|---|---|
| Male | 50 | 49 |
| Female | 50 | 51 |

## SECTION III

### JEANS AWARENESS STUDY

(STUDIES I AND II COMBINED)

.15

## BRANDS ASSOCIATED WITH JEANS

Q. 2a,b - Do you associate the pocket on those jeans with any particular
          brand of jeans, or not?  What brand of jeans do you associate with
          that pocket?

|                                                        | LEVI'S | LOIS  | WRANGLER | CONTROL |
|--------------------------------------------------------|--------|-------|----------|---------|
| BASE:  Total Who Viewed Each Sequence                  | (317)  | (320) | (637)    | (637)   |
|                                                        | %      | %     | %        | %       |
| ASSOCIATE POCKET OF JEANS WITH A SPECIFIC BRAND        | 90     | 57    | 76       | 6       |
| Levi's                                                 | 79     | 43    | 3        | 1       |
| Wrangler                                               | 5      | 5     | 69       | *       |
| Lee                                                    | 3      | 4     | 2        | *       |
| Sergio Valente                                         | 1      | *     | -        | -       |
| J. C. Penney's                                         | *      | 1     | *        | *       |
| Calvin Klein                                           | *      | 1     | -        | *       |
| Sears/Toughskins                                       | *      | *     | -        | -       |
| Jordache                                               | -      | 1     | 1        | -       |
| Brittania                                              | -      | 1     | *        | *       |
| Jou Jou                                                | -      | *     | -        | *       |
| Sasson                                                 | -      | *     | -        | -       |
| Polo/Ralph Lauren                                      | -      | *     | -        | -       |
| Guess                                                  | -      | -     | -        | 1       |
| Zena                                                   | -      | -     | -        | *       |
| Gitanos                                                | -      | -     | -        | *       |
| Lois                                                   | -      | -     | -        | -       |
| Miscellaneous answers                                  | 1      | 1     | 1        | 1       |
| Don't know/no answer                                   | 1      | 1     | 1        | *       |
| DO NOT ASSOCIATE POCKET OF JEANS WITH A SPECIFIC BRAND | 10     | 43    | 24       | 94      |

*Less than 0.5%

REASONS FOR RECOGNIZING LEVI'S BRAND OF JEANS

Q. 2c - Why do you associate the pocket with that brand of jeans?

| | SEQUENCE VIEWED INCLUDED: | |
|---|---|---|
| | LEVI'S | LOIS |
| BASE: Those Who Thought Brand Of Jeans Was Levi's | (250) | (137) |
| | % | % |
| REFER TO STITCHING/DESIGN (NET) | 84 | 80 |
| Refer to design (subnet) | 44 | 53 |
| Refer to pocket design/symbol (nonspecific) | 27 | 41 |
| Refer to pocket design/symbol (W, V) | 17 | 12 |
| Refer to stitching (subnet) | 42 | 29 |
| Shape/design of stitching (W, V) | 14 | 12 |
| Stitching (general) | 14 | 6 |
| Shape/design of stitching (nonspecific) | 12 | 9 |
| Orange stitching | 2 | - |
| Color of stitching | 1 | - |
| Yellow stitching | * | 4 |
| Miscellaneous stitching comments | 1 | - |
| Recognize them/own them/wear them | 39 | 40 |
| Shape of the pocket | 5 | 7 |
| Look faded/worn | 4 | 6 |
| By the way the material looks | 2 | 4 |
| Rivets/studs | 1 | 2 |
| Seen them advertised/advertised on TV | 1 | 1 |
| Miscellaneous answers | 6 | 5 |

*Less than 0.5%

REASONS FOR RECOGNIZING WRANGLER BRAND OF JEANS

Q. 2c - Why do you associate the pocket with that brand of jeans?

SEQUENCE VIEWED INCLUDED:

| | WRANGLER |
|---|---|
| BASE:  Those Who Thought Brand Of Jeans Was Wrangler | (439) |
| | % |
| REFER TO STITCHING/DESIGN (NET) | 95 |
| | |
| Refer to design (subnet) | 73 |
| Refer to pocket design/symbol (W, V) | 69 |
| Refer to pocket design/symbol (nonspecific) | 5 |
| | |
| Refer to stitching (subnet) | 23 |
| Shape/design of stitching (W, V) | 20 |
| Stitching (general) | 2 |
| Shape/design of stitching (nonspecific) | 1 |
| Yellow stitching | 1 |
| Orange stitching | * |
| Miscellaneous stitching comments | * |
| | |
| Recognize them/own them/wear them | 15 |
| Seen them advertised/advertised on TV | 4 |
| Shape of the pocket | 2 |
| By the way the material looks | 2 |
| Look faded/worn | 1 |
| Rivets/studs | 1 |
| Miscellaneous answers | 1 |
| Don't know/no answer | * |

*Less than 0.5%

18.

## NUMBER OF PAIRS OF JEANS CURRENTLY OWNED

|  | TOTAL |
|---|---|
| BASE:  Total Sample | (637) |
|  | % |
| 1-2 | 11 |
| 3 | 11 |
| 4 | 11 |
| 5 | 13 |
| 6 | 14 |
| 7-9 | 19 |
| 10-12 | 13 |
| 13-19 | 4 |
| 20 or more | 4 |
| Mean Number Of Jeans Owned | 6.8 |

BRANDS OF JEANS CURRENTLY OWNED

|  | TOTAL |
|---|---|
| BASE:  Total Sample | (637) |
|  | % |
| Levi's | 69 |
| Lee | 29 |
| Jordache | 15 |
| Calvin Klein | 13 |
| Wrangler | 12 |
| Sasson | 8 |
| Sergio Valente | 7 |
| Guess | 5 |
| Gitanos | 5 |
| Gloria Vanderbilt | 5 |
| Chic | 5 |
| Brittania | 5 |
| J. C. Penney's/Plain Pockets | 3 |
| James Jeans | 3 |
| Lawman | 3 |
| Seattle Blues | 3 |
| Bon Jour | 2 |
| Gap | 2 |
| Pulse | 2 |
| Normandie Rose | 2 |
| Store brand/generic | 2 |
| Zena | 1 |
| Jou Jou | 1 |
| Sears/Toughskins | 1 |
| Union Bay | 1 |
| Sarah | 1 |
| Esprit | 1 |
| Rocky Mountain | 1 |
| San Francisco | 1 |
| Polo/Ralph Lauren | * |
| Bill Blass | * |
| Jag | * |
| Miscellaneous answers | 21 |
| Don't know/no answer | 1 |

*Less than 0.5%

20

DEMOGRAPHIC INFORMATION

|  | TOTAL |
|---|---|
| BASE:  Total Sample | (637) |
|  | % |

AGE OF RESPONDENT

| 14-18 (Net) | 50 |
|---|---|
| 14 | 12 |
| 15 | 8 |
| 16 | 10 |
| 17 | 11 |
| 18 | 9 |
|  |  |
| 19-35 (Net) | 50 |
| 19 | 6 |
| 20 | 6 |
| 21 | 6 |
| 22-24 | 13 |
| 25-27 | 7 |
| 28-35 | 12 |

EDUCATION OF RESPONDENT'S HEAD OF HOUSEHOLD

| Grammar school | 2 |
|---|---|
| Some high school | 4 |
| Completed high school | 35 |
| Some college | 19 |
| Completed college | 31 |
| Graduated school | 7 |
| Other | 1 |
| Don't know/no answer | 1 |

EMPLOYMENT OF RESPONDENT'S HEAD OF HOUSEHOLD

| Employed | 92 |
|---|---|
| Full-time | 88 |
| Part-time | 4 |
| Unspecified | * |
| Not Employed | 8 |

*Less than 0.5%

(CONTINUED)

DEMOGRAPHIC INFORMATION (CONTINUED)

|  | TOTAL |
|---|---|
| BASE:  Total Sample | (637) |
|  | % |

MARITAL STATUS OF RESPONDENT'S HEAD OF HOUSEHOLD

| Married | 68 |
|---|---|
| Single | 32 |

RESPONDENT'S TOTAL ANNUAL HOUSEHOLD INCOME

| Under $10,000 | 4 |
|---|---|
| $10,000 - $14,999 | 8 |
| $15,000 - $19.999 | 11 |
| $20,000 - $29,999 | 19 |
| $30,000 or more | 37 |
| Don't know/no answer | 21 |

SEX OF RESPONDENT

| Male | 49 |
|---|---|
| Female | 51 |

QUESTIONNAIRE

BRUNO & RIDGWAY RESEARCH ASSOCIATES, INC.                    2267-MTJL
PRINCETON, NJ  08540  (609) 452-8282                         10/84

## JEANS AWARENESS STUDY - II

RESPONDENT'S NAME: _____

ADDRESS: _____

CITY: _____ STATE: _____ ZIP: _____

TELEPHONE NO.: (AREA CODE) _____ (NUMBER) _____

DATE OF INTERVIEW: _____ LENGTH OF INTERVIEW: _____ MINS.

INTERVIEWER'S NAME: _____

QUOTA
1( ) Male 14-18
2( ) Male 19-35

3( ) Female 14-18
4( ) Female 19-35

CITY
1( ) Atlanta
2( ) Denver
3( ) Portland

TAPE SHOWN

Letter _____

---

INTRODUCTION:  (READ VERBATIM)

I'm _____ from Bruno & Ridgway Research in Princeton, NJ.  Today we are conducting a study about clothing among males and females aged 14-35.

1a.    Are you in this age group, or not?

              ( ) Yes - (CONTINUE)              ( ) No - (TERMINATE & TALLY)

                    1   2   3   4   5   6   7   8   9   0   X   Y

1b.    What is your age, please?

                      _____ YEARS

1c.    Have you, yourself, been interviewed on this or any other subject in this mall in the past six months or so?

              ( ) Yes - (TERMINATE & TALLY)        ( ) No - (CONTINUE)

                    1   2   3   4   5   6   7   8   9   0   X   Y

1d.    Are you or is anyone in your household currently employed by any of the following...(R LIST)

|                              | YES  | NO   |
|------------------------------|------|------|
| A clothing manufacturer      | ( )  | ( )  |
| A law firm                   | ( )  | ( )  |
| A market research company    | ( )  | ( )  |
| An advertising agency        | ( )  | ( )  |

(IF "YES" TO ANY OF THE ABOVE, TERMINATE & TALLY.  OTHERWISE, CONTINUE.)

                    1   2   3   4   5   6   7   8   9   0   X   Y

e.  Which of the following products have you, yourself, purchased or selected for your own
    use in the past year?  (READ LIST)

|                               | YES | NO  |
|-------------------------------|-----|-----|
| A bathing suit                | ( ) | ( ) |
| Blue jeans                    | ( ) | ( ) |
| Running shoes or sneakers     | ( ) | ( ) |

(IF "BLUE JEANS" NOT MENTIONED, TERMINATE & TALLY.  OTHERWISE, CONTINUE.)

            1   2   3   4   5   6   7   8   9   0   X   Y

1f.  Now I'd like to show you a video recording of some denim jeans.  (INVITE RESPONDENT TO
     ENCLOSED AREA AND SEAT HIM/HER.)

_____

(SHOW VIDEO TAPE CIRCLED BELOW.  MAKE SURE TAPE HAS BEEN REWOUND.  SHOW FIRST SEGMENT ONLY.)


            A       B       C       D       E       F

FIRST SEGMENT

Do you associate the pocket on those jeans with any particular brand of jeans, or not?

    1( ) Yes - (CONTINUE)
    2( ) No - (SKIP TO INSTRUCTION BEFORE Q. 3a)

2b.  What brand of jeans do you associate with that pocket?

_____ (CONTINUE)

2c.  Why do you associate the pocket with that brand of jeans?

_____

_____

_____

SHOW SECOND SEGMENT ONLY NEXT

3a.  Do you associate the pocket on those jeans with any particular brand of jeans, or not?

    1( ) Yes - (CONTINUE)
    2( ) No - (SKIP TO INSTRUCTION BEFORE Q. 4a)

3b.  What brand of jeans do you associate with that pocket?

_____ (CONTINUE)

3c.  Why do you associate the pocket with that brand of jeans?

_____

_____

_____

SHOW THIRD SEGMENT ONLY NEXT

4a.  Do you associate the pocket on those jeans with any particular brand of jeans, or not?

    1( ) Yes - (CONTINUE)
    2( ) No - (SKIP TO Q. 5a)

4b.  What brand of jeans do you associate with that pocket?

_____ (CONTINUE)

4c.  Why do you associate the pocket with that brand of jeans?

_____

_____

_____