**EXHIBIT Z**

1  Gregory S. Gilchrist (Cal. Bar. No. 111536)
   Gia L. Cincone (Cal. Bar. No. 141668)
2  Nancy Lee Tang (Cal. Bar No. 148726)
   LEGAL STRATEGIES GROUP
3  5905 Christie Avenue
   Emeryville, California 94608
4  (510) 450-9600

5  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
6

7

8

9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  LEVI STRAUSS & CO.,                CASE NO. CV 99-05868 GAF (AIJx)

14           Plaintiff,                EXPERT DISCLOSURE

15       vs.

16  EDWIN INTERNATIONAL U.S.A.,
    EDWIN INTERNATIONAL, INC., and
17  DOES 1-10,

18           Defendants.

19

20  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

21       Pursuant to Federal Rules of Civil Procedure section 26, Plaintiff Levi Strauss & Co.

22  hereby discloses its expert and expert report. The information required by the applicable rules is

23  contained in the expert report attached hereto as Exhibit A.

24

25  Dated: March 12, 2001              LEGAL STRATEGIES GROUP

26
                                       By: _____
27                                         Nancy Lee Tang
                                           Attorneys for Plaintiff
28                                         LEVI STRAUSS & CO.

EXPERT DISCLOSURE
CASE NO. CV 99-05868 GAF (AIJx)

CONFIDENTIAL

LS-A&F009626
LS-A&F009626

# Report

# of Carol A. Scott, Ph.D.

## 3/9/01

CONFIDENTIAL

LS-A&F009627
LS-A&F009627

## I. Qualifications

I am a Professor of Marketing at the Anderson Graduate School of Management of the University of California, Los Angeles ("UCLA"). Over the past twenty years I have taught courses on marketing strategy and management, consumer behavior, advertising, distribution strategy, and international marketing to students in undergraduate and graduate education programs at UCLA, Harvard Business School and Ohio State University. I have written numerous journal articles and chapters in books on consumer behavior, marketing research and other marketing topics, a complete list of which is included in my Curriculum Vitae, attached hereto (Exhibit A). I have been a member of the editorial board of the *Journal of Marketing* and the *Journal of Consumer Research*. I hold a Ph.D. in Marketing from Northwestern University where my minor field of study was Social Psychology, a Masters of Science degree in Management from Northwestern University and a Bachelor of Science degree from the University of Texas at Austin in business and history education. I have significant experience as a consultant and testifying expert in consumer marketing matters.

## II. Scope of Opinion

In this particular matter, I have been asked by counsel for Levi Strauss & Company ("LS&CO.") to provide an opinion regarding (1) the recognition of LEVI'S® jeans and (2) whether consumers associate LS&CO.'s Arcuate trademark with jeans manufactured and sold by LS&CO.

2

CONFIDENTIAL

LS-A&F009628
LS-A&F009628

### III. Summary of Opinions

Having reviewed and analyzed the evidence available to me, I have determined the following:

- LEVI'S® jeans are highly recognizable.

- Consumers associate the Arcuate trademark exclusively with jeans manufactured and sold by LS&CO.

### IV. Basis of Opinion

My opinion is based on a review of brand awareness articles and brand awareness surveys, a jean recognition survey conducted under my supervision, other previous brand recognition surveys I have conducted and my professional expertise in this area. My opinion is based on information available at the time of this report and may be supplemented or revised if additional information becomes available prior to trial.

In what follows I first describe the background of LS&CO., the strength of the LS&CO. trademarks, and specifically the identification of the Arcuate trademark to LS&CO.

#### A. Background

Levi Strauss & Co. is the world's largest brand-name apparel manufacturer. The company designs, manufactures and markets branded jeans and casual sportswear for men, women and children. Products include jeans, shirts, jackets, skirts and fleecewear, primarily marketed under the LEVI'S® and Dockers® trademarks.

Since its inception in 1850 in San Francisco, Levi Strauss & Co. has grown into a worldwide leader in branded apparel. With total revenues of $5.4 billion in 1999, it ranks 24th

3

CONFIDENTIAL

LS-A&F009629
LS-A&F009629

on the *Forbes* 500 Top Private Companies.

Over the past 130 years, Levi Strauss & Co. has invested time, resources and money in developing, promoting and advertising specific product attributes, such as its Arcuate trademark, its leather patch and its pocket tab, all of which create and stimulate the awareness and goodwill of the LEVI'S® brand.

Levi Strauss & Co. has been so successful in creating and stimulating awareness of these product attributes that these attributes have become clearly identifiable with jeans, shirts and other LS&CO. products.

I have conducted numerous consumer surveys for LS&CO. measuring the strength and identification of its product features over the past 8 years. My research confirms that the consuming public associates the Arcuate trademark with LS&CO.

## B. Jean Recognition Survey

In 1997, I conducted a jean recognition survey to determine whether consumers could identify the brand of specific jeans. The survey was designed to measure the relative strength of specific brands and factors considered in brand identification.

Specifically 424 consumers, ranging in age from 18-65, were shown a video of the LEVI'S® jeans in addition to four other brands.[1] I was interested in determining whether the 424 consumers could identify the LEVI'S® jeans as an LS&CO. product and whether consumers associated specific LEVI'S® jean features (e.g., the Arcuate trademark, the red tab, the leather patch, etc.) with jeans manufactured and sold by LS&CO. All 424 consumers were prescreened to have purchased at least one pair of jeans within the past 12 months. The results of the survey

---

[1] The other four jeans were: Wrangler, Calvin Klein, Lee, Lucky/LEI.

4

CONFIDENTIAL

LS-A&F009630
LS-A&F009630

are overwhelming (see Exhibit B).

- 71% of the sample that was shown the LEVI'S® jeans, correctly identified the jeans as an LS&CO. product.
- Of those identifying the jeans as an LS&CO. product, 72% identified the Arcuate trademark as a source identifier and associated the Arcuate trademark with LS&CO.

The results of my survey confirm my expert opinion that LEVI'S® jeans are highly recognizable and consumers associate the Arcuate trademark exclusively with jeans manufactured and sold by LS&CO.

## V. Compensation

I am being compensated at an hourly rate of $425.00 and for any out of pocket expenses.

## VI. Prior Testimony

I have testified as an expert at trial or by deposition within the preceding four years in the following cases:

Juicy Whip, Inc. v. Orange Bang Inc. (Deposition, June 2000);

Maglica v. Maglica (Deposition, October 1999);

Crystal Semiconductor Corp. v. Opti Inc. et. al (Testimony, June 1999);

Synet v. Microsoft, Inc. (Testimony, July, 1998);

Cantor v. West Publishing, Inc. (Deposition, July, 1998);

5

CONFIDENTIAL

LS-A&F009631
LS-A&F009631

Visa v. Advanta National Bank (Deposition, January, 1997);

Anti-Monopoly v. Hasbro (Deposition, July, 1996);

E. Abravanal v. BeautiControl (Deposition, February, 1996);

Lotus v. Borland (Deposition, 1994);

Intel Corporation v. Cyrix Corporation, Civil Action No. 4:92cv52 (Testimony, November, 1993);

My understanding is that some of this testimony is covered by protective orders.

March 9, 2001

*Carol A. Scott* (signature)

Carol A. Scott

6

CONFIDENTIAL

LS-A&F009632
LS-A&F009632

# CAROL A. SCOTT

Anderson Graduate School of Management
University of California
Los Angeles, California 90024
(310) 825-4458
(310) 206-2019 (fax)

1834 Park Blvd.
Palo Alto, CA  94306
(650) 473-9297
(650) 473-9298 (fax)

## EDUCATION

Ph. D.       Northwestern University, June 1975
             Major Field: Marketing
             Minor Field: Social Psychology

M.S.         Northwestern University, August 1972
             Major: Management

B.S.         University of Texas at Austin, December 1970
             Major: Business and history education
             Graduated with highest honors

## TEACHING EXPERIENCE

1977 -       **University of California, Los Angeles**
             1989-       Professor of Marketing
             1980-89     Associate Professor of Marketing
             1979-80     Acting Associate Professor of Marketing
             1978-79     Assistant Professor of Marketing
             1977-78     Visiting Assistant Professor of Marketing
                         (on leave from The Ohio State University)

1985 - 1986  **Harvard Business School**
             Visiting Associate Professor, Business Administration

1974 - 1978  **The Ohio State University**
             Assistant Professor of Marketing

## ACADEMIC ADMINISTRATIVE EXPERIENCE

1995 - 1998  Faculty Director, Center for Corporate Renewal
             Founding faculty-director of school-wide research and education center.

CONFIDENTIAL

LS-A&F009633
LS-A&F009633

1990 - 94   Chairman of the Faculty, Department (School) of Management
Responsible for all matters pertaining to the approximately 100 faculty FTE in the Anderson Graduate School of Management, a single department school, including: recruiting, retention, promotions, salary adjustments, scheduling and staffing of courses, and student and peer evaluation of teaching. Manage budget and process all appointments for temporary faculty.

1987 - 91   Associate Dean, Academic Affairs
1993 - 94   Act for the dean in his absence. Responsible for all academic degree programs and support services including: full-time, Fully Employed and Executive MBA Programs, Ph.D. and M.S. Programs, Management Communications Program, Management Field Studies Office, Computing Services Center, and all interdisciplinary study centers (e.g., Entrepreneurial Studies Center, Finance and Real Estate, International Business, etc.).

1986 - 87   Assistant Dean, MBA Curriculum & Policy
Responsible for all academic policies pertaining to the full- time MBA Program. Coordinated a review of this program which resulted in revised core curriculum; implemented computerized bidding system for course enrollment.

## JOURNAL ARTICLES PUBLISHED

Robert A. Hansen and Carol A. Scott. Comments on attribution theory and advertiser credibility. *Journal of Marketing Research*, 13, May 1976.

Carol A. Scott. Effects of trial and incentives on repeat purchase behavior. *Journal of Marketing Research*, 13, August 1976.

Carol A. Scott. Modifying socially-conscious behavior: The foot-in-the-door technique. *Journal of Consumer Research*, 4, December 1977.

Carol A. Scott and Richard F. Yalch. A test of the self-perception explanation of the effects of rewards on intrinsic interest. *Journal of Experimental Social Psychology*, 14, January, 1978.

Carol A. Scott and Richard F. Yalch. Consumer response to initial product trial: A Bayesian analysis. *Journal of Consumer Research*, 7, June 1980.

Alice M. Tybout and Carol A. Scott. Availability of well-defined internal knowledge and the attitude formation process: Information aggregation versus self-perception. *Journal of Personality and Social Psychology*, 44, March 1983.

Deborah Roedder John, Carol A. Scott, and James R. Bettman. Sampling data for covariation assessment: The effect of prior beliefs on search patterns. *Journal of Consumer Research*, 13, June 1986.

James R. Bettman, Deborah Roedder John, and Carol A. Scott. Covariation assessment by consumers. *Journal of Consumer Research*, 13, December, 1986.

CONFIDENTIAL

LS-A&F009634
LS-A&F009634

James R. Bettman, Elizabeth H. Creyer, Deborah Roedder John, and Carol A. Scott. Covariation assessment in rank order data. *Behavioral Decision Making*, 1, October-December, 1988, 239-254.

## REPORTS, PRESENTATIONS, CHAPTERS IN BOOKS

Carol A. Scott, Decade of the Executive Woman, New York: Korn/Ferry, International, 1993.

Vicky L. Crittenden, Carol A. Scott, and Rowland T. Moriarty. The effects of prior product experience on organizational buying behavior. In Paul Anderson and Melanie Wallendorf eds.) *Advances In Consumer Research*, vol. 14, 1986.

James R. Bettman, Deborah Roedder, and Carol A. Scott. Consumers' assessment of covariation. In T. Kinnear (ed.), *Advances In Consumer Research*, vol. 11, 1983.

Carol A. Scott and Alice M. Tybout. Some indirect effects of case vs. base rate data on information processing strategies. In R. Bagozzi and A. M. Tybout (eds.), *Advances in Consumer Research*, 10, Association for Consumer Research, 1982. (Abstract).

Carol A. Scott. On using attribution theory to understand advertising effects. In A. Mitchell (ed), *Advances in Consumer Research*, 9, Association for Consumer Research, 1981.

Carol A. Scott. Speculations on the role of marketing and corporate communications: Some implications for practice and issues for research. In S. A. Greyser (ed.), Proceedings of the MSI Workshop on Corporate Communications, Marketing Science Institute, forthcoming.

Carol A. Scott and Alice M. Tybout. Theoretical perspectives on the impact of negative information: Does valence matter? Abstract published in K. Monroe (ed.), *Advances in Consumer Research*, 8, Association for Consumer Research, 1980

Carol A. Scott. Consumer satisfaction: Perspectives from self-perception theory. Paper presented at the American Psychological Association conference, Montreal, Canada, September, 1980.

Carol A. Scott. Forming beliefs from experience: Evidence from self-perception theory. In H. H. Kassarjian and T. S. Robertson (eds.), *Perspectives In Consumer Behavior*, 3rd edition, Scott, Foresman, 1981.

Alice M. Tybout and Carol A. Scott. Extending the self-perception explanation: The effect of cue salience on behavior. In W. L. Wilkie (ed.), *Advances in Consumer Research*, 6, Association for Consumer Research, 1979.

Carol A. Scott. Attribution theory in consumer research: Scope, issues, and contributions. Proceedings, American Marketing Association Fall Educators' Conference, S. Jain (ed.), 1978.

CONFIDENTIAL

LS-A&F009635
LS-A&F009635

Carol A. Scott. The role of self-perception processes in consumer behavior: Interpreting one's own experiences. In Keith Hunt (ed.), *Advances in Consumer Research*, 5, Association for Consumer Research.

Robert A. Hansen and Carol A Scott. Alternative approaches to assessing the quality of self-report data. In Keith Hunt (ed.), *Advances in Consumer Research*, 5, Association for Consumer Research, 1978.

Robert A. Hansen and Carol A. Scott. Improving the representativeness of survey research: Some issues and unanswered questions. Proceedings, American Marketing Association Fall Educators' Conference, 1977.

Richard F. Yalch and Carol A. Scott. Effect of initial trial of a new product on attitude-behavior consistency. In W. D. Perreault, Jr. (ed.), *Advances in Consumer Research*, 4, Association for Consumer Research, 1977.

Carol A. Scott, Researching the broadened concept of consumer behavior. In G. Zaltman and B. Sternthal (eds.), *Broadening the Concept of Consumer Behavior*. Association for Consumer Research monograph, 1975.

Brian Sternthal, Carol A. Scott, and Ruby Roy. Self-perception as a means of personal influence: The foot-in-the-door technique. In B. Anderson (ed.), *Advances in Consumer Research*, 3, Association for Consumer Research, 1975.

Carol A. Scott. Hendley distributors. Consumer behavior research case in Gerald Zaltman, Philip C. Burger, and Randall L. Schultz, *Cases in Marketing Research*, New York: Dryden Press, 1975.

## AWARDS

1984        Outstanding Teacher of the Year, presented by MBA students at the Graduate School of Management, UCLA.

## GRANTS RECEIVED (non-university)

New Roles for Corporate Communications. Grant received from the Marketing Science Institute (with James R. Bettman, Richard J. Lutz, and Barton A. Weitz), December 1980 - May 1981.

## SELECTED PROFESSIONAL ACTIVITIES

Academic Advisory Council, Marketing Science Institute, 1987 to 1990

Editorial Boards:
    Journal of Marketing Research, December 1975 to July 1985
    Journal of Marketing, July 1978 to July 1986; January 1991 - August 1993
    Journal of Consumer Research, December 1980 -



Occasional reviewer, Journal of Personality and Social Psychology and Journal of Applied Psychology

Distinguished lecturer at University of Pennsylvania (1978), University of Washington

CONFIDENTIAL

LS-A&F009636
LS-A&F009636

(1979), University of Florida (1979), Berkeley/Stanford (1980), University of California, Santa Barbara (1982)

AMA Doctoral Dissertation Competition chairperson, 1985

Consumer Behavior Track chairperson, American Marketing Association Special Conference on Marketing Theory, February 1982

Consumer Behavior Track chairperson, American Marketing Association Fall Educators' Conference, 1980

Treasurer, Association for Consumer Research, 1980-81

Resident Faculty Member, American Marketing Association Doctoral Consortium, 1979, 1980, 1983. Consortium speaker 1984, 1985, 1986

Program Committee, 1979 Annual Conference, Association for Consumer Research, Prof. Jerry Olson, chairman


**Consulting projects** for a number of profit, not-for-profit, and governmental organizations in Ohio and California including:
- Nine West, 1999
- OPTi, Inc., 1998-99
- Netmanage, Inc., 1998-99
- Pacific Bell, 1998-99
- Synet, Inc., 1998
- Paging Network, 1998
- Visa International, 1997
- BeautiControl, 1996
- Hasbro, 1996
- Reckett & Coleman (Lysol), 1995
- Packard Bell, 1995-96
- A-FEM Medical, Inc., 1995 - (Director)
- Qiagen, 1994
- Borland International, 1994
- Cyrix, Inc. 1993
- Sizzler International, Inc., 1993 – 99 (Director)
- Levi Strauss, 1993, 1994 -
- Tandem Computer, 1990-1992
- Petco, Inc., 1989 – 1991 (Director)
- The Geneva Companies, 1989
- California State Lottery, 1988
- Chrysler Corporation, 1986
- Baskin-Robbins, 1986
- Hewlett-Packard, 1986 to 1991
- American Medical International, Inc., 1984
- Pebble Beach Corporation, 1984
- Southern California Presbyterian Homes, 1983, 1986, 1987, 1988
- MCI Telecommunications Corp., Inc., 1983
- BMW of North America, 1982
- The City of Oxnard, California, 1981
- Management Analysis Center, 1979 to present
- Consumer Protection Division, State of Ohio, December 1974

CONFIDENTIAL

LS-A&F009637
LS-A&F009637

Los Angeles County Museum of Art, 1978
UCLA Division of Extension (Continuing Education), 1978
Wendy's International, Inc., Columbus, Ohio 1975-77

Assignments have included strategic marketing audits, development of strategic marketing plans, advertising planning consultation, marketing research analysis and interpretation, and expert witness testimony preparation.

## PROFESSIONAL MEMBERSHIPS

Association for Consumer Research

## COURSES TAUGHT

Undergraduate (primarily at The Ohio State University)
    Consumer Behavior; Advertising
Masters' (primarily at UCLA)
    Consumer Behavior; Introductory Marketing; Advanced Marketing Management;
    Management of Distribution Channels; Global Marketing Management; Market
    Assessment; Marketing Strategy and Policy (Executive MBA Program)
Ph.D. (UCLA, Harvard, and Ohio State)
    Consumer Behavior Theory and Research
    Attribution Theory Research in Marketing
    Doctoral research paper supervision

## THESIS ADVISING

Chair, Ph.D. Thesis Committee 6 students
Member, Ph.D. Thesis Committee - 9 students
Member, Masters Examining Committee (Ohio State) - 3 students

## COMMITTEE ASSIGNMENTS (UCLA only)
Dean Search Committee, 1997-
Executive Education Advisory Committee 1997 –
MBA Admissions Committee 1997-99
Academic Staffing Committee 1997-98
Faculty Executive Committee, 1993 - 1997
Professional Educational Task Force (University), 1993-94
UCLA Child Care Services Advisory Board, 1990 - present; Chair, 1991 - 1993
Search Committee, Business & Management Department Head, University Extension
Planning Committee (University), 1988 - 1991
Performance Review, Dean of the Graduate School of Education, 1989 - 90
Strategic Planning Committee (University), 1986 - 89
Co-Director, Executive MBA Program, 1986-87
Committee to Administer the Communications Studies Program - UCLA, 1986
Leonhard Chair Search Committee Chairperson, 1982 - 1985
Independent Substantive Review for Conflict of Interest (Fair Political
    Practices), 1982-84; Chair 1983-84
Search Committee, Dean of School of Architecture & Urban Planning, 1984
Board of Directors, Management Education Association, 1986 -91, 1993 - 94
Doctoral Board Member, 1982-83



CONFIDENTIAL

LS-A&F009638
LS-A&F009638

Doctoral Admissions Committee Chairperson, 1982-83
George Robbins Teaching Award Committee Member, 1981-82; Chairperson, 1982-83
Coordinating Committee on Graduate Affairs (University of California system-wide), 1980-81
CCAPP Task Force on Part-time Study Policy, co-chair, Fall 1981
Graduate Council (university), 1980-82
    Chair, Admissions and Enrollments sub-committee, 1980-81
    Member, Administrative Committee, 1980-81
    Chair, ad hoc review teams for the Department of Psychology (1980-81) and the School of Architecture and Urban Planning (1981-82)
    Chair, ad hoc committee to formulate a graduate enrollment plan, Fall 1980
Legislative Assembly (university), 1979
Executive MBA Admissions Committee (GSM), 1980-81; 1986-87
Staffing Committee (GSM), 1978-79, 1997-98
Executive Education Committee (GSM), 1978-80
Faculty Career Development Committee (GSM), 1979-80
Marketing Academic Unit Chairperson, 1979-81
Marketing Recruiting Chairperson, 1979-80, 1983-84, 1986-87

**PERSONAL DATA**

Born: September 13, 1949
      Dallas, Texas

Married to Christian G. Pease; one daughter, Camille Rose, born January 14, 1991

CONFIDENTIAL

LS-A&F009639
LS-A&F009639

Table 1-1
Q1/3/5/7/9 - WHAT BRAND OF JEANS DO YOU THINK THIS IS AFTER VIEWING THE VIDEO? (LEVI'S)

L E V I ' S
REASONS

| | TOTL ING | POCK -ET STCH PTCH | LTHR AND FIT | LOOK PCKT FEEL OTHR | PCKT -DSGN TAB | COLOR FADED LOOK | TAB POSI TION | RED STCH ING | STYL TAB | PLA -IN POCK -ET | STYL OR STYL URE FLY | WRAN GLER LABL | BUTT SPEC -ON | FLRD LEG FBRC TEXT URE | LEG WIDE LEG BOOT LEG | LEG FLRD LEG | SHA -PE OF LEG | RIV ETS OR BRAD | PRE- WASH STNE WASH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BASE: TOTAL RESPONDENTS | 424 100% | 187 100% 44% | 132 100% 31% | 100 100% 24% | 37 100% 9% | 37 100% 9% | 22 100% 5% | 25 100% 6% | 14 100% 3% | 19 100% 4% | 19 100% 4% | 14 100% 3% | 12 100% 3% | 12 100% 3% | 4 100% 1% | 5 100% 1% | 3 100% 1% | 1 100% * | 5 100% 1% |
| LEVI'S | 302 71.2 | 163 87.2 | 117 88.6 | 60 60.0 | 31 83.8 | 35 94.6 | 20 90.9 | 23 92.0 | 14 100 | 13 68.4 | 12 85.7 | 12 85.7 | 7 58.3 | 4 80.0 | 2 66.7 | | 1 100 | 5 100 |
| LEVI'S PTCH | 163 54.0 | 87.2 38.7 | 60.0 19.9 | 65.5 6.3 | 94.6 10.3 | 63.2 4.0 | 6.6 6.6 | 7.6 4.6 | 4.6 | 4.3 | 4.0 2.3 | 1.3 | .7 | | | | | 1.7 | |
| WRANGLER | 16 3.8 | 7 3.7 | 5 3.8 | 6 6.0 | 2 5.4 | 6 31.6 | 2 9.1 | 1 4.0 | - | 1 5.3 | 1 8.3 | - | 2 16.7 | - | - | - | - | - | - |
| | 43.8 36.0 | 43.8 | 31.3 24.0 | 13.8 16.0 | 8.0 | 24.0 | 16.7 | 4.0 | | 4.0 | 8.3 | | 12.5 | | | | | | |
| LEE | 25 5.9 | 8 4.8 | 6 4.5 | 4 6.0 | 2 5.4 | 6 31.6 | - | - | - | - | - | - | - | 1 20.0 | - | - | - | - | - |
| | 100 | 36.0 | 24.0 | 16.0 | 8.0 | 24.0 | | | | | | | | 8.3 | | | | | |
| CHIC | 5 1.2 | 1 .5 | 1 .8 | 2 2.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 100 | 20.0 | 20.0 | 40.0 | | | | | | | | | | | | | | | |
| GAP | 12 2.8 | 1 .5 | 1 .8 | 7 7.0 | 1 2.7 | 2 9.1 | - | - | - | 2 10.5 | 1 8.3 | - | 1 33.3 | - | - | - | - | - | - |
| | 100 | 8.3 | 8.3 | 58.3 | 8.3 | 16.7 | | | | 16.7 | 8.3 | | 8.3 | | | | | | |
| CALVIN KLEIN | 4 .9 | 1 .5 | 1 .8 | 1 1.0 | - | - | 1 4.0 | - | 1 25.0 | 1 25.0 | 1 25.0 | - | - | - | - | - | - | - | - |
| | 100 | 25.0 | 25.0 | 25.0 | | | 25.0 | | | | | | | | | | | | |
| JORDACHE | 4 .9 | 1 .5 | 1 .8 | 2 2.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 100 | 25.0 | 25.0 | 50.0 | | | | | | | | | | | | | | | |
| BONGO | 4 .9 | - | - | 3 3.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 100 | | | 75.0 | | | | | | | | | | | | | | | |
| ARIZONA | 3 .7 | - | - | 2 2.0 | 2 6.9 | 1 2.7 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 100 | | | 66.7 | 50.0 | 25.0 | | | | | | | | | | | | | |
| G. VANDERBILT | 1 .2 | - | - | 1 1.0 | - | 1 2.7 | 1 5.3 | - | - | - | - | - | - | - | - | - | - | - | - |
| | 100 | | | 100 | | 33.3 | 33.3 | | | | | | | | | | | | |

Continued

CONFIDENTIAL

LS-A&F009640
LS-A&F009640

Table 1-1
Q1/3/5/7/9 - WHAT BRAND OF JEANS DO YOU THINK THIS IS AFTER VIEWING THE VIDEO? (LEVI'S)

```
***************************************************************
                        L E V I ' S
                         REASONS
***************************************************************
```

| | TOTL | POCK -ET STCH ING | LTHR PTCH | FIT | LOOK AND FEEL | PCKT -DSGN OTHR | TAB | COLOR FADED LOOK | TAB POSI TION ING | STCH RED TAB | PLA -IN POCK -ET | STYL OR STYL ING FEAT URE | WRAN GLER LABL | BUTT FLY | STYL LEG | FLRD LEG WIDE LEG | FBRC -PE BOOT TEXT LEG | SHA -PE OF LEG | STRA IGHT LEG | RIV ETS OR BRAD | PRE- WASH STNE WASH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIZ CLAIBORNE | 1 .2 100 | - | - | 1 1.0 100 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LEVY | 1 .2 100 | - | - | 1 1.0 100 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LIMITED | 1 .2 100 | 1 .5 100 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GITANO | 1 .2 100 | - | - | 1 1.0 100 | - | 1 2.7 100.0 | - | - | - | - | - | 1 5.3 100 | - | - | - | - | - | - | - | - | - |
| ANNE TAYLOR | 1 .2 100 | - | - | - | 1 3.4 100 | - | - | - | - | - | - | - | - | - | - | 1 20.0 100 | - | - | - | - | - |
| EXPRESS | 1 .2 100 | - | - | - | - | - | - | - | - | - | - | - | - | 1 8.3 100 | - | - | - | - | - | - | - |
| CHICANO | 1 .2 100 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| L. BEAN | 1 .2 100 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ALL OTHER | 6 1.4 100 | 1 .5 16.7 | 1 .8 16.7 | 3 3.0 50.0 | 1 3.4 16.7 | - | - | - | - | - | - | 1 5.3 16.7 | - | - | - | - | - | - | - | - | - |
| DON'T KNOW | 32 7.5 100 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NO ANSWER | 2 .5 100 | 1 .5 50.0 | 1 .8 50.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1 100 50.0 | - | - |

CONFIDENTIAL

LS-A&F009641
LS-A&F009641

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is Legal Strategies Group, 5905 Christie Avenue, Emeryville, California 94608.

On the date hereof, I served a true and correct copy of the document(s) described as:

**Expert Disclosure**

on the following counsel for interested parties in this action pursuant to F.R.C.P. Rule 5(b):

Louis S. Ederer, Esq.
Walter Eliot Bard, Esq.
GURSKY & EDERER, P.C.
1350 Broadway, 11th Floor
New York, New York, 10018
[Facsimile: (212) 967-4465]

Jonathan Gluck, Esq.
ALSCHULER GROSSMAN STEIN & KAHAN LLP
2049 Century Park East, 39th Floor
Los Angeles, California 90067-3213
[Facsimile: (310) 552-6077]

[x] [BY US MAIL] I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery as indicated herein. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Legal Strategies Group's business practice, the document(s) described above would be deposited with the United States Postal Service on that same day at Emeryville, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed to be invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this declaration.

[x] [BY FACSIMILE] I caused the foregoing document(s) to be transmitted by facsimile to the office(s) of the addressee(s) indicated above at the facsimile number(s) listed for each addressee served. Upon completion of said facsimile transmission, the transmitting machine issued a transmission report showing that the transmission was complete and without error.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2001, at Emeryville, California.

_Carol L. Petrich_
Carol L. Petrich