# EXHIBIT KK

# Los Angeles Times

http://www.latimes.com/business/printedition/la-fi-earns9-2008jul09,0,2926372.story
*From the Los Angeles Times*

## Earnings Roundup: Office Depot shares plunge on report of sales decline

July 9, 2008

Office Depot Inc. shares fell sharply after the office supplies company said Tuesday that sales slid and second-quarter earnings deteriorated more than it had earlier forecast.

Office Depot fell $3.29, or 31.6%, to $7.12, the biggest drop since the company sold shares to the public in June 1988.

Sales slid almost 10% at North American stores open at least a year, the Delray Beach, Fla.-based company said.

Office Depot and larger Staples Inc. face a slump in customer demand as fewer companies buy chairs, desks and computer supplies for workers. U.S. employers cut jobs for the sixth straight month in June. Higher gasoline and food prices have also limited spending by consumers and small businesses.

"We did see particularly our small-business customers, and even our largest customers, buying a little bit less and being a little bit more careful," Staples Chief Financial Officer John Mahoney said.

Office Depot shares have lost 49% of their value this year, compared with a 2.3% decline at Staples.

The margin for earnings before interest and taxes probably narrowed by 2 percentage points more than it predicted, Office Depot said.

Standard & Poor's Ratings Services said it might lower Office Depot's BB-plus credit rating further after lowering it to one level below investment grade in April. The ratings service said it expected "challenging economic trends will continue to pressure performance in fiscal 2008."

Office Depot's announcement also signals ongoing problems with execution of its turnaround and could lead to management changes, said Colin McGranahan, an analyst at Sanford C. Bernstein & Co.

Office Depot will report earnings July 30 for its fiscal second quarter ended June 28.

**Alcoa profit slips on higher costs**

Alcoa Inc.'s second-quarter earnings fell nearly 24% as higher prices failed to offset the costs of raw materials, energy and disruptions at facilities, the aluminum producer said.

LSC v. A&F 26(a) 3355

Los Angeles Times: Earnings Roundup: Office Depot shares plunge on report of sales dec... Page 2 of 2

The Pittsburgh-based company earned $546 million, or 66 cents a share, for the quarter that ended June 30, compared with $715 million, or 81 cents, a year earlier. Revenue dropped 6% to $7.6 billion.

Results beat Wall Street estimates. Analysts, on average, expected profit of 64 cents a share on revenue of $7.36 billion.

Disruptions at facilities weighed down results by $39 million, Alcoa said. They included a natural gas pipeline explosion in western Australia that curtailed supplies to an Australian affiliate and the temporary idling of half the production at its Rockdale, Texas, smelter because of power supply interruptions.

Chief Executive Klaus Kleinfeld said Aloca expected the global aluminum industry to maintain a supply-demand balance for the year, despite sluggish markets in the U.S. and Europe.

The company forecasts growth of 6% annually in the global aluminum industry over the next decade, fueled by gains in Asia, Kleinfeld said.

Shares of Alcoa rose more than a dollar, or more than 3%, in after-hours trading after the earnings news. During the regular session, they fell $1.06, or 3.2%, to $32.33.

**Levi Strauss net income drops**

Levi Strauss & Co., the closely held maker of its namesake denim and Dockers pants, said profit plunged in the second quarter as sales declined globally and problems upgrading technology systems disrupted some shipments.

Net income fell 98% to $701,000 in the three months ended May 25 from $45.7 million a year earlier, San Francisco-based Levi Strauss said. Sales including licensing revenue decreased 7.9% to $936 million.

"We expected the second quarter to be tough, and it was," Chief Executive John Anderson said. "Given the slowing macroeconomic indicators we are seeing globally and our continued investment to stabilize our enterprise resource planning system, we expect the rest of the year to be challenging."

From Times Wire Services

---

If you want other stories on this topic, search the Archives at latimes.com/archives.
TMSReprints
Article licensing and reprint options

Copyright 2008 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help
partners: ktlá5cw

WWD.com

Home | Log In | R

TODAY'S PAPER   FASHION   RETAIL   BEAUTY   SPORTSWEAR   EYE   MEMO P.

Select a past issue 

**FREE NEWSLETTER**
enter e-mail  submit
*Sign up now to receive WWD Daily Headlines*

**SPECIAL FEATURES**
WWD Blog
Fashion Scoops
The List
Trend Watch
Trade Show Calendar

**CEO SUMMIT**
Free White Paper
Outlook from the WWD/DNR Retail/Apparel CEO Summit.

**REPORTS**
WWD Couture Fall 2008
WWD Spring Beauty
WWD Resort
Fall 2008 Collections

**LETTER FROM:**
Moscow, Russia

**SERVICES**
WWD Archives
Classified Ads
Real Estate
FashionCareers.com

**MORE FEATURES**
At Work With
Scoop Calendar
Denim Directory

**FREE PREVIEW**

### Costs, Weaker Sales Hit Levi's Earnings

Wednesday, July 09, 2008

By Ross Tucker

Weak U.S. sales and skyrocketing costs sent earnings for Levi Strauss & Co. tumbling during the second quarter.

For the three months ended May 25, earnings plummeted 98.5 percent to $701,000, compared with $45.7 million in the same period a year ago.



To continue reading this article you must be a WWD.COM subscriber.
Click here to subscribe now >>

Already a subscriber? Log in:

USERNAME
PASSWORD

☑ SAVE MY USERNAME AND PASSWORD



**WWD.COM Subscri**
Sign up now to get fi
industry news you ne
need it! You'll get ins
the stories and infor
need to be successfu

SUBSCRIBE N

**Forgot Your Username or Password?**
To retrieve your password, choose the type of subscription you have below:

WWD.com Subscribers   |   WWD Archive Subscribers

**Still Need Help?**
Frequently asked questions answered here!

2 of 100 DOCUMENTS

Copyright 2008 Los Angeles Times
All Rights Reserved
Los Angeles Times

July 9, 2008 Wednesday
Home Edition

SECTION: BUSINESS; Business Desk; Part C; Pg. 2

LENGTH: 119 words

HEADLINE: Earnings Roundup;
Levi Strauss net income drops

BYLINE: From Times Wire Services

BODY:

Levi Strauss & Co., the closely held maker of its namesake denim and Dockers pants, said profit plunged in the second quarter as sales declined globally and problems upgrading technology systems disrupted some shipments.

Net income fell 98% to $701,000 in the three months ended May 25 from $45.7 million a year earlier, San Francisco-based Levi Strauss said. Sales including licensing revenue decreased 7.9% to $936 million.

"We expected the second quarter to be tough, and it was," Chief Executive John Anderson said. "Given the slowing macroeconomic indicators we are seeing globally and our continued investment to stabilize our enterprise resource planning system, we expect the rest of the year to be challenging."

LOAD-DATE: July 9, 2008

LSC v. A&F 26(a) 3358

1 of 100 DOCUMENTS

Copyright 2008 Factiva ®, from Dow Jones
All Rights Reserved

Dow Jones Factiva

(Copyright (c) 2008, Dow Jones & Company, Inc.)

THE WALL STREET JOURNAL.
The Wall Street Journal

July 9, 2008 Wednesday

SECTION: Pg. B4

LENGTH: 370 words

HEADLINE: Earnings Digest: Levi Strauss Net Plunges on Weak Sales

BYLINE: By Ray A. Smith

BODY:

Denim company Levi Strauss & Co. said its second-quarter net income plunged 98% and net revenue fell 8%, citing weak sales of its Dockers and Levi brands amid a tough U.S. economy.

The company reported revenue of $936 million in the second quarter ended May 25, compared with $1.01 billion in the year-earlier quarter. The weak sales in the U.S. were partly offset by revenue increases in Europe and Asia Pacific, but revenue from those regions were down slightly on a constant currency basis. Net income fell to $1 million from $46 million.

The San Francisco company blamed the declines on the impact of the difficult U.S. economic environment, which translated into lower sales at its U.S. Levi jeans and Dockers' businesses. It also cited the Chapter 11 filing by Goody's Family Clothing, a key customer, and expenses and shipping delays related to transitioning its U.S. business to a new software system designed to boost efficiency. In a conference call, officials said the company had some problems with implementing the software, which caused the company to temporarily stop shipping orders to retail customers for a week. Some retailers canceled orders, officials said.

In the call, Chief Executive John Anderson said the company expected the U.S. economy would be tough in the second quarter and "that has certainly proven to be the case so far." Mr. Anderson said Levi expects the rest of the year to be challenging "given the slowing macroeconomic indicators we are seeing globally" and the continued investment in the planning software system.

After sales peaked at $7.1 billion in 1996, Levi experienced an eight-year sales slide. The company, which is closely held but whose debt is publicly traded, missed the boat on the premium-denim trend and failed to respond quickly to changing consumer tastes. Mr. Anderson, who took over the job in late 2006, has vowed to make Levi more competitive and responsive to fashion trends.

Page 2
Earnings Digest: Levi Strauss Net Plunges on Weak Sales The Wall Street Journal
July 9, 2008 Wednesday

    Prices of **Levi's** bonds that come due in 2015 fell 4.3 cents to 95.75 cents on the dollar. The bonds, which have "junk" credit ratings, have fallen 5.5 cents in the past week, according to data from bond-trading platform MarketAxess.

    License this article from Dow Jones Reprint Service

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

LOAD-DATE: July 9, 2008

# EXHIBIT LL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & CO.,                )
                                   )
          Plaintiff,               )
                                   )
     vs.                           ) No. CV-07-3752
                                   )
ABERCROMBIE & FITCH TRADING CO.,   )
                                   )
          Defendant.               )
_____)

DEPOSITION OF SANJAY SOOD, Ph.D.

Los Angeles, California

Thursday, July 24, 2008

Reported by:
NANCY L. COLLIER
CSR No. 5819
JOB No. 929020

ESQUIRE DEPOSITION SERVICES
(800) 640-2461

bd2a5e33-4454-4e23-9e44-eb7eeeaa7415

Page 2

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   LEVI STRAUSS & CO.,            )
                                    )
 5              Plaintiff,          )
                                    )
 6        vs.                       )  No. CV-07-3752
                                    )
 7   ABERCROMBIE & FITCH TRADING CO.,)
                                    )
 8              Defendant.          )
                                    )
 9   _____
10
11
12
13
14
15        Deposition of SANJAY SOOD, Ph.D., taken on
16   behalf of Defendants, at 10100 Santa Monica
17   Boulevard, 7th Floor, Los Angeles, California,
18   beginning at 9:04 A.M. and ending at 4:44 P.M. on
19   Thursday, July 24, 2008, before NANCY L. COLLIER,
20   Certified Shorthand Reporter No. 5819.
21
22
23
24
25
```

```
 1    APPEARANCES:
 2    For Plaintiff:
 3      TOWNSEND TOWNSEND & CREW
        BY:  GREGORY GILCHRIST
 4      Attorney at Law
        2 Embarcadero Center
 5      San Francisco, California  94111
        (415) 273-7564
 6
        LEVI STRAUSS & CO.
 7      BY:  THOMAS ONDA (In-house counsel)
        Attorney at Law
 8      1155 Battery Street
        San Francisco, California  94111
 9      (415) 501-2372
10    For Defendant:
11        K&L GATES
        BY:  J. MICHAEL KEYES
12      Attorney at Law
        618 West Riverside Avenue, Suite 300
13      Spokane, Washington  99201-0602
        (509) 241-1527
14
      Videotaping:
15
        ESQUIRE DEPOSITION SERVICES
16      BY:  MITCH LERMAN
        523 West Sixth Street, 10th Floor
17      Los Angeles, California  90014
        (800) 640-2461
18
      Also Present:
19
      DR. GERALD L. FORD
20
21
22
23
24
25
```

|  |  |  |
|---|---|---|
|  | 1 | to put a monetary number on how much brand equity |
|  | 2 | is worth. |
|  | 3 | Q    What's the basis -- well, and you came to a |
|  | 4 | particular opinion on whether A&F's use of its back |
| 02:31 | 5 | pocket stitching design was likely to cause |
|  | 6 | dilution; is that correct? |
|  | 7 | A    Yes. |
|  | 8 | Q    And what's your opinion in that regard? |
|  | 9 | A    Based on the surveys that I conducted, it |
| 02:32 | 10 | does seem as though the Ruehl jean is diluting the |
|  | 11 | Levi's mark in the sense that it's less |
|  | 12 | distinctive. |
|  | 13 | Q    Did you conduct a separate survey to |
|  | 14 | measure likelihood of dilution? |
| 02:32 | 15 | A    That would be the survey. So let me step |
|  | 16 | back for a second. If there is confusion between |
|  | 17 | the Levi's pocket stitching and the Ruehl pocket |
|  | 18 | stitching, then just by the nature of the |
|  | 19 | confusion, that would lead to dilution of the |
| 02:32 | 20 | Levi's brand. |
|  | 21 | Q    So am I understanding correctly that you're |
|  | 22 | relying on the Likelihood of Confusion survey to |
|  | 23 | show that there is a likelihood of dilution? |
|  | 24 | A    Yes. |
| 02:32 | 25 | Q    Are you aware of any court cases that would |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | support your opinion that the likelihood of                  |
|       | 2  | confusion can also mean likelihood of dilution?              |
|       | 3  | A    No.  As I said, I'm not an expert in case               |
|       | 4  | law.                                                         |
| 02:33 | 5  | Q    So do you believe that the same consumers               |
|       | 6  | that are confused can also be the same consumers             |
|       | 7  | that would be diluted?                                       |
|       | 8  | A    Yes, so for example --                                  |
|       | 9  | MR. GILCHRIST:  I think the question is                      |
| 02:33 | 10 | vague, but sounds like you have an answer, so go             |
|       | 11 | ahead.                                                       |
|       | 12 | THE WITNESS:  For example, in this study,                    |
|       | 13 | if somebody is confused between the Ruehl pocket             |
|       | 14 | stitching and the Levi's pocket stitching, they may          |
| 02:33 | 15 | make mistaken inferences about who the likely user           |
|       | 16 | of a Ruehl jean or a Levi's jean, or they may be             |
|       | 17 | interested in buying one versus the other and go             |
|       | 18 | into -- get interested in the mistaken brand that            |
|       | 19 | they're confused for, so that would be one type of           |
| 02:34 | 20 | dilution.                                                    |
|       | 21 | BY MR. KEYES:                                                |
|       | 22 | Q    Do you have an understanding as to what is              |
|       | 23 | meant by "dilution by tarnishment"?                          |
|       | 24 | A    No.                                                     |
| 02:34 | 25 | Q    Do you have an understanding as to what is              |

```
 1    meant by "dilution by blurring"?
 2       A    No.
 3       Q    So are you -- I take it you aren't aware of
 4    how one would go about measuring for dilution by
 5    tarnishment?
 6            MR. GILCHRIST:  Since he is not aware of
 7    how you're using that term or how it's used in a
 8    legal sense, I don't think he can answer that
 9    question.
10    BY MR. KEYES:
11       Q    Can you answer that question?
12            MR. GILCHRIST:  It's misleading and
13    argumentative.  Go ahead.
14            THE WITNESS:  I don't know what
15    "tarnishment" stands for.
16    BY MR. KEYES:
17       Q    Other than your Likelihood of Confusion
18    survey, do you have any facts that would support
19    your opinion that there's a likelihood of dilution
20    in this matter?
21       A    I based my opinion of the likelihood of
22    dilution on the Confusion survey.
23       Q    I understand that.  I'm asking if there's
24    anything in addition to the Likelihood of Confusion
25    survey that supports your opinion that there's a
```

1
2
3
4
5
6
7
8
9         I, SANJAY SOOD, Ph.D., do hereby declare
10  under penalty of perjury that I have read the
11  foregoing transcript; that I have made such
12  corrections as noted herein, in ink, initialed by
13  me, or attached hereto; that my testimony as
14  contained herein, as corrected, is true and
15  correct.
16
17        EXECUTED this _____ day of _____,
18  20____, at _____, _____.
                       (City)                (State)
19
20
21
                        _____
                        SANJAY SOOD, Ph.D.
22
23
24
25

1

2

3       I, the undersigned, a Certified Shorthand

4  Reporter of the State of California, do hereby

5  certify:

6       That the foregoing proceedings were taken

7  before me at the time and place herein set forth;

8  that any witnesses in the foregoing proceedings,

9  prior to testifying, were placed under oath; that a

10 verbatim record of the proceedings was made by me

11 using machine shorthand which was thereafter

12 transcribed under my direction; further, that the

13 foregoing is an accurate transcription thereof.

14      I further certify that I am neither

15 financially interested in the action nor a relative

16 or employee of any attorney of any of the parties.

17      IN WITNESS WHEREOF, I have this date

18 subscribed my name.

19

20 Dated: _____

21

22

23                    _____
                      NANCY L. COLLIER
                      CSR No. 5819
24

25