1 | MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
2 | K&L GATES LLP
55 Second Street, Suite 1700
3 | San Francisco, CA 94105
Phone: 415-882-8200
4 | Facsimile: 415- 882-8220

5 | J. MICHAEL KEYES (*PRO HAC VICE*)
K&L GATES LLP
6 | 618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
7 | Phone: 509-624-2100
Facsimile: 509-456-0146
8
Attorneys for Defendant and Cross-Complainant
9 | ABERCROMBIE & FITCH TRADING CO.

10

11
**UNITED STATES DISTRICT COURT**
12
**NORTHERN DISTRICT OF CALIFORNIA**
13

14 | LEVI STRAUSS & CO.,

15 |                     Plaintiff,

16 |    v.

17 | ABERCROMBIE & FITCH TRADING CO.,

18 |                     Defendant.

19
ABERCROMBIE & FITCH TRADING CO.,
20
                    Counter-Claimant,
21 |    v.

22 | LEVI STRAUSS & CO.,

23 |                     Counter-Defendant.

No. CV07-03752 -JSW

**[PROPOSED] ORDER GRANTING DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION TO EXCLUDE DR. SANJAY SOOD'S EXPERT REPORT**

24

25

26 | [PROPOSED] ORDER GRANTING
DEFENDANT ABERCROMBIE'S
MOTION TO EXCLUDE DR. SANJAY
SOOD'S EXPERT REPORT
Case No. 03:07-CV-3752-JSW                 -1-                Printed on Recycled Paper

The Court, having considered Abercrombie & Fitch Trading Co.'s ("Abercrombie") Motion to Exclude the Expert Report, Testimony and Survey Evidence of Dr. Sanjay Sood, all relevant legal authority, the record in this case, and all related evidence presented by the parties, the Court finds:

Dr. Sood's survey on the likelihood of consumer confusion between Levi Strauss & Co.'s double arcuate design and Abercrombie's RUEHL design was not conducted according to generally accepted principles, and therefore, Dr. Sood's Expert Report, opinions and survey evidence based thereon are inadmissible under Fed. R. Evid. 702, and will be excluded.

Dr. Sood's survey on consumer recognition of Levi Strauss & Co.'s double arcuate design was not conducted according to generally acceptable principles, and therefore Dr. Sood's Expert Report, opinions and survey evidence based thereon, are inadmissible under Fed. R. Evid. 702, and will be excluded.

The Court hereby grants Abercrombie's Motion to Exclude the Expert Report, Testimony and Survey Evidence of Dr. Sanjay Sood.

**IT IS SO ORDERED**

DATED: _____, 2008.

_____
Honorable Jeffrey S. White
United States District Judge