| | |
|---|---|
| 1 | MICHAEL J. BETTINGER (STATE BAR NO. 122196) |
| | RACHEL R. DAVIDSON (State Bar No. 215517) |
| 2 | K&L GATES LLP |
| | 55 Second Street, Suite 1700 |
| 3 | San Francisco, CA 94105 |
| | Phone:  415-882-8200 |
| 4 | Facsimile:  415- 882-8220 |
| 5 | J. MICHAEL KEYES (*PRO HAC VICE*) |
| | K&L GATES LLP |
| 6 | 618 West Riverside Avenue, Suite 300 |
| | Spokane WA  99201-0602 |
| 7 | Phone:  509-624-2100 |
| | Facsimile:  509-456-0146 |
| 8 | |
| | Attorneys for Defendant and Cross-Complainant |
| 9 | ABERCROMBIE & FITCH TRADING CO. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO., | No. CV07-03752 -JSW |
| Plaintiff, | **DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S MOTION TO EXCLUDE EXPERT REPORT, EVIDENCE AND SURVEY OF DR. SANJAY SOOD** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Counter-Claimant, | |
| v. | |
| LEVI STRAUSS & CO., | |
| Counter-Defendant. | |

DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF
ABERCROMBIE'S MOTION TO EXCLUDE
EXPERT REPORT, TESTIMONY AND EVIDENCE
Case No. 03:07-CV-3752-JSW                           -1-                              Printed on Recycled Paper

1    I, Michael J. Bettinger, declare as follows:

2    1.    I am an attorney admitted to practice before this Court in this matter. I am a partner in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. (Abercrombie) in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2.    Attached hereto as Exhibit A are true and correct copies of excerpts from the deposition of Professor Sanjay Sood, taken on July 24, 2008.

3.    Attached hereto as Exhibit B is a true and correct copy of the Declaration and Rule 26 Report of Dr. Gerald L. Ford, dated June 30 2008.

4.    Attached hereto as Exhibit C is a true and correct copy of the Rebuttal Report of Dr. Gerald L. Ford, dated July 18, 2008.

4.    Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Dr. Sanjay Sood, dated June 30, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

EXECUTED this 15th day of August, 2008, by Michael J. Bettinger.

/s/ _____

Michael J. Bettinger

DECLARATION OF MICHAEL J. BETTINGER IN SUPPORT OF
ABERCROMBIE'S MOTION TO EXCLUDE
EXPERT REPORT, TESTIMONY AND EVIDENCE
Case No. 03:07-CV-3752-JSW                -2-                Printed on Recycled Paper