# EXHIBIT D
# PART 1

# EXPERT REPORT OF

## PROFESSOR SANJAY SOOD

**June 30, 2008**

## I. QUALIFICATIONS

I am an Associate Professor of Marketing at the Anderson Graduate School of Management of the University of California, Los Angeles ("UCLA"). I hold a Ph.D. in Marketing from Stanford University. I also received a Master of Business Administration degree from Northwestern University and a Bachelor of Science in Electrical Engineering from the University of Illinois at Urbana-Champaign. Over the past 10 years, I have taught Marketing Management, Brand Management, and Entertainment Marketing to students in graduate education and executive education programs at UCLA and Rice University. I also have published numerous journal articles in Consumer Behavior, Brand Equity and other marketing topics, a complete list of which is included in my Curriculum Vitae, attached hereto (Exhibit 1). I am currently an Associate Editor for the *Journal of Consumer Psychology*. Over the past 10 years I have served as a consultant for a variety of marketing issues. The documents I relied on for this report are also attached. (Exhibit 2).

## II. THE ISSUES FOR WHICH I WILL GIVE AN OPINION

I have been asked by counsel for Levi Strauss & Co. ("LS&CO.") to determine (1) the level of recognition of LS&CO's trademark, the Arcuate stitching design on the back pocket; and (2) the likelihood that consumers would be confused as to the origin of the stitching on the back pocket of Ruehl jeans sold by Abercrombie & Fitch Trading Co. ("A&F"). In particular, I was asked to determine the degree to which consumers seeing the Ruehl jeans would mistakenly believe that they were made, endorsed, or sponsored by LS&CO. Further, I have been asked to opine on the likelihood of dilution of the brand equity

2

of the "LEVI's®" brand and trademark as a result of A&F's use of similar stitching on the back pocket of Ruehl jeans.

## III. SUMMARY OF OPINIONS

Having reviewed and analyzed the evidence available to me, it is my opinion that:

1. LS&CO.'s jeans are highly recognized. I conducted a survey with 302 consumers from a cross-section of the general population in May and June 2008. In the survey participants were shown a photograph of a jeans back pocket with LS&CO.'s trademark back pocket stitching. Based on this photograph, approximately 77% recognized the pocket stitching and 53% correctly identified the stitching as being associated with the "LEVI's® brand.

2. LS&CO.'s pocket stitching is a source identifier for LS&CO.'s jeans products. Consumers recognize the back pocket stitching as a trademark on LS&CO.'s products and associate it exclusively with LS&CO.'s products.

3. Female consumers between the ages of 20-45 are likely to be confused as to the origin of the Ruehl jeans due to the stitching on the back pocket. Many of these consumers mistakenly believe that the Ruehl jeans are made, sponsored or endorsed by LS&CO. In a study including a representative sample of 299 female consumers, 31% of participants incorrectly associated Ruehl jeans with jeans by LS&CO. In view of this high degree of incorrect association, it is reasonable to conclude that LS&CO has suffered harm to its brand due to the erosion in distinctiveness of the LS&CO's trademark pocket stitching.

4.  The use of the back pocket stitching on A&F's Ruehl jeans is likely to erode the significance of LS&CO.'s trademark pocket stitching and the "LEVI's®" brand in the marketplace.

I am continuing my review and analysis. I may refine or expand my opinions as further information and materials come to my attention, and I reserve the right to supplement this report to the extent that additional information becomes available which may affect my opinions.

## IV. STATEMENT OF OPINIONS AND BASES FOR OPINIONS

My opinion is based on two surveys conducted under my supervision in May and June 2008, as well as other surveys I have conducted regarding brand recognition, a review of the brand management literature, the complaint[1] filed in this case; and my professional expertise in this area.

### A. Recognition Survey

#### a. Survey Methodology

In May and June, 2008, I conducted a nationwide survey of 302 participants to determine the level of recognition of "LEVI's®" and other brands of jeans.

Interviews were conducted on a one-on-one basis by experienced interviewers in five different locations across the United States. Specifically, interviews were conducted at mall data collection facilities in Boston, Chicago, Dallas, Los Angeles, and Tampa. Between 58 and 64 interviews were conducted at each location. A list of the five mall field locations is shown in Exhibit 3.

Participants were recruited on the mall, and interviews were conducted in private

---

[1] Levi Strauss & Co. v. Abercrombie & Fitch Trading Co., Complaint United States District Court for the Northern District of California, Case No. C 07 3752, July 20, 2007

4

offices off of the mall floor. The sample represented a cross-section from the general

population of consumers. All survey respondents were asked a series of screener questions

to ensure that study respondents:

- Were 18 - 64 years of age;
- Had no one in their household who worked for an advertising agency, a public relations firm or a marketing research company;
- Had no one in their household who worked for a company that manufactures, distributes or sells jeans;
- Had no one in their household who worked for a store in the mall;
- Had not heard about the topic or subject of any interviews being conducted in the mall; and
- Had not participated in a market research study, other than a political poll, in the last 6 months.

In addition to ensuring that each individual recruited for the survey met the above

eligibility qualifiers, field supervisors at each location were instructed to recruit

representative age ranges such that their samples would resemble the breakdown of ages for

adults according to the U.S. census.[2] A copy of the recruitment screening questionnaire is

attached. (Exhibit 4)

The survey was conducted on a double-blind basis, meaning that the survey was

designed to ensure that neither the interviewer nor the interviewees knew the purpose or

sponsor of the survey or knew that the survey was in any way connected to litigation. I

developed the questionnaire and interview methodology, and a member of my staff trained,

instructed and supervised all of the interviewers. A copy of the questionnaire is provided in

Exhibit 5, and a copy of the Instructions to Interviewers is in Exhibit 6. A copy of the

parameters given to the field supervisors is in Exhibit 7.

The general instructions that preceded the primary questions of interest asked

---

[2] U. S. Census Bureau, Census 2000 Summary File 1, Matrices P13 and PCT112.

respondents to tell the interviewer if they did not know or were not sure of an answer to a question. Survey participants were then asked to look at three color photographs of back pockets from three different brands of jeans: LEVI's®, Lee, and Lucky. Lee and Lucky were selected as benchmarks because these brands (and their associated pocket stitching) have been in the marketplace for many years, implying that consumers would have likely seen the distinctive pocket stitching over time. Each of the three photographs showed the back pocket stitching of one brand of jean. Pictures were presented individually to the participants and the order of presentation was rotated across the three brands. (See Exhibit 8) The participant was told to take as long as she/he wanted to look at each photograph. After looking at each photograph, survey participants were asked if they had seen this style of pocket stitching before. Participants who answered positively or didn't know were then asked if they associated the style of pocket stitching with one brand or company or with more than one brand or company. Then participants were asked to specifically name the brand(s) or company(ies) that they associated with the product. Interviewers entered all responses verbatim. (See Exhibit 9)

After all interviews were completed, all survey participants were called to validate the survey.[3]

### B. Survey Research Findings – Recognition Survey

Of 302 participants, 77% (234 out of 302) of respondents indicated that they had seen LEVI's® back pocket stitching before. This compares with 50% (150 out of 302) of respondents who reported having previously seen the Lee pocket stitching and 47% (141 out

---

[3] Participants were called to confirm their participation in the survey. Participants with wrong numbers were not included in the survey.

of 302) of respondents who reported having previously seen the Lucky pocket stitching. Further, 54% (162 out of 302)[4] of respondents associated the LEVI's® back pocket stitching associated with one brand or company. In comparison, 26% (80 out of 302) of respondents for Lee and 23% (68 out of 302) of respondents for Lucky associated the back pocket stitching of these jeans with one brand or company.

Of 302 respondents, 159 (53%) correctly identified the LEVI's® jeans from the photograph of the LEVI's® back pocket stitching. Of the 162 respondents who said that they associated the LEVI's® back pocket stitching with one brand or one company, 117 (72%) were able to correctly identify "LEVI's®" as the brand. This compares to 48 who correctly identified Lee jeans and 6 who correctly identified Lucky jeans by name.

### C. Likelihood of Confusion Survey

#### a. Survey Methodology

In May and June, 2008, I conducted a nationwide survey of 299 participants to determine the likelihood of confusion between Ruehl jeans and jeans made by LS&CO.

Interviews were conducted on a one-on-one basis by experienced interviewers in five different locations across the United States. Specifically, interviews were conducted at mall data collection facilities in Boston, Chicago, Dallas Los Angeles, and Tampa. Between 56 and 65 interviews were conducted at each location. A list of the five mall field locations is shown in Exhibit 3. Data collection facilities selected were malls in or near cities with a Ruehl store.

Participants were recruited on the mall, and interviews were conducted in private offices off of the mall floor. Only females were recruited for this study. All survey

---

[4] Participants who answered that they had seen the pocket stitching before and those who weren't sure if they had seen the stitching before were posed Question #2: Do you associate jeans with this style of pocket stitching with one brand, more than one brand, or you don't know?

7

respondents were asked a series of screener questions to ensure that study respondents:

- Were 20-45 years of age[5];

- Had purchased jeans in the last six months that costs at least $75, or planned to so in the next six months;

- Had no one in their household who worked for an advertising agency, a public relations firm or a marketing research company;

- Had no one in their household who worked for a company that manufactures, distributes or sells jeans;

- Had no one in their household who worked for a store in the mall;

- Had not heard about the topic or subject of any interviews being conducted in the mall; and

- Had not participated in a market research study, other than a political poll, in the last 6 months.

In addition to ensuring that each individual recruited for the survey met the above

eligibility qualifiers, field supervisors at each location were instructed to recruit

representative age ranges. A copy of the recruitment screening questionnaire is attached.[6]

(Exhibit 10)

Similar to the Recognition survey, the Likelihood of Confusion survey was conducted

on a double-blind basis, meaning that the survey was designed to ensure that neither the

interviewer nor the interviewees knew the purpose or sponsor of the survey or knew that the

survey was in any way connected to litigation. I developed the questionnaire and interview

methodology, and a member of my staff trained, instructed and supervised all of the

---

[5] This age range was selected because it is my understanding that it includes the primary target market for Ruehl jeans, as well as the target market for super premium jeans (median age = 30) according to the Jeans Overview report (Premium and Super Premium Jeans Overview)
The sample population had a median age of 30, more heavily weighted to under 30 years old as this age group constitutes the primary target market for Ruehl.
[6] Approximately 6 to 10 respondents on the first day of interviewing in each location were pre-recruited by telephone to insure that an adequate number of respondents would be available while a member of my staff was present to train interviewers and observe several interviews for quality control purposes. The screening questions used to recruit participants over the telephone were identical to those used to recruit from the mall floor.

interviewers.  A copy of the questionnaire is provided in Exhibit 11, and a copy of the Instructions to Interviewers is in Exhibit 12.   A copy of the parameters given to supervisors is in Exhibit 13.

As with the Recognition survey, general instructions that preceded the questions of interest asked respondents to tell the interviewer if they did not know or were not sure of an answer to any question.  Participants were then shown a photograph of a female wearing a pair of "LEVI's®" jeans.  The perspective of the picture is from the back side such that the person wearing the jeans is posed in a stance as if she were striding or waiting at a street corner.  This type of pose and perspective was chosen as it is similar to how a person may be exposed to jeans in a post-sale environment and is also consistent with poses used in past jeans advertising.  The photograph was placed on the wall just above hip level.  The participant was asked to stand about three feet away and look at these jeans as if she saw someone wearing them on the street.  When the participant indicated that she was finished looking at this first photograph, the interviewer placed the photograph in an envelope and out of view.

After the first photograph was placed out of view, the participant was then shown four photographs of different brands of jeans (Group B). These photographs also showed a female wearing jeans with the same pose and perspective as the first photograph.  Each photograph was placed on the wall one at a time.   In addition to Ruehl, the Group B set of photographs included jeans by Seven For All Mankind (Seven), Citizens Of Humanity (Citizens), and True Religion. These brands were chosen because they were identified by Ruehl as competitors[7] and broadly represent the premium jeans category.  In order to choose

---

[7] In-House Denim Focus Group, LSC v. A&F 26(a) 2353-2368

an appropriate control set of jeans, I personally visited stores that carried super premium

jeans and talked to sales representatives about competitive brands and the popularity of

particular styles within each brand. Photographs used in this study are in Exhibit 14. To

avoid order bias, the sequence of the four brands of jeans in Group B was rotated. As with

the first display, the participant was told to take as long as needed to examine each product in

the second display. After the participant had looked at all four jeans together on the wall, she

was asked: "Do you think that any of these jeans are made, sponsored or endorsed by the

same company that made the jeans you saw in the first picture? Or, do you think that none of

these jeans are made, sponsored or endorsed by the same company that made the jeans you

saw in the first picture?" If the respondent indicated that one or more jeans were related to

the first photograph that was shown, she was then asked: "Which one or ones do you think

are made, sponsored or endorsed by the same company that made the jeans you saw in the

first picture?" Then participants were asked an open-ended question to identify the reason

for their answers. That is, participants were not prompted with responses or given choices,

and they could provide multiple responses. Interviewers entered all responses verbatim.

After all interviews were completed, all survey participants were called to validate the

survey.[8]


### b.  Summary of Research Findings

The tabulated results of the survey are shown in Exhibit 15. Of the survey

participants, approximately 41% (123 out of 299) indicated that at least one of the jeans in

Group B was "made, sponsored or endorsed by the same company that made the jeans in the

---

[8] Participants are called to confirm their participation in the survey. Participants with wrong numbers are not included in the survey.

first photograph." Out of the total sample population, 31% (92 out of 299) selected the Ruehl

jeans as being made, sponsored, or endorsed by the same company that made the "LEVI's®"

jeans. Of the 31% that identified Ruehl, 22% (66 out of 299) of respondents selected the

Ruehl jeans exclusively, and an additional 9% (26 out of 299) selected the Ruehl jeans and at

least one other brand of jeans. By comparison, 11% (34 out of 299) selected the Citizens

jeans (4% exclusively); 8% (25 out of 299) selected the True Religion jeans (3%

exclusively); and 4% (12 out of 299) selected the Seven jeans (2% exclusively).

Approximately 47% of participants said that none of the jeans were made, sponsored, or

endorsed by the company that made the jeans by LS&CO.

The verbal protocols indicate that the stitching and/or pocket were a basis for

confusion between "LEVI's®" jeans and the Ruehl jeans. Of the total sample population,

16% (47 out of 299) of participants specifically mentioned that the "stitching" and/or the

"pocket" was at least one of the reasons that caused them to make the association between

the two brands. Of the 16% that identified the stitching and/or pocket, 12% (35 out of 299)

selected the Ruehl jeans exclusively and 4% selected the Ruehl jeans and at least one other

brand of jeans. Not included in this conservative estimate are 4% (3% exclusively) of

respondents who selected Ruehl and mentioned stitching without any further reference. By

comparison, mentions of "stitching" and/or the "pocket" for the other jeans studied were:

7% (21 out of 299) for those who selected the Citizens jeans (3% exclusively); 4% (12 out of

299) for those who selected the True Religion jeans (2% exclusively); and 1% (3 out of 299)

for those who selected the Seven jeans (1% exclusively).

### D. Conclusions from the Surveys

The findings from the Recognition survey provide support for the conclusion that

consumers are very familiar with "LEVI's®" Arcuate stitching design. Moreover, consumers use the back pocket stitching on the "LEVI's®" jeans as a brand identifier, and the "LEVI's®" brand maintains high brand name recognition.

The findings from the Likelihood of Confusion survey provide support for the conclusion that consumers are likely to be confused regarding the origin of Ruehl jeans. Many consumers mistakenly believed that Ruehl jeans are made, sponsored, or endorsed by LS&CO. Verbal protocols indicated that consumers were confused by the back pocket stitching associated with jeans by Ruehl and jeans by LS&CO.

Levi Strauss & Co. is one of the world's largest brand-name apparel manufacturers. The company designs, manufactures and markets branded jeans and casual sportswear for men, women and children. Products include jeans, shirts, jackets and skirts, primarily marketed under the "LEVI's®" brand.

Since its inception in 1853 in San Francisco, LS&CO. has grown into a worldwide leader in branded apparel, with total revenues of $4.36 billion in 2007. LS&CO. is ranked as the 522th largest company in the United States by *Fortune* Magazine. [9]

Over the past 153 years, LS&CO. has invested time, resources and money in developing, promoting and advertising the "LEVI's®" trademark, and specific features of the "LEVI's®" jeans, all of which help to create and stimulate the awareness and equity of the "LEVI's®" brand. The Arcuate Stitching Design is an important component of this brand equity, and LS&CO has used this trademark continuously since 1873. [10]

---

[9] www.levistrauss.com, and http://money.cnn.com/magazines/fortune/fortune500/2008/full_list/501_600.html

[10] Parnes, Francine. "125 Years of Jeans They Just Keep on Wearing." The Denver Post. September 3, 1998. 2nd edition. Pg. E-01. LS00017812

Based on the data from these two surveys, I conclude that LS&CO. has established a highly familiar brand that is widely recognized by the general population. Over time, LS&CO has established a distinct look for its products based in part on its use of a unique Arcuate stitching design. Given that confusion between the Ruehl jeans and the LS&CO. jeans is likely, consumers will no longer be able to rely on the Arcuate stitching design as a basis for identifying a "LEVI's®"jeans. Hence, Ruehl jeans can therefore be expected to erode the distinctiveness of the "LEVI's®" brand in a post-sale environment.

## V. SUMMARY

In summary, the Recognition survey demonstrates that the Arcuate stitching design on "LEVI's®" jeans is highly recognized by consumers. Furthermore, consumers use the back pocket stitching as a source identifier for "LEVI's®" jeans. The Likelihood of Confusion survey indicates a high likelihood that consumers are confused as to the origin, sponsorship, or association of the Ruehl jeans. Because consumers are likely to associate Ruehl jeans with those made by LS&CO., LS&CO. is likely to have suffered damage to its brand.

## VI. DATA AND OTHER INFORMATION CONSIDERED

My testimony is based on my review of documents produced to date in this case, deposition transcripts, and the sources and information cited in this report.

I am continuing my analysis. I may review other documents and information that may become available during the course of this litigation. I may refine or expand my opinions as further information and materials come to my attention, and I reserve the right to supplement this report to the extent that additional information becomes available which may

13

affect my opinions.

## VII. EXHIBITS TO BE USED

I may rely on one or more of the documents and deposition testimony identified in Section VI above. I may also rely on demonstrative exhibits. I may also rely on the trial testimony and trial exhibits of the parties' witnesses.

## VIII. PRIOR TESTIMONY AND PUBLICATIONS

A list of my publications for the preceding ten years can be found in my CV (*See* Exhibit 1).

## IX. FURTHER ANALYSIS

I reserve my right to supplement this report based on any information which I receive after the date of this report.

## X. COMPENSATION

Pursuant to my usual consulting arrangement, I am paid at an hourly rate of $450 plus necessary and reasonable expenses. I receive no other compensation for my work in this action.

14

DATED: June 30, 2008

_____
Sanjay Sood

Exhibit 1

# SANJAY SOOD

UCLA Anderson School of Management
110 Westwood Plaza, B414
Los Angeles, CA 90095
(310) 825-1250; sood@ucla.edu
April 2007

## ACADEMIC POSITIONS

2006-present   Associate Professor, UCLA Anderson Graduate School of Management
2001-2006      Assistant Professor, UCLA Anderson Graduate School of Management
1998-2001      Asst. Professor, Jones Graduate School of Management, Rice University

## EDUCATION

1999      Stanford University, Graduate School of Business
          Ph.D. in Marketing
1992      Northwestern University, Kellogg Graduate School of Management
          MBA
1987      University of Illinois at Urbana-Champaign
          B.S. Electrical Engineering, (Graduated with Honors)

## HONORS, AWARDS AND GRANTS

UCLA Anderson Citibank Teaching Award, 2005
UCLA Entertainment Institute Research Grant, 2004
Marketing Science Institute Young Marketing Scholar, 2003
Marketing Science Institute Research Grant, 2002, 1999
Jones School Student Mentoring Award, (Rice) 2000,1999
Jones School Teaching Award, (Rice) 1999
National Science Foundation Instrumentation Grant (Rice), 1999
AMA Doctoral Consortium Representative (Stanford), 1997

## PUBLICATIONS

L. Brenner, Y. Rottenstreich, Sood, S., and B. Bilgin (forthcoming), "On the Psychology of Loss Aversion: Possession, Valence, and Reversals of the Endowment Effect," *Journal of Consumer Research.*

Rottenstreich, Y., Sood, S. and Brenner, L. (2007), "Feeling and Thinking in Memory-Based versus Stimulus-Based Choices," *Journal of Consumer Research*, 33, 4, pp. 461-469.

Sood, S., and Dreze, X. (2006), "Brand Extensions of Experiential Goods: Movie Sequel Evaluations," *Journal of Consumer Research*, 33, 3, pp. 352-360.

1

Sood, S. and M. Forehand (2005), "On Self Referencing Differences in Judgment and Choice," *Organizational Behavior and Human Decision Processes*, v98, n2, p. 144-154.

Sood, S., Y. Rottenstreich, and L. Brenner (2004), "On Decisions that Lead to Decisions: Direct and Derived Evaluations of Preference," *Journal of Consumer Research*, v31, n1, p. 17-25.

Keller, K. and S. Sood (2003), "Brand Equity Dilution: Your Brand May Be Less Vulnerable Than You Think," *Sloan Management Review*, v45, n1, p. 12-15.

Zhang, S. and S. Sood (2002), "Deep and Surface Cues: Brand Extension Evaluations by Children and Adults," *Journal of Consumer Research*, v29, n1, p. 129-141.

Keller, K. and S. Sood (2001), "The Ten Commandments of Global Branding," *Asian Journal of Marketing*, 8 (2), p. 97-108.

Bridges, S., Keller, K., and S. Sood (2000), "Communication Strategies for Brand Extensions: Enhancing Perceived Fit by Establishing Explanatory Links," *Journal of Advertising*, v29, n4, p.1-11.

Kirmani, A., S. Sood, and S. Bridges (1999), "The Ownership Effect in Consumer Responses to Brand Line Stretches," *Journal of Marketing*, v63, n1, p. 88-101.

Rottentreich, Y., L. Brenner and S. Sood (1999), "Similarity Between Hypotheses and Evidence," *Cognitive Psychology*, v38, n1, p. 110-128.

Brenner, L., Y. Rottenstreich and S. Sood (1999), "Comparison, Grouping, and Preference," *Psychological Science*, v10, n3, p. 225-229.

**RESEARCH UNDER REVIEW**

"The Effects Of Trivial Features And Types Of Comparisons On Choice Deferral," with S. Zhang, under third round review at *Journal of Marketing Research*.

**SELECTED RESEARCH IN PROGRESS**

"Competitive Anticipation in Marketing Decision Making"

"The Effects of Branding Strategies and Product Experience on Brand Evaluations" with K. Keller.

"Protected Values are not Protected from Anchoring and Adjustment," with C. Trepel.

**SELECTED PRESENTATIONS**

"Exploring the Boundary Conditions of Anchoring and Adjustment," Columbia School of Business, Marketing Seminar (March 2007)

"Feeling and Thinking in Memory-Based versus Stimulus-Based Choices," Johnson School, Cornell University Marketing Seminar (March 2006)

"The Effects of Comparison in Consumer Choice," Vanderbilt University Marketing Seminar (January 2006)

"The Effects Of Trivial Features And Types Of Comparisons On Choice Deferral," Stanford University Marketing Seminar (January 2005)

"On Decisions that Lead to Decisions:  Direct and Derived Evaluations of Preference," Wharton School Marketing Seminar (April 2004)

"The Effects Of Trivial Features And Types Of Comparisons On Choice Deferral," Young Scholars Conference (March 2003)

"Generated and Selected Preferences," Association for Consumer Research Conference (May 2002)

**TEACHING INTERESTS**

Marketing Management, Brand Management, Entertainment Marketing, Advertising

**TEACHING PUBLICATIONS**

"Sears Roebuck and Company" Harvard Business School Case M278.
"California Milk Processor Board:  Gotmilk?," in *Strategic Brand Management*, Kevin Lane Keller, Prentice Hall.
"Nike International," in *Strategic Brand Management*, Kevin Lane Keller, Prentice Hall.

**SERVICE**
Non-UCLA:
Editorial board, *Journal of Consumer Research,* 2005
Ad hoc-Reviewer*: Journal of Marketing Research, Journal of Consumer Psychology, Journal of Interactive Marketing, Journal of Retailing, California Management Review*
Ad-hoc Reviewer: Canadian Social Science Grant Program
Program Committee:  ACR Conference, 2006
UCLA:
Co-Director, UCLA Anderson Behavioral Research Lab (2001-present)
Co-Director, local program, BDRM Conference (2006)
Non-voting member, UCLA Anderson Staffing and Promotion Committee (2003-2004)
Member, UCLA Legislative Assembly Committee (2004-2006)

**Exhibit 2**

**List of Documents**

Beaver, Stacie Deposition,  May 29, 2008


In-House Denim Focus Group
LSC v. A&F 26(a)
2353-2368


"The Jeans that Built America – H.D. Lee"
LS-A&F040018

"Lee."
http://www.lee.com/our_company.asp
LS-A&F040039

Levi Strauss & Co. v. Abercrombie & Fitch Trading Co., Complaint United States
District Court for the Northern District of California, Case No. C 07 3752, July 20, 2007

"Lucky Brand Jeans – the Story of Lucky."
http://www.luckybrandjeans.com/about_gene_barry.aspx
LS-A&F040036


Parnes, Francine. "125 Years of Jeans They Just Keep on Wearing."  The Denver Post.
September 3, 1998. 2nd edition. Pg. E-01
LS00017812

Premium and Super Premium Jeans Overview

U. S. Census Bureau, Census 2000 Summary File 1, Matrices P13 and PCT112.

**Exhibit 3**
**Mall Locations**

**Boston, MA**
*PerfomancePlus*
Faneuil Hall Marketplace
2 Faneuil Hall Marketplace
4th Floor, South Building
Boston, MA  02109
508.872.1287

**Chicago, IL**
*Mid- America Research*
Orland  Square Mall
201 Orland Square Mall
Orland Park, IL  60462
708.349.0888

**Dallas, TX**
*Consumer Opinion Center/Friedman Marketing*
The Parks at Arlington Mall
3811 S. Cooper, Suite 2053
Arlington, TX 76015
817.419.6633

**Los Angeles, CA**
*Cunningham Global Research Group*
Northridge Fashion Center
9301 Tampa Ave., Suite 169A
Northridge, CA  91324
818.718.1034

**Tampa, FL**
*Quick Test/Heakin*
Westfield Shopping Town at Citrus Park
7852 Citrus Park Drive
Tampa, FL 33625
813.926.3222

# CROSSFIELD ASSOCIATES

ID#_____

## Exhibit 4

**Jeans survey B**
**Screen for participants**
**Mall Intercept**

Name:_____ Phone:_____

City of residence:_____

Interview Date:_____ Time:_____

**Males and Females**

Hi.  My name is ----- from (name of research facility), a research firm.  We're not trying to sell you anything.  We are conducting research about jeans.  I'd like to take 2-3 minutes of your time to ask you a few questions.

1.  What is your age?  Are you:
Under 18....... Thank you for helping us.

____ *18 -24*
____ *25-34*
____ *35-44*
____ *45-54*
____ *55-64*
*65 and* older........Thank you for helping us.
REFUSED........Thank you for helping us.

2.  Have you participated in market research, other than a political poll, either in a focus group or one-on-one interview, in the past 6 months?
____yes      ____no
*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no", go to question 3.*

3.  Do you or any one in your immediate family or household work for a company that makes,  distributes, or sells jeans?
____yes        ____no
*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no",  go to question 4.*

4.  Do you or any one in your immediate family or household work for an advertising agency, public relations firm, or a market research company?
____yes        ____no
*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no",  go to question 5.*

1

5.  Do you or any one in your immediate family or household
    work for a store in the mall?
    ____yes          ____no
*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no", go to question 6.*

6.  Have you heard about the topic or subject of any interviews being conducted at
    this mall?
    ____yes          ____no
*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no", go to question 7.*

7.  Do you usually wear glasses or contact lenses when you shop or look at
    photographs?
    ____yes          ____no

*If respondent answers "no", go to question 8.*
*If respondent answers "yes":* Did you bring your glasses with you or are you wearing
your contact lenses?
    ____yes          ____no
*If respondent answers "yes": go to question 8.*
*If respondent answers "no",* Thank you very much for helping us.

8.  Have you purchased jeans in the past 6 months?
    ____yes          ____no

9.  Do you plan to purchase jeans in the next 6 months?
    ____yes          ____no

We would like to invite you to participate in our research. It will take about 10 minutes of
your time. Because we know that your time is valuable, we are offering $5 for you to
participate. To assure quality, some of the interviews will be monitored or observed, and
you may be called after the interview to confirm your participation. No individuals will be
identified, and your name will not be used for sales purposes. Can you come with me now
for the interview?

*Recruiter: Please save this screener. All pre-recruited participants must be re-screened at
the door. All screens will be returned with the validation/interview certification pages and
tracking sheet. Thank you.*

Screener's name: _____ date_____

| ID#: | Participant's Name: | Age:          Gender: |
|------|---------------------|----------------------|
| Interviewer: | Phone Number: | Date: |
| | | Rotation order: |

**Exhibit 5**

**JEANS SURVEY**

*I'm going to show you several photos of jeans. Take as long as you want to look at each one.*

*After you see each one, I'll ask you a few questions. If you don't know or don't have an answer, please let me know that. Your responses will be completely confidential. If you usually wear eyeglasses or contact lenses to look at photographs, please put them on now.*

(Interviewer: Show the respondent the first picture. Write the letter on the back of the photograph here_____.)

1. *Have you seen jeans with this style of pocket stitching before?*
   _____ yes
   _____ no
   _____ don't know

   (If respondent answers "no", skip to the next picture.)

2. *Do you associate jeans with this style of pocket stitching with* (read the options to respondent and show respondent the card with answers):
   _____ *one brand or company*
   _____ *more than one brand or company*
   _____ *don't know*

3. *What is the name of the brand(s) or companies that you associate with this product?*
   1._____
   2._____
   3._____

*Repeat Questions 1-3 for each photograph.*

**Thank you for helping us today.**

1

**Exhibit 6**

**INSTRUCTIONS FOR INTERVIEWERS**
**JEANS SURVEY B**

**Materials:**
- Interview Order Tracking Sheet to keep track of your interviews
- Light blue envelope with 3 photographs in it
- Screens
- Validation and Interviewer Certification
- Online questionnaires

**Preparations:**
1. All interviewers must participate in the briefing session, including observation, with Crossfield Associates. Those who did not participate in the briefing session may not conduct interviews.

2. You will need a secure room where interviewers can have access to the materials throughout the course of the study.

3. Individual interview rooms should be closed rooms. If the room is divided, there should be a floor to ceiling room divider. You should not be able to hear normal conversation from the other side of the room.

4. To conduct each interview, you need the online access to the questionnaire and the envelopes with the 3 photographs

**Screening the Respondents:**
1. Please note the quotas for gender and age.

2. Screen only one respondent in a group.

3. Screen only one respondent at a time.

4. No respondent may be present while another person is being screened.

5. Do not screen respondents who:
   o don't understand English
   o have trouble hearing
   o you know personally

6. Follow the instructions on the screen exactly as they are written. Read the questions distinctly and note the answer on the screener.

7. You may use pencil for the screener only. If you erase, erase completely.

8. Make sure that all questions on the screener are completed for the qualified respondents. All completed screens will be returned to Crossfield Associates. Please check that they are completed properly.

*Crossfield Associates*                                                                1

9.  Inform the respondent of the interview protocol before they come to the interview.  (See #1 below.)

10. Ask for identification at the door and re-screen pre-recuits.

11. Call the respondent's phone number **before** you start the interview to be sure you have a working number.  Inform the respondents that they may receive a follow-up call for validation purposes.

12. If the participant requires corrective lenses, make sure the she is wearing them for the interview.  If participant did not bring her corrective lenses, please reschedule.

**Conducting the Interviews:**
1.  Interview Protocol:  Do not allow children to accompany parents.
                        Keep shopping bags off the table and out of site.
                        Turn off cell phones.

2.  After recruiting and screening, please escort the participant into the interview room.

3.  Mark the participant's name on the tracking sheet next to the questionnaire ID # used with that participant.  Put the same ID# on the top of the screener.

4.  Begin the first interview.  Follow the instructions on the questionnaire exactly as they are written.  Make sure that the information you write on the top of the first page of the questionnaire matches the information on the screen.

5.  Read the script for the questionnaire slowly and distinctly. Follow the script on the questionnaire **exactly.**  Do not change any of the words.  Do not read or say the instructions to the participant. If the participant doesn't understand the question, repeat the question.  Do not try to explain it.

6.  Photographs should be out of sight until you are instructed to show them.  Show the respondent one photograph at a time. Be sure to completely remove each photograph before showing the next one.

7.  Give the participant sufficient time to look at each photograph.

8.  Do not let the participant see any of the words of the questionnaire.  Do not force a response from the participant.  If the participant says she doesn't know, then check or write in "don't know".  Do not ask the participant to guess.

9.  **Please write down exactly what the participant answers.**

10. Only clarify if you cannot hear the participant.  You may need to ask the participant to spell the word(s).  Do not ask the participant what was meant by the response.  Just write down the response **verbatim**.

11. Be personable, but do not comment or respond in any way to the participant's answers. Do not react positively or negatively to the participant's response.

12. Do not rush the respondent.  Allow the respondent as much time as she needs to answer each question.

13. At the conclusion of the interview, ask the respondent to complete and sign her section of the Validation and Interviewer Certification form.   No interviews will be accepted without this form completed.  **Interviewers:  Be sure to sign and date the form after each interview.**

14. Escort the respondent back to the front desk.

I have read the above instructions, participated in the training session, and agree to follow the instructions.

Any questions, please feel free to call:  Harriet Cellini (650) 344-3184 or email: harriet@crossfieldassociates.com

All interviews must be completed before Federal Express pick-up time on _____.
We will ask you to overnight the screens a few times during the course of the study.
Fedex # and address will be provided.

*Crossfield Associates*

3

**Exhibit 7**
**PARAMETERS FOR JEANS SURVEY B**

May 28, 2008

*Sample*
Participants will be recruited in the mall.
Criteria for screening participants include:
- Males and Females
- 18-64 years of age, age segments to follow

|       | males | females |
|-------|-------|---------|
| 18-24 | 5     | 5       |
| 25-34 | 7     | 7       |
| 35-44 | 8     | 8       |
| 45-54 | 6     | 6       |
| 55-64 | 4     | 4       |

- did not participate in market research, other than a political poll, either in a focus group or one-on-one interview, in the past 6 months
- does not personally work or have a family member who works for a clothing manufacturer or market research firm
- does not work for a store in the mall
- has not heard about the topic or subject of any interviews being conducted at this mall

*Sample Size*
- Total sample:  60
- Expected net incidence:  40%

*Co-op*:  $5 or as advised by research facility

*Accommodations and Training*
- We will need an observation room on the first day of interviews.  Crossfield Associates will train and supervise all the interviewer(s).  All interviewers must participate in the briefing session, including observation, with Crossfield Associates.
- Individual interview rooms should be closed rooms.  If the room is divided, there should be a floor to ceiling room divider.  You should not be able to hear normal conversation from the other side of the room.
- Internet capabilities are required.  Interviewers will administer the interview and enter participants' responses on-line.
- No video or audio taping.

*Timing*
- To be completed  ASAP, no later  than 10 days (including 2 weekends) from start of survey

***Format and Tasks for Participants***
- Respondents will look at photographs with the interviewer.  Interviewer will ask the respondent several questions.
- Each interview will take about 5 minutes.

Exhibit 8

Fame Survey Jean Photographs
(1=Lee, 2=Levi's(r), 3=Lucky)



Exhibit 8                      Fame Survey Jean Photographs
                            (1=Lee, 2=Levi's(r), 3=Lucky)

