# EXHIBIT D
# PART 3

**Exhibit 9E**

Association of Jeans to Brand(s) or Company(ies)
(Base = 302)

Question 2: Do you associate jeans with this style of pocket stitching with
(read the options to respondent and show respondent the card with answers):

- one brand or company
OR
- more than one brand or company

|         | Base | One         | More than One | Don't Know  | N= (1) |
|---------|------|-------------|---------------|-------------|--------|
| Lee     | 302  | 26.5% (80)  | 15.9% (48)    | 13.6% (41)  | 169    |
| Levi's® | 302  | 53.6% (162) | 15.2% (46)    | 13.2% (40)  | 248    |
| Lucky   | 302  | 22.5% (68)  | 13.2% (40)    | 19.2% (58)  | 166    |

(1): Question asked of respondents who did not indicate "No" in Question 1

**Exhibit 9F**

Association of Jeans to Brand(s) or Company(ies)
(Base = 302)

Question 2: Do you associate jeans with this style of pocket stitching with
(read the options to respondent and show respondent the card with answers):

- one brand or company
OR
- more than one brand or company



**Exhibit 9G**

**Brand or Company Respondent Said Was Associated With Jeans**
**Respondents Who Answered "One Brand or Company" in Question 2**

Question 3: What is the name of the brands or companies that you associate with this product?

| Brand/Company | Lee | Levi's® | Lucky |
|---|---|---|---|
| Abercrombie & Fitch | 0.0% (0) | 0.6% (1) | 0.0% (0) |
| Aeropostale | 0.0% (0) | 0.6% (1) | 0.0% (0) |
| American Eagle | 0.0% (0) | 1.2% (2) | 0.0% (0) |
| Anchor Blue | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| Arizona | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| BabyPhat | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| Bongo | 1.3% (1) | 0.0% (0) | 0.0% (0) |
| Brittania | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| Brooklyn Express | 1.3% (1) | 0.0% (0) | 0.0% (0) |
| Buckle | 0.0% (0) | 0.6% (1) | 0.0% (0) |
| Bullhead | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| Calvin Klein | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| DKNY | 1.3% (1) | 0.0% (0) | 0.0% (0) |
| Don't know | 6.3% (5) | 9.3% (15) | 23.5% (16) |
| Express | 0.0% (0) | 0.6% (1) | 1.5% (1) |
| Girbaud | 1.3% (1) | 0.0% (0) | 0.0% (0) |
| Gloria Vanderbilt | 1.3% (1) | 0.0% (0) | 0.0% (0) |
| Guess | 1.3% (1) | 0.6% (1) | 1.5% (1) |
| JCPenney | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| Jordache | 1.3% (1) | 0.0% (0) | 4.4% (3) |

|  |  |  |  |
|---|---|---|---|
| Lee | **48.8% (39)** | 1.2% (2) | 10.3% (7) |
| LEI | 0.0% (0) | 0.6% (1) | 1.5% (1) |
| Levi's® | 11.3% (9) | **72.2% (117)** | 19.1% (13) |
| Lucky | 0.0% (0) | 1.2% (2) | **5.9% (4)** |
| Mecca | 1.3% (1) | 0.6% (1) | 0.0% (0) |
| Old Navy | 1.3% (1) | 1.2% (2) | 1.5% (1) |
| Other | 5.0% (4) | 2.5% (4) | 7.4% (5) |
| Paris Blues | 1.3% (1) | 0.0% (0) | 0.0% (0) |
| Polo | 1.3% (1) | 0.0% (0) | 2.9% (2) |
| Ralph Lauren | 0.0% (0) | 0.0% (0) | 1.5% (1) |
| Rustler | 0.0% (0) | 0.6% (1) | 0.0% (0) |
| Sergio Valente | 1.3% (1) | 0.0% (0) | 1.5% (1) |
| Tommy Hilfiger | 0.0% (0) | 0.6% (1) | 0.0% (0) |
| WalMart | 1.3% (1) | 0.0% (0) | 0.0% (0) |
| Wrangler | 13.8% (11) | 6.8% (11) | 10.3% (7) |
| Base N = | 80 | 162 | 68 |

Note: Totals may not sum to 100% for each jean, because some respondents ultimately mentioned more than one jean in response to this question.

**Exhibit 9H**

Brand or Company Respondent Said Was Associated With Jeans
All Respondents (1)
(Base = 302)

Question 3: What is the name of the brands or companies that you associate with this product?

| Brand/Company | Lee | Levi's(r) | Lucky |
|---|---|---|---|
| 501 | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| A generic jean | 0.3% (1) | 0.3% (1) | 0.0% (0) |
| Abercrombie & Fitch | 0.3% (1) | 0.7% (2) | 1.0% (3) |
| ACA Joe | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Aeropostale | 0.0% (0) | 0.7% (2) | 0.0% (0) |
| AJ Wright | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| American Eagle | 0.3% (1) | 1.7% (5) | 0.3% (1) |
| American Rag | 0.0% (0) | 0.3% (1) | 0.0% (0) |
| Anchor Blue | 0.0% (0) | 0.3% (1) | 0.7% (2) |
| Arizona | 0.3% (1) | 0.3% (1) | 1.3% (4) |
| BabyPhat | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| Billabong | 0.0% (0) | 0.3% (1) | 0.0% (0) |
| Bongo | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Brittania | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| Brooklyn Express | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Buckle | 0.3% (1) | 0.3% (1) | 0.0% (0) |
| Bullhead | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| Burlington | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Calvin Klein | 1.3% (4) | 0.3% (1) | 0.7% (2) |
| Chic | 0.3% (1) | 0.0% (0) | 0.0% (0) |

| Brand | | | |
|---|---|---|---|
| Dickies | 0.3% (1) | 0.3% (1) | 0.0% (0) |
| Diesel | 0.3% (1) | 0.0% (0) | 0.3% (1) |
| DKNY | 0.7% (2) | 0.0% (0) | 0.0% (0) |
| Dockers | 0.3% (1) | 0.0% (0) | 0.3% (1) |
| Don't know | 14.9% (45) | 13.2% (40) | 20.9% (63) |
| Duplex | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| Ecko | 0.0% (0) | 0.7% (2) | 0.0% (0) |
| Express | 0.0% (0) | 0.3% (1) | 0.3% (1) |
| Gap | 0.7% (2) | 0.3% (1) | 0.7% (2) |
| Girbaud | 0.7% (2) | 0.3% (1) | 0.0% (0) |
| Gloria Vanderbilt | 0.7% (2) | 0.0% (0) | 0.0% (0) |
| Guess | 1.3% (4) | 1.3% (4) | 0.7% (2) |
| Haggar | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Hollister | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| JCPenney | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| Jenco | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| Jordache | 1.0% (3) | 0.3% (1) | 1.7% (5) |
| **Lee** | **15.9% (48)** | 3.6% (11) | 4.3% (13) |
| LEI | 0.0% (0) | 0.3% (1) | 1.0% (3) |
| **Levi's®** | 9.3% (28) | **52.6% (159)** | 11.9% (36) |
| **Lucky** | 0.0% (0) | 1.3% (4) | **2.0% (6)** |
| Marshall's | 0.0% (0) | 0.0% (0) | 0.7% (2) |
| Mecca | 0.3% (1) | 0.3% (1) | 0.0% (0) |
| Miller's Outpost | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| Nautica | 0.0% (0) | 0.3% (1) | 0.0% (0) |
| None | 0.0% (0) | 0.0% (0) | 0.7% (2) |

| | | | |
|---|---|---|---|
| Old Navy | 1.0% (3) | 1.3% (4) | 0.3% (1) |
| Other | 4.0% (12) | 2.3% (7) | 4.3% (13) |
| Paris Blues | 0.3% (1) | 0.0% (0) | 0.3% (1) |
| Polo | 1.0% (3) | 0.3% (1) | 1.0% (3) |
| Ralph Lauren | 0.7% (2) | 0.0% (0) | 1.0% (3) |
| Ross | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Rustler | 0.3% (1) | 0.3% (1) | 0.3% (1) |
| Sasson | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Sean John | 0.3% (1) | 0.0% (0) | 0.3% (1) |
| Sergio Valente | 0.3% (1) | 0.0% (0) | 0.3% (1) |
| Seven | 0.0% (0) | 1.0% (3) | 0.0% (0) |
| Sonoma | 0.3% (1) | 0.3% (1) | 0.7% (2) |
| Target | 0.0% (0) | 0.0% (0) | 0.3% (1) |
| TJMaxx | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Tommy Hilfiger | 0.7% (2) | 1.0% (3) | 0.3% (1) |
| True Religion | 0.3% (1) | 0.3% (1) | 0.0% (0) |
| WalMart | 0.3% (1) | 0.0% (0) | 0.3% (1) |
| William Rast | 0.3% (1) | 0.0% (0) | 0.0% (0) |
| Wrangler | 7.6% (23) | 9.3% (28) | 5.0% (15) |
| Base N = | 302 | 302 | 302 |

Note: Respondents could mention more than one brand or company
(1): Asked of those who were asked Question 2, i.e., those who did not indicate "No" to Question 1.

CROSSFIELD ASSOCIATES

ID#_____

Exhibit 10

Jeans survey A
Screen for participants
Mall Intercept

Name:_____   Phone:_____

City of residence:_____

Interview Date:_____   Time:_____

**Females only**

Hi. My name is ----- from (name of research facility), a research firm. We're not trying to sell you anything. We are conducting research about jeans. I'd like to take 2-3 minutes of your time to ask you a few questions.

1. What is your age? Are you:
Under 20.........Thank you very much for helping us.
20 - 25
26 – 30
31 - 35
36 – 40
41 - 45
46 or older........Thank you very much for helping us.
REFUSED........Thank you very much for helping us.

2. Have you participated in market research, other than a political poll, either in a focus group or one-on-one interview, in the past 6 months?
___yes         ___no
*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no", go to question 3.*

3. Have you purchased jeans that cost at least $75 in the past 6 months?
___yes         ___no
*If respondent answers "yes": go to question 5.*
*If respondent answers "no", go to question 4.*

4. Do you plan to purchase jeans that cost at least $75 in the next 6 months?
___yes         ___no
*If respondent answers "yes": go to question 5.*
*If respondent answers "no":* Thank you very much for helping us.

5. Do you or any one in your immediate family or household work for a company that makes, distributes, or sells jeans?
___yes         ___no
*If respondent answers "yes":* Thank you very much for helping us.

1

*If respondent answers "no", go to question 6.*

6. Do you or any one in your immediate family or household work for an advertising agency, public relations firm, or a market research company?
   ___yes         ___no

*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no", go to question 7.*

7. Do you or any one in your immediate family or household work for a store in the mall?
   ___yes         ___no

*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no", go to question 8.*

8. Have you heard about the topic or subject of any interviews being conducted at this mall?
   ___yes         ___no

*If respondent answers "yes":* Thank you very much for helping us.
*If respondent answers "no", go to question 9.*

9. Do you usually wear glasses or contact lenses when you shop or read?
   ___yes         ___no

*If respondent answers "no":* Invite respondent to participate.
*If respondent answers "yes":* Did you bring your glasses with you or are you wearing your contact lenses?
   ___yes         ___no

*If respondent answers "yes":* Invite respondent to participate.
*If respondent answers "no",* Thank you very much for helping us.

We would like to invite you to participate in our research. It will take about 10 minutes of your time. Because we know that your time is valuable, we are offering $5 for you to participate. To assure quality, some of the interviews will be monitored or observed, and you may be called after the interview to confirm your participation. No individuals will be identified, and your name will not be used for sales purposes. Can you come with me now for the interview?

*Recruiter: Please save this screener. All pre-recruited participants must be re-screened at the door. All screens will be returned with the validation/interview certification pages and tracking sheet. Thank you.*

Screener's name: _____ date_____

2

Exhibit 11

# JEANS STUDY
## Questionnaire

Thank you for helping us out today.

I am going to ask you some questions about jeans.

There are no right or wrong answers. We just want your thoughts and opinions. If you don't know or don't have an answer, please let me know that. Your responses will be completely confidential. If you usually wear eyeglasses or contact lenses to look at photographs, please put them on now.

I am going to show you a photograph of a pair of jeans.

**[INTERVIEWER: SHOW PHOTOGRAPH A TO THE RESPONDENT.]**

Please look at these jeans as if you were looking at someone wearing them on the street. Please take as long as you want like to view the jeans. Let me know when you are done.

> **INTERVIEWER: GIVE THE RESPONDENT AS MUCH TIME AS SHE WANTS TO EXAMINE PHOTOGRAPH A. AFTER THE RESPONDENT INDICATES THAT SHE'S DONE, REMOVE PHOTOGRAPH A FROM VIEW BY PLACING IT IN THE ENVELOPE PROVIDED.**

**INTERVIEWER: MAKE SURE FIRST PHOTOGRAPH A HAS BEEN REMOVED FROM VIEW.**

**INTERVIEWER: MAKE SURE GROUP B PHOTOGRAPHS HAVE ROTATED TO THIS ORDER.**

*(ORDER ROTATED ONLINE.)*

Now I am going to show you several photographs of jeans, one at a time. Please look at each jean as if you were looking at someone wearing them on the street. Take as long as you want to look at each one. Let me know when you're done with each.

**(INTERVIEWER: UNCOVER GROUP B PHOTOGRAPHS ONE AT A TIME. GIVE THE RESPONDENT AS MUCH TIME AS SHE WANTS TO LOOK AT THE PHOTO. WAIT FOR HER CUE THAT SHE'S READY TO PROCEED. LEAVE PHOTO UNCOVERED WHEN MOVING TO THE NEXT ONE. LEAVE ALL 4 GROUP B PHOTOGRAPHS UNCOVERED AFTER SHOWING THEM, THEN PIN UP EACH ONE ON THE WALL WHILE KEEPING PHOTOGRAPH A IN THE ENVELOPE.**

**GIVE THE RESPONDENT AS MUCH TIME AS SHE WANTS TO EXAMINE EACH PHOTOGRAPH.)**

**INTERVIEWER: WRITE THE LETTER CODE ON THE BOTTOM OF THE FIRST**

1

**(LEFTMOST) PHOTOGRAPH HERE:**_____

1. Do you think that any of these jeans are made, sponsored or endorsed by the same company that made the jeans you saw in the first picture?

   Or,

   Do you think that none of these jeans are made, sponsored or endorsed by the same company that made the jeans you saw in the first picture?

   \_\_yes/one/any/more than one **(go to Question 2)**

   \_\_no/none **(end survey and thank respondent)**

   \_\_don't know/not sure **(end survey and thank respondent)**

2. Which one or ones do you think are made, sponsored or endorsed by the same company that made the jeans you saw in the first picture?
   \_\_B1
   \_\_B2
   \_\_B3
   \_\_B4
   \_\_don't know/not sure **(end and thank respondent)**

**(ASK SEPARATELY FOR EACH JEAN IDENTIFIED IN RESPONSE TO Question 2).**
3. What is it about these jeans that makes you say that it is made, sponsored or endorsed by the same company that made the jeans you saw in the first picture? **(RECORD RESPONSES VERBATIM)**

B.1 _____

B.2 _____

B.3 _____

B.4 _____

**INTERVIEWER: PROBE ONCE:**
4. Anything else? **(RECORD RESPONSES VERBATIM)**

B.1 _____

B.2 _____

B.3 _____

B.4 _____

Thank you for you for helping us today.

**Exhibit 12**

**INSTRUCTIONS FOR INTERVIEWERS**
**JEANS SURVEY A**

**Materials:**
- Interview Order Tracking Sheet to keep track of your interviews
- Envelope marked Photograph A
- Envelope marked Group B Photographs
- Screens
- Validation and Interviewer Certification
- Online questionnaires

**Preparations:**
1. All interviewers must participate in the briefing session, including observation, with Crossfield Associates. Those who did not participate in the briefing session may not conduct interviews.

2. You will need a secure room where interviewers can have access to the materials throughout the course of the study.

3. Individual interview rooms should be closed rooms. If the room is divided, there should be a floor to ceiling room divider. You should not be able to hear normal conversation from the other side of the room.

4. To conduct each interview, you need the online access to the questionnaire and xx photographs of jeans

**Screening the Respondents:**
1. All respondents must be female. Please note the quotas for age.

2. Screen only one respondent in a group.

3. Screen only one respondent at a time.

4. No respondent may be present while another person is being screened.

5. Do not screen respondents who:
    - don't understand English
    - have trouble hearing
    - you know personally

6. Follow the instructions on the screen exactly as they are written. Read the questions distinctly and note the answer on the screener.

7. You may use pencil for the screener only. If you erase, erase completely.

8. Make sure that all questions on the screener are completed for the qualified respondents. All completed screens will be returned to Crossfield Associates. Please check that they are completed properly.

9. Inform the respondent of the interview protocol before they come to the interview. (See #1 below.)

10. Ask for identification at the door and re-screen pre-recuits.

11. Call the respondent's phone number **before** you start the interview to be sure you have a working number. Inform the respondents that they may receive a follow-up call for validation purposes.

12. If the participant requires corrective lenses, make sure the she is wearing them for the interview. If participant did not bring her corrective lenses, please reschedule.

**Conducting the Interviews:**
1. Interview Protocol: Do not allow children to accompany parents.
   Keep shopping bags off the table and out of site.
   Turn off cell phones.

2. After recruiting and screening, please escort the participant into the interview room.

3. Mark the participant's name on the tracking sheet next to the questionnaire ID # used with that participant. Put the same ID# on the top of the screener.

4. Begin the first interview. Follow the instructions on the questionnaire exactly as they are written. Make sure that the information you put online matches the information on the screen.

5. Read the script for the questionnaire slowly and distinctly. Follow the script on the questionnaire **exactly**. Do not change any of the words. Do not read or say the instructions to the participant. If the participant doesn't understand the question, repeat the question. Do not try to explain it.

6. Photographs should be out of sight until you are instructed to show them. Ask the respondent to stand about 3 feet from the wall where you will display the photographs. Show the respondent the first photograph from the envelope marked "A". Give the participant sufficient time to look at this photograph. Be sure to put the first photograph back in the envelope, out of view, before showing the photographs from the envelope marked "B".

7. Show the photographs in the envelope marked "B", one at a time. Give the participant sufficient time to look at each photograph. Pin up each photo, in a row, on the wall. The participant should see all 4 photographs from Group B together. Leave all photographs from Group B pinned up until the conclusion of the interview.

8. Do not let the participant see any of the words of the questionnaire. Do not force a response from the participant. If the participant says she doesn't know, then check or write in "don't know". Do not ask the participant to guess.

9. **Please write down exactly what the participant answers.**

10. Only clarify if you cannot hear the participant. You may need to ask the participant to spell the word(s). Do not ask the participant what was meant by the response. Just write down the response **verbatim**.

11. Be personable, but do not comment or respond in any way to the participant's answers. Do not react positively or negatively to the participant's response.

12. Do not rush the participant. Allow the participant as much time as she needs to answer each question.

13. At the conclusion of the interview, ask the participant to complete and sign her section of the Validation and Interviewer Certification form. No interviews will be accepted without this form completed. **Interviewers: Be sure to sign and date the form after each interview.**

14. Escort the respondent back to the front desk.


I have read the above instructions, participated in the training session, and agree to follow the instructions.

_____
_____
_____
_____
_____
_____
_____
_____

Any questions, please feel free to call: Harriet Cellini (650) 344-3184 or email: harriet@crossfieldassociates.com


All interviews must be completed before Federal Express pick-up time on _____.

We will ask for several overnight shipments of the screens during the course of this study. The Fedex will be provided.

**Exhibit 13**

**PARAMETERS FOR JEANS SURVEY**

*Sample*
Participants will be recruited in the mall.
Criteria for screening participants include:
- Females only
  
  Age            #
  20 – 25..........15
  26 – 30..........15
  31 – 35..........12
  36 – 40..........12
  41 – 45............6
- purchased jeans over $75 in the last 6 months
- plan to purchase jeans over $75 within the next 6 months
- did not participate in market research, other than a political poll, either in a focus group or one-on-one interview, in the past 6 months
- does not personally work or have a family member who works for a clothing manufacturer or market research firm
- does not work for a store in the mall
- has not heard about the topic or subject of any interviews being conducted at this mall

*Sample Size*
- Total sample: 60
- Expected net incidence: 40%

*Co-op*: $5 or as advised by research facility

*Accommodations and Training*
- We will need an observation room on the first day of interviews. Crossfield Associates will train and supervise all the interviewer(s). All interviewers must participate in the briefing session, including observation, with Crossfield Associates.
- Individual interview rooms should be closed rooms. If the room is divided, there should be a floor to ceiling room divider. You should not be able to hear normal conversation from the other side of the room.
- Internet capabilities are required. Interviewers will administer the interview and enter participants' responses on-line.
- No video or audio taping.

*Timing*
- To be completed ASAP, no later than 10 days (including 2 weekends) from start of survey

***Format and Tasks for Participants***
- Respondents will look at photographs with the interviewer. Interviewer will ask the respondent several questions.
- Each interview will take about 5 minutes.

Exhibit 14:
Confusion Survey Photographs
1=Levis A1, 2=Citizens,
3=Ruehl, 4=Seven,
5=True Religion

1

Exhibit 14:
Confusion Survey Photographs
1=Levis A1, 2=Citizens,
3=Ruehl, 4=Seven,
5=True Religion

2



Exhibit 14:
Confusion Survey Photographs
1=Levis A1, 2=Citizens,
3=Ruehl, 4=Seven,
5=True Religion

3