1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                      UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEVI STRAUSS & CO.,                    | CASE NO. C 07-03752 JSW

13 |         Plaintiff/Counterdefendant,     | **ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE**

14 |    v.                                   | **FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R.**

15 | ABERCROMBIE & FITCH TRADING CO.,        | **79-5(c)**

16 |         Defendant/Counterclaimant.      |

17

18
   ABERCROMBIE & FITCH TRADING CO.,
19                                           **DATE: September 26, 2008**
                                             **TIME:   9:00 a.m.**
20         Defendant/Counterclaimant,        **COURTROOM: 2,**
                                             **Honorable Jeffrey S. White**
21    v.

22 LEVI STRAUSS & CO.,

23         Plaintiff/Counterdefendant.

1   Levi Strauss & Co., (LS&CO.") submits this Administrative Motion with the Court pursuant to Civil
2   Local Rules 7-11 and 79-5(c ) for permission to file the following documents under seal:

3       1.    DECLARATION OF WILL MITCHELL IN SUPPORT OF PLAINTIFF'S MOTION
4   FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED
5   AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S
6   CLAIM OF TRADEMARK DILUTION; and

7       2.    DECLARATION OF ROBERT HANSON IN SUPPORT OF PLAINTIFF'S MOTION
8   FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED
9   AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S
10  CLAIM OF TRADEMARK DILUTION.

11      This Administrative Motion is made pursuant to the Court's Order Granting Stipulated
12  Protective Order, entered on December 18, 2007 [Docket No. 50], and is narrowly tailored to seal only
13  that material for which good cause to seal has been established.

14      Pursuant to Local Rule 79-5(c ), sealed copies of the above-described documents are being
15  lodged with the clerk.

16      Submitted herewith is a Proposed Order granting LS&CO.'s Administrative Motion to file the
17  foregoing documents under seal and the Declaration of Raquel Pacheco in support of this
18  Administrative Motion.

19
20  DATED:  August 15, 2008        Respectfully submitted,

21          By:  /s/ Gregory S. Gilchrist
22             Gregory S. Gilchrist

23          TOWNSEND AND TOWNSEND AND CREW LLP
        Attorneys for Plaintiff/Counterclaim Defendant
        LEVI STRAUSS & CO.
24  61467740 v1
25
26
27
28