1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                  UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEVI STRAUSS & CO.,                    | Case No. C 07-03752 JSW
13 |        Plaintiff/Counterdefendant,     | **DECLARATION OF RAQUEL PACHECO IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)**
14 |        v.                              |
15 | ABERCROMBIE & FITCH TRADING CO.,       |
16 |        Defendant/Counterclaimant.      |

17

18 | ABERCROMBIE & FITCH TRADING CO.,       |
19 |        Defendant/Counterclaimant,      | **DATE:  September 26, 2008**
   |                                        | **TIME:   9:00 a.m.**
20 |        v.                              | **COURTROOM:  2,**
   |                                        | **Honorable Jeffrey S. White**
21 | LEVI STRAUSS & CO.,                    |
22 |        Plaintiff/Counterdefendant.     |

I, Raquel Pacheco, declare as follows:

1. I am an attorney and member in good standing of the State Bar of California and the Bar of this Court. I am an associate attorney in the law firm of Townsend and Townsend and Crew LLP ("Townsend"), counsel for Plaintiff Levi Strauss & Co. ("LS&CO."). I have personal knowledge of the matters stated, except where otherwise indicated, in this Declaration and could competently testify to them if I were called as a witness.

2. On December 18, 2007, the Court entered a Stipulated Protective Order [Docket No. 50] in this case.

3. On August 15, 2008, LS&CO. lodged with the clerk DECLARATION OF WILL MITCHELL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION and DECLARATION OF ROBERT HANSON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION.

4. Declarations of Will Mitchell and Robert Hanson contain LS&CO.'s confidential information and exhibits are sealable under the Court's Protective Order and Local Rules because the document contains information of LS&CO. that: (1) is confidential; (2) has not been disclosed to the public; and (3) could, if disclosed to the general public, cause harm to LS&CO.'s competitive positions. Accordingly, LS&CO. requests that the documents remain sealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 15, 2008 at San Francisco, California.

By: /s/ Raquel Pacheco.
Raquel Pacheco

61467796 v1