1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9              UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | LEVI STRAUSS & CO., | Case No. C 07-03752 JSW |
|---|---|---|
| 13 | Plaintiff/Counterdefendant, | **[PROPOSED] ORDER RE ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)** |
| 14 | v. | |
| 15 | ABERCROMBIE & FITCH TRADING CO., | |
| 16 | Defendant/Counterclaimant. | |
| 17 | | |
| 18 | | |
| 19 | ABERCROMBIE & FITCH TRADING CO., | **DATE:  September 26, 2008** |
| 20 | Defendant/Counterclaimant, | **TIME:    9:00 a.m.** |
| 21 | v. | **COURTROOM:  2,** |
| 22 | LEVI STRAUSS & CO., | **Honorable Jeffrey S. White** |
| 23 | Plaintiff/Counterdefendant. | |

24
25
26
27
28

1. On December 18, 2007 the Court entered a Stipulated Protective Order [Docket No. 50].

2. Plaintiff Levi Strauss & Co. ("LS&CO.") has lodged with the Court Confidential Declarations of Will Mitchell and Robert Hanson and Declaration of Raquel Pacheco in support thereof.

3. Confidential DECLARATION OF WILL MITCHELL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION and DECLARATION OF ROBERT HANSON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION contain LS&CO.'s confidential documents.

The Court having considered LS&CO.'s Administrative Motion and Declaration, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed copies of the following documents:

DATED: _____, 2008      _____
The Honorable Jeffrey S. White
United States District Court Judge

DATED:

61467769 v1