| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (Bar No. 111536) |
| 2 | GIA L. CINCONE (Bar No. 141668) |
| | RAQUEL PACHECO (Bar No. 245328) |
| 3 | Two Embarcadero Center, 8th Floor |
| | San Francisco, California  94111 |
| 4 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 5 | Email:  gsgilchrist@townsend.com, glcincone@townsend.com |
| 6 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | CASE NO. C 07-03752 JSW |
| Plaintiff/Counterdefendant, | **CERTIFICATE OF SERVICE** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant/Counterclaimant. | |
| | |
| ABERCROMBIE & FITCH TRADING CO., | **DATE:** September 26, 2008 |
| | **TIME:**   9:00 a.m. |
| Defendant/Counterclaimant, | **COURTROOM:  2,** |
| v. | **Honorable Jeffrey S. White** |
| LEVI STRAUSS & CO., | |
| Plaintiff/Counterdefendant. | |

1   I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled: DECLARATION OF WILL MITCHELL IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION; and DECLARATION OF ROBERT HANSON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

| | |
|---|---|
| Rachel R. Davidson, Esq.<br>Michael J. Bettinger, Esq.<br>K&L Gates<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>***Via Messenger*** | J. Michael Keyes, Esq.<br>K&L Gates<br>618 West Riverside Avenue, Suite 300<br>Spokane, WA 99201 ***Via Federal Express*** |

☐ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☒ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document(s) to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☐ **[By Electronic Transmission]** I caused said document(s) to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

1   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

2

3   Dated: August 15, 2008             <u>Esther Casillas</u>
                                        Esther Casillas
4
    61467858 v1
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28