1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO., | Case No. C 07-03752 JSW
12 | Plaintiff/Counterdefendant, | **PLAINTIFF'S NOTICE OF MOTION AND  MOTION FOR  SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION**
13 | v. |
14 | ABERCROMBIE & FITCH TRADING CO., |
15 | Defendant/Counterclaimant. |
16 | |
17 | |
18 | ABERCROMBIE & FITCH TRADING CO., | **DATE:  September 26, 2008**
   | | **TIME:     9:00 a.m.**
19 | | **COURTROOM:  2**
   | Defendant/Counterclaimant, |
20 | |
21 | v. |
22 | LEVI STRAUSS & CO., |
23 | Plaintiff/Counterdefendant. |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that, on September 26, 2008, at 9:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, plaintiff Levi Strauss & Co. will move the Court for an order granting judgment in favor of Levi Strauss & Co. and against defendant Abercrombie & Fitch Trading Co. on defendant's counterclaims and selected affirmative defenses as reflected in the [Proposed] Order submitted herewith. Levi Strauss & Co. will also move the Court for an order granting partial summary judgment in favor of Levi Strauss & Co. and against defendant Abercrombie & Fitch Trading Co. on plaintiff's claim of trademark dilution.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declarations of Lynn Downey, Thomas M. Onda, Sanjay Sood, Rany L. Simms, and Gia L. Cincone and [Proposed] Order filed herewith; the Declarations of Robert Hanson and Will Mitchell filed under seal; all of the files and records of this action, and any additional material that may be elicited at the hearing of this motion.

DATED: August 15, 2008            Respectfully submitted,

By:  /s/ Gregory S. Gilchrist
Gregory S. Gilchrist
TOWNSEND AND TOWNSEND AND CREW LLP

Attorneys for Plaintiff/Counterclaim Defendant
LEVI STRAUSS & CO.

61456605 v1