1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  gsgilchrist@townsend.com; glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  LEVI STRAUSS & CO.,                          Case No. C 07-03752 JSW

13          Plaintiff/Counterdefendant,          **DECLARATION OF THOMAS M.**
                                                  **ONDA IN SUPPORT OF**
14      v.                                        **PLAINTIFF'S MOTION FOR**
                                                  **SUMMARY JUDGMENT ON**
15  ABERCROMBIE & FITCH TRADING CO.,              **DEFENDANT'S COUNTERCLAIMS**
                                                  **AND SELECTED AFFIRMATIVE**
16          Defendant/Counterclaimant.            **DEFENSES, AND FOR PARTIAL**
                                                  **SUMMARY JUDGMENT ON**
17                                                **PLAINTIFF'S CLAIM OF**
                                                  **TRADEMARK DILUTION**
18

19  ABERCROMBIE & FITCH TRADING CO.,

20                                                **DATE:  September 26, 2008**
                                                  **TIME:   9:00 a.m.**
21          Defendant/Counterclaimant,            **COURTROOM:  2**

22      v.

23  LEVI STRAUSS & CO.,

24          Plaintiff/Counterdefendant.

25

26

27

28

I, THOMAS M. ONDA, hereby declare:

1.     I am employed by Levi Strauss & Co. ("LS&CO."), the plaintiff in this action, as Global Intellectual Property Counsel. I am submitting this declaration in support of LS&CO.'s motion for summary judgment against Abercrombie & Fitch Trading Co.

2.     I have been employed by LS&CO. since 1999. In my position as Global Intellectual Property Counsel, I am generally responsible on a worldwide basis for the management of trademark registration matters, infringement and counterfeiting matters, and licensing matters. Over the course of my employment with LS&CO. I have had, and continue to have, access to or custody of LS&CO.'s regular and established business records. If called as a witness in these proceedings, I could and would testify to the truth of all of the matters set out in this Declaration, all of which are based upon my personal knowledge and upon the regular and established business practices and records of LS&CO.

3.     LS&CO. considers its trademarks, including its Arcuate Stitching Design Trademark ("Arcuate Trademark"), to be among its most important assets. Many consumers of LS&CO.'s products are loyal to the LEVI'S® brand, and one of the most important ways in which LS&CO. distinguishes its LEVI'S® products from those of other manufacturers is through the use of its trademarks. Because its trademarks are so important to LS&CO., the company devotes substantial resources to monitoring the marketplace for infringements and stopping any infringements and counterfeits that it discovers, through litigation if necessary. Since I joined the company, annual expenditures on these efforts have always exceeded several million dollars.

4.     LS&CO.'s monitoring efforts have been very effective in controlling use by third parties of symbols and designs that likely will confuse the consumer. According to LS&CO.'s infringement files, which are in my custody and control, LS&CO. has actively sought to prevent infringements of its Arcuate Trademark continuously for many years. Over the last decade and a half alone, LS&CO. has initiated some 450 enforcement actions related to the Arcuate Trademark, including about 150 lawsuits in federal court. These actions have involved at least 250 different infringers and over 500 infringing stitching designs. Virtually all of these enforcement actions resulted in the infringing designs being pulled off the market or kept off the trademark register, or

1 both. For example, The Gap, Inc., agreed to stop using an infringing stitching design (attached as

2 Exhibit A) after the Northern District of California (The Honorable Judge Claudia Wilken) granted

3 LS&CO.'s motion for a preliminary injunction against it and enjoined use of the design.

4      5.      A number of consent judgments have been filed in various federal district courts,

5 finding the Arcuate Trademark to be a strong mark and enjoining a number of different stitching

6 designs due to likelihood of confusion with the Arcuate Trademark. Examples of the stitching designs

7 covered by these consent judgments are attached as Exhibit B.

8      6.      LS&CO. has diligently pursued all counterfeit LEVI'S® products and infringing

9 stitching designs of which it has become aware, and has eliminated all but the most recent such

10 instances (which are the subject of ongoing cease and desist efforts and/or litigation).

11      7.      Over the years, LS&CO. has had several advertising campaigns warning other

12 manufacturers not to imitate LS&CO.'s trademarks. Attached as Exhibit C are samples of these

13 advertisements.

14      8.      There have been numerous articles and publications which document the public

15 recognition enjoyed by LS&CO.'s Arcuate Trademark. Examples include the following:

16      A.      *Quintessence*. In 1983, this work was published with the mission of providing a

17 "guide to the recognition of quintessence as it manifests itself in the products of modern

18 methodology." About the Arcuate trademark, *Quintessence* stated: "The orange double-arc design on

19 the back pockets is more hallowed than the golden arches of McDonald's." Exhibit D-1.

20      B.      *The New York Times*. This article, entitled "Letting Jeans Labels Say It All,"

21 discusses how stitching designs on jeans act as daily advertisements when worn by consumers and

22 celebrities. It specifically calls out the Arcuate Trademark, stating: "The signature inverted peak

23 stitched on a pair of Levi's is as recognizable to most Americans as the name itself, and discerning

24 shoppers can easily identify the maker of the hottest denim labels simply by eyeing their

25 embroideries. So, in a sense, bottoms are billboards, too." Exhibit D-2.

26      C.      *The Jeans Encyclopedia*. Published in Germany by Sportswear International,

27 this book traces the evolution of jeanswear's heritage, and defines the "double arcuate" as follows:

28

1

> The double stitched pattern on the back pockets of Levi's® jeans, symbolizing the mythical American eagle.  Added in 1873 and trademarked in 1943, the arcuate stitching has been in use longer than any other U.S. apparel trademark.  During World War II, when distribution of Levi's® 501's was limited to factory workers and military, the War Bureau required that the jeans be stripped of any details considered "superfluous" and the arcuate pattern was painted on to save thread."

2

3

4

5
Exhibit D-3.

6
        D.    *Inside*.  This quarterly published an article entitled "Jewish Jeans - From Levi

7
Strauss to Calvin Klein" (Spring 1984) in which author Fran Snyder stated that, were Levi Strauss to

8
return to life and see a pair of LS&CO.'s jeans, "[h]e'd have no trouble recognizing them.  He himself

9
authorized the 'stitched arcuate' pocket design, first sewn in 1873 and now the oldest extant American

10
apparel trademark."  Exhibit D-4.

11
        E.    *High School Yearbooks*.  On various occasions, high school graduating classes

12
have sought the permission of LS&CO. to use a depiction of the rear pockets of LS&CO. jeans —

13
complete with the Arcuate trademark — in their year books.  Exhibit D-5.

14
        F.    *Daily News Record*.  An apparel trade daily, this publication listed Levi Strauss

15
in its Centennial Issue that profiled companies founded more than 100 years ago.  The article stated

16
that, "[i]n 1873, Strauss patented the. . . 'arcuate' design stitched on the back pockets, which is one of

17
the oldest apparel trademarks still in use."  Exhibit D-6.

18
        G.    *News & Record*.  The topic of pocket stitching came under the headline, "Jeans

19
Trivia: Little Known Jeaneology" (January 26, 1994): "In 1873, Levi Strauss added the 'double

20
arcuate' stitch on the back pocket of its overalls. . .With the growth of competitors, Levi got a patent

21
on the double arcuate in 1943."  Exhibit D-7.

22
        H.    *Daily Mail*.  In correspondence with readers, this publication explained the

23
history of jeans pockets:

24

> From the start, 501's had two main front pockets and a small extra one intended for coins or a watch.  A double line of orange stitching on the single back pocket symbolized an American eagle and acted as a trademark. . . .Levi's trademark red tab was added to the right back pocket in 1936[.]

25

26

27
Exhibit D-8 (June 17, 1994).

28
        I.    *Newsweek*.  The cover page of the August 27, 1973 issue featured the right-rear

1    pocket of Levi's® jeans displaying the Arcuate Trademark against a background signifying the

2    popularity of Levi's® jeans around the world.  Exhibit D-9.

3        12.    In my own experience, a search online reveals a large number of other notations in

4    various other publications regarding the Arcuate Trademark.

5        13.    LS&CO. has also received a number of awards for advertising throughout the world.

6    These awards are discussed in Exhibit E.

7        14.    Attached as Exhibit F are true and correct color copies of the right and left back

8    pockets of a LS&CO. pair of jeans showing LS&CO.'s Arcuate Trademark.

9        15.    LS&CO. owns the following federal registrations for the Arcuate Trademark, copies of

10   which are attached as Exhibits G through J:

| Reg. No. | Date of First Use | Registration Date | Goods/Services |
|---|---|---|---|
| 404,248 | first used as early as 1873 | November 16, 1943 This registration has become incontestable under the provisions of 15 U.S.C. §1065. | Waistband type overalls (i.e., jeans). |
| 1,139,254 | first used as early as 1873 | September 2, 1980 This registration has become incontestable under the provisions of 15 U.S.C. §1065.  Note:  this registration is currently under challenge in this litigation. | Pants, jackets, skirts, dresses and shorts. |
| 2,794,649 | first used as early as 1873 | December 16, 2003 | Pants, jeans, shorts, shirts, t-shirts, blouses, skirts and jackets. |
| 2,791,156 | first used as early as September 1, 1936 | December 9, 2003 | Pants, jeans, shorts, shirts, t-shirts, blouses, skirts and jackets. |

23       16.    In late January 2006, I became aware, through a watch notice, of A&F's application to

24   register the pocket stitching design that is the subject of LS&CO.'s infringement and dilution claims

25   in this action.  I immediately called Howrey LLP, which was then representing A&F in connection

26   with the trademark application, to express LS&CO.'s concerns over the design.  In subsequent

27   communications between LS&CO.'s outside counsel and Howrey, LS&CO.'s counsel reiterated our

28   concerns over the A&F stitching design.

1    I declare under penalty of perjury under the laws of the United States that the foregoing

2  statements are true and correct.

3    Executed at San Francisco, California on this 15th day of August, 2008.

4

5

6    _____

                    Thomas M. Onda

7  61450504 v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A



Exhibit B







Exhibit C

  

**THESE YOU CAN BORROW.**

  

**THESE YOU CAN'T.**

Only Levi Strauss & Co. is entitled by the U.S. Patent and Trademark office to use the Arcuate Stitching Design®, Tab Device® or the Two Horse Design® trademarks. Our lawyers agressively pursue every legal means at their disposal to protect our trademarks. So if you're thinking of borrowing something, it's probably best to stick with tools and stuff.



LS00023586

# Double-cross us, and we'll stitch you up.



The stitching design on all patch pockets of LEVI'S® jeans dates back to 1873. Known as LEVI'S® Arcuate Pocket Stitching, it is one of our

the design is a fabric insert on a pocket flap, or even printed on to the material. We believe Levi Strauss & Co's Trade Mark rights are infringed by the use of

any of the above designs, or any similar designs.

If you are thinking of infringing our Trade Mark – DON'T. Your hands are legally tied.

Registered Trade Marks in New Zealand.

This means only genuine LEVI'S® garments can carry the double curved "arcuate" design, regardless of the colour of thread used, or whether

**Levi's®**

LS00023578

---

# We're keeping tabs on you.

The Tab was first added to our jeans in 1936, and it's held fast ever since. It is one of our Registered Trade Marks in New Zealand. This means only genuine LEVI'S® jeans, pants or shorts are permitted to carry a tab on the construction seam of patch pockets.

held that Levi Strauss & Co's Trade Mark rights were infringed by the use of a tab on the structural seam of patch pockets of jeans, regardless of whether the tab is on the left or the right; whether it faces away from or towards the pocket; whether it is secured on one side or is



This is so regardless of the size, shape or colour of the tab, or the wording or symbol which appears on it. And whether the jeans are manufactured here for local use or sale overseas.

In 1993 the New Zealand High Court

sewn down on two or more sides; or whether it is at the top or bottom of the pocket.

If you're thinking of infringing our Trade Mark – DON'T. Your hands are legally tied.

**Levi's®**

LS00023577

# Infringe any of our Trade Marks, and you'll find your hands are legally tied.



**Levi's**

LS00023576

---

# In any legal tug of war, we'll win.

In 1886 Levi Strauss tied his jeans between two horses pulling in opposite directions. The horses' legs gave out and the Two Horse Leather Patch has been part of LEVIS® jeans ever since.

You'll find this leather or simu-lated leather patch featuring the infa-mous two horses on the waistband of all our jeans. Both the patch itself and the device of the two horses are two of our Registered Trade Marks in New Zealand.

If you're thinking of infringing our Trade Marks – DON'T. Your hands are legally tied.

**Levi's**

LS00023579



## INFRINGE ANY OF OUR TRADEMARKS
## AND YOU COULD WIND UP WITH A NICE, NEW SUIT.





Only Levi Strauss & Co. is entitled by the U.S. Patent and Trademark office to use the Arcuate Stitching Design®, Tab Device® or the Two Horse Design® trademarks. Our lawyers aggressively pursue every legal means at their disposal to protect our trademarks. So if you're not in the market for a new suit, stay away from our trademarks.



LS00023585

Imitation may be the sincerest form of flattery, but it can become expensive.

That's what another jeans manufacturer recently learnt to his cost in court.

Substantial damages were awarded against them for infringement of the famous Levis pocket tab, which has been our trade mark for many years.

Anyone who tries to rip it off will find themselves picking up a very different tab.

In court.

LS00041003



HE WOULDN'T WEAR ANY OTHER JEANS LABEL.

# BUILD YOUR OWN LEGEND.

## DON'T BORROW OURS.



**OURS**
The pocket TAB is a registered trademark of Levi Strauss & Co., San Francisco, California.

**OURS**
The ARCUATE design is a registered trademark of Levi Strauss & Co., San Francisco, California.

The legend began over 100 years ago, when Levi Strauss & Co. first identified Levi's® jeans with a double-curved ARCUATE on a patch pocket. Then the legend grew, with the use of a TAB (a ribbon protruding from the structural seam) on a patch pocket.

Today, a TAB on a patch pocket is our trademark. Regardless of the size, shape, color, wording, or symbol used.

And the ARCUATE is also our trademark. Regardless of what color of thread is used. Or whether it's a fabric insert, piping, layered fabric, or even printed onto the material.

In the future, we will continue to do everything necessary to protect both of these marks.

If you want a unique way to identify your garments, more power to you. But please, just be sure you choose something different.

**Levi's**
LEVI STRAUSS & CO.

QUALITY NEVER GOES OUT OF STYLE.

REDUCED
LS00003212