**1. COPY NOT OUR POCKET TAB.**
A tab sewn into the pocket seam of any garment can be used only by Levi Strauss & Co.
"Garment" includes pants, jackets, shirts, etc. If you want to use a tab, find some place else to put it. But please leave the pocket alone.

**2. STEAL NOT OUR ARCUATE.**
See that double curved stitching on the back pocket? Only Levi Strauss & Co. is entitled to use that design. If you want to apply decorative stitching to a back pocket, please find some other design.

# Four ways you can avoid receiving a polite–but vaguely unsettling–letter from our Trademark Department.

Levi Strauss & Co. v. Vivat Holdings, Limited
Opposition No. 105,453 & 105,667

Opposer's Exhibit 41

**3. MALIGN NOT OUR NAME.** Our name is Levi's®. With a capital "L." And that's our mark. Since you have a different name, you should have a different mark. You leave ours alone, we'll leave yours alone.



**4. SWIPE NOT OUR STA-PREST®.** Sta-Prest® is our exclusive brand for permanent press garments. We spent a small fortune to register this name with the public. If necessary, we'd spend another small fortune to protect it.

The words "Levi's," "Sta-Prest," and "Nuvo," plus the Saddleman and Two Horse Brand are registered trademarks of Levi Strauss & Co., San Francisco, California.

WWD – MAY 19, '72

COPY OF
LS00015445





 According to the United States Patent and Trademark Office, Levi Strauss & Co. is the *only* manufacturer entitled to use the double-curved "arcuate" design on a patch pocket.

Regardless of what color of thread is used. Or whether it's a fabric insert, piping, a pocket flap, or even *printed* onto the material.

The arcuate is *our* design trademark. And we will continue to do everything necessary to protect it.

If you want to apply decorative stitching to a back pocket, more power to you. But please, just be sure you choose a different design.



QUALITY NEVER GOES OUT OF STYLE.

COPY OF
LS00015454

# Levi Strauss & Co.'s Design Trademarks

Here is a list of our major design marks — trademarks in which the art or visual image indicates the source of the goods.

LS00046494



**Levi Strauss & Co.'s Housemark:** This mark is used in several variations to identify the total corporate entity, and the various product groups.

   

**Button:** Only Levi Strauss & Co. is entitled to use our name in this way on a button.

**Running L:** This insignia is found on garments sold by our Womenswear Division.

**Two Horse® Brand:** This trademark showing two horses is used on many of our labels, including the well-known simulated leather patch. The words TWO HORSE® are also a trademark of Levi Strauss & Co.

**The Saddleman:**® This figure of a cowboy wearing LEVI'S® blue jeans has become an internationally recognized symbol of our garments. The word SADDLEMAN® is also a trademark.

 

**Arcuate Design:** Only Levi Strauss & Co. is entitled to use this stitching design on the pockets of its garments.

**The Pocket Tab:** A plain cloth tab, alone, protruding from any patch pocket seam can be used only by Levi Strauss & Co. The cloth tab is used in conjunction with our other trademarks, such as LEVI'S® or the FRESH PRODUCE® carrot, or with the ® symbol, or it may stand alone.

 

**Guarantee Ticket:** This promise of satisfaction is found on some LEVI'S® basic jeans.

**Label Border Design:** This design is frequently found on tickets on our goods sold throughout the world.

Exhibit D-1

# QUINTESSENCE

## THE QUALITY OF HAVING *IT*



BY BETTY CORNFELD AND OWEN EDWARDS

LS00022216

# QUINTESSENCE
## THE QUALITY OF HAVING *IT*

by Betty Cornfeld & Owen Edwards

Book design by John C. Jay
Photographs by Dan Kozan

Crown Publishers, Inc., New York

LS00022217

Our thanks to Evelyn Roth
and Mary Kelly, whose energetic
and intelligent help was indispensable.
And to Pam Thomas, our editor, whose
guidance, patience, care,
and occasional feeding
kept entropy at bay.

Trademarked products mentioned in the book are indicated by initial capitalization. Grateful acknowledgment is given to the following for use of additional pric[es]: David Langley for the Steinway piano and the Volkswagen Beetle; The Checker Company for the Checker cab; The Harley Davidson Corporation; The Goodyear Corporation; International and The Cigarette Speed Boat Company.

Copyright © 1983 by Betty Cornfeld & Owen Edwards
All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, reco[rding] or by any information storage and retrieval system, without permission in writing from the publisher.

Published by Crown Publishers, Inc., One Park Avenue, New York, New York 10016 and simultaneously in Canada by General Publishing Company Limited
Manufactured in the United States of America

Library of Congress Cataloging in Publication Data
Cornfeld, Betty.
  Quintessence: the quality of having it.
  1. Manufactures—Miscellanea. I. Edwards, Owen.
II. Title.
TS149.C57 1983    601'.3    83-7662
0-517-550903 (paper)
10 9 8 7 6 5 4 3 2 1

LS00022218

## Levi's Jeans

Their motto is Quality Never Goes Out of Style—and they never have. They've been manufacturing the "501," nearly unchanged, for more than 127 years. The orange-double-arc design on the back pockets is more hallowed than the golden arches of McDonald's—and is the oldest apparel trademark in



continuous use in America. Levi's, unlike most designer items, are known by the designer's *first* name. Levi Strauss, supplied with canvas for tents and covered wagons, went west with the Gold Rush to open an outlet of his family's dry goods business. A born entrepreneur, he soon realized that sturdy pants were what the miners really needed. The canvas was soon replaced by *serge de Nîmes* (a.k.a. denim), a tough cotton fabric he imported from Nîmes, France. The last major design change came in 1873, when copper rivets were added to reinforce the pockets. The idea of jumping into the shower with your Levi's and then letting them dry on your body is as old as Levi's themselves. Except, back then, the cowboys jumped into watering troughs instead. And in this Sanforized, Stay-Press, colorfast world, isn't it comforting that you can still buy something that's guaranteed to shrink, wrinkle, and fade?

LS00022219

Exhibit D-2

THE NEW YORK TIMES, THURSDAY, JANUARY 5, 2006

## Front Row
### Eric Wilson

# Letting Jeans Labels Say It All

THERE was such a fuss last year over a few thrifty individuals who auctioned their foreheads and pregnant bellies as advertising space, via a temporary tattoo, that one has to wonder if people realize they are voluntarily handing over their derrieres to the marketers of designer jeans on a daily basis.

The signature inverted peak stitched on a pair of Levi's is as recognizable to most Americans as the name itself, and discerning shoppers can easily identify the maker of the hottest denim labels simply by eyeing their embroideries. So in a sense, bottoms are billboards, too.

Audiences of "Match Point," the new Woody Allen film, will recognize that the women in the picture wear 7 for All Mankind jeans without the name ever being mentioned. In one scene Scarlett Johansson topples her lover in a field with a full-frame close-up of her bottom, showing the telltale zigzag stitch.

In fashion's postlogo era, this marks a subtle evolution of product placement. In last summer's "War of the Worlds," when the camera lingers suspiciously on Tom Cruise's backside, the curving arc on the back pockets are a cue that they came from Paper Denim & Cloth. (The company gave Mr. Cruise about 200 pairs for the filming.) And although the mysterious jeans referenced in Ann Brashares's "Sisterhood of the Traveling Pants" stories are not identified by brand, the poster for the film version reveals a small red Levi's tab.

On Tuesday night Apple Bottoms put this exercise in brand building to unusual effect, staging the last of 40 nationwide casting calls at a Manhattan restaurant to select a new model. Apple Bottoms is the jeans collection started by the hip-hop singer Nelly, designed for women with curves and identifiable by large apple-shaped embroidery. About 150 women auditioned for the part, practically a walking orchard.

"This is a great way to establish brand loyalty," said Yomi Martin, the company's chief executive, adding that in 2006, Apple Bottoms plans to adjust its trim to show only the top and stem of an apple. "Our customers are growing up," he said. "The apples are getting a little ripe now."

Exhibit D-3





*Ienim*

DGE, France
Prominent label maker that has won over jeans brands such as *Chipie*, *C17* and *Liberto* with its diversity of material, from leather to cardboard to special effects in wovens.

DI SEGNI, Italy
Saloon-like store selling a vast range of jeanswear, with three locations in Milan and one in Bergamo. Founded in 1954 and managed by the Di Segni family, the store originally sold jeans to workers, then expanded its base as jeanswear took on a broader appeal. In '85, the company added its own line, "Tailored Expressly for Di Segni."

DICKIE DIRTS, UK
One of the most important jeans retailers in the UK from 1977 to 1982. Founder Nigel Wright, a former photographer, sold *Levi's* and other leading brands at heavily discounted prices in four disused cinemas in London. He sold the jeans from simple shelving units or straight from the boxes, avoiding any glamour and turning the jeans into a commodity. Eventually the major brands began to cut off his supply (Wright had been using *parallel imports* to get his labels) and this, along with poor management, caused the company's collapse in 1982. Though personally bankrupt, Wright revived Dickie Dirts and ran it through two units as a more regular jeans retailer throughout the '80s.

DICKIES WILLIAMSON (in Germany *1973 †1980); USA; by Williamson Dickie. Jeans label with a western flair by the American *workwear* manufacturer. During the German jeans boom it was distributed on the German market via the Williamson International subsidiary, where for some time it enjoyed a notable success.

DIESEL *1978; Italy; by Diesel Spa. Jeans line initially conceived within the *Genius Group*, with an independent structure from the beginning in the the hands of *Renzo Rosso*. Genius closed, and Rosso kept his label. Distributed worldwide and profiting from a large network of foreign licenses, Diesel has acquired a sound commercial reputation thanks to the product's innovative qualities, a sleek, trendy image and Rosso's sharp financial abilities. The collection diversified into Diesel Kid and Diesel Amour, a trendy Young Fashion line.

◆DIPS Historically, the number of times the yarn is dipped into the *indigo dye bath*, averaging 6 to 8, with a maximum of 12 to 16. Later also achieved with changes in the concentration of the indigo dye.

◆DIRTY BLUE Indigo denim that when washed shows a green or beige tint, either from dyeing, tinting in the finishing process or a garment treatment that discolors the fabric. Also Backwater Blue, Vegetable Blue, Fuzzy Blue.

DISTRIBUTORS Path openers. Introducing foreign jeanswear labels in their domestic markets, distributors, or agents, are vital in establishing and creating a brand's international reputation and commercial success.

◆DO-IT-YOURSELF JEANS Before *stonewashing* went industrial, jeans lovers had home-made versions. Among them: Leave jeans in a running stream, held down by rocks, for one month; bathe in salt water, then rub wet sand over jeans thighs, bottoms and crotch; or, for real men, rub crotch with a stone (carefully) and wear jeans very tight.

DOBBER *1974; Sweden; by Dobber-Marc O'Polo Group. The leading jeans label in Sweden, in the overall rating second to the market leader. A total look collection with denim basics and fashionable highlights. It was produced by the Dobber Corporation AB, until 1991, then transferred to the newly founded Dobber-Marc O'Polo Group, in which both companies hold equal shares. Exported to north Europe and Spain since 1980.

DOCKS *1985; France; by G.P.G. SA. Jeans line created by *Serge Tokatlian* that bypassed the popular '50s image in jeanswear and was perhaps the first in France to launch colored canvas, followed by *Cimarron*. The brand became a favorite of French retailers through highly competitive prices and the introduction of a close-to-the-body shape, inspired by the *501*, while the rest of the market offered baggier silhouettes. In 1991, the brand launched a retail chain, called Union Docks.

DONOVAN *1969; France; by Sing's Sing's SA. Label launched in Paris by Jean Pierre Sebaoun at a time when jeans represented the pinnacle of young fashion revolt. The brand has grown from its avant-garde beginnings to a solid collection of quality jeanswear with its "Silver," "Legend" and "Classic" models, and canvas and denim in a rainbow of colors.

◆DOUBLE ARCUATE
The double stitched pattern on the back pockets of *Levi's* jeans, symbolizing the mythical American eagle. Added in 1873 and trademarked in 1943, the arcuate stitching has been in use longer than any other U.S. apparel trademark. During World War II, when distribution of Levi's 501s was limited to factory workers and the military, the War Bureau required that the jeans be stripped of any details considered "superfluous" and the arcuate pattern was painted on to save thread. In 1947, it was again stitched on.



SPORTSWEAR INTERNATIONAL



Exhibit D-4

<mark>Case 3:07-cv-03752-JSW    Document 114    Filed 08/15/2008    Page 15 of 20</mark>



LS00022222



*A Levi Strauss ad from the 1800s. Courtesy Museum of American Jewish History.*

# JEWISH JEANS

## From Levi Strauss to Calvin Klein.

### By Fran Snyder

Jeans are quintessentially American. Ask any European. Ask any young American vagabond who financed a trip through Asia selling jeans — brand-new, or faded, worn and thin at the knees, so long as the label assured authentic American origin. Ask the Russian who spends more in rubles for black-market American jeans than he earns in one month. No less an arbiter of American culture than the Smithsonian Institution included original pairs of Levi's jeans in its Americana Collection. Like Frank Lloyd Wright's prairie-style architecture, like gospel music, they are an American idea and represent an American attitude.

Jeans were invented in the frontier West by a poor and ambitious immigrant. All over the world to this day, jeans evoke the rough and tough stance of the American cowboy. In recent years, jeans have been reincarnated as a designer garment. Interestingly, three of the most successful jeans manufacturers are foreign-born families, two of them Jewish families, like

*Fran Snyder never wears designer jeans.*

the original peddler. Dreams of success, like the image of jeans, are durable as denim.

\* \* \*

Birth of the Blues: San Francisco, 1853. Among the 33,000 newcomers to California's Gold Rush town is German-Jewish immigrant Levi Strauss, itinerant vendor in search of an enduring market. Having already journeyed from Europe to New York, he's decided to take yet one more leap westward, this time loaded with dry goods. His brothers in New York promise to keep him in steady supply.

"Should have brought pants," says an old gold prospector to the 23-year-old entrepreneur. "Pants don't wear worth a hoot up in the diggins." Strauss stops making tents and wagon covers with his canvas and starts creating "waist-high overalls." Soon, all of San Francisco's miners are [talking] about "those pants of Levi's." [Strauss] has found his Mother Lode.

One-hundred-and-thirty-one [years] later, Levi Strauss & Company [is the] world's largest producer of [denim] apparel. The company went p[ublic in] 1971, but the great- and gre[at-great] grandnephews of Mr. Strauss — [Peter] Haas, Walter Haas, Jr., and [Peter] Robert — still hold corporat[e positions.] Company headquarters in San [Fran]cisco is a brand-new, $150[ million] complex officially named Levi's [Plaza] and affectionately called LSU — [Levi] Strauss University. It sits on a [seven-]acre site, more than half of w[hich is] parkland and paved plaza with [a 40-]ton, 12-foot fountain sculpted o[ut of] carnelian granite at its center. [More] than 2,000 people work there, [and more] than 45,000 are employed wo[rldwide] in designing, making and m[arketing] jeans, women's and children's [wear] and sportswear. Ranked 148 [on] the 1982 Fortune 500, Levi sales [com]prise a third of the jeans mar[ket, ac]cording to one source; and 43 p[ercent] according to another. (Blue Bell [ ] makes Wrangler, [ ]

tion, which makes Lee, come in second and third respectively.) Fiscal 1982 saw $2.57 billion in sales, and that was a down year. The first nine months of 1983 showed a $2 billion revenue and a substantial stock price increase.

And what of Levi's jeans? He'd have no trouble recognizing them. He himself authorized the stitched "arcuate" pocket design, first sewn in 1873 and now the oldest extant American apparel trademark. The "guarantee patch," which depicts two horses tethered to a pair of jeans and straining to pull the pair apart, still sits visible on the right rear pocket.

Temporary alterations and minor refinements in design have been made. During World War II material shortages, jeans manufacturing was declared "an essential industry," but only defense workers were permitted to buy the limited output of "wartime jeans," which were made without the arcuate trademark, considered to be an "unnecessary use of thread." In 1937, back pocket rivets were replaced by stitched bar tacking when teachers complained that rivets scratched school furniture. And in 1954, fly buttons gave way to zippers. Otherwise,

Levi's "501" remains the classic jean: made of denim, dyed indigo blue and double-stitched with orange thread, constructed with five pockets clamped at stress points with copper rivets, and styled to fit a man low on the hip, snug and tapered down the leg.

When Levi Strauss & Company sells a pair of jeans — and they have sold more than one billion since 1853 — they are not merely selling a pair of pants. They are selling an image.

"True Western chic was invented by cowboys, and the moment you veer from their tenets, you are lost." That copy line ran with Levi's first national ad, which was printed in Vogue on May 15, 1935. As is often the case with effective advertising, it is strong, declaratory and, when put to the test of several readings, meaningless, although persuasive in context. Two refined ladies, obviously from the country's extreme East, are shown on a ranch wearing Levi's. They are stand-ins for those members of the Eastern elite who were lured westward by Depression-poor ranchers in need of income. Dude ranch vacations became the rage. Around the same time, Roy Rogers abandoned radio for film; Gary Cooper, the idealized cowboy, wooed

Merle Oberon. The woman who could afford the illusion of adventure in Montana, Wyoming, Idaho and New Mexico got to see it all and to wear its costume — "Ladies Levi's," belted at the waist, "roomy" at the hip and jazzed up with a blazingly colored, satiny blouse and authentic cowboy accessories, including boots with spurs.

Take that getup to New York and Vogue has "Western chic." The working man's garb becomes leisure wear. Cowboy "tenets"? No need for the ad to list them. Back East, the image of the cowboy would suffice: the lone rider, hardworking and bold, a rough man of few words and powerful drive in his wide, wild terrain. He is a very romantic figure.

So is the rebel. Think of the bad boy suffering in self-imposed exile from the group. He, too, has a difficult time with self-expression. Only one woman understands him. However, at the end of his odyssey, it is clear to all that he is morally right-thinking and without hypocrisy. He is James Dean in Rebel Without a Cause; Marlon Brando in On the Waterfront and The Wild One. In the mid-50's, adolescents all across America wear jeans. Sales boom. Come back in your jeans, Jimmy Dean, Jimmy Dean.

What else would the young, restless and rebellious wear but jeans? Who

*This page: Two French ads for Wrangler jeans.*
*Opposite page: Computer graphics used in current Levi Strauss ads.*



didn't have a pair in the mid-60's and early '70s? Anyone over 30, i.e., your parents. Jeans were a point of identification, a generation's chosen garb. They indicated a person's political leanings, musical tastes, and possibly his sexual and drug habits. Jeans spoke a specific sartorial language. By wearing them into your father's office, you could, in effect, say, "I and those like me have contempt for what you (the Establishment) do"; and by wearing them to a "be-in," those innocent, short-lived rituals of celebration during which all personalities were subsumed under the generics "brother" and "sister," you could say, "I belong to something."

In her book *The Language of Clothes*, Alison Lurie points out that "teenagers in blue jeans are almost identical below the waist, but above it they may wear anything from a T-shirt to an embroidered blouse. . . . This costume seems to be a sign that in their lower physical natures they are alike, however dissimilar they may be socially or culturally." The jean of the '60s represented an attitude that said, "Get it together, we have much in common."

Lurie notes that jeans were hardly a uniform. "Significant differences" among jeans were discerned by an insider's trained eye. Also, the field of blue denim was a canvas — it waited to be painted. In that colorful time when bodies were adorned with makeup, hair with flowers, and clothes with beads and fringes, jeans were worn patched and appliquéd, shredded and dragging, belled or flared or peg-legged, washed or filthy, tight or hanging, sometimes pressed but most often frayed and faded. Like the miners and cowboys who jumped into watering troughs while wearing their jeans in order to make the denim shrink to fit, jeans wearers of the '60s worked their "bits" to fit their forms. Wearing someone else's jeans felt as odd as sleeping in the indentations of someone else's bed.

What happened next in history was the advent of "designer jeans," a creation still among us but less so than during its stupendous, garment-industry blockbusting, five-year reign between 1978 and 1982. Its statement is blatantly shouted, though in abbreviated form, on a little tag or stitched logo bearing the designer's name and identifying symbol — Vanderbilt's swan, Klein's "omega" — usually carried on a rear pocket.

Like that Depression-era style called "Western chic," it says, "I can afford this" and "I know what's happening." According to Alison Lurie, labels were the garment industry's "bold and ingenious" answer to "a world crisis in Conspicuous Consumption." How much can you charge for wool if wool





LS00022225

*An advertisement for Lady Levi's, which appeared in the May 15, 1935 issue of Vogue.*

### JEANEOLOGICAL VOCABULARY

**Jeans:** First reference in 1567; word derived from Gênes, the French word for Genoa, an Italian city that manufactured cotton twill.

**Denim:** During the 1600s, a French cotton twill produced in the town of Nimes, called *serge de Nimes*.

**Dungarees:** Word derived from a cotton twill woven in the Dungri section of Bombay.

INSIDE/SPRING 1984

is virtually indistinguishable from Orlon? Or cotton, if cotton looks and feels like permanent press? The quandary, she correctly assesses, is how immediately to "distinguish the very rich from the moderately well-off." Easily. You sew in a label or logo and simply *tell* people the garment is valuable for reasons beyond its obvious merit and worth.

Garment industry mavens said it wouldn't work. "Designer" and "jean" are incongruous. Indeed, the initial concept was "somewhat ironic," says Bloomingdale's buyer William Hearst. Yet it worked. Hearst explains that purchasing a designer garment means purchasing a designer image, agreeing on his price, his concept of your body, and trusting his sense of "fashionable correctness." You can rely on him, even when it comes to jeans. He won't have you looking like a cowpoke or a truant teenager or a counterculture slob. His jeans are "status jeans." They satisfied an urge in middle-income consumers for designer items, according to Hearst, and for the designers they opened the door to a new market.

Apparently everyone was happy. The entire status jean spectrum included 200-plus labels that sold within a moderate to immoderate price range. Calvin Klein jeans never topped $46 at Bloomingdale's, while some French jeans in the store's "Young East Sider" department still fetch $75 to $80. In 1980, you could buy a pair of "Morgies," Goodwill Industries' jeans named for its 19th-century founder, the Reverend Henry Morgan, for $3.25; also in 1980, 575,000 Willie Nelson jeans sold in three months flat for $13 to $14, for which Willie got a 50-cent royalty per pair. Yane jeans, manufactured by a Singapore firm, were branded with a 1.2-ounce "Y" of 22-karat gold on each jean. At least you got something for $850. Their fate was to be short-lived: the Singapore government banned Yane's TV commercials, explaining that the product constituted "exploitation of the rich."

At the most hysterical pitch of the designer jeans craze, jeans sold at a rate of 16 pairs per second, or more than 50,000 pairs per hour: the average American family of four owned 13 pairs. Who wasn't wearing jeans in 1980? Great-grandmothers, maybe.

LS00022226

you can sing the jingles "The Jordache Look" and "Ooh la la Sasson." Yet you remember Brooke Shields' intimate and nationally televised confession: "Nothing comes between me and my Calvin's." That campaign boosted Klein sales by 300 percent; the company's ad budget as of June 1982 was $15 million. Jordache broke a *New York Times* record by running a 21-page ad in the Sunday supplement. Where Levi Strauss & Company spent an average of three percent of sales in advertising, status jean designers spent an average of 10 percent, and in 1980 alone an aggregate of $43 million in spot, not network, TV. Jordache shelled out $11.7 million in 1981 alone.

The extent of advertising power is illustrated by a pathetic story that recently ran in *The Village Voice*. After a desperately poor Camden, New Jersey, woman allegedly drowned her four children, a friend vouched for the defendant's better maternal instincts by saying, "She bought 'em $30 Jordache jeans."

In 1981, American consumers spent $5 billion on 660 million jeans. By the spring of 1982, sales had dropped to 550 million, and the market bottomed out. Prices came down. Sasson ran an ad that warned: "Don't trust a jean over $30." The most important of the survivors, according to the industry — Levi, Lee, Wrangler, Jordache, Calvin Klein, Sasson and Murjani — did so by diversifying their lines, licensing their names and developing new markets. An August 1982 issue of *Business Week* reported that Calvin Klein invested $2 million in an advertising campaign in Brazil, the second largest jeans market in the world, where 90 million pairs are sold per year. Murjani and Jordache were hot on his heels.

What image is being sold? The overwhelming answer is this: fashion and quality, and the youthful, athletic body. Not sex? "Oh no," says Gerard Guez, younger brother of Sasson head, Paul Guez. "Unless you'd call a beautiful lady a sexy lady."

Sasson entered the market in late 1977 with "an affordable designer jean" priced at $35-$40. They were French-cut jeans, which meant there wasn't enough space between denim and skin for even a breeze to blow. The style was often worn by teenage girls. With high heels, they could do little aside from stand or waddle. A woman wearing a bustle or a corset, which also served the purpose of accentuating the rear end, had as limited a body language vocabulary. (The wearer of these tight jeans also risked aggravated vaginal infections, while her male counterpart sometimes paid for his "outline" with temporary infertility caused by increased testicle temperature.) In any case, Sasson "developed a more American fit," according to Guez. "More comfortable, but still fashion-oriented."

Murjani sells Gloria Vanderbilt jeans. Again, styling influence came from the European French cut, which owner Mohan Murjani considered "better fitting" jeans. Marketing vice-president Dick Haas says Murjani "brought the concept of the jean that fit a woman's body" to America and launched it in December 1977. Gloria, "the heiress," confers a certain panache on a well-made garment, but elegance will always elude jeans.

"We sell a fantasy of sexiness, sophistication, being up-to-date," says Joe Nakash, Jordache president. The Jordache company, at the start of its meteoric rise, had some trouble explaining its concept of sexiness. The *New York Times* banned an ad of a topless woman covered partly by a blond mane of hair leapfrogging over a bare-chested man. The *Times* objected to the fact that the couple smiled, and Jordache had to reshoot the models sober-faced. Obviously the staid and Puritan *Times* appeared foolish, and Jordache ad man Wilfred Gagen took the opportunity to explain that "sexy" no longer connotes sex but rather vivacious and healthy attractiveness," and fun. Also a svelte outline — at the start, you couldn't have "The Jordache Look" if your jeans exceeded size 30 (or an American size 6).

The story of the now-famous "Jordache Look" is one of rags to riches. In 1962, 19-year-old Israeli Joe Nakash came to America with $25 in his pocket. The country didn't seem like the Paul Anka movies he'd watched in Israel. At night, he slept on a bench in a New York City bus terminal; by day he scoured the Lower East Side looking for work. Finally success, of a sort: Nakash became a stock boy, for $40 a week.

By the time brother Ralph came to America in 1966 to work as a stock boy for $60 a week, Joe was assistant manager. Brother Avi arrived in 1967, by which time stock boys were getting $70 a week. The three brothers put aside $150 a week, and in 1969, with $8,000 in savings, opened their first jeans store in Brooklyn. Three more were to follow.

During the 1977 New York City blackout, the main store was looted and burned, but the brothers managed to turn disaster to advantage. With $100,000 in insurance money, plus $100,000 Small Business Administration loan, and personal funds, the

Continued on page

---

**THEY'VE GOT THE BLUES**

**Cherie Bank**, TV personality: "Jeans always seem to fit."
**Charles Conston**, Jewish Exponent president: "I wear them, but only on Sunday."
**Steve Gaylon**, furrier: "Worn with mink jackets, they make a current fashion statement."
**Bob Gero**, advertising executive: "When I wear my 15-year-old Lee jeans, I feel younger than 38 — like I'm still in college."
**Maralyn Lois Polak**, journalist: "Tight jeans are a natural chastity belt."
**Nana Goldberg**, of I. Goldberg's: "White jeans and jackets will be very big this year."
**Stu Goldman**, cartoonist: "In business, they're as much of a uniform as a grey flannel suit on Wall Street. I also wear them to humiliate my mother."
**Alan Dumain**, vice president, store manager of Bloomingdale's: "My wife's always bugging me to wear them because she thinks they're sexy."
**Murray Korn**, owner of Dimensions: "They're Americana."
**Maxine Schnall**, author: "they're not tight, they're no fun"
**Lee Zwick**, of Elegance by Ezra: "Jeans are not my style."