# INTERIOR PRODUCTS
### "HAVE DRAPES WILL TRAVERSE"



"COQUETTE"

*Visit Our Drapery Showplace and Bath Boutique
for an Exceptional Selection and Excellent Pricing!
"Bath Accessories Always Discounted 20%!"*

Hours: Mon.-Sat. 10-5
Wed. & Fri. Evenings 7-9     **BRIDAL REGISTRY**     8008 BUSTLETON AVE.
VISA & MC                                              742-6970

# QUALITY
### Men's Hair Replacement
### That Defies Detection

 

*Quality Workmanship Never Comes Cheap...*
**But Here It Is AFFORDABLE**
### 20% OFF Any Hair-Replacement
With This Ad!!!
Above Unit Reg. $350 — Less the 20%
**ONLY $280**

*Swim in It . . . Shower in It . . . Play in It!!!*
• • •
Also — A Complete Line of Men's & Women's
Full Wigs for Chemotherapy Patients
at Discounted Prices . . .

*Len Simon's*
# HAIR PAIR
6052 Ridge Ave., Roxborough, Phila.
482-2771                    482-9776

• • •

We use and recommend the entire
line of IMAGE Products for all hair
replacement units — and your own
natural growing hair . . .

# OUR NEW
# SPRING BEADS
# HAVE
# COME IN.

# HAVE YOU?

*Stop in and see our new line
of natural wood and stone
beads, semi-precious beads,
fresh water pearls, antique
silver and loads more!*


Jewelry — Craft Boutique ™

7401 Castor Ave. • 728-1999
Castor & Sleight)
415 Bainbridge St. • 592-3338
Between 4 & 5th on Bainbridge)

We Make Jewelry Fun

## JEANS

*Continued from page 77*

kash brothers began to manufacture jeans. Their team was solid — Joe on marketing, Ralph in styling and production, Avi in operations and distribution. They launched their first line in March 1978. But it didn't move.

By this time, however, they understood something about America: if you have a good product, scream loud. So they invented a name — Jordache is an acronym of Joe-Ralph-Avi, with an added "d" and a French-sounding "che" — and a "Look," and blew their entire $300,000 Bank Leumi loan on advertising.

America was introduced to Jordache's tight-fitting, French-style jeans worn by bare-chested, sleek and slinky models. The single copy line read: "The Jordache Look." Who reads ad copy, anyway? The company's 21-page *New York Times* ad was a ground-breaker. Their "lifestyle" spot TV commercials conveyed the "ambience," as one independent survey called it, of the "Look." Jordache jeans were the first status jeans to be advertised on television.

Finally, success-unabashed: 572 million in volume in 1979, $130 million in 1980, $200 million in 1981, $300 million in 1982.

Jordache is still held privately by the Nakash brothers, though it has grown to a $500-million enterprise with a diversified line of more than 60 products and a marketing network to 36 countries. As with Levi Strauss, the whole empire started with blue jeans.

"In our minds, growing up in Israel, jeans were very American," says Joe Nakash. "Jeans were what cowboys used to wear."

Much has been made in the business press about the Nakash brothers' unconventional corporate style, about their shoot-from-the-hip, go-get-'em posture. One magazine attributed their success to what England's Cardinal Newman called the "illative sense," a powerful combination of imagination, intuition and experience. Joe Nakash has said he looks on business "the way a soldier does, because I was in the Israeli army." Markets, he said, "must be captured by will and imagination and drive."

A foreigner "sees opportunities where an American might not," Ralph Nakash told *Newsweek*.

Paul Guez, head of Sasson, also



## Fancy up with earring jackets!

Convert any kind of earring studs — pearls, diamonds, colored stones, gold balls — to the popular BIG earring look. Just slip them through our 14k gold jackets . . . and now they're fresh, smart and very stylish. We've a brand new selection. Come take a look. You'll love what you see.

## MAIN LINE JEWELERS

*the hottest — the newest — the most unusual at discount prices*

At the Haverford Avenue Shops
One half block in from City Line, Philadelphia
477-1077

Captivating and Enchanting . . .



## Coquette by Poirette

## Jay-Ann Corset Shop

Corsetry, Lingerie & Loungewear
9331 Krewstown Rd. / OR 6-6191
(Krewstown Shopping Center)

• Certified Mastectomy Fittings •
Come in. Let Us Pamper You With

## take ten
### coffee service
#### SERVING BUSINESS & INDUSTRY



• No Contract
• Prompt Service
• Pennies Per Cup

NO MESS    NO FUSS

• 100% Columbian      • Sanka
• Maxwell House       • Tea
• Savarin             • Soups
• Martinson           • Hot Chocolate
• Brim                • Cream, Sugar, etc.



(A tax deductible expense)
CALL FOR DEMO
FREE TRIAL

## TAKE TEN
### COFFEE SERVICE
## 487-2040

## JEANS

found the American market to be m...
receptive to his brainstorms than m...
kets in France or his native Tuni...
The oldest of eight children in a T...
sian-Jewish family, he left for Fran...
18 because Jews in Tunisia wer...
permitted to own businesses. He...
to France and sold linen door-to-d...
Eventually, he switched to furn...
and he built a retail business that...
cluded a total of 10 stores in Franc...

Guez's entry into clothing sta...
when a friend in Paris could not...
back a business loan and gave G...
shipment of jeans instead. He...
them to stores in Lyon in one we...
was enough to persuade him. G...
started two companies to ma...
French-cut jeans, which sold in E...
pean boutiques for $100, and in...
York for $70. His idea was to sel...
in Bloomingdale's for $35. He ca...
New York, bought into the com...
of designer Maurice Sasson...
bought out Sasson.

In the fall of 1977, Blooming...
took 2,500 pieces on consignm...
three weeks later the buyer cam...
a cab, to pick up more. The bu...
million in 1977, $24 million in 19...
million in 1979, and by 1981...
sales of $250 million. Sasson...
include a major licensing pro...
the "baggie" jean.

With his three younger b...
two in Los Angeles and an...
New York, Guez, like Joe...
runs a privately held compan...
like Nakash, he finds America...
ble to the businessman. Idea...
Europe would draw ridicule...
slashing the price of an item by...
bring an initial credit line of $...
in America.

Not to be outdone by the...
acquired competitors, the...
"immigrant", jeans compan...
Strauss, ran TV commercials...
for the women's "501s" that...
an attractive young woman in...
matic relationship with a man...
Travis, to whom she crypt...
'Travis, you're a year too late...
not so much sexy as authorita...
sexually confident, seemingly...
of jumping onto the back of...
and bounding clear of Travis...

Levi Strauss public relations...
Martin Krasney (a native...
phian) says that Levis will ch...
the times but remain a "...

LS00022229



# DAVID ARNOLD

603 West Avenue
Jenkintown, PA
886-2887

The next time you're in need of a cut, perm, style or just looking for a change — experience the David Arnold approach.
Cutting and styling for women, men and children. Allow yourself to "become"... at David Arnold.

## BACK TALK by Young Smoothie®



Young Smoothie dares to bare all with a beautiful backless, strapless longline.



*Pearl's Shaperie*

8340 Bustleton Ave.

Expert Mastectomy Fittings    742-5607
Large Selection of Prosthesis    DAILY 9:30-4
FRIDAY 'til 9

## JEANS

though the cowboy and Levi's are forever married, emphasis is shifting to athletes and fitness. The company will outfit the entire U.S. Olympic team for the upcoming games in Los Angeles, the Pan American Games and the National Sports Festival. At the Olympics, even officials, concessionaires and parking lot attendants will sport Levi's clothing. Altogether, 17,000 people will advertise more than a quarter million garments.

And a recent development will include Levi Strauss and Company in the designer jeans business: in January, Levi Strauss chief operating officer Robert Haas signed a licensing deal with designer Perry Ellis, who will create a new line of active sportswear, including designer jeans, for the company. "Perry Ellis America," the name given to the joint venture, will reach out to men, women and children. Ellis, who has always worn Levi's, hopes to expand his market and reach more consumers. And Haas hopes to correlate the sportswear emphasis of the Olympic clothing with the new designer sportswear. If they catch on, the Perry Ellis-designed Levis (scheduled to debut in August) could be the next hot fashion item.

Industry insiders say the jeans market will never dry up. "Even a bad year is a good year," says Murjani's Dick Haas. "There will always be some new ideas in the silhouette of the jean," says Bloomingdale's Bill Hearst. "The market declined in 1982 because the jeans market is cyclical, and after five years it was exhausted. But then Calvin did his pant jean with pleats and Gloria did her black jeans." Hearst claims that jeans are a "safe investment in a recession" because they are never out of style and are as basic to our American wardrobe as the sack suit is to the businessman.

We've seen twill and corduroy and colored jeans, jeans skirts and overalls with leather patches, jeans with flat fronts and vertical pockets, jeans with self-stitching (that is, indigo, not orange), and all manner of novelty jeans. Hearst predicts a great spring. "This year, you'll see stone washing." Never mind that stone-washed jeans are a reincarnation of a late-60's style, they're "new" this spring.

According to Bloomingdale's buyer William Hearst, "As long as there is human creativity there will be jeans."



# Spring '84

Sweaters
Pantsuits
Coordinates

Visa

Cedarbrook Hill Apts., Bldg. 1
Wyncote, Pa - 576-1351
Hours: Tues-Sat: 11-5



# SHEILA BANKS
SPORTSWEAR

# SAMSONITE

## RELAX WITH "NEW" CUSHIONED AND BODY-GLOVE OUTDOOR FURNITURE



Now in Stock for Immediate Delivery

# Keystone Chair Co.

35 S. SECOND ST. PHILA.
(215) 629-1551
DAILY 8-4:30, WED. 8-7, SAT. 9-2
FREE PARKING IN REAR

LS00022230

Exhibit D-5

# CENTRALITE



# 1979

**LEVI STRAUSS**

LS00022172



Centralite 1979

Red Creek Central School

Red Creek, New York

Volume XXXV

LS00022173



"My Jeans"

Rumpled and crumpled.
Faded blue-white.
Been through high waters.
Been through some fights.

Seen plenty of sadness
and heartaches and pain.
Been tackled in football.
Ran through the rain.

Seen a lot of gladness.
Seen laughter and fun.
Waded through the water.
Rolled up for the sun.

Swayed through rock concerts.
Bumped to the beat.
Split open while skating.
Patched on the seat.

Seems like I remember them
once a dark blue.
Sort of stiff when I wore them.
I hated them new.

But all things must soften with age.
I have seen.
They faded to light blue
and then they were JEANS!

They've seen me in love.
Out of love, mixed up inside.
They've seen me in trouble.
They've seen me lie.

They've aged on too quickly,
Some places just threads.
But I plan to wear them
'Till they're in shreds.


by Daria House







LS00022174

GOOD TIMES . . . . . . . .5

THE CREW . . . . . . . . .11

SUPER '79 . . . . . . . .15

FACULTY . . . . . . . . .43

YOUNG'UNS . . . . . .57

SUPER SPORTS . . . .87

MUSIC MAKERS . . .107

GANGS . . . . . . . . . .115

THE PENNY $AVER . .123

"The ARCUATE STITCHING DESIGN, the TAB, and the word LEVI'S® are registered trademarks of Levi Strauss & Co., and are used by permission of the company."



LS00022175



GOOD TIMES

LS00022176



LS00022177



LS00022178



LS00022179









INESS
IAGER

Corwin

LS00022180



LS00022181





LS00022182



MUSIC MAKERS



GANGS

LS00022183

115



**CES**

D. Markowski.
G. Pritchard.
Gascarro. B.

E. Strananam.
...ige. J. Sher-
Pean.
C. Herner. D.
...on, P. Purdy



The Ghost
of Ballyhooly
BETTY CAVANN

**M**
**CES**

Rogers. P.

Richardson.
L. Curtis.
Stockledger.
S. Dallas. K.

LS00022184



HORNET

'79

LS00022185



LS00022186

# TABLE OF CONTENTS

FAVORITES . . . . . . . . . . . . . 3

CLASSES . . . . . . . . . . . . . 13

SCHOOL STAFF . . . . . . . 35

SPORTS . . . . . . . . . . . . . . 41

ACTIVITIES . . . . . . . . . . . 69

ADVERTISING . . . . . . . . . 87



LS00022187

# 1979
# HORNET



### Denim Days
### at
### Harrold High

## Harrold Independent Schools
## Harrold, Texas

LS00022188




*The ARCUATE STITCHING DESIGN, TAB and the word LEVI'S® are registered trademarks of Levi Strauss & Co., and are reproduced by permission of the Company.*

LS00022189

# FAVORITES

LEVI'S

## W. R. Moore
## Cotton
## Company

### Vernon, Texas

LS00022190

LS00022191

1979

LS00022192

"The TAB, the word LEVI'S and the ARCUATE STITCHING DESIGN are registered trademarks of Levi Strauss & Co., and are used by permission of the company."



TIGER 1979

HURON SENIOR
HIGH SCHOOL

HURON, SOUTH
57350

VOLUME 58

LS00022194



LS00022195



Academics . . . . . . . . . . .
Activities . . . . . . . . . . . 58- 69
Athletics . . . . . . . . . . . 70- 99
Faculty . . . . . . . . . . . 100-113
Classes . . . . . . . . . . . 114-167
Student Life . . . . . . . . 168-203
Index . . . . . . . . . . . 204-207

LS00022196



LS00022197