

LS00022198

# THE ELM



## 1982

Volume 60

Wethersfield High School

411 Wolcott Hill Road

Wethersfield, Connecticut 06109

LS00022199

Caption below top-left photo:
Monday meetings after school helped to keep the staff members informed of their duties and deadlines.

Although every senior is asked to participate in *The Elm's* production with a photograph and a quotation, a precious few are responsible for the planning, writing and producing. These dedicated individuals spend hours telephoning for paid advertisements, researching school activities, working on artistry and photos, and writing about various clubs and school events. Fundraisers and D period yearbook classes add to the scene, too. The final product of all their efforts is to present to the Class of 1982 a book that they can treasure for years to come.

Under the able supervision of Ms. Tonucci, whose time and efforts were immensely spent with the organization of this book, the yearbook staff was departmentalized to cover specific sections of the book. Each staff reported to its section editor, who, in turn reported to the managing editor. The managing editor worked under the guidance, advice and assistance of Ms. Tonucci to put the book together under its central theme.




**ART AND PHOTO STAFF**

1st row: Jim Hock, Ms. Tonucci (yearbook advisor). 2nd row: Bernice DeLeo, Ron Fiducia, Karen Boomazian, Jim Crane, John Jezowski, Monty Fitzpatrick. 3rd row: Tim Gothers, John Powell, Janice Fisher, Liz Vandermark, Theresa Frey.

About the Cover:

The wordmark LEVI'S, the pocket TAB and ARCUATE DESIGN are registered trademarks of the Levi Strauss Company, reproduced by permission of the company.

Cover design by Sandy Grande.

LS00022200





LS00022202

# Publication Staff
## 1985 — 1986

### THE BOARD

Johnna Ireland, Feature editor
Michael Gardner, Photo editor
Mandy George, News editor
Gretchen Godfrey, Layout editor
Leigh Herbst, J-Cycle editor

Renee Iannotti, Proof editor
Jackie Morrow, Copy editor
Erin Elliot, Paste-up editor
Leslie Stamper, Cub editor

### THE STAFF

**Layout Staff**
Adam Andrews
Stefanie Allen
Elizabeth Wiard
Ken Burr
Casie Caine
Jenny Coats
Rene Gee
Tony Green
Brian Bolick
Bob Hamilton
Leslie Spieler

**Copy Staff**
Melissa Davis
Carrie Campbell
Kurt Hoeper
Kristine Meshach
Dionne Richardson
John Rooney
Sarah Schlichting
Jeremy Welch
Ethan Whitehill
Becky Willard

**Feature Staff**
Christy Barnes
Carma Bylund
Katie Gowan
Heather Hartman
Manuel Navarro
Lori Roach
Ramon Salinas
Laura Scheffler
Jennifer Soha
Jennifer Verner
Tom McCoy
Matt Crouch

**Paste-Up Staff**
Darin Higginbotham
Nancy Inslee
David Licklider
Sally Noland
Lara Seabaugh
Christy Shirk
Christina Stoll
Cary Wilson
Kyri Pape
Julie Cockriel

**News Staff**
William Bass
Jennie Chang
Candy Hartman
Darren Lammers
Liana Marston
Kirk McKenzie
Jarrod Robertson
Margaret Schmitz
Lenora Watkins
Rona Wright
Mike Ditmore
Dana Copeland

Russel Sackreiter, Advisor
Ron Hediger, Creative Consultant

Levi Strauss & Co. has granted permission to use the following registered trademarks: The TAB, the Arcuate stitching design, the word LEVIS and the TWO HORSE BRAND.

LS00022203



Exhibit D-6

3RD STORY of Level 1 printed in FULL format.

Copyright 1992 Information Access Co., a division of Ziff
Communications Co.;
Copyright Capital Cities Media Inc. 1992
Daily News Record

May 22, 1992

SECTION: Vol. 22 ; No. 100 ; Pg. 167; ISSN: 0162-2161

LENGTH: 9631 words

HEADLINE: Century club: in business 100 years or more; a list of 55 companies in the retail, textiles, men's and women's clothing industries that were founded more than 100 years ago; Special Centennial Issue; Directory

BODY:
EST. 1668

HUDSON'S BAY CO.

The saga of the "wold's oldest retailer" begins in 1663 when the Hudson's Bay Co. launched its first transatlantic expedition to discover new sources of beaver pelts for the European market.

Two years later, King Charles II of England granted the company a charter giving it exclusive rights to trade, explore and develop throughout 40 percent of what represents the Canada of today.

That same year, Hudson's Bay established its first trading post. In 1821, the company merged with its rival, the North West Co. Following the merger, Hudson's Bay Co. was in control of three million square miles of territory from the Great Lakes to Vancouver Island, north to the Arctic and south to the 49th Parallel. Today, the company is Canada's larget retailer with nearly 500 department and discount stores across the country.

EST. 1802

DU PONT

Eleuthere Irenee du Pont started E.I. du Pont de Nemours' first plant on the Brandywine River, near Wilmington, Del., in 1802.

The company had one product, gunpowder, made of three ingredients, saltpeter, sulfur and charcoal. He was short of capital so his wife sometimes delivered the gunpowder to customers, between household duties.

About 90 years larter the U.S. Government charged Du Pont with "dominance of the explosives industry," and restraint of trade.

The company's products would got more complicated as time went by.

They would include, dynamite, TNT and onther explosives, dyes, pigments,

LS00022231

paints, and plastics, cellophane, insecticides, and of course, man-made fibers.

The company invented neoprene, the first commercially successful synthetic rubber. Its inventor, Wallace Carothers, would later invent nylon and do the basic research on polyester.

Other products included Orlon acrylic fiber, Kevlar and Nomex fiber, Lycra spandex, Mylar film and Teflon. Du Pont also developed plutonium for the first atomic bomb.

While Du Pont is best known to DNR readers for its fiber developments, its other ventures were equally remarkable. Du Pont was an early financier of General Motors and in the early '50s owned 20 million shares of its stock. In the early '20s Pierre du Pont was president of GM.

With the acquisition of Conoco, petroleum became its biggest profit center, at least when oil prices are up.

The present chairman and CEO is Edgar Woolard.

EST. 1818

BROOKS

BROTHERS

Brooks Brothers is widely believed to be the oldest men's specialty store in the United States. It was founded in 1818 when Henry Sands Brooks opened a haberdashery under his name on the site of his former grocery on Cherry and Catherine streets in lower Manhattan.

Ever conscious of his customers, most of whom were sailors, Brooks stocked the store with peacoats, yellow oilskins and sou'westers. He also realized that most men had little time to shop and little patience for browsing through racks of clothes. In response, Brooks developed a line of "ready-mades" to suit their schedules.

Henry died in 1833 and the store was passed to his four sons, who renamed it Brooks Brothers in 1855. The last member of the Brooks family to be involved in the company was Ashbel Wall Brooks, who retired as a vice-president in 1975.

EST. 1826

LORD & TAYLOR

The Lord & Taylor flagship store on Fifth Avenue and 38th Street sits on what was the former Murray Estate -- an historically significant site of the American Revolution.

On September 15, 1776, knowing that George Washington and his troops were retreating across Manhattan, Mrs. Robert Murray plied the British commander with wine and cakes, allowing Washington to reach Harlem Heights safely. Although its current store stie may be the most famous, L&T has been at several locations over the years.

LS00022232

Founded in 1826 by Samuel Lord and George Washington Taylor, the first L&T was located on Catherine Street in lower Manhattan. In 1853, after Taylor reitred to England, Lord opened a spectacular new store on Grand and Chrystie streets featuring dramatic cathedral windows and a glass rotunda.

The store relocated again in 1860 to a white marble palace on Grand Street and Broadway. After the Civil War, the business moved again to Broadway and 20th Street in the heart of the "Ladies Mile" before opening at its current site in 1914.

EST. 1837

HOUSE OF

HERMES

The House of Hermes is 155 years old, but its men's wear is a relatively new development that started only 67 years ago. The company was founded in 1837 by Thierry Hermes.

At the time it was a small harnes craft business. Since then, five generations have contributed to the growing empire of luxury goods. The budding house began its expansion in 1879 when Hermes' son, Emile-Charles, went into saddlery and moved the studios to the Faubourg Saint Honore and opened a shop.

When cars hit the streets, the third generation of the Hermes family launched fine leather goods and baggage. The '20s marked a big turn with the acquisition of the building on Faubourg Saint Honore and more product diversification.

Hermes men's wear took off slowly, with the first made-to-measure suede golfing jacket in 1925. Within two years the House of Hermes started to make cloth golfing jackets and by 1928, Emile-Charles Hermes slipped into fashion with leather garments -- an aviator jumpsuit and jodhpurs. Complete golfing and hunting outfits followed, all made-to-order.

The men's wear business was interrupted by the second world war, while the women's fashion continued to develop. Men's wear didn't reappear until 1965 when the patterns of the printed silk ties were reproduced in a small at-home line including printed silk bathrobes, pajamas and jackets.

The first sportswear collection was launched in 1966 under the label Hermes Sport. In 1978 the first real ready-to-wear men's collection was launched, designed by Bernard Sanz.

EST. 1841

JOSEPH & FEISS

Billed as America's oldest clothing company, Joseph & Feiss began in 1841 as a small general store in Meadville, Pa., called Koch, Kaufman and Loeb.

Four years later, the business moved to Cleveland as Koch & Loeb and became a wholesaler. In the early 1870s, Moritz Joseph and Julius Feiss joined the

LS00022233

company and by the 1890s the company, then called Goldsmith, Joseph, Feiss & Co., went into manufacturing.

The present corporate name was adapted by 1900 and the company expanded its manufacturing facility in Cleveland to make its new "Clothcraft" suits. In 1920, the firm's nine-acre plant was opened.

J&F was an early advertiser in the 1920s in the Saturday Evening Post and promoted its famous "Model T" blue serge suit, the "No. 5130."

After a successful run with the lounge model in the '30s, J&F retired Clothcraft after the war and launched a number of new labels: Sheddar for topcoats; Mohara, for a mohair blend suit; Skipper, the all-season suit; etc.

EST. 1843

HOLLINGSWORTH & VOSE

Hollingsworth & Vose Co. was started in 1843 as a paper maker with a new process it had invented that used Manila hemp.

In the years that followed, H&V pioneered other new methods of wet, dry and melt-blown processes, utilizing a wide range of natural and man-made fibers.

Its products have been used in the manufacture of filters, apparel, computer disks, gaskets, home furnishings, batteries, garment labels and other specialty products.

Its main products for the apparel industry are interlinings. After being successful with wet-process nonwovens in the apparel and home furnishings areas, the company started up its first dry-process nonwovens plant in Floyd, Va., in 1975, to make fusible apparel interlinings.

In the early '80s H&V introduced fashion colors in interlinings to the U.S. market. In 1984 a thermal-bonded line was installed at Floyd, allowing the company to enter new markets with very soft interlinings, to go with the new fashions.

Its newest products include Cool Fusibles, featuring a very low-melt adhesive, and its Soft and Silky Fusibles for lightweight sportswear and soft suits.

In the '80s H&V has become very international, with facilities in England, Brussels, Japan and Italy and a joint venture in Mexico.

EST. 1845

GRANITEVILLE

Graniteville is the oldest textile company in the nation that is operating under its original charter. William Gregg, who founded the company in 1845, has been referred to as "the father of Southern cotton manufacturing."

Gregg had made his fortune as a successful silversmith and jeweler, but it

LS00022234

was his social conscience that got him involved in textiles.

In a series of essays, Gregg contended that an industrial South could be based on cotton cloth manufacturing and that the economically downtrodden could be employed as "operatives." To show the skeptics that it could be done, he quit his jewelry partnership In 1845 and started Graniteville Co.

Gregg was a pioneer of social reform because he cut the workday from 14 hours to 12 hours and refused to employ children under 13 years of age. It was also mandatory in the Graniteville mill community that children from the ages of six to 12 had to attend school or the family was fined.

Gregg died of pneumonia in 1867, which he got from exposure to severe weather conditions while fighting to save one of Graniteville's dams.

In its history, Graniteville has had only 10 presidents.

EST. 1847

MOUNT VERNON

MILLS

Mount Vernon Mills is one of the nation's oldest textile mills, with roots that go back well before the Civil War. In the 1830s, a number of businessmen in the Baltimore area were buying gristmills and converting them to cotton mills. One of those mills was renamed Mount Vernon Mills in 1847, and that marks the beginning of the company as we know it today.

In those early days, the mill made sailcloth for the clipper ships. During the Civil War, it made a lot of the tent fabric used by the soldiers in the field.

In fact, the Tallassee, Ala., plant facility, later acquired by Mount Vernon, was supplying guns to the Confederate Army during the war. Many Union troops searched the area to find the source of the guns, but they were always led astray by the local people.

In 1970, the company's headquarters were moved to Greenville, S.C., to be closer to its mills in the Southeast.

The company was purchased by Robert B. Pamplin, Sr., in 1982.

In 1985, Mount Vernon acquired Riegel Textile Corp. and it is now a division of the company.

EST. 1851

F&R LAZARUS

When Simon Lazarus arrived in America from Germany in 1850, he had one goal: to open a men's clothing store. He settled in Columbus, Ohio, and the next year he invested $ 3,000 in a 20-foot men's and boys' store on South High Street.

The end of the Civil War marked a boom time for sales of men's clothing and

LS00022235

Daily News Record, May 22, 1992                                      Page 15

Lazarus found himself with a slew of new competition. Nevertheless, his store, S. Lazarus & Sons Co., persevered by staying out of promotional price wars and advertising "Strictly One Price" and "It Fits, or You Don't Pay." Although his pricing policies worked well, his delivery service wasn't as successful.

In 1870, during Lazarus's first attempt at delivery by horse-drawn wagon, the wagon collided with a streetcar and Lazarus returned to hand delivery. Simon Lazarus died in 1877 and the business passed to his wife, Amelia, and their sons, Frederick and Ralph. The name of the store was changed to F&R Lazarus & Co.

The Lazarus family's influence in the department store arena is well documented. In 1929, Fred Lazarus, Jr., was instrumental in forming Federated Department Stores, bringing together his company with Filene's Abraham & Straus, Bloomingdale's and Shillito's. To this day, the Cincinnati-based Lazarus is still an integral part of Federated.

EST. 1851

FILENE'S

William Filene's first attempts at retailing met with little success. The Prussian immigrant had arrived in Boston in 1848 and opened a small dry-goods store there in 1851.

Five years later he abandoned that business for one in nearby Salem. However, by the time the Civil War broke out, Filene was in New York running a manufacturing business. Again, he was unsuccessful and it wasn't long before he and his family returned to Massachusetts. In 1873, Filene opened two stores in Lynn, Mass., a third in Salem and a fourth in Bath, Maine.

In 1881, Filene and his sons, Edward Albert and A. Lincoln, closed those stores and returned to Boston to open a store on Winter Street. The business prospered and was soon one of the largets stores in the city selling women's wear and accessories. One of the company's innovations was its Automatic Bargain Basement, which was established in 1909.

EST. 1851

AQUASCUTUM

Aquascutum, made up of the two Latin words for "watershield," almost automatically followed as a name when a small tailor's shop on Regent Street developed its first rain-repellent cloth.

In the early 1900s, Aquascutum, which was founded in 1851, moved to its current location on Regent Street.

By the end of the century, the "heavy swells" (as Victorian boulevarders were called) were wearing rain-defying Aquascutum coats "in case." They ook their coats to the Crimean War to keep warm and it was an Aquascutum cutter who invented the raglan sleeve for Lord Raglan to give him better movement on his horse.

LS00022236

The firm's Piscator Coat of 1910, the Dreadnought and the Premier Motor Coat all flourished in the first few decades of the century.

King Edward VII had an Aquascutum coat made and his royal cronies on the Continent followed suit. The same coats fought in World War 1 trenches and were later know as the trench coat. It was back to the trenches for the Battle of Britain in 1940.

After the war, in 1948, Aquascutum coats came to the U.S.

EST. 1851

JORDAN MARSH

A yard of cherry red ribbon was the first thing Eben Dyer Jordan ever sold in his tiny dry-goods store on Hanover Street in Boston. In 1836, at the age of 14, Jordan left his home in Danville, Maine, with $ 1.25 in his pocket. After a stint as a farm hand, he hooked up with the William P. Tenney & Co.'s dry-goods store. It was there that he attracted the attention of another Boston merchant, Joshua Stetson, who set up the 19-year-old Jordan in his own business in 1841.

Ten years later, Jordan and a new partner, Benjamin Marsh, opened a wholesale dry-goods business on Milk Street. Two other Marsh family members joined the business and the next year the name of the company was changed to Jordan, Marsh & Co. In 1861 Jordan Marsh purchased a retail dry-goods company, George W. Warren & Co., on Washington Street to supplement its wholesale business.

Another ten years later, Jordan Marsh combined the wholesale and retail operations. Eben Jordan died in 1895, leaving his son to run the company. By the end of the century, the Marsh family also left the business. Today, Jordan Marsh is a division of Federated Department Stores.

EST. 1852

MARSHALL

FIELD'S

Few stores are as closely associated with a city as Marshall Field's with Chicago. The store has been the leading light of the local retail scen since it was founded in 1852 by energetic entrepreneur Potter Palmer.

The original Marshall Field bought into the company in 1865 and the store was named Marshall Field's in 1881. Field's slogan was "Give the ladey what she wants" and to that end, he pioneered such innovations as sending buyers annually to Paris and opening foreign buying offices. By the turn of the century, Field's was the largest department store in the world.

Marshall Field died in 1906 and his heirs sold all but 10 percent of the company to the management in 1917. Shortly afterward, the company went public. Field's was one of the first stores to blaze the trail out to suburbia and today is a key anchor for a number of regional malls.

LS00022237

Daily News Record, May 22, 1992                                                  Page 17

In the early '80s, Field's was taken over by Batus, the retail arm of London-based B.A.T. Industries, and expanded into Texas, Ohio and Wisconsin. In 1990, the company was acquired by Minneapolis-based Dayton Hudson Corp.

EST. 1853

LEVI STRAUSS

Levi Struass was born in Butenheim, Bavaria, on Feb. 26, 1829, and immigrated to the United States in 1847, making a stopover in New York before he finally arrived in San Francisco six years later. It was her that he had dreamed of making his fortune with gold dust. Arriving too late, however, he become a salesman for denim tents and wagon covers. It wasn't until a miner suggested that he make durable pants out of the fabric that his business took off. Levi Strauss & Co. was established in 1853.

In 1873, Strauss patented the copper rivets on his jeans as well as the "arcuate" design stitched on the back pockets, which is one of the oldest apparel trademarks still in use. The leather "Two Horse" patch was affixed in the 1880s.

Levi Strauss died on Sept. 26, 1902. Having never married, he left his company in the hands of his four nephews. The company is now in fifth-generation family hands.

In 1912, the company adopted Henry Ford's assembly-line technique to boost production. By 1948, the company hired its first national sales force.

Levi's expanded into international terrain in 1960. Today, a large part of the company's business draws on its international sales.

In March 1971, the company went public and wasn't to return to private ownership until August 1985 in what was one of the largest apparel industry leveraged buyouts, totaling $ 1,6 billion.

EST. 1853

C.V. HATHAWAY

C.F. Hathawas was founded by Charles F. Hathaway and his younger brother, George, in 1853 in Waterville, Maine. The brothers were descendants of Nicholas Hathaway, who arrived in Plymouth, Mass., in 1630.

Hathaway's first products were white stiff-bosomed shirts with separate collars. Sewing machines installed in the Hathaway factory in 1860 improved the firm's productivity, enabling it to be a major supplier to the Union Army during the Civil War. By 1874 the Hathaway factory on Appleton Street in Waterville employed 100.

When Charles Hathaway died in 1893, Colonel Clarence Leighton, a star salesman for the firsm, became president. Hathaway supplied shirts and American flags to the U.S. Army during the Spanish American War and khaki shirts to the army during World War 1. By 1920 the company's plant was producing 700 dozen shirts per week.

LS00022238

Two trademarks still found on every Hathaway shirt today were introduced during the '30s: the three-hole button and the embroidered red "H." The company also began using single-needle tailoring for added durability. By 1938 sales exceeded $ 1 million.

EST. 1854

CLUETT, PEABODY

& CO.

Cluett, Peabody started as a collar manufacturer in Troy, N.Y., in 1854. The company introduced its Arrow dress shirt brand in 1885 but didn't offically register the brand name until 1900.

Artist J.C. Leyendecker popularized the brand through a series of line drawings -- the most notable being the "Arrow Collar Man" that sold detachable collars nationwide.

After World War I, when the military commissioned attached-collar dress shirts, detachable collars were soon phased out. The Cluett, Peabody & Co. Shirt Group introduced the first collar-attached dress shirt in 1918, which was to later revolutionize the industry.

One of Cluett's most notable developments within the industry was the introduction of Sanford L. Cluett's "Sanforized" shrinkage-control process in 1928.

Arrow stayed a part of the Cluett stable for most of its tumultuous history of changing business and fashion strategies. In the 1980s Cluett was bought by West-Point Pepperell, and Bidermann Industries Corp. bought Cluett from West-Point in 1990.

EST. 1854

P.A. BERGNER

& CO.

P.A. Bergner & Co. consists of three chains -- Bergner's in Milwaukee, Carson Pirie Scott in Chicago and Minneapolis-based Donaldsons (which now operates under the Carson's nameplate) -- each over a hundred years old. Carson's was founded in 1854 in downstate Illinois by Scottish immigrants Samuel Carson and John T. Pirie.

A decade later they opened their first Chicago store. Carson's Chicago flagship store on State Street -- which opened in 1902 -- was designed by Louis Sullivan and is considered an important landmark in the evolution of modern retail architecture. Samuel Carson eventually left the business and three generations of Piries ran it thereafter.

The store has always had a certain Jazz Age glamour, owing to the fact that John T. Pirie, Jr., -- grandson of John T. -- was married to Ginerva King, an early fiancee of Scott Fitzgerald's and the model for Daisy Buchanan in his

LS00022239

novel The Great Gatsby. Carson's has traditionally been the number-two department store in Chicago behind Marshall Field's.

In 1987 Carson's acquired Donaldsons, a store with a similar market niche in Minneapolis that was founded in 1881. Donaldsons has the distinction of being one of two anchors -- the other was Dayton's -- at Southdale Mall, the first enclosed retail mall built in this country in 1956.

In 1989, after a protracted takeover battle, Carson's was acquired by Bergner's. P.A. Bergner was founded in 1889 in downstate Peoria and moved its headquarters to Milwaukee after acquiring the old Boston Store chain in 1985. Bergner's is unusual in that it has been owned by the Maus and Nordmann families in Switzerland since 1938.

EST. 1856

YOUNKERS

Younkers was founded in 1856 by four brothers -- Samuel, Herman, Lipman and Marcus Younker -- as a small general store in Keokuk, Iowa. In 1874, the siblings opened a second store in Des Moines, the town that became the company's headquarters five years later.

Over the years, Younkers expanded by opening new stores and gobbling up the competition. In 1927, after merging with Harris-Emery, it became the largest department store chain in the state.

Since 1979, Younkers has been owned by Equitable of Iowa, an insurance firm.

In 1987, the store consolidated its hold on the Iowa market by acquiring its archival, the 11-unit Brandeis chain. Brandeis's history is equally illustrious, dating back to 1881 and including a founding partner who died on the Titanic.

EST. 1858

R.H. MACY & CO.

It took five attempts but "Captain" Rowland Hussey Macy, a whaling Quaker from Nantucket, managed to open his first successful retail store in 1858.

Four earlier attempts -- two in Boston, one each in Marysville, Calif., and Haverhill, Mass. -- were resounding flops. At one point, Macy was so despondent that he wrote in his ledger: "I have worked for two years for nothing. Damn. Damn. Damn. Damn."

Despite his failures, Macy stuck with it and his 20-footwide dry-goods store at 204 Sixth Avenue near 14th Street in Manhattan was finally a success. First-day receipts were $ 11.06, but by 1870, sales exceeded $ 1 million. One of the key ingredients to that success was the store's constantly changing array of merchandise.

The former sailor's earlier experiences on the high seas tempted him to search far and wide for new goods -- the store sold everthing from men's hosiery and ties to linens and towers. Ironically, that same wanderlust led to his demise. He died suddenly on a buying trip to France in 1877.

LS00022240

Daily News Record, May 22, 1992

EST. 1861

THE GRIEF COS.

Abraham Lincoln was in the White House when Levi Greif opened his modest clothing store on Baltimore's East Side in 1861. The young German immigrant was joined by his brother, Max a few years later when the demand for ready-made clothing swelled and the brothers decided to go into the manufacturing business.

In the early part of the 20th century, L. Greif & Brother, as the firm was then called, became a major factor in men's clothing and, with Maryland as the hub, opened factories in three surrounding states.

Over the years, the company was known for its manufacturing expertise, and in 1959 Greif became one of the first major clothing companies to be acquired by an outsider when the shoe giant Genesco acquired it.

In 1964, Genesco also bought Phoenix Clothes, the advance fashion clothing company that scored a big hit in the '70s with Swedish Knits, its name for warp knit suits. Phoenix was also in the designer suit business at the time with such women's wear celebrities as Oleg Cassini and Hardy Amies.

IN 1982, Genesco merged Greif and Phoenix to become the Greif Cos. with a current annual volume today of $ 119 million. Its label stable includes Chaps and Polo University by Ralph Lauren, Grays by Gary Wasserman, Kilgour, French & Stanbury, Perry Ellis and Perry Ellis Portfolio and Studion.

EST. 1861

JOHN

WANAMAKER

The Union Army's loss was Philadelphia's gain. Poor health prevented John Wanamaker from enlisting in the Northern army at the out-break of the Civil War in 1861. Instead, he stayed in Philadelphia, formed a partnership with his brother-in-law, Nathan Brown, and opened a 2,400-square-foot men's and boys' clothing store at Sixth and Market streets in Philadelphia.

Wanamaker was one of the first to sell goods at fixed prices and allow refunds or exchanges when the merchandise was not to the customer's liking. In 1876, the store moved to a much larger building that offered posibilities for future development. The location was the former shed of the Pennsylvania Railroad Freight Depot at 13the and Market streets -- the current site of Wanamaker's flagship store.

At that time, Wanamaker's was called "The New Kind of Store" and "Wanamaker Grand Depot," and advertisements referred to the store as carrying "general dry goods and ladies' wear." It was calculated that some 70,000 people entered the store on its opening day.

Two things synonymous with John Wanamaker -- the immense eagle statue and a huge pipe organ in the flagship's Grand Court -- were added in 1903 and 1911,

LS00022241

respectively, and came from the St. Louis World's Fair. Along with Woodward & Lothrop, John Wanamaker is currently owned by Taubman Associates.

EST. 1861

STRAWBRIDGE &

CLOTHIER

The Philadelphia-based Strawbridge & Clothier can trace its beginning to the successful merging of retail wholesale.

Justus Strawbridge got his first taste of retailing when he was 15 and worked as a clerk for Joshua L. Baily, a drygoods importer and jobber. IN 1861, he entered into a retail partnership with Joseph Cowperthwait, Jr., at the corner of Eighth and Market streets, the eventual site of Strawbridge & Clothier.

Isaac Clothier worked for George D. Parrish, a drygoods importer, and was soon successful in his own right. In 1861, he started his own wholesale cloth business.

A business relationship between the two men led to friendship and after a summer together with their families in a country house in Haddonfield, N.J., Strawbridge asked Clothier to join his business. So in the summer of 1868, Strawbridge & Clothier was born. Although the companies went public in 1922, there are still members of both founding families actively involved in the business today.

EST. 1865

MILLIKEN & CO.

A Portland, Maine, general store owner, Seth Milliken, decided he could make some money by shipping a boatload of potatoes to New York. This proved successful and as his fortunes grew he founded Deering-Milliken & Co. as a wook fabric jobber with William Deering, another entrepreneur in 1865.

Milliken offered financial backing to numerous mills in Maine and in the South, and his New York company founded in 1888 operated as the sales office for a number of these weavers.

Based in Spartanburg, S.C., the organization was greatly expanded many decades later by Roger Milliken, Seth's grandson and present chief executive officer. With annual sales of over $ 1 billion, the company is believed to be the nation's largest privately held business.

A research & development center set up by Roger Milliken has grown to become one of the biggets in the textile industry.

The company was involved in a celebrated court case when it closed its Darlington plant in South Carolina after workers voted in favor of a labor union. Eventually it was up to the Supreme Court to decide if a manufacturer could do this. The court levied a fine against the company but some sources

LS00022242