Daily News Record, May 22, 1992

thought Milliken had made its point.

A staunch fighter against mounting textile and apparel imports, Roger Milliken has participated actively in many industry organizations and is a principal backer of the Crafted With Pride program to promote American products.

EST. 1865

ABRAHAM &
STRAUS

It's as much a part of Brooklyn as the Brooklyn Bridge, and for good reason.

Abraham Abraham, a founder of Abraham & Strauss, was one of a handful of Brooklyn businessmen to support the construction of the bridge. Abraham's reasoning was that the overpass would carry business higher up Fulton Street, the site of his dry-goods store.

By the time the bridge was constructed in 1883, the Wechsler & Abraham store was already well established. The store had opened in 1865 after attempts by the 22-year-old Abraham to enlist in the Union Army were thwarted by his family.

After being dragged home, he hooked up with Joseph Wechsler, who remained Abraham's partner until 1893. In that year, Wechsler sold his interest in the business to the then-owners of Macy's: Isidor and Nathan Straus and Charles Webster.

The name of the store was changed to Abraham & Straus. Although the two chains are rivals today, at that time there was a close working arrangement between the retailers. They shared the expenses of running a Paris office and the L. Straus & Sons factories in Europe supplied both stores. The arrangement apparently paid off: When Abraham died in 1911, he left a company that had annual sales of $ 13 million and employed 2,700 people.

EST. 1865

GRUPPO GFT

Since its founding in 1865, the development of Gruppo GFT, with a 1990 volume of $ 1.25 billion (U.S.), has coincided with the evolution of ready-made apparel in Italy.

And as early as 1887, Donato Levi & Sons, the nucleus of what was to become Gruppo GFT, produced one of the first ready-to-wear prototypes with standarized patterns and techniques that revolutionized the apparel industry in Europe.

In 1925 the Rivetti brothers, Biella-based entrepreneurs, took over Donato Levi and established the Societa Finanziaria Tessile, which soon become known as FITES. Its success prompted the merger with the Levi company under one name: Gruppo Finanziario Tessile (GFT).

UP until the 1950s, GFT produced and marketed readymade garments. In the '60s the company went global, and in the '70s GFT began to collaborate with such designers are Ungaro (1971), Giorgio Armani (1978) and Valentino (1979).

LS00022243

Daily News Record, May 22, 1992

In the '70s, the company also penetrated the U.S. with GFT USA Corp. and Giorgio Armani Fashion Corp. and launched a number of powerful designers in men's wear.

In the 1980s, through both licensing and joint ventures, Christian Dior, Pierre Cardin, Claude Montana and Andrew Fezza were added, and last year, Calvin Klein.

EST. 1867

RICH'S

It had been raining in Atlanta just before Morris Rich opened his first store, M. Rich Dry Goods, in May 1867, and Whitehall Street a quagmire of Georgia red clay. But the illustrious Rich, only about 20 at the time, went out and laid down boards so that prospective customers could enter the store and not muddy their feet.

Rich -- whose name was Reich before he left Hungary at age 12 for the U.S. -- arrived in Atlanta during the Reconstruction, when Atlantans were trying to rebuild the city after Sherman destroyed it in the Civil War.

Knowing there wasn't much money in a city struggling to regroup after the war, Morris Rich granted a generous credit policy that continues to this day. The company remained in family hands until July 1976, when management sold the company to Federated Department Stores for $ 157 million.

The Rich's division, which now includes the Memphis-based chain of five Goldsmith's department stores, is Federated top profit maker.

EST. 1867

STERN'S

The Stern Brothers knew a thing or two about servicing the carriage trade.

Customers shopping Isaac, Louis and Bernard Stern's one-room store on 22d Street and Sixth Avenue in 1867 were greeted by doormen dressed in blue livery and top hats. And special deliveries were often made in Isaac Stern's own carriage. Although World War 1 effectively cut off their supply of imported luxury goods, the Sterns continued to target the upscale market.

Today, Stern's is a moderately priced department store division of Federated Department Stores.

EST. 1872

MONTGOMERY

WARD

Montgomery Ward began as a catalog firm, got into retail almost by accident and along the way has had some amazing adventures.

LS00022244

Daily News Record, May 22, 1992

The company was founded in 1872 by Aaron Montgomery Ward in Chicago. The first catalog was a single sheet that listed the names and prices of 163 items. By the turn of the century, sales topped $ 10 million. Key to the company's success were such innovations as using photographs and fashion illustrations, as well as offering free delivery.

The company was also one of the first to get into private-label business and for a while manufactured and marketed its own brand of automobiles. Ward sold out to his partner and brother-in-law, George Thorne, in 1893.

In 1919, the company went public. Shortly afterwards, the company took its first tentative steps into retailing by opening several "display stores" so customers could examine merchandise before placing their catalog orders.

By 1928 there were 244 stores and total company sales were over $ 200 million. That year, the company also achieved fame by outfitting Commander Richard E. Byrd for his expedition to the South Pole.

Ward's is also responsible for one of the best-loved Christmas songs of all time, "Rudolph the Red-Nosed Reindeer," which was composed by an ad copywriter for a store promotion in 1939.

EST. 1872

BLOOMINGDALE'S

The Bloomingdale's "B" proudly worn by store employees today is steeped in tradition.

It was 1872 when brothers Lyman, Gustave and Joseph Bloomingdale opened a tiny store at 938 Third Avenue between 56th and 57th streets in New York. A large sign on the building touted the site as the "Great East Side Store." The sign also incorporated a beehive, which was designed to symbolize the flurry of activity going on inside.

The early beehive evolved into the single "B," which is now synonymous with Bloomingdale's. Although first-day sales were only $ 3.68, within six years the store had sales of $ 851,156, thanks to the newly constructed Third Avenue El.

In 1886, Bloomingdale's moved to Third Avenue and 59th Street and the store kept expanding until 1931, by which time it spanned the entire square block.

EST. 1873

SUPERBA, INC.

Herman C. Cohn, a 19-year-old manufacturer, got his start in tie-making by peddling a line in the Rochester, N.Y., area in 1873.

Since that time H.C. Cohn & Co. has gone through different names, changes in ownership and a move to West Coast.

Popularly called Superba Cravats since 1908 when Cohn began manufacturing under the Superba branded label, the company was officially called by that name

Daily News Record, May 22, 1992

in 1948.

One of Cohn's most notable contributions to neckwear manufacturing was his innovations in fabric usage, including the introduction of Dacron polyester ties. They were first produced in 1951 using an all-Dacron lining. This development, which Superba patented, made it possible to produce a permanent-press tie.

In 1977, Mervyn Mandelbaum left his father's neckwear firm in South Africa and joined Superba. In 1979, he took a controlling interest in the company and currently serves as president.

EST. 1874

LEVY'S, INC.

Just prior to the Civil War, Zadoc Levy was one of a thriving community of 14 merchant tailors and 20 tailors in Nashville.

He had opened his tailoring shop on Market Street (Now Second Avenue North) when he arrived there from Germany in the 1850s, and in Nashville's earliest city directory (1854-55) he was listed as "custom tailor."

It wasn't until 1874 that Zadoc and his son, Raphael Z., who started working with his father in about 1872, actually opened a men's clothing store.

EST. 1876

I. MAGNIN

Mary Ann and Isaac Magnin came to the United States from England before the Civil War and settled in San Francisco. It was there in 1876 that they started what was known as Yankee Notions Store, selling needles, pins, threads and buttons -- all the essentials needed to make dresses.

Mrs. Magnin herself was handy with a needle and made aprons, baby clothes and other items that she sold in the store.

A very hard worker, Mary Ann got up at dawn to purchase materials from the wholesale houses, waited on customers in the store during the day, and supervised the cutting and making of the clothes during the evening -- all this in addition to taking care of her seven children. Her reputation for quality needle-work made the store a favorite among the city's high-society folk, and in 1888 the business transferred to one of the city's main shopping areas on Market Street.

It was at this point that Mrs. Magnin's son John started in the family business, and in 1904 John made what was to become an annual pilgrimage to Europe to buy merchandise for the store.

In 1906, after the great earthquake and fire leveled the entire business district of San Francisco, the Magnins conducted business from their home. Three months after the fire, Magnin's opened up a store in the temporary business center on Van Ness Avenue and prosperity soon followed. Today, Magnin's is a division of R.H. Macy & Co.

LS00022246

Daily News Record, May 22, 1992

EST. 1876

JOCKEY INT'L

Cooper Underwear Co, Inc., was founded in 1876 as a small vertically integrated hosiery manufacturer in Kenosha, Wis.

In 1947 the company was renamed to what it's known as today, Jockey International, Inc.

Among major innovations was Jockey's Kenosha Closed Crotch union suit, introduced to the market in 1910, and the "Y" front construction fly on Jockey's Classic brief in 1934.

EST. 1877

MAY DEP'T STORES

CO.

The May Department Stores Co. dates back to 1877 when David May opened a dry-goods store that sold everything from overalls to brocade dresses in the Colorado boom town of Leadville.

What is surprising about the company is how little its strategy has changed. David May's plan was for a far-flung empire of independent department store chains and that's exactly what the company is today.

The Famous Clothing store in St. Louis -- the precursor to Famous-Barr -- was acquired in 1892 and the Ohio division -- called the May Co. -- was added in 1898.

In 1905, the headquarters were moved to St. Louis and the company went public six years later. Over the years, the company went on to acquire A. Hamburger & Sons in California (now May Co. California), Kaufmann's in Pittsburgh, Hecht's in Washington, D.C., G. Fox in Hartford, Conn., Meier & Frank in Portland, Ore., and a number of other chains.

The deal that really put the company on the map, however, was the acquisition of Associated Dry Goods in 1986, which included Lord & Taylor in New York, Robinson's in Los Angeles and Indianapolis-based L.S. Ayres. Overnight, sales doubled to $ 10 billion.

EST. 1880

QST INDUSTRIES

QST Industries began in Chicago, where it is still based, in 1880, as Samuel Haber's Sons.

When the company first opened its doors, it consisted of Samuel Haber and his sons, and a horse named Ol'Nelly.

LS00022247

Haber would load up his wagon with pocketings, linings, buttons and other apparel trim, and he and Ol' Nelly would head for their customers. Mondays they would go north, Tuesdays, south, and each day a different direction. At each stop, Haber would ask the clothing shops what they needed, in an early version of Just-In-Time delivery.

Ol' Nelly was an important factor in the delivery, as events proved. When Haber was too ill to make his deliveries one day, he had to send his youngest son, who did not know the route. The horse did, and was able to find every customer and make every stop on the route.

Samuel was so pleased that he made Ol' Nelly vice-president of traffic, and she became the first officer of the company who was not a member of the family.

EST. 1881

HART SCHAFFNER

& MARX

A year after the Great Chicago Fire that almost leveled the city in 1881, Harry and Marx Hart opened their first clothing store and, to keep up with their booming business, had clothing made for them.

In 1879, the brothers-in-law Levi Abt and Marcus Marx joined the business and it became Hart, Abt & Marx. Eight years later, Abt left and Joseph Schaffner came on board to form Hart Schaffner & Marx.

Schaffner had the flair of a showman, and in the Gay '90s he sent HS&M salesmen on the road who were known by their silk toppers and spats and a revolutionary one-price line that they sold from swatches. He beat the industry into national advertising to promote a "guaranteed all wool" policy in 1900.

After a two-year strike that paralyzed the company, HS&M recognized the fledgling clothing union in 1910 and hammered out a collective bargaining and arbitration agreement that was years ahead of its time.

In 1914, the horse and rider trademark appeared and in the following decades the company was known for its lavish "fashion handbooks" by which retailers could preview its new lines. In 1926, HS&M went back into the retail business with the purchase of Wallachs in New York City and at its peak, the company operated 450 stores.

Among the company's many manufacturing firsts, it introduced the zipper in trousers in 1936; the first Dacron polyester/wool suit in 1953; and at the same time the stretch-waistband "Sansabelt" slack.

In the '60s and '70s, HS&M made niche marketing a serious business and developed labels and lines beamed to specific customer groups.

EST. 1881

J.L. HUDSON CO.

No one ever said Joseph Lothian Hudson wasn't versatile. Not only did he

LS00022248

Daily News Record, May 22, 1992

found a major department store, he also started his own car company. Fortunately, the store had more staying power.

The Hudson Motor Car Co. vanished in 1954, but the J.L. Hudson Co. continues to dominate the Motor City retail market.

Hudson, who was born in 1846, got his start working in his father's men's store in Ionia, Mich. When the business went bust in the 1870s, he moved to Detroit.

In 1881, at the age of 35, he opened his own men's store. A decade later, Hudson's had become a full-fledged department store with sales of over $ 2 million. Hudson, a bachelor, died in 1912 and left the business to his four nephews.

In 1969, Hudson's merged with Minneapolis-based Dayton's and the Dayton Hudson Corp. was born.

EST. 1881

PHILLIPS-VAN

HEUSEN CORP.

Moses Phillips, an enterprising immigrant, got started in the shirt business in Pottsville, Pa., by selling work shirts to coal miners.

The fledgling company was called Moses Phillips & Co. Larry Phillips, the great-great grandson and current chief executive officer, said the Phillips Van-Heusen Corp. has not changed that much from the pushcart mentality in which the company got its start.

In the beginning the company averaged about $ 250 in annual sales, while volume at Phillips-Van Heusen exceeded $ 904 million last year.

Van Heusen in widely considered the first major dress shirt manufacturer to switch to overseas production in the early '60s. It is also credited with introducing permanent press to the dress shirt market.

Warren Morris, then vice-president of research at Van Heusen, introduced the process in the late '50s. The company ran a highly successful print advertising campaign that featured ex-president Ronald Reagan in his Bedtime for Bonzo days touting the benefits of remaining wrinkle-free.

The company was also one of the first major apparel firms to invest in television advertising by featuring a successful series of ads that took a tongue-in-cheek approach to permanent press by showing three Chinese laundrymen expounding on the benefits of permanent press.

EST. 1881

CERRUTI

Lanificio Fratelli Cerruti's label, Cerruti 1881, almost says it all.

LS00022249

Daily News Record, May 22, 1992

The fabric mill was founded in Biella, Italy, the center of the finest italian wools. For the next 70 years, the company sold its product worldwide.

In 1950, Nine Cerruti became the head of the family business, and in 1957 the company founded Hitman in Milan to manufacture Cerruti 1881 men's clothing.

In 1967, he took the Italian show on the road and opened the Cerruti 1881 offices where design and marketing were based. The rue Royale boutique also opened that year where the first men's wear line was launched.

During the 1970s, the label was licensed to Hartmarx. A women's wear collection made its debut in Paris and the first Nino Cerruti men's fragrance hit the market.

In the 1980s, contemporary sportswear appeared under the Cerruti 1881 Brothers label and today the name is positioned internationally as a luxury brand along with Christian Dior, Ermenegildo Zegna, Valentino, etc.

EST. 1882

DAN RIVER, INC.

A consortium of six men founded the company in Danville, Va., as Riverside Cotton Mills in 1882 and its first product was a plaid fabric. A rapid success, it acquired a sheeting mill in 1890 and had built six new mills by 1989.

In 1895, a new company, Dan River Power & Mfg. Co, was set up and the two organizations were merged. By 1925 the company operated 13,500 looms.

Dan River, Inc., has been through many changes in recent years, beginning with a leveraged buyout by its employees in 1983. In 1989 Joseph L. Lanier, formerly of WestPoint Pepperell and now chief executive officer, headed up an investment group to buy the company for a reported $ 268 million in a cash transaction.

EST. 1882

J. SCHOENEMAN

In the bustling port of Baltimore in 1882, an unemployed tailor named Jacob Schoeneman was selling fabric from a pushcart to immigrant tailors and he decided to do them one better. He decided to make pants himself at night and, in 1889, founded J. Schoeneman.

He son Ansel was soon working at his side and the team became known as the "pants kings." In 1910, after his father's death, he added modern manufacturing techniques and eventually introduced summer suits to retail at $ 5.50.

Family-owned and -operated until 1955, the company became the private-label king and built a reputation for developing special styles for its retail customers. The company also owned its own fabric mill and became a front-runner in creating new looks. It continues to develop its own exclusive fabrics.

Schoeneman joined the new blends parade in the 1950s and '60s, and actually

LS00022250

Daily News Record, May 22, 1992

introduced double-knit suits to America.

EST. 1882

CASCADE WOOLEN

MILLS

The fast-running Mussalonskee Stream turns into cascading falls just above Oakland, Maine, and this source of water power was selected by several investors as the location for Cascade Woolen Mills, built in 1882.

Among the founders was Seth Milliken, who also started Deering-Milliken, and R.B. Dunn, head of Dunn Edge Tool Co. The original five-story building is still in use.

In 1935, Frederic W. Tipper, the mill's president, bought it at the age of 61 from Deering-Milliken, which held a controlling interest, and also set up the present F.W. Tipper Co. as its New York sales office. The current president is Gerald C. Tipper, a grandsom of Frederic.

EST. 1883

ROBINSON'S

Joseph Winchester Robinson, a Massachusetts dry-goods merchant, arrived in California in 1882 with the idea of growing oranges in Riverside.

After surveying his surroundings, he decided that Los Angeles, with its population of 13,000, would be a profitable place to resume his retail business instead. So he journeyed back to the East Coast, stocked up on merchandise in Boston and New York, and returned to L.A. to open up the Boston Dry Goods Store at the intersection of Spring and Temple streets in February 1883.

With its upscale merchandise mix and its traditional Boston standards of service and honest trading, the small store was a success from the very beginning. In 1891, the name of the store was changed to J.W. Robinson Co. and it moved to larger quarters on Spring Street, opposite the old City Hall.

Five years later, the Robinson store moved into a new four-story building at 239 South Broadway. During the early 1900s the motion picture industry put down roots in Hollywood and grew into a gigantic industry bringing vast wealth into the Los Angeles area from all parts of the world.

EST. 1885

H. FREEMAN

When custom tailor Hyman Freeman founded his company in 1885 -- later to be called H. Freeman & Son -- he sold his suits to retailers in Philadelphia.

In just a few years demand grew to the point that his three sons were pressed into service. At the insistence of many customers, Freeman went into ready-made suits and his sons sold the line in four adjoining states.

LS00022251

Daily News Record, May 22, 1992

But it wasn't until the early 1920s that H. Freeman hit its stride. Ben Freeman, the eldest son, had enrolled in the University of Pennsylvania, a stone's throw from the factory, and became immersed in Ivy League. Those were the days when collegians began setting the fashion pace and young Freeman soon helped his father develop a three-button soft-shoulder suit they aptly called the "Campus."

The name persisted until 1935 when it was renamed "Naturalaire" and became the company's flagship model. The lounge suit came and went, Ivy League bloomed and then withered in the market, but Freeman stuck to its soft-shoulder model -- which eventually caused its downfall.

White-night entrepreneur Spencer Hays came to the rescue in 1980 and bought out the majority family stockholder.

EST. 1886

SEARS, ROEBUCK

By the time he opened his pocket watch business in 1886, Richard Warren Sears was already well established as a savvy entrepreneur. In addition to a full-time job as railroad station agent for the Minneapolis & St. Louis Railroad in North Redwood, Minn., Sears sold coal and firewood and shipped blueberries and venison from local Indians in his spare time.

One day a merchant refused to pick up a crate of pocket watches and instead of returning them, Sears sold them on consignment. It wasn't long before Sears was in the watch business. Soon after, he hired Alvah Curtis Roebuck as a watchmaker and one of the nation' best-known business partnerships was born.

Although competitor Montgomery Ward had started his mail-order business 20 years earlier, Sears was undaunted. Realizing that people were still timid about shopping by mail, Sears canceled the usual deposit of $ 1 and encouraged customers to examine the merchandise before ever paying a cent. His advertising slogan of "SEND NO MONEY" was soon legendary.

EST. 1887

SPRINGS

INDUSTRIES

The founder of Springs Industries, Samuel Elliott White, was a military man whose career got off to a dubious start, having been kicked out of the Citadel in his junior year for leading a student rebellion.

When South Carolina seceded from the Union, he organized a military company to defend the state. The state wasn't quite ready for that, so he joined a regiment in North Carolina. Although he suffered a head wound in the battle of Newbern, Va., white remained in the service until the end of the war.

After the war, he was colonel of a regiment of Confederate veterans, but he still preferred to be called, "Captain."

LS00022252

Daily News Record, May 22, 1992

In 1887, White established a cotton mill in the small country town of Fort Mill, S.C., and it was incorporated as Fort Mill Mfg. Co., "a joint-stock company with a capital stock of at least 400 shares having a value of $ 100 each."

During one of the company's low points in 1901, White retired from active management -- although he retained the presidency -- and turned the reins of the business over to his son-in-law, Leroy Springs, a prominent young businessman in his own right.

However, it was Leroy's son, Elliott Springs, who directed the company through its most formative years. He created the Springs Cotton Mills in 1933 following a complicated series of moves that consolidated into one company five cotton mills he owned jointly with stockholders.

EST. 1887

MUNSINGWEAR

Munsingwear was founded in 1887 by George Munsing and two partners as the Northwestern Knitting Mills. In 1919 it became Munsingwear.

For years, men's and boys' underwear was the main product. Women's was added in the 1940s when the company acquired Vassarette, an intimate apparel company. Always innovative, Munsingwear was among the first companies to develop the one-piece union suit and the first backless bra, as well as pioneer the development of Lycra spandex stretch fabrics.

During the 1960s, sportswear became increasingly important with the company's well-known Penguin logo.

EST. 1888

BELK STORE

SERVICES

Belk Store Services was founded over 100 years ago as a racket -- the New York Racket. That's the name William Henry Belk gave to the first little bargain store he opened in Monroe, N.C., on May 29, 1888.

He chose the name in the hope of making a small 1,500-square-foot operation sound grandiose and attract business. He must have been right because in less than seven months he had parlayed $ 750 in savings, a $ 500 loan from a local widow, and about $ 3,000 worth of goods on consignment from a bankrupt store into a $ 3,300 profit. Not a bad investment, even by today's standards.

EST. 1889

H.D. LEE

In 1889 H.D. Lee founded a wholesale grocery business called H.D. Lee Mercantile Co. However, it wasn't in edibles that Lee would make his name.

LS00022253

Daily News Record, May 22, 1992

He expanded into workwear items but was angered by unreliable deliveries from an Eastern supplier. As a result, Lee began making workwear on his own, including overalls and dungarees, in 1911. His sole manufacturing plant was in Salina, Kan.

In the 1920s Lee made its first Western wear dungaree line, later to be called the Lee Riders.

In 1926, the company put zippers on its jeans and began tailored sizing in which the rise and seat proportions were based on the waist and inseam measurements.

EST. 1889

INTERMODA SpA

The Italian neckwear manufacturer began life as Cravatificio Galliena in 1889.

In the 1920s, distribution was only in Italy, but in the '30s it was expanded to include South America. In the late '40s, distribution expanded through North America and now includes the Far East.

In 1970 the company's name was changed to Intermoda. Industry insiders said that the firm reached a peak in the early '70s. By the late '70s the name had diminised because faulty ownership impoverished the company. However, in 1987 the Canepa Group took over the company, financed it, and totally restructured its leadership.

EST. 1890

THE BON MARCHE

Edward Nordhoff, who founded The Bon Marche in 1890 with his wife, Josephine, was a master of promotion and marketing.

During the financial panic of 1893, Nordhoff returned to Seattle from his first buying trip East with sacks of pennies, which had not before been circulated in the local economy. (Change had to be given to the nearest nickel.) Nordhoff then advertised merchandise with prices such as 19 cents, 29 cents and 49 cents, which attracted customers from far and wide.

EST. 1891

CONE MILLS

Cone Mills Corp. began in the dreams of two sons of a German immigrant, Moses and Ceasar Cone, in the 1870s, although the official beginning is listed as 1891.

They had their hands in textiles four years earlier when they invested $ 50,000 in C.E. Graham Mug. Co. in Asheville, N.C. Their interest in textiles probably started while they were working for their father, Herman Cone (originally Kahn), who had started a wholesale grocery business in Baltimore in

LS00022254

Daily News Record, May 22, 1992

1870. They would travel the South taking orders from general stores, and sometimes they traded groceries for textiles.

Realizing that Southern textile manufacturers needed someone to help them sell their textile fabrics, the brothers started Cone Export & Commission Co. in 1891 and opened an office in New York.

In 1895 they decided to weave their own cloth and they established the Proximity Mfg. Co. in Greensboro, N.C.

EST. 1891

CAPLAN'S MEN'S
CLOTHING

When David Caplan, founder of Caplan's Men's Clothing, arrived in America in the early 1800s, he was part of a mass immigration that was fleeing the poverty and oppression in Russia.

Practically penniless and with no knowledge of English, Caplan at least had one thing going for him: an American sponsor, Bernard Ginsberg. Caplan joined Ginsberg in Alexandria, La., where he worked as a traveling merchant. By 1891, Caplan had accumulated enough capital to open his own general store.

His first store opened on Front Street, which has since been turned into a levee to contain the Red River.

EST. 1892

W. SEITCHIK &

SONS

In 1892, when Wolf Seitchik arrived in Philadelphia from his native Russia, the young tailor went to work for a small custom clothing shop and within not too many months acquired it when the owner couldn't pay him.

He made custom suits one at a time for the suit retailers lining South and Bainbridge streets. By 1910 a growing tide of orders pushed him into the mass production business.

Through the '20s, every Monday Seitchik would grab up a handful of fabric swatches, throw a sample suit over him arm, and walk up and down clothing row to sell the line and deliver on Friday.

GRAPHIC: Photograph

SIC: 5990 Retail Stores, NEC ; 2200 TEXTILE MILL PRODUCTS ; 2320 Men's and Boys' Furnishings ; 2330 Women's and Misses' Outerwear

IAC-NUMBER: IAC 12280123

IAC-CLASS: Trade & Industry

Exhibit D-7

1ST STORY of Level 1 printed in FULL format.

Copyright 1994 News & Record (Greensboro, NC)
News & Record (Greensboro, NC)

January 26, 1994, Wednesday,   ALL EDITIONS

SECTION: LIFE,   Pg. D2

LENGTH: 287 words

HEADLINE: JEANS TRIVIA;
LITTLE-KNOWN JEANEOLOGY

BODY:
   In an industry where details made the difference, denim history is full of trivia.

   LABELS. Levi Strauss introduced the two-horse leather patch in 1886, changing over to pressed card labels in the 1950s.   Lee introduced the "Hair on Hide" label in 1936, a leather cowhide label with the Lee logo branded on. In the 1940s, Lee adopted the "Twitch" label, a non-hairy leather with the Lee brand. The Wrangler label was made first in pressed card, then in plastic. Leather was not used because Wranglers were designed for cowboys, and a leather label would stick to a leather saddle.

   POCKET STITCHING. In 1873, Levi Strauss added the "double arcuate" stitch on the back pocket of all its overalls. According to legend, it represents the wings of the Rocky Mountain eagle. In 1944, Lee introduced the Lazy "S" back pocket stitch which, when both pockets are viewed together, resemble the shape of longhorns. With the growth of competitors, Levi got a patent on the double arcuate in 1943. Wrangler added a "W" stitch to its jeans in 1948.

   NAMES. The term "jeans" probably originated in 1567 as Genoese or Genes, which referred to the trousers worn by merchant sailors from Genoa. But Levi Strauss, which invented the pants known universally as blue jeans, didn't discard the term "overalls" for "jeans" until the 1960s.

   RIVETS. Rivets were used extensively in early Levi Strauss garments, including a reinforcing rivet on the cuff vent in the denim jacket. But there was at least one rivet that most people could do without - the one in the crotch. It was permanently removed from 501 jeans in 1941, after Levi Strauss chairman Walter Haas Sr. experienced discomfort first-hand when crouching near a campfire.

LOAD-DATE-MDC: August 18, 1994

LS00022256

Exhibit D-8

1ST STORY of Level 1 printed in FULL format.

Copyright 1994 Associated Newspapers Ltd.
Daily Mail

June 17, 1994

SECTION: Pg. 68

LENGTH: 1600 words

HEADLINE: Puzzle of the extra pocket in your jeans;
ANSWERS TO CORRESPONDENTS

BODY:
     QUESTION: Why are there five pockets on a pair of jeans? Is there any historical reason for the fifth pocket?

     LEVI STRAUSS teamed up with tailor Jacob Davis in 1873 to patent production of trousers with copper rivet-strengthened pockets to take the heavy tools of hardworking goldminers. This style of trouser is supposed to have acquired the name 'jeans' because they were originally worn by Genoese sailors. Levi's jeans were made of blue denim, the 'serge de Nimes' he imported from France and stored in 'bin 501' in the importer's warehouse.

     From the start, 501s had two main front pockets and a small extra one intended for coins or a watch. A double line of orange stitching on the single back pocket symbolised an American eagle and acted as a trademark.  The second back pocket was added in 1905.

     Levi's trademark red tab was added to the right back pocket in 1936 and in 1937 back pocket rivets were hidden to avoid scratching saddles, benches, car seats etc. These have now been replaced with stitched bartracks while copper rivets remain on the front and watch pockets.

     Shubhankar Ray, Levi Strauss (UK) Ltd, Northampton.

     THESE days the fifth pocket is normally called a condom pocket, because of its discreet size and should be used for keeping its namesake in.

     Miss S. Jennings, Wightwick, Staffs.

     QUESTION: Why are the Irish considered lucky?

     'THE luck of the Irish' is a matter of opinion rather than a fact, though the phrase, and belief that goes with it, has been widely used for at least 200 years. Christina Hole's Encyclopaedia Of Superstitions refers to the notion, prevalent in the 19th Century, that Irishmen's charm gave them an ability to cure disease. In certain parts of England, especially the north, stones were imported from Ireland to be used in the cure of sores and wounds through rubbing against the afflicted area.

     Some believe the Irish are genuinely lucky through the mystical magic of their Celtic past. Hundreds of anecdotes of miraculous or fortunate happenings

LS00022257

Daily Mail, June 17, 1994

contribute to this belief. Others say the expression 'the luck of the Irish' is purely ironic, deriving from Irish politics, national misfortunes and divisions over the years.

Personally I believe we must be lucky: who else had an English manager and still managed to get to the World Cup?

Mary Hurley, National Library, Dublin.

QUESTION: My name, Patsy, has suddenly become popular in showbiz, but when I was an 11-year-old at school in 1941, a teacher drove me to tears when he insisted Patsy was only a shortened version of Patricia and I couldn't have been christened it. Am I the only real Patsy around?

IN 1941 I had a school friend in Lancaster who had been christened Patsy. We were both 11 and she had an older sister called Maureen, which is my name. My niece, born in 1944, was christened Patricia but always called Patsy until she was in her late teens.

Maureen Bissell Boughton, Chester.

I WAS born Pat Perry on May 15, 1947 and have had problems all my life with my name being Pat and not Patricia. My mother used to cross the 'ricia' off the front of school exercise books and I had to produce my birth certificate on more than one occasion when teachers told me no-one was called just Pat. I vowed my own children would all have names which couldn't be shortened.

Pat Parker, Swindon, Wiltshire.

QUESTION: According to my road atlas, there are ten places on mainland UK called Newport, 11 if you count Newport Pagnell. Why? Is it the most common place name in Britain?

ALL the various Newports throughout the country were, as their name suggests, new ports of one kind or another. Several are inland but use the word 'port' in its old sense of a centre of trade, by a coast, river or road. In our 1994 Ordnance Survey Motoring Atlas, at least ten other place names have more listings than Newport: Newtown: 32 on its own, plus 43 with pre-fix or suffix, totalling 75; Middleton, 23 plus 12. Milton, 17 plus 29; Newton: 20 plus 3; Norton: 19 plus 21; Upton: 18 plus 15; Broughton: 15 plus 8; Sutton: 15 plus 37; Weston: 15 plus 26; Preston: 14 plus 14.

On the **larger** scale 1:50,000 gazetteer the most common place names on their own are Newtown (58), Newton (49), West End (49), Church End (42), North End (36), New Town (32), Upton (32), Milton (31), East End (28) and Norton (27).

Carol Owen, Ordnance Survey Maps, Southampton.

QUESTION: What does the 'd' in D-Day stand for?

THE name 'la Deliverance' over the gate of the war cemetery at Douvres cannot be allowed to constitute an argument for the 'd' in D-day standing for 'deliverance' as suggested. When my regiment was located a few miles from Douvres, military reports and official maps referred to its correct full name Douvres la Deliverance. Douvres is an abbreviation.

LS00022258

Jack Preson, Croydon, Surrey.
QUESTIONS

Q: Daily Mail racing columnist Peter Scudamore chose a Beatles song among his Desert Island Discs selection. Are The Beatles the most selected artists on that programme?

Paul Marsh, Widnes, Wirral.

Q: Why 'foolscap' paper?

H. Deakin, Sheffield.

Q: When I apply for a new driving licence I have to be able to read a number plate whose figures are 79.4 millimetres high. How do I measure 79.4mm and who on earth decided on or measures this height?

Mrs M.S. Malthouse,

Harrogate, Yorks.

GRAPHIC: Packing Levi's jeans, showing the fifth pocket

LS00022259

Exhibit D-9

LS00022215

Exhibit E

All about Levi Strauss & Co.

# World of Advertising

Vision

Biographies

General Information

History


World of Advertising

FAQ

LEVI STRAUSS & CO.'S Brand Advertising History

**1998**

The Levi's® brand launches an eye-catching "Who's Worn Levi's® Jeans" billboard campaign. The brand immediately follows-up with the in-your-face, cutting edge "Hard Jeans" campaign.

**1997**

"Doctors" and "Elevator Fantasy" spots for Levi's® Wide Leg Jeans are nominated for the first-ever Emmy Awards honoring advertising.

After several years of successful product-specific campaigns, Levi's® advertising once again celebrates the brand with the "They Go On" TV and print campaign. Directed by longtime Levi's® collaborator Tarsem, the TV campaign chronicles episodes in the lives of young people who live life on their own terms in Levi's® jeans and features real-life individualists like Lenny Kravitz and Quentin Crisp.

**1996**

Levi's® Wide Leg Jeans are introduced with two TV commercials — "Doctors" and "Elevator Fantasy" — employing offbeat humor and retro music.

Levi Strauss & Co. Introduces Slates® dress pants, a new line of better ready-to-wear dress pants for men, with an advertising campaign tagged, "These Are Those Pants." In less than a year Slates® dress pants become the category leader.

LS00017782

## 1995

Dockers® introduces the "Nice Pants" campaign launching the new, sexier flat front silhouette.

Levi's® "501® Reasons" campaign debuts, citing an endless list of reasons why Levi's® 501® jeans are an American icon.

Levi's® Europe "Drugstore" TV spot wins advertising awards in Berlin, London, Cannes and Milan. European consumers rate "Drugstore" the second best commercial from Levi's® this decade. They rank Levi's® "Taxi" TV spot, featuring a sexy cross-dresser, the best of the decade.

"Clayman," an animated tale of a winsome hero clad in Levi's® 501® jeans who rescues a beauty trapped in a burning building, is LS&CO.'s first global commercial. It runs in countries on all five continents.

## 1994

Levi's® Jeans for Women's "Woman Finding Love" and "Woman With A Purpose" spots win Cannes Bronze Lion Awards. "Woman With A Purpose" and "Woman Getting It Off Her Chest" TV spots for Levi's® Jeans for Women receive Silver Clio Awards. "Woman Finding Love" wins a Gold Clio Award. Advertising Age names Levi's® Jeans for Women's "Woman Breaking the Mold®" one of the most important commercials in the past 50 years.

## 1993

Adweek names "Skateboard/Rollerblade" (Levi's® Youthwear) one of 50 Best Spots of 1992.

"Procession" airs in several countries, featuring the ceremonial laying to rest of a man's Levi's® jeans after a New Orleans-style funeral procession.

Levi Strauss & Co. wins the "Advertiser of the Year" at the Cannes

LS0001783

Film Festival in recognition of its tradition of groundbreaking advertising.

## 1992

New 501® jeans campaign, "Got to be Real," is introduced. Filmed by "501® Blues" director Leslie Dektor, the campaign features young people sharing authentic, genuine feelings wearing authentic, genuine Levi's® 501® jeans. Advertising Age's Best of 1991 names "Woman Combing Hair" (for Levi's® Jeans for Women) and "The Bigger UR" (Levi's® Youthwear) finalists.

Levi's® Jeans for Women's "Women in Motion" campaign debuts using Matisse-inspired, abstract illustrations of women to demonstrate different fits.

Levi's® Loose™ jeans are launched with a TV campaign tagged "A Loose Interpretation of the Original." Well-known fashion photographer Herb Ritts directs spots that showcase the product's comfort and ease of movement. In one year, Levi's® Loose™ jeans become a major part of the product line.

European "Swimmer" TV spot receives Cannes Silver Lion Award and Eurobest Advertising's Gold Medal Award.

## 1991

The introduction of Levi Strauss & Co.'s "No One Does Color Like Dockers®" campaign marks a departure in the Dockers® brand creative strategy, highlighting the fashion aspects of the brand. "Colors" campaign is the only advertising campaign to receive four stars from Advertising Age in 1992.

Advertising Age's -- Best of 1990 for Spike Lee directed "Max Drummer" commercial.

"Should I Stay Or Should I Go" airs internationally, featuring a hustler who challenges a hero to a pants-gambling game of pool.

"Camera," featuring yet-to-be-discovered American actor Brad Pitt, airs in Europe and Latin America.

LS00017784

**1990**

"Levi's® 501® Button Fly Report," directed by filmmaker Spike Lee, documents real kids doing what they really do in their 501® jeans - like catching fly balls outside Wrigley Field in Chicago and setting up lighting for rock concerts.

Tagline: "Is your fly buttoned?"

**1989**

"501® USA" TV campaign - evolving from the five-year run of the "501® Blues" campaign — is launched. Set in different cities around the USA, the campaign takes 501® jeans from gritty, urban settings to rural America.

European ad "Pick Up" wins Gold Lion at Cannes.

**1988**

Levi's® European TV spot immortalizing American rockabilly legend Eddie Cochran wins Silver Lion at Cannes. European ad "Climate" wins Bronze Lion at Cannes.

**1987**

"Stand By Me" goes to number one on the charts in the U.K. after being featured in a European Levi's® TV spot.

**1986**

Clio Award winner, "Best Song" for "OOO Bop," (radio); 14 other spots from "501® Blues" campaign are finalists.

**1985**

Levi Strauss & Co. introduces Dockers® pants in the U.S. with a TV campaign using a distinctive "shakycam" film technique. TV advertising helps establish the brand as the most successful new product line in apparel history.

LS00017785

1/14/00 11:42 AM

International Film & TV Festival in New York awards three gold medals for "501® Blues" campaign.

Levi Strauss & Co. wins the Governor's Committee Media/Advertising Award from the New York State Office of Advocates for the Disabled for its positive portrayals of people with disabilities in "Motion Study" from the "501® Blues" campaign. The spot features a man racing his girlfriend in his wheelchair.

Levi's® "Launderette" commercial, featuring Marvin Gaye's classic song "Grapevine," airs in Europe boosting sales there by 800%. This spot - now a classic — is satirized twice the following year in advertising and comedy programming and the song becomes popular again. Winner of a Silver Lion at Cannes.

## 1984

Levi Strauss & Co. launches the legendary "Levi's® 501® Blues" campaign - then its largest-ever advertising effort -- to introduce the company's flagship product to a new generation of consumers. The campaign includes newcomer Bruce Willis and singer Bobby McFerrin. A distant, unintrusive camera captures people acting natural and being themselves - it even captures "mistakes" on film and uses them, making the spots, and the product, even more accessible to consumers.

Clio Award to "501® Blues" campaign spot titled "Bluesman." Ten other executions from the campaign are finalists.

Ad featuring "Wonderful World," the Sam Cooke classic, airs in Europe. This spot depicts a man presumably getting ready for a Saturday night out on the town, with the final shot of the hero lowering himself into a bathtub in his shrink-to-fit Levi's® 501® jeans.

## 1982-83

First internationally produced advertising airs. "No Track" is a visual documentary about the source of Levi Strauss & Co.'s rivets. "Stitching" follows, featuring deep-sea fishing with gold thread and

LS00017786

"Russia" shows Levi's® jeans being smuggled through Eastern Europe.

In the U.S., "Travis" TV spot introduces Levi's® Jeans for Women and causes rampant speculation over the meaning of the commercial's final line, "Travis, You're a Year Too Late."

Clio Awards name "Cords," "Successfully Unimproved" and "Killer Whale" finalists.

1980

"Working Man" and "Engine" highlight American traditions, values and aspirations and weave them into the fabric of Levi's® jeans.

Taglines: "We still build the Levi's® jeans that helped build America" (Working Man); "Go ahead, chase a dream in Levi's® jeans" (Engine).

1980-81

"Working Man" is honored by Advertising Age's Annual TV Awards and International Broadcasting Awards.

Clio Awards grants a trophy for "Skysingers" radio spot.

1979

International Broadcasting Awards trophies to "Roundup," "Legend" and "Tex."

"Welder" and "Billy" build upon the legendary status of Levi's® jeans and highlight the product attribute of sturdiness. "Welder" stars then-unknown actor John Goodman. "Billy" employs the unexpected, as a dog in human voice describes the quality and toughness of the Levi's® jeans worn by his young master, Billy, who barks his approval of the product.

Tagline: "A legend does not come apart at the seams" (Billy).

International Film & TV Festival of New York awards a silver medal

LS00017787

to "Billy."

**1978**

International Broadcasting Awards names "Having a Fit" best in television and "Jogger" best in radio.

In Japan, the company introduces its "Heroes" campaign, featuring American icons James Dean, John Wayne and Marilyn Monroe.

**1977**

"Farmer" spot wins first place at American Advertising Federation awards and is named one of Advertising Age's "100 Best of the Year" for television.

Tagline: "We put a little blue jeans in everything we make" (Miner).

**1969**

Groundbreaking, "Miner," , "Brand Name," and , "Roundup," TV commercials employ rotoscope - a film technique in which live action shots are later hand-painted frame by frame — giving a surreal, dream-like appearance.

**1967**

Levi Strauss & Co. begins running its first television commercials. The Western heritage and legendary status of Levi's® jeans are shown in "Two Horse" and "Prospector." In the latter ad, a prospector ceremoniously buries an old pair of Levi's® jeans. These advertisements are whimsical, with a sense of humor, employing a unique way of letting people know the value of Levi's® jeans.

Tagline: "It's better to have had Levi's® and lost 'em than never to have had Levi's® at all" (Prospector).

**Prior to 1967**

Levi's® brand advertising started in the late 1800s with flyers; billboards and other print advertising followed.

LS00017788

1/14/00 11:42 AM

© 1997 Levi Strauss & Co.

LS00017789

1/14/00 11:42 AM

Exhibit F



Exhibit G



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *404,248* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *November 16, 1943*
*2nd* RENEWAL FOR A TERM OF *20* YEARS FROM  *November 16, 1983*
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
   *STRAUSS, LEVI & CO.*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H.  PHILLIPS
**Certifying Officer**

Registered Nov. 16, 1943

**Trade-Mark 404,248**

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Franisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application September 25, 1942, Serial No. 455,769



## STATEMENT

*To the Commissioner of Patents:*

Levis Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown on the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Castberg & Roemer, a firm composed of Thomas Castberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,030, as its attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
*Vice President.*

Exhibit H



438326

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

#### July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,139,254* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   *September 02, 1980*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
   *LEVI STRAUSS & CO.*
   *A DE CORP*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,139,254**

# United States Patent and Trademark Office

**Registered Sep. 2, 1980**

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif.  94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND SHORTS, in CLASS 25 (U.S. CL. 39).
    First use 1873; in commerce 1873.
    Owner of U.S. Reg. No. 404,248.

    Ser. No. 169,399. Filed May 8, 1978.

M. J. LEAHY, Primary Examiner



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office

OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202–3513

REGISTRATION NO: 1139254      SERIAL NO: 73169399      MAILING DATE: 08/06/2001
REGISTRATION DATE: 09/02/1980
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO.
CORRESPONDENCE ADDRESS:

SARAH R. FULLER
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE, CA   94608–1925

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308–9500

   PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

Exhibit I



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 06, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,794,649 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM   December 16, 2003

SAID RECORDS SHOW TITLE TO BE IN:
   LEVI STRAUSS & CO.
   A DELAWARE CORPORATION

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,794,649

Registered Dec. 16, 2003

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1873; IN COMMERCE 0-0-1873.

THE MARK CONSISTS OF A DOUBLE ARCUATE
DESIGN.

SER. NO. 78-142,765, FILED 7-10-2002.

GINNY ISAACSON, EXAMINING ATTORNEY

Exhibit J



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

April 06, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,791,156 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 09, 2003*

SAID RECORDS SHOW TITLE TO BE IN:
*LEVI STRAUSS & CO.*
*A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,791,156

Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORA-
TION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: PANTS, JEANS, SHORTS, SHIRTS, T-
SHIRTS, BLOUSES, SKIRTS AND JACKETS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.

OWNER OF U.S. REG. NOS. 1,041,846, 1,135,196,
AND 1,139,254.

THE LINING AND SHADING SHOWN IN THE
DRAWING ARE FEATURES OF THE MARK AND
NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF THE COMBINATION
OF A DOUBLE ARCUATE AND TAB DESIGN
SHOWN ON THE SHAPE OF A POCKET, AS INDI-
CATED BY A SOLID LINE.

SER. NO. 78-144,339, FILED 7-16-2002.

ELLEN B. AWRICH, EXAMINING ATTORNEY