# EXHIBIT I

Case 3:07-cv-03752-JSW   Document 123   Filed 08/15/2008   Page 1 of 6

IN THE UNITED STATES
PATENT OFFICE AND TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

Trademark: Arcuate Design

Reg. No: 1,139,254

Int. Class No.: 25

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA         )
                            )  ss:
CITY & COUNTY OF SAN FRANCISCO )

    Jean L. Fowler, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that Levi Strauss & Co., a corporation of the State of Delaware, having its principal place of business at 1155 Battery Street, San Francisco, California, 94111, owns the above identified registration issued September 2, 1980, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of registration or the date of publication under Section 12(c)(6) to the present, on or in connection with each of the following: pants, jackets, skirts and shorts which are stated in the registration; that such mark is still in use in interstate commerce; that such mark is still in use as evidenced by the attached specimen showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to the registrant's right to register the same or to keep the same on the register; that there is no

- 1 -

Y009

CONFIDENTIAL LS-A&F009387

proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

LEVI STRAUSS & CO.

By: _____
Jean L. Fowler

Its: Assistant Corporate Secretary

Date: January 2, 1986

CONFIDENTIAL    LS-A&F009388

**EXHIBIT J**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LOIS SPORTSWEAR, U.S.A. INC.,        :
                Plaintiff,           :
                                     :   # 82 Civ. 8326 (RWS)
        -against-                    :
                                     :
LEVI STRAUSS & COMPANY               :
                Defendants.          :
------------------------------------X
------------------------------------X
LEVI STRAUSS & COMPANY,              :   83 Civ. 4338 (RWS)
                Plaintiff,           :
                                         NOTICE OF APPEAL
        -against-                    :
                                     :
TEXTILES CONFECCIONES EUROPEAS, S.A.,:
                Defendant.           :
------------------------------------X
```

To Levi Strauss & Company and its Attorneys of Record:

PLEASE TAKE NOTICE that declaratory judgment plaintiff Lois Sportswear, U.S.A. Inc. ("Lois") and defendant Textiles y Confecciones Europeas, S.A. ("Textiles") hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of Final Judgment of the Honorable Robert W. Sweet, judge, filed November 4, 1985, dismissing the complaint filed by Lois in 82 Civ. 8326 and the counterclaims against Levi Strauss & Company ("Levi") in 83 Civ. 4338, granting judgment in favor or Levi on its counterclaims in 82 Civ. 8326 and on



its complaint in 83 Civ. 4338, granting an injunction in favor of Levi, and assessing costs and disbursements against Lois and Textiles.

Dated: New York, New York
       December 3, 1985

                              WHITMAN & RANSOM

                              By: _____
                                  Thomas G. Bailey, Jr.
                                  522 Fifth Avenue
                                  New York, New York  10036
                                  (212) 575-5800
                                  Attorneys for Declaratory
                                  Judgment Plaintiff Lois
                                  Sportswear USA, Inc. and
                                  Defendant Textiles y
                                  Confecciones Europeas S.A.

3695B

MILGRIM THOMAJAN JACOBS & LEE
405 LEXINGTON AVE
NY NY  10174

-2-