TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
gsgilchrist@townsend.com; glcincone@townsend.com;
rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 07-03752 JSW |
| Plaintiff/Counterdefendant, | **DECLARATION OF LYNN DOWNEY  IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant/Counterclaimant. | |
| | |
| ABERCROMBIE & FITCH TRADING CO., | **DATE:  September 26, 2008**<br>**TIME:   9:00 a.m.**<br>**COURTROOM:  2** |
| Defendant/Counterclaimant, | |
| v. | |
| LEVI STRAUSS & CO., | |
| Plaintiff/Counterdefendant. | |

1    I, LYNN DOWNEY, hereby declare:

2    1.    I am the Company Historian for Levi Strauss & Co. ("LS&CO."), the plaintiff in this

3    action.  I am submitting this declaration in connection with  LS&CO.'s lawsuit against Abercrombie &

4    Fitch Trading Co.

5    2.    I have been employed by LS&CO. as its Historian since 1989.  My duties in this

6    position include, among other things, conducting historical research; obtaining vintage clothing

7    originally manufactured by LS&CO.; and gathering, organizing, and preserving historical data in

8    LS&CO.'s archives concerning the history of LS&CO. and its products.  In my position as Historian, I

9    have access to or custody of LS&CO.'s regular and established business records, including historical

10    records.  If called as a witness in these proceedings, I could and would testify to the truth of all of the

11    matters set out in this Declaration, all of which are based upon my personal knowledge and upon the

12    regular and established business and historical records of LS&CO.

13    3.    As part of my job, I am familiar with LS&CO.'s distinctive Arcuate Stitching Design

14    Trademark ("Arcuate Trademark"), its history and use on LEVI'S® products over the years, and the

15    ways in which LS&CO. historically has made use of the trademark in its advertising and promotional

16    materials.

17    4.    Levi Strauss was born in Buttenheim, Bavaria in 1829.  In 1847, Mr. Strauss emigrated

18    to New York.  With the news of California's Gold Rush, Mr. Strauss traveled to San Francisco in 1853

19    and opened a dry goods wholesale warehouse servicing the small retailers of the West, originally

20    called Levi Strauss and then by 1863 called Levi Strauss & Co.  As early as 1873, Mr. Strauss began

21    producing garments incorporating his patented copper rivets.  He called these work pants "waist

22    overalls."  Today we commonly refer to these pants as jeans.  At that time, LS&CO.'s "waist overalls"

23    had one back pocket which displayed LS&CO.'s Arcuate Trademark.  In 1890, Mr. Strauss' business

24    was incorporated as Levi Strauss and Co., the plaintiff in this lawsuit.

25    5.    LS&CO. began manufacturing and selling garments displaying its Arcuate Trademark

26    in 1873.  This is confirmed by LS&CO.'s federal registrations for its Arcuate Trademark and by

27    numerous published newspaper accounts that are maintained in public libraries.  Due to the age and

28    fragility of these newspapers, they are not allowed to be photocopied.  The Arcuate Trademark has

1    been continuously used on LS&CO. garments ever since.

2        6.    By 1866, LS&CO. was so successful that Mr. Strauss expanded into larger facilities

3    located on Battery Street, near San Francisco's Market Street.

4        7.    In 1906, the San Francisco earthquake and fire destroyed LS&CO.'s headquarters and

5    factories, along with many of its business records.  Thus, some of the supporting documents showing

6    LS&CO.'s early use of the Arcuate Trademark between 1873 and 1906 have been lost.  Through its

7    efforts over the years, LS&CO. has located and obtained original LS&CO. garments from its early

8    history bearing the Arcuate Trademark.  These garments are preserved in LS&CO.'s archives.  The

9    oldest pair of jeans in the world is a pair of LEVI'S® jeans that we have dated to 1879.  These jeans

10   still bear visible traces of the Arcuate Trademark.  Attached as Exhibits A-1 through A-4 are true and

11   accurate photocopies illustrating the rear pocket portions of representative samples of garments from

12   early history, all of which display LS&CO.'s Arcuate Trademark:

13           Exh. A-1    =    waist overalls, ca. 1890.

14           Exh. A-2    =    waist overalls, ca. 1926.

15           Exh. A-3    =    waist overalls, ca. 1939

16           Exh. A-4    =    women's jeans, ca. 1943

17       8.    When the Arcuate Trademark was first applied to LEVI'S® jeans, it was sewn freehand

18   by operators using a single needle machine.  Although the LS&CO.'s workers were highly skilled,

19   they could not always produce a completely symmetrical design.  Exhibit B shows some of the

20   variations in the trademark as it was used over the years, including some designs that are

21   asymmetrical.

22       9.    At various times, LS&CO. has created product lines or sub-brands that trade on the

23   history and image of the LEVI'S® brand by replicating historical garments.  I frequently get calls from

24   LS&CO. designers and merchandisers, asking to see historical garments that they might use as

25   inspiration for new products.  One of these product lines is LEVI'S® Vintage Clothing.  A catalog for

26   the line is shown in Exhibit C.  Some LEVI'S® Vintage Clothing jeans use Arcuate designs that are

27   asymmetrical, because they were designed to look like the old, hand-sewn versions of the mark.

28       10.    During World War II, the War Production Board ordered LS&CO. to discontinue

stitching the Arcuate Trademark on garments in an effort to conserve raw materials, including thread, that were necessary to the war effort.  LS&CO. decided that rather than discontinue using its distinctive trademark, it would paint, rather than stitch, the Arcuate Trademark onto its garments.  LS&CO. even advertised the painted trademark on the pocket flashers of the garments.  This episode in the history of the Arcuate Trademark is described in Exhibit D.  During World War II business flasher cards were used in the normal course of business which displayed a simulated Arcuate Trademark and emphasized LS&CO.'s rights in the painted version of the mark.

11.  After the war ended, LS&CO. was allowed to resume stitching the trademark onto its products.  Since that time, LS&CO. has continued to stitch its Arcuate Trademark on its garments.

12.  Beginning at least as early as 1897 and continuing to the present, LS&CO. has advertised garments displaying its Arcuate Trademark.  Over the years, many of LS&CO.'s advertisements, point of sale materials, and catalogs have prominently featured the mark.  For example, these materials often show LEVI'S® jeans from the rear so that the Arcuate Trademark can be distinctly seen.  Attached as Exhibits E-1 through E-30 are true and accurate photocopies of the following printed advertisements, which are representative samples of advertisements that have been used by LS&CO. in the normal course of business:

| | | |
|---|---|---|
| Exh. E-1 | = | Spring and Summer Catalog, 1908 |
| Exh. E-2 | = | "X-RAY Marks the Spot," 1937 |
| Exh. E-3 | = | "They All Wear Levi's," 1938 |
| Exh. E-4 | = | "Levi Strauss Overalls," 1939 |
| Exh. E-5 | = | "When There's Work To Be Done, Wear Levi's," 1943 |
| Exh. E-6 | = | "Levi's Round-Up of Western Towns," 1943 |
| Exh. E-7 | = | "Food Fights for Freedom," 1944 |
| Exh. E-8 | = | "The Story of Levi's," 1948 |
| Exh. E-9 | = | "Levi's. . .The Real Thing," 1950s |
| Exh. E-10 | = | "For Rough Going. . ." 1951 |
| Exh. E-11 | = | "The West Grew Up In Levi's," 1955 |
| Exh. E-12 | = | "Right for School!" 1956 |
| Exh. E-13 | = | pocket flasher card, 1950s |

| | | |
|---|---|---|
| Exh. E-14 | = | "Rugged Pants for Rugged Guys," 1960 |
| Exh. E-15 | = | "Rugged As The Men Who Wear 'Em!", 1960 |
| Exh. E-16 | = | "Levi's Californians," 1961 |
| Exh. E-17 | = | "New Sportswear Idea With A Famous Name!", 1962 |
| Exh. E-18 | = | "Stretch Lady Levi's", 1964 |
| Exh. E-19 | = | "Levi's for Gals," 1968 |
| Exh. E-20 | = | "Saddleman Boot Jeans," 1970s |
| Exh. E-21 | = | photographs, 1970s |
| Exh. E-22 | = | pocket flasher card, 1978 |
| Exh. E-23 | = | "Levi's ESP Stretch Denim," 1980s |
| Exh. E-24 | = | "Quality never goes out of syle," 1980s |
| Exh. E-25 | = | The One. The Only.  Only Not So Blue," 1980s |
| Exh. E-26 | = | "The Jeans That Won the West Are Still Making History," 1982 |
| Exh. E-27 | = | "Levi's 505 Jeans.  No Ordinary Flight of Fashion,"  1983 |
| Exh. E-28 | = | "Levi's.  The Legend Lives On," 1983 |
| Exh. E-29 | = | Levi's History, 1984 |
| Exh. E-30 | = | pocket flasher card, 1987 |

13.     All of these advertisements prominently display the Arcuate Trademark.  In addition, many contain wording that calls attention to the Arcuate Trademark as a product identifier.  For example, Exhibit E-13 advises customers: "To help you identify Levi's quickly — we have adopted this characteristic pocket design, used by Levi's since 1873, as a Trade-Mark."  Other examples of advertising in which LS&CO. emphasized its trademarks include E-22 ("The colored tab and stitched pocket design on the pockets are registered trademarks and identify merchandise made only by Levi Strauss & Co.") and E-30 ("The colored Tab and stitched pocket design are registered trademarks to help you identify garments made only by Levi Strauss & Co.").  Many of the other historical advertisements and point of sale materials in LS&CO.'s archives emphasize the Arcuate Trademark in similar ways and focus consumers' attention on the mark as an identifier of genuine LEVI'S® garments made only by LS&CO.

14.     Throughout history the Arcuate Trademark has also been prominently displayed in

1  television advertisements.  The first television advertisement that featured the Arcuate Trademark was

2  shown at least as early as the 1970s.  A later TV advertisement called "Working Man" was shown in

3  the early 1980s.  The ad showed the Arcuate Trademark being stitched onto LEVI'S® jeans in

4  animation.  A still from that ad is shown in Exhibit F.

5      I declare under penalty of perjury under the laws of the United States that the foregoing is true

6  and correct.

7      Executed at San Francisco, California on this 14 day of August, 2008.

8

9

10  61450371 v2                                          Lynn Downey

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A-1



LS00016988

Exhibit A-2



LS00016990

Exhibit A-3



LS00016992

Exhibit A-4



LS00016995

Exhibit B



1893



1926



1922-1935



1937-1942



1943



1966-1971



Current



Current

Exhibit C

16877
TO
16899

GLOBAL VINTAGE

LS00016877-16899

# LEVI'S® VINTAGE CLOTHING IS BEING MADE WITH THE SAME UNSHRUNK XX DENIM FABRIC USED IN THE PAST. THE FABRIC, WITH ITS FAMOUS RED SELVAGE, IS WOVEN ON THE ORIGINAL NARROW LOOMS OF THE 1920's THAT ARE BEING USED ONLY FOR LEVI'S VINTAGE CLOTHING.

The first Levi's Jeans and Jackets were all made of the original unshrunk XX denim, loomed for decades for Levi Strauss & Co. exclusively. Jeans made from this denim always needed to be shrunk before they would fit. Thus, the denim soon became known as "Shrink-to-Fit".



The red line marking the edge of this narrow-loomed fabric is called the Selvage. It's an essential detail of the Levi's Jeans of those earlier decades when the denim was woven on 28" looms, and the jeans, for practical reasons, were cut on the selvage   -   thus creating the distinctive straight sideseam essential to the fit of authentic Levi's Jeans.

Over the years, the red selvage became a mark of distinction on the Levi's Jeans worn by generations of working men and by teenagers, who, in the 1950's, made the selvage fashionable - turning up the cuffs on their 501 Jeans.



IN UTILIZING THIS UNIQUE NARROW LOOM DENIM WITH ITS DISTINCTIVE RED SELVAGE, **LEVI'S® VINTAGE CLOTHING** BRINGS BACK A LONGTIME TRADITION

LS00016877





The capital 'E' LEVI'S wordmark was used up until 1971 when the Brand Logotype was changed to the small letters trademark : Levi's.

First introduced in 1936 and placed on the right back pocket of every pair of Levi's® Jeans, the famous red Tab Device® is one of the best known trademarks in the world.

The Levi's wordmark was originally woven on one side of the Tab, later in c1953 it was woven on the back side as well.

LS00016878

**MADE BEFORE THE 1970's, LEVI'S CAPITAL 'E' JEANS AND JACKETS ARE MUCH SOUGHT AFTER BY COLLECTORS WORLDWIDE.**



The famous Levi's Two Horse Brand Design® was introduced in 1886, and has

stood as a guarantee of the quality of Levi's® Jeans and Jackets ever since.

Originally printed on real leather, and replaced by leather-like material in 1955,

this label identifies genuine Levi's® Jeans and Jackets.



LS00016879

***vin.tage*** \\'vin-tij\\ of old, recognized, and enduring interest, importance or quality : classic, dating from the past.

LS00016880

It all started in

# California, 1853

when a man named Levi Strauss began making and selling riveted denim work pants.

## *"Those pants of Levi's"* is what

working men asked for in those early days...

the rest is history.

Those pants were the first jeans, designed

and worn expressly as work clothes until the

American teenager discovered them in the 1950's

and made them the symbol of rebellion.

FROM THE BEGINNING, LEVI'S JEANS HAVE
HAD A HISTORY THAT'S INTERWOVEN WITH
AMERICAN CULTURE. NEARLY 150 YEARS
LATER, THE LEGEND CONTINUES TO GROW
WORLDWIDE.

IN CELEBRATION OF THIS HERITAGE,

WE INTRODUCE

# LEVI'S® VINTAGE CLOTHING

LS00016881