

# LEVI'S ®

## VINTAGE CLOTHING

IN CELEBRATION OF THE UNIQUE
HERITAGE AND AUTHENTICITY
OF LEVI'S BLUE JEANS,
Levi Strauss & Co. introduces a

# LIMITED EDITION

of garments from
the 1940's, 50's and 60's.

LS00016882



'TWO HORSE BRAND
DESIGN' GENUINE
LEATHER LABEL

The famous Levi's Two Horse Brand Design Label was created in 1886, standing as a guarantee of the quality of Levi's Jeans and Jackets ever since. Originally printed on genuine leather which was replaced by leather-like material in 1955, this label identifies genuine Levi's® Jeans and Jackets.



FIRST INTRODUCED IN 1936

IN 1936 THE FAMOUS RED TAB WAS PUT ON THE RIGHT BACK POCKET FOR EASY IDENTIFICATION OF GENUINE LEVI'S JEANS. THE CAPITAL 'E' LEVI'S WORDMARK WAS REPLACED WITH THE SMALL 'e' TRADEMARK IN 1971.

---

**FROM THE BEGINNING, LEVI'S® JEANS HAVE HAD A HISTORY THAT'S INTERWOVEN WITH AMERICAN CULTURE. NEARLY 150 YEARS LATER, THE LEGEND CONTINUES TO GROW WORLDWIDE**

---

## 557 Type-3  1962



The Type-3 with its famous pointed pocket flap was the big hit of the sixties, it was the first jacket ever made using pre-shrunk XX denim fabric

## 551 ZXX PRE-SHRUNK





Through the popular demand of the time, the newly introduced copper zipper in the fly replaced the traditional workwear inspired buttons.

**1963**



This jacket quickly became an essential part of the cowboy's, teenager's and truck driver's wardrobe. Later known as the "Slim Fit Jacket," everyone liked its slim lines and the front seams that joined at the waistband.



The red line marking the edge of this narrow-loomed fabric is called the Selvage. It's an essential detail of the Levi's Jeans of those earlier decades when the denim was woven on 28" looms, and the jeans, for practical reasons, were cut on the selvage - thus creating the distinctive straight sideseam essential to the fit of authentic Levi's Jeans.

Over the years, the red selvage became a mark of distinction on the Levi's Jeans worn by generations of working men and by teenagers, who, in the 1950's, made the selvage fashionable - turning up the cuffs on their 501® Jeans.

### The XX DENIM

THE FIRST LEVI'S JEANS AND JACKETS WERE ALL MADE OF THE ORIGINAL UNSHRUNK XX DENIM, LOOMED FOR DECADES FOR LEVI STRAUSS & CO. EXCLUSIVELY. JEANS MADE FROM THIS DENIM ALWAYS NEEDED TO BE SHRUNK BEFORE THEY WOULD FIT - THEY SOON BECAME KNOWN AS SHRINK-TO-FIT® JEANS.
IN THE SIXTIES, PEOPLE WANTED THE CONVENIENCE AND STYLE OF DENIM GARMENTS THAT NO LONGER NEEDED SHRINKING. TO MEET THIS DEMAND, THOUGH STILL MADE OF THE TRADITIONAL XX DENIM, THE 551 ZXX AND TYPE-3 WERE OFFERED PRE-SHRUNK

LS00016883

**LEVI STRAUSS & CO.
SF.CAL.U.S.A.**



**The Famous**
# CONCEALED COPPER RIVETS
on Back Pockets

# 201 XX
### 1937 Model

# 501® XX
### 1963 Model



Originally known as Levi's Waist Overalls, this 201 XX Model dates back to 1937.



The notorious crotch rivet



### 1937 Model



The original Levi's zinc buttons introduced in 1873.

The famous concealed copper rivets on the back pockets.



TRADE MARK

'TWO HORSE BRAND DESIGN' LABEL 1936

PATENTED MAY 20 1874

'TWO HORSE BRAND DESIGN' LABEL 1963

As an updated development of the Type-1 Jacket, the Type-2 has the traditional features of its predecessor.

# 7205 Tailored Western Shirt
### 1950's







# 507 XX Type-2 1953

For the 507, a second breast pocket has been added, and the cinch replaced by adjustment tabs on both sides of the waistband. Still with the double-pleated front, this jacket was as famous for its comfort as it was for its functionality.



LS00016884



First made in the fifties, the Levi's Tailored Western Shirt soon became known as the 'SAWTOOTH' shirt — so called because of the jagged edge of the pocket flap design.

# THESE ARE HISTORICAL LEVI'S® GARMENTS



# LEVI'S ®
## VINTAGE CLOTHING



LEVI'S VINTAGE CLOTHING is a collection of historically significant denim garments being faithfully reproduced on VALENCIA STREET in SAN FRANCISCO, at LEVI STRAUSS & CO.'s oldest operating facility.

## SINCE 1873

# OUR CELEBRATED XX BLUE DENIM COPPER RIVETED OVERALLS

### have been before the public.

**506 XX Type-1**
**1936 Model**



The famous back cincher to adjust the waist

As predecessor to the Type-2 Jacket, the 506 featured only one breast pocket. This flap conceals the regular copper rivets, that can be found back at all stress points.

The copper rivet to reinforce stress point at the cuff

LS00016885

In celebration of the unique HERITAGE and AUTHENTICITY of Levi's® blue jeans, Levi Strauss & Co. introduces a

# LIMITED EDITION

of garments from the 1940's, 50's and 60's.



  

These are original details, dating back to as early as 1873, from historical Levi's products. Where possible, they have been reproduced with the same attention to detail as when originally made. In some cases the accurate reproduction of these historical details has been limited, due to the loss of the old methods of production.

  

**1**.The 'single stitched' Arcuate Design® on back pockets lasted until c.1942. **2**. The Two Horse Brand Design® leather label used up to 1955. **3**.The Crotch Rivet, removed c.1941. **4**.The leather like label replaced the leather in 1955. **5**.The Copper button, used since 1962. **6**.The original concealed copper rivets on back pockets. c.1936. **7**. The "flat" concealed rivets, removed forever c.1966. **8**. The original zinc button. **9**.The Western Wear label, from the 1950's.

  

LS00016886

# 7205. Tailored Western Shirt 1950's

First made in the fifties, and soon known as the "Sawtooth" - so called because of the jagged edge of the pocket flap design - this shirt with its tailored fit and stylized detailing perfectly reflected the western images of the times.



**FIRST INTRODUCED IN 1936**



IN 1936 THE FAMOUS RED TAB WAS PUT ON THE RIGHT BACK POCKET FOR EASY IDENTIFICATION OF GENUINE LEVI'S JEANS. THE CAPITAL 'E' LEVI'S WORDMARK WAS REPLACED WITH THE SMALL 'e' TRADEMARK IN 1971

## The *AUTHENTIC WESTERN TAILOR* Since 1850

EVER SINCE GOLD RUSH DAYS, COWBOYS HAVE DEPENDED ON LEVI'S® WESTERN WEAR.



Made of **indigo ringspun denim** as well as a variety of other fabrics, the Sawtooth shirt was featured in Levi's popular western wear catalog. The **western style,** the **pearlized buttons**, and the hard-wearing fabric combined to make the Sawtooth shirt **"tailored for the western man"** wherever he lived and worked.

LEVI'S® VINTAGE CLOTHING

LS00016887



TWO HORSE BRAND
DESIGN LABEL

# 557. Type-3 1962

With the introduction of the Type-3, Levi's® Jackets were brought down from the saddle and moved out onto the highway. This was the first jacket ever made using preshrunk XX denim fabric, and it quickly became an essential part of the cowboy's, teenager's and truck driver's wardrobe. Later, known as the "Slim Fit Jacket," everyone liked its slim lines and the front seams that joined at the waistband. This red Tab jacket with its famous pointed pocket flap was the big hit of the sixties.

**FIRST INTRODUCED IN 1936**

IN 1936 THE FAMOUS RED TAB WAS PUT ON THE RIGHT BACK POCKET FOR EASY IDENTIFICATION OF GENUINE LEVI'S JEANS. THE CAPITAL 'E' LEVI'S WORDMARK WAS REPLACED WITH THE SMALL 'e' TRADEMARK IN 1971

LEVI'S® VINTAGE CLOTHING

LS00016888

# 507. Type-2  1953



TWO HORSE BRAND
DESIGN LABEL

## Famous LEVI'S® WORK JACKET Model of the 1950's

**Along with LEVI'S® 501® JEANS, this denim jacket became an essential part of the uniform worn by American youth.**

FIRST INTRODUCED IN 1936

IN 1936 THE FAMOUS RED TAB WAS PUT ON THE RIGHT BACK POCKET FOR EASY IDENTIFICATION OF GENUINE LEVI'S JEANS.

THE CAPITAL 'E' LEVI'S WORD-MARK WAS REPLACED WITH THE SMALL 'e' TRADEMARK IN 1971.



**The Type-2 Jacket had the DOUBLE-PLEATED FRONT, the hard wearing SHRINK-TO-FIT® SELVAGE FABRIC, as well as the COPPER-RIVET REINFORCEMENT of its predecessor the Type-1.**

The capital 'E' Levi's wordmark was by this time woven on both sides of the famous red Tab. The Type-2 jacket also differed from the earlier style jacket in that the cinch back had been replaced by adjustment tabs on both sides of the waistband. A second breast pocket had also been added, and the leather Two Horse Brand Design® Label had become a leather-like label.

LEVI'S® VINTAGE CLOTHING

LS00016889

# 506. Type-1  1936 Model



**COPPER RIVETED**
**at Points of Strain**

LOOK AT A PHOTOGRAPH OF A COWBOY TAKEN SIXTY YEARS AGO, AND CHANCES ARE THAT HE'LL BE WEARING THIS VERY JACKET. INTRODUCED AS THE "RIDERS JACKET," AND LATER CALLED THE TYPE-1, THIS WAS THE FIRST JACKET LEVI STRAUSS & CO. PRODUCED IN XX HEAVYWEIGHT SHRINK-TO-FIT® DENIM. MADE FROM THE SAME NARROW LOOM, RED SELVAGE FABRIC AS LEVI'S HARDWEARING JEANS, THE TYPE-1 JACKET WAS DESIGNED FOR BOTH HARD WORK AND COMFORT.

There were copper rivets at all stress points - such as at the corners of the single breast pocket and at the top of the sleeve vents - and a cinch at the back adjusted the fit of the jacket.

The Two Horse Brand Design® Label inside the collar was made of genuine leather; the double pleated front made this an easy to wear practical jacket.

The Type-1 was the first jacket to feature the famous red Tab.



GENUINE LEATHER TWO HORSE
BRAND DESIGN LABEL

**FIRST INTRODUCED IN 1936**

IN 1936 THE FAMOUS RED TAB WAS PUT ON THE RIGHT BACK POCKET FOR EASY IDENTIFICATION OF GENUINE LEVI'S JEANS. THE CAPITAL 'E' LEVI'S WORDMARK WAS REPLACED WITH THE SMALL 'e' TRADEMARK IN 1971.



**LEVI'S® VINTAGE CLOTHING**

LS00016890

# 551 ZXX PRE-SHRUNK

## FIRST INTRODUCED IN 1963

Until the introduction of Levi's® 551 Jeans in 1963, Levi's XX denim had traditionally been a Shrink-to-Fit® fabric. Though still made of XX denim with the red selvage, 551 Jeans were made pre-shrunk.







TWO HORSE BRAND
DESIGN LABEL

The back pocket copper rivets were still concealed, and these pre-shrunk jeans sported the fashionable zip-fly. People wanted the convenience and style of pre-shrunk, zipper-fly jeans that were no longer just for work - 551 Jeans were the first to meet this demand. Legend has it that Levi's 551 Jeans were cut from a pattern made from a pair of washed 501 Jeans.
And so modern jeans were born.

WITH THIS GREAT
INNOVATION, YOU NO
LONGER NEEDED TO BUY YOUR JEANS
ONE SIZE TOO LARGE AND SHRINK THEM
TO FIT; NOW YOU COULD
**BUY YOUR EXACT SIZE**

### FIRST INTRODUCED IN 1936



IN 1936 THE FAMOUS RED TAB WAS PUT ON THE RIGHT BACK POCKET FOR EASY IDENTIFICATION OF GENUINE LEVI'S JEANS. THE CAPITAL 'E' LEVI'S WORDMARK WAS REPLACED WITH THE SMALL 'e' TRADEMARK IN 1971

# ORIGINAL PRE-SHRUNK BLUE JEANS

LEVI'S® VINTAGE CLOTHING

LS00016891

# 501® XX 1955 Model

## The ORIGINAL BLUE JEANS



TWO HORSE BRAND DESIGN LABEL



FIRST INTRODUCED
IN 1936

IN 1936 THE FAMOUS
RED TAB WAS PUT
ON THE RIGHT BACK
POCKET FOR EASY
IDENTIFICATION OF
GENUINE LEVI'S JEANS.
THE CAPITAL 'E' LEVI'S
WORDMARK WAS REPLACED
WITH THE SMALL 'e'
TRADEMARK IN 1971.

The jeans that Levi Strauss introduced in 1873 were heavy-duty, hard-wearing work pants worn by prospectors and, later, by cowboys. It was not until the 1950's that, adopted by Hollywood's screen rebels, this simple workwear was transformed into a symbol of American youth and rebellion. A pair of 501 Jeans, the cuffs turned up to bare a few inches of red selvage, said it all for an American kid. The XX denim always needed shrinking before the jeans fit - a practical necessity that became a ritual and a legend. For a miner, this meant wearing his new jeans into the nearest creek. For a kid of the fifties, it meant wearing them in the bathtub for that authentic Shrink-to-Fit® look.

LEVI'S® VINTAGE CLOTHING

LS00016892



The LEVI STRAUSS & CO. operating facility on
Valencia Street, San Francisco, California
U.S.A. Built in 1906.



LEVI'S® VINTAGE CLOTHING is a collection
of historically significant denim garments
being faithfully reproduced on Valencia Street
in San Francisco, at Levi Strauss & Co.'s
oldest operating facility.

LS00016893

Due to the authentic methods of production being used  -  they are sewn on the old
machines with fabric woven on the historic narrow-width looms of the 1920's  -  these
vintage editions are limited in number by necessity.







**CONFIDENTIAL**

LS00016894







CONFIDENTIAL

LS00016895







CONFIDENTIAL

LS00016896







**CONFIDENTIAL**

LS00016897




CONFIDENTIAL

LS00016898