# Exhibit D

# LEVI STRAUSS AND COMPANY
### INCORPORATED

NEW YORK
40 WORTH STREET

LOS ANGELES
754 S. LOS ANGELES STREET

S. E. CORNER BATTERY AND PINE STS.
SAN FRANCISCO, CALIF.

CABLE ADDRESS
"NIELHAS"
WESTERN UNION | CODES
BENTLEY'S |

FACTORY
SAN FRANCISCO

September 3, 1942

Mr. Oscar Groebl
Levi Strauss & Co.
New York, N. Y.

Dear Oscar:

The pressure of affairs during the past week has delayed the writing of this letter, and by now I have almost forgotten half the things I wanted to write about. However, I will start with the luncheon of last Friday, at which Mr. Elliott appeared altho Jack Doron could not make it.

A group of about 30 listened to Elliott's exposition of Limitation Order L 181 and OPA orders 208 and 207, and all were agreed that his presentation was very clear, as well as intelligent.

I had a few words on the side with him, being mainly a discussion of his frequent meetings with you, and tried to get him down to my home Saturday with Fred Pruter. His time could not be arranged to allow for social visits.

The special bulletins, particularly of Dept. "P", have no doubt indicated to you our actions on the recent orders. In case you have not already received one, we enclose a copy of our new price lists which shows reductions to allow for rollback. We will also send you shortly one of the new overalls "S"-501.

*Note* → These new overalls are already coming through the factory but we are about to add one feature in order to preserve the distinctive appearance of our garment; and that is the painted reproduction of the stitching on the back pockets. We expect to register this ingenious device if our Patent Attorneys will recommend it, and in some way or other our competitors will be informed so that this is a matter of record.

RELIABLE MERCHANDISE SINCE 1850

LS00022787

-2-

The manufacture of the new simplified overall has caused a considerable upset in the factory where quite a few operators who for years have occupied themselves on buckle straps, rivets, bar tacking, and scalloping are having quite a time readjusting themselves to jobs at which they are far less skillful.

The San Jose factory started right in with the new overall and is making progress altho the help is for the most part quite green. Incidentally, we received very prompt action from Merle Vincent's office on our application for 25 learners in the new plant.

Our boys' waist overalls and ladies Levi's will conform to the construction in the men's even tho this is not compulsory. We believe it best to be uniform on the entire line.

As to the notification to retailers required by MPR#208, we anticipate that Fred Pruter, who is out of town for a few days, will take care of this for his trade group. In the meantime we will no doubt hear further from the IAGM on this subject following their Bulletin No.151, which was received yesterday.

I do not believe there is any special comment necessary on the other orders except to reinforce the arguments made by Milton regarding the width of denims manufactured after October 31st. Granted that there will be savings to the mills in the weaving of the denim to a width of 36 to 38 inches, still there would be a net loss in savings if cutters up, such as we, are going to lose so much yardage as estimated by Milton. Perhaps you can work out some method by which we can in cooperation with the Cone Export Co. get an amendment or exception to this rule which would hit us very hard.

We are not yet able to figure the exact cost of the simplified overall, but there will be some savings to offset the rollback. On the other hand, our factory operations become more difficult every day as San Francisco is a boom town and the wages in our industry, higher than ever as they are, are much lower than what is obtainable in the many Defense industries in and around our community.

DEK MD                        Yours truly,

                              Dan

LS00022788

Exhibit E-1



1908 BROCHURE

LS00017357



Exhibit E-2



**X-RAY MARKS THE SPOT**

(1937) **NOW** wear hard-wearing LEVI'S everywhere

The new, patented, concealed rivets on back pockets just won't scratch chairs, auto seats, or saddle leather. Let us fit you out today with genuine 1937 rip-proof, scratch-proof LEVI'S.

Watch for red tab on back pocket . . . It identifies the new

**PATENTED NON-SCRATCH LEVI'S**

*with concealed rivets on back pockets*

**ASK FOR LEVI'S RODEO SHIRTS**
For rodeos, fairs and general galivantin'.
In colors that are loud enough to echo.

Patronize your home-town merchant—he's your neighbor

LS00022795

Exhibit E-3



LS00022842
CONFIDENTIAL







LS00022845

Exhibit E-4



LS00022858

Exhibit E-5

when there's work to be done, wear **LEVI'S**

PATRONIZE YOUR HOME TOWN MERCHANT

LS00022861