

LS00022862

Exhibit E-6

Exhibit E-6



**PROVED IN THE SADDLE**



# LEVI'S

**AMERICA'S FINEST OVERALL · Since 1850**

For 100 years, these famous waist overalls, the original Western blue jeans, have been the cowboy's favorite. Today, as in 1850, men of action everywhere appreciate the snug, trim fit and the long wear they get from LEVI'S. For hard work or hard play, there's no better overall made. LEVI'S *fit*—cut snug for comfort—for free and easy movement. LEVI'S are *tough*—made of the heaviest denim loomed, copper riveted at all points of strain, and stitched to stay. *Only* LEVI'S have patented concealed copper rivets on back pockets to prevent scratches on saddles, furniture, auto seats. LEVI'S are guaranteed. *A new pair free if they rip.*

**LEVI STRAUSS & CO.**
**98 BATTERY STREET · SAN FRANCISCO 6**
LOS ANGELES · DETROIT · NEW YORK

*The name "Levi's" is registered in the U. S. Patent Office and denotes only overalls made by Levi Strauss & Co.






**ALCATRAZ** · You've heard of the bird whose "bill can hold more than his belly can." Well, Alcatraz houses tougher birds today, but it was named for Pelicans, or Alcatraces, who lived on it first.

**ARROWHEAD SPRINGS** · A seven-acre patch of sage at this spot grows in the shape of an arrowhead. Early settlers called it the Ace of Spades.

**CALISTOGA** · Pioneer Sam Brannan coined the word because he thought this spot combined the best features of California and Saratoga, New York.

**LAKE TAHOE** · We have Mark Twain's word for this one. In his "Innocents Abroad" he says the word means "grasshopper soup."

**LODI** · We won't take sides on this one. Some say it is named after Lodi, Italy, where Napoleon defeated the Austrians. Others say it's named for the great race horse, Lodi.

**LOS ANGELES** · or the city where the Angels dwell —to everybody but San Franciscans!

**MARE ISLAND** · First settler here was a white mare, General Vallejo's favorite steed, which fell from a crude barge and scrambled ashore.

**MODESTO** · When financier William C. Ralston modestly declined to have this town named in his honor, a Spaniard exclaimed, "El Senor es muy modesto." Mark Hopkins seized on the last word and said, "That's a good name. We'll call it Modesto."

**SAN FRANCISCO** · It's the city of St. Francis of Assisi and the home of Levi's since 1850!

**YOSEMITE** · Named from two Awani (Ahwahnee) Indian words, "Yo" and "Semite," meaning Grizzly Bear.

LS00022800



**WHAT'S IN A NAME?**

There's color, interest and many a chuckle in the names given to some of our Western towns. We get a kick out of them because in 1850, when we started making Western overalls, many of the cities of today were little more than watering places, and others were still undreamed of. Because we think you'll enjoy them also, we pass along our Round-Up of Western Towns.



**AJO** • Maybe the Spanish settlers held their tongues in their cheeks as they named this town Ajo (Spanish for garlic) after a plant grown there that tastes like garlic.

**CASCABEL** • There were plenty of "snakes in the grass" when this town was named. It's Spanish for the rattle of a rattlesnake!

**GLOBE** • How'd you like to find a globe of silver nine inches in diameter? An early prospector did. It was worth $12,000, and led to the discovery of the famous Globe Mine.

**HASSAYAMPA** • Should be the home of the Liars' Club! A person who drinks the waters of the Hassayampa River is supposed never again to tell the truth!

**PHOENIX** • You've heard of the legendary Phoenix bird that burned itself, then rose again from ashes. Settlers named this spot after that mythical bird, predicting a beautiful city would rise from the ruins of an earlier civilization.

**TACNA** • Maybe he was afraid of the dark, but anyway an early padre here kept a light burning in his hut night and day. So the native Papago Indians called the town Tacna, meaning "bright spot."

**TOMBSTONE** • Prospector Ed Schieffelin was warned that all he'd find in this area would be his tombstone. He promptly made a mining fortune and named his mine Tombstone to haunt the gloomy prophets.

**LEVI'S** • It so happened that when young Levi Strauss came West in 1850 to pan gold, he brought along a bundle of tough fabrics. When he heard a miner complain that his pants didn't wear worth a hoot in the diggins, Strauss hit upon the idea of having his fabric made into pants. Before long everyone knew about "those pants of Levi's." Though more than 49 million pairs have been sold since that day, the world has called them by that familiar first name ... "Levi's."

**PATRONIZE YOUR HOME TOWN MERCHANT... HE'S YOUR NEIGHBOR!**

CONFIDENTIAL

LS00022801



MONTANA 1943

**ANACONDA** • Marcus Daly, founder of Montana's copper industry, selected this name because the nearby smelters swallowed up ore like a giant serpent swallows its prey. In laying out the townsite, Marcus pointed out a spot to his engineers and said, "Main Street will run due North and South—right through that cow!"

**HELENA** • They put the accent on "Hell"—and believe us, the boys here in olden days sure could raise it!

**MISSOULA** • A Salish Indian word for "Chilling waters." And more than once the Salish got "chilled" by the Blackfeet Indians who lay in ambush here.

**ROUNDUP** • Means just what it says—a place where cattle were rounded up for market. An Eastern visitor described this as a place where "every prairie dog house is a gold mine; every hill a mountain; every creek a river; and everybody you meet is a liar."

**THREE FORKS** • Named by Lewis & Clark for the three forks of the Missouri River—"Jefferson," "Madison," and "Gallatin." Here Sacajawea, pretty Indian guide for Lewis and Clark, rejoined her people, the Shoshone Indians.



NEVADA 1943

**CARSON CITY** • Named for Indian scout Christopher Carson—better known as Kit Carson.

**ELKO** • No, an Elko isn't a baby Elk, but an Indian word meaning "beautiful."



OREGON 7:45 PM 1943

of the long nails!"

**KENO** • Someone named a dog Keno (must have won him in a Keno game!) Everyone liked the old dog, Keno, and—well, you know the rest.

**OLENE** • The Lost River has its source and outlet just 15 miles apart but wanders, or drifts, 100 miles in between . . . and Olene means "place of drift."

**PORTLAND** • Two Easterners flipped a coin to see which one could name the new settlement here after his home town. The man from Maine won, and that's why this city isn't called Boston!

**SALEM** • It was "Chemeketa" to the Indians . . . "Salem" to the Methodist Missionaries. They both mean Place of Peace—but the Methodists won out!



TEXAS 3:30 A.M 1943

**CUERO** • Indians and Mexicans used to "pull leather" here—pull it right off of cattle which were hopelessly mired in the boggy banks of Cuero (Rawhide) Creek.

**DALLAS** • What happens to Vice Presidents? They have towns named after them! And lots more people know about Dallas, Texas, than ever heard of Polk's vice president, George Mifflin Dallas.

**HOUSTON** • Named for General Sam Houston whose 783 soldiers defeated twice as many Mexicans near here and made possible the establishment of the Republic of Texas.

chiefly because residents wanted a town-name unlike any other in the country.

**SEATTLE** • It seems Seattle is named after an Indian Chief who was so pleased about it that he never made war on the inhabitants. Maybe strategy like that would work in world wars. But who could like a name like Hitler?

**SPOKANE** • Don't say "Good Morning"; say "Hust Spokanee" (Good Sun). It means the same thing and is a lot more fun!

**WALLA WALLA** • If you think Walla Walla sounds odd, try calling it just "Walla." Isn't that worse? And besides, local inhabitants say they like the city so well they named it twice!



WYOMING 1943

**CASPER** • Nothing went right for Caspar W. Collins. He was outnumbered 24 to one in an Indian fight—and they didn't even spell his name right when they named the town after its hero.

**CHEYENNE** • When the Sioux Indians came across another tribe here and could not understand them the name "Sha-hi-yena," was used because it meant "people of different speech."

**CHUGWATER** • The story is that Indians here killed buffalo by driving them over a cliff. The buffalo made a chugging sound when they landed on the rocks below, so a nearby stream was called "the water at the place where the buffalo chug."

**TEN SLEEP** • Indians hereabouts figured time and distance by the number of times they had to sleep while going from one place to another. This spot was "ten sleeps" from Fort Laramie and the same distance from the Yellowstone area.

**PATRONIZE YOUR HOME TOWN MERCHANT...HE'S YOUR NEIGHBOR!**

CONFIDENTIAL        LS00022802



**WACO** • Something wrong here. The Great Spirit is said to have led the Waco Indians to this Valley, promising that so long as they drank from the springs here their people would flourish. Maybe they started drinking something else!

**DESERET** • If you think this means "Little Desert" you're wrong! It means "honey bee",—the well deserved symbol of Mormon industry.

**HELPER** • Extra or "helper" engines were put on trains at this point. Anyone who's ever travelled the road knows why!

**NEPHI** • Named for the patriarch, Nephi. Famed as the place where Brigham Young and Ute Indian Chief Walker made peace in 1854.

**TOOELE** • This is simplified spelling in reverse! It's from the simple Spanish word Tule which means water flags.



**HOQUIAM** • From an Indian word meaning "hungry for wood." And when you call it "Hokum"—smile!

**OKANOGAN** • To the Indians this means "gathering place," because they got together here for a yearly Potlatch, an Indian feast.

**PUYALLUP** • The town that wanted to be different! The name means "generous people" and was selected

---

**RAWHIDE** • So called because the ranchers thereabout used to cover their mail boxes with rawhide.

**TONOPAH** • To the Indians the name means "Little water"—but to Jim Buler, a prospector, it meant great wealth. Picking up a stone to throw at a stubborn burro, he noticed the stone was mineralized quartz. Result: one of the early West's fabulously rich mines.

**VIRGINIA CITY** • Before the town had a name, James Fennimore (called Old Virginny) spilled a drink in a saloon there. Not to waste it, he quickly said, "I christen this Virginia City."

**WINNEMUCCA** • Named for an Indian Chief who insisted in going around in one moccasin. (And that was some time before shoes were rationed!)



**PECOS** • Famed for Pecos Bill, legendary character who lassoed a tornado which bucked and tore around until the ground was completely bare and travellers had to mark their way with stakes.

**RATON** • Maybe the person who named this town meant the "desert rat" prospectors . . . maybe he just didn't like the inhabitants. Anyway, Raton is Spanish for Rat.

**SANTA FE** • Be glad this town doesn't go by its full name—"La Villa Real de la Santa Fe de San Francisco."

**TOHATCHI** • Yes, it means "scratch"—but not for fleas, please. It refers to the fact that water was so close to the surface you could almost scratch it up. (That reminds us . . . the concealed rivets on the back pockets of Levi's are *scratch proof*!)

**ZUNI PUEBLO** • This place and Tohatchi (scratch town) should really get together. Zuni means "people

---



**BOULDER** • It's a wonder this town lived. There were so many boulders in the ground that only turnips would grow; and the first turnip crop was entirely eaten by the first grasshopper crop!

**FAIRPLAY** • Miners who had been cheated out of their claims in another settlement decided this was to be a gentlemen's (only 5 aces allowed) town; called it Fairplay.

**GREELEY** • Horace Greeley said "Go West" to 50 families in 1869; and Greeley, Colorado, a cooperative farming enterprise, was the result.



**BOISE** • French Canadians who first camped here had travelled long through semi-arid regions. When they came near this spot someone exclaimed, "Le Bois" (The Forest).

**NAMPA** • An Indian Chief put his foot down to name this town! "Nam" means big and "Puh" means foot. The Chief's foot was 6" wide and 17" long!

**NEZPERCE** • Because an early settler didn't hear very well, he dubbed the town Nezperce (pierced nose) instead of Nezpresse (flattened nose)—and a tribe of Indians has been mis-named ever since.

**POCATELLO** • Named 'or a popular Indian who was something of a character. Dressed in a silk tophat and Prince Albert coat, he "supervised" the building of the railroad through this area.



LS00022803    CONFIDENTIAL

Exhibit E-7



Exhibit E-8



LS00022798

# how a man's first name became the best-known trademark* in blue jeans

**MOST AMERICANS** think of Trademarks as a fairly recent development, but their origin actually dates back to prehistoric times! Archaeologists delving into the ruins of a Greek settlement over four thousand years old found bowls and dishes bearing the marks of their makers — Trademarks undoubtedly stamped with the same pride and satisfaction with which today's manufacturer labels his products. A Trademark is not merely a gratification of the manufacturer's pride, however—but his guarantee that every product so marked comes up to the high standard of excellence he has pledged himself to maintain. Most of today's Trademarks have an interesting story behind them—none more interesting, we think, than that of LEVI'S, designating the long-wearing, easy-fitting blue denim jeans as well as other garments made by Levi Strauss & Co.



**YOUNG LEVI STRAUSS** was one of the countless thousands bitten by the "gold bug" in 1849. Armed with a bundle of tough fabrics to sell to tent-makers for a grubstake, Levi came West by ship and landed in the thronged port of San Francisco. Ashore, he learned that work pants for miners were far more in demand than tents, so his bundle of fabrics was quickly converted into tough, durable work pants.

**MINERS WERE SOON** singing the praises of "those pants of Levi's," which *really* stood up under the strains of prospecting. In fact, many an oldtime sourdough considered "Levi's overalls" as indispensable as pick, shovel and pan. Thus Levi Strauss, who came to California to dig for gold, struck it rich with a pair of pants instead!

Levi Strauss, and the company he founded, made many improvements in the original design of the pants. They standardized the color at a deep indigo blue, they reinforced strain points with copper rivets, they found a way to conceal the rivets on the back pockets to prevent scratches. But they never changed the original name given the pants by the early miners — LEVI'S Jeans — a name which has stuck through millions and millions of pairs.

**TODAY, OVER A CENTURY** after Levi Strauss made his first pair of jeans in San Francisco, people all over America still use his first name to order the finest waist overalls made. For today, the word LEVI'S is registered in the U.S. Patent Office, and denotes blue jeans and other garments made *only* by Levi Strauss & Co.

*Registered in the United States Patent Office No. 413,386 and No. 250,265.


LS00022799