Exhibit E-9



...the r

**LEVI'S**®

**AMERICA'S FINEST JEANS**

SINCE 1850

LS00022854

GO TO YOUR RODEO - AMERICA'S

# ...the real thing!



**O – AMERICA'S OWN EXCITING SPORT!**

LS00022855    CONFIDENTIAL

Exhibit E-10

# For rough goir



LE

**AMERICA'S**

LS00022873    CONFIDENTIAL

# 'ough going...



**LEVI'S** *

REG. U.S. PAT. OFF.

**AMERICA'S FINEST OVERALL**

SINCE 1850

LS00022874    CONFIDENTIAL



# PATRONIZE YOUR HOMETOWN MERCHANT—H

*The name LEVI'S is registered in the U. S. Patent Office and denotes overalls

LS00022875                    CONFIDENTIAL



**AMERICA'S FINEST OVERALL**

SINCE 1850

# HOMETOWN MERCHANT—HE'S YOUR NEIGHBOR

e U. S. Patent Office and denotes overalls made only by **LEVI STRAUSS & CO.**

LS00022876                    CONFIDENTIAL

Exhibit E-11



LS00046721