Exhibit E-12



LS00022881    CONFIDENTIAL




LS00022882

Exhibit E-13



1950'S POCKET FLASHER

LS00017364

Exhibit E-14

# RUGGED PANTS
# FOR
# RUGGED GUYS



LS00022887



**PRE-SHRUNK LEVI'S®**

America's Original Jeans Since 1850

PRINTED IN U.S.A.

LS00022888

Exhibit E-15





LS00022886    CONFIDENTIAL

Exhibit E-16

Spring 1961



### BOYS' PERMANENTLY FUSED DOUBLE KNEE JEANS

A sturdy, long-wearing jean, reinforced at all points of strain. Unconditional guarantee — the consumer must be satisfied. ESTER-X fortified denim, 87% more wear than ordinary denim. Exclusive with LEVI'S DOUBLE KNEE JEANS.

**WESTERN JEANS** — Sanforized — Vat Dyed — 100% Cotton

| | | | Approx. | Cost | Retail |
|---|---|---|---|---|---|
| 603 | Regular | Age 2 to 12 (Odd and Even) | 10 lbs./doz. | $1.86 | $2.98 |
| 603X | Regular | 14 & 16 only | 12 lbs./doz. | 2.14 | 3.50 |
| 604 | Slim | Age 2 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |
| 604X | Slim | 14 & 16 | 10 lbs./doz. | 2.14 | 3.50 |
| 605 | Husky | Waist 25 to 36 | 13 lbs./doz. | 2.18 | 3.50 |

**MATCHING WESTERN JACKETS** — Sanforized — Vat Dyed — 100% Cotton

| | | | Approx. | Cost | Retail |
|---|---|---|---|---|---|
| 607 | Vat Dye Blue | Age 4 to 12 (even sizes only) | 10 lbs./doz. | 1.86 | 2.98 |

**WOVEN STRIPE DENIM** — Double Knee Western Jeans — Sanforized — 100% Cotton

| | | | Approx. | Cost | Retail |
|---|---|---|---|---|---|
| | — COLOR GREY STRIPE — | | | | |
| 611 | Regular | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | $1.86 | $2.98 |
| 611X | Regular | 14 & 16 only | 12 lbs./doz. | 2.14 | 3.50 |
| 621 | Slim | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |
| 631 | Husky | Waist 25 to 36 | 13 lbs./doz. | 2.18 | 3.50 |
| | — COLOR OLIVE GREEN STRIPE — | | | | |
| 612 | Regular | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |
| 612X | Regular | 14 & 16 only | 12 lbs./doz. | 2.14 | 3.50 |
| 622 | Slim | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |
| | — COLOR BLUE STRIPE — | | | | |
| 614 | Regular | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |
| 614X | Regular | 14 & 16 only | 12 lbs./doz. | 2.14 | 3.50 |
| 624 | Slim | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |

**SOLID COLOR DENIM** — Double Knee Western Jeans — Sanforized — 100% Cotton

| | | | Approx. | Cost | Retail |
|---|---|---|---|---|---|
| | — COLOR GREY — | | | | |
| 618 | Regular | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | $1.86 | $2.98 |
| 618X | Regular | 14 & 16 only | 12 lbs./doz. | 2.14 | 3.50 |
| 628 | Slim | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |
| 638 | Husky | Waist 25 to 36 | 13 lbs./doz. | 2.18 | 3.50 |
| | — COLOR BROWN — | | | | |
| 617 | Regular | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |
| 617X | Regular | 14 & 16 only | 12 lbs./doz. | 2.14 | 3.50 |
| 627 | Slim | Age 4 to 12 (Odd and Even) | 10 lbs./doz. | 1.86 | 2.98 |





### LEVI'S CALIFORNIANS

Rugged, heavy weight dress-up jeans with the famous LEVI'S look. Trim masculine fit . . . Sanforized to stay that way! Copper rivets, arcuate back pocket design and familiar red tab.

**HEAVY WEIGHT PINCORD** — Sanforized — 100% cotton
A sturdy new cord which combines smart appearance with long wear and easy care.

| JEANS | | | Approx. | Cost | Retail |
|---|---|---|---|---|---|
| 911B | Sand | 30 to 42 waist | 16 lbs./doz. | $3.25 | $4.95 |
| 921B | Sand | 27, 28, 29 waist | 14 lbs./doz. | 3.04 | 4.95 |
| 931B | Sand | Age 4 to 12 (Odd and Even) | 12 lbs./doz. | 2.41 | 3.95 |
| 911K | Cactus | 30 to 42 waist | 16 lbs./doz. | 3.25 | 4.95 |
| 921K | Cactus | 27, 28, 29 waist | 14 lbs./doz. | 3.04 | 4.95 |
| 931K | Cactus | Age 4 to 12 (Odd and Even) | 12 lbs./doz. | 2.41 | 3.95 |
| JACKET | | | | | |
| 941B | Sand only | 32 to 46 | 18 lbs./doz. | 3.79 | 5.95 |

**HEAVY WEIGHT SATEEN** — Sanforized — 100% cotton
Traditional polished cotton, long wearing, lustrous surface, easy to care for.

| JEANS | | | | | |
|---|---|---|---|---|---|
| 910B | Sand | 30 to 42 waist | 16 lbs./doz. | $3.25 | $4.95 |
| 920B | Sand | 27, 28, 29 waist | 14 lbs./doz. | 3.04 | 4.95 |
| 930B | Sand | Age 4 to 12 (Odd and Even) | 12 lbs./doz. | 2.41 | 3.95 |
| JACKET | | | | | |
| 940B | Sand | 32 to 46 | 18 lbs./doz. | 3.79 | 5.95 |

### LEVI'S SLIM FIT JEANS

Cut to fit like century famous LEVI'S Jeans, these dress-up jeans are slim, masculine looking and long wearing.

**HEAVY WEIGHT WOVEN TWILL** — Sanforized — 100% cotton
Tough woven twill for long wear. Sanforized for permanent fit.

| JEANS | | | Approx. | Cost | Retail |
|---|---|---|---|---|---|
| 800 | Sand | 26 to 38 waist | 15 lbs./doz. | $2.63 | $3.98 |
| 805 | Black | 26 to 38 waist | 15 lbs./doz. | 2.63 | 3.98 |
| 806 | Blue | 26 to 38 waist | 15 lbs./doz | 2.63 | 3.98 |
| JACKET | | | | | |
| 840 | Sand only | 32 to 46 | 18 lbs./doz. | 3.79 | 5.95 |

LS00014568

Exhibit E-17



LS00022893



LS00022894

# New Sportswear Idea with a Famous Name!

LS00022895