Exhibit E-18



LS00017366

Exhibit E-19



LS00022896



CONFIDENTIAL
LS00022897



LS00022898

Exhibit E-20



LS00022906

Exhibit E-21



LS00022758



LS00022759



LS00022760



LS00022761



LS00022762



LS00022763

Exhibit E-22



1978 POCKET FLASHER

LS00017368