Exhibit E-23



LS00022915



LS00022916





QUALITY NEVER GOES OUT OF STYLE.®

LS00022917



SP *Stretch Denim*

OT FIT FOR JUNIORS



QUALITY NEVER GOES OUT OF STYLE.®

LS00022918

Exhibit E-24



LS00016052

Exhibit E-25



LS00022725
CONFIDENTIAL

# The one. The only. Only not-so-blue.

The Levi's 501 "Not-so-blue" jean.
The one-and-only original American jean in
street-wise, world-weathered shades.
Black. White. Gray. Grayer. Almost-blue. Bleached-out.
Indigo stripe. As well, of course,
as true-blue indigo. Classically constructed in
authentic Cone denim. The famous button fly.
Made to be worn. Shrinks down to fit
only one body. Yours. Not so blue. But in the mood.
Levi's and Cone. Legendary.

## Cone
### FABRIC OF LIFE

LS00022726
CONFIDENTIAL