Exhibit E-26

# THE JEANS THAT WON THE WEST ARE STILL MAKING HISTORY.



**F**or over a century, the only way a woman could get authentic 501™ Blue Jeans was to buy a pair made for men.

But now, for the first time since 1850, we've started making those same rugged shrink-to-fit jeans for women.

Same metal buttons on the fly.

you'll find that the jeans feel stiff, look dark, and are much bigger than the size indicated.

But trust what we tell you: after just three

washing softness, a good old pair of 501's™ is still as tough as nails. (Rumor has it that old 501's™ never really die. They just sort of "fade away.")



*LEVI'S® SHRINK-TO-FIT BUTTON FLY 501™ BLUE JEANS ARE FINALLY MADE TO FIT WOMEN!*



Same copper rivets on the front pockets and red Levi's tab on the back pocket. Nothing has changed but the fit. To fit you perfectly.

*PERHAPS THE STRANGEST JEANS EVER MADE BUT, OH, WHAT A FIT!*

What separates 501's™ from the jeans you're accustomed to wearing is our exclusive "XXX" all cotton denim. In the store,

washings, the length, waist, hips - everything - shrinks permanently to fit like no jeans you've ever worn. A few more washings, and the fabric "breaks in" to become softer, lighter in color, and extraordinarily comfortable.

*THE OLDER THEY GET THE BETTER THEY LOOK*

In many parts of the world, a washed-down and broken-in pair of 501™ jeans are more desirable than a brand new pair. Because, despite their after

Try a pair for yourself. After you've worn the very first blue jeans ever made, you may find every thing else running a distant second.

*LOOK FOR 501's™ IN THE JUNIOR DEPARTMENT.*



*FOR STORES CARRYING 501's CALL (800) 858-4444. IN TEXAS, HAWAII AND ALASKA CALL COLLECT (817) 666-3804.*



*SHRINKS ABOUT 10% IN WIDTH*

*SHRINKS ABOUT 10% IN HEIGHT*

1 BEFORE WASHING

2 AFTER THREE WASHES



YOUR WASHING MACHINE "TAILORS" THE 501™ TO HUG EVERY CURVE

**501**™

**Levi's** WOMENSWEAR

QUALITY NEVER GOES OUT OF STYLE®

the word "Levi's" is a registered trademark of Levi Strauss & Co. San Francisco, CA ©1982 Levi Strauss & Co

LS00002105

Exhibit E-27



# LEVI'S 505™ JEANS. NO ORDINARY FLIGHT OF FASHION.

Call them a fashion classic, if you like.

Just simple, honest, 100% cotton jeans that never wear out their welcome.

Never? No, never.

Even that comfortable fit grows friendlier with every wearing.

Pre-shrunk, zipper fly, Levi's 505's. Timeless. Dependable. Uncomplicated.

Sometimes, don't you wish everything was a little more like that?

Available in Petites, Juniors, Misses & Women's Sizes.

**505**
**Levi's® WOMENSWEAR**

QUALITY NEVER GOES OUT OF STYLE.®

*Levi's Official Outfitter*

LS 500-3108
Page 4/C Bleed Ad
Consumer Magazines, 1983
Prepared by Foote, Cone & Belding/Honig-SF

LS00003565

Exhibit E-28



LS00024102

Exhibit E-29



LS00003559

Exhibit E-30



Exhibit F

