1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO., | Case No. C 07-03752 JSW |
|---|---|
| Plaintiff/Counterdefendant, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant/Counterclaimant. | |
| | |
| ABERCROMBIE & FITCH TRADING CO., | **DATE:** September 26, 2008<br>**TIME:**   9:00 a.m.<br>**COURTROOM: 2** |
| Defendant/Counterclaimant, | |
| v. | |
| LEVI STRAUSS & CO., | |
| Plaintiff/Counterdefendant. | |

Having considered the briefs and evidence submitted in connection with the motion of plaintiff Levi Strauss & Co. ("LS&CO.") for summary judgment and partial summary judgment, and having heard argument on the motion, the Court hereby finds as follows:

There is no genuine issue of material fact as to defendant Abercrombie & Fitch Trading Co.'s ("A&F") counterclaims or as to A&F's affirmative defenses of waiver (Amended Answer ¶ 51), estoppel (*id.* ¶ 52), laches and acquiescence (*id.* ¶ 53), consent (*id.* ¶ 54), unclean hands (*id.* ¶ 57), abandonment (*id.* ¶ 58), judicial estoppel (*id.* ¶ 59), and trademark misuse (*id.* ¶ 60), and LS&CO. is entitled to judgment as a matter of law on those counterclaims and defenses. Accordingly, IT IS HEREBY ORDERED that summary judgment be entered for LS&CO. and against A&F on A&F's counterclaims and the referenced affirmative defenses.

The Court finds further that there is no genuine issue of material fact as to whether LS&CO.'s Arcuate Stitching Design Trademark is famous within the meaning of the Lanham Act, 15 U.S.C. § 1125(c)(2)(A). Accordingly, IT IS HEREBY ORDERED that partial summary judgment be entered for LS&CO. and against A&F on LS&CO.'s third claim for relief, for federal dilution of a famous mark pursuant to 15 U.S.C. § 1125(c).

Dated: _____

Honorable Jeffrey S. White
United States District Judge

61466931 v1