United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING COMPANY,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | No. 07-03752 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE ABERCROMBIE AND FITCH TRADING COMPANY'S ADMINISTRATIVE MOTION TO SEAL** |

On August 15, 2008, Defendant/Counterclaimant Abercrombie & Fitch Trading Company ("A&F") filed an administrative motion to seal the Declaration of J. Michael Keyes, submitted in support of its motion for summary judgment. Plaintiff/Counter-Defendant Levi Strauss & Company has not opposed the motion. The matter is now ripe for consideration.

Northern District Civil Local Rule 79-5 provides, in pertinent part:

> No document may be filed under seal, *i.e.*, closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of a particular document, or portions thereof. A sealing order may issue only upon a request that establishes that the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law [hereinafter referred to as "sealable."] *The request must be narrowly tailored to seek sealing only of sealable material ....*

N.D. Civ. L.R. 79-5(a) (emphasis added).

1  A&F seeks to have the Keyes declaration sealed in its entirety. Based upon the Court's
2  review of this declaration, it is clear that at least some of the paragraphs contain information
3  that, on its face, does not appear to be confidential. *See, e.g.,* Keyes Decl. ¶¶ 1-6.
4  Accordingly, the Court DENIES WITHOUT PREJUDICE A&F's motion to seal. This
5  ruling is without prejudice to A&F submitting a renewed motion specifically identifying those
6  paragraphs and exhibits that contain confidential information and to filing in the public record a
7  redacted version of the declaration, omitting *only* that material which is confidential.
8  **IT IS SO ORDERED.**
9  Dated: August 21, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE