IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,

    Plaintiff,

    v.

ABERCROMBIE & FITCH TRADING COMPANY,

    Defendant.

AND RELATED COUNTERCLAIMS

                                               /

No. 07-03752 JSW

**ORDER DENYING WITHOUT PREJUDICE LEVI STRAUSS & CO.'S ADMINISTRATIVE MOTION TO SEAL**

On August 15, 2008, Plaintiff/Counter-Defendant Levi Strauss & Co. ("LS&CO") filed an administrative motion to seal the Declarations of Will Mitchell and Robert Hanson submitted in support of its motion for summary judgment. Defendant/Counterclaimant Abercrombie & Fitch Trading Co. has not opposed the motion. The matter is now ripe for consideration.

Northern District Civil Local Rule 79-5 provides, in pertinent part:

> No document may be filed under seal, *i.e.*, closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of a particular document, or portions thereof. A sealing order may issue only upon a request that establishes that the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law [hereinafter referred to as "sealable."] *The request must be narrowly tailored to seek sealing only of sealable material ....*

N.D. Civ. L.R. 79-5(a) (emphasis added).

LS&CO seeks to have the Mitchell and Hanson declarations sealed in their entirety. Based upon the Court's review of these declarations, it is clear that at least some of the

paragraphs contain information that, on its face, does not appear to be confidential. *See, e.g.,* Mitchell Decl. ¶ 1-3; Hanson Decl. ¶¶ 1-8.

Accordingly, the Court DENIES WITHOUT PREJUDICE LS&CO's motion to seal. This ruling is without prejudice to LS&CO submitting a renewed motion specifically identifying those paragraphs and exhibits that contain confidential information, and to filing in the public record redacted versions of the declarations, omitting *only* that material which is confidential.

**IT IS SO ORDERED.**

Dated: August 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE