1 | TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
2 | GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
3 | Two Embarcadero Center, 8th Floor
San Francisco, California 94111
4 | Telephone: (415) 576-0200
Facsimile: (415) 576-0300
5 | gsgilchrist@townsend.com; glcincone@townsend.com;
rpacheco@townsend.com
6 |
7 | Attorneys for Plaintiff
LEVI STRAUSS & CO.

8 |                UNITED STATES DISTRICT COURT

9 |               NORTHERN DISTRICT OF CALIFORNIA

10 |                 SAN FRANCISCO DIVISION

11 | LEVI STRAUSS & CO.,                    Case No. C 07-03752 JSW

12 |          Plaintiff/Counterdefendant,   **DOCUMENT UNDER SEAL**

13 |     v.                                 **DECLARATION OF WILL
                                            MITCHELL IN SUPPORT OF**
14 | ABERCROMBIE & FITCH TRADING CO.,       **PLAINTIFF'S MOTION FOR
                                            SUMMARY JUDGMENT ON**
15 |          Defendant/Counterclaimant.    **DEFENDANT'S COUNTERCLAIMS
                                            AND SELECTED AFFIRMATIVE**
16 |                                        **DEFENSES, AND FOR PARTIAL
                                            SUMMARY JUDGMENT ON**
17 |                                        **PLAINTIFF'S CLAIM OF
                                            TRADEMARK DILUTION**
18 |

19 |
20 | ABERCROMBIE & FITCH TRADING CO.,       **DATE:  September 26, 2008
                                            TIME:  9:00 a.m.**
21 |          Defendant/Counterclaimant,    **COURTROOM: 2**

22 |     v.

23 | LEVI STRAUSS & CO.,

24 |          Plaintiff/Counterdefendant.

25 |                     **REDACTED PUBLIC VERSION**

26 |

27 |

28 |

1    I, WILL MITCHELL, hereby declare:

2    1.    I am employed by Levi Strauss & Co. ("LS&CO."), the plaintiff in this action, as Vice

3    President, LEVI'S® brand Finance, United States.  I am submitting this declaration in connection with

4    LS&CO.'s lawsuit against Abercrombie & Fitch Trading Co.

5    2.    I have been employed by LS&CO. and have held my current position with LS&CO.

6    since December 2006.  Generally speaking, my responsibilities include overseeing strategic, financial,

7    and operational planning for the LEVI'S® brand in the United States and helping to ensure that the

8    company's financial statements are fair and accurate.  Over the course of my employment with

9    LS&CO. I have had, and continue to have, access to or custody of LS&CO.'s regular and established

10    business records.  If called as a witness in these proceedings, I could and would testify to the truth of

11    all of the matters set out in this Declaration, all of which are based upon my personal knowledge and

12    upon the regular and established business practices and records of LS&CO.

13    3.    LS&CO. has been manufacturing and selling garments displaying its distinctive

14    Arcuate Stitching Design Trademark ("Arcuate Trademark") for 135 years.  In the United States alone,

15    LS&CO. sold billions of products displaying the mark, for billions of dollars in sales.

16    4.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

17    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

18    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

19    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

20    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

21    ▬▬

22    5.    LS&CO. has been advertising garments displaying its Arcuate Trademark for over 100

23    years.  Over this period of time, in the United States alone, it spent billions of dollars advertising and

24    promoting products with the Arcuate Trademark.

25    6.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

26    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

27    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

28    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

1     I declare under penalty of perjury under the laws of the United States that the foregoing is true

2   and correct.

3     Executed at San Francisco, California on this 14 day of August, 2008.

4

5                                                                    Will Mitchell

6   61450487 v2

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

# Exhibit A

# Redacted