1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  gsgilchrist@townsend.com; glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                    Case No. C 07-03752 JSW

12              Plaintiff/Counterdefendant,   **DOCUMENT UNDER SEAL**

13         v.                              **DECLARATION OF ROBERT
                                           HANSON IN SUPPORT OF
14  ABERCROMBIE & FITCH TRADING CO.,       PLAINTIFF'S MOTION FOR
                                           SUMMARY JUDGMENT ON
15              Defendant/Counterclaimant.   DEFENDANT'S COUNTERCLAIMS
                                           AND SELECTED AFFIRMATIVE
16                                         DEFENSES, AND FOR PARTIAL
                                           SUMMARY JUDGMENT ON
17                                         PLAINTIFF'S CLAIM OF
                                           TRADEMARK DILUTION**
18

19  ABERCROMBIE & FITCH TRADING CO.,

20                                         **DATE: September 26, 2008
                                           TIME: 9:00 a.m.**
21              Defendant/Counterclaimant,   **COURTROOM: 2**

22         v.

23  LEVI STRAUSS & CO.,

24              Plaintiff/Counterdefendant.

25

26              **REDACTED PUBLIC VERSION**

27

28

1    I, ROBERT HANSON, hereby declare:

2        1.    I am employed by Levi Strauss & Co. ("LS&CO."), the plaintiff in this action, as

3    President of the LEVI'S® brand in the Americas. I am submitting this declaration in connection with

4    LS&CO.'s lawsuit against Abercrombie & Fitch Trading Co.

5        2.    I have held my current position with LS&CO. since 2001. Generally speaking, my

6    responsibilities include developing the company's strategic business plan, its operating and financial

7    plans, and leading the design, merchandising, marketing, retailing, business process, sales, planning

8    and financial teams for the LEVI'S® brand in the United States and throughout the Americas. I have

9    been employed by LS&CO. since 1988. Prior to my current position I was President of the LEVI'S®

10   brand for Levi Strauss Europe from 1998 to 2001. Before that, from 1992 to 1998, I was Vice

11   President of Marketing for the Dockers® brand in the Americas. I started at LS&CO. in 1988 in the

12   Youthwear Division, where I was promoted from assistant marketing manger through a series of

13   marketing management positions eventually to Marketing Director in 1992. In total, I have been

14   employed with LS&CO. for over 17 years, always in marketing and management, having

15   responsibility for marketing and operating one of LS&CO.'s key brands or divisions.

16       3.    Over the course of my employment with LS&CO. I have had, and continue to have,

17   access to or custody of LS&CO.'s regular and established business records. If called as a witness in

18   these proceedings, I could and would testify to the truth of all of the matters set out in this Declaration,

19   all of which are based upon my personal knowledge and upon the regular and established business

20   practices and records of LS&CO.

21       4.    Among LS&CO.'s most important assets are its trademarks. Many consumers are

22   loyal to the LEVI'S® brand, as identified and distinguished by LS&CO.'s trademarks. Three things

23   that describe brand loyalty are familiarity, positive associations, and differentiation. Consumers

24   associate the LEVI'S® brand with high quality, well made, and original garments. The most

25   important tools LS&CO. has to familiarize consumers with its products and set them apart from other

26   products are its trademarks.

27       5.    LS&CO.'s Arcuate Stitching Design Trademark ("Arcuate Trademark") is one of the

28   icons through which consumers familiarize themselves with LS&CO.'s products and assure

1    themselves that they have possession of genuine LEVI'S® garments. The company features the

2    Arcuate Trademark prominently, on its products and in its advertising, because the mark serves as one

3    of the most important and obvious differentiations between the LEVI'S® brand and all other brands of

4    jeans.

5          6.      The Arcuate Trademark is among the most visible brand identifiers on LEVI'S® jeans.

6    The location and size of the Arcuate Trademark on the rear of the pockets, and the use of contrasting

7    colors, allow consumers to identify LS&CO. as the source of jeans that display the trademark, both at

8    the point of sale and when they see the jeans being worn on the street.

9          7.      Jeans are typically displayed in retail stores in a manner that permits customer

10   inspection. Jeans are sometimes placed on hangers, over which they are hung with the rear pockets

11   displayed. Frequently, jeans are folded on tabletops in piles, again with the rear pockets exposed.

12   Due to the shape of the yoke and waistband, jeans are more easily and attractively folded so that the

13   back pockets are on the outside. At any reasonable distance, the Arcuate Trademark is clearly visible.

14   The product is also sometimes displayed on mannequins, both in the area of the store dedicated to

15   jeans and in storefronts. When product is displayed in that way it is often done without exterior

16   branding, so that the Arcuate Trademark is one of the only indicators shoppers have to identify the

17   product as a LEVI'S® garment.

18         8.      In a post-sale context, when people see LEVI'S® jeans being worn on the street, the

19   Arcuate Trademark is often the most visible identifier of the jeans that consumers rely on to identify

20   an authentic LEVI'S® jean. Because the trademark appears on the rear pocket, where people tend to

21   look at jeans, users of LS&CO.'s products act as walking advertisements for the LEVI'S® brand. This

22   "walking billboard" advertising is enormously valuable to LS&CO. -- which is why the company

23   devotes substantial resources to protecting it.

24         9.

25

26

27

28

1 [REDACTED]

2 [REDACTED]

3 [REDACTED]

4 [REDACTED]

5 [REDACTED]

6 [REDACTED]

7 [REDACTED]

8    10. [REDACTED]

9 [REDACTED]

10 [REDACTED]

11    11.    Due to the visual prominence of the Arcuate Trademark when the jeans are worn, the

12 trademark is typically emphasized in LS&CO.'s advertisement and point of sale materials, and is

13 featured prominently on the packaging and advertising of LEVI'S® products systematically to

14 reinforce the connection between the mark and the brand and its origins.  Unlike advertisements for

15 most other consumer products, where a frontal view of the product is featured, ads for LEVI'S® jeans

16 almost always feature a rear view, emphasizing the Arcuate Trademark.

17    12.    Attached as Exhibit C are true and accurate copies of representative samples of

18 LS&CO. print advertisements that prominently display the Arcuate Trademark.  These ads include

19 print ads, counter display materials, rounder displays, and other brand imagery intended to create

20 visibility for the LEVI'S® brand, which were distributed by LS&CO. to retailers and are typically

21 used by retailers at the point of sale.

22    13.    Many retailers of LS&CO. products also have recognized the power of the Arcuate

23 Trademark as a brand identifier, and have featured the trademark in their ads and weekly circulars.

24 Attached as Exhibit D are true and accurate photocopies of representative samples of print ads for

25 LEVI'S® jeans, all of which have been used by retailers, prominently displaying the Arcuate

26 Trademark.

27

28

14.     LS&CO. has placed print ads in a wide variety of magazines, including *Cosmopolitan*, *Entertainment Weekly, Elle, Glamour, Life and Style, People, Oprah, Self, Lucky, Marie Claire, Seventeen*, and *Vanity Fair*.

15.     The attached ads include posters (Exhibit E) which are produced and widely distributed to the public by LS&CO. as a way of promoting the LEVI'S® brand.

16.     Point of sale materials that identify the fit, finish and other features of LEVI'S® products also often rely on the Arcuate Trademark as a brand identifier.  The examples attached as Exhibit F display a "disembodied" Arcuate stitching pattern.  The Arcuate trademark also is used on product packaging, as exemplified in Exhibit G.

17.     Posters and point of sale materials typically are coordinated with national television and print campaigns that are underway, as well as outdoor and billboard advertising.  Again, the Arcuate Trademark often is featured prominently in ways that reinforce the trademark and its association with the LEVI'S® brand.  For example, Exhibit H features a three-quarters view of a man from the back, displaying LEVI'S® Type 1® jeans with the Arcuate Trademark.  This image was used in print ads and the model also appeared in national television ads.  Exhibit I features a billboard reflecting LS&CO.'s "Invisible Man" campaign, which included a television commercial in which male and female sets of clothes engaged in romantic activities with Marvin Gaye's "Let Get It On" playing in the background.  The Arcuate Trademark is the only brand identifier visible on the product.  These are by no means exhaustive examples, as virtually every ad campaign for the LEVI'S® brand includes imagery that calls out the Arcuate Trademark.

18.     From 1953 to the present, LS&CO.'s Arcuate Trademark has been displayed prominently in LS&CO.'s extensive national television advertising campaigns, including those on the following list.  Still shots from some of these ads are attached as Exhibit J.

Light, 1991
Far Away Large, 1991
Melting Pot, 1992
Music Wall, 1992
Nadeges Shorts, 1992
Sunny Beach, 1992
Red Stripes, 1993
Climbers, 1993
Oliver's Love, 1994
Shots in Nature, 1993

1    Oil Derrick, Jr., 1994
     Hip Hop Barbershop, 1994
2    Garage, 1994
     Eight Ball, Jr., 1994
3

4    19.    Each of the television advertisements listed above was aired in the year shown, on a

5    network or spot basis throughout the country during heavy viewing periods for the intended targeted

6    audiences.  Hundreds of millions of impressions are generally achieved with these advertisements.

7    20.    LS&CO.'s television advertising has run on Fox, ABC, NBC, UPN and WB as well as

8    cable channels including MTV, ESPN, Fox Sports, Comedy Central, The Discovery Channel, E!,

9    USA, TNT, TBS and many others.  LS&CO. ads have appeared during shows such as *The Apprentice,*

10   *The O.C., America's Next Top Model, Saturday Night Live, David Letterman, Jimmy Kimmel, Conan*

11   *O'Brien,* major league baseball championships, *The Simpsons, King of the Hill,* and *Bernie Mac.*

12   21.    LS&CO. also advertises on the Internet, including through its website and email.

13   LS&CO. is currently running promotional "viral" videos on YouTube in connection with the planned

14   relaunch of its flagship 501® jeans.

15   22.    Within the "cinema" category of advertising, LS&CO. places its products in movies

16   and television programs.  For example, LEVI'S® jeans were featured in the feature film *Sisterhood of*

17   *The Traveling Pants* (Exhibit K), and were worn by Shia LaBeouf in *Indiana Jones and the Kingdom*

18   *of the Crystal Skull* (Exhibit L).  This kind of advertising is particularly dependent upon recognition

19   by consumers of the Arcuate Trademark, as other branding on the jeans is not typically visible.

20   23.    LS&CO. also has an active product placement program, providing LEVI'S® products

21   to celebrities and artists who, through their public appearances, may influence consumer purchases.

22   This type of promotion also depends upon consumers recognizing the Arcuate Trademark when the

23   products are worn.  For example, Janet Jackson has worn LEVI'S® jeans for years in public

24   appearances, including recently in popular music videos (Exhibit M), and the casts of the television

25   series *Roswell* and *Joey* also are seen wearing LEVI'S® products (Exhibit N).  When celebrities wear

26   our products, it helps the image and reputation of the LEVI'S® brand and increases the visibility and

27   popularity of the brand among consumers who watch these shows and know these celebrities.

28

1        24.    LEVI'S® jeans are sold through a wide variety of channels of distribution, and are

2   marketed to a wide range of consumers.  LEVI'S® products are sold to premium specialty and

3   department stores, moderate specialty and department stores and national chains.  These include

4   thousands of retail stores covering every channel of distribution except mass market retailers.  A few

5   examples of retail stores where LEVI'S® jeans are sold include Dr. Jays, Dr. Denim, Up Against The

6   Wall, Tilly's, Pac Sun, Urban Outfitters, American Rag and Fred Segal.  Department stores include

7   Macy's, J.C. Penney, Kohl's, Goody's, Mervyns, Sears, Barney's, Nordstorm, Dillards, Marshall

8   Fields, Hechts, and Rich's.  Of course, LEVI'S® jeans also are sold in LS&CO.'s own retail stores.

9   To match this wide distribution, LS&CO. offers a broad range of products, styles and fits, including

10  five-pocket basic jeans, fashion jeans, and premium jeans, sold at price points ranging from $29.99 to

11  $501.

12       25.    Virtually all LEVI'S® jeans bear the Arcuate Trademark, and the mark is also used on

13  other products including T-shirts and jackets (Exhibit O).  Overall, approximately 90-95% of

14  LEVI'S® brand products display the Arcuate Trademark.

15       26.    Many retailers, including LS&CO., also sell LEVI'S® jeans online.  LS&CO.'s

16  website features many images of the Arcuate Trademark.  (Exhibit P.)

17       27.    LS&CO.'s Arcuate Trademark is an important part of LS&CO.'s mission to maintain

18  the strength and global presence of the LEVI'S® brand.  The trademark represents and defines original

19  LEVI'S® jeans.  The mark is among the most important and obvious elements that allow consumers to

20  tell LEVI'S® jeans apart from all other brands of jeans.

21

22

23

24

25

26

27

28

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true

2    and correct.

3    Executed at San Francisco, California on this 14 day of August, 2008.

4

5    _Robert L Hanson_
      Robert Hanson

6    61452186 v1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A



LS00046621



LS00046622



LS00046623





LS00046624



LS00046625





LS00046627



LS00046628

Exhibit B

# Exhibit B

# Redacted

Exhibit C







LS00013200







# Who's got the best fitting jeans in these parts?



Levi's 505® preshrunk, zipper-fly jeans feel comfortable right down to your toe parts, thanks to a fit that's trim, but never tight.

**Levi's Super**
Straight jeans are cut for a snug fit that flatters every part of your figure. (A small white patch neatly indicates just one of those parts.) But please note, no matter what fit you favor, you'll find it in great fitting Levi's jeans.

## Levi's Jeans cut for women

**Levi's**

QUALITY NEVER GOES OUT OF STYLE®

Ad No. LS 500P05107
LEVI STRAUSS & CO. - Womenswear
Page 4/c bleed ad
Prepared by FOOTE, CONE & BELDING
San Francisco
***
AD/Fedor, CW/Price

LS00003526





QUALITY NEVER GOES OUT OF STYLE®

LS00003703



Your Store Name Here

LS00022466



*Levi's like no other Levi's jeans.*
*Slim cut, extra heavyweight denim, incredibly*
*soft, with special attention to detail.*

LEVI'S®
SPECIAL
RESERVE™

LS00013196