







LS00003598



Ad No. LS200-4103
LEVI STRAUSS & CO. - Jeanswear Division

LS00003530



