Exhibit D

# Update Your Spring Wardrobe Now!











## Spring 2003

Order Anytime
1-800-835-4004
www.sheplers.com

# SHEPLERS
THE WORLD'S LARGEST WESTERN STORES & CATALOG®

LS00022125

# Great Jean Choices From Levi's® Classic 517®, Boot-Cut Rigid & Rinsed



**517® BOOT-CUT JEANS**
- Traditional 5-pocket styling
- Zipper fly
- Machine wash
- U.S.A. made & imported

**D. Rinsed Indigo and Prewashed Jeans.** Narrow seat and thigh. Made of 100% cotton denim.

| Inseam \ Waist | 30 | 31 | 32 | 33 | 34 | 36 | 38 | 40 |
|---|---|---|---|---|---|---|---|---|
| 30 | • | • | • | • | • | • | • | • |
| 32 | • | • | • | • | • | • | • | • |
| 34 | • | • | • | • | • | • | • | • |
| 36 |   | • | • | • | • |   |   |   |

#S3-010-517D  Rinsed indigo . . . . . $29.99
#S3-010-617D  Prewashed . . . . . $34.99

**Rigid Boot-Cut Jeans.** Narrow seat and thigh. Made of 100% cotton denim.

| Inseam \ Waist | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 38 | 40 | 42 | 44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 |   |   |   | • | • | • | • |   |   |   |   |   |
| 30 | • | • | • | • | • | • | • | • | • | • | • |   |
| 32 | • | • | • | • | • | • | • | • | • | • | • | • |
| 34 | • | • | • | • | • | • | • | • | • | • | • | • |
| 36 | • | • | • | • | • | • | • | • | • | • | • |   |

#S3-010-017D . . . . . . . . . . . $28.99

**Heavyweight ESP® Stretch Jeans.** Made of cotton/polyester denim.

| Inseam \ Waist | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 38 | 40 | 42 |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | • | • | • | • | • | • | • | • | • | • |
| 31 |   |   |   |   | • |   | • |   | • |   |
| 32 | • | • | • | • | • | • | • | • | • | • |
| 34 | • | • | • | • | • | • | • | • | • | • |
| 36 |   |   | • | • | • | • | • |   |   |   |

#S3-010-335D . . . . . . . . . . . $34.99

**As Low As $28.99**

*Prewashed*

*Rinsed Indigo*

# Here's Your Levi's®



**505® Zipper Fly Jeans**

- A C1 BLACK OUT
- A 06 STONEWASH
- A 88 INDIGO



**550™ Relaxed Jeans**

- B B6 STAINLESS
- B 88 INDIGO
- B 06 STONEWASH
- B C1 BLACK OUT
- B B7 DESERT KHAKI

**Levi's®**

12    1-800-835-4004





Case 3:07-cv-03752-JSW   Document 146   Filed 08/25/2008   Page 7 of 11

WASHINGTON — Rep. Matthew J. Rinaldo, R-Union, said yesterday he is sponsoring legislation he said is adding billions to the costs of business and the prices consumers must pay.

New federal regulations on the environment, child care, disabilities, occupational safety, pension benefits, taxes and census data are expected to add to government regulations that could cost the economy several billion dollars more a year, the representative said.

The representative's bill would renew the Paperwork Reduction Act, which expired in 1989. Before the act expired, it had reduced the time that business spends filling out government forms by almost 600 million hours each year, Rinaldo said.



## Columbus Day Sale
### Thur. - Mon.
### 10/10/91 - 10/14/91

**Levi's**

**$19.99**

Sizes 30-42



**LEVI'S (STONE WASHED)**

**506 jeans**

— SNUG SEAT —
— FULL THIGH —
— STRAIGHT LEG —

With This Coupon
Expires 10/14/91

**HOURS:**
Daily 9:30-6:00 P.M.
Thurs. & Fri. 'til 9:00 P.M.
(CORNER CHESTNUT ST.)
(PARKWAY EXIT 137)

## GRANDVIEW FASHION CENTER
MENS, STUDENTS, JUNIORS, AND MISSY

**7-11 E. Westfield Ave., Roselle Park**
**245-8448**
MUNICIPAL PARKING IN REAR

VISA  MasterCard  AMERICAN EXPRESS

---



**REALISTIC®**
### CB for Driving Safety and Convenience

**Cut 29%** **49.95** Reg. 69.95
Low As $15 Per Month★

- Never Drive "Alone" Again
- Compact  #21-1509

 

**REALISTIC**
### Step-Saving Wireless FM Intercom System

**Cut 25%** **29.95** PAIR
Reg. 39.95

- Just Plug In And Talk
- No Wiring
#43-207

**MEMOREX**
### Portable Color TV/Monitor

**Cut $50**

9"

**249.95** Reg. 299.95
Low As $15 Per Month★

- Runs on AC or Car
- Ideal for Van, RV or
#16-244

**MICRONTA**
### 5-Language Translator & World Clock

**Cut 20%**

**39.95** Reg. 49.95

- Translates 4000 Most-Useful Words
- English, Spanish, Italian, French and German  #63-683



Check Your Phone Book for

★ Radio Shack ValuePlus® Revolving Credit. Payment May Vary Depending Upon Your Purchases.

PRICES APPLY



LS00015410

DAILY JOURNAL, THURSDAY OCTOBER 10, 1991

# mervyn's California

ALL ATHLETIC SHOES ARE ON SALE.

## 59.99
**NEW! NIKE® 'AIR SLANT'**
Women's & men's crosstrainers, reg. $75

## 69.99
**NEW! NEW BALANCE® '801'**
Men's & women's running shoes, reg. $85

new balance

entire stock SALE

LS00024169

**29⁹⁹ each**

Levi's® Red Tab™ stonewash jeans
Choose from 505® regular-fit, 550™ relaxed-fit or 560™ loose-fit styles. 100% cotton. Waists 32-42.



505® regular-fit

550™ relaxed-fit

560™ loose-fit

## entire stock

**24⁹⁹**
NEW!
Levi's® 550™ denim shorts
100% cotton.
Waists 30-38.



**28⁹⁹ each**
Levi's® classic denim shirts
100% cotton.
Sizes S-XL.



**31⁹⁹**
Levi's® 501® Red Tab™ rinsed jeans
100% cotton.
Waists 32-42



34

Sunday, Dec. 12, 1982 — Beaumont Enterprise & Journal

# GUN RUNNER
**5925 Phelan • Beaumont • 832-9981**

PRICES GOOD THRU DEC. 24TH

## Levi's

### MENS
|  | Reg. | SALE | WITH SHIRT PURCHASE |
|---|---|---|---|
| Saddlemen Boot Jean | 21.00 | 13.99 | 9.99 |
| Denim Straight Leg | 21.00 | 13.99 | 9.99 |
| Shrink-To-Fit #501 | 20.95 | 16.99 | 12.99 |
| Saddle Cut | 22.00 | 16.99 | 12.99 |

### BOYS
| | Reg. | SALE |
|---|---|---|
| Hardwear-Double Knee 4-7 | 12.00 | 8.99 |
| Hardwear 8-14 | 12.95 | 9.99 |
| Saddleman Boot | 15.99 | 11.99 |

### GIRLS
| | Reg. | SALE |
|---|---|---|
| Teens Prewash | 24.00 | 14.99 |

### STUDENTS
| | Reg. | SALE |
|---|---|---|
| Shrink-To-Fit No. 701 | 19.95 | 13.99 |
| Saddleman Boot | 18.50 | 12.99 |

---

**TV SPECIAL**

On Sale Thru Jan. 1, '83



Motorvator 60
K mart Sale Price   52.88
Less K mart Mail-in Rebate   -5.00
Your Net Cost After Mail-in Rebate   **47.88**

"Our Best" maintenance free battery. Top- or side terminal styles, in sizes to fit many U.S. and foreign cars. Rebate limited to K mart's stipulation.

## K mart Antifreeze

**2 Gallons For $3.9**

After $2 Mail-in REBATE

K mart brand antifreeze, antiboil protection against radiator freezing in winter, overheating. Formulated to protect aluminum and all metals.



K mart Sale Price
Less Mail-in Rebate
Your Net Cost After K mart Rebate
Rebate limited to K mart's stipulation
Limit 2 gal. Per Customer

**3295 College in Beaumont**

---

WALLS **97** Plus F.E.T. 1.43 Each
Economy Price
All Tires Included
Points and Align
**69.**
• Replace upper or lower
• Align front end
• K care safety check
Chrysler products and cars with ball joint and control arm assembly
Additional parts or services extra
Foreign cars excluded

LS00015494

**WOMEN'S SHOE SALE**
See pages 36-43

# WINTER PREVIEW SALE

Prices in effect
until December 26, 1995

Order from this catalog and our
Spring & Summer '96 catalog is yours free!

**Shop Toll-Free 1-800-222-6161**

**JCPenney**®
CATALOG

LS00018626