



**A to C** Levi's® all-cotton denim jeans. Zipper fly. Machine wash, tumble dry. Made in USA or imported. (1.50 lbs.) From our Fall '95 Catalog, page 342.
Regular/Tall (5'8"-6'3½"): Waists 32, 33, 34, 36 with inseam 29. Waists 44, 46 with inseams 30, 32. Waists 30, 31, 32, 33, 34, 36 with inseams 30, 31, 32, 33, 34, 36. Waists 29, 38, 40, 42 with inseams 30, 32, 34.
Note: Rinsed black and white not available in waists 44 or 46 or inseams 29, 31 or 33.

**A** Levi's® 517® boot-cut jeans. Five-pocket styling in a traditional fit.
Note: Rinsed indigo not in waists 44 or 46.

| Color | Catalog No. | Was | sale |
|---|---|---|---|
| Rigid Indigo | F 523-3051 E | 24.99 | 21.99 |
| Rinsed Indigo | F 523-2269 E | 29.99 | 26.99 |
| Rinsed Black | F 523-4851 E | 29.99 | 26.99 |

**B** Levi's® 505® jeans. Regular, true-to-form fit, straight legs.

| Color | Catalog No. | Was | sale |
|---|---|---|---|
| Rigid Indigo | F 523-2228 E | 25.99 | 21.99 |
| Rinsed Indigo | F 523-7128 E | 29.99 | 25.99 |
| Rinsed Black | F 523-4810 E | 29.99 | 25.99 |
| White | F 523-0248 E | 36.99 | 32.99 |

**C** Levi's® 550™ jeans. Relaxed in the seat and thighs, tapering to the ankles.

| Color | Catalog No. | Was | sale |
|---|---|---|---|
| Rinsed Indigo | F 523-2061 E | 29.99 | 24.99 |
| Rinsed Black | F 523-4836 E | 29.99 | 24.99 |
| White | F 523-0255 E | 36.99 | 31.99 |

©1995 Levi Strauss & Co.

**D to G** Arizona Jean Co.® corduroy casuals. Machine wash, tumble dry. From our Fall '95 Catalog, page 334.

**D** 9-wale cotton corduroy vest. Button front. Imported. (0.50 lb.)
Colors: 07 cinnamon; 62 green beret; 17 honeycomb; 35 air force blue. See sizes below.
F 526-5830 D—Reg. ............. Was $19.99; sale 16.99
F 526-5848 D—Tall. ............. Was $19.99; sale 16.99
FA 526-5855 D—Big Reg./Tall ....... Was $25.99; sale 22.99

**E** Save $20 on the 16-wale cotton corduroy jacket. Contrasting collar. Full zip front. Two side pockets and one chest pocket with functional zipper. Button side tabs at waist. Multi-striped cotton sheeting lining. Imported. (2 lbs.)
Colors: 35 air force blue; 55 teak. See sizes below.
F 528-2223 D—Reg. ............. Was $60.00; sale 39.99
F 528-2231 D—Tall ............. Was $70.00; sale 49.99

**F** Save $12 on the 16-wale cotton corduroy shirt. Button-down collar. One chest pocket. Imported. (0.50 lb.)
Colors: 17 honeycomb; 05 bordeaux; 37 union blue; 76 charcoal; 27 emerald coast.
Regular (5'8"-5'11½"): state S(14-14½ neck), M(15-15½), L(16-16½), XL(17-17½), XXL(18-18½).
F 526-5806 D............. Was $32.00; sale 19.99
Tall (6'-6'3½"): state MT(15-15½ neck), LT(16-16½), XLT(17-17½), XXLT(18-18½).
F 526-5814 D............. Was $32.00; sale 19.99
Big Regular/Tall (5'8"-6'3½"): state 2XLT(18-18½ neck), 3XLT(19-19½), 4XLT(20-20½), 5XLT(21-21½).
FA 526-5822 D ............. Was $38.00; sale 25.99

**G** Save $5 on the 11-wale corduroy jeans. Ample room in seat and thigh for a loose, comfortable fit. Five-pocket styling. Zipper fly. Cotton-and-polyester. Made in U.S.A. or assembled in Mexico of U.S. fabric. (1 lb.)
Reg./Tall (5'8"-6'3½"): waists 28, 29, 40; inseams 30, 32. Waists 30, 31, 32, 33, 34, 36, 38; inseams 30, 32, 34.
F 523-3556 E—Indigo    F 523-4828 E—Green
F 523-4794 E—Brown    F 523-4802 E—Khaki
F 523-3580 E—Black
............. Was $29.99; sale 24.99

### Sizes for D & E
Regular (5'8"-5'11½"): state S(34-36 chest), M(38-40), L(42-44), XL(46-48), XXL(50-52).
Tall (6'-6'3½"): state MT(38-40 chest), LT(42-44), XLT(46-48), XXLT(50-52).
Big Regular/Tall (5'8"-6'3½"): state 2XLT(50-52 chest), 3XLT(54-56), 4XLT(58-60), 5XLT(62-64).

60 JCPenney

LS00018627

The Denver Post, Wednesday, Dec. 8, 1982



# SAVE 20%
## LEVIS WINTER JEANS

Levi's® "Two Horse" brand patch and Levi's® tab communicates quality and identity

Watch pocket

Copper rivets

Stress points bar tacked for extra durability

**The new LEVI'S WINTER JEANS**

Warm

Water repellent finish

Wind resistant

Distinctive Levi's® arcuate stitching on the back pocket

Mountain tested

Completely washable

Special lamination allows denim to stretch and mold to body movements

Style #39103 regular Levi's® Winter Jeans™

Styled after Levi's® 517 Saddleman® Boot Cut Jeans

Outside, 100% indigo cotton denim fades down

**Levi's ACTIVEWEAR**

Inside, soft brushed poly tricot flannel, soft and warm against the skin

Get the rugged good looks of original Levi's® jeans—now with a soft Polar Flannel® lining to keep you twice as warm, plus water-resistant cotton denim for extra dryness! Try on new Levi's® Winter Jeans® in sizes for men and women.

REG. 44.00 NOW **35.95**
Available at most Gart Bros. Stores

YOU'VE GOT TO SEE IT TO BELIEVE IT!
THE WORLD'S LARGEST "SPORTS CASTLE"
10TH & BROADWAY
861-1122

CINDERELLA CITY
SHOPPING CENTER
SHAMROCK MALL
761-4880

LAKESIDE
SHOPPING CENTER
44TH & HARLAN
433-6442

FT. COLLINS
2839 S. COLLEGE AVE.
226-4278

AURORA
9905 E. COLFAX
EAST COLFAX AND FLORENCE
364-4408

BOULDER
ARAPAHOE VILLAGE
SHOPPING CENTER
449-9022

VILLA ITALIA
SHOPPING CENTER
Alameda at Wadsworth
922-5549

NORTHGLENN
SHOPPING CENTER
251 W. 104TH AVE.
452-6241

HOFFMAN HEIGHTS
SHOPPING CENTER
6th & PEORIA
364-4601

AT GART BROS.
the Denver
(LOWER LEVEL)
CLOSED SUNDAYS

PLAZA DE MONACO
SHOPPING CENTER
So. Monaco at Yale
758-2465

NOW OPEN
GART BROS.
COLORADO SPRINGS
N.E. CORNER OF ACADEMY
& VICKER DRIVE

LS00015724





# Three-day sale! Levi's® corduroy jeans for young men and big boys

## 14.99 young men's reg. 19.99

Now through Monday, save on a fall and winter basic, Levi's great-fitting corduroy jeans.
Young men's midwale cotton/poly in straight leg or boot leg, sizes 29-38, in popular fall colors.
Reg. 15.99 big boys' straight leg style, navy, tan or grey, sizes 8-14 slim, reg., **13.99**
Reg. 17.99 prep straight legs; navy, tan, grey, brown; 25-30 waist. **14.99**
1-2-3. Shop and Big Boys' Clothing, also in Jackson.

SATURDAY STORE HOURS: DOWNTOWN 10 A.M. TO 5:30 P.M.; OAK COURT, SOUTHLAND MALL, RALEIGH SPRINGS, HICKORY RIDGE 10 A.M. TO 9:30 P.M.; JACKSON, TN 10 A.M. TO 9 P.M. CALL 529-5000 ANY TIME: ORDER BY PHONE IN MEMPHIS OR MAIL TO GOLDSMITH'S, MEMPHIS, TN 38143

LS00015729



LS00015758

News-Star-World   Wednesday, January 14, 1981   5A

## s in flurry

a Tech Univer-
za Houses' col-
romotion, local
nny Huntsman
ted NLU Presi-
with a check for
d will present
Jay Taylor with
he three-month
all. Soft drink
bearing NLU or
ld at the pizze-

cents for each mug sold to the two schools' respective booster clubs.

Huntsman said despite the dollar gap, the contest was "extremely close."

"We look forward to (this) every year because ... it adds dimension to the friendly rivalry," said Vines accepting his school's check.

Taylor also expressed his school's gratitude to Johnny's and added that this year, "Tech fans got so fired up, we believe a Tech victory is assured next year."

### BUSINESS BRIEFS

casting Service, calling commercial television "a vast swampland," Tuesday said it would be wrong for anyone to





### LEVI'S WOMENSWEAR

# Fields
- Twin City
- Eastgate
- West World

## A World Of Fashion

Red, white, blue, pink, black, parchment, lilac, teal. Go ahead. Splurge on your favorite color of Levi's bend over back pocket jean or pant. Easy care cotton stretch garbardine (cotton/Dacron® Polyester), with the magic stretch band. (Jean: red, white or blue).

**Large sizes available also.**

Pant............ $25.   Jean............ $32.

# Yes, we are

LS00015691

8—MILES CITY STAR, Thursday, November 12, 1981

we want revenge," said Yossi Dayan, a settler. "The Bible says so."

The trial was held amid growing protests by Palestinians on the West [Bank ...] "Death, death, death," friends and relatives of the victims shouted [...] a last statement after the guilty verdict was pronounced by Lt. Col. Alex Har[...] judge of the three-judge of the court panel. The Arabs in the court remained silent.

## Soviets say Reagan is blackmailer

MOSCOW (AP) — Soviet papers gave prominent display today to a Tass news agency charge that President Reagan's remarks on the possibility of a limited nuclear war in Europe were "nuclear blackmail" aimed at achieving Washington's foreign policy goals.

"It should be stressed that the American concept of a "limited" war stems from the absurd assumption that in the event of the United States making first use of nuclear weapons, the Soviet Union will follow nuclear war scenarios worked out in Washington," the official news agency said in a commentary Wednesday.

"Washington's position on the question of a 'limited' nuclear war is diametrically opposite to the Soviet one," it said.

"The cardinal difference in the Soviet and U.S. assessments of the admissibility of a 'limited' nuclear war, lies in the fact that any crossing of the nuclear threshold...is considered extremely dangerous by the Soviet Union," Tass said.

The Soviet commentary accused the Reagan administration of seeking to use "nuclear blackmail in order to achieve its foreign policy aims."

PIZZA
50¢ OFF

SA Bread
1½ Lb. Loaf
75¢

232-9844

LS00015698

**LEVI'S WOMENSWEAR**
BEND OVER PANTS

FLATTER YOUR FIGURE WITHOUT CRAMPING YOUR FREEDOM!
Bend Over Pants don't cut or bind anywhere! Hidden "magic stretch" waistband lets you sit, kneel, and bend in complete comfort.

THOSE STREAMLINES ARE ALL YOURS!
No pockets in front or back for that long and sleek look.

AVAILABLE IN SOFT GABARDINE IN A VARIETY OF COLORS.

Levi's WOMENSWEAR
QUALITY NEVER GOES OUT OF STYLE

20% OFF
Bend Over Pants
November 12-19th

Available In Women's Size 6-18
Short And Average Inseams

THE HIND POCKET
1907 Main
232-6660

Open
9 a.m.-5:30 p.m.



# BACK TO SCHOOL

## LEVI'S JEANSWEAR AND FREEDOM WESTERN
### QUALITY NEVER GOES OUT OF STYLE
### QUALITY SELECTION & SAVINGS!

**Levi's® Flannel Shirts**

It's the original Levi Strauss & Co. Shirt in soft flannel. The style is simple, the fit and comfort unbeatable. Levi's® flannel shirts are classics. Suit your style from a wide selection of cozy plaids and colors.

starting at → 18.95

(set)

**Levi's Saddleman Jeans and Jacket**

**A Western Tradition**
Levi's® Saddleman® Boot Jeans with just enough flare to ride easy over boots and Levi's famous quality and comfort built into every pair. Teamed up with Levi's classic Western jacket — a combination that's good-lookin', good-fittin', and hard-workin'.

Blanket Lined Jacket 34.95
Jeans 16.95  (Set)

**Movin' On Jeans**
For Guys With The Fashion

Movin' On Jeans. Movin' in your direction with the look you want right now. A look that combines great fit with great styling. Movin' On Jeans. Choose from our wide range of the latest fashions.

For the look that'll make 'em stop and stare, try on a pair of Levi's Movin' On Jeans this week.

starting at 19.95




OPEN MON.-SAT. 9:30-6



FREEDOM WESTERN

OPEN SUNDAY 11-4:30



LS00015535