

Exhibit E







# Who's got the best fitting jeans in these parts?



**Levi's 505®** pre-shrunk, zipper fly jeans give all your major moving parts a little more room to move.

**Levi's Super** Straight jeans, on the other hand, start a bit snugger around this part and get a lot snugger off to the left. But these are just two of the different fits you can get with great-fitting Levi's jeans.

## Levi's® Jeans cut for women

**LEVI'S®**

QUALITY NEVER GOES OUT OF STYLE®

The word "Levi's" is a registered trademark of Levi Strauss & Co., San Francisco, CA ©1985 Levi Strauss & Co.

LS00003606







LS 500-3108
Page 4/C Bleed Ad
Consumer Magazines, 1983
Prepared by Foote, Cone & Belding/Honig-SF

LS00003565







LS00044187



