1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                    UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEVI STRAUSS & CO.,                    | CASE NO. C 07-03752 JSW

13 |         Plaintiff/Counterdefendant,    | **RENEWED ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)**

14 |     v.                                 |

15 | ABERCROMBIE & FITCH TRADING CO.,        |

16 |         Defendant/Counterclaimant.     |

17

18 | ABERCROMBIE & FITCH TRADING CO.,        |

19 |                                         | **DATE:  September 26, 2008**
                                             | **TIME:   9:00 a.m.**
                                             | **COURTROOM:  2,**
20 |         Defendant/Counterclaimant,     | **Honorable Jeffrey S. White**

21 |     v.                                  |

22 | LEVI STRAUSS & CO.,                    |

23 |         Plaintiff/Counterdefendant.    |

24

25

26

27

28

1   Plaintiff Levi Strauss & Co. ("LS&CO.") submits this Renewed Administrative Motion with
2   the Court pursuant to Civil Local Rules 7-11 and 79-5(c) for permission to file portions of the
3   following documents under seal:
4       1.   DECLARATION OF WILL MITCHELL IN SUPPORT OF PLAINTIFF'S MOTION
5   FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED
6   AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S
7   CLAIM OF TRADEMARK DILUTION:  Paragraph 4 and 6 and Exhibit A; and
8       2.   DECLARATION OF ROBERT HANSON IN SUPPORT OF PLAINTIFF'S MOTION
9   FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND SELECTED
10  AFFIRMATIVE DEFENSES, AND FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S
11  CLAIM OF TRADEMARK DILUTION:  Paragraphs 9-10 and Exhibit B.
12      This Renewed Administrative Motion is made pursuant to the Court's Order Granting
13  Stipulated Protective Order, entered on December 18, 2007 [Docket No. 50], and the Court's Order of
14  August 21, 2008, and is narrowly tailored to seal only that material for which good cause to seal has
15  been established.
16      Pursuant to Local Rule 79-5(c), sealed copies of the above-described documents are being
17  lodged with the clerk and redacted public versions have been efiled.
18      Submitted herewith is a Proposed Order granting LS&CO.'s Renewed Administrative Motion
19  to file the foregoing documents under seal and the Declaration of Gia L. Cincone in support.

DATED:  August 25, 2008          Respectfully submitted,

                                  By:   /s/  Gia L. Cincone
                                        Gia L. Cincone

                                  TOWNSEND AND TOWNSEND AND CREW LLP
                                  Attorneys for Plaintiff/Counterclaim Defendant
                                  LEVI STRAUSS & CO.

61475913 v1