1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                     UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  LEVI STRAUSS & CO.,        Case No. C 07-03752 JSW

13         Plaintiff/Counterdefendant,    **DECLARATION OF GIA L. CINCONE IN SUPPORT OF**

14        v.    **RENEWED ADMINISTRATIVE MOTION FOR AN ORDER**

15  ABERCROMBIE & FITCH TRADING CO.,    **PERMITTING THE FILING OF DOCUMENTS UNDER SEAL**

16         Defendant/Counterclaimant.    **PURSUANT TO CIVIL L.R. 79-5(c)**

17

18
   ABERCROMBIE & FITCH TRADING CO.,
19                    **DATE:  September 26, 2008**
                                           **TIME:    9:00 a.m.**
20         Defendant/Counterclaimant,    **COURTROOM:  2,**
                                           **Honorable Jeffrey S. White**
21        v.

22  LEVI STRAUSS & CO.,

23         Plaintiff/Counterdefendant.

24

25

26

27

28

1      I, Gia L. Cincone, declare as follows:

2      1.    I am an attorney and member in good standing of the State Bar of California and the Bar of this Court. I am affiliated with the law firm of Townsend and Townsend and Crew LLP, counsel for plaintiff and counterdefendant Levi Strauss & Co. ("LS&CO.") in this action.

3      2.    I submit this declaration in support of LS&CO.'s Renewed Administrative Motion for leave to file certain documents under seal. I have personal knowledge of the matters stated in this declaration, except where otherwise indicated, and could competently testify to them if I were called as a witness.

4      3.    On December 18, 2007, the Court entered a Stipulated Protective Order [Docket No. 50] in this case.

5      4.    On August 15, 2008, LS&CO. lodged with the clerk Declarations of Will Mitchell and Robert Hanson in support of LS&CO.'s motion for summary judgment, with exhibits, along with an administrative motion to file those declarations and exhibits under seal.

6      5.    On August 21, 2008, this Court issued an order denying LS&CO.'s administrative motion without prejudice, and permitting LS&CO. to submit a renewed motion "specifically identifying those paragraphs and exhibits that contain confidential information."

7      6.    Paragraphs 4 and 6 and Exhibit A of the Mitchell Declaration, and Paragraphs 9-10 and Exhibit B of the Hanson Declaration, contain confidential material of LS&CO. In particular, these paragraphs and exhibits contain information concerning LS&CO.'s revenues and advertising and promotion expenditures that is confidential, has not been disclosed to the public, and could, if disclosed to the public, cause harm to LS&CO.'s competitive positions. Accordingly, LS&CO. requests that the documents remain sealed under the Protective Order and the Local Rules of this Court.

8      7.    The full Mitchell and Hanson declarations and exhibits are being lodged with the Clerk of this Court, and redacted public versions of both declarations have been efiled.

///
///
///

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.
3  Executed on August 25, 2008, at San Francisco, California.

By: */s/ Gia L. Cincone*
Gia L. Cincone

61475917 v1

CINCONE DEC. ISO RENEWED ADMIN. MOTION
TO FILE DOCUMENTS UNDER SEAL                2           *Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*
                                                        Case No. C 07-03752 JSW