TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar No. 111536)
GIA L. CINCONE (Bar No. 141668)
RAQUEL PACHECO (Bar No. 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com;
rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff/Counterdefendant,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>            Defendant/Counterclaimant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>            Defendant/Counterclaimant,<br><br>     v.<br><br>LEVI STRAUSS & CO.,<br><br>            Plaintiff/Counterdefendant. | Case No. C 07-03752 JSW<br><br>**[PROPOSED] ORDER RE RENEWED ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)**<br><br><br>**DATE: September 26, 2008**<br>**TIME:   9:00 a.m.**<br>**COURTROOM: 2,**<br>**Honorable Jeffrey S. White** |

1   The Court having considered LS&CO.'s Renewed Administrative Motion for Leave to File
2   Documents Under Seal, and good cause appearing,
3   IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed
4   copies of the Declaration of Will Mitchell and Declaration of Robert Hanson in Support of Plaintiff's
5   Motion for Summary Judgment on Defendant's Counterclaims and Selected Affirmative Defenses,
6   and for Partial Summary Judgment on Plaintiff's Claim of Trademark Dilution, with exhibits.

9   DATED: _____, 2008            _____
                                               The Honorable Jeffrey S. White
                                               United States District Court Judge

61467769 v1