

 MAKE THEM YOUR OWN

**SUPERLOW**

LS00041513



LS00046721



LS00016335





LS00002248

GUESS THE STITCHES IN **BOB HOPE'S**

**LEVI'S®**

AMERICA'S FINEST OVERALL
SINCE 1850

See BOB HOPE in "ALIAS JESSE JAMES"

**WIN BIG PRIZES!**

LS00024039

# For a personal fit, just wash.

Consider your most comfortable pair of shoes. You walked miles before they conformed exactly to your feet. But now they fit nobody but you.

A fit *that* personal is a rare and wonderful thing. A relationship that builds gradually. Over the months. Through the years.

With one notable exception.

Levi's® button-fly 501® Blues.

They're made of a legendary denim that shrinks down in the washing machine to fit only you. Your waist, your hips, *you*.

For the Shrink-to-Fit™ 501 jean, this personal fit takes just three quick turns through the wash. And for Pre-Shrunk 501 jeans, only one.

It's like having your jeans custom tailored. For a fit no ordinary jeans can even begin to match.

Levi's 501 Blues.

The fit of a lifetime. In less than one day.

**501**®

*Levi's Button-Fly 501 Blues.*

Levi's®

LS00016151

Levi's, 501, Two-Horse design and Shrink-to-Fit are trademarks of Levi Strauss & Co. © 1984.



LS00016108



LS00016119

Exhibit F

















