

Exhibit G









© 1981 LS&CO SF-Z76





GL. Made in U.S.A. V-501E

**LEVI'S POSITIVE NON-SCRATCH PROTECTION**
Famous Original **CONCEALED COPPER RIVETS** on Back Pockets

THE RIVETS STILL THERE

# LEVI'S ®

**AMERICA'S ORIGINAL JEANS**
Since 1850

A colored tab on the back pocket® is a
registered trademark identifying garments
made only by Levi Strauss & Co.

To help you identify Levi's quickly - we have adopted this characteristic
pocket design, used by Levi's since 1873, as a Trademark.
Trademark Reg. U.S. Pat. Off.

©**LEVI STRAUSS & CO.**
San Francisco, Calif.
**ALL COTTON**

THE RIVETS STILL THERE

LEVI'S

LEVI'S

LS00016066



LS00017276





Exhibit H



LEVI'S® TYPE 1™ JEANS

LS00041245

Exhibit I



LS00020375

Reduced

Exhibit J



"THREADS"

LS00047275



"HEY STITCH"

LS00047276



Oil Derrick (1994)

LS00046524



"KISS"

LS00047282



WALK

LS00047280



"RIDE"

LS00047278



"POOL BOY"

LS00047281



"CLAYMAN"

LS00047283



"ARTIST"

LS00047284



"FIX IT"

LS00047285



"FIX IT"

LS00047286



LS00047295



LS00047296

Exhibit K



LS00046642

Exhibit L



LS-A&F040022



LS-A&F040021