Exhibit M



LS00047326

Exhibit N

**DO** WIN A SWIMSUIT, **DON'T** MISS OUR SEXIEST SUMMER ISSUE EVER

# GLAMOUR

MAY 2000

## Men Plead: "Please Do This! Don't Do That!" In Bed
First Time Ever in Print

## Lips He'll Kiss, Hair He'll Touch

## We Tried On
# 705
## Swimsuits
The Ultimate Figure Flattering Picks—All Body Types Included

## Exclusive Compatibility Calculator Inside
Do You Two Add Up to Forever or Just to Tonight?

## Five Signs He's Already Dumped You in His Head

**Liz Hurley's** Beauty Tips, New Flick

## Oops, a Baby!
Is Your Birth Control About to Let You Down?
What to Know Now

## Bye-Bye Butt and Belly, Hello Bikini!
The Hungry Woman's Diet That Nutritionists **Actually** Endorse
PLUS Star-Trainer Tone-Up Tips

LS00020002
FEB 01
GBWV
#0237
94577-3944
#TNG120150599 4830282G
08
#BXBCC6F********** 5-DIGIT 94577
AN
FOREIGN $4.50
0  754994
05>
hour.com


© 2000 T.C.F., Regency Entertainment (USA), Inc. and Monarchy Enterprises B.V. All Rights Reserved. © 2000 Levi Strauss & Co. All rights reserved.



LS00020003



LOT 53™

clothing worn by
the cast of Roswell
on The WB.

LS00020004

levi.com



LOT 53™

clothing worn by the cast of Roswell on The WB.

levi.com

LS00020383



LOT 53™

clothing worn by
the cast of Roswell
on The WB.

levi.com

Plaintiffs' Entertainment (USA), Inc. and Monarchy Enterprises BV. All Rights Reserved.



© 2000 T.C.F., Regency Entertainment (USA), Inc. and Monarchy Enterprises B.V. All Rights Reserved. © 2000 Levi Strauss & Co. All rights reserved.



LOT 53™

clothing worn by
the cast of Roswell
on The WB.

levi.com

LS00020386



**LOT 53**™

clothing worn by
the cast of Roswell
on The WB.

levi.com

© 2000 T.C.F., Regency Entertainment (USA), Inc. and Monarchy Enterprises B.V. All Rights Reserved. © 2000 Levi Strauss & Co. All rights reserved.

LS00020387



LS00046638



LS00046639



LS00046640

Exhibit O



# Levi Strauss & Co.
## Sales Center
## CATALOG



LEVI STRAUSS & CO.

Quality Never Goes Out Of Style™
Lot 501     W 32 L 32

# 2003

CONFIDENTIAL

LS00041446

# Universal Levi's® Type 1™ Jacket



Updated Fit Based on Relaxed Trucker Jacket

Arcuate Front Pockets

Enlarged Arcuate Across Back

84% Cotton/16% Polyester, 12 oz.

**0370 - Loud & Clear**



**0370 - Loud & Clear (Back)**



## PREMIUM DENIM
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Price | MSRP |
|------|-------|-------|------|
| **Loud & Clear** | | | |
| 01105 **0370*** S-XXL | $38.00 | $78.00 |

*New for Spring 2003

# 100% Tee



Regular Fit S/S Tee
Enlarged Arcuate Print on Front
Black Star of California Print on Back
of Both Tees
100% Cotton, 185 gm.

**1340 - Satellite**



### JERSEY
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Price | MSRP |
|------|-------|-------|------|
| **Satellite** | | | |
| 01113 **1340*** | S-XL | $7.00 | $18.00 |
| **White** | | | |
| 01113 **1341*** | S-XL | $7.00 | $18.00 |

*New for Spring 2003

**1340 - Satellite (Back)**



**1341 - White**



# Cargo Tee



L/S Tee
Star of California Print on Front
Satellite Enlarged Arcuate Print on Back
of Both Tees
100% Cotton, 185 gm.

**1341 - White**



**JERSEY**
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Price | MSRP |
|------|-------|-------|------|
| **White** | | | |
| 01114 **1341*** S-XL | | $8.00 | $20.00 |
| **Black** | | | |
| 01114 **1342*** S-XL | | $8.00 | $20.00 |

*New for Spring 2003

**1341 - White (Back)**



**1342 - Black**






JUNIORS'







# Levi's® Type 1™ Jacket and Rugged Mini



Slim Fit Jkt-Waistband Fitted in Front, Lower in Back
Pronounced Waistband, Cuffs & Back Tabs
Low Rise Mini - Sits on the Hips
Front Length 12 5/8"/Back Length 15 7/8"
0340 - 83% Cotton/15% Poly/2% Spandex, 12.5 oz.

**Jacket - Front**



### LEVI'S® TYPE 1™ JACKET
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Preset | Price | 8-30 | MSRP |
|------|-------|--------|-------|------|------|
| **Loud & Clear** | | | | | |
| 01204 **0340***  XS-L | 1-2-2-1 | | $31.74 | $34.50 | $75.00 |

### RUGGED MINI
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Preset | Price | 8-30 | MSRP |
|------|-------|--------|-------|------|------|
| **Loud & Clear** | | | | | |
| 01219 **0340***  XS-L | 1-2-2-1 | | $13.34 | $14.50 | $34.00 |

*New for Spring 2003

**Jacket - Back**



**Rugged Mini**



# Zip Hoodie



Zipper with Star Fingertrap Pull
2x2 Rib at Cuffs and Hem, Kangaroo Pocket
Double Layered Hood w/Bartack Drawstrings
Enlarged Arcuate on Back
Star of California on Front Sleeves

**Front**



## FRENCH TERRY
**100% Cotton, 350 gm.**
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Preset | Price | 8-30 | MSRP |
|------|-------|--------|-------|------|------|
| **White** | | | | | |
| 01214 **2381*** XS-L | 1-2-2-1 | | $11.96 | $13.00 | $34.00 |

*New for Spring 2003

**Back**

