# Muscle Tee



Sleeveless Tee, Exaggerated Curved Hem
Exaggerated Binding at Neck and Armholes
Extra Large Stitching in Slightly Off Colors
Enlarged Arcuate on Front
Black Star of California on Back

**1445 - White w/Arcuate**



**1 X 1 RIB**
**100% Cotton, 165 gm.**
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Preset | Price | 8-30 | MSRP |
|---|---|---|---|---|---|
| **White** | | | | | |
| 01231 **1445*** | XS-L | 1-2-2-1 | $9.20 | $10.00 | $24.00 |
| **Satellite** | | | | | |
| 01231 **1446*** | XS-L | 1-2-2-1 | $9.20 | $10.00 | $24.00 |

*New for Spring 2003

**1445 - White w/Arcuate**





# Tough Boot and Levi's® Type 1™ Jacket



Tough Boot - See Fit Guide
Jacket - Elongated Jacket, Length Hits Below Hips
Felled Seams to Shape and Add Strength
Fits Like Classic Jacket with Natural Ease Throughout
0340 - 83% Cotton/15% Poly/2% Spandex, 12.5 oz.

**0340 - Loud & Clear**



### TOUGH BOOT
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Preset | Price | 8-30 | MSRP |
|---|---|---|---|---|---|
| **Loud & Clear** | | | | | |
| 01317 **0340*** 2-16 | | Open | $20.70 | $22.50 | $48.00 |

### LEVI'S® TYPE 1™ JACKET
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Range | Preset | Price | 8-30 | MSRP |
|---|---|---|---|---|---|
| **Loud & Clear** | | | | | |
| 01304 **0340*** S-L | | 1-3-2 | $33.12 | $36.00 | $82.00 |

*New for Spring 2003

**Jacket - Front**



**Jacket - Back**



Scale 753

| M | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 |
|---|---|---|---|---|---|---|---|---|
| M | | | | | | | | |








BOYS' 8-20

# Levi's® Type 1™ Jean and Jacket



Jean - Loose Fit, Low Rise, 18" Leg Opening
Waist Tilts Down From Back To Front
Jacket - Slim Fit, Arcuate Shaped Front Pockets
Enlarged Arcuate Across Back
Both Exaggerated Details, 84% Cotton/16% Poly., 12 oz.

**Real Loose Jean**



**LEVI'S® TYPE 1™ REAL LOOSE JEAN**
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Scale | Price | MSRP |
|---|---|---|---|
| **Loud & Clear** | | | |
| 01502 0370* | 507 | $16.75 | $38.00 |

**LEVI'S® TYPE 1™ JACKET**
Ship Dates: 12/30/2002 - 5/25/2003

| Code | Scale | Price | MSRP |
|---|---|---|---|
| **Loud & Clear** | | | |
| 01505 0370* | S-XL | $22.50 | $54.00 |

*New for Spring 2003

**Jacket**





0370

Scale 507

| | 8 | 10 | 12 | 14 | 16 | 18 |
|---|---|---|---|---|---|---|
| reg-waist | 24 | 25 | 26 | 27 | 28.5 | 30 |
| inseam | 23 | 25 | 26.5 | 27 | 28 | 30 |
| long-inseam | | | | | 30 | 32 |

**S/S Big T**



Regular Fit S/S Tee
Enlarged Arcuate Print On Back
Star Print On Front
Flat Plastisol Ink
100% Cotton, 185 gm.

**Front**



**JERSEY**
Ship Dates: 12/30/2002 - 4/27/2003

| Code | Range | Price | MSRP |
|---|---|---|---|
| **White** | | | |
| 01513 **1332*** | S-XL | $7.00 | $20.00 |
| **Black** | | | |
| 01513 **1339*** | S-XL | $7.00 | $20.00 |
| **Red** | | | |
| 01513 **1307*** | S-XL | $7.00 | $20.00 |

*New for Spring 2003

**Back**



**Back**



GIRLS' 7-16

# Crew



Cap-Raglan Sleeves
Overlock Hem, Levi's® Iconic Graphics
Oversized Arcuate Graphic on Front
Star Graphic on Back
100% Cotton, 220 gm.

**Front**



### 1 X 1 RIB
Ship Dates: 12/30/2002 - 4/27/2003

| Code | Range | Price | MSRP |
|---|---|---|---|
| **White** | | | |
| 01411 **9901*** | S-XL | $8.50 | $20.00 |
| **Black** | | | |
| 01411 **9902*** | S-XL | $8.50 | $20.00 |
| **Satellite** | | | |
| 01411 **9903*** | S-XL | $8.50 | $20.00 |

*New for Spring 2003

**Front**



**Back**



# LEJ Jacket



Relaxed Fit, Snap Front
Skewed Seams
Shoulder Darts
One Hidden Front Pocket, One Patch Pocket
100% Cotton, 13.5 oz.

**4723 - Rinsed**



### SOFT RIGID DENIM
Ship Dates: 11/25/2002 – 5/25/2003

| Code | Range | Price | MSRP |
|---|---|---|---|
| **Black** | | | |
| 70569 **4720*** S-XXL | | $38.00 | $88.00 |
| **Rinsed** | | | |
| 70569 **4723*** S-XXL | | $38.00 | $88.00 |

*New for Spring 2003



**4720**



**4723**

# SALES CENTER CATALOG

LEVI STRAUSS & CO.
SAN FRANCISCO, CALIFORNIA

**SPRING 2005**

CONFIDENTIAL

LS00046364

CONFIDENTIAL

LS00046457

# Cropped Trucker Jackets

## Classic Fit

Classic Trucker Style Jacket • Cropped Length Sits at Natural Waist



**6003 Coastal Sand**

**Ship Dates: 1/31/05–5/29/05**

### STRETCH DENIM

| Finish | Code | Scale |
|---|---|---|
| Coastal Sand* | 77421 6003 | S-XL |
|  |  | 1-2-2-1 |

### STRETCH SLUB TWILL

| | Code | Scale |
|---|---|---|
| White* | 77421 9989 | S-XL |
|  |  | 1-2-2-1 |

*New for Spring 2005



**6003 Coastal Sand**
55% Cotton, 45% Raime, 11.5 oz.

**9989 White**
99% Cotton, 1% Elasture, 9.23 oz.

# Red Tab™ Iconic Jackets

## Slim Fit

Waistband Tilted From Back to Front • Pronounced Waistband, Cuffs and Back Tabs • Enlarged Stitched Arcuate on Back
• Arcuate Shaped Flap Front Pockets



**6003 Coastal Sand**

**Ship Dates: 11/29/04–5/29/05**

### STRETCH DENIM

| Finish | Code | Scale |
|---|---|---|
| Coastal Sand* | 77463 6003 | S–XL |
|  |  | 1-2-2-1 |
| Bleach Blue* | 77463 6002 | S–XL |
|  |  | 1-2-2-1 |

*New for Spring 2005




**6003 Coastal Sand**
55% Cotton, 45% Raime, 11.5 oz.

**6002 Bleach Blue**
55% Cotton, 45% Raime, 11.5 oz.

Arcuate Shaped Flap Chest Pockets w/ Snap Closure • Welt Front Pockets • Front and Back Yoke Seams • Snap Adjustment at Back Waistband • 2 Snap Sleeve Hem Closure • 18⅝" Center Front Length

### NON-STRETCH DENIM

**Ship Dates: 11/29/04–5/29/05**

| Finish | Code | Scale |
|---|---|---|
| Dark Stonewash | 77740 **4837** | S–XL |
|  |  | 1-2-2-1 |
| Medium Stonewash | 77740 **4892** | S–XL |
|  |  | 1-2-2-1 |



**4837 Dark Stonewash**

**4892 Medium Stonewash**



**4837 Dark Stonewash**
100% Cotton, 13.5 oz.



**4892 Medium Stonewash**
100% Cotton, 13.5 oz.

## Modern Trucker Jackets

Arcuate Flap Chest Pockets w/ Snap Closure • Welt Front Pockets • Center Front Snap Closure • Snap Tab Adjustments at Back Waistband • Front and Back Yoke Seams • 19½" Center Front Length

### STRETCH DENIM

**Ship Dates: 11/29/04–12/31/04**

| Finish | Code | Scale |
|---|---|---|
| Worn Billie Stretch (w/ Blast) | 77755 **0355** | S–XL |
|  |  | 1-2-2-1 |

LS00046458

**CONFIDENTIAL**



**0355 Worn Billie Stretch**



**0355 Worn Billie Stretch**
98% Cotton, 2% Lycra®, 10.5 oz.

   

   

# BRAND SALES AND RETAIL MARKETING

## LS&CO.

   

   

LS00021037



LS00021284



Big Sister's got nothin' on me!

Embroidery

Appliques

Slub Denim

Easy to merchandise tops that work back to bottoms mean integrated and exciting floor presentations!

LS00021377

**GIRLS' INF–6X SHIRTS**
DELIVERY 06/01–08/28



### L/S FLARE SLEEVE CREW
**100% Cotton • Variegated Rib**
Lettuce Edge Sleeves and Hem • Center Front Embroidery

| Girls' 4–6X | PRODUCT CODE 35254 4-6X | |
|---|---|---|
| (from top) | Price | Availability |
| 6507  Pink | $9.75 | 06/01–08/28 |
| 6506  White | $9.75 | 08/03–08/28 |
| Preset: | 1-1-2-2 | |





### L/S ROUND COLLAR SHIRT
**100% Cotton • 6 oz. Slub Denim**
Embroidery Above the Pockets • Two Patch Pockets

| Girls' 2T–6X | PRODUCT CODE 32608 2T-4T | 32208 4-6X | |
|---|---|---|---|
| | Price | Price | Availability |
| 0617  Stonewash | $10.75 | $11.00 | 06/01–08/28 |
| Preset: | 1-3-2 | 1-1-2-2 | |



**An authentic LS&CO. denim shirt** designed especially for girls— with a rounded collar and feminine embroidery.



LS00021379

FALL 1998   33

# LS&CO.'S

# FALL 2004 RED TAB

# CATALOGUE

LS00041865

# Standard Fit Trucker Jacket

**Relaxed Fit** • Classic Red Tab™ Styling





0924 Dusty
12.75 oz.

**DENIM**

100% Cotton, 12.75 – 13.75 oz.
**Ship Dates: 5/31/04–11/28/04**

| Code | Range | Price | MSRP |
|---|---|---|---|
| **Medium** | | | |
| 70507 **0389** | S-XXL | $34.00 | $68.00 |
| **Black** | | | |
| 70507 **0260*** | S-XXL | $34.00 | $68.00 |
| **Dusty** | | | |
| 70507 **0924*** | S-XXL | $34.00 | $68.00 |

**Ship Dates: 7/5/04–11/28/04**
**Second Hand**
70507 **0609*** S-XXL $34.00 $68.00

*New for Fall 2004



0389 Medium
13.75 oz.



0260 Black
13.5 oz.



0609 Second Hand
13.5 oz.

# Easy Rider Jacket

**Relaxed Fit** • Motorcycle Styling • Snap Closures



0602 Conditioned Light

CONFIDENTIAL
ATTORNEYS EYES ONLY

CONFIDENTIAL
LS00041865-31

**DENIM**

100% Cotton, 12.25 oz.
**Ship Dates: 5/31/04–11/28/04**

| Code | Range | Price | MSRP |
|---|---|---|---|
| **Conditioned Light** | | | |
| 70550 **0602*** | S-XL | $38.00 | $78.00 |
| **Conditioned Dark** | | | |
| 70550 **0604*** | S-XL | $38.00 | $78.00 |

*New for Fall 2004



0602 Conditioned Light



0604 Conditioned Dark



# Patch Pocket Hip Hugger Jean

Wrap Around Belt • Patch Front Pockets with Clean Back • Extended Tab Front Closure • **Slim Fit**

**FIT FEATURES**

- 8⅝" Rise
- Slim, Hip Hugger Fit
- 32" Inseam
- 20½" Flare Leg Opening



4064 Coastal Sand

**STRETCH DENIM**

98% Cotton/2% Lycra®, 11.5 oz.

**Ship Dates: 7/12/04–11/28/04**

| Code | Preset | Price | 8-30 | MSRP |
|---|---|---|---|---|
| **Coastal Sand (w/Local Blast)** | | | | |
| 11630 **4064*** | 12 units | $16.33 | $17.75 | $40.00 |

*New for Fall 2004



| SIZE | 1 | 3 | 5 | 7 | 9 | 11 | 13 | |
|---|---|---|---|---|---|---|---|---|
| Preset | 1 | 2 | 3 | 2 | 2 | 1 | 1 | = 12 units |



4064 Coastal Sand

# Red Tab™ Iconic Jacket

Waistband Tilted From Back to Front • Pronounced Waistband, Cuffs and Back Tabs • Enlarged Stitched Arcuate on Back • Arcuate Shaped Flap Front Pockets • **Slim Fit**



4064 Coastal Sand

4869 CB Blue Stretch

**STRETCH DENIM**

**Ship Dates: 7/12/04–11/28/04**

| Code | Range | Preset | Price | 8-30 | MSRP |
|---|---|---|---|---|---|
| **Coastal Sand (w/Local Blast)** | | | | | |
| 77463 **4064*** | S–XL | 1-2-2-1 | $23.00 | $25.00 | $54.00 |
| **CB Blue Stretch** | | | | | |
| 77463 **4869*** | S–XL | 1-2-2-1 | $23.00 | $25.00 | $54.00 |

*New for Fall 2004

**CONFIDENTIAL**
ATTORNEYS EYES ONLY

**CONFIDENTIAL**
LS00041865-66


**4064 Coastal Sand**
98% Cotton/2% Lycra®, 11.5 oz.


**4869 CB Blue Stretch**
99% Cotton/1% Lycra®, 11.75 oz.