**A STYLE FOR EVERY STORY™**



SALES CENTER CATALOG FALL '06

RYAN THOMAS WEARS
**LEVI'S® SLIM STRAIGHT 514™ JEANS**

THE ORIGINAL ® **Levi's**

CONFIDENTIAL
ATTORNEYS EYES ONLY

LS00048498

# Spliced Blazer



- Modern Shaped Slim Fit • Pieced Canvas and Twill Fabric for Textural Dimension • Raw Edge on Collar and Front Placket • Beveled Pockets
- Top Entry Flap Pockets



**6032 Mason Splice**

6032
Mason Splice

| Finish/Color | Code | Sizes | Fabric | Delivery Dates |
|---|---|---|---|---|
| **CANVAS/TWILL** | | | | |
| **Mason Splice***<br>*New for Fall 2006 | 70540 **6032** | S-XL | 100% Cotton, 7.7 oz. | 07/03-11/26 |

# SWAT Jacket



- Standard Trucker Fit • Flannel Lined • Extra Waistband, Collar and Cuffs in Rib Trim • Articulated Arm Hole Seam • Zipper Chest Pockets
- Snap Welt Front Pockets • Snap Closure Collar and Cuff • Zip Front



**3232 O/D Black Camouflage**

3232
O/D Black
Camouflage

CONFIDENTIAL
ATTORNEYS EYES ONLY

LS00048530

| Finish/Color | Code | Sizes | Fabric | Delivery Dates |
|---|---|---|---|---|
| **CANVAS** | | | | |
| **O/D Black Camouflage***<br>*New for Fall 2006 | 70544 **3232** | S-XL | 100% Cotton, 7.7 oz. | 07/03-11/26 |



# Long-Sleeve Faux Thermal Sleeve | Men's

• Soft Cotton Jersey Body • Thermal Lower Sleeve for Layered look • Contrast Stitching • Arcuate Print Chest Graphic



**Navy**

| Black | Grey | Navy | White |

| M | L | XL |
|---|---|---|
| 2 | 3 | 1 |
= 6 units

| Finish/Color | Code | Size/Prepack | Fabric | Delivery Dates |
|---|---|---|---|---|
| **Black** | LMLSN**31705** | 6pc prepack | 100% Cotton | **09/25-11/25** |
| **Grey** | LMLSN**31705** | 6pc prepack | 100% Cotton | **09/25-11/25** |
| **Navy** | LMLSN**31705** | 6pc prepack | 100% Cotton | **09/25-11/25** |
| **White** | LMLSN**31705** | 6pc prepack | 100% Cotton | **09/25-11/25** |

# Yarn-Dyed Sleep Pant | Men's

• Brushed Cotton Flannel • Triple-Needle Elastic Waistband with Drawstring • Side-Seam Pockets • Jeans-Style Back Pocket
• Contrast Jeans Stitching • Metal Stamped Button



**Blueberry**

| Black | Blueberry | Burgundy | Red/Navy |

| M | L | XL |
|---|---|---|
| 2 | 3 | 1 |
= 6 uni

CONFIDENTIAL
ATTORNEYS EYES ONLY

LS00048609

| Finish/Color | Code | Size/Prepack | Fabric | Delivery Dates |
|---|---|---|---|---|
| **Black** | LMWPN**31730** | 6pc prepack | 100% Cotton | **09/25-11/25** |
| **Blueberry** | LMWPN**31730** | 6pc prepack | 100% Cotton | **09/25-11/25** |
| **Burgundy** | LMWPN**31730** | 6pc prepack | 100% Cotton | **09/25-11/25** |
| **Red/Navy** | LMWPN**31730** | 6pc prepack | 100% Cotton | **09/25-11/25** |

Signature Apparel • Carol Haney • 1155 Battery Street, LS/5, San Francisco CA 94111
P: 800-643-7965 • F: 888-222-2511 • chaney@levi.com

Fall 2006    29

# Basic Denim Shirt

**Women's**

Levi's

• 6.5 oz. 98% Cotton 2% Spandex



| Vintage | Dark Rinse |

| S | M | L | XL |
|---|---|---|---|
| 1 | 2 | 2 | 1 | = 6 piece prepack

CONFIDENTIAL
ATTORNEYS EYES ONLY

LS00048635

**Vintage**

| Finish/Color | Code | Sizes | Fabric | Delivery Dates |
|---|---|---|---|---|
| **Vintage** | NT3790-947 | **S-XL** | 98% Cotton, 2% Spandex | **7/15-11/15** |
| **Dark Rinse** | NT3790-W19 | **S-XL** | 98% Cotton, 2% Spandex | **7/15-11/15** |

# Western Plaid Flannel

**Women's**

Levi's

• 100% Cotton



| Midnight Blue | Mildew |

| S | M | L | XL |
|---|---|---|---|
| 1 | 2 | 2 | 1 | = 6 piece prepack

**Midnight Blue**

| Finish/Color | Code | Sizes | Fabric | Delivery Dates |
|---|---|---|---|---|
| **Midnight Blue** | JT 4458MNB | **S-XL** | 100% Cotton | **8/15-11/15** |
| **Mildew** | JT 4458MDW | **S-XL** | 100% Cotton | **8/15-11/15** |

Exhibit P



LS-A&F012943



LS-A&F012944

LS-A&F012945



LS-A&F012946



LS-A&F012947



LS-A&F012948



LS-A&F012949



LS-A&F012950



LS-A&F012951



LS-A&F012952



LS-A&F012953



LS-A&F012955



LS-A&F012956



LS-A&F012957



LS-A&F012958



LS-A&F012959



LS-A&F012960



LS-A&F012961



LS-A&F012962