1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone: 415-882-8200
4  Facsimile: 415- 882-8220

5  J. MICHAEL KEYES (*PRO HAC VICE*)
   K&L GATES LLP
6  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
7  Phone: 509-624-2100
   Facsimile: 509-456-0146
8
   Attorneys for Defendant and Cross-Complainant
9  ABERCROMBIE & FITCH TRADING CO.

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

14 | LEVI STRAUSS & CO.,                                Case No. CV-07-3752  JSW

15 |                           Plaintiff,              **DEFENDANT ABERCROMBIE &
                                                       FITCH TRADING CO.'S RENEWED
16 |     v.                                            ADMINISTRATIVE MOTION
                                                       PURSUANT TO CIVIL LR 79-5(b) TO
17 | ABERCROMBIE & FITCH TRADING CO.,                  FILE UNDER SEAL DOCUMENTS
                                                       THAT LEVI STRAUSS & CO. HAS
18 |                           Defendant.              DESIGNATED CONFIDENTIAL**

19

20 | ABERCROMBIE & FITCH TRADING CO.,

21 |                           Counter-Claimant,
         v.
22
     LEVI STRAUSS & CO.,
23
                              Counter-Defendant.
24

25

26  DEFENDANT ABERCROMBIE & FITCH TRADING
    CO.'S RENEWED ADMINISTRATIVE MOTION PURSUANT TO
    CIVIL LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS
    THAT LEVI STRAUSS & CO. HAS DESIGNATED CONFIDENTIAL
    Case No. 03:07-CV-3752-JSW                    -1-                    Printed on Recycled Paper

Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") submits its renewed administrative motion pursuant to Civil Local Rule 79-5(b) and this Court's August 21, 2008 Order for an order to seal the following document that Levi Strauss & Co. ("LS&Co.") claims are confidential:

1.  Paragraphs 3, 6, 7-10, 12, 14 and 18 of the Declaration of J. Michael Keyes in Support of Abercrombie's Motion for Summary Judgment that authenticate the following attached exhibits:

- Exhibit B and E ( Keyes Decl., p. 1, ¶¶ 3, 6);
- Exhibits F, G, H, I, K, M and O ( Keyes Decl., pp.1-2, ¶¶ 7-10, 12, and 14); and
- Exhibit Q ( Keyes Decl., p. 5, ¶ 18)

On August 15, 2008 Abercrombie filed an administrative motion to seal the Declaration of J. Michael Keyes and exhibits attached thereto in support of its motion for summary judgment. On August 21, 2008, this Court issued an Order denying Abercrombie's motion to seal without prejudice on the ground that the Court did not believe that all the material contained in Mr. Keyes' Declaration was confidential. The Court's Order stated that it would consider a renewed motion to seal specifically identifying those paragraphs and exhibits that contain confidential information and to the filing in the public record a redacted version of the declaration, omitting only that material that is confidential.

With the exception of paragraph 4, and Exhibit C of Mr. Keyes' Declaration, which has since been filed in the public record, Abercrombie's original motion to seal requested that the Court seal documents that LS&Co. had designated as confidential in this litigation. Since it is LS&Co. who is claiming confidentiality, not Abercrombie, Abercrombie requested that LS&Co. address the Court's concerns and specifically identify those exhibits that contain confidential information that it believes should be withheld from the public.

1  Declaration of Rachel R. Davidson p. 1, ¶ 4; Ex. A.  LS&Co. rejected Abercrombie's
2  request that it directly address the Court's Order by filing the renewed motion to seal. *Id.*
3  Instead, it sent an e-mail to Abercrombie listing the above identified exhibits as those that
4  should be filed under seal and the basis for its confidentiality designation.  *Id*. at ¶5; Ex. A.

5  Based on LS&Co.'s explanation for its confidentiality designations, as set forth in
6  Exhibit A of the Declaration of Rachel R. Davison in support of this motion, Abercrombie
7  respectfully submits this renewed motion to seal those portions of Mr. Keyes' Declaration and
8  those supporting Exhibits attached thereto which LS&Co., not Abercrombie, claims should be
9  withheld from the public record.  Pursuant to the Court's August 21 Order, Abercrombie has
10 filed a redacted version of Mr. Keyes' Declaration omitting that material which both parties
11 agree should be available to the public.

13 Dated:   August 26, 2008                              Respectfully submitted,

14                                                      K&L GATES LLP

16                                                      By:   */s/Rachel Davidson*
                                                        Michael J. Bettinger
17                                                      Rachel R. Davidson
                                                        J. Michael Keyes

19                                                      Attorneys for Defendant
                                                        ABERCROMBIE & FITCH TRADING CO.

26 DEFENDANT ABERCROMBIE & FITCH TRADING
CO.'S RENEWED ADMINISTRATIVE MOTION PURSUANT TO
CIVIL LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS
THAT LEVI STRAUSS & CO. HAS DESIGNATED CONFIDENTIAL
Case No. 03:07-CV-3752-JSW                -3-                       Printed on Recycled Paper