1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone: 415-882-8200
4  Facsimile: 415- 882-8220

5  J. MICHAEL KEYES (*PRO HAC VICE*)
   K&L GATES LLP
6  618 West Riverside Avenue, Suite 300
   Spokane WA  99201-0602
7  Phone: 509-624-2100
   Facsimile: 509-456-0146
8
   Attorneys for Defendant and Cross-Complainant
9  ABERCROMBIE & FITCH TRADING CO.

10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13 | LEVI STRAUSS & CO.,
14 |                              Plaintiff,              | No. CV07-03752 -JSW
15 |       v.                                             | **[PROPOSED] ORDER GRANTING ABERCROMBIE & FITCH TRADING CO.'S RENEWED ADMINISTRATIVE MOTION PURSUANT TO CIV. LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS THAT LEVI STRAUSS HAS DESIGNATED CONFIDENTIAL**
16 | ABERCROMBIE & FITCH TRADING CO.,
17 |                              Defendant.
18 | ABERCROMBIE & FITCH TRADING CO.,
19 |                              Counter-Claimant,
20 |       v.
21 | LEVI STRAUSS & CO.,
22 |                              Counter-Defendant.

23

24

25

26 [PROPOSED] ORDER GRANTING ABERCROMBIE'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS THAT LEVI STRAUSS & CO. HAS DESIGNATED CONFIDENTIAL
   Case No. 03:07-CV-3752-JSW                -1-                    Printed on Recycled Paper

The Court having considered Defendant Abercrombie & Fitch Trading Co.'s Renewed Administrative Motion pursuant to Civil LR 79-5-(b) to file under seal documents that Levi Strauss and Co. has designated confidential, and good cause appearing:

Abercrombie & Fitch Trading Co.'s Administrative Motion is granted. The following documents are properly sealable under Civil Local Rule 79-5:

1. Paragraphs 3, 6, 7-10, 12, 14 and 18 of the Declaration of J. Michael Keyes in Support of Defendant Abercrombie & Fitch Trading Co.'s Motion for Summary Judgment;

2. Exhibit B and E ( Keyes Decl., p. 1, ¶¶ 3, 6);

3. Exhibits F, G, H, I, K, M and O ( Keyes Decl., pp.1-2, ¶¶ 7-10,12, 14); and

4. Exhibit Q ( Keyes Decl., p. 5, ¶ 18)

IT IS SO ORDERED.

DATED: _____, 2008.

_____
Honorable Jeffrey S. White
United States District Judge