MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br>　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>ABERCROMBIE & FITCH TRADING CO., <br><br>　　　　　　　　　　Defendant. <br><br>――――――――――――――――― <br><br>ABERCROMBIE & FITCH TRADING CO., <br><br>　　　　　　　　　　Counter-Claimant, <br><br>　　v. <br><br>LEVI STRAUSS & CO., <br><br>　　　　　　　　　　Counter-Defendant. | Case No. CV-07-3752  JSW <br><br>**DECLARATION OF RACHEL R. DAVIDSON IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS THAT LEVI STRAUSS & CO. HAS DESIGNATED CONFIDENTIAL** |

DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
RENEWED ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DOCUMENTS THAT LEVI STRAUSS & CO. HAS
DESIGNATED CONFIDENTIAL
Case No. 03:07-CV-3752-JSW　　　　　　　-1-　　　　　　　Printed on Recycled Paper

I, Rachel R. Davidson, declare as follows:

1. I am an attorney admitted to practice before this Court in this matter. I am an associated in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. The documents that Levi Strauss & Co. ("LS&Co.) request to file under seal are as follows:

- Paragraphs 3, 6, 7-10,12, 14 and 18 of the Declaration of J. Michael Keyes in Support of Abercrombie's Motion for Summary Judgment that authenticate following attached exhibits:
- Exhibit B and E ( Keyes Decl., p. 1, ¶¶ 3, 6);
- Exhibits F, G, H, I, K, M and O ( Keyes Decl., pp.1-2, ¶¶ 7-10, 12, 14); and
- Exhibit Q ( Keyes Decl., p. 5, ¶ 18)

3. With the exception of paragraph 4 and Exhibit C of Michael Keyes' Declaration, Abercrombie's original motion to seal, which the Court denied, addressed only documents LS&Co. has designated as confidential in this litigation.

4. Since LS&Co., not Abercrombie, is claiming that the documents at issue should be withheld from the public, I asked LS&Co.'s counsel, Gia Cincone, to address the Court's concerns and specifically identify those exhibits that contain confidential information and to provide the basis for any such designations. Ms. Cincone rejected my request that LS&Co. directly address the Court's Order by filing the renewed motion to seal the documents LS&Co. has designated as confidential.

DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
RENEWED ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DOCUMENTS THAT LEVI STRAUSS & CO. HAS
DESIGNATED CONFIDENTIAL
Case No. 03:07-CV-3752-JSW              -2-                Printed on Recycled Paper

5.  Ms. Cincone sent me an e-mail on August 25 listing the exhibits that LS&Co. claims are confidential, which also includes a description of the basis for LS&Co.'s confidentiality designations. A copy of that e-mail is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 26th day of August, 2008, by Rachel R. Davidson.

_____/s/ Rachel R. Davidson_____
Rachel R. Davidson

DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
RENEWED ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DOCUMENTS THAT LEVI STRAUSS & CO. HAS
DESIGNATED CONFIDENTIAL
Case No. 03:07-CV-3752-JSW         -3-         Printed on Recycled Paper