# EXHIBIT A

---

**From:** Davidson, Rachel
**Sent:** Monday, August 25, 2008 5:22 PM
**To:** 'Cincone, Gia L.'
**Cc:** Gilchrist, Gregory S.; Graham, Kjirstin J.; Keyes, J. Michael
**Subject:** RE: Motion to Seal

Gia:

I don't think your position is reasonable. We did comply with our obligations. We filed a motion to seal, and Judge White rejected it. We believe Levi has over designated its documents in this case, and do not agree that all the information you have identified below should be withheld from the public.  Nonetheless, I will take ownership of filing a renewed motion to seal based on the exhibits you have identified and the reasons provided.  I plan to file the motion no later than tomorrow.

Thanks,
Rachel

---

**From:** Cincone, Gia L. [mailto:glcincone@townsend.com]
**Sent:** Monday, August 25, 2008 1:22 PM
**To:** Davidson, Rachel
**Cc:** Gilchrist, Gregory S.; Graham, Kjirstin J.; Keyes, J. Michael
**Subject:** RE: Motion to Seal

Rachel,

This is not acceptable.  If you will review Paragraph 10 of the Stipulated Protective Order, you will see that it is clearly A&F's obligation, as the party that is seeking to file confidential material with the Court, to either obtain LS&CO.'s agreement that material may be redesignated as non-confidential (which we have already done to the maximum extent possible), or file a motion to file under seal.  If A&F wants the Court to consider confidential material, it is A&F's obligation to seek the Court's permission to file such material under seal, not ours.

Gia

>	-----Original Message-----
>	**From:** Davidson, Rachel [mailto:rachel.davidson@klgates.com]
>	**Sent:** Monday, August 25, 2008 12:55 PM
>	**To:** Cincone, Gia L.
>	**Cc:** Gilchrist, Gregory S.; Graham, Kjirstin J.; Keyes, J. Michael
>	**Subject:** RE: Motion to Seal

Thanks Gia. we will take care filing the redacted Declaration today. we, however, understand that you will taking care of filing the renewed motion to seal addressing the court's ruling that he did not believe exhibits were confidential since it is Levi that is claiming confidentiality, not Abercrombie.

Let me know if you have any questions.

Rachel

---

**From:** Cincone, Gia L. [mailto:glcincone@townsend.com]
**Sent:** Monday, August 25, 2008 12:02 PM
**To:** Davidson, Rachel
**Cc:** Gilchrist, Gregory S.
**Subject:** RE: Motion to Seal

Hi Rachel,

As to the Keyes Declaration Exhibits:

Ex. A (excerpts from the Onda deposition):  This can be filed publicly.
Ex. B and E (excerpts from the Hanson and Mitchell depositions):  These need to be maintained under seal, as they include extensive testimony concerning LS&CO.'s sales, advertising expenditures, and marketing strategies.  In both cases, the need for an Attorneys Eyes Only designation was noted on the record.
Ex. F, G, H, I, K, M and O (various settlement agreements):  These should be maintained under seal.  They include information about third party sales volume that was never intended to be public; also, two of the agreements include express confidentiality provisions.
Ex. J can be filed publicly.
Ex. L, N and P are complaints that can be filed publicly.
Ex. Q needs to be maintained under seal, as it contains confidential sales information of LS&CO.  We note that the copy you filed does not appear to include the Attorneys Eyes Only designation that was on the produced version; please make sure that is included when you re-file.

Let me know if you have any questions.

Best,
Gia

-----Original Message-----
**From:** Davidson, Rachel [mailto:rachel.davidson@klgates.com]
**Sent:** Monday, August 25, 2008 11:50 AM
**To:** Cincone, Gia L.
**Cc:** Keyes, J. Michael; Graham, Kjirstin J.
**Subject:** Motion to Seal

Hi Gia:

Any decision re White's Order on Motion to Seal Keyes Declaration?  The Decl will have to be filed in public record, unless you guys tell us otherwise. Please let us know.

Thanks,
Rachel

This electronic message contains information from the law firm of K&L Gates LLP. The contents

may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at rachel.davidson@klgates.com.