MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415-882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　Defendant.<br><hr>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>LEVI STRAUSS & CO.,<br><br>　　　　Counter-Defendant. | No. CV07-03752-JSW<br><br>**DECLARATION OF J. MICHAEL KEYES IN SUPPORT OF ABERCROMBIE & FITCH TRADING CO.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**REDACTED VERSION** |

I, J. Michael Keyes, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in this matter. I am a partner in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. (A&F) in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the transcript of the deposition of Thomas Onda, LS&Co.'s Chief Intellectual Property Counsel ("Onda Deposition" or "Onda Depo").

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the transcript of the deposition of Robert Hanson, taken May 2, 2008.

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the transcript of the deposition of Kevin Cothren, taken May 30, 2008.

5. Attached hereto as Exhibit D are true and correct copies of excerpts from the deposition of Stacie Beaver, taken May 29, 2008.

6. Attached hereto as Exhibit E are true and correct copies of excerpts from the deposition of Will Mitchell, taken June 26, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of Ex. 11 to Onda Deposition: Settlement Agreement between LS&Co. and Federal Jeans, Inc.,

**[REDACTED]**

8. Attached hereto as Exhibit G is a true and correct copy of Ex. 15 to Onda Deposition:

**[REDACTED]**

9. Attached hereto as Exhibit H is a true and correct copy of Ex. 21 to Onda Deposition, Settlement Agreement between LS&Co., Diesel SPA and Diesel USA, Inc.,

[REDACTED]

10. Attached hereto as Exhibit I is a true and correct copy of Ex. 36 to Onda Deposition, 8/11/2004 cover letter from counsel for Buffalo, attaching a Settlement Agreement between LS&Co. and Buffalo,

[REDACTED]

11. Attached hereto as Exhibit J is a true and correct copy of Ex. 34 to Onda Deposition, 6/22/2004 letter (post-dating the settlement agreement between LS&Co. and Buffalo) from LS&Co.'s counsel to Buffalo Jeans' counsel, claiming that the same design depicted in Exhibit B to the settlement agreement "infringes LS&Co.'s registered Arcuate Stitching Design Trademark." Mr. Onda did not know whether any dispute or lawsuit with Buffalo jeans is ongoing. (Onda depo, p. 129:19-130:1).

12. Attached hereto as Exhibit K is a true and correct copy of Ex. 41 to Onda Deposition, Settlement Agreement between LS&Co. and Z. Cavaricci, Inc., ¶ 4(c),

[REDACTED]

13. Attached hereto as Exhibit L is a true and correct copy of Ex. 57 to Onda Deposition, LS&Co.'s Complaint against RP55, Inc. alleging that the stitching designs in Exhibits K1 and K2 to the Complaint infringed the arcuate trademark (better photocopies of Exhibits K-1 through L-2 are attached to the back of the Complaint). The dispute resolved in

settlement. RP55 was not enjoined from using the stitching design and RP55 did not agree to stop manufacturing garments with stitching designs depicted in Exhibits K1 and K2. (Onda Depo, p. 168:17-25).

14. Attached hereto as Exhibit M is a true and correct copy of Ex. 58 to Onda Deposition, Settlement Agreement between LS&Co. and RP55, Inc.,

**[REDACTED]**

15. Attached hereto as Exhibit N is a true and correct copy of Ex. 60 to Onda Deposition, LS&Co.'s Complaint against Lucky Brand Dungarees, Inc. ("Lucky") alleging that the stitching design in Exhibits E1-E6 (LS-A&F 006796-6801) infringed the arcuate trademark. (*See also* Onda Depo, p. 178:5-9).

16. Attached hereto as Exhibit O is a true and correct copy of a Settlement Agreement between LS&Co. and Lucky Brand Dungarees, Inc., in which Lucky agreed that it would not in the future manufacture, license, sell or offer for sale clothing bottoms that display designs in the shapes illustrated in Exhibits C1-C6 to that agreement. The accused Lucky stitching design in Exhibit E1 to the Complaint against Lucky is not among the designs Lucky agreed to stop using. (*See also* Onda Depo, p. 180:4-8).

17. Attached hereto as Exhibit P is a true and correct copy of Ex. 47 to Onda Deposition, LS&Co. Complaint against Edwin International, U.S.A. and Edwin International, Inc., ¶ 27, alleging that Edwin stitching designs depicted in Exhibit S (LS-A&F 002635-36) infringed LS&Co. arcuate trademark. The matter was not tried and the parties entered a consent decree in which Edwin agreed to stop using the stitching design depicted in LS-A&F 002636, but in which LS&Co. permitted Edwin to continue using the stitching design depicted in LS-A&F 002635. (Onda Depo, pp. 149:8-150:9). Edwin Company Ltd.

1  registered this same design as U.S. Trademark Registration No. 3,400,414 on 3/25/2008. (*See*
2  Ex. Q to Declaration of Michael J. Bettinger in Support of Abercrombie's Motion for
3  Summary Judgment).

4      18.    Attached hereto as Exhibit Q is a true and correct copy of Ex. 1, tab 2, to the
5  transcript of the Deposition of Will Mitchell (LS-A&F 012927-28).

6      I declare under penalty of perjury under the laws of the United States of America that
7  the foregoing is true and correct:

8      EXECUTED this 26th day of August, 2008, by J. Michael Keyes.

                                  /s/ *J. Michael Keyes*
                                  J. Michael Keyes