# EXHIBIT A

Page 1

09:18:18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Levi Strauss & Co.,

       Plaintiff,

-vs-                CASE No.  C07-03752-JSW

Abercrombie & Fitch Trading Co.,

       Defendant.

_____/

DEPOSITION OF THOMAS ONDA

Wednesday, May 14, 2008

REPORTED BY:  GINA L. PETERSEN
CSR No. 9447

BONNIE L. WAGNER & ASSOCIATES
41 SUTTER STREET, SUITE 1605
SAN FRANCISCO, CA  94104
(415) 982-4849

```
 1                    A P P E A R A N C E S:

 2

          For the Plaintiff:
 3                                Townsend and Townsend and Crew
                                  BY:  Gregory S. Gilchrist
 4                                     Gia L. Cincone
                                       Attorneys at Law
 5                                Two Embarcadero Center, 8th Floor
                                  San Francisco, California   94111
 6

 7

 8        For the Defendant:

 9                                KIRKPATRICK & LOCKHART, PRESTON,
                                  GATES, ELLIS, LLP
10                                BY:   Rachel R. Davidson
                                       Attorney at Law
11                                55 Second Street
                                  Suite 1700
12                                San Francisco, California   94105

13

14

15        For the Defendant:
                                  KIRKPATRICK & LOCKHART, PRESTON,
16                                GATES, ELLIS, LLP
                                  BY:  J. Michael Keyes
17                                     Attorney at Law
                                  601 West Riverside Avenue
18                                Suite 3400
                                  Spokane, Washington   99201
19

20

21        Also Present:
                                  Mike Tunick, Videographer
22                                (707) 792-2488

23

24

25
```

| | | |
|---|---|---|
| 11:29:31 | 1 | the jean.  I have seen it in department stores since I was |
| 11:29:35 | 2 | in high school -- I have seen Brooke Shields wear it. |
| 11:29:42 | 3 | MR. GILCHRIST:  Uh-oh, too much information. |
| 11:29:47 | 4 | BY MR. KEYES: |
| 11:29:47 | 5 | Q. That is a whole other line of questioning, but is |
| 11:29:53 | 6 | Calvin Klein a competitor of Levi Strauss and Company, to |
| 11:29:55 | 7 | your knowledge? |
| 11:29:55 | 8 | A. It is a jeans manufacturer and to the extent a |
| 11:29:59 | 9 | jeans manufacturer is a competitor, yes. |
| 11:30:02 | 10 | Q. To your knowledge, has Levi Strauss and Company |
| 11:30:12 | 11 | ever opposed Calvin Klein's use of this stitching design |
| 11:30:12 | 12 | set forth in 18? |
| 11:30:12 | 13 | A. To my knowledge, no. |
| 11:30:12 | 14 | Q. To your knowledge, has Levi Strauss and Company |
| 11:30:12 | 15 | ever filed a cancellation proceeding to cancel this |
| 11:30:16 | 16 | particular trademark registration set forth in Exhibit 18? |
| 11:30:25 | 17 | A. To my knowledge, no. |
| | 18 | (Whereupon, Defendant's Exhibit 19 |
| 11:30:38 | 19 | was marked for identification.) |
| 11:30:38 | 20 | BY MR. KEYES: |
| 11:30:40 | 21 | Q. You have been handed Exhibit 19, Mr. Onda. |
| 11:30:50 | 22 | Are you familiar with the company by the name of |
| 11:30:50 | 23 | Quicksilver? |
| 11:30:50 | 24 | A. Yes, I am. |
| 11:30:51 | 25 | Q. And is Quicksilver a competitor of Levi Strauss |

Page 81

| | | |
|---|---|---|
| 11:30:55 | 1 | and Company? |
| 11:30:55 | 2 | A. Again, to the extent it sells jeans, yes. |
| 11:31:01 | 3 | Q. And to your knowledge, has Levi Strauss and |
| 11:31:03 | 4 | Company ever sued Quicksilver? |
| 11:31:13 | 5 | A. I believe there has been a prior dispute with |
| 11:31:13 | 6 | Quicksilver.  I'm not sure whether there has been an |
| 11:31:14 | 7 | actual lawsuit filed against Quicksilver.  There may have |
| 11:31:17 | 8 | been. |
| 11:31:18 | 9 | Q. Do you recall if that dispute involved the |
| 11:31:20 | 10 | arcuate trademark? |
| 11:31:21 | 11 | A. I don't recall.  I do recall there was a tab, I |
| 11:31:28 | 12 | believe, that Quicksilver was using. |
| 11:31:30 | 13 | Q. Have you ever heard of the brand name Roxy Jeans? |
| 11:31:37 | 14 | A. I have heard of it, yes. |
| 11:31:40 | 15 | Q. Do you know if Quicksilver manufactures or |
| 11:31:44 | 16 | distributes this Roxy brand of jeans? |
| 11:31:47 | 17 | A. I believe it might be one of their brands.  I'm |
| 11:31:51 | 18 | not certain. |
| 11:31:51 | 19 | Q. Can you identify if the stitching design set |
| 11:31:55 | 20 | forth in Exhibit 19 is a Roxy brand stitching design? |
| 11:32:02 | 21 | A. I'm not able to identify that as a Roxy brand |
| 11:32:06 | 22 | design. |
| 11:32:07 | 23 | Q. Have you seen this stitching design before, |
| 11:32:09 | 24 | Mr. Onda? |
| 11:32:12 | 25 | A. I don't recall if I have or have not. |

Page 82

| | | |
|---|---|---|
| 11:32:16 | 1 | Q. Has Levi Strauss and Company, to your knowledge, |
| 11:32:22 | 2 | ever alleged that this stitching design set forth in |
| 11:32:27 | 3 | Exhibit 19 is a violation of Levi Strauss and Co.'s |
| 11:32:32 | 4 | arcuate trademark? |
| 11:32:33 | 5 | A. This specific design illustrated in Exhibit 19, I |
| 11:32:38 | 6 | don't know.  I don't recall. |
| 11:32:43 | 7 | Q. Have you ever been on the Quicksilver website? |
| 11:32:47 | 8 | A. I have been on the Quicksilver website. |
| 11:32:50 | 9 | Q. Do you remember the last time you were on the |
| 11:32:52 | 10 | Quicksilver website? |
| 11:32:54 | 11 | A. I think when I was buying a gift in 2000, 2001 -- |
| 11:33:04 | 12 | I know. |
| 11:33:05 | 13 | Q. This is being tape recorded. |
| 11:33:07 | 14 | A. A gift. |
| 11:33:11 | 15 | Q. Since that time, have you been on the Quicksilver |
| 11:33:13 | 16 | website? |
| 11:33:15 | 17 | A. I don't recall specifically being on the website, |
| 11:33:18 | 18 | no. |
| 11:33:41 | 19 | (Whereupon, Defendant's Exhibit 20 |
| 11:33:42 | 20 | was marked for identification.) |
| 11:33:42 | 21 | BY MR. KEYES: |
| 11:33:45 | 22 | Q. You've been handed Exhibit 20 to the deposition, |
| 11:33:48 | 23 | Mr. Onda. |
| 11:33:49 | 24 | Are you familiar with the company called Paris |
| 11:33:54 | 25 | Blues? |

| | | |
|---|---|---|
| 11:59:07 | 1 | A. That is correct. |
| 11:59:07 | 2 | Q. Sorry. Have you ever seen this registration |
| 11:59:10 | 3 | before? |
| 11:59:14 | 4 | A. I may have, again, just in the course of my |
| 11:59:17 | 5 | day-to-day business activities, yes. |
| 11:59:19 | 6 | Q. To your knowledge, has Levi Strauss and Company |
| 11:59:22 | 7 | ever taken the position that the stitching design set |
| 11:59:26 | 8 | forth in Exhibit 24 is an infringement of the arcuate |
| 11:59:29 | 9 | trademark? |
| 11:59:30 | 10 | A. Not that I'm aware of, no. |
| 11:59:33 | 11 | Q. To your knowledge, has Levi Strauss and Company |
| 11:59:36 | 12 | ever filed a petition to cancel this registration? |
| 11:59:40 | 13 | A. Not that I'm aware of. |
| 11:59:58 | 14 | MR. KEYES: It's 12:00 o'clock. Do you want to |
| 11:59:59 | 15 | keep pressing on or would you like to take a lunch break? |
| 12:00:02 | 16 | MR. GILCHRIST: Maybe another 15 minutes or |
| 12:00:04 | 17 | something. |
| 12:00:05 | 18 | MR. KEYES: That sounds goods. |
| 12:00:05 | 19 | MR. GILCHRIST: Is that all right with you, Tom? |
| | 20 | (Whereupon, there was a discussion |
| | 21 | off the record; and, Defendant's |
| | 22 | Exhibit 25 was marked for |
| 12:00:30 | 23 | identification.) |
| 12:00:30 | 24 | BY MR. KEYES: |
| 12:00:30 | 25 | Q. Mr. Onda, take a moment to look at Exhibit 25 and |

Page 106

| | | |
|---|---|---|
| 01:22:46 | 1 | designs that LSC&CO. Considered to be, quote, highly |
| 01:22:54 | 2 | similar, end quote, to LSC&CO'S (sic) arcuate trademark; |
| 01:23:00 | 3 | is that correct? |
| 01:23:01 | 4 | A. If, in fact, that exhibit is correctly put under |
| 01:23:11 | 5 | Exhibit B, that is what it would seem to indicate. |
| 01:23:11 | 6 | Q. Okay.  Are you familiar with Lucky Brand |
| 01:23:18 | 7 | Dungarees, Inc.? |
| 01:23:18 | 8 | A. I am. |
| 01:23:19 | 9 | Q. Is that company a competitor of Levi Strauss? |
| 01:23:26 | 10 | A. Yes. |
| 01:23:26 | 11 | Q. To your way of thinking, Mr. Onda, is Lucky Brand |
| 01:23:30 | 12 | a popular brand of jeans? |
| 01:23:34 | 13 | A. My way of thinking of popular way of -- not clear |
| 01:23:45 | 14 | on that question. |
| 01:23:45 | 15 | Q. Well, do you consider Lucky Brand Dungarees to |
| 01:23:45 | 16 | manufacture a popular jean? |
| 01:23:47 | 17 | A. In my opinion -- popular?  I'm aware of its |
| 01:23:51 | 18 | existence.  I'm aware of people who wear it, so to that |
| 01:24:01 | 19 | extent. |
| 01:24:01 | 20 | MR. GILCHRIST:  Just to further comment, Mike, |
| 01:24:01 | 21 | and I'm not representing that this is in any way your |
| 01:24:02 | 22 | fault.  It may very well be ours particularly given the |
| 01:24:11 | 23 | way these documents are numbered, but the agreement refers |
| 01:24:11 | 24 | to an Exhibit C, which I don't find in here either, so it |
| 01:24:11 | 25 | appears that there is some sort of a problem with this. |

Page 107

| | | |
|---|---|---|
| 01:24:13 | 1 | We'll try to find a better or different version of this |
| 01:24:21 | 2 | and get it to you because I think this is wrong. |
| 01:24:21 | 3 | (Whereupon, Defendant's Exhibit 29 |
| 01:24:38 | 4 | was marked for identification.) |
| 01:24:38 | 5 | BY MR. KEYES: |
| 01:24:38 | 6 | Q. Mr. Onda, you have been handed Exhibit 29 to this |
| 01:24:41 | 7 | deposition. Have you seen this stitching design? |
| 01:24:44 | 8 | A. I have. |
| 01:24:45 | 9 | Q. Can you identify it for me? |
| 01:24:47 | 10 | A. It appears to be the stitching design that |
| 01:24:49 | 11 | appears on Lucky Brand Jeans. |
| 01:24:51 | 12 | Q. Have you ever seen this in the marketplace |
| 01:24:54 | 13 | before? |
| 01:24:54 | 14 | A. I have. |
| 01:24:55 | 15 | Q. Have you ever visited the Lucky Brand Dungarees |
| 01:25:01 | 16 | website? |
| 01:25:02 | 17 | A. I have. |
| 01:25:02 | 18 | Q. Have you ever seen this jean or this stitching |
| 01:25:05 | 19 | design on the Lucky Brand Dungarees website? |
| 01:25:08 | 20 | A. Yes, I have. |
| 01:25:09 | 21 | Q. And I believe you testified a moment ago you have |
| 01:25:13 | 22 | seen this stitching design in the marketplace? |
| 01:25:22 | 23 | A. Yes. |
| 01:25:22 | 24 | Q. When was the first time you saw this stitching |
| 01:25:22 | 25 | design in the marketplace? |

| | | |
|---|---|---|
| 01:42:31 | 1 | that purports to be a trademark registration, registration |
| 01:42:37 | 2 | number 1,369,104 in the name of Lawman International |
| 01:42:50 | 3 | Limited. |
| 01:42:50 | 4 | Are you familiar with the company named Lawman |
| 01:42:50 | 5 | International Limited? |
| 01:42:50 | 6 | A. I don't believe I am, no. |
| 01:42:50 | 7 | Q. Have you ever seen this trademark registration |
| 01:42:52 | 8 | before? |
| 01:42:54 | 9 | A. I don't believe I have seen this registration. |
| 01:43:01 | 10 | Q. Has Levi Strauss and Company ever filed a |
| 01:43:04 | 11 | petition to cancel this trademark registration? |
| 01:43:11 | 12 | A. I don't believe that it has. |
| | 13 | (Whereupon, Defendant's Exhibit 33 |
| 01:43:53 | 14 | was marked for identification.) |
| 01:43:53 | 15 | BY MR. KEYES: |
| 01:43:53 | 16 | Q. You have been handed Exhibit No. 33 to your |
| 01:43:53 | 17 | deposition. |
| 01:43:53 | 18 | Have you ever seen this document before, |
| 01:43:53 | 19 | Mr. Onda? |
| 01:43:53 | 20 | A. I have seen this document, yes. |
| 01:43:55 | 21 | Q. When have you seen it? |
| 01:43:58 | 22 | A. Several years ago. |
| 01:44:00 | 23 | Q. Do you recall when you first saw it? |
| 01:44:05 | 24 | A. No, I would say not specifically but early |
| 01:44:11 | 25 | 2000/1999 when I joined the company. |

af2e69b3-82d5-4d82-8582-8e2c3b0daaaa

Page 129

| | | |
|---|---|---|
| 02:02:03 | 1 | Do you see that? |
| 02:02:05 | 2 | MR. GILCHRIST: Can I -- sorry, maybe this |
| 02:02:18 | 3 | explains the problem. |
| 02:02:19 | 4 | My Exhibit 34 has -- I don't know if yours |
| 02:02:27 | 5 | does -- nevermind.  I think that what happened was you |
| 02:02:33 | 6 | gave me 34 with 36 attached to it, which is probably the |
| 02:02:40 | 7 | extra copy.  I thought it was a bigger document than it |
| 02:02:47 | 8 | was. |
| 02:02:47 | 9 | BY MR. KEYES: |
| 02:02:47 | 10 | Q. So back to Exhibit No. 34, Mr. Onda, has Levi |
| 02:02:56 | 11 | Strauss and Co. -- how did this dispute with Buffalo end, |
| 02:02:58 | 12 | and I'm speaking of the June 22nd, 2004, dispute where |
| 02:03:03 | 13 | Levi Strauss and Co. appears to have taken the position |
| 02:03:07 | 14 | that the Buffalo design attached to that letter was an |
| 02:03:11 | 15 | infringement of the arcuate mark? |
| 02:03:17 | 16 | A. I don't know whether that was the position it |
| 02:03:26 | 17 | actually took, and from the correspondence, I'm not clear |
| 02:03:26 | 18 | on how that matter was resolved. |
| 02:03:26 | 19 | Q. Do you know if this matter involving Buffalo |
| 02:03:29 | 20 | Jeans is still ongoing? |
| 02:03:32 | 21 | A. I don't recall at the moment. |
| 02:03:44 | 22 | Q. Do you know if after Ms. Cincone's letter of June |
| 02:03:44 | 23 | 22nd, 2004, if there was ever a lawsuit that was filed |
| 02:03:44 | 24 | against Buffalo Jeans? |
| 02:03:48 | 25 | A. I can't recall off the top of my head right now; |

Page 130

| | | |
|---|---|---|
| 02:03:51 | 1 | I don't know. |
| 02:03:52 | 2 | Q. So, one more question with respect to this |
| 02:04:11 | 3 | Exhibit 34. |
| 02:04:15 | 4 | As of today, is LSC&CO. taking the position that |
| 02:04:22 | 5 | Buffalo's use of this stitching is an infringement of the |
| 02:04:30 | 6 | arcuate trademark? |
| 02:04:31 | 7 | MR. GILCHRIST:  Don't answer that; calls for a |
| 02:04:34 | 8 | conclusion that is legal. |
| 02:04:34 | 9 | MR. KEYES:  I'm asking for LSC&CO.'S position as |
| 02:04:37 | 10 | of today vis-a-vis Buffalo, has it taken the position that |
| 02:04:42 | 11 | the stitching design set forth in Exhibit No. 34 is an |
| 02:04:47 | 12 | infringement of the arcuate mark? |
| 02:04:50 | 13 | MR. GILCHRIST:  To the extent that that question |
| 02:04:52 | 14 | is different than the questions he's already said he |
| 02:04:55 | 15 | doesn't know the answer to as he sits here, it can only |
| 02:04:59 | 16 | call for a legal conclusion and his legal opinion, so he |
| 02:05:07 | 17 | is not going to give it. |
| 02:05:09 | 18 | BY MR. KEYES: |
| 02:05:09 | 19 | Q. Perhaps your counsel misunderstood the nature of |
| 02:05:18 | 20 | my question.  I'm not asking for your opinion. |
| 02:05:18 | 21 | I'm not even asking for the opinion of Levi |
| 02:05:18 | 22 | Strauss and Co.  I'm asking for its position that it has |
| 02:05:20 | 23 | taken vis-a-vis Buffalo Jeans and whether the stitching |
| 02:05:24 | 24 | design in Exhibit 34 is an infringement of the arcuate |
| 02:05:29 | 25 | trademark? |

Page 138

02:32:07    1    back to our office.  Apparently, a document showing that

02:32:10    2    may not have been produced to you the other day, so they

02:32:20    3    are faxing it over to you today, but the witness is -- the

02:32:23    4    witness has got some clarifications if you want to ask him

02:32:27    5    about that.

02:32:27    6               You may want to wait until the document gets

02:32:30    7    here.

02:32:30    8               MR. KEYES:  I think we'll do that.  Thank you.

02:32:34    9    We'll move on to Exhibit 40, Mr. Onda.

            10                      (Whereupon, Defendant's Exhibit 40

            11                      was marked for identification.)

02:32:37    12              THE WITNESS:  Yes.

02:32:38    13    BY MR. KEYES:

02:32:41    14         Q. Have you seen this document before?

02:32:44    15         A. Yes, I believe I have seen this registration.

02:32:47    16         Q. When did you see it?

02:32:51    17         A. I would say within the last year.

02:32:56    18         Q. Is this one of the registrations that came

02:32:59    19    through on your watch service?

02:33:02    20         A. It may have.

02:33:06    21         Q. Did Levi Strauss and Co. file a cancellation

02:33:12    22    petition with respect to this registration?

02:33:14    23         A. I believe it has not currently filed a

02:33:18    24    cancellation action.

02:33:28    25                      (Whereupon, Defendant's Exhibit 41

| 02:35:07 | 1 | example of a pocket design that does not violate this |
| 02:35:12 | 2 | provision is shown in Exhibit C2." |
| 02:35:14 | 3 | A. I see that. |
| 02:35:16 | 4 | Q. So if you go to C2 of this agreement, it appears |
| 02:35:32 | 5 | as though it was LSC&CO.'s position that C2 would not be a |
| 02:35:37 | 6 | violation of Levi's arcuate trademark; is that a fair -- |
| 02:35:43 | 7 | MR. GILCHRIST: I object to the extent that that |
| 02:35:45 | 8 | mischaracterizes the agreement. |
| 02:35:46 | 9 | BY MR. KEYES: |
| 02:35:46 | 10 | Q. Is that a fair statement, Mr. Onda? |
| 02:35:49 | 11 | A. Let's see. The agreement states that an example |
| 02:35:50 | 12 | of a pocket design that does not violate this provision is |
| 02:35:59 | 13 | shown in C2. |
| 02:35:59 | 14 | Q. So, is it also a fair statement to state that |
| 02:36:01 | 15 | Levi Strauss did not prohibit Z. Cavaricci from |
| 02:36:05 | 16 | manufacturing pocket stitching designs that bear the |
| 02:36:09 | 17 | design in Exhibit C2? |
| 02:36:12 | 18 | A. I'm sorry. Can you state that one more time? |
| 02:36:14 | 19 | Q. Sure. This settlement agreement does not |
| 02:36:19 | 20 | prohibit Z. Cavaricci from manufacturing garments with the |
| 02:36:23 | 21 | C2 design on them, does it? |
| 02:36:28 | 22 | A. I believe that would be an interpretation of 4C |
| 02:36:33 | 23 | to the extent that is an example of a pocket design that |
| 02:36:36 | 24 | does not violate this 4C provision. |
| 02:36:41 | 25 | Q. Do you see anywhere in here that Levi Strauss and |

af2e69b3-82d5-4d82-8582-8e2c3b0daaaa

| | | |
|---|---|---|
| 02:36:46 | 1 | Co. was prohibiting Z. Cavaricci from manufacturing a |
| 02:36:51 | 2 | garment with the C2 design on it? |
| 02:36:56 | 3 | A. With the C2 design?  No. |
| 02:37:01 | 4 | Q. In fact, doesn't the agreement state that the |
| 02:37:07 | 5 | design in Exhibit C2 was not one of the designs that was |
| 02:37:14 | 6 | prohibited? |
| 02:37:20 | 7 | A. That would be my understanding, yes, the C2 |
| 02:37:24 | 8 | design was not prohibited. |
| 02:37:30 | 9 | (Whereupon, Defendant's Exhibit 42 |
| 02:37:49 | 10 | was marked for identification.) |
| 02:37:49 | 11 | BY MR. KEYES: |
| 02:37:50 | 12 | Q. This is Exhibit 42 to your deposition, Mr. Onda. |
| 02:37:55 | 13 | The first page is a cover letter.  Second page is a |
| 02:37:59 | 14 | settlement agreement between Levi Strauss and Dorinha |
| 02:38:03 | 15 | Jeanswear. |
| 02:38:08 | 16 | Flip to page 5 of that agreement.  That's |
| 02:38:11 | 17 | LS-Dorinha118. |
| 02:38:16 | 18 | A. Yes. |
| 02:38:16 | 19 | Q. Is that your signature there? |
| 02:38:18 | 20 | A. It is. |
| 02:38:18 | 21 | Q. Did you review this document before you executed |
| 02:38:27 | 22 | it? |
| 02:38:27 | 23 | A. I did. |
| 02:38:28 | 24 | Q. Pursuant to this agreement Levi Strauss and |
| 02:38:34 | 25 | Company was taking the position that certain Dorinha |

Page 143

| | | |
|---|---|---|
| 02:40:39 | 1 | MR. GILCHRIST:  I guess you said "sell," so that |
| 02:40:43 | 2 | would be currently. |
| 02:40:43 | 3 | THE WITNESS:  Yes, it does sell clothing in the |
| 02:40:52 | 4 | United States. |
| 02:40:52 | 5 | BY MR. KEYES: |
| 02:40:52 | 6 | Q. Do you know if it has any outlets here in |
| 02:40:52 | 7 | San Francisco, for example? |
| 02:40:52 | 8 | A. I know that they do have a retail store on Union |
| 02:40:55 | 9 | Square in San Francisco. |
| 02:40:57 | 10 | Q. Are you familiar with any other instances or |
| 02:41:00 | 11 | locations where they have retail locations? |
| 02:41:04 | 12 | A. No. |
| 02:41:05 | 13 | Q. Has Levi Strauss and Co. ever filed a |
| 02:41:13 | 14 | cancellation petition with respect to the trademark |
| 02:41:13 | 15 | registration in Exhibit 43? |
| 02:41:18 | 16 | A. I'm not aware that it has. |
| 02:41:29 | 17 | (Whereupon, Defendant's Exhibit 44 |
| | 18 | was marked for identification.) |
| 02:41:41 | 19 | BY MR. KEYES: |
| 02:41:41 | 20 | Q. You have been handed Exhibit 44 to your |
| 02:41:47 | 21 | deposition today. |
| 02:41:47 | 22 | Have you seen this trademark registration before? |
| 02:41:49 | 23 | A. I don't believe I have seen this one. |
| 02:41:51 | 24 | Q. On the back page, just so you know, this is a -- |
| 02:41:56 | 25 | I included this -- it's the drawing page from the |

Page 144

| | | |
|---|---|---|
| 02:41:59 | 1 | trademark application.  I obtained it from the USPTO |
| 02:42:07 | 2 | website. |
| 02:42:08 | 3 | Okay.  I'm sorry.  Did you say you have seen this |
| 02:42:11 | 4 | registration before or not? |
| 02:42:12 | 5 | A. I don't believe I have seen this registration. |
| 02:42:17 | 6 | Q. Has Levi Strauss and Company ever filed a |
| 02:42:21 | 7 | cancellation petition with respect to this trademark |
| 02:42:25 | 8 | registration? |
| 02:42:26 | 9 | A. I'm not aware of any cancellation petition. |
| 02:42:37 | 10 | Q. Are you familiar with the company GA Modefine? |
| 02:42:37 | 11 | A. I am not. |
| 02:42:37 | 12 | Q. The registrant? |
| 02:42:37 | 13 | A. I am not. |
| 02:42:38 | 14 | Q. Have you ever seen any to your knowledge -- to |
| 02:42:43 | 15 | your knowledge, have you ever seen any garments bearing |
| 02:42:47 | 16 | the stitching design set forth here in Exhibit No. 44? |
| 02:42:56 | 17 | A. I don't believe so. |
| 02:43:21 | 18 | (Whereupon, Defendant's Exhibit 45 |
| 02:43:22 | 19 | was marked for identification.) |
| 02:43:22 | 20 | BY MR. KEYES: |
| 02:43:30 | 21 | Q. You have been handed Exhibit 45 to your |
| 02:43:32 | 22 | deposition. |
| 02:43:34 | 23 | Have you seen this before, Mr. Onda? |
| 02:43:37 | 24 | A. This particular document, I don't believe so. |
| 02:43:51 | 25 | Q. Okay.  This apparently is a response to -- the |

Page 146

| | | |
|---|---|---|
| 02:45:17 | 1 | proceeding with respect to this design? |
| 02:45:19 | 2 | A. If there was an opposition proceeding, I would |
| 02:45:22 | 3 | have authorized it. |
| 02:45:26 | 4 | Q. If you turn to 3 or three pages in, it's Bates |
| 02:45:35 | 5 | stamped LS-Buffalo961, and it's a document titled, "Notice |
| 02:45:37 | 6 | of Opposition." |
| 02:45:39 | 7 | A. Yes. |
| 02:45:39 | 8 | Q. And it's signed by Gail Nevius? |
| 02:45:51 | 9 | A. Yes. |
| 02:45:52 | 10 | Q. Do you know if this was submitted to the US |
| 02:45:56 | 11 | Patent and Trademark Office? |
| 02:46:00 | 12 | A. From the document itself, it looks like it, in |
| 02:46:04 | 13 | fact, was and has an expressed mailing number and US date |
| 02:46:07 | 14 | of deposit. |
| 02:46:17 | 15 | Q. Is this the opposition that you referenced just a |
| 02:46:17 | 16 | few moments ago? |
| 02:46:17 | 17 | A. It looks like this is the opposition, yes. |
| 02:46:17 | 18 | Q. What was the outcome of this opposition, |
| 02:46:26 | 19 | Mr. Onda? |
| 02:46:27 | 20 | A. I believe that the applicant ultimately agreed to |
| 02:46:34 | 21 | stop using the subject design and withdrew its |
| 02:46:37 | 22 | application. |
| 02:46:39 | 23 | Q. Did you review this Notice of Opposition before |
| 02:46:46 | 24 | it was filed? |
| 02:46:55 | 25 | A. Yes. |

Page 147

| | | |
|---|---|---|
| 02:47:06 | 1 | (Whereupon, Defendant's Exhibit 46 |
| 02:47:28 | 2 | was marked for identification.) |
| 02:47:28 | 3 | BY MR. KEYES: |
| 02:47:29 | 4 | Q. You have been handed Exhibit 46 to your |
| 02:47:34 | 5 | deposition. |
| 02:47:39 | 6 | It's a printout from Tess. |
| 02:47:46 | 7 | Have you seen this particular mark before? |
| 02:47:49 | 8 | A. I don't believe I have seen this mark. |
| 02:47:54 | 9 | Q. So do you know if this mark was in one of your |
| 02:48:00 | 10 | watch notices that you received? |
| 02:48:03 | 11 | A. I don't believe I have seen it in the watch |
| 02:48:05 | 12 | notice. |
| 02:48:09 | 13 | Q. To your knowledge, has Levi Strauss and Co. |
| 02:48:15 | 14 | opposed the registration of this particular mark? |
| 02:48:19 | 15 | A. Not to my knowledge. |
| 02:48:32 | 16 | (Whereupon, Defendant's Exhibit 47 |
| 02:48:51 | 17 | was marked for identification.) |
| 02:48:51 | 18 | BY MR. KEYES: |
| 02:48:58 | 19 | Q. Mr. Onda, you have been handed Exhibit No. 47 to |
| 02:49:02 | 20 | your deposition today. |
| 02:49:10 | 21 | The first several pages appear to be a complaint |
| 02:49:13 | 22 | from Levi Strauss versus Edwin. |
| 02:49:16 | 23 | Have you seen this document before? |
| 02:49:20 | 24 | A. I have seen this document before. |
| 02:49:30 | 25 | Q. The complaint on page 16 was signed by |

Page 149

| | | |
|---|---|---|
| 02:51:41 | 1 | A. It is not. |
| 02:51:42 | 2 | Q. When was it terminated or when was it resolved? |
| 02:51:48 | 3 | A. I believe it was resolved in 2000, 2001 during |
| 02:51:57 | 4 | that time period. |
| 02:51:57 | 5 | Q. So during the time that you -- after you came on |
| 02:51:57 | 6 | board? |
| 02:51:57 | 7 | A. Yes. |
| 02:51:59 | 8 | Q. What was the nature of the resolution?  Was the |
| 02:52:04 | 9 | case -- was it ultimately tried, the case, or what |
| 02:52:05 | 10 | happened, if you know? |
| 02:52:06 | 11 | A. I don't believe it was ultimately tried.  I |
| 02:52:12 | 12 | believe that the Defendant Edwin had agreed to cease using |
| 02:52:18 | 13 | a lot of the marks at issue and because of that, we had |
| 02:52:23 | 14 | reached a settlement agreement that ended up being a |
| 02:52:30 | 15 | consent judgment, I believe, stipulated judgment, with |
| 02:52:30 | 16 | respect to the marks that he had agreed to stop using and |
| 02:52:42 | 17 | I believe on one of the stitching designs, that they were |
| 02:52:42 | 18 | permitted to continue use of that particular design in |
| 02:52:45 | 19 | context of not using the other marks that were at issue. |
| 02:52:49 | 20 | Q. Do you know if under this consent decree that you |
| 02:52:53 | 21 | referenced, if 2635 is one of the prohibited designs? |
| 02:53:10 | 22 | A. One of the prohibited designs? |
| 02:53:10 | 23 | Q. Correct, one of the designs that Edwin agreed to |
| 02:53:10 | 24 | not use anymore? |
| 02:53:11 | 25 | A. I believe -- no, I believe 2635, that particular |

Page 150

| | | |
|---|---|---|
| 02:53:22 | 1 | design, that was one of the ones that Edwin was permitted |
| 02:53:22 | 2 | to continue using without any of the other trademarks that |
| 02:53:25 | 3 | were at issue. |
| 02:53:26 | 4 | Q. What about the one in 2636? |
| 02:53:31 | 5 | A. I believe they had agreed to stop using that |
| 02:53:35 | 6 | particular design. |
| 02:53:38 | 7 | Q. And did the resolution of this case culminate in |
| 02:53:47 | 8 | a settlement agreement? |
| 02:53:47 | 9 | A. I believe it was a consent judgment. |
| 02:53:47 | 10 | Q. So there is no underlying settlement agreement? |
| 02:53:49 | 11 | A. I don't believe there was an underlying |
| 02:53:51 | 12 | settlement agreement. |
| 02:53:58 | 13 | Q. So this matter was resolved in 2001 or 2002 I |
| 02:54:11 | 14 | think you indicated? |
| 02:54:11 | 15 | A. Yes. |
| 02:54:11 | 16 | Q. Was there a subsequent lawsuit filed against |
| 02:54:11 | 17 | Edwin? |
| 02:54:11 | 18 | A. I don't believe there was. |
| 02:54:11 | 19 | Q. So this is, to your knowledge -- to your |
| 02:54:18 | 20 | knowledge, this is the last litigation -- piece of |
| 02:54:18 | 21 | litigation against Edwin? |
| 02:54:18 | 22 | A. I believe that is correct, yes. |
| | 23 | (Whereupon, Defendant's Exhibit 48 |
| 02:55:01 | 24 | was marked for identification.) |
| 02:55:01 | 25 | BY MR. KEYES: |

Page 151

| 02:55:01 | 1 | Q. This is Exhibit 48 to your deposition, Mr. Onda. |
|---|---|---|
| 02:55:04 | 2 | Have you seen this trademark registration before? |
| 02:55:07 | 3 | A. Not the registration.  I believe I may have seen |
| 02:55:13 | 4 | the application for it. |
| 02:55:17 | 5 | Q. And when you saw the application, was that on |
| 02:55:19 | 6 | your watch notice? |
| 02:55:22 | 7 | A. It may have been or through the Official Gazette, |
| 02:55:27 | 8 | the paralegal reviewing the Official Gazette. |
| 02:55:31 | 9 | Q. Levi Strauss and Co. ever file an opposition with |
| 02:55:37 | 10 | respect to this application? |
| 02:55:39 | 11 | A. I believe it has not, no. |
| 02:55:42 | 12 | Q. To your knowledge, the stitching design set forth |
| 02:55:49 | 13 | in Exhibit No. 48, is it the same stitching design that |
| 02:55:53 | 14 | was alleged to be an infringement in the Edwin suit? |
| 02:55:58 | 15 | MR. GILCHRIST:  Well, the designs speak for |
| 02:55:59 | 16 | themselves, and there are obviously differences between |
| 02:56:03 | 17 | the two, and there are some similarities as well, so I |
| 02:56:07 | 18 | don't know what your question means by "is it the same?" |
| 02:56:20 | 19 | THE WITNESS:  To echo Counsel's statement there, |
| 02:56:20 | 20 | vague with respect to the term "the same." |
| 02:56:22 | 21 | The design that was at issue in the prior lawsuit |
| 02:56:25 | 22 | also involved other infringing marks, and I believe the |
| 02:56:30 | 23 | designs speak for themselves in terms of an objective |
| 02:56:33 | 24 | comparison, whether they are the same or not. |
| 02:56:36 | 25 | BY MR. KEYES: |

Page 152

| | | |
|---|---|---|
| 02:56:39 | 1 | Q. Have you seen goods in the marketplace bearing |
| 02:56:47 | 2 | this stitching design in Exhibit 48? |
| 02:56:52 | 3 | A. I have not. |
| 02:56:54 | 4 | Q. Are you aware of anyone else at Levi Strauss and |
| 02:57:00 | 5 | Co. Seeing stitching designs or seeing garments bearing |
| 02:57:04 | 6 | the stitching design in Exhibit 48? |
| 02:57:06 | 7 | A. No. |
| 02:57:29 | 8 | (Whereupon, Defendant's Exhibit 49 |
| 02:57:30 | 9 | was marked for identification.) |
| 02:57:30 | 10 | BY MR. KEYES: |
| 02:57:31 | 11 | Q. I think you testified earlier this morning, Mr. |
| 02:57:35 | 12 | Onda, that you were familiar with the company by the name |
| 02:57:38 | 13 | of Paris Blues? |
| 02:57:39 | 14 | A. Yes. |
| 02:57:40 | 15 | Q. And Exhibit 49 to your deposition is a |
| 02:57:52 | 16 | registration of Paris Blues.  Do you see that? |
| 02:57:54 | 17 | A. Yes. |
| 02:57:57 | 18 | Q. Have you seen this registration before? |
| 02:57:57 | 19 | A. I do recall seeing the registration, yes. |
| 02:58:00 | 20 | Q. When do you recall seeing it? |
| 02:58:05 | 21 | A. Around 2000 when it was registered. |
| 02:58:05 | 22 | Q. Where did you see it? |
| 02:58:09 | 23 | A. I believe this design may have been the subject |
| 02:58:16 | 24 | of one of our actions against Paris Blues. |
| 02:58:19 | 25 | Q. And did you file a petition to cancel this |

af2e69b3-82d5-4d82-8582-8e2c3b0daaaa

Page 153

| | | |
|---|---|---|
| 02:58:30 | 1 | registration? |
| 02:58:30 | 2 | A. I don't recall what action, if any, was taken |
| 02:58:30 | 3 | against this particular design. |
| 02:58:35 | 4 | Q. Do you recall if during the prosecution or during |
| 02:58:37 | 5 | Paris Blues' prosecution application, if Levi Strauss and |
| 02:58:43 | 6 | Co. filed an opposition? |
| 02:58:45 | 7 | MR. GILCHRIST: Lacks foundation. |
| 02:58:51 | 8 | THE WITNESS: If -- when it was published for |
| 02:58:53 | 9 | opposition, it was published before 2000, which would have |
| 02:59:05 | 10 | been prior to the time I was with the company, so I'm not |
| 02:59:05 | 11 | aware of that. |
| 02:59:05 | 12 | BY MR. KEYES: |
| 02:59:05 | 13 | Q. I may have asked this before, but have you been |
| 02:59:05 | 14 | on the Paris Blues website? |
| 02:59:06 | 15 | A. No, I have not. |
| 02:59:07 | 16 | Q. Has anyone on your legal team, to your knowledge, |
| 02:59:09 | 17 | been to the Paris Blues website? |
| 02:59:15 | 18 | A. Not that I'm aware of. |
| 02:59:37 | 19 | (Whereupon, Defendant's Exhibit 50 |
| | 20 | was marked for identification.) |
| | 21 | BY MR. KEYES: |
| 02:59:39 | 22 | Q. This is Exhibit 50, Mr. Onda, have you ever see |
| 02:59:47 | 23 | this trademark registration before? |
| 02:59:47 | 24 | A. I have seen this one. |
| 02:59:47 | 25 | Q. When did you see it? |

Page 154

| | | |
|---|---|---|
| 02:59:47 | 1 | A. Probably when it was close to the time that it |
| 02:59:48 | 2 | was registered, last year. |
| 02:59:50 | 3 | Q. Did Levi Strauss and Co. or has Levi Strauss and |
| 03:00:05 | 4 | Co. filed a cancellation to cancel this particular |
| 03:00:05 | 5 | registration? |
| 03:00:05 | 6 | A. No, it has not. |
| 03:00:05 | 7 | Q. Do you know if Levi Strauss & Co. received a |
| 03:00:11 | 8 | watch notice indicating that this mark was being published |
| 03:00:18 | 9 | for opposition? |
| 03:00:18 | 10 | A. I don't recall whether we received the watch |
| 03:00:21 | 11 | notice for this design or not. |
| 03:00:25 | 12 | Q. To your knowledge, did Levi Strauss & Co. ever |
| 03:00:28 | 13 | oppose the registration of this particular registration? |
| 03:00:35 | 14 | A. To my knowledge, it has not. |
| 03:00:37 | 15 | Q. Are you familiar with the company called Mudd, |
| 03:00:42 | 16 | LLC? |
| 03:00:43 | 17 | A. Yes, I am. |
| 03:00:43 | 18 | Q. What do you know about Mudd, LLC? |
| 03:00:48 | 19 | A. Mudd, it is an apparel company that makes jeans |
| 03:00:53 | 20 | and accessories, jackets, pants, tops. |
| 03:00:58 | 21 | Q. Is Mudd, LLC, a competitor of Levi Strauss? |
| 03:01:02 | 22 | A. Yes. |
| 03:01:03 | 23 | Q. And Levi Strauss, in fact, has sued Mudd, LLC, in |
| 03:01:10 | 24 | the past, hasn't it? |
| 03:01:11 | 25 | A. Yes, I believe that is correct. |

Page 155

03:01:13    1         Q. And it has sued Mudd, LLC, with respect to

03:01:17    2    alleged infringements of the Levi's arcuate trademark?

03:01:26    3            MR. GILCHRIST:  Can you repeat that question?

03:01:26    4            MR. KEYES:  I can state it again.

03:01:28    5    BY MR. KEYES:

03:01:28    6         Q. Levi Strauss & Co. sued Mudd, LLC over alleged

03:01:34    7    infringement of the arcuate trademark; right?

03:01:35    8         A. I don't remember what the subject of the lawsuit

03:01:37    9    was, whether it was stitching, tab.

03:01:44    10        Q. Do you remember when that lawsuit was, Mr. Onda?

03:01:48    11        A. I believe a few years ago.

03:02:09    12                       (Whereupon, Defendant's Exhibit 51

            13                        was marked for identification.)

            14    BY MR. KEYES:

03:02:10    15        Q. This is Exhibit 51 to your deposition.

03:02:13    16           Have you seen this registration before?

03:02:16    17        A. I belive I have seen this registration.

03:02:18    18        Q. When did you see it?

03:02:21    19        A. Probably around the time that the mark

03:02:23    20    registered, 2005.

03:02:28    21        Q. Did this come across on a watch notice to you?

03:02:33    22        A. I don't remember whether I saw it through a watch

03:02:35    23    notice or otherwise.

03:02:39    24        Q. Has Levi Strauss & Co. ever opposed registration

03:02:42    25    of this particular stitching design?

Page 156

| | | |
|---|---|---|
| 03:02:46 | 1 | A. I don't believe it did oppose this design. |
| 03:02:50 | 2 | Q. Did Levi Strauss and Company file a cancellation |
| 03:02:53 | 3 | petition to this registration? |
| 03:02:57 | 4 | A. I don't believe it did. |
| 03:02:57 | 5 | (Whereupon, Defendant's Exhibit 52 |
| 03:03:26 | 6 | was marked for identification.) |
| 03:03:26 | 7 | BY MR. KEYES: |
| 03:03:26 | 8 | Q. Mr. Onda, this is Exhibit 52.  The document filed |
| 03:03:34 | 9 | with the Northern District of California.  It's a Final |
| 03:03:36 | 10 | Judgment Upon Consent and Permanent Injunction. |
| 03:03:46 | 11 | Have you seen this document before? |
| 03:03:47 | 12 | A. Yes. |
| 03:03:51 | 13 | Q. Go to page 4.  Is that your signature there? |
| 03:03:58 | 14 | A. Yes, it is. |
| 03:04:02 | 15 | Q. Pursuant to the terms of this injunction of the |
| 03:04:06 | 16 | defendant Jou Jou Design was enjoined from manufacturing |
| 03:04:13 | 17 | and producing certain pocket designs, was it not? |
| 03:04:25 | 18 | A. Pocket designs, looks like tabs, stitching |
| 03:04:36 | 19 | designs, yes. |
| 03:04:36 | 20 | Q. And two of the prohibited stitching designs are |
| 03:04:36 | 21 | set forth in Exhibit A2; isn't that correct? |
| 03:04:40 | 22 | A. Yes, that is correct. |
| 03:04:46 | 23 | Q. Was it LSC&CO.'s position at that time -- did it |
| 03:04:50 | 24 | take this position vis-a-vis Jou Jou Design, that the |
| 03:04:56 | 25 | designs in Exhibit A2 constituted infringement of the |

Page 159

| | | |
|---|---|---|
| 03:08:00 | 1 | registrations. |
| 03:08:03 | 2 | Q. And I apologize, I may have asked this already, |
| 03:08:07 | 3 | but has Levi's filed a cancellation proceeding with |
| 03:08:11 | 4 | respect to these registrations? |
| 03:08:14 | 5 | A. I don't believe that it has. |
| 03:08:47 | 6 | (Whereupon, Defendant's Exhibit 54 |
| 03:08:48 | 7 | was marked for identification.) |
| 03:08:48 | 8 | BY MR. KEYES: |
| 03:08:49 | 9 | Q. Are you familiar with the company Brown Label |
| 03:08:53 | 10 | Jeans? |
| 03:08:53 | 11 | A. I am, yes. |
| 03:08:53 | 12 | Q. This Exhibit 54 is a letter that appears to be |
| 03:08:57 | 13 | written by Gia Cincone to Brown Label over its alleged use |
| 03:09:05 | 14 | of a particular stitching design. |
| 03:09:07 | 15 | Do you see that, Mr. Onda? |
| 03:09:08 | 16 | A. I do. |
| 03:09:09 | 17 | Q. And did you authorize Ms. Cincone to send this |
| 03:09:13 | 18 | letter on behalf of Levi Strauss & Co.? |
| 03:09:20 | 19 | A. I did. |
| 03:09:20 | 20 | Q. To your knowledge, did Brown Label agree to stop |
| 03:09:22 | 21 | manufacturing or producing this stitching design? |
| 03:09:26 | 22 | A. The matter is currently -- we are in discussions |
| 03:09:31 | 23 | with Brown Label. |
| 03:09:34 | 24 | Q. Has a lawsuit been filed against Brown Label over |
| 03:09:38 | 25 | its use of this stitching design? |

af2e69b3-82d5-4d82-8582-8e2c3b0daaaa

Page 163

| | | |
|---|---|---|
| 03:13:58 | 1 | Q. You have been handed Exhibit 55 to your |
| 03:14:10 | 2 | deposition today, Mr. Onda. |
| 03:14:10 | 3 | Have you seen this particular stitching design |
| 03:14:10 | 4 | before? |
| 03:14:10 | 5 | A. I believe that I may have, yes. |
| 03:14:10 | 6 | Q. When have you seen it? |
| 03:14:14 | 7 | A. Perhaps when it was pending application -- |
| 03:14:19 | 8 | pending registration. |
| 03:14:23 | 9 | Q. And would you have seen it through your watch dog |
| 03:14:24 | 10 | service or your watch noticce service? |
| 03:14:28 | 11 | A. I don't believe so.  I believe it was in |
| 03:14:32 | 12 | connection -- we have had other infringement matters |
| 03:14:35 | 13 | against Zana-di.  I think I became aware of it during that |
| 03:14:38 | 14 | time. |
| 03:14:38 | 15 | Q. And what time would that have been? |
| 03:14:40 | 16 | A. Probably within the past couple of years. |
| 03:14:45 | 17 | Q. Did Levi Strauss & Co. ever take the position |
| 03:14:49 | 18 | that the Zana-di registration was an infringement of the |
| 03:14:53 | 19 | arcuate trademark? |
| 03:14:58 | 20 | A. This particular design, I don't believe this |
| 03:15:00 | 21 | design was challenged. |
| 03:15:02 | 22 | Q. So is it fair to say that Levi Strauss and Co. |
| 03:15:12 | 23 | Never filed an opposition proceeding with respect to this |
| 03:15:12 | 24 | Zana-di trademark registration? |
| 03:15:12 | 25 | A. I believe that is correct. |

Page 168

| | | |
|---|---|---|
| 03:37:30 | 1 | just, for the record, I included a little bit better |
| 03:37:36 | 2 | copies of Exhibits K1 and K2 and L1 and L2 -- |
| 03:37:44 | 3 | A. I see. |
| 03:37:44 | 4 | Q. -- at the back of the complaint. |
| 03:37:47 | 5 | So tell me about Exhibits K1 and K2. |
| 03:37:54 | 6 | A. Can you be more specific? |
| 03:37:56 | 7 | Q. Yeah.  The case -- how was the case resolved |
| 03:37:59 | 8 | with respect to Exhibits K1 and K2? |
| 03:38:03 | 9 | MR. GILCHRIST:  I would note, on K2 is one of the |
| 03:38:06 | 10 | marks that appears also on one of the L exhibits.  I would |
| 03:38:11 | 11 | also note that the injunction speaks for itself, but I |
| 03:38:16 | 12 | think you are talking about the stitching design is K; |
| 03:38:19 | 13 | right? |
| 03:38:19 | 14 | MR. KEYES:  I'm speaking about -- yes, the |
| 03:38:25 | 15 | stitching design in Exhibits K1 and K2. |
| 03:38:29 | 16 | BY MR. KEYES: |
| 03:38:29 | 17 | Q. How was the case resolved with respect to those |
| 03:38:31 | 18 | stitching designs? |
| 03:38:31 | 19 | A. Through the settlement agreement. |
| 03:38:34 | 20 | Q. Was RP55 enjoined from using the stitching |
| 03:38:44 | 21 | design? |
| 03:38:44 | 22 | A. Enjoined, no. |
| 03:38:44 | 23 | Q. Did RP55 agree to stop manufacturing garments |
| 03:38:54 | 24 | with the K1 and K2 stitching design on them? |
| 03:38:54 | 25 | A. No. |

Page 178

```
03:53:25    1    agreement?

03:53:25    2              MR. KEYES:  Yep.

03:53:26    3              MR. GILCHRIST:  Okay, sorry.  Got it.

03:53:33    4    BY MR. KEYES:

03:53:35    5         Q. So, Mr. Onda, the stitching designs in Exhibit E1

03:53:50    6    through E6, it's my understanding that Levi's was taking

03:53:50    7    the position that those stitching designs were an

03:53:53    8    infringement of the arcuate trademark; is that correct?

03:53:53    9         A. Yes.

03:53:53    10        Q. The time of the filing of the federal action, had

03:53:58    11   you seen the stitching designs set forth in Exhibit E1?

03:54:04    12        A. Yes, I have -- Yes, I did.

03:54:10    13        Q. Where had you seen it?

03:54:10    14        A. I'm not sure where we acquired the garment from

03:54:14    15   outside counsel, but I was shown a copy of it.

03:54:17    16        Q. If you turn to Bates stamp 5651, this is a

03:54:29    17   document that purports to be a settlement agreement

03:54:32    18   between Levi Strauss and Lucky Brand Dungarees.

03:54:35    19        A. Yes.

03:54:36    20        Q. Turn to page 5 of that document, Mr. Onda.

03:54:44    21        A. Yes.

03:54:44    22        Q. Is that your signature?

03:54:46    23        A. It is.

03:54:46    24        Q. It says your title is Assistant Secretary?

03:54:56    25        A. Yes.
```

Page 180

03:57:07  1    complaint.

03:57:16  2         A. Yeah, give me a second.

03:58:24  3         Yes, okay.

03:58:28  4         Q. So under the settlement agreement was Lucky Brand

03:58:34  5    Dungarees prohibited from manufacturing garments bearing

03:58:44  6    the E1 stitching design from the complaint?

03:58:44  7         A. It appears that design is not included in Exhibit

03:58:51  8    C in this agreement.

03:58:53  9         Q. Do you know if Lucky Brand Dungarees is currently

03:58:59  10   manufacturing or selling jeans with the E1 stitching

03:59:01  11   design on them?

03:59:04  12        A. I don't know whether it is or not.

03:59:42  13                       (Whereupon, Defendant's Exhibit 61

03:59:42  14                        was marked for identification.)

03:59:42  15   BY MR. KEYES:

03:59:43  16        Q. One more question with respect to Exhibit 60,

03:59:47  17   Mr. Onda, are you aware of any other documents

03:59:51  18   memorializing a settlement agreement between Levi Strauss

03:59:54  19   & Co. and Lucky Brand Dungarees with respect to the

03:59:58  20   lawsuit referenced in Exhibit 60?

04:00:02  21        A. Other than these documents here?

04:00:11  22        Q. Correct.

04:00:11  23        A. I don't know.  I know we have had several matters

04:00:12  24   with Lucky Brand and whether this is the complete

04:00:15  25   resolution for this case, I can't say.

Page 195

| | | |
|---|---|---|
| 04:24:57 | 1 | A. Yes. |
| 04:24:58 | 2 | Q. It states that, "Because A&F willfully intended |
| | 3 | to trade on LS&CO.'s reputation and/or to cause dilution |
| | 4 | of LS&CO.'s famous trademark, LS&CO. is entitled to |
| | 5 | damages, extraordinary damages, fees and costs pursuant to |
| | 6 | 15 U.S.C. 1125 C2." |
| 04:25:03 | 7 | A. Yes. |
| 04:25:16 | 8 | Q. Mr. Onda, what facts does LS&CO. have to support |
| 04:25:26 | 9 | the statement that A&F acted willfully and intended to |
| 04:25:30 | 10 | trade on LS&CO.'s reputation or to cause dilution of |
| 04:25:36 | 11 | LS&CO.'s famous trademark? |
| 04:25:38 | 12 | A. The similarity between the marks in general and |
| 04:25:41 | 13 | also the fact that Abercrombie continues to use the mark |
| 04:25:47 | 14 | even after the suit was filed and also with my discussions |
| 04:25:50 | 15 | with Abercrombie's in-house intellectual property lawyer, |
| 04:25:56 | 16 | Reed Wilson. Back in September, we met to talk about the |
| 04:25:59 | 17 | case, and he gave me some background information on the |
| 04:26:02 | 18 | origin of the design, and it's my understanding that the |
| 04:26:06 | 19 | initial design that appeared on the Ruehl back pocket was |
| 04:26:10 | 20 | a small script R on the right-hand pocket in the lower |
| 04:26:14 | 21 | right-hand corner, and the company was looking to change |
| 04:26:17 | 22 | its design. They wanted a design that spanned across the |
| 04:26:21 | 23 | entire pocket, so they took the script R, and they added |
| 04:26:26 | 24 | long tails to it, so when you hold it up this |
| 04:26:29 | 25 | (indicating), way you have the R design with the long |

Page 212

1    STATE OF CALIFORNIA          )

2                                 )  S.S.

3    COUNTY OF SONOMA             )

4

5         I, a Certified Shorthand Reporter of the State of

6    California, hereby certify that the witness in the

7    foregoing deposition was by me duly sworn to testify the

8    truth, the whole truth, and nothing but the truth in the

9    entitled cause.

10        That said deposition was taken at the time and

11   place therein stated; that the testimony of the said

12   witness was reported by me,

13

14                    Gina Petersen,

15   a certified shorthand reporter, that the foregoing is a

16   full, true and complete record of said testimony; and that

17   the witness was given an opportunity to read and correct

18   said deposition and to subscribe the same.

19        Should the signature of the witness not be

20   affixed to the deposition, the witness shall not have

21   availed himself of the opportunity to sign or the

22   signature has been waived.

23        I further certify that I am not of counsel or

24   attorney for either or any of the parties in the foregoing

25   deposition and caption named, or in any way interested in

1   the outcome of the cause named in said action.

2       IN WITNESS WHEREOF, I have hereunto set my hand and

3   affixed my seal of office this _25th_ day of _May_ ,

4   2008.

5          _Petersen_