# EXHIBIT C

Case 3:07-cv-03752-JSW    Document 159-4    Filed 08/26/2008    Page 1 of 14

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Levi Strauss & Co.,                )
Plaintiff/Counterdefendant,)
    vs.                            ) Case No.
Abercrombie & Fitch                ) C 07-03752 JSW
Trading Co.,                       )
Defendant/Counterclaimant.         )
_____

Abercrombie & Fitch                )
Trading Co.,                       )
Defendant/Counterclaimant,         )
    vs.                            )
Levi Strauss & Co.,                )
Plaintiff/Counterdefendant.) CONFIDENTIAL

- - -

    Videotape deposition of Kevin Cothren, a witness herein, called by Levi Strauss & Co., for examination under the statute, taken before me, Valerie J. Grubaugh, Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the State of Ohio, pursuant to notice and stipulations of counsel hereinafter set forth, at Abercrombie & Fitch Trading Co., 6301 Fitch Path, New Albany, Ohio, on Friday, May 30, 2008, beginning at 10:06 o'clock a.m. and concluding on the same day.

- - -

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 2

1  APPEARANCES:

2  ON BEHALF OF ABERCROMBIE & FITCH TRADING CO.:

3      J. Michael Keyes, Esq.

4      Kirkpatrick & Lockhart, Preston,

5        Gates, Ellis LLP

6      618 West Riverside Avenue, Suite 300

7      Spokane, West Virginia  99201-0602

8      mike.keyes@klgates.com

9      (509) 241-1527   Fax (509)444-7863

10

11 ON BEHALF OF LEVI STRAUSS & COMPANY:

12      Gregory S. Gilchrist, Esq.

13      Townsend and Townsend and Crew, LLP

14      Two Embarcadero Center, Eighth Floor

15      San Francisco, California 94111

16      (415) 576-0200   Fax (415) 576-0300

17      gsgilchrist@townsend.com

18

19 ALSO PRESENT:

20      Tom Onda

21                              - - -

22

23

24

25

Merrill Legal Solutions
(800) 869-9132

1d2f71f9-8c51-4df5-9bcc-dd263191cfdd

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 11

| | | |
|---|---|---|
| | 1 | Q.   When did you acquire that responsibility? |
| | 2 | A.   I acquired Ruehl in March of '05. |
| | 3 | Q.   The brand had been launched about six |
| | 4 | months before that? |
| 01:48 | 5 | A.   Correct. |
| | 6 | Q.   Okay.  Did you become familiar with the |
| | 7 | denim products that were being sold by Ruehl when |
| | 8 | you came on board? |
| | 9 | A.   Well, yeah. |
| 01:48 | 10 | Q.   What back pocket ornamentation was there |
| | 11 | on the pockets at that point in time? |
| | 12 | A.   When I took over? |
| | 13 | Q.   Yes.  Or designs or trademarks.  I don't |
| | 14 | want to characterize that -- |
| 01:49 | 15 | A.   The back pocket, when I took over, had an |
| | 16 | R925 on it. |
| | 17 | Q.   Okay.  And that's -- that was just |
| | 18 | stitched into the side of the pocket? |
| | 19 | A.   Up the right side of the pocket. |
| 01:49 | 20 | Q.   When did the vertically oriented small R |
| | 21 | on the edge of the pocket start to be used? |
| | 22 | A.   That was used in -- started in July |
| | 23 | of '05.  July of '05. |
| | 24 | Q.   Who designed that logo? |
| 01:49 | 25 | A.   That would be Lee Holman. |

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 12

| | |
|---|---|
| | 1    Q.   Did you have any role in creating the -- the small R that was placed on the lower right edge of the pocket? |
| | 4    A.   I didn't have a design creative role. |
| 01:50 | 5    Q.   Okay.  What role did you have? |
| | 6    A.   I was the merchandiser, so working in tandem, having to agree that that design is what we want to put on the pocket, with my designer. |
| | 9    Q.   Okay.  You -- you said that it was |
| 01:50 | 10   used -- used in June '05, I believe.  Was that actually used on the pocket? |
| | 12   A.   It was July of '05. |
| | 13   Q.   That's why I didn't deal with it when I was asking that question. |
| 01:50 | 15        In July '05, is that when products actually started being received in -- by Abercrombie and sold in the Ruehl stores, or -- |
| | 18   A.   It's when they set in the Ruehl stores.  They actually were set into the walls. |
| 01:51 | 20   Q.   Okay. And how far in advance, then, was work begun on the design, if you know? |
| | 22   A.   You mean from the -- I'm just -- for clarification, like the initial concept of it?  Is that what you're talking about, or -- |
| 01:51 | 25   Q.   Yeah -- Well, yes.  I -- I mean, from -- |

Merrill Legal Solutions
(800) 869-9132

1d2f71f9-8c51-4df5-9bcc-dd263191cfdd

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | from, "We need to put something on the pocket                      |
|       | 2  | different than the R925 that was stitched in the                   |
|       | 3  | side", to coming up with the R.                                    |
|       | 4  | A.   It was probably sometime at the beginning                     |
| 01:51 | 5  | of that -- beginning of that year, like January                    |
|       | 6  | probably of that year; January, or maybe December                  |
|       | 7  | of the year prior.                                                 |
|       | 8  | Q.   Okay.  So that would -- That work would                       |
|       | 9  | have started then before you became responsible                    |
| 01:51 | 10 | for Ruehl denim?                                                   |
|       | 11 | A.   Correct.                                                      |
|       | 12 | Q.   Okay.  And you mentioned that Mr. Holman                      |
|       | 13 | was the designer.  And one of the witnesses                        |
|       | 14 | yesterday told us that at some point a tech pack                   |
| 01:52 | 15 | is created and sent to the manufacturing                           |
|       | 16 | organization.                                                      |
|       | 17 | I assume that by the time the tech pack                            |
|       | 18 | is sent, that the exact dimensions and                             |
|       | 19 | specifications for the design have been decided;                   |
| 01:52 | 20 | is that fair?                                                      |
|       | 21 | A.   Yeah, I'd say so.  I mean, yeah.                              |
|       | 22 | Q.   So if you can, and -- and perhaps with                        |
|       | 23 | reference to this R that we have been talking                      |
|       | 24 | about, tell me what the process would be from --                   |
| 01:52 | 25 | at -- at Abercrombie, from the con- -- from the                    |

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 28

| | | |
|---|---|---|
| | 1 | Q. Okay. All right. So the -- the drawings |
| | 2 | that were Exhibit 221, is that just something that |
| | 3 | the designers would stick in their files and keep |
| | 4 | for later reference? |
| 02:11 | 5 | A. Correct. I -- These are physical papers. |
| | 6 | So if a designer was organized, yes, they would |
| | 7 | keep copies of all these. |
| | 8 | Q. Is there any -- Is there any requirement |
| | 9 | or practice that those kind of creative drawings |
| 02:11 | 10 | are kept? |
| | 11 | A. A specific standard? I would say no. |
| | 12 | But I would say that most designers keep record of |
| | 13 | everything they do for their portfolio, so I'm |
| | 14 | assuming that this is something that they would |
| 02:11 | 15 | probably keep, just record of anything they've |
| | 16 | done. |
| | 17 | Q. When do you recall the initial |
| | 18 | discussions about changing or replacing the |
| | 19 | small R stitching design with a new one? |
| 02:12 | 20 | A. That would have been October of '05. |
| | 21 | Q. Who -- Who decided that that should |
| | 22 | happen? |
| | 23 | A. The CEO, Mike Jeffries. |
| | 24 | Q. How did he communicate that to the Ruehl |
| 02:12 | 25 | group? |

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 29

1    A.    It was a global -- It wasn't a
2    denim-specific thing.  It came from a global brand
3    positioning from not only Ruehl, but Abercrombie &
4    Fitch, Abercrombie Kids and Hollister brands.
5          Each brand's goal was to create iconic
6    elements within their brands from labels to
7    buttons, to whatever details you put on a garment
8    that would lead to that brand's heritage.
9          And then at the time, Ruehl was the only
10   brand without a back pocket stitch, so the
11   challenge was, is that, a stitch is more iconic
12   and lasts longer than a letter, which other people
13   can use letters.  So the challenge was that,
14   therefore, Ruehl would need a back pocket stitch.
15   Q.    Did Mr. Jeffries specifically call out
16   the need for a pocket stitching on Ruehl jeans as
17   one example of the branding initiative that he was
18   talking about?
19   A.    It was a call-out when you looked at
20   every brand had a board, and when you looked at
21   all the boards across, it was noticeable that
22   Hollister, Kids, Abercrombie, had definitive back
23   pocket stitches which were recognizable to that
24   brand, where Ruehl didn't.  So the challenge was,
25   is you need a back pocket stitch.

Merrill Legal Solutions
(800) 869-9132

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 34

|  |  |
|---|---|
| 1 | Q. Right. |
| 2 | A. I believe so, yes. |
| 3 | Q. Okay. Do you remember when in the |
| 4 | process this design was rejected? |
| 02:20  5 | A. I believe, in the beginning. |
| 6 | Q. Do you remember who decided to reject it? |
| 7 | A. We did as a design and merchandising |
| 8 | team. |
| 9 | Q. Okay. Who -- who had the decision at |
| 02:20 10 | that -- at that level? Let me -- Let me back |
| 11 | at -- at -- at this a little bit. |
| 12 | How many designs were presented to |
| 13 | Mr. Jeffries? |
| 14 | A. I think we showed him probably about |
| 02:20 15 | four; three or four. |
| 16 | Q. Okay. Can you -- Can you identify which |
| 17 | three or four from looking at this package? |
| 18 | A. I believe we showed him 1132, and I think |
| 19 | we showed him 1139. But that's -- that's all I |
| 02:22 20 | can remember. And, obviously, the one that he |
| 21 | signed off on. |
| 22 | Q. Right. Okay. Do you remember who |
| 23 | decided that they did not like 1136? Again, |
| 24 | putting aside any legal counsel. |
| 02:22 25 | A. I think Lee and myself did. We didn't |

Merrill Legal Solutions
(800) 869-9132

1d2f71f9-8c51-4df5-9bcc-dd263191cfdd

KEVIN COTHREN     May 30, 2008
CONFIDENTIAL

Page 45

1   mean --
2       Q.   Well, I see what he -- he turned out a
3   lot.  I'm just wondering how long it took him to
4   do that.
02:48  5       A.   I'm trying to think.  I'd say that it'd
6   have to have been like three to four weeks of that
7   time sketching, and sketching, liking, unsketch,
8   stitching, rejecting, sketching again.
9       Q.   Okay.  Was there any discussion of Levi's
02:49 10   pockets stitching design during this process?  And
11   again, I'm meaning to exclude any conversations
12   that you may have had with your lawyers.
13          MR. KEYES:  Objection.  It's been asked
14   and answered.  The witness has already indicated
02:49 15   he doesn't recall.  But go ahead and answer it
16   again.
17          THE WITNESS:  Yeah, I mean, not -- I
18   think, like no spec- -- no one was specifically
19   pointed out to -- like in the process of finding a
02:49 20   back pocket stitch.  I mean, it's not how we --
21   BY MR. GILCHRIST:
22       Q.   So is -- is it -- Is it accurate to say
23   then, at least as you sit here, you don't remember
24   any discussions where any competing brands were
02:49 25   looked at and compared with the stitching

Merrill Legal Solutions
(800) 869-9132

1d2f71f9-8c51-4df5-9bcc-dd263191cfdd

KEVIN COTHREN   May 30, 2008
CONFIDENTIAL

Page 46

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | design that you were -- stitching designs that you               |
|       | 2  | were considering?                                                |
|       | 3  | A.   I mean, in stitching designs, we never                      |
|       | 4  | would search through a library of denim to compare               |
| 02:50 | 5  | against the stitch.                                              |
|       | 6  | Q.   I'm -- I'm not asking if you searched                       |
|       | 7  | through a library.                                               |
|       | 8  | I'm asking if, as you sit here, you                              |
|       | 9  | remember any discussion of competing brands, or                  |
| 02:50 | 10 | any comparisons that were made, whether it was                   |
|       | 11 | one, two, or seven different brands, in connection               |
|       | 12 | with creating the design that became the -- the                  |
|       | 13 | design shown in -- in Exhibit 215 on the jeans.                  |
|       | 14 | A.   I don't -- I don't remember. I -- I                         |
| 02:50 | 15 | don't remember a specific conversation about a                   |
|       | 16 | specific brand.                                                  |
|       | 17 | Q.   So -- so -- and -- and -- and there- --                     |
|       | 18 | And therefore, I take it from that answer that you               |
|       | 19 | don't remember any conversation about Levis at any               |
| 02:50 | 20 | point in this process?                                           |
|       | 21 | A.   I mean, I don't -- I mean, it was never,                    |
|       | 22 | ever part of the process. I mean, that's not                     |
|       | 23 | where this came from.                                            |
|       | 24 | Q.   What -- What's your understanding of                        |
| 02:51 | 25 | where it did come from, the design that was                      |

Merrill Legal Solutions
(800) 869-9132

1d2f71f9-8c51-4df5-9bcc-dd263191cfdd

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 47

1  chosen?  Was there any design inspiration that
2  Mr. Holman revealed to you?
3      A.  I mean, through his whole sketching, Lee
4  came back to -- and this is where it came from --
02:51  5  he came back to the R and basically started to
6  play with the shape of the R, and started to
7  manipulate the cursive R into what you see as this
8  right here (indicating).  So it took it from there
9  to here, and it's -- elongated it into a stitch.
02:51  10     Q.  And you're -- you're pointing at -- at
11  the --
12     A.  This is -- This is his manipulation of
13  the R, the cursive R.  That's where this came
14  from.
02:51  15     Q.  And I'm just -- I'm just -- for the
16  record you're pointing to Exhibit 215?
17     A.  Sorry.  Pointing to Exhibit 215.
18     Q.  Okay.  And -- And so it's your
19  understanding that Mr. Holman used the cursive R
02:51  20  as a source to -- to -- to -- as a starting point
21  at least for the stitching design?
22     A.  Right.
23     Q.  Okay.  Did he tell you that?
24     A.  Yeah.
02:52  25     Q.  What did he say?

Merrill Legal Solutions
(800) 869-9132

1d2f71f9-8c51-4df5-9bcc-dd263191cfdd

KEVIN COTHREN    May 30, 2008
CONFIDENTIAL

Page 48

      1    A.   He said, "I started to play with the cursive R and this is what I got".

      3    Q.   Did -- Did he ever sketch a drawing where the R was right side up on the jean?

02:52   5    A.   I don't -- I don't remember. I don't remember.

      7    Q.   Okay. Because as you look at it, it doesn't look like an R, does it?

      9    A.   This? Or this you're saying doesn't look
02:52  10  like a --

     11    Q.   The design that actually ended up on the jeans.

     13    A.   I see exactly where it came from. To me I -- I do see an R.

02:52  15    Q.   It -- It looks more like the R if you turn the jean upside down, would that be fair?

     17    A.   Well, I mean, if you say because the loop is at the top when you turn it upside down, yeah, that's an orientation of an R.

02:53  20    Q.   Well, in the -- in the R that you're -- that you're pointing to as the origination of this -- Could you read the Bates number on that?

     23    A.   1131.

     24    Q.   Okay. And that's in Exhibit 221?

02:53  25    A.   That's in Exhibit 221.

Merrill Legal Solutions
(800) 869-9132

1d2f71f9-8c51-4df5-9bcc-dd263191cfdd

Page 79

```
 1                C E R T I F I C A T E
 2                        - - -
 3    State of Ohio,          )
                              ) SS:
 4    County of Fairfield     )
 5                        - - -
              I, Valerie J. Grubaugh, Registered Merit
 6    Reporter, Certified Realtime Reporter, and Notary
      Public in and for the State of Ohio, hereby
 7    certify that the foregoing is a true and accurate
      transcript of the deposition testimony, taken
 8    under oath on the date hereinbefore set forth, of
      Kevin Cothren.
 9            I further certify that I am neither
      attorney or counsel for, nor related to or
10    employed by any of the parties to the action in
      which the deposition was taken, and further that I
11    am not a relative or employee of any attorney or
      counsel employed in this case, nor am I
12    financially interested in the action.
13          Date 6/17/08
14                                 _____
                                   Valerie J. Grubaugh,
15                                 Registered Merit
                                   Reporter, Certified
16                                 Realtime Reporter, and
                                   Notary Public in and for
17                                 the State of Ohio
18    My Commission Expires: August 10, 2011
19                        - - -
20
21
22
23
24
25
```