# EXHIBIT D

STACIE BEAVER   May 29, 2008
ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Levi Strauss & Co.,            )
Plaintiff/Counterdefendant,    )
    vs.                        )  Case No.
Abercrombie & Fitch            )  C 07-03752 JSW
Trading Co.,                   )
Defendant/Counterclaimant.     )

Abercrombie & Fitch            )
Trading Co.,                   )
Defendant/Counterclaimant,     )
    vs.                        )
Levi Strauss & Co.,            )
Plaintiff/Counterdefendant.    )  ATTORNEYS' EYES ONLY

- - -

    Videotape deposition of Stacie Beaver, a witness herein, called by Levi Strauss & Co., for examination under the statute, taken before me, Valerie J. Grubaugh, Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the State of Ohio, pursuant to notice and stipulations of counsel hereinafter set forth, at Abercrombie & Fitch Trading Co., 6301 Fitch Path, New Albany, Ohio, on Thursday, May 29, 2008, beginning at 1:59 o'clock p.m. and concluding on the same day.

- - -

Merrill Legal Solutions
(800) 869-9132

d20c5cd3-a771-44a3-b706-8920a83a4557

STACIE BEAVER     May 29, 2008
ATTORNEYS' EYES ONLY

Page 2

1    APPEARANCES:

2    ON BEHALF OF ABERCROMBIE & FITCH TRADING CO.:

3        J. Michael Keyes, Esq.

4        Kirkpatrick & Lockhart, Preston,

5          Gates, Ellis LLP

6        618 West Riverside Avenue, Suite 300

7        Spokane, West Virginia  99201-0602

8        mike.keyes@klgates.com

9        (509) 241-1527   Fax (509)444-7863

10

11   ON BEHALF OF LEVI STRAUSS & COMPANY:

12        Gregory S. Gilchrist, Esq.

13        Townsend and Townsend and Crew, LLP

14        Two Embarcadero Center, Eighth Floor

15        San Francisco, California 94111

16        (415) 576-0200   Fax (415) 576-0300

17        gsgilchrist@townsend.com

18

19   ALSO PRESENT:

20        Tom Onda

21                         - - -

22

23

24

25

Merrill Legal Solutions
(800) 869-9132

d20c5cd3-a771-44a3-b706-8920a83a4557

STACIE BEAVER    May 29, 2008
ATTORNEYS' EYES ONLY

Page 39

|  |  |
|---|---|
| 1 | A. No, I don't believe so. |
| 2 | Q. Why would you have excluded Ruehl |
| 3 | in 2006? |
| 4 | A. I'm not positive, but I would assume at |
| 14:37  5 | the store counter at that time we wouldn't have. |
| 6 | Again, we tried to take all the information we |
| 7 | learned from A&F and grade it up for Ruehl. |
| 8 | Q. All right. So I -- I -- I gather from |
| 9 | what you're saying is, is that you concur with the |
| 14:38  10 | feedback that's reported in the -- Ms. Sanger |
| 11 | described it as a question and answer matrix that |
| 12 | starts on Page 2356 -- that you concur with the |
| 13 | idea that distinctive pocket stitchings that are |
| 14 | recognized by the consumer are important for a |
| 14:38  15 | jeans brand. |
| 16 | A. Yes. |
| 17 | Q. And do you have any reason to believe |
| 18 | whether consumers do or do not recognize the Ruehl |
| 19 | brand by the pocket stitching? |
| 14:38  20 | A. Our hopes is that they are starting to |
| 21 | recognize it. I don't know that we would have any |
| 22 | documentation to gauge whether they are or are |
| 23 | not. |
| 24 | Our intent is to keep it consistent, same |
| 14:39  25 | thread color, same stitch, so that it does grow in |

STACIE BEAVER   May 29, 2008
ATTORNEYS' EYES ONLY

Page 40

|  |  |
|---|---|
| 14:39 | 1  popularity. We don't do any advertising in this |
|  | 2  company, in general, so it's all word of mouth and |
|  | 3  branding through the stores. |
|  | 4  Q. When you say same -- "same thread color", |
| 14:39 | 5  what do you mean by that? |
|  | 6  A. We use a golden, brownish tannery color |
|  | 7  on all of our basic jeans that are folded in the |
|  | 8  wall. |
|  | 9  Q. And do you use any other colors for the |
| 14:39 | 10 stitching design? |
|  | 11 A. Only on fashion items. |
|  | 12 Q. What distinguishes a fashion item from |
|  | 13 the basic -- |
|  | 14 A. Basic item -- |
| 14:39 | 15 Q. -- in the Ruehl line? |
|  | 16 A. Basic item is something that's going to |
|  | 17 live probably for the season or year, and a |
|  | 18 fashion item usually has a life span of six to |
|  | 19 eight weeks. |
| 14:39 | 20 Q. Okay. And all of the core items or |
|  | 21 nonseasonal items have the golden thread that |
|  | 22 you're talking about? |
|  | 23 A. Yes. |
|  | 24 Q. Has there been any attempt to have the |
| 14:40 | 25 women celebrities show up wearing Ruehl jeans? |

Merrill Legal Solutions
(800) 869-9132

d20c6cd3-a771-44a3-b706-8920a83a4557

STACIE BEAVER    May 29, 2008
ATTORNEYS' EYES ONLY

Page 45

```
14:45    1         Q.    What's the retail price point range of
         2    Ruehl denim products?
         3         A.    Right now they are $98 on the female
         4    side.
14:45    5         Q.    That's for a full-length bottom?
         6         A.    Full-length jean, stretched or destroyed.
         7         Q.    And what about a -- a -- And that
         8    includes core product?
         9         A.    Yes.  That is core product.  Fashion
14:45   10    items would be $98 up to 120.
        11         Q.    120?
        12         A.    Yes.
        13         Q.    And what would the price points be for
        14    shorts or skirts?
14:45   15         A.    69 to 79.
        16         Q.    Is that for both products?
        17         A.    Yes.
        18         Q.    Are there any other products sold by the
        19    company, by the Ruehl brand, that have the pocket
14:45   20    stitching design on them other than short skirts
        21    and pants?
        22         A.    No.  The only other fabrication would be
        23    if we did a corduroy pant, because it always
        24    follows our denim trim hardware stitching labels.
        25         Q.    Do you know if --
```

Merrill Legal Solutions
(800) 869-9132

d20c5cd3-a771-44a3-b706-8920a83a4557

STACIE BEAVER     May 29, 2008
ATTORNEYS' EYES ONLY

Page 82

|  |  |
|---|---|
| | 1   entries for average -- average unit retails that |
| | 2   exceed $128? |
| | 3       A.   Yes. |
| | 4       Q.   Does that refresh your recollection about |
| 15:49 | 5   the top-end retail price point for Ruehl denim |
| | 6   products? |
| | 7       A.   Ruehl -- Yeah, I -- I'm sure it's |
| | 8   accurate.  We've had different price points on the |
| | 9   launch. |
| 15:49 | 10      Q.   Okay.  So were there higher price points |
| | 11  earlier in time? |
| | 12      A.   Yes. |
| | 13      Q.   What was the highest price point in 2005? |
| | 14      A.   I'm not sure. |
| 15:49 | 15      Q.   Do you have an estimate? |
| | 16      A.   North of a hundred. |
| | 17      Q.   Okay.  That's safe. |
| | 18           All right.  What about in 2006, do you |
| | 19  know what the highest price point was then? |
| 15:50 | 20      A.   It's probably hovering again between |
| | 21  the 90 and 120 range. |
| | 22      Q.   Okay.  And these are -- these are things |
| | 23  you know from being involved with the brand and -- |
| | 24  and -- and the denim products, correct? |
| 15:50 | 25           You're not responsible for making any of |

Merrill Legal Solutions
(800) 869-9132

d20c5cd3-a771-44a3-b706-8920a83a4557

```
1                    C E R T I F I C A T E
2                              - - -
3      State of Ohio,           )
                                ) SS:
4      County of Fairfield      )
5                              - - -
             I, Valerie J. Grubaugh, Registered Merit
6      Reporter, Certified Realtime Reporter, and Notary
       Public in and for the State of Ohio, hereby
7      certify that the foregoing is a true and accurate
       transcript of the deposition testimony, taken
8      under oath on the date hereinbefore set forth, of
       Stacie Beaver.
9            I further certify that I am neither
       attorney or counsel for, nor related to or
10     employed by any of the parties to the action in
       which the deposition was taken, and further that I
11     am not a relative or employee of any attorney or
       counsel employed in this case, nor am I
12     financially interested in the action.
13     Dated: June 17, 2008.          _____
14                                    Valerie J. Grubaugh,
                                      Registered Merit
15                                    Reporter, Certified
                                      Realtime Reporter, and
16                                    Notary Public in and for
                                      the State of Ohio
17
18     My Commission Expires: August 10, 2011
19                             - - -
20
21
22
23
24
25
```