# EXHIBIT J

TOWNSEND
*and*
TOWNSEND
*and*
CREW
L.L.P

Palo Alto, California
Tel 650 326-2400

Denver, Colorado
Tel 303 571-4000

Walnut Creek, California
Tel 925 472-5000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
8th Floor
San Francisco
California 94111-3834
Tel 415 576-0200
Fax 415 576-0300

Direct: (415) 273-7546
glcincone@townsend.com

June 22, 2004

*BY FACSIMILE AND U.S. MAIL*

Charles M. Marmelstein
Sarah M. Crispi
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036

Re:    Levi Strauss & Co. / BUFFALO Jeans

Dear Mr. Marmelstein and Ms. Crispi:

As you may remember, our former law firm, Legal Strategies Group, corresponded with you on behalf of Levi Strauss & Co. ("LS&CO.") concerning Trademark Application SN 76/352,961. This application was filed on behalf of your client 3681441 Canada Inc., opposed by LS&CO., and subsequently abandoned.

We have recently become aware of BUFFALO brand jeans bearing a pocket stitching design that infringes LS&CO.'s registered Arcuate Stitching Design Trademark (hereinafter the "Arcuate Trademark"). The Buffalo stitching design, which is illustrated in the attached picture, is similar to LS&CO.'s mark. As a result, the use of this design creates a substantial likelihood of customer confusion as to the source of BUFFALO jeans and/or the relationship between BUFFALO jeans on the one hand, and LS&CO. and LEVI'S® products on the other. Such confusion may give rise to claims for trademark infringement and dilution that would entitle LS&CO. to injunctive relief and monetary damages.

Although it is unclear whether 3681441 Canada Inc. is involved in the design, manufacture, or distribution of these jeans, we wanted to bring this matter to your attention at least initially because of our previous dealings involving the BUFFALO brand. If your client has no involvement in this matter, please let me know. Alternatively, if your client does in fact produce these jeans, we will need binding written assurances that BUFFALO jeans will no longer be manufactured, distributed, or sold bearing this stitching design or any other design that infringes LS&CO.'s Arcuate Trademark. We also will need information concerning the total number of garments bearing the design that have been produced or sold to date. LS&CO. reserves its right to seek further relief, including monetary damages, once it has evaluated the scope of the infringement.

CONFIDENTIAL
LS-BUFFALO 2 1

EXHIBIT 34
Deponent *Onda*
Date 5-14-08  Rptr. *GP*
WWW.DEPOBOOK.COM

TOWNSEND
*and*
TOWNSEND
*and*
CREW

Charles M. Marmelstein
June 22, 2004
Page 2

We wish to emphasize the importance of this matter to LS&CO., and we look forward to your response within ten days of this letter. If you have any questions, please feel free to contact me.

Thank you for your attention to this matter.

Very truly yours,

Gia L. Cincone

Attachment
cc:     Levi Strauss & Co.
. 60240258 v1

CONFIDENTIAL
LS-BUFFALO 2 2



CONFIDENTIAL
LS-BUFFALO 2 3

06/22/2004 17:15 FAX  415 576 0300                                                    ☑001

```
                        *********************
                   ***   TX REPORT   ***
                        *********************


            TRANSMISSION OK

            TX/RX NO              3787
            RECIPIENT ADDRESS     ##113631#12026384810#
            DESTINATION ID
            ST. TIME              06/22 17:13
            TIME USE              02'08
            PAGES SENT            4
            RESULT                OK
```

TOWNSEND
*and*
TOWNSEND
*and*
CREW
LLP

Palo Alto, California
Tel 650 326-2400

Walnut Creek, California
Tel 925 472-5000

San Diego, California
Tel 858 350-6100

Denver, Colorado
Tel 303 571-4000

Seattle, Washington
Tel 206 467-9600

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco
California 94111-3834
Tel 415 576-0200
Fax 415 576-0300

## FACSIMILE COVER SHEET

| Date:<br>June 22, 2004 | Client & Matter Number:<br>031010-004600S | No. Pages (including this one):<br>**3** |
|---|---|---|
| To:<br>Charles M. Marmelstein, Esq.<br>Sarah M. Crispi, Esq.<br>Arent Fox Kintner Plotkin & Kahn, PLLC | At Fax Number:<br>202-638-4810 | Confirmation Phone Number:<br>202-857-6000 |

(4546)

From:  Gia L. Cincone

Message:

CONFIDENTIAL
LS-BUFFALO 2 4