# REDACTED

# EXHIBIT FILED UNDER SEAL