# EXHIBIT L

1  GREGORY S. GILCHRIST (Bar No. 111536)
   GIA L. CINCONE (Bar No. 141668)
2  LEGAL STRATEGIES GROUP
   5905 Christie Avenue
3  Emeryville, California 94608-1925
   Telephone: 510-450-9600
4  Facsimile: 510-450-9601

5  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  LEVI STRAUSS & CO.,                Case No. C-04-0468 CRB (ADR)

11            Plaintiff,               COMPLAINT FOR FEDERAL
                                       TRADEMARK INFRINGEMENT; UNFAIR
12       v.                            COMPETITION; DILUTION;
                                       CALIFORNIA DILUTION AND
13  RP55, INC., and DOES 1 through 10, TRADEMARK INFRINGEMENT; UNFAIR
                                       COMPETITION; AND ACCOUNTING
14            Defendants.              (INJUNCTIVE RELIEF SOUGHT)

15                                     JURY TRIAL DEMAND

16

17       Plaintiff Levi Strauss & Co. ("LS&CO.") complains against Defendants RP55, Inc. and Does

18  1-10 (collectively "Defendants") as follows:

19       JURISDICTION, VENUE AND INTRA-DISTRICT ASSIGNMENT

20       1.    Plaintiff's first, second and third claims arise under the Trademark Act of 1946 (the

21  Lanham Act), as amended by the Federal Trademark Dilution Act of 1995 (15 U.S.C. §§ 1051-

22  1127). This Court has jurisdiction over such claims pursuant to 28 U.S.C. §§ 1338(a) and 1338(b)

23  (trademark and unfair competition), 28 U.S.C. § 1331 (federal question) and 15 U.S.C. § 1121

24  (Lanham Act). This Court has supplemental jurisdiction over the remaining state law claims under

25  28 U.S.C. § 1367.

26

27

28

Δπ EXHIBIT 57
Deponent Onda
Date 5/14/08  Rptr. GP
WWW.DEPOBOOK.COM

Levi Strauss & Co. v. RP55, Inc., et al.,
Case No. C-04-0468 CRB (ADR)

119713.1

LS-A&F009034

2.    Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendants transact affairs in this district and because a substantial part of the events giving rise to the claims asserted herein arose in this district.

3.    Intra-district assignment to any division of the Northern District is proper under Local Rule 3-2(g) and the Assignment Plan of this Court as an "Intellectual Property Action."

## PARTIES

4.    LS&CO. is a Delaware corporation which has its principal place of business at Levi's Plaza, 1155 Battery Street, San Francisco, California 94111. Since approximately 1850, LS&CO. has manufactured, marketed and sold a variety of clothing products, including its traditional denim blue jean products.

5.    LS&CO. is informed and believes and on that basis alleges that Defendant RP55, Inc. is a Virginia corporation with its principal place of business at 1164 Millers Lane, Virginia Beach, Virginia 23451. LS&CO. is informed and believes that RP55, Inc. manufactures or has manufactured for it a line of men's and women's clothing, including jeans, under the brand name INDIGO RED, which is sold in this judicial district and throughout the United States. LS&CO. is informed and believes that RP55, Inc. has authorized, directed and/or actively participated in the wrongful conduct alleged herein.

6.    LS&CO. is unaware of the true names and capacities of the Defendants named as "Does" herein. LS&CO. is informed and believes and on that basis alleges that each of the Doe Defendants is legally liable and responsible directly or indirectly for the matters alleged in the Complaint. LS&CO. will seek leave to amend this Complaint to show the true names and capacities of the Doe Defendants when they become known.

7.    LS&CO. is informed and believes and on that basis alleges that at all times mentioned in this Complaint each of the Defendants, including Does 1-10, was the agent or principal or both for one another, was acting within the scope of such agency when engaging in the conduct alleged in this Complaint, and is jointly and severally liable for all damages and profits arising from the conduct described herein.

COMPLAINT

*Levi Strauss & Co. v. RP55, Inc., et al.*
*Case No. C-04-0468 CRB (ADR)*

-2-

19713.1

LS-A&F009035

## FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS

8.    Since the 1850's, and continuously thereafter, LS&CO. has developed, manufactured, promoted and sold a variety of clothing products, including its traditional denim blue jeans.

9.    Through substantial financial investment and effort, LS&CO. has built up considerable good will and a reputation for quality products.

10.    For well over a century, LS&CO. has continuously used federal and state registered trademarks to distinguish its products. These trademarks have a significant degree of inherent distinctiveness.

11.    For many years prior to the events giving rise to this Complaint, and continuing to the present, LS&CO. annually has spent great time, money and effort in the promotion and advertisement of products on which its trademarks are used and displayed, and has sold tens of millions of products displaying its trademarks all over the world.

12.    LS&CO.'s trademark registrations are valid, extant, in full force and effect and exclusively owned by LS&CO. LS&CO. has continuously used each of its trademarks, from the registration date or earlier, until the present and during all time periods relevant to the claims in this Complaint.

13.    LS&CO. has continuously used its trademarks in interstate commerce throughout the world and in the United States, including California, on or in connection with the manufacture, distribution, sale, advertisement and promotion of its products, including LEVI'S® brand jeans.

14.    By virtue of LS&CO.'s long use of its trademarks, as well as LS&CO.'s extensive advertising and large volume of sales, consumers and retailers accept and recognize LS&CO.'s trademarks as identifying LS&CO.'s products only and distinguishing them from products manufactured and sold by all others.

15.    Since the issuance of the registrations for its trademarks, LS&CO. has given notice that the marks are registered.

COMPLAINT

-3-

*Levi Strauss & Co. v. RFSS, Inc., et al.*
Case No. C-04-0468 CRB (ADR)

119712.1

LS-A&F009036

**LS&CO.'s Arcuate Stitching Design Trademark**

16.  LS&CO. is the owner of the famous Arcuate Stitching Design Trademark (hereinafter the "Arcuate Trademark"), consisting of a distinctive pocket stitching design used continuously since 1873 in interstate commerce on clothing products. LS&CO. first used the Arcuate Trademark on jeans and later on other garments. An example of the Arcuate Trademark as used on LEVI'S® jeans is attached as Exhibit A.

17.  LS&CO. owns, among others, the following United States Registrations for its Arcuate Trademark:

  a.  Registration No. 1,139,254 (first used as early as 1873; registered September 2, 1980), attached as Exhibit B; and

  b.  Registration No. 404,248 (first used as early as 1873; registered November 16, 1943), attached as Exhibit C.

These registrations have become incontestable under the provisions of 15 U.S.C. §1065.

18.  LS&CO. owns, among others, the following California Registration for its Arcuate Trademark:

  a.  Registration No. 088399 (first used as early as 1873; registered August 24, 1988), attached as Exhibit D.

**LS&CO.'s Tab Device Trademark**

19.  LS&CO. is also the owner of the famous Tab Device Trademark (hereinafter the "Tab Trademark"), which consists of a small marker of textile or other material sewn into one of the regular structural seams of the garment. LS&CO. first used the Tab Trademark in 1936 to identify genuine LEVI'S® products. An example of LS&CO.'s use of the Tab Trademark on LEVI'S® jeans is depicted in Exhibit A.

20.  In or about 1936, LS&CO. first began to display the Tab Trademark on the rear pocket of its pants when LS&CO.'s then National Sales Manager, Leo Christopher Lucier, first proposed placing a folded cloth ribbon in the structural seams of the rear pocket. The purpose of this "tab" was to provide "sight identification" of LS&CO.'s products. Given the distinctiveness of the Tab Trademark, Mr. Lucier asserted that "no other maker of overalls can have any other purpose

COMPLAINT                                    - 4 -                    *Levi Strauss & Co. v. RP55, Inc., et al.*
                                                                      *Case No. C-04-0468 CRB (ADR)*

119715.1

LS-A&F009037

1   in putting a colored tab on an outside patch pocket, unless for the express and sole purpose of

2   copying our mark, and confusing the customer."

3        21.    LS&CO. owns, among others, the following United States Registrations for its Tab

4   Trademark:

5            a.    Registration No. 356,701 (first used as early as September 1, 1936;

6                  registered May 10, 1938), attached as Exhibit E;

7            b.    Registration No. 516,561 (first used as early as September 1, 1936;

8                  registered October 18, 1949), attached as Exhibit F;

9            c.    Registration No. 577,490 (first used as early as September 1, 1936;

10                 registered July 21, 1953), attached as Exhibit G;

11           d.    Registration No. 774,625 (first used as early as May 22, 1963; registered

12                 August 4, 1964), attached as Exhibit H;

13           e.    Registration No. 775,412 (first used as early as October 9, 1957; registered

14                 August 18, 1964), attached as Exhibit I; and

15           f.    Registration No. 1,157,769 (first used as early as September 1, 1936;

16                 registered June 16, 1981), attached as Exhibit J.

17  These registrations have become incontestable under the provisions of 15 U.S.C. § 1065.

18  **Defendants' Infringement of LS&CO.'s Trademarks**

19       22.    Beginning at some time in the past and continuing until the present, Defendants, with

20  actual or constructive knowledge of LS&CO.'s federal- and state-registered Arcuate and Tab

21  Trademarks, have manufactured or arranged for the manufacture for sale in the United States,

22  promoted and sold clothing, including denim jeans, that infringes LS&CO.'s trademarks (hereafter

23  the "infringing products").

24       23.    On information and belief, Defendants manufacture, source, market and/or sell jeans

25  and/or bottoms that display a mirror-image pocket stitching design hereinafter referred to as the

26  "Indigo Red pocket stitching design." The Indigo Red pocket stitching design, as used by

27  Defendants, is highly similar to LS&CO.'s Arcuate Trademark. Examples of the Indigo Red pocket

28  stitching design as used on INDIGO RED jeans are attached as Exhibits K-1 and K-2.

COMPLAINT                          - 5 -          *Levi Strauss & Co. v. RP55, Inc., et al.*
                                                  *Case No. C-04-0468-CRB (ADR)*

119712.1

LS-A&F009038

24.     On information and belief, Defendants have manufactured, sourced, marketed and/or sold jeans and/or bottoms that displayed tabs hereinafter referred to as the "Indigo Red tabs." The Indigo Red tabs, as used by Defendants, are highly similar to LS&CO.'s Tab Trademark. Examples of the Indigo Red tabs as used on INDIGO RED jeans are attached as Exhibits L-1 and L-2.

25.     On information and belief, Defendants have manufactured, marketed and sold substantial quantities of the infringing products and obtained and continue to obtain substantial profits thereby.

26.     On information and belief, each of the Defendants has at all times knowingly participated with one another to manufacture, promote and/or sell these infringing products and are, accordingly, jointly and severally liable for all damages from their conduct.

27.     Defendants' actions have and will cause LS&CO. irreparable harm for which money damages and other remedies are inadequate. Unless Defendants are restrained by this Court, Defendants will continue and/or expand the illegal activities alleged in this Complaint and otherwise continue to cause great and irreparable damage and injury to LS&CO. through, inter alia:

    a.     depriving LS&CO. of its statutory rights to use and control use of its trademarks;

    b.     creating a likelihood of confusion, mistake and deception among consumers and the trade as to the source of the infringing products;

    c.     causing the public falsely to associate LS&CO. with the Defendants or vice versa;

    d.     causing incalculable and irreparable damage to LS&CO.'s goodwill and dilution of the value of its trademarks; and

    e.     causing LS&CO. to lose sales of its genuine LEVI'S® brand products.

28.     Accordingly, in addition to other relief sought, LS&CO. is entitled to preliminary and permanent injunctive relief against Defendants and against all persons acting in concert with them.

LS-A&F009039

### FIRST CLAIM

#### FEDERAL TRADEMARK INFRINGEMENT
#### (15 U.S.C. §§ 1114 - 1117; Lanham Act § 32)

29.    LS&CO. realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 28 of this Complaint.

30.    Without LS&CO.'s consent, Defendants have used, in connection with the sale, offering for sale, distribution or advertising of Defendants' goods, designs which infringe LS&CO.'s registered Arcuate and Tab Trademarks.

31.    These acts of trademark infringement have been committed with the intent to cause confusion, mistake or deception, and are in violation of 15 U.S.C. § 1114.

32.    As a direct and proximate result of Defendants' infringing activities as alleged herein, LS&CO. has suffered substantial damage.

33.    Defendants' infringement of LS&CO.'s trademarks as alleged herein is an exceptional case and was intentional. Said exceptional and intentional infringements have damaged LS&CO. as described herein, entitling LS&CO. to treble its actual damages and to an award of attorneys' fees under 15 U.S.C. §§ 1117(a) and 1117(b).

### SECOND CLAIM

#### FEDERAL UNFAIR COMPETITION
#### (False Designation of Origin and False Description)
#### (15 U.S.C. § 1125(a); Lanham Act § 43(a))

34.    LS&CO. realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 33 of this Complaint.

35.    Defendants' conduct constitutes the use of words, terms, names, symbols or devices tending falsely to describe its infringing products, within the meaning of 15 U.S.C. § 1125(a)(1). Defendants' conduct is likely to cause confusion, mistake or deception by or in the public as to the affiliation, connection, association, origin, sponsorship or approval of the infringing products to the detriment of LS&CO. and in violation of 15 U.S.C. § 1125(a)(1).

119713.1

LS-A&F009040

## THIRD CLAIM

### FEDERAL DILUTION OF FAMOUS MARKS
#### (Federal Trademark Dilution Act of 1995)
#### (15 U.S.C. § 1125(c); Lanham Act § 43(a))

36. LS&CO. realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 35 of this Complaint.

37. LS&CO.'s Arcuate and Tab Trademarks are distinctive and famous within the meaning of the Federal Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c).

38. Defendants' activities as alleged herein constitute dilution of the distinctive quality of LS&CO.'s trademarks in violation of the Federal Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c).

39. LS&CO. is entitled to injunctive relief pursuant to 15 U.S.C. § 1125(c).

40. Because Defendants willfully intended to trade on LS&CO.'s reputation or to cause dilution of LS&CO.'s famous trademarks, LS&CO. is entitled to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1125(c)(2).

## FOURTH CLAIM

### CALIFORNIA DILUTION AND TRADEMARK INFRINGEMENT
#### (Cal. Bus. & Prof. Code §§ 14320, 14330, 14335 and 14340)

41. LS&CO. realleges and incorporates by reference each of the allegations contained in paragraphs 1 through 40 of this Complaint.

42. Defendants' conduct constitutes infringement and dilution of LS&CO.'s Arcuate and Tab Trademarks under California Business & Professions Code §§ 14320, 14330 and 14335.

43. Defendants infringed LS&CO.'s trademarks with knowledge and intent to cause confusion, mistake or deception.

44. Defendants' conduct is aggravated by that kind of willfulness, wantonness and malice for which California law allows the imposition of exemplary damages. That is, Defendants' activities were intentional, willful, wanton, fraudulent and without justification or excuse, and were undertaken with gross indifference to the rights of LS&CO.

COMPLAINT                    - 8 -

*Levi Strauss & Co. v. RP55, Inc., et al.*
*Case No. C-04-0468 CRB (ADR)*

119713.1

1    45.    Alternatively, Defendants were reckless or grossly negligent in that Defendants'

2    actions involved such an entire want of care as could have only resulted from actual conscious

3    indifference to the rights and welfare of LS&CO.

4    46.    As a direct and proximate result of Defendants' conduct, pursuant to California

5    Business & Professions Code § 14340, LS&CO. is entitled to injunctive relief and damages in the

6    amount of three times Defendants' profits and three times all damages suffered by LS&CO. by

7    reason of Defendants' manufacture, use, display or sale of infringing goods.

8                        FIFTH CLAIM

9              CALIFORNIA UNFAIR COMPETITION
                (Cal. Bus. & Prof. Code § 17200)

10

11    47.    LS&CO. realleges and incorporates by reference each of the allegations contained in

12    paragraphs 1 through 46 of this Complaint.

13    48.    Defendants' infringement of LS&CO.'s Arcuate and Tab Trademarks constitutes

14    "unlawful, unfair or fraudulent business act[s] or practice[s] and unfair, deceptive, untrue or

15    misleading advertising" within the meaning of California Business & Professions Code § 17200.

16    49.    As a consequence of Defendants' actions, LS&CO. is entitled to injunctive relief and

17    an order that Defendants disgorge all profits on the manufacture, use, display or sale of infringing

18    goods.

19                        SIXTH CLAIM

20                  ACCOUNTING
                   (Common Law)

21

22    50.    LS&CO. realleges and incorporates by reference each of the allegations contained in

23    paragraphs 1 through 49 of this Complaint.

24    51.    Defendants' activities, as alleged above, have violated LS&CO.'s rights in its

25    Arcuate and Tab Trademarks under the common law.

26    52.    As a direct result of their infringing activities, Defendants have been unjustly

27    enriched through fraudulent conversion of LS&CO.'s goodwill and its rights in its trademarks into

28    their own profits through the sale of the infringing products and has caused LS&CO. to lose sales of

COMPLAINT                                                      *Levi Strauss & Co. v. RP55, Inc., et al.*
                              - 9 -                            Case No. C-04-0468 CRB (ADR)

LS-A&F009042

1  its genuine products.

2      53.    As a direct result of Defendants' misconduct, Defendants have received substantial

3  profits, to which LS&CO. is entitled under common law.

4      54.    The amount of such profits is unknown to LS&CO. and cannot be ascertained without

5  an accounting.

6                                PRAYER FOR JUDGMENT

7      WHEREFORE, LS&CO. prays that this Court grant it the following relief:

8      55.    Adjudge that LS&CO.'s Arcuate and Tab Trademarks have been infringed by

9  Defendants in violation of LS&CO.'s rights under common law, 15 U.S.C. § 1114, and/or under

10  California law;

11      56.    Adjudge that Defendants have competed unfairly with LS&CO. in violation of

12  LS&CO.'s rights under common law, 15 U.S.C. § 1125(a), and/or California law;

13      57.    Adjudge that Defendants' activities are likely to, or have, diluted LS&CO.'s famous

14  Arcuate and Tab Trademarks in violation of LS&CO.'s rights under common law, 15 U.S.C.

15  § 1125(c), and/or California law;

16      58.    Adjudge that each of the Defendants, and each of their agents, employees, attorneys,

17  successors, assigns, affiliate and joint venturers and any person(s) in active concert or participation

18  with any of them and/or any person(s) acting for, with, by, through or under any of them, be enjoined

19  and restrained at first during the pendency of this action and thereafter permanently:

20          a.    From manufacturing, producing, sourcing, importing, selling, offering for

21              sale, distributing, advertising or promoting any goods that use any words or

22              symbols which so resemble LS&CO.'s Arcuate or Tab Trademark as to be

23              likely to cause confusion, mistake or deception, on or in connection with any

24              product which is not authorized by or for LS&CO., including without

25              limitation any product that bears the Indigo Red pocket stitching design, the

26              Indigo Red tabs, or any other confusingly similar approximation of

27              LS&CO.'s Arcuate or Tab Trademark;

28          b.    From using any word, term, name, symbol, device or combination thereof

COMPLAINT                                 - 10 -          *Levi Strauss & Co. v. RP55, Inc., et al.*
                                                         *Case No. C-04-0468 CRB (ADR)*

LS-A&F009043

1   which causes or is likely to cause confusion, mistake or deception as to the

2   affiliation or association of Defendants or their goods with LS&CO., or as to

3   the origin of Defendants' goods, or any false designation of origin, false or

4   misleading description or representation of fact;

5       c.   From further infringing the rights of LS&CO. in and to any of its trademarks

6   used in connection with its LEVI'S® brand products or otherwise damaging

7   LS&CO.'s goodwill or business reputation;

8       d.   From otherwise competing unfairly with LS&CO. in any manner; and

9       e.   From continuing to perform in any manner whatsoever any of the other acts

10   complained of in this Complaint;

11   59.   Adjudge that Defendants immediately be required to supply LS&CO.'s counsel with

12   a complete list of individuals and entities from whom or which they purchased, and to whom or

13   which they sold, offered for sale, distributed, advertised or promoted, infringing products as herein

14   alleged;

15   60.   Adjudge that Defendants be required forthwith to deliver to LS&CO.'s counsel

16   Defendants' entire inventory of infringing products, including without limitation pants and any other

17   clothing, packaging, labeling, advertising matter, promotional material and all plates, molds,

18   matrices and other material for producing or printing such items, which is in Defendants' possession

19   or subject to their control and which infringe LS&CO.'s Arcuate or Tab Trademark as herein

20   alleged;

21   61.   Adjudge that Defendants, within thirty (30) days after service of the Judgment

22   demanded herein, be required to file with this Court and serve upon LS&CO.'s counsel a written

23   report under oath setting forth in detail the manner in which they have complied with the Judgment;

24   62.   Adjudge that LS&CO. recover from Defendants its actual damages and lost profits in

25   an amount to be proven at trial, that Defendants be required to account for any profits that are

26   attributable to their illegal acts, and that LS&CO. be awarded the greater of either (1) three times

27   Defendants' profits or (2) three times any damages sustained by LS&CO., under 15 U.S.C. § 1117,

28   plus prejudgment interest;

COMPLAINT                                    - 11 -

*Levi Strauss & Co. v. RP55, Inc., et al.*
*Case No. C-04-0468 CRB (ADR)*

112713.1

LS-A&F009044

1       63.   Impose a constructive trust on all Defendants' funds and assets that arise out of

2  Defendants' infringing activities;

3       64.   Adjudge that Defendants be required to pay LS&CO. punitive damages for their

4  oppression, fraud, malice and gross negligence, whether grounded on proof of actual damages

5  incurred by LS&CO. or on proof of Defendants' unjust enrichment;

6       65.   Adjudge that LS&CO. be awarded its costs and disbursements incurred in connection

7  with this action, including LS&CO.'s reasonable attorneys' fees and investigative expenses; and

8       66.   Adjudge that all such other relief be awarded to LS&CO. as this Court deems just

9  and proper.

10

11  Dated: February 3, 2004             LEGAL STRATEGIES GROUP

12

13                     By: /s/ Gia L. Cincone

                            Gia L. Cincone

14                      Attorneys for Plaintiff

                        LEVI STRAUSS & CO.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                - 12 -          *Levi Strauss & Co. v. RP55, Inc., et al.*

                                          *Case No. C-04-0468 CRB (ADR)*

119713.1

LS-A&F009045



## DEMAND FOR JURY TRIAL

Plaintiff hereby demands that this action be tried to a jury.

Dated: February 3, 2004                    LEGAL STRATEGIES GROUP

By:    /s/ Gia L. Cincone
       Gia L. Cincone
       Attorneys for Plaintiff
       LEVI STRAUSS & CO.


## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to General Order No. 48, the undersigned certifies that as of this date there is no such interest to report.

Dated: February 3, 2004                    LEGAL STRATEGIES GROUP

By:    /s/ Gia L. Cincone
       Gia L. Cincone
       Attorneys for Plaintiff
       LEVI STRAUSS & CO.

COMPLAINT                           - 13 -        Levi Strauss & Co. v. RP55, Inc., et al,
                                                  Case No. C-04-0468 CRB (ADR)

115713.1

LS-A&F009046



Exhibit A

LS-A&F009047



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,139,254* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *September 02, 1980*

*SECTION 8 & 15*

SAID RECORDS SHOW TITLE TO BE IN:

*LEVI STRAUSS & CO.*

*A DE CORP*



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS

Certifying Officer

LS-A&F009048

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,139,254

**United States Patent and Trademark Office**

Registered Sep. 2, 1980

### TRADEMARK
Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif., 94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND SHORTS, in CLASS 25 (U.S. CL. 39).
First use 1873; in commerce 1873.
Owner of U.S. Reg. No. 404,248.

Ser. No. 169,399, filed May 1, 1978.

M. J. LEAHY, Primary Examiner

LS-A&F009049



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 1139254    SERIAL NO: 73169399    MAILING DATE: 08/06/2001
REGISTRATION DATE: 09/02/1980
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO.
CORRESPONDENCE ADDRESS:

SARAH R. FULLER
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE, CA  94608-1925

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*******************************************

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*******************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (6/99)

LS-A&F009050



# THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 404,248 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM  November 16, 1943
2nd RENEWAL FOR A TERM OF 20 YEARS FROM  November 16, 1983
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
  STRAUSS, LEVI & CO.



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. PHILLIPS
Certifying Officer

LS-A&F009051

Case 3:04-cv-00468-SI     Document 1-4     Filed 02/03/2004     Page 2 of 2

Registered Nov. 16, 1943                    Trade-Mark 404,248

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Francisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application September 25, 1942, Serial No. 455,769



## STATEMENT

To the Commissioner of Patents:

Levi Strauss & Company, a corporation duly organized under the laws of the State of California and located at the city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for WAISTBAND TYPE OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since the year 1873. The trade-mark consists of double arcuate designs of orange color displayed on the hip pockets of the overalls as shown in the drawing. The mark is applied to the overalls by stitching the double arcuate designs on the hip pockets with orange colored thread, or by painting the lines of said design on the hip pockets with orange colored paint.

No claim is made to the exclusive use of the representation of a pair of overalls.

The undersigned hereby appoints Carlberg & Roemhn, a firm composed of Thomas Carlberg and Irving C. Roemer, whose address is 807 Crocker Building, San Francisco, California, and whose registration number is 15,680, as its attorneys, with full power of substitution and revocation, to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By DANIEL E. KOSHLAND,
Vice President.

LS-A&F009052



# State of California

## SECRETARY OF STATE

Trademark Reg. No. 88399    Class No. Int. 25    Renewal No. 15837

### CERTIFICATE OF RENEWAL OF TRADEMARK

I, BILL JONES, Secretary of State of the State of California, hereby certify:

That an application for renewal has been filed in this office for the TRADEMARK described below:

Name of Applicant:    Levi Strauss & Co.
Business Address:    1155 Battery Street San Francisco, CA 94111
Date First Used in California:    1873
Date First Used Anywhere:    1873
Description of Trademark:    Arc Design. Design of two concentric arcs placed in such a manner that they meet in the center
Description of Goods on Which the Trademark is Used:    Pants, shirts, and jackets
Date of Registration:    August 24, 1968
Term of Registration Extends to and Includes:    August 24, 2008

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 6th day of July, 1998



BILL JONES
Secretary of State

A (Rev. 1-98)

98 35011

LS-A&F009053



# State of California
## Secretary of State

### RENEWAL OF TRADEMARK OR SERVICE MARK
Pursuant to Business and Professions Code Section 14250

APPLICATION FOR RENEWAL MUST BE RECEIVED AT THE SECRETARY OF STATE WITHIN (BUT NOT BEFORE) THE SIX-MONTH PERIOD PRIOR TO THE DATE OF EXPIRATION OF THE CURRENT REGISTRATION (TOGETHER WITH RENEWAL FEE.)

SEND THE SIGNED APPLICATION WITH ORIGINAL SIGNATURE(S) TO THE SECRETARY OF STATE, TRADEMARK UNIT, P.O. BOX 944235, SACRAMENTO, CA 94244-2350.

RENEWAL APPLICATION FOR:  ☒ TRADEMARK     ☐ SERVICE MARK

**1. NAME OF APPLICANT:**
LEVI STRAUSS & CO.

**2. STREET ADDRESS: (DO NOT GIVE P.O. BOX) (FOR SERVICE MARK, PROVIDE CALIFORNIA BUSINESS ADDRESS)**
1155 Battery Street

| CITY: | STATE: | ZIP CODE: |
|-------|--------|-----------|
| San Francisco | CA | 94111 |

**3. BUSINESS STRUCTURE: (CHECK ONE)**
- ☐ LIMITED PARTNERSHIP
- ☐ LIMITED LIABILITY COMPANY
- ☐ GENERAL PARTNERSHIP
- ☒ CORPORATION (STATE OF INCORPORATION) Delaware
- ☐ SOLE PROPRIETOR
- ☐ UNINCORPORATED ASSOCIATION
- ☐ HUSBAND AND WIFE, AS COMMUNITY PROPERTY
- ☐ OTHER (DESCRIBE)

**4. IF PARTNERSHIP, LIST NAMES OF PARTNERS**

**5. NAMES OF MEMBER(S) OR MANAGER(S), IF APPLICANT IS A LIMITED LIABILITY COMPANY**

**6. NAME AND/OR DESCRIPTION OF TRADE/SERVICE MARK** A device created by two concentric arcs placed on pockets in such a manner that they meet in the center thereof, usually applied by stitching.  Arc DESIGN.

**7. TRADE/SERVICE MARK REGISTRATION NUMBER**
88399

**8. DATE OF REGISTRATION**
August 24, 1988

THE MARK WAS ADOPTED, USED, AND CONTINUES TO BE USED WITHIN THE STATE OF CALIFORNIA BY THE APPLICANT IN THE FORM AND MANNER SPECIFIED IN THE PRESENT REGISTRATION.

**9. NAME OF CORPORATION/PARTNERSHIP/LIMITED LIABILITY COMPANY (IF APPLICABLE)**
LEVI STRAUSS & CO.

| SIGNATURE (IF PARTNER OR CORPORATE OFFICER, INCLUDE TITLE:) | DATE |
|---|---|

**THIS SPACE FOR FILING OFFICER USE**

TRADE/SERVICE MARK

REG. NO. 88399

RENEWAL NO. 015637

**FILED**
In the office of the Secretary of State
of the State of California

JUL -6 1998

BILL JONES, Secretary of State

**10. RETURN ACKNOWLEDGMENT TO: (TYPE OR PRINT)**

| NAME | Sarah B. Fuller |
|---|---|
| ADDRESS | Legal Strategies Group |
| | 5905 Christie Avenue |
| CITY | Emeryville, CA 94608-1925 |
| STATE | |
| CODE | |

DISTATE (PATH 104 (REV. 4/98))     FILING FEE: $30.00

Int. 25

LS-A&F009054

ABC    100213



State of California

Office of

March Fong Eu

Secretary of State
SACRAMENTO

SEP 01 1988

As Secretary of State, it is my pleasure to notify you that the mark you submitted has been registered in this office.

Please be advised that Section 14220(I) of the Business and Professions Code specifies that a mark shall not be registered if it so resembles a mark or trade name already registered or used in this state by another and not abandoned, as to be likely, when applied to the goods or services of the applicant, to cause confusion or mistake or to deceive.

My office has conducted a search of California trademark and service mark registrations. Your mark does not appear to resemble any previous registration.

Please be advised, however, that there may be unregistered marks or California trade names used by corporations and partnerships, fictitious names, and names under which individuals conduct business which may resemble your registration. A check for such names is beyond the scope of the review of this office in registering marks.

Most sincerely,

March Fong Eu

MARCH FONG EU

LS-A&F009055

Case 3:04-cv-00468-SI    Document 1-5    Filed 02/03/2004    Page 4 of 8



# State of California



OFFICE OF THE SECRETARY OF STATE

Trademark
Reg. No.    088399

## CERTIFICATE OF REGISTRATION OF TRADEMARK

I, MARCH FONG EU, Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

Name of Applicant _____ LEVI STRAUSS & CO.

Business Address _____ 1155 Battery Street
San Francisco, CA 94111

Date First Used in California \_\_ 1873
Date First Used Anywhere \_\_ 1873
Description of Trademark \_\_ A device created by two concentric arcs placed on pockets in such a manner that they meet in the center thereof, usually applied by stitching.

Class No. _____ 39
Description of Goods on Which the Trademark is Used Pants, shirts and jackets

A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached.
Date of Registration _____ August 24, 1988
Term of Registration Extends to and Includes _____ August 24, 1998



*IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this*

24th day of  August, 1988

*March Fong Eu*
*Secretary of State*

LS-A&F009056



A COPY, SPECIMEN, FACSIMILE, COUNTERPART OR
REPRODUCTION OF TRADEMARK REG. NO. 088399

LS-A&F009057

Trademark Reg. No. 088399

Class No. 39

**APPLICATION TO REGISTER A TRADEMARK IN THE STATE OF CALIFORNIA**

F I L E D
In the Office of the Secretary of State
of the State of California

AUG 24 1988

March Fong Eu
MARCH FONG EU
SECRETARY OF STATE

TO:  MARCH FONG EU
     Secretary of State
     923 12th Street, Suite 301
     Sacramento, California  95814
     (916) 445-9872

Applicant requests registration of the trademark described below and submits the following information along with the registration fee of $50.00:

1.  Name of Applicant   LEVI STRAUSS & CO.
    _____

    CHECK ONE:  [ ] Sole Proprietor      [X] Corporation

                [ ] Limited Partnership  [ ] General Partnership

                [ ] Unincorporated Association

                [ ] Husband and Wife, as community property

                [ ] Other (Describe) _____

2.  Business Address, City, State   1155 Battery Street, San Francisco, CA  94111

3.  State of Incorporation, if applicant is a corporation  Delaware

4.  Names of the general partners, if applicant is a partnership _____

5.  Description of the Trademark.   The trademark consists of the following:
    A device created by two concentric arcs placed on pockets in such a manner
    that they meet in the center thereof, usually applied by stitching.

6.  The specific goods, products, or merchandise (stock-in-trade) which the
    applicant(s) sell(s) to the customers, and on which the trademark is used,
    are/is as follows:

                pants, shirts and jackets

(OVER)

LS-A&F009058

7. The trademark has previously been used, and is now being used on said goods in the State of California as follows:

[ X ] On labels and tags affixed to the goods.
[ ] On labels and tags affixed to containers of the goods.
[ X ] By printing it directly onto the goods.
[ ] By printing it directly onto the containers for the goods.

8. Enclosed as specimens or facsimiles are:

[ ] Five identical actual lables.
[ ] Five identical actual tags.
[ X ] Five identical photographs of the goods/containers showing the trademark thereon.
[ ] Five entire front panels of a paper container bearing the trademark.

9. The date the trademark was first used in California is _____1873_____

   The date the trademark was first used anywhere is _____1873_____

The applicant is the owner of the mark and no other person has the right to use such mark in the State of California either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive or to be mistaken therefor.

LEVI STRAUSS & CO.
Type name of corporation or partnership on above line (leave above line blank if sole proprietor)

BY   _Jean MacLeod_
Signature of applicant, partner, officer of corporation; if partner, so state and if officer, set forth title of office
Tracy MacLeod, Assistant Secretary

VERIFICATION

Tracy MacLeod                          declares under penalty of perjury under the laws of the State of California that the statements contained in the foregoing application are true of his/her own knowledge.

DATED: _June 30, 1988_          BY   _Jean MacLeod_
Signature of applicant, partner, officer of corporation; if partner, so state and if officer, set forth title of office

5/8t

LS-A&F009059

TM 88 399



LS-A&F009060



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 356,701 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM  May 10, 1938
3rd RENEWAL FOR A TERM OF 10 YEARS FROM  May 10, 1998
SECTION 8 & 15
REPUBLISHED SECTION 12C
SAID RECORDS SHOW TITLE TO BE IN:
    LEVI STRAUSS & COMPANY



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. WALLACE
Certifying Officer

LS-A&F009061

Registered May 10, 1938                    Trade-Mark 356,701

Republished, under the Act of 1946, April 27, 1948, by
Levi Strauss & Company, San Francisco, Calif.

Affidavit under Section 8 accepted.
Affidavit under Section 15 received, Aug. 31, 1953.

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application June 24, 1937, Serial No. 394,734



## STATEMENT

To the Commissioner of Patents:

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, and located at city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS OF THE PATCH-POCKET TYPE, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the Act of February 20, 1905.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible while the garment is being worn.

The trade-mark has been continuously used in the business of the applicant since on or about September 1, 1936.

In practice the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

No claim is made herein for the representation of a portion of the garment as seen shown in the drawing, there being shown, merely to illustrate one manner in which the red marker or red tab may be applied to a garment. The drawing is lined for the color red.

The undersigned hereby appoints Chas. E. Townsend, whose address is 905-919 Crocker Building, San Francisco, California, its attorney with full power of substitution and revocation to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
Secretary.

LS-A&F009062

Amendment

Registered May 10, 1938                    Registration No. 356,701

Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, lines 8 through 10, the description of goods is deleted and *Pants of the patch-pocket type worn by men, women and children* is inserted.

Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 15th day of August 1978.

[SEAL]

Attest:
JANET COOMBET,
*Attesting Officer.*

DONALD W. BANNER,
*Commissioner.*

LS-A&F009063

Int. Cl: 25
Prior. U.S. Cl.: 39

Reg. No. 355,701

United States Patent and Trademark Office

Registered May 30, 1938
Renewal Term Begins May 30, 1998

10 Year Renewal

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY CHANGE OF NAME, MERGER AND CHANGE OF NAME FROM LEVI STRAUSS & COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

NO CLAIM IS MADE HEREIN FOR THE REPRESENTATION OF A PORTION OF THE GARMENT OR SEAM SHOWN IN THE DRAWING, THESE BEING SHOWN MERELY TO ILLUS-

TRATE ONE MANNER IN WHICH THE RED MARKER OR RED TAB MAY BE APPLIED TO A GARMENT.
THE DRAWING IS LINED FOR THE COLOR RED.
FOR MEN'S, WOMEN'S AND CHILDREN'S OVERALLS OR THE PATCH-POCKET TYPE & PANTS OF THE PATCH-POCKET TYPE WORN BY MEN, WOMEN AND CHILDREN *, IN CLASS 39 (INT. CL. 25).
FIRST USE 9-1-1936; IN COMMERCE 9-1-1936.
SER. NO. 71-394,774, FILED 6-30-1937.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 24, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

LS-A&F009064



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:
UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 516,561 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM   October 18, 1949
2nd RENEWAL FOR A TERM OF 20 YEARS FROM   October 18, 1989
SECTION 8 & 15
AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED
SAID RECORDS SHOW TITLE TO BE IN:
    STRAUSS, LEVI & CO.
    A DELAWARE CORPORATION



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

L. Edelen

L. EDELEN
Certifying Officer

LS-A&F009065

Amendment

Registered October 18, 1949                    Registration No. 516,561

Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, line 7, "overalls" is deleted and *jeans* is inserted.

Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 18th day of September 1962.

[SEAL]

EDWIN L. REYNOLDS,
*First Assistant Commissioner of Patents.*

LS-A&F009066

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 516,561

**United States Patent and Trademark Office**

Registered Oct. 18, 1949
OG Date Oct. 24, 1989

Renewal

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE
CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY
MERGER WITH AND CHANGE OF
NAME FROM LEVI STRAUSS & COM-
PANY (CALIFORNIA CORPORATION)
SAN FRANCISCO, CA AND LEVI
STRAUSS & COMPANY (CALIFORNIA
CORPORATION) SAN FRANCISCO,
CA.

OWNER OF U.S. REG. NOS. 250,265
AND 413,386.

FOR: MEN'S, WOMEN'S AND CHIL-
DREN'S JEANS AND JACKETS, IN
CLASS 39 (INT. CL. 25).

FIRST USE 9-1-1936; IN COMMERCE
7-1-1937.

SER. NO. 556,108, FILED 5-3-1948.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 24, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

LS-A&F009067

Registered Oct. 18, 1949

Registration No. 516,561

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of 1946

Application May 5, 1948, Serial No. 556,105



**(Statement)**

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS AND JACKETS, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods by affixing permanently thereto a tab of textile material on which the trade-mark is shown, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on jackets July 1, 1937, and on overalls September 1, 1936, and first used in commerce among the several States and between the United States and foreign nations, which may lawfully be regulated by Congress on jackets July 1, 1937, and on overalls September 1, 1936.

Applicant is the owner of the trade-mark, Registration No. 413,386, dated April 24, 1945, and Registration No. 250,265, dated December 4, 1928,

**(Declaration)**

D. A. Berolzheim, being duly sworn, deposes and says that he is the secretary of Levi Strauss & Company, the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark, which it is in use in commerce among the several States and between the United States and foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress, either in the identical form thereof, or in such near resemblance thereto as might be calculated to deceive; that the drawing and description truly represent the trade-mark sought to be registered; that the specimens show the trade-mark as actually used in connection with the goods; and that the facts set forth in this statement are true.

LEVI STRAUSS & COMPANY,
By D. A. BEROLD,
Secretary.

LS-A&F009068



## THE UNITED STATES OF AMERICA

**TO ALL TO WHOM THESE PRESENTS SHALL COME:**
UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 577,490 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM   July 21, 1953
2nd RENEWAL FOR A TERM OF 20 YEARS FROM   July 21, 1993
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    LEVI STRAUSS & COMPANY



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. WALLACE
Certifying Officer

LS-A&F009069

Registered July 21, 1953                Registration No. 577,490

PRINCIPAL REGISTER
Trade-Mark

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of 1946

Application April 30, 1948, Serial No. 577,118



## STATEMENT

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods in the manner hereinafter set forth, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on September 1, 1936, and first used in commerce among the several States which may lawfully be regulated by Congress on September 1, 1936.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

In practice, the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the hip pockets of the garment so that the stitching of said seam secures the end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

The drawing is lined for the color red.

Applicant is the owner of Trade-Mark Registration No. 366,761 issued May 16, 1938, and No. 484,248 issued November 16, 1948.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
Secretary.

LS-A&F009070

### Amendment

Registered July 21, 1953                    Registration No. 577,490

Levi Strauss & Company

Application to amend having been made by Levi Strauss & Co., owner of the registration above identified, said registration is hereby amended as follows:

In the statement, column 1, line 7, "overalls" is deleted and *jeans* is inserted.

Such amendment has been entered upon the records of the Patent Office and the said original registration should be read as so amended.

Signed and sealed this 29th day of May 1973.

[SEAL]

Attest:
K. R. PATRICK,
*Attesting Officer.*

ROBERT GOTTSCHALK,
*Commissioner of Patents.*

LS-A&F009071



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 774,625 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM *August 04, 1964*
*1st* RENEWAL FOR A TERM OF 20 YEARS FROM *August 04, 1984*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
    *STRAUSS, LEVI OF OF DELAWARE, INC.*
    *A DELAWARE CORP.*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

T. WALLACE
Certifying Officer

LS-A&F009072

# United States Patent Office

774,625

Registered Aug. 4, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 171,253, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.

First use May 22, 1963; in commerce May 22, 1963.

The mark consists of a small marker or black tab affixed to the exterior of the garment at the hip pocket.

Owner of Reg. Nos. 356,701, 577,490, and 720,376.

LS-A&F009073



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

July 16, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 773,412 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM  August 18, 1964
1st RENEWAL FOR A TERM OF 20 YEARS FROM  August 18, 1984
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   STRAUSS LEVI & CO.
   A DELAWARE CORPORATION

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*L. Edelen*

L. EDELEN
Certifying Officer

LS-A&F009074

# United States Patent Office

775,412

Registered Aug. 18, 1964

## PRINCIPAL REGISTER
### Trademark

Ser. No. 171,282, filed June 18, 1963



Levi Strauss & Co. (California corporation)
98 Battery St.
San Francisco 6, Calif.

For: GARMENTS, PARTICULARLY TROUSERS, in CLASS 39.

First use Oct. 9, 1957; in commerce Oct. 9, 1957.

The mark consists of a small marker or white tab with the name "Levi's" superposed thereon, which is affixed to the exterior of the garment at the hip pocket.

Owner of Reg. Nos. 250,265, 720,376, and others.

LS-A&F009075



# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

July 17, 2001

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,157,769 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM  June 16, 1981

SECTION 8 & 15

SAID RECORDS SHOW TITLE TO BE IN:

LEVI STRAUSS & CO.
A DELAWARE CORP.



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

_T. Wallace_
T. WALLACE
Certifying Officer

LS-A&F009076

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,157,769

## United States Patent and Trademark Office

Registered Jun. 16, 1981

### TRADEMARK
#### Principal Register



Levi Strauss & Co. (Delaware corporation)
98 Battery St.
San Francisco, Calif. 94106, by merger and change of name from
Levi Strauss & Co. (California corporation)
San Francisco, Calif.

For TROUSERS, in CLASS 25 (U.S. Cl. 39).
First use Sep. 1, 1936; in commerce Sep. 1, 1936.
Owner of U.S. Reg. Nos. 356,701, 775,412 and others.
Applicant disclaims the representation of the goods apart from the mark as shown.
The mark consists of a small marker or tab affixed to the exterior of the garment at the hip pocket.

Ser. No. 263,725, filed Feb. 1, 1967.

J. C. DEMOS, Deputy Director

LS-A&F009077



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia   22202-3513

REGISTRATION NO: 1157769    SERIAL NO: 72263725    MAILING DATE: 09/01/2001
REGISTRATION DATE: 06/16/1981
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: LEVI STRAUSS & CO
CORRESPONDENCE ADDRESS:

KAREN S FRANK
LEGAL STRATEGIES GROUP
5905 CHRISTIE AVENUE
EMERYVILLE CA  94608

## NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(b)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*****************************************************

## NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*****************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
039.

LEE, HAROLD D
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (9/99)

LS-A&F009078



Exhibit K-1

LS-A&F009079



Exhibit K-2

LS-A&F009080



Exhibit L-1

LS-A&F009081



Exhibit L-2

LS-A&F009082



Exhibit K-1



Exhibit K-2



Exhibit L-1



Exhibit L-2