**EXHIBIT Q**

CONFIDENTIAL

LS-A&F002585



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

December 20, 1995

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,313,554 IS CERTIFIED TO BE A
TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL
STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF
THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM January 08, 1985
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

LEVI STRAUSS & CO.
a DELAWARE corporation



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

MARGARET BASSFORD
Certifying Officer

CONFIDENTIAL

LS-A&F002586

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,313,554

## United States Patent and Trademark Office

Registered Jan. 8, 1985

## TRADEMARK
Principal Register

505

Levi Strauss & Co. (Delaware corporation)
1155 Battery St.
San Francisco, Calif. 94106

For: PANTS, in CLASS 25 (U.S. Cl. 39).
First use Jun. 27, 1983; in commerce Jun. 27, 1983.

Ser. No. 440,370, filed Aug. 22, 1983.

STEWART J. BELLUS, Examining Attorney

CONFIDENTIAL

LS-A&F002587

**EXHIBIT R**

CONFIDENTIAL

LS-A&F002588

I-50254

## SETTLEMENT AGREEMENT

THIS AGREEMENT, effective September 1, 1992, is between LEVI STRAUSS & CO., a Delaware corporation having its headquarters at Levi's Plaza, 1155 Battery Street, San Francisco, California 94111 (hereinafter called "LEVI STRAUSS"), and EDWIN INTERNATIONAL U.S.A., a Delaware corporation having its headquarters at 2601 Ocean Park Boulevard, Santa Monica, California 90405 (hereinafter called "EDWIN").

### RECITALS

A.   As used in this Agreement, "LEVI STRAUSS" means and includes the Delaware corporation identified above, and its Affiliates, as defined below; "EDWIN" means and includes the Delaware corporation identified above, and its Affiliates, as defined below, including specifically EDWIN INTERNATIONAL, INC., a Japanese corporation having its headquarters at 2-1-45, Ikenohata, Taito-ku, Tokyo, Japan.

B.   As used in this Agreement, "Affiliates" and "Affiliate" mean and include (a) any business organization in which, or over which, either LEVI STRAUSS or EDWIN holds, directly or through any other person or business organization, any voting or ownership interest, and/or operational control, and/or (b) any business organization which holds, directly or through any other person or business organization, any voting or ownership interest in, or operational control over, either LEVI STRAUSS or EDWIN.

1

CONFIDENTIAL

LS-A&F002589

C.    LEVI STRAUSS is a nationally and internationally known manufacturer and seller of clothing for men, women and children.  Included in LEVI STRAUSS' clothing lines are denim jeans for men, women and children.

D.    EDWIN is a nationally and internationally known manufacturer and seller of clothing for men, women and children. Included in EDWIN's clothing lines are denim jeans for men, women and children.

E.    Both LEVI STRAUSS and EDWIN market their denim jeans in the United States and Canada, directly and/or through their Affiliates, in competition with each other in those countries. Accordingly, LEVI STRAUSS and EDWIN intend this Agreement to resolve the potential dispute between them, as described below, in the United States and Canada.

F.    (1).  For many  years, LEVI STRAUSS has used an extensive series of trademarks to identify itself as the source of its denim jeans in the United States and Canada.  Included in said series of trademarks, as said series of marks relates to the terms and conditions of this Agreement, are LEVI STRAUSS' "Pocket Tab", "Arcuate Stitching Design", "501", "Belt Patch", and "Pull-Apart Design" marks.  All of LEVI STRAUSS' said marks are protected by Registrations issued by the United States Patent and Trademark Office and by the Registrar of Trademarks in Canada.  (All of LEVI STRAUSS' said series of marks, and LEVI STRAUSS' related Registrations issued for said marks in the United States and Canada identified below, are hereinafter collectively referred to as "LEVI STRAUSS' Marks".)

2

CONFIDENTIAL

LS-A&F002590

(2). Copies of LEVI STRAUSS' United States Registrations, which are illustrative and representative of LEVI STRAUSS' Marks, are attached hereto as EXHIBITS 1 through 7, as follows:

| EXHIBIT NO. | REGISTRATION NO. | REGISTRATION DATE | MARK |
|---|---|---|---|
| 1 | 356,071 | May 10, 1938 | "Pocket Tab" |
| 2 | 577,490 | July 21, 1953 | "Pocket Tab" |
| 3 | 1,157,769 | June 16, 1981 | "Pocket Tab" |
| 4 | 1,139,254 | Sept. 2, 1980 | "Arcuate Stitching Design" |
| 5 | 1,552,985 | August 22, 1989 | "501" |
| 6 | 1,140,853 | Oct. 28, 1980 | "Belt Patch" |
| 7 | 523,665 | April 11, 1950 | "Pull-Apart Design" |

Copies of LEVI STRAUSS' Canadian Registrations, which are illustrative and representative of LEVI STRAUSS' Marks, are attached hereto as EXHIBITS 8 through 13, as follows:

| EXHIBIT NO. | REGISTRATION NO. | REGISTRATION DATE | MARK |
|---|---|---|---|
| 8 | 44,368 | July 4, 1950 | "Pocket Tab" |
| 9 | 194,716 | Oct. 12, 1973 | "Pocket Tab" |
| 10 | 39,879 | July 21, 1950 | "Arcuate Stitching Design" |
| 11 | 308,843 | Nov. 23, 1985 | "501" |
| 12 | 9,226 | Dec. 28, 1903 | "Belt Patch" |
| 13 | 272,734 | Oct. 15, 1982 | "Pull-Apart Design" |

(3). All of said United States Registrations and said Canadian Registrations covering said series of LEVI STRAUSS' marks presently are in full force and effect.

G. EDWIN, in time past and presently, has manufactured and is selling in the United States and Canada denim jeans which

3

CONFIDENTIAL

LS-A&F002591

display thereon certain Indicia (identified below in Paragraph I) which LEVI STRAUSS contends violate the proprietary rights held by LEVI STRAUSS in LEVI STRAUSS' Marks. LEVI STRAUSS has challenged EDWIN's right to continue manufacture and sale of denim jeans, or other items of clothing, which display such Indicia thereon. EDWIN has responded to LEVI STRAUSS' challenges by denying that EDWIN has violated any proprietary rights held by LEVI STRAUSS in any of LEVI STRAUSS' Marks.

H.    The Indicia used by EDWIN on its denim jeans about which LEVI STRAUSS has complained are, or have been, displayed on EDWIN's brand of "EDWIN" denim jeans and on EDWIN's brand of "LIBERTO" denim jeans. EDWIN brand jeans and LIBERTO brand jeans, and any other jeans which originate from, or which are or have been distributed by, EDWIN, are hereinafter collectively called "EDWIN's Jeans", unless otherwise indicated.

I.    Copies of the Indicia displayed on certain of EDWIN's Jeans about which LEVI STRAUSS has complained are attached hereto as EXHIBITS 14 through 19, as follows:

| EXHIBIT NO. | EDWIN'S JEANS BRAND | INDICIA |
|---|---|---|
| 14 | EDWIN | "Pocket Tab" |
| 15 | EDWIN | "Arcuate Stitching Design" |
| 16 | EDWIN | "A101" (Pocket Flasher) |
| 17 | LIBERTO | "Pocket Tab/Label" |
| 18 | LIBERTO | "Belt Patch" |
| 19 | LIBERTO | "Arcuate Stitching Design" |

J.    To amicably resolve the dispute between them concerning EDWIN's use of the Indicia on EDWIN's Jeans in the

4

LS-A&F002592

United States and Canada, and as an alternative to expending the time and resources necessary to judicially resolve their dispute involving those issues, LEVI STRAUSS and EDWIN have agreed on the terms and conditions of an amicable resolution of their dispute, as set out below, for the purpose of avoiding the burden and expense of litigation. By so doing, however, EDWIN is admitting no wrongdoing nor conceding any liability arising from LEVI STRAUSS' challenges, nor is LEVI STRAUSS admitting or conceding that EDWIN has not violated any of LEVI STRAUSS' proprietary rights in LEVI STRAUSS' Marks.

<u>AGREEMENT</u>

NOW, THEREFORE, for good and valuable consideration received and to be received by LEVI STRAUSS and EDWIN, each from the other, the receipt of which is hereby acknowledged, LEVI STRAUSS and EDWIN hereby confirm their understanding and agreement, as follows:

1.    (A).  LEVI STRAUSS hereby confirms and asserts that it is the owner of LEVI STRAUSS' Marks in the United States and Canada, specifically the "Pocket Tab", "Arcuate Stitching Design", "501", "Belt Patch" and "Pull-Apart Design" trademarks, including the representative Registrations therefor, identified above and illustrated in EXHIBITS 1 through 13. EDWIN hereby confirms its understanding and agreement that LEVI STRAUSS is the owner of all of LEVI STRAUSS' Marks. IN THE UNITED STATES AND CANADA

(B).  EDWIN hereby also confirms its understanding and agreement that, during the term of this Agreement, it will not attempt to challenge the enforceability of, or seek to cancel, any of said marks or Registrations included in LEVI STRAUSS' Marks in

5

CONFIDENTIAL

LS-A&F002593

the United States and Canada unless LEVI STRAUSS expressly abandons said marks and/or fails to renew said Registrations. In that connection, should LEVI STRAUSS expressly abandon and/or fail to renew one or more of said marks or Registrations included in LEVI STRAUSS' Marks in the United States and Canada, EDWIN hereby agrees that it will not attempt to challenge or cancel the remainder of said marks and Registrations included in LEVI STRAUSS' Marks during the term of this Agreement.

2.    EDWIN hereby also confirms its understanding and agreement that it has discontinued permanently the manufacture and/or purchase of all EDWIN's Jeans which display thereon any of the Indicia identified above and illustrated in EXHIBITS 14 through 19. EDWIN hereby further confirms its understanding and agreement that, no later than March 30, 1993, it will have discontinued permanently the sale and/or distribution of all EDWIN's Jeans which display thereon any of the Indicia identified above and illustrated in EXHIBITS 14 through 19. EDWIN hereby also confirms its understanding and agreement that, beginning as of the effective date of this Agreement, it has not manufactured, purchased, sold, and/or distributed, or assisted any third party in doing so, any denim jeans or other clothing products which display thereon any of the Indicia identified above and illustrated in EXHIBITS 14 through 19, irrespective of color of the Indicia, and that it will not do so in the future, except as is expressly permitted in Paragraph 4 below.

FOR THE UNITED STATES AND CANADA

3.    In addition to the understandings and agreements set out in Paragraphs 1 and 2 above, EDWIN hereby further confirms its understanding and agreement that it will not file applications

6

CONFIDENTIAL

LS-A&F002594

covering, or otherwise seek to register, any of the Indicia identified above and illustrated in EXHIBITS 14 through 19, or any other confusingly similar marks or indicia, in the United States Patent and Trademark Office, or in any State of the United States, or in the Office of the Registrar of Trademarks in Canada, or in any Province in Canada, during the term of this Agreement.

4. (A). In return for the understandings and agreements confirmed by EDWIN in Paragraphs 1, 2 and 3 above, LEVI STRAUSS hereby confirms its understanding and agreement that it will not challenge ongoing sale by EDWIN of EDWIN's Jeans displaying the Indicia thereon identified above and illustrated in EXHIBITS 14 through 19, beginning prior to the effective date of this Agreement and continuing through March 30, 1993. In that connection, EDWIN hereby represents that, as of the effective date of this Agreement, EDWIN had sold off its entire stock in hand of approximately 5,000 pair of EDWIN brand denim jeans, and that it had stock in hand remaining of approximately 1,800 pair of LIBERTO brand denim jeans, and no other EDWIN's Jeans ⋀ displaying thereon one or more of the Indicia identified above and illustrated in EXHIBITS 14 through 19.

FOR THE UNITED STATES AND CANADA

(B). Based on those representations from EDWIN set out in Paragraph 4 (A.) above, LEVI STRAUSS hereby confirms its further understanding and agreement that all of said remaining stock in hand of LIBERTO brand jeans may be sold, or otherwise disposed of, by EDWIN between the effective date of this Agreement and March 30, 1993. However, on April 1, 1993, should EDWIN have any of said LIBERTO brand jeans remaining in its stock, or otherwise under its control, EDWIN hereby confirms its

7

CONFIDENTIAL

LS-A&F002595

understanding and agreement that all such remaining EDWIN's Jeans will be destroyed by EDWIN, or that all of the Indicia identified above and illustrated in EXHIBITS 14 through 19 will be removed therefrom prior to sale or other distribution thereof by EDWIN.

(C). After April 1, 1993, should LEVI STRAUSS find any EDWIN's Jeans displaying thereon any of the Indicia offered for sale or other distribution in the United States or Canada, EDWIN agrees to cooperate fully with LEVI STRAUSS, at LEVI STRAUSS' expense, in LEVI STRAUSS' efforts (1) to determine the source of such EDWIN's Jean, (2) to confirm that EDWIN is not the source thereof, and (3) to confirm that such EDWIN's Jeans were not sold or distributed by EDWIN after March 30, 1993.

5.    (A). In further return for EDWIN's understandings and agreements set out in Paragraphs 1 through 4 above, LEVI STRAUSS agrees, and hereby confirms its agreement, that, with respect to the United States and Canada, it has withdrawn its prior challenges to EDWIN arising from EDWIN's display on EDWIN's Jeans of one or more of the Indicia described above and illustrated in EXHIBITS 14 through 19, for the time period ending March 30, 1993, so long as all of the other terms and conditions of this Agreement are honored by EDWIN.

(B).    LEVI STRAUSS also hereby confirms its understanding and agreement that, with respect to the United States and Canada, it is waiving all past claims it may have had against EDWIN for violation of any of LEVI STRAUSS' proprietary rights in LEVI STRAUSS' Marks illustrated in EXHIBITS 1 through 13, including all claims for monetary relief or damages, and including attorneys fees, and/or for any injunctive or other relief, arising from

8

CONFIDENTIAL

EDWIN's display on EDWIN's Jeans of any of the Indicia identified above and illustrated in EXHIBITS 14 through 19, so long as all of the other terms and conditions of this Agreement are honored by EDWIN.

6.   In addition to its specific assurances, under-standings and agreements set out above, EDWIN hereby also confirms its further understanding and agreement that, following the effective date of this Agreement, EDWIN will not adopt and use any indicium on EDWIN's Jeans or other clothing products which is visually emulative of, or confusingly similar to, any of the Indicia identified above and illustrated in EXHIBITS 14 through 19, and/or to any of LEVI STRAUSS' Marks, in the United States or Canada. EDWIN further agrees that it will not cooperate with any third party in so doing.

7.   With respect to its understanding and agreement confirmed in Paragraph 6 above, EDWIN hereby further agrees that, if it wishes to adopt in the future in the United States or Canada any indicium which may be visually or otherwise confusingly similar to any of LEVI STRAUSS' Marks, EDWIN may advise LEVI STRAUSS in writing of its plans to do so.  Upon receipt of any such inquiry from EDWIN, LEVI STRAUSS may advise EDWIN in writing if it has any objection to any such planned use by EDWIN, and may provide EDWIN with its reasons for such objection.  However, if LEVI STRAUSS elects not to reply to any such inquiry, such election by LEVI STRAUSS shall not constitute either an objection to, or acceptance of, the subject of EDWIN's inquiry.

8.   So long as LEVI STRAUSS and EDWIN, respectively, honor all the terms and conditions of this Agreement, LEVI STRAUSS

9

LS-A&F002597

and EDWIN, as part of the good and valuable consideration received and to be received by them, each from the other, hereby fully release and discharge each other, and their respective Affiliates as herein defined, and their respective officers, directors, shareholders, employees, agents, sales representatives, distributors, retailers, vendors, heirs, executors, administrators, insurers, and assigns, for all claims, demands, and causes of action which either of them has, or may have had, against the other, in the United States and Canada (but only and exclusively with respect to the claims, demands and causes of action either of them may have had, or could have asserted against each other, in the United States and Canada, arising from LEVI STRAUSS' specific challenges referred to in this Agreement based on EDWIN's display on EDWIN's Jeans of one or more of the Indicia identified hereinabove) which arose at any time prior to, and continuing until, the effective date of this Agreement.

9.     Should LEVI STRAUSS or EDWIN, through any Court of competent jurisdiction or otherwise, seek to enforce any of the terms and conditions of this Agreement, the losing party agrees to pay to the prevailing party its costs, including reasonable attorneys fees.

10.    (A).   This Agreement, and any dispute which may arise concerning enforcement or interpretation of any of the terms and conditions hereof, shall be governed by the laws of the State of California, excluding that body of statutory and case law governing and controlling conflicts of law between domestic and foreign corporations and other business entities.

10

CONFIDENTIAL

LS-A&F002598

(B).  LEVI STRAUSS and EDWIN hereby confirm their understanding and agreement that jurisdiction and venue concerning any such dispute between LEVI STRAUSS and EDWIN shall properly exist and reside in the United States, specifically in the United States District Courts for the Northern District of California and the Central District of California.  Should any civil action arising from any such dispute be instituted by LEVI STRAUSS, it shall be presented for resolution to the United States District Court for the Central District of California; should any civil action arising from any such dispute be instituted by EDWIN, it shall be presented for resolution to the United States District Court for the Northern District of California.

11.  This Agreement shall remain in force and effect so long as LEVI STRAUSS maintains its proprietary rights in at least one or more of LEVI STRAUSS' Marks in the United States and Canada, unless sooner terminated in writing by mutual consent and agreement between LEVI STRAUSS and EDWIN.

12.  (A).  LEVI STRAUSS and EDWIN agree that this Agreement has been freely, fairly and fully negotiated between them, and that it is their intent and wish that this Agreement shall be construed, interpreted and applied in accordance with all of its terms and conditions.  However, should any of the terms and conditions of this Agreement be held to be invalid or unenforceable by a final Order of a Court having jurisdiction thereover, from which Order no appeal lies or may be taken, any such invalid or unenforceable terms shall be deemed severed from the remaining terms and conditions of this Agreement, and each and all of the remaining terms and conditions of this Agreement shall remain in

11

CONFIDENTIAL

LS-A&F002599

full force and effect, and may be enforced, without limitation, as though any such severed terms and conditions had not been part of and included in this Agreement.

(B). This Agreement has been prepared with the full participation of both LEVI STRAUSS and EDWIN; accordingly, this Agreement shall not be interpreted or construed against either LEVI STRAUSS or EDWIN as the preparing party.

13. This Agreement and all of its terms and conditions shall be binding upon, shall be enforceable against, and shall inure to the benefit of, LEVI STRAUSS, as hereinabove defined, and EDWIN, as hereinabove defined, and their respective successors and assigns.

WHEREFORE, LEVI STRAUSS and EDWIN, on their own behalf and on behalf of their respective Affiliates, through their below identified authorized officers, hereby adopt and confirm all of the terms and conditions of this Settlement Agreement set out above.

LEVI STRAUSS /&/ CO.

By _____

(Name) _____

(Title) _____

San Francisco, California

January 20, 1993

EDWIN INTERNATIONAL U.S.A.

By _____
    L. Christopher Arvin
    Secretary

January _____, 1993

12

CONFIDENTIAL

LS-A&F002600

Registered May 10, 1938

Trade-Mark 356,701

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of February 20, 1905

Application June 30, 1937, Serial No. 394,734



## STATEMENT

*To the Commissioner of Patents:*

Levi Strauss & Company, a corporation duly organized under the laws of the State of California and located at city and county of San Francisco, State of California, and doing business at 98 Battery Street, San Francisco, California, has adopted and used the trade-mark shown in the accompanying drawing, for MEN'S, WOMEN'S, AND CHILDREN'S OVERALLS OF THE PATCH-POCKET TYPE, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

The trade-mark has been continuously used in the business of the applicant since on or about September 1, 1936.

In practice the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

No claim is made herein for the representation of a portion of the garment or seam shown in the drawing, these being shown merely to illustrate one manner in which the red marker or red tab may be applied to a garment. The drawing is lined for the color red.

The undersigned hereby appoints Chas. E. Townsend, whose address is 906-917 Crocker Building, San Francisco, California, its attorney with full power of substitution and revocation to prosecute this application, to make alterations and amendments therein, to receive the certificate of registration, and to transact all business in the Patent Office connected therewith.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
*Secretary.*

EXHIBIT 1

CONFIDENTIAL

LS-A&F002601

Registered July 21, 1953.

Registration No. 577,490

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

Levi Strauss & Company, San Francisco, Calif.

Act of 1946

Application April 30, 1949, Serial No. 576,119



## STATEMENT

Levi Strauss & Company, a corporation duly organized under the laws of the State of California, located at San Francisco, California, and doing business at 98 Battery Street, San Francisco, California, has adopted and is using the trade-mark shown in the accompanying drawing, for OVERALLS, in Class 39, Clothing, and presents herewith five facsimiles showing the trade-mark as actually used in connection with such goods; the trade-mark being applied to the goods in the manner hereinafter set forth, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946.

The trade-mark was first used on September 1, 1936, and first used in commerce among the several States which may lawfully be regulated by Congress on September 1, 1936.

The trade-mark consists of a small marker or tab, of textile material or the like, colored red, appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible, while the garment is being worn.

In practice, the trade-mark is applied to the goods by stitching an end of a red marker or tab into one of the regular structural seams of the hip pockets of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam.

The drawing is lined for the color red.

Applicant is the owner of Trade-Mark Registration No. 356,701 issued May 10, 1938, and No. 404,248 issued November 16, 1943.

LEVI STRAUSS & COMPANY,
By D. A. BERONIO,
Secretary.

EXHIBIT 2

CONFIDENTIAL

LS-A&F002602

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,157,769

## United States Patent and Trademark Office
Registered Jun. 16, 1981

## TRADEMARK
Principal Register



Levi Strauss & Co. (Delaware corporation)
98 Battery St.
San Francisco, Calif. 94106, by merger and change of
name from
Levi Strauss & Co. (California corporation)
San Francisco, Calif.

For: TROUSERS, in CLASS 25 (U.S. Cl. 39).
First use Sep. 1, 1936; in commerce Sep. 1, 1936.
Owner of U.S. Reg. Nos. 356,701, 775,412 and
others.
　Applicant disclaims the representation of the goods
apart from the mark as shown.
　The mark consists of a small marker or tab affixed
to the exterior of the garment at the hip pocket.

Ser. No. 263,725, filed Feb. 1, 1967.

J. C. DEMOS, Deputy Director

EXHIBIT 3

CONFIDENTIAL

LS-A&F002603

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,139,254

Registered Sep. 2, 1980

## TRADEMARK
### Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Ctr.
San Francisco, Calif. 94106

For: PANTS, JACKETS, SKIRTS, DRESSES AND
SHORTS, in CLASS 25 (U.S. CL. 39).
First use 1873; in commerce 1873.
Owner of U.S. Reg. No. 404,248.

Ser. No. 169,399. Filed May 8, 1978.

M. J. LEAHY, Primary Examiner

EXHIBIT 4

CONFIDENTIAL

LS-A&F002604

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,552,985

## United States Patent and Trademark Office    Registered Aug. 22, 1989

### TRADEMARK
### PRINCIPAL REGISTER

## 501

LEVI STRAUSS & CO. (DELAWARE CORPO-
RATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111

FOR: JEANS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-31-1969; IN COMMERCE
12-31-1969.

SER. NO. 768,165, FILED 10-24-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY

EXHIBIT 5

CONFIDENTIAL

LS-A&F002605

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,140,853
Registered Oct. 28, 1980

### TRADEMARK
Principal Register



Levi Strauss & Co. (Delaware corporation)
Two Embarcadero Center
San Francisco, Calif. 94106

For: GARMENTS—NAMELY, PANTS, JACK-
ETS, OVERALLS AND SHOES, in CLASS 25
(U.S. Cl. 39).
  First use Jan. 1, 1886; in commerce Jan. 1, 1886.
  Owner of U.S. Reg. Nos. 119,816, 1,044,246 and
others.
  The words "San Francisco"; Original Riveted";
"Quality Clothing XX"; "Trade Mark"; and
"Patented May 20, 1973" and the representation of
the pants are disclaimed apart from the mark as
shown.

  Ser. No. 176,884, filed Jul. 3, 1978.

  JEFFERY H. KAUFMAN, Primary Examiner

EXHIBIT 6

CONFIDENTIAL

LS-A&F002606

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 523,665

Registered Apr. 11, 1950

Renewal Approved June 20, 1990

## TRADEMARK
## PRINCIPAL REGISTER



LEVI STRAUSS & CO. (DELAWARE CORPORATION)
1155 BATTERY STREET
SAN FRANCISCO, CA 94111, BY MERGER AND CHANGE OF NAME LEVI STRAUSS AND COMPANY (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

OWNER OF U.S. REG. NO. 50,746.

APPLICANT HEREBY DISCLAIMS THE PICTORIAL REPRESENTATION OF

THE OVERALLS APPEARING ON THE DRAWING.

FOR: MEN'S, WOMEN'S, BOYS', AND GIRLS' [BLOUSES, OVERALLS, JUMPERS] TROUSERS, [SHIRTS] COATS [, VESTS, AND WORKINGMEN'S APRONS], IN CLASS 39 (INT. CL. 25).

FIRST USE 1-1-1886; IN COMMERCE 1-1-1886.

SER. NO. 71-517,252, FILED 2-10-1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 31, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT 7

CONFIDENTIAL

LS-A&F002607



CANADA

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝕮𝖊𝖗𝖙𝖎𝖋𝖞 that the Trade Mark identified on the annexed documents, which form part of this Certificate, has been registered in the Trade Marks Office, under the number and date, in the name of the person, and for use in association with the wares therein specified.

𝕴𝖓 𝕿𝖊𝖘𝖙𝖎𝖒𝖔𝖓𝖞 𝖂𝖍𝖊𝖗𝖊𝖔𝖋 I have hereunto set my hand and caused this Seal of the Trade Marks Office to be affixed at the City of Ottawa, Canada, this   eleventh day of   June   in the year of Our Lord one thousand nine hundred and fifty-three.

J. P. McCaffrey
REGISTRAR

RG

EXHIBIT 8

CONFIDENTIAL

LS-A&F002608

TRADE MARK No. N. S. 44568

REGISTER   174

| Registrant: | LEVI STRAUSS & COMPANY |
|---|---|
| Address: | 98 Battery Street, San Francisco, California, United States of America |
| Date of Registration:   4 July, 1950 | Date of First Use: 1 September, 1936 – Made known in Canada – September, 1936 |
| Application Serial No.   207956 | Filed:   4 July, 1950 |
| Agent for Service: | Smart & Biggar 609 Victoria Building Ottawa, Ontario, Canada |

Mark: A small marker or tab of textile material or the like coloured red appearing on and affixed permanently to the exterior of the garment in a position that the red tab is visible while the garment is being worn, the trade mark being applied to the goods by stitching an end of the red marker or tab into one of the regular structural seams of the hip pockets of the garment so that the stitching of said seam secures one end of the red tab to the garment with a portion thereof extending visibly from the edge of the seam

Wares:    Clothing, namely, men's, women's and children's overalls and similar garments especially garments and overalls of the patch pocket type.

Change of Ownership:

(OVER)

EXHIBIT 8 (Cont'd.)

CONFIDENTIAL

LS-A&F002609



EXHIBIT 8 (Cont'd.)

CONFIDENTIAL



CANADA

DEPARTMENT OF CONSUMER AND CORPORATE AFFAIRS
MINISTÈRE DE LA CONSOMMATION ET DES CORPORATIONS

**I Hereby Certify** that the trade mark identified in the attached extract from the register of trade marks has been registered as appears therefrom, and that the said extract is a true copy of the record of its registration.

**Je certifie par les présentes** que la marque de commerce identifiée dans l'extrait ci-joint, tiré du registre des marques de commerce, a été enregistrée ainsi qu'il en appert, et que ledit extrait est une copie conforme de l'inscription de son enregistrement.

**In Testimony Whereof** I have hereunto set my hand and caused the seal of the Trade Marks Office to be affixed at the City of Ottawa, Canada, this eleventh day of    December    , in the year of Our Lord one thousand nine hundred and seventy-three.

**En foi de quoi** j'ai apposé aux présentes mon seing et fait apposer le sceau du Bureau des marques de commerce, en la cité d'Ottawa, ce    onzième

jour de décembre
en l'an de grâce mil neuf cent
soixante-treize.

REGISTRAR OF TRADE MARKS
LE REGISTRAIRE DES MARQUES DE COMMERCE

Attesting Officer
Certificateur

CCA-362    EXHIBIT 9

CONFIDENTIAL

LS-A&F002611

_ATION NO: 354,281.                    REGISTRATION NO: 194,716.
_ng Date: June 14, 1972.              Registration Date: October 12, 1973.


Registrant:                    LEVI STRAUSS & CO.,
                               98 Battery Street,
                               San Francisco, California,
                               United States of America.

Trade Mark:



                   The trade mark comprises a small marker or
                   tab of textile material or the like appearing
on and affixed permanently to the exterior of the garment in such a position
that the tab is visible while the garment is being worn, the trade mark
being applied to the goods by stitching an end of the tab into one of the
regular structural seams of the pocket of the garment so that the stitching
of said seam secures one end of the tab to the garment with a portion thereof
extending visibly from the edge of the seam.

Wares:                         Garments, particularly trousers.

Agent for service:            Smart & Biggar,
                               P.O. Box 2999, Station D,
                               Ottawa, Ontario.

Used in Canada since at least as early as 1958.

Associated Mark No. N.S. 174-44368; 156,915; 156,916


                   EXHIBIT 9 (Cont'd.)

CONFIDENTIAL

LS-A&F002612

Consumer and
Corporate Affairs

Consommation et
Corporations

Trade Marks
Office

Bureau des marques
de commerce

Certificate of
Amendment

Certificat de
Modification

| File No.—N° du dossier | Registration no.<br>N° de l'enregistrement | Registered Owner—Propriétaire |
|---|---|---|
| 354281 | 194716 | Levi Strauss & Co. |

| Trade Mark—Marque de commerce | Registered<br>Enregistrée | Your Reference<br>Votre référence |
|---|---|---|
| TAB Design | AUG 1 1 1977 | 6B10-73EX |

It is certified that the above-
described registration has
been amended as follows:

Il est certifié que l'enregistre-
ment susmentionné a été
modifié comme suit:

Additional Wares: Shirts and jackets.

AUG 1 1 1977
Date

Registrar of Trade Marks
Le registraire des marques de commerce

Attesting Officer
Certificateur

<u>EXHIBIT 9 (Cont'd.)</u>

CONFIDENTIAL

LS-A&F002613

P 1069A



CANADA

𝕴 𝖍𝖊𝖗𝖊𝖇𝖞 𝕮𝖊𝖗𝖙𝖎𝖋𝖞 that the Trade Mark identified on the annexed documents, which form part of this Certificate, has been registered in the Trade Marks Office, under the number and date, in the name of the person, and for use in association with the wares therein specified.

𝕴𝖓 𝕿𝖊𝖘𝖙𝖎𝖒𝖔𝖓𝖞 𝖂𝖍𝖊𝖗𝖊𝖔𝖋 I have hereunto set my hand and caused this Seal of the Trade Marks Office to be affixed at the City of Ottawa, Canada, this   first day of    December,    in the year of Our Lord one thousand nine hundred and fifty-one.

J. P. McCaffrey
REGISTRAR

EXHIBIT 10

CONFIDENTIAL

LS-A&F002614

TRADE MARK No. N. S. 39979

REGISTER 156

| | |
|---|---|
| Registrant: | LEVI STRAUSS & COMPANY |
| Address: | 98 Battery Street<br>San Francisco, California, United States of America |
| Date of Registration: 21 July, 1950 | Date of First Use: 1873-Made known in<br>Canada-1873 |
| Application Serial No. 393197 | Filed: 21 July, 1950 |
| Agent for Service: | Smart & Biggar<br>609 Victoria Building<br>Ottawa, Ontario, Canada |
| Mark: | A double arcuate design applied to the hip pockets<br>of garments such as overalls |
| Wares: | Garments, namely overalls. |
| Change of Ownership: | |

EXHIBIT 10  (Cont'd.)

CONFIDENTIAL

LS-A&F002615



EXHIBIT 10 (Cont'd.)

CONFIDENTIAL

LS-A&F002616



Consumer and
Corporate Affairs Canada

Consommation
et Corporations Canada

Trade Marks

Marques de commerce

Certificate of
Authenticity

Certificat
d'authenticité

IP4631A

This is to certify that the annexed is a true
copy of the record of the
registration of the trade mark
registered under No. 308,843
in accordance with the Trade
Marks Act.

Les présentes certifient que le texte
ci-joint est une copie conforme de

In accordance with the provisions of the
Trade Marks Act, this trade mark is
registered for 15 years from the
registration date or latest renewal date
shown on the attached particulars of
registration.

Conformément aux dispositions de la Loi
sur les marques de commerce, la
présente marque de commerce est
enregistrée pour une période de 15 ans
à compter de la date d'enregistrement
ou de la dernière date de renouvellement
indiquée sur la copie de l'enregistrement
ci-jointe.



Date December 18, 1986

Registrar of Trade Marks
Le registraire des marques de commerce

Attesting Officer – Certificateur

Canada

EXHIBIT 11

CCA-1908

CONFIDENTIAL

LS-A&F002617

Consumer and
Corporate Affairs Canada

Consommation
et Corporations Canada

Trade Marks

Marques de commerce

**Certificate of
Registration**

**Certificat
d'enregistrement**

## 308843

I hereby certify that the trade mark identified in the attached extract from the register of trade marks has been registered as appears therefrom, and that the said extract is a true copy of the record of its registration.

Je certifie par les présentes que la marque de commerce identifiée dans l'extrait ci-joint, tiré du registre des marques de commerce, a été enregistrée ainsi qu'il en appert, et que ledit extrait est une copie conforme de l'inscription de son enregistrement.

In accordance with the provisions of the Trade Marks Act, this trade mark is subject to renewal every 15 years from the registration date shown on the attached extract.

Conformément aux dispositions de la Loi sur les marques de commerce, cette marque de commerce est renouvelable tous les quinze ans à compter de la date d'enregistrement indiquée sur l'extrait ci-joint.

In testimony whereof I have hereunto set my hand and caused the seal of the Trade Marks Office to be affixed at the city of Hull, Canada.

En foi de quoi j'ai apposé aux présentes mon seing et fait apposer le sceau du Bureau des marques de commerce, en la cité de Hull, Canada.

NOV 29 1985

Date

Registrar of Trade Marks
Le registraire des marques de commerce

Attesting Officer
Certificateur

Canada    EXHIBIT 11 (Cont'd.)

CONFIDENTIAL

LS-A&F002618

APPL'N/DEM. NO 534 029   REGISTRATION/ENREGISTREMENT NO TMA308,843

FILING DATE/DATE DE PRODUCTION:                          03 JAN/JANV 1985
REGISTRATION DATE/DATE D'ENREGISTREMENT:                 29 NOV/NOV 1985

REGISTRANT/PROPRIETAIRE ORIGINAL:

LEVI STRAUSS & CO.,
LEVI'S PLAZA,
1155 BATTERY STREET,
P.O. BOX 7215,
SAN FRANCISCO, CALIFORNIA 94120-6703,
UNITED STATES OF AMERICA

REP FOR SERVICE/REP POUR SIGNIFICATION:
SMART & BIGGAR,
70 GLOUCESTER STREET,
P.O. BOX 2999, STATION D,
OTTAWA, ONTARIO,
K1P 5Y6.

TRADE MARK/MARQUE DE COMMERCE:
501

WARES/MARCHANDISES:
Jeans. ..-

Used in CANADA since at least as early as 1969

Used in UNITED STATES OF AMERICA

Registered in UNITED STATES OF AMERICA on 28 SEP/SEPT 1982 under No.
1,210,583.

EXHIBIT 11 (Cont'd.)

CONFIDENTIAL

LS-A&F002619





# Canada

## This is to Certify

that this Trade Mark (SPECIFIC) to be applied to the sale of

Overalls, Jumpers and other articles for Workingmen's Wear; and

which consists of the representation of two horses attached to

opposite sides of the tops of a pair of overalls and being driven

in opposite directions by their drivers, as per the annexed pattern

and application.

has been registered in The Trade Mark Register No. 38,

Folio 8226, in accordance with The Trade Mark and

Design Act by

LEVI STRAUSS and COMPANY,

of the City of San Francisco, California, United States of America.

in the 28th day of December, A.D. 1903.

Department of Agriculture                Geo. F. O'Halloran

(COPYRIGHT AND TRADE MARK BRANCH) Deputy of the Minister of Agriculture.

Ottawa, Canada this 28th day of December, A.D. 1903.

## EXHIBIT 12

CONFIDENTIAL

LS-A&F002620



922

CANADA.

### This is to certify

that the TRADE MARK (specifically) to be applied to the sale of Overalls, Jumpers and other articles for workingmen's wear; and which consists of the representation of two horses attached to opposite sides of the tops of a pair of Overalls and being driven in opposite directions by two Drivers; as per the annexed pattern and application.

Has been Registered in "The Trade Mark Register No. 38, Folio 92.26 in accordance with "The TRADE MARK and DESIGN ACT," by

Levi Strauss and Company,

of the City of San Francisco, California, United States of America;

On the 28th day of December A.D. 1905.

Fred. F. _____

_____ the Minister of Agriculture.

Department of Agriculture,
(Copyright and Trade Mark Branch)
Ottawa, Canada, this 28th day of December A.D. 1905.

### EXHIBIT 12 (Cont'd.)

CONFIDENTIAL

LS-A&F002621



38/9206

EXHIBIT 12 (Cont'd.)

CONFIDENTIAL

LS–A&F002622

This is to certify that Trade Mark Y9226
has been renewed under the terms
Section 50 of The Unfair Compe[tition]
Act, 1932, as from the 28 day of December
1953.
(451815) E. M. Smith [illegible]
Acting REGISTRAR
143347

Representative for Service: Smart & Biggar,
70 Gloucester Street,
Ottawa, Ont. (48157)

Date of Registration: Oct 19, 1971 Document dated: March 9, 1971
New Owner: Levi Strauss & Co. (a Delaware Corporation), 98 Battery Street, San Francisco, California 94106, U.S.A. (48157)

Representative for Service: Smart & Biggar, Box 2999, Station D Ottawa, Ontario, K2P 0A2

ASSOCIATED MARK NO. 206,967; 208,765; 220,550; 201,389; 193,380; 174,744; 253,353
N.S. 59-15514; 266,592

May 29, 1975 AMENDED UNDER THE PROVISIONS OF SECTION 43 OF THE TRADE MARKS ACT [illegible] of wares reads: [illegible]

Date of First Use of Trade Mark in Canada: "Since at least as early as 1900

Application for amendment of the Register [illegible]
Filed: May 1, 1975 Registered: June 11, 1975
(wares): (1) Luggage, namely: carrying bags of all kinds and portfolios; (2) notebooks, albums, binders, book covers, clip folders and bulletin/memo boards; (3) [illegible], namely; [illegible] folders, place-mats and napkin sets [illegible]
Used in Canada since at least as early as March, 1971 on wares marked (1); since at least as early as August 1970 on wares marked (2) and since at least as early as May, 1972 on wares marked (3).

Levi Strauss is the name of an individual who has been dead for more than 30 years.
The right to the exclusive use of all of the reading matter except the words Levi Strauss is disclaimed apart from the trade mark.

RENEWED UNDER SECTION 45 OF THE TRADE MARKS ACT AS FROM December 28, 1968, 1978 [illegible]

See AUXILIARY REGISTER for Registered User
Usager inscrit - Voir REGISTRE AUXILIAIRE

EXHIBIT 12 (Cont'd.)



Consumer and
Corporate Affairs Canada

Trade Marks
**Certificate of
Registration**

Consommation
et Corporations Canada

Marques de commerce
**Certificat
d'enregistrement**

## 272734

I hereby certify that the trade mark
identified in the attached extract from the
register of trade marks has been
registered as appears therefrom, and
that the said extract is a true copy of the
record of its registration.

Je certifie par les présentes que la
marque de commerce identifiée dans
l'extrait ci-joint, tiré du registre des
marques de commerce, a été enregistrée
ainsi qu'il en appert, et que ledit extrait
est une copie conforme de l'inscription
de son enregistrement.

In accordance with the provisions of
the Trade Marks Act, this trade mark
is subject to renewal every 15 years
from the registration date shown on the
attached extract.

Conformément aux dispositions de la Loi
sur les marques de commerce, cette
marque de commerce est renouvelable
tous les quinze ans à compter de la date
d'enregistrement indiquée sur l'extrait
ci-joint.

In testimony whereof I have hereunto
set my hand and caused the seal on the
Trade Marks Office to be affixed at the
city of Hull, Canada.

En foi de quoi j'ai apposé aux présentes
mon seing et fait apposer le sceau du
Bureau des marques de commerce,
en la cité de Hull, Canada.



OCT 1 5 1982
Date

Registrar of Trade Marks
Le registraire des marques de commerce

Attesting Office
Certificateur

EXHIBIT 13

CCA 352

CONFIDENTIAL

LS-A&F002625

APPL'N/DEM. NO 467,106    REGISTRATION/ENREGISTREMENT NO 272,734

FILING DATE/DATE DE DEPOT:                          18 MAR/MARS 1981
REGISTRATION DATE/DATE D'ENREGISTREMENT:            15 OCT/OCT  1982

REGISTRANT/PROPRIETAIRE INSCRIT

LEVI STRAUSS & CO.,
LEVI'S PLAZA,
7TH FLOOR,
1155 BATTERY STREET,
SAN FRANCISCO, CALIFORNIA 94106,
UNITED STATES OF AMERICA

REP FOR SERVICE/REP POUR SIGNIFICATION
Smart & Biggar,
P.O. Box 2999, Station D,
Ottawa,
Ontario
K1P 5Y6

TRADE MARK/MARQUE DE COMMERCE: *** SEE DESIGN MARK ***
HORSES; DESIGN

 ISCLAIMER/DESISTEMENT:
 ie right to the exclusive use of the representation of a pair of
pants is disclaimed apart from the trade mark.

WARES/MARCHANDISES:
(1) Wearing apparel for men, women and children, namely: pants,
shirts, jackets, blouses, shorts, tops, vests, hats, caps, belts and
buckles therefor. (2) Luggage and related goods, namely: carrying
bags of all kinds, portfolios, notebooks, albums, binders, book
covers, clip folios, bulletin/reminder boards, wallets, key cases,
fobs, money clips, and tote bags. (3) Hosewares, namely:
fabric place mats, napkin sets, potholders and aprons.

 Used in CANADA since at least as early as 1900 on wares marked (1);
 since at least as early as August 1970 on wares marked (2) and since
 at least as early as May 1970 on wares marked (3).

ASSOCIATED MARKS/MARQUES LIEES:
38/9226 208,765 220,550 265,277 266,592 272,316

<u>EXHIBIT 13 (Cont'd.)</u>

CONFIDENTIAL                                          LS-A&F002626

DESIGN MARK SAMPLE

ECHANTILLON DU DESSIN DE LA MARQUE

APPL'N/DEM. NO 467,106    REGISTRATION/ENREGISTREMENT NO 272,734

TRADE MARK/MARQUE DE COMMERCE:
HORSES; DESIGN

TRADE MARK/MARQUE DE COMMERCE:



EXHIBIT 13 (Cont'd.)

CONFIDENTIAL

LS-A&F002627



EXHIBIT 14

CONFIDENTIAL



EXHIBIT 15

CONFIDENTIAL

LS-A&F002629



EXHIBIT 16

CONFIDENTIAL

LS-A&F002630



EXHIBIT 17

CONFIDENTIAL

LS-A&F002631



<u>EXHIBIT 18</u>

CONFIDENTIAL

LS-A&F002632



EXHIBIT 19

CONFIDENTIAL

LS-A&F002633

**EXHIBIT S**

CONFIDENTIAL

LS-A&F002634



CONFIDENTIAL

LS-A&F002635



CONFIDENTIAL

LS-A&F002636

**EXHIBIT  T**

CONFIDENTIAL

LS-A&F002637



CONFIDENTIAL

LS-A&F002638



CONFIDENTIAL

LS-A&F002639

**EXHIBIT U**

CONFIDENTIAL

LS-A&F002640



CONFIDENTIAL

LS-A&F002641



CONFIDENTIAL

LS-A&F002642

**EXHIBIT V**

CONFIDENTIAL

LS-A&F002643



CONFIDENTIAL

LS-A&F002644



CONFIDENTIAL

LS-A&F002645