1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                   UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEVI STRAUSS & CO.,                          | Case No. C 07-03752 JSW
13 |             Plaintiff/Counterdefendant,      | [PROPOSED] ORDER RE
                                                    RENEWED ADMINISTRATIVE
14 |     v.                                        MOTION FOR AN ORDER
                                                    PERMITTING THE FILING OF
15 | ABERCROMBIE & FITCH TRADING CO.,             | DOCUMENTS UNDER SEAL
                                                    PURSUANT TO CIVIL L.R. 79-5(c)
16 |             Defendant/Counterclaimant.       |

17

18
   | ABERCROMBIE & FITCH TRADING CO.,             | DATE:  September 26, 2008
19 |                                              | TIME:   9:00 a.m.
                                                    COURTROOM:  2,
20 |             Defendant/Counterclaimant,       | Honorable Jeffrey S. White

21 |     v.

22 | LEVI STRAUSS & CO.,

23 |             Plaintiff/Counterdefendant.

24

25

26

27

28

1       The Court having considered LS&CO.'s Renewed Administrative Motion for Leave to File

2 Documents Under Seal, and good cause appearing,

3       IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed

4 copies of the Declaration of Will Mitchell and Declaration of Robert Hanson in Support of Plaintiff's

5 Motion for Summary Judgment on Defendant's Counterclaims and Selected Affirmative Defenses,

6 and for Partial Summary Judgment on Plaintiff's Claim of Trademark Dilution, with exhibits.

7 Specifically, Paragraphs 4, 6 and Exhibit A to the Mitchell Declaration and paragraphs 9-10 and Exhibit B to the Hanson Declaration shall be filed under seal.

8

9 DATED: August 27, 2008               /s/ Jeffrey S. White

10                                         The Honorable Jeffrey S. White
United States District Court Judge

11

12 61467769 v1