MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>      Plaintiff,<br><br> v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>      Defendant.<br>_____<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>      Counter-Claimant,<br><br> v.<br><br>LEVI STRAUSS & CO.,<br><br>      Counter-Defendant. | No. CV07-03752 -JSW<br><br>**[PROPOSED] ORDER GRANTING ABERCROMBIE & FITCH TRADING CO.'S RENEWED ADMINISTRATIVE MOTION PURSUANT TO CIV. LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS THAT LEVI STRAUSS HAS DESIGNATED CONFIDENTIAL** |

1  The Court having considered Defendant Abercrombie & Fitch Trading Co.'s Renewed Administrative Motion pursuant to Civil LR 79-5-(b) to file under seal documents that Levi Strauss and Co. has designated confidential, and good cause appearing:

Abercrombie & Fitch Trading Co.'s Administrative Motion is granted. The following documents are properly sealable under Civil Local Rule 79-5:

1. Paragraphs 3, 6, 7-10, 12, 14 and 18 of the Declaration of J. Michael Keyes in Support of Defendant Abercrombie & Fitch Trading Co.'s Motion for Summary Judgment;

2. Exhibit B and E ( Keyes Decl., p. 1, ¶¶ 3, 6);

3. Exhibits F, G, H, I, K, M and O ( Keyes Decl., pp.1-2, ¶¶ 7-10,12, 14); and

4. Exhibit Q ( Keyes Decl., p. 5, ¶ 18)

The Court has taken note of the correspondence submitted with the Davison Declaration. It was not initially apparent to the Court that all of the material submitted with the Keyes declaration was material designated as confidential by LS&CO. But for the fact that the email submitted with the Davison declaration provides the basis on which the materials are sealable, LS&CO would have been required to file a declaration in accordance with Local Rule 79-5.

IT IS SO ORDERED.

DATED August 28, 2008.

A&F's request to LS&CO was not entirely unreasonable, notwithstanding the terms of the Protective Order and the Court expects the parties to be more cooperative going forward.

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING ABERCROMBIE'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS THAT LEVI STRAUSS & CO. HAS DESIGNATED CONFIDENTIAL
Case No. 03:07-CV-3752-JSW              -2-              Printed on Recycled Paper