MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (PRO HAC VICE)
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Counter-Claimant, <br><br> v. <br><br> LEVI STRAUSS & CO., <br><br> Counter-Defendant. | No. CV07-03752 -JSW <br><br> **DECLARATION OF RACHEL R. DAVIDSON IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES AND PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION** |

I, Rachel R. Davidson, declare as follows:

1. I am an attorney admitted to practice before this Court in this matter. I am an associate in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in *Lois Sportswear, U.S.A., Inc. v. Levi Strauss & Company*, U.S. District Court for the Southern District of New York, Case No. 82 Civ. 8326 (RWS) ["*Lois Sportswear*"], dated 12/13/82, with exhibits.

3. Attached hereto as Exhibit B is a true and correct copy of the Answer and Counterclaims filed in *Lois Sportswear*, dated 01/05/83.

4. Attached hereto as Exhibit C is a true and correct copy of the U.S. Patent Office Trade-Mark 404,248, Registered Nov. 16, 1943 by Levi Strauss & Company, and the U.S. Patent and Trademark Office Reg. No. 1,139,254, Registered Sep. 2, 1980 by Levi Strauss & Co.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Answer to Counterclaims filed in *Lois Sportswear*, dated 01/25/83.

6. Attached hereto as Exhibit E is a true and correct copy of Lois Sportswear's Pre-Trial Brief filed in *Lois Sportswear*, dated 01/25/83.

7. Attached hereto as Exhibit F is a true and correct copy of the Memorandum of Lois Sportswear, U.S.A., Inc. and Textiles Y Confecciones Europeas, S.A. in Opposition to Cross-Motion for Summary Judgment and in Reply to Memorandum of Levi Strauss &

Company in Opposition to Motion for Summary Judgment, in *Lois Sportswear,* dated 06/19/85.

8. Attached hereto as Exhibit G is a true and correct copy of the Affidavit of Jeffrey D. Cohen filed in *Lois Sportswear,* dated 06/19/85.

9. Attached hereto as Exhibit H is a true and correct copy of the Affidavit of Cassandra M. Flipper filed in *Lois Sportswear,* dated 05/28/85.

10. Attached hereto as Exhibit I is a true and correct copy of the Combined Affidavit Under Sections 8 and 15 of Katherine B. Durgin, filed with the U.S. Patent Office and Trademark Office ("PTO") regarding the Trademark: Arcuate Design, Reg. No. 1,139,254, dated 05/14/85.

11. Attached hereto as Exhibit J is a true and correct copy of Levi Strauss &Company's Letter to the PTO dated May 14, 1985.

12. Attached hereto as Exhibit K is a true and correct copy of correspondence from the U.S. Patent and Trademark Office to Levi Strauss & Co. dated 09/20/85.

13. Attached hereto as Exhibit L is a true and correct copy of the Section 8 and 15 Affidavits Filed by LS&Co. for Federal Trademark Registrations Owned by LS&Co. Dealing with Various Aspects of "Levi's Jeans."

14. Attached hereto as Exhibit M is a true and correct copy of the Combined Affidavit Under Sections 8 and 15 of Jean L. Fowler, filed with the U.S. Patent Office and Trademark Office regarding the Trademark: Arcuate Design, Reg. No. 1,139,254, dated 01/02/86.

15. Attached hereto as Exhibit N is a true and correct copy of the Notice of Appeal filed by Lois Sportswear, U.S.A., Inc. in *Lois Sportswear,* dated 12/03/85.

16. Attached hereto as Exhibit O is a true and correct copy of Appellants' Petition for Rehearing En Banc filed by Lois Sportswear, U.S.A., Inc. in the appeal to the U.S. Court

1  of Appeals for the Second Circuit, *Lois Sportswear U.S., Inc. and Textiles Y Confecciones*
2  *Europeas, S.A. against Levi Strauss & Company*, Appeal No. 85-7976/7880 [*Lois Sportswear*
3  *Appeal*], dated 09/10/86.

4     17.    Attached hereto as Exhibit P are true and correct copies of excerpts from the
5  transcript of the deposition of Katherine Durgin, dated May 15, 2008.

6     18.    Attached hereto as Exhibit Q are true and correct copies of excerpts from the
7  transcript of the deposition of Jean Fowler, dated May 16, 2008.

8     19.    Attached hereto as Exhibit R is a true and correct copy of the Expert Report of
9  David Kera with exhibits, dated June 30, 2008.

10    20.    Attached hereto as Exhibit S is a true and correct copy of the Expert Report of
11  Randy L. Simms, dated June 28, 2008.

12    21.    Attached hereto as Exhibit T are true and correct copies of excerpts from the
13  transcript of the deposition of Randy L. Simms, dated August 1, 2008.

14    22.    Attached hereto as Exhibit U are true and correct copies of excerpts from the
15  transcript of the deposition of Cassandra Flipper, dated June 27, 2008.

16    23.    Attached hereto as Exhibit V are true and correct copies of excerpts from the
17  transcript of the deposition of David Kera, dated July 31, 2008.

18    24.    Attached hereto as Exhibit W is a true and correct copy of LS&Co.'s Response
19  to Abercrombie Interrogatories, Set One, dated March 24, 2008.

20    25.    Attached hereto as Exhibit X is a true and correct copy of the Settlement
21  Agreement between Levi Strauss & Co., Karizma, Inc. and Andrews Sports Club, Inc., dated
22  August 27, 2003.

23    26.    Attached hereto as Exhibit Y are true and correct copies of excerpts from the
24  transcript of the deposition of Reid Wilson, dated May 28, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 3rd day of September, 2008, by Rachel R. Davidson.

*[Signature: Rachel R. Davidson]*

Rachel R. Davidson

K:\0241195\00105\17096_XRH\17096P25S6

DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON COUNTERCLAIMS
Case No. 03:07-CV-3752-JSW            -5-            Printed on Recycled Paper