# Exhibit I

?00.co-3//-7^.

IN THE UNITED STATES
PATENT OFFICE AND TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

Trademark:      Arcuate Design

Reg. No:        1,139,254

Int. Class No.: 25

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA          )
                             )  ss:
CITY & COUNTY OF SAN FRANCISCO )

Katherine B. Durgin, being hereby warned that willful
false statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of this document, declares that Levi
Strauss & Co., a corporation of the State of Delaware, having
its principal place of business at 1155 Battery Street, San
Francisco, California, 94111, owns the above identified regis-
tration issued September 2, 1980, as shown by records in the
Patent and Trademark Office; that the mark shown therein has
been in continuous use in interstate commerce for five con-
secutive years from the date of registration or the date of
publication under Section 12(c)(6) to the present, on or in
connection with each of the following: pants, jackets, skirts,
and shorts which are stated in the registration;  that such mark
is still in use in interstate commerce; that such mark is still
in use as evidenced by the attached specimen showing the mark as
currently used; that there has been no final decision adverse to
registrant's claim of ownership of such mark for such goods or
services, or to the registrant's right to register the same or
to keep the same on the register; that there is no proceeding

05/22/85 1139254           3 31)     200.00 CK

- 1 -                              LL03

Ex. I-1

involving said rights pending and not disposed of either in the
Patent and Trademark Office or in the courts; and that all state-
ments made of his/her own knowledge are true and all statements
made on information and belief are believed to be true.

LEVI STRAUSS & CO.

By: _Katherine B. Durgin_____

Its: Vice President and
     Corporate Secretary

Date: _May 14, 1985_____

I, hereby certify that this correspondence is being
deposited with the United States Postal Service as First
class mail in an envelope addressed to Commissioner
of Patents and Trademarks, Washington, D.C. 20231,
on _May 14, 1985_
            (Date of Deposit)
LEVI STRAUSS & CO.
_Daniel Perry_     _5/14/85_
Signature          Date of Signature

– 2 –                    LL03

Ex. I-2