# Exhibit J

**Levi's**
QUALITY NEVER GOES OUT OF STYLE

May 14, 1985

Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, D.C.  20231

Re: Trademark: Arcuate Design
    In Class(s): 25

Sir:

Enclosed are the documents relating to the referenced trademark action, its associated specimen(s) and a check to cover the fee in the amount of $200.

Also enclosed is a return post card. Please date stamp and return the card as soon as you receive these applications.

Respectfully,

*Sylvia Kaplan*
Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

CONFIDENTIAL

LS-A&F009310
LS-A&F009310