# Exhibit L

**<u>Section 8 & 15 Affidavits Filed by LS&Co. for Federal Trademark Registrations</u>**
**<u>Owned by LS&Co. Dealing with Various Aspects of "Levi's Jeans"</u>**

| Registration No. | Registration Date | Period for Filing Section 8 & 15 Affidavit | Date Section 8 & 15 Affidavit Filed by LS&Co. | Location in Davidson Dec. |
|---|---|---|---|---|
| 577,490 | 07.21.1953 | 07.21.1958 – 07.21.1959 | 8.7.1958 | Ex. L-2 – Ex. L-10 |
| 638,273 | 10.27.1953 | 10.27.1958 – 10.27.1959 | 11.7.1958 | Ex. L-11 – Ex. L-20 |
| 720,376 | 08.22.1961 | 08.22.1966 – 08.22.1967 | 11.2.66 | Ex. L-21 – Ex. L-29 |
| 774,625 | 08.04.1964 | 08.04.1969 – 08.04.1970 | 4.23.1970 | Ex. L-30 – Ex. L-43 |
| 775,412 | 08.18.1964 | 08.18.1969 – 08.18.1970 | 4.23.1970 | Ex. L-44 – Ex. L-57 |
| 849,437 | 05.21.1968 | 05.21.1973 – 05.21.1974 | 7.30.1973 | Ex. L-58 – Ex. L-63 |
| 875,680 | 08.26.1969 | 08.26.1974 – 08.26.1975 | 2.20.1975 | Ex. L-64 – Ex. L-69 |
| 896,521 | 08.11.1970 | 08.11.1975 – 08.11.1976 | 2.27.1976 | Ex. L-70 – Ex. L-75 |
| 1,030,033 | 01.13.1976 | 01.13.1981 – 01.13.1982 | 1.12.1982 | Ex. L-76 – Ex. L-85 |
| 1,122,467 | 07.17.1979 | 07.17.1984 – 07.17.1985 | 8.6.1984 | Ex. L-86 – Ex. L-90 |
| **1,139,254** | **09.02.1980** | **09.02.1985 – 09.02.1986** | **5.17.1985 (early); 1.16.1986** | **Exhibits C, I, J, K, and M** |
| 1,157,769 | 06.16.1981 | 06.16.1986 – 06.16.1987 | 9.29.1986 | Ex. L-91 – Ex. L-102 |
| 1,313,554 | 01.08.1985 | 01.08.1990 – 01.08.1991 | 1.8.1991 | Ex. L-103 – Ex. L-113 |
| 1,319,462 | 02.12.1985 | 02.12.1990 – 02.12.1991 | 1.8.1991 | Ex. L-114 – Ex. L-124 |
| 1,334,399 | 05.07.1985 | 05.07.1990 – 05.07.1991 | 1.29.1991 | Ex. L-125– Ex. L-136 |

TRADE MARK
CLASS 39, CLOTHING

JUL 21 1953

**577,490**

USS & COMPANY,
ss & Co.,                         DEL. CORP.

SAN FRANCISCO,                    SAN FRANCISCO, Calif.
CALIFORNIA
OVERALLS

PRINCIPAL REGISTER         ACT OF 1946

nent
ation                             Application filed complete
nens
ing                               APR 30 1949
25.00                             JAN 24 1973

nd passed for publication _Mildred Jackson_  APR 8 1953
or registration _Mildred Jackson_  JUN 22 1953
llowance
Sec. 8 _P Yarnall_                Acknowledged
Sec. 15 _Lenore Lady_             Acknowledged
for renewal _Rel _____            Renewed July 31, 1973

Wendy Juster
Levi Strauss + Co
1155 Battery Street
San Francisco, CA 94111

ademark: The drawing is lined for red. The mark consists of a
marker or tab, of textile material or the like, colored red, appear-
ing affixed permanently to the exterior of the garment is
so that the red tab is visible, while the garme
or indise of device. Overalls jeans

AMENDMENT SEC. 7  5/29/53              1. C. 25

pplicant claims ownership of registrations NOS. 356,701, 404,248

aims use since SEPT 1 1936

                                  PUBLISHED IN

use in commerce since SEPT 1 1936

                                  MAY 5 1953

Ex. L-2

JUL 17 1973      5 OCT 1993        U. S. PATENT OF



REGISTRATION #
**577490**

NTENTS:

BRIEFED

TRADE MARKS
CLASS 39, CLOTHING

71578119

MAY 2 1952

FEB 18 1953

F OFP

N OF A

SEC. 8 & 15    AUG 7 1958



MARK:  Trademark Design
REG. NO. 577,490
CLASS NO. 39

## COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TO THE COMMISSIONER OF PATENTS:

D. A. BERONIO, being duly sworn, deposes and says that he is the Secretary of LEVI STRAUSS AND COMPANY, a corporation organized under the laws of the State of California, located and doing business at 98 Battery Street, San Francisco, California, that said corporation is the owner of Registration No. 577,490, dated July 21, 1953, as evidenced by the accompanying title report; that the mark described therein has been in continuous use in commerce among the several states for five consecutive years from July 21, 1953 to July 21, 1958, subsequent to the date of registration, on or in connection with the following, OVERALLS, stated in the registration; that the mark is still in use in commerce in the manner shown in the specimen attached hereto; that there has been no final decision adverse to said corporation's claim of ownership of such mark for such goods, or its right to register the same, or keep the same on the register, and that there is no proceeding involving said rights pending in the Patent Office or in a court and not finally disposed of.

The undersigned hereby appoints BOYKEN, MOHLER & WOOD, 723 Crocker Building, San Francisco, California, Reg. No. 17,553, its attorneys to file this affidavit with full power of substitution and revocation, and to transact all business in the Patent Office in connection therewith.

LEVI STRAUSS AND COMPANY

BY _____
D. A. Beronio, Secretary

STATE OF CALIFORNIA    )
CITY AND               )
COUNTY OF SAN FRANCISCO )

Before me personally appeared D. A. BERONIO, to me known to be the person described in the foregoing affidavit, who signed the said affidavit in my presence, and made oath before me to the allegations set forth therein on the 5th day of August, 1958.



_____
Notary Public

BILLIE L. AIKMAN
My Commission Expires April 26, 1961

Ex. L-4

PTO ~ ~p 1963 (Rev 5/2006)
OMB 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| REGISTRATION NUMBER | 0577490 |
| REGISTRATION DATE | 07/21/1953 |
| SERIAL NUMBER | 71578119 |
| **MARK SECTION** | |
| MARK | Design only |
| **OWNER SECTION (current)** | |
| NAME | LEVI STRAUSS & COMPANY |
| STREET | 98 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | LEVI STRAUSS & COMPANY |
| STREET | 1155 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT5\IMAGEOUT5 \715\781\71578119\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | a digital photograph of a rear jeans pocket bearing the mark. |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| | 1 |

Ex. L-5

| SUBTOTAL AMOUNT | 500 |
| AL AMOUNT | 500 |
| SIGNATURE SECTION | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 06/25/2003 |
| SIGNATORY POSITION | Paralegal |
| FILING INFORMATION | |
| SUBMIT DATE | Wed Jun 25 13:19:35 EDT 2003 |
| TEAS STAMP | USPTO/S08N09-155572542-20 030625131935151009-057749 0-200e79da9f4859ed5928fea b20b03444c8DA781-20030625 131234106101 |

PTO Form 1963 (Rev 9/2006)
OMB No. 0651-0055 (Exp. 10/31/2008)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of a

## To the Commissioner for Trademarks:

REGISTRATION NUMBER: 0577490
REGISTRATION DATE: 07/21/1953
MARK: Design only
The owner, LEVI STRAUSS & COMPANY, residing at 1155 BATTERY STREET, SAN FRANCISCO, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company the mark in commerce on or in connection with all goods and/or services listed in the existing registration.
The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) a digital photograph of a rear jeans pocket bearing the mark..
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Signature: /Jennifer Gunn/    Date: 06/25/2003
Signatory's Name: Jennifer Gunn
Signatory's Position: Paralegal
Sale Number: 781
RAM Accounting Date: 06/25/2003

Ex. L-6

Serial Number: 71578119
F    net Transmission Date: Wed Jun 25 13:19:35 EDT 2003
1    S Stamp: USPTO/S08N09-155572542-20030625131935151
009-0577490-200e79da9f4859ed5928feab20b0
3444c8DA781-20030625131234106101

Ex. L-7

**SPECIMEN**

**Internet Transmission Date:**
06/25/2003

**Registration Number:**
0577490

**International Class:**
025

**Serial Number:**
71578119







Ex. L-9

**FEE RECORD SHEET**

**Registration Number:**   0577490

**Serial Number:**   71578119



**RAM Sale Number:  781**

**RAM Accounting Date:  20030625**

**Total Fees:**     $500

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20030625 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20030625 | $400 | 1 | $400 |

Ex. L-10

T.-M. SERIAL No. (Series of 1905)

**638273**

REG. No. **5816**

TRADE MARKS
CLASS 39, CLOTHING

REGISTERED OCT 27 1953

*Name* LEVI STRAUSS & COMPANY

*of* SAN FRANCISCO
*State of* CALIFORNIA
*For* MEN'S, WOMEN'S AND CHILDREN'S OVERALLS, JACKETS, SHIRTS, COATS, SL
AND PANTS, WOMEN'S AND CHILDREN'S BLOUSES, ETC.

PRINCIPAL REGISTER    ACT OF 1946

*Parts of Application filed*
Statement
Verification
Specimens
Drawing
Fee    $25.00 — 91110   NOV 18, 1952

Application filed complete
NOV 18

MAY 14 1973

Examined and passed for publication _____ JUN 24 1953

Examined for registration _____ SEP 28 1953

Notice of allowance _____

Affidavit, Sec. 8 _____  Acknowledged _____

Affidavit, Sec. 15 _____  Acknowledged _____

Examined for renewal _____  Renewed Oct 27, 1973

Examined for renewal _____  Renewed October 27, 1973

Representative _____

Attorney   BOYKEN, MOHLER AND BECKLEY, 723 CROCKER BLDG., SAN FRANCISCO 4, CAL

Associate Attorney _____

Other data: _____

Goods—Services  Men's, women's and children's overa
jackets, outer shirts, coats, slacks, and
pants; women's and children's blouses, over-
shorts, pedal pushers, vests, skirts, and culottes, a
women's bras (less goods)

Applicant claims ownership of registrations NOS. 250,265, 413,386 AND 516,561, and 2

Claims use since APRIL 15, 1952, and since Apr. 14, 1927, as
to the word "LEVI'S"

Claims use in commerce since APRIL 15, 1952

PUBLISHED IN O. G.

JUL 21 1953

JUL 31 1973

U. S. PATENT OFFICE

JAN 10 1985

Ex. L-11

638273

```
71638273
FILING DATE        REGISTRATION #
11/18/1952             581610
```

CLASSIFICATION

TRADE MARKS
CLASS 39, CLOTHING

# CONTENTS:

Application ___ OK ___ papers.    **BRIEFED**

1. Letter & Address          Nov. 19, 1952
2. Amdt a + Affdt            Feb. 17, 1953
3. LETTER                    MAR 2ⁿ 1953
4. Amdt B                    Apr. 3, 1953
5. LETTER                    MAY 1 1953
6. Amdt C                    May 11, 1953
7. N OF P                    JUN 23 1953
8. N OF A                    OCT 1 1953
9. COMB. AFF. SEC. 8 & 15    NOV 7 1956
10. Ren. Pet.                May 14, 1973
11. Notice of Suit           Apr. 18, 1978
12. Notice of Suit           (Decided) July 20, 1978
13. Ren Pet                  10-22-93
14.                          JAN 18 1994
15. Sect 8&9                 10/23/03  JV
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____

16—81681-9

Ex. L-12



NOV - 7 1958

MARK: "LEVI'S"
REG. NO. 581,610
CLASS NO. 39

## COMBINED AFFIDAVITS UNDER §§ 8 AND 15

TO THE COMMISSIONER OF PATENTS:

     D. A. BERONIO, being duly sworn, deposes and says that he is the Secretary of LEVI STRAUSS AND COMPANY, a corporation organized under the laws of the State of California, located and doing business at 98 Battery Street, San Francisco, California; that said corporation is the owner of Registration No. 581,610, dated October 27, 1953, as evidenced by the accompanying title report; that the mark described therein has been in continuous use in commerce among the several states for five consecutive years from October 27, 1953 to October 27, 1958, subsequent to the date of registration, on or in connection with the following, MEN'S, WOMEN'S AND CHILDREN'S OVERALLS, JACKETS, OUTER SHIRTS, COATS, SLACKS, AND PANTS; WOMEN'S AND CHILDREN'S BLOUSES, OUTER SHORTS, PEDAL PUSHERS, VESTS, SKIRTS, AND CULOTTES; AND WOMEN'S BRAS, stated in the registration; that the mark is still in use in commerce in the manner shown in the specimen attached hereto; that there has been no final decision adverse to said corporation's claim of ownership of such mark for such goods, or its right to register the same, or keep the same on the register, and that there is no proceeding involving said rights pending in the Patent Office or in a court and not finally disposed of.

     The undersigned hereby appoints BOYKEN, MOHLER & WOOD, 723 Crocker Building, San Francisco, California, Registration No. 17,553, its attorneys to file this affidavit with full power of substitution and revocation, and to transact all business in the Patent Office in connection therewith.

LEVI STRAUSS AND COMPANY

By _____
          Secretary

Ex. L-13

-1-

1   STATE OF CALIFORNIA      )
    CITY AND                 )  ss.
2   COUNTY OF SAN FRANCISCO  )

3           Before me personally appeared D. A. BERONIO, to me known

4   to be the person described in the foregoing affidavit, who signed

5   the said affidavit in my presence, and made oath before me to the

6   allegations set forth therein on the *3rd* day of *November,*

7   1958.

8

9                                    *Billie L. Aikman*
                                     Notary Public

10

11                                  BILLIE L. AIKMAN
                                My Commission Expires April 26, 1961
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

Ex. L-14                            ba

                    -2-

PTO 1960 (Rev 5/2006)
O        351-0055 (Exp 10/31/2005)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| REGISTRATION NUMBER | 0581610 |
| REGISTRATION DATE | 10/27/1953 |
| SERIAL NUMBER | 71638273 |
| MARK SECTION | |
| MARK | LEVI'S (stylized and/or with design) |
| OWNER SECTION (current) | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 1155 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| POSTAL CODE | 94111 |
| COUNTRY | US |
| OWNER SECTION (proposed) | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 1155 BATTERY STREET |
| CITY | SAN FRANCISCO |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| GOODS AND/OR SERVICES SECTION | |
| INTERNATIONAL CLASS | 025 |
| DELETE THE FOLLOWING GOODS AND/OR SERVICES | Coats |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT7\IMAGEOUT7 \716\382\71638273\xml1\S8 90002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a jacket pocket bearing the mark |
| ATTACHMENT SECTION | |

Ex. L-15

| | |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| TOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 10/23/2003 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Oct 23 18:18:15 EDT 2003 |
| TEAS STAMP | USPTO/S08N09-155572542-20 031023181815084043-058161 0-2002d4ee60e6ae12d4cd747 92c279d24b7DA336-20031023 181147854289 |

PTO Feni 1963 (Rev 5/2006)
OMB No 0651-0055 (Exp 10/01/2008)

<hr>

**Combined Declaration of Use In Commerce & Application For Renewal of Registration of**

**To** the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0581610
**REGISTRATION DATE:** 10/27/1953
**MARK:** LEVI'S (stylized and/or with design)
The owner, LEVI STRAUSS & CO., residing at 1155 BATTERY STREET , SAN FRANCISCO, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company the mark in commerce on or in connection with all goods and/or services listed in the existing registration, except the goods and/or service listed above. **except** the following:
    Coats
The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a jacket pocket bearing the mark.
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Signature: /Jennifer Gunn/    Date: 10/23/2003
Signatory's Name: Jennifer Gunn

Ex. L-16

Signatory's Position: Paralegal
F    ' Sale Number: 336
R  ⌐i Accounting Date: 10/24/2003
Serial Number: 71638273
Internet Transmission Date: Thu Oct 23 18:18:15 EDT 2003
TEAS Stamp: USPTO/S08N09-155572542-20031023181815084
043-0581610-2002d4ee60e6ae12d4cd74792c27
9d24b7DA336-20031023181147854289

. Ex. L-17

# SPECIMEN

**Internet Transmission Date:**
10/23/2003

**International Class:**
025

**Registration Number:**
0581610

**Serial Number:**
71638273





Ex. L-18



Ex. L-19

**FEE RECORD SHEET**

**Registration Number:** 0581610

**Serial Number:** 71638273

**RAM Sale Number: 336**

**RAM Accounting Date: 20031024**

**Total Fees:** $500

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 10/23/2003 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 10/23/2003 | $400 | 1 | $400 |

Ex. L-20

RENEWAL

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| **720376** | REP. OF MARKER TAB ON OVERALLS | 74109 |

Registered (date) AUG 22 1961    Type of Mark

PRINCIPAL REGISTER

Class 31    Filed Complete MAY 7 1959    Serial No.

Applicant and Post Office

LEVI STRAUSS & COMPANY, ~~CALIF. CORP.~~
98 BATTERY ST.,
SAN FRANCISCO, CALIF.

*Levi Strauss & Co.  Del. Corp.*
*San Francisco, Calif.*

☐ Assignee of
☐ By change of name from

Limbach, Limbach & Sutton
2001 Ferry Building
San Francisco, Calif. 94111

Amended ...........

Application ...........
Verification ...........
Parts Filed Specimens ...........
Drawings ...........
Fee ...........
Goods—Services ...........

MAY
MAY
MAY
MAY
25.00
AUG

Passed for Publication

Passed for Registration

AME___NT SEC. 7 *consists of a tall white marker or tab affixed to the exterior of the garment at the hip pocket.*

AMEN___ SEC. 7

REG. NOS. 356,701, 577,490

Goods—Services

JUVENILE OVERALLS

*ok*

OCT. 9, 1957

OCT. 9, 1957

A F F I D A V I T

Sec. 8 ...........

Sec. 15 ...........

Sec. 12c ...........

Passed for Renewal

Renewed From *aug. 22, 1981*
*aug. 22*

PUBLISHED IN O. G.

JAN 17 1961

U.S. PATENT OFFICE

INT. CL. 25

JAN 12 1982

4095

# CONTENTS:

Application a R. papers.

1. SEP 22 1959
2. ~~First Exhs~~ Nov. 9, 1960
3. APR 6 1960 FINAL REFUSAL
4. ~~Letter~~ apr 21/60
5. MAY 1960
6. Appeal To Board April 21, 1960
7. Appeal Acknowledged May 6, 1960
8. Req. For Recon. June 20, 1960
9. Remand June 28, 1960
10. Letter ~~ans~~ July 1, 1960
11. Letter ack'd July 13, 1960
12. N.O.P.
13. ~~letter~~ apr 6/61 JG
14. JUL 19 1961
15. COMB. AFF. SEC. 8 & 15 2 NOV 1966
16. ~~Gov.~~ March 7, 1967
17. Notice of Suit May 1, 1978
18. ~~Letter~~ Jan 19, 1976
19. Notice of Suit Oct. 31, 1979
20. ~~Cert Lett~~ Aug 3, 1981
21. ~~Lett~~ Aug 12/18
22. Letter 2 0 MAY 1982
23. Letter Jan 4, 1983
24. Letter Reg. ~~ack'd~~ Jan 28, 1983
25. ~~Rec~~ Dec 5, 1983
26.
27.
28.
29.
30.
31.

72074095
FILING DATE 05/07/1959
REGISTRATION 720376

Ex. L-22



TA-18901-31

#15

## IN THE UNITED STATES PATENT OFFICE

### COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK: WHITE TAB

REGISTRATION NO. 720,376

CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA        )
                           ) ss:
CITY and COUNTY OF SAN FRANCISCO )

_C. W. Lagorio_, being duly sworn, states that
Levi Strauss & Co., a corporation of the State of California,
and having its principal place of business at 98 Battery Street,
San Francisco, California, owns Registration No. 720,376, issued
August 22, 1961, as evidenced by the accompanying title report;
that the mark shown therein is still in use as evidenced by the
attached specimen showing the mark as currently used; that the
mark shown therein has been in continuous use in commerce among
the several states for five consecutive years from August 23, 1961
to the present on the following goods recited in the registration:
JUVENILE OVERALLS; that said mark is still in use in commerce
among the several states; that there has been no final decision
adverse to registrant's claim of ownership of said mark to its
right to register the same or to maintain it on the register,
and that there is no proceeding involving any of said rights
pending and not disposed of either in the Patent Office or in the
courts.

LEVI STRAUSS & CO.

By _illegible_

Its _illegible_

Ex. L-23

1.        47

Subscribed and sworn to before me this *18th* day of

*September*, 1966.

ERIK K. LYCKFORS
My Commission Expires June 22, 1968

Erik K. Lyckfors
Notary Public

OFFICIAL SEAL
ERIK K. LYCKFORS
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
SAN FRANCISCO COUNTY

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of FLEHR and
SWAIN, a firm composed of Paul D. Flehr, Harold C. Hohbach, Aldo
J. Test, Elmer S. Albritton and Thomas O. Herbert, all members
of the Bar of the State of California, Crocker Building,
San Francisco, California 94104, Registration No. 15,929, its
attorneys to file this affidavit, with full power of substitution
and revocation, and to transact all business in the Patent
Office in connection therewith.

LEVI STRAUSS & CO.

By _____
        Secretary

®

2.

Ex. L-24

48

_Post Registration_

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70



QUALITY NEVER GOES OUT OF STYLE

August 22, 2001

**VIA U.S. EXPRESS MAIL Label No. EL624509528US**

Box POST REG - FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia  22202-3513

Re:    Registrant Levi Strauss & Co.
        Trademark:  White Tab Device
        Registration No. 720376
        International Class 25
        Our File No.:  IP00009F

Dear Sir:

Enclosed for filing is an original executed Combined Declaration of Use in Commerce/Application for Renewal of Registration, together with one specimen showing the above mark as it is currently used in International Class 25.

Please charge the filing fee of $500.00 to the Levi Strauss & Co. Deposit Account No. 121161.  Please charge any additional fees or refund any overpayment to the same account.

Kindly return the enclosed postcard indicating your receipt of this document.

Respectfully submitted,

Jennifer Gunn
Paralegal

Enclosures (3)

Ex. L-25

*PRM*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |
|---|---|
| Registrant:    LEVI STRAUSS & CO. | ) |
| | ) |
| Registration No.:  720376 | ) |
| | ) |
| Mark:  White Tab Device | ) |
| | ) |
| International Class:  25 | ) |
| | ) |
| Registration Date:  August 22, 1961 | ) |
| | ) |

08-22-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #70

Box POST REG – FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

## COMBINED DECLARATION OF USE IN COMMERCE/
## APPLICATION FOR RENEWAL OF REGISTRATION OF MARK
### UNDER §§ 8 AND 9 (15 U.S.C. §§ 1058 and 1059)

Sir:

LEVI STRAUSS & CO., a Delaware corporation having its headquarters and

principal place of business at 1155 Battery Street, San Francisco, California 94111, is the

owner of Registration No. 720376 as shown by records in the U.S. Patent and Trademark

Office.  Registrant is using the mark in commerce on or in connection with the goods

identified below, as evidenced by the attached specimen showing the mark as currently

used in commerce.

The registrant requests that the registration be renewed for the goods identified

below:

| | | | | | |
|---|---|---|---|---|---|
| 00 | '2001 SREED1 | 00000105 121161 | 720376 | | **Pants** |
| 01 FC:372 | | 100.00 CH | | | |
| 02 FC:365 | | 400.00 CH | | | |

Ex. L-26

## DECLARATION

The undersigned being hereby warned that willful false statements and the like are so made punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the owner, and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

The undersigned hereby appoints Karen S. Frank, admitted to practice before the Supreme Court of the State of California, and the firm of Legal Strategies Group, 5905 Christie Avenue, Emeryville, California 94608 and its attorneys, either individually or collectively, to prosecute this Application, and to transact all business in the Patent and Trademark Office connected therewith.

Please direct all correspondence and calls to:

Jennifer Gunn, Paralegal
Levi Strauss & Co.
1155 Battery Street
San Francisco, California 94111
Telephone: (415) 501-3433

Dated: August 22, 2001                     LEVI STRAUSS & CO.

By _____
Thomas M. Onda
Assistant Secretary

Ex. L-27

Reg. No. 720376                     2