**SPECIMEN**

| | |
|---|---|
| Applicant: | Levi Strauss & Co. |
| Mark: | White Tab Device |
| Registration No.: | 720376 |
| International Class: | 25 |



Ex. L-28

**CERTIFICATE OF EXPRESS MAIL MAILING**

I hereby certify that this Combined Declaration of Use in Commerce/Application for Renewal of Registration for **White Tab Device**, Registration No. 720376, a specimen showing use of the mark, and a self-addressed stamped postal acknowledgment card are being deposited with the United States Postal Service with sufficient postage as express mail in an envelope addressed to "BOX POST REG – FEE Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA  22202-3513" on August 22, 2001.

By _____
    Jennifer Gunn

U.S. Express Mail Label No.: EL624509528US

Ex. L-29

RENEWAL

| REG. NO. | MARK TAB | SER. NO. |
|---|---|---|
| **774625** | DESIGN | 171283 |

Registered (date)
**AUG 4 1964**

Type of Mark

Examiner
39

Class 39    Filed (Complete)
JUNE 18, 1963.    Serial No.
171 283

PRINCIPAL REGISTER

Applicant and Post Office
LEVI STRAUSS & CO.    CALIF. CORP.
98 BATTERY ST.
SAN FRANCISCO 6, CALIF.    *Del Corp*

Amended

☐ Assignee of
☐ By change of name from

Application
Verification
Specimens
Drawing
Form Filed
$200    APR 5 1964
Goods-Services

Mark
DESIGN TAB    18901-39

Said Compound
Joan Dillon
Levi Strauss & Co.
FLENR AN  Levi's Plaza
CROCKER  1155 Battery Street
SAN FRAN  P.O. Box 7215
San Francisco, Calif. 94120

Representative

Attorney
FLENR AND DAWN
Kimball Leavens & Sutton

Passed for Publication

Associate Attorney

Passed for Registration

Other Data *The mark consists of a small marker or black tab affixed to the exterior of the garment at the hip pocket.*

A  Sec. 8
F
F
I  Sec. 15
D
A
V  Sec. 12c
I
T

Claims Ownership of Registration    NOS. 356,701, 577,490 AND
720,376.

Passed for Renewal

Goods-Services
GARMENTS, PARTICULARLY TROUSERS.

Renewed From

*Aug 4 1984*
*August 4 2004*

First Use
May 22, 1963.
SEPT. 1, 1936

PUBLISHED IN 8. G.

In Commerce
SEPT. 1, 1936

JUN 9 1964

May 22, 1963

U. S. Patent Office

Ex. L-30



Case 3:07-cv-02752-JSW    Document 167-11    Filed 06/03/2008    Page 1 of 28

171283

FILING DATE
05/18/1963

REGISTRATION #
774625

CLASS
39

## CONTENTS:

Application _____ papers.

1. OCT 2 3 1963

2. ~~Andtd~~ y ~~Con D y Afw/b4~~

3. **N OF P**

4. ~~AFF. SEC. 8~~    APR 2 3 1970

5. ~~Vetir & Ened Judewy Afflied b Apo 23 1970 (Aug mt 15 1970)~~

6. Notice of Suit    ~~May 7 1970~~

7. Notice of Suit    ~~July 7 1976~~

8. Notice of Suit    Oct 31 1974

9. ~~Cinto~~    Apr 5 1974

10. Section 8 & 9    JUL 2 9 2004    cr

11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

Ex. L-31



APR 23 1970 -11

#4

37

# IN THE UNITED STATES PATENT OFFICE

## COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK:   BLACK TAB

REGISTRATION NO. 774,625

CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA            )
                               ) ss:
CITY and COUNTY OF SAN FRANCISCO )

     A. H. Nathe     , being duly sworn, states that Levi Strauss & Co., a corporation of the State of California, and having its principal place of business at 98 Battery Street, San Francisco, California, owns Registration No. 774,625, issued August 4, 1964, as evidenced by the accompanying title report; that the mark shown therein is still in use as evidenced by the attached specimen showing the mark as currently used; that the mark shown therein has been in continuous use in commerce among the several states for five consecutive years from August 5, 1964 to the present on the following goods recited in the registration: GARMENTS, PARTICULARLY TROUSERS; that said mark is still in use in commerce among the several states; that there has been no final decision adverse to registrant's claim of ownership of said mark to its right to register the same or to maintain it on the register, and that there is no proceeding involving any of said rights pending and not disposed of either in the Patent Office or in the courts.

LEVI STRAUSS & CO.

By *A. H. Nathe*

Its    Vice President

Ex. L-32

1.

14

APR 23 1970 -11

Subscribed and sworn to before me this 20th day of

April , 1970.

OFFICIAL SEAL
ERIK K. LYCKFORS
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Commission Expires June 22, 1972

353 Karen Way, Tiburon, Calif. 94920

Erik K. Lyckfors
Notary Public


## POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH,

LIMBACH & SUTTON, a firm composed of Karl A. Limbach, George C.

Limbach and John P. Sutton, all members of the Bar of the State

of California, Suite 3350, 600 Market Street, San Francisco,

California 94104, Registration No. 24,716, its attorneys to file

this affidavit, with full power of substitution and revocation,

and to transact all business in the Patent Office in connection

therewith.

LEVI STRAUSS & CO.

By

2.

Ex. L-33

PT⁻  n 1965 (Rev 5/2006)
6,      434-0955 (Exp 10/21/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0774625 |
| **REGISTRATION DATE** | 08/04/1964 |
| **SERIAL NUMBER** | 72171283 |
| **MARK SECTION** | |
| MARK | Design only |
| **OWNER SECTION (current)** | |
| NAME | Levi Strauss & Co. |
| CITY | San Francisco |
| STATE | CA |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery Street |
| CITY | San Francisco |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT10\IMAGEOUT 10\721\712\72171283\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | a digital photograph of a back jeans pocket bearing the mark |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| | 500 |

Ex. L-34

| TOTAL AMOUNT | 500 |
|---|---|
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 07/29/2004 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jul 29 14:02:04 EDT 2004 |
| TEAS STAMP | USPTO/S08N09-155572542-20 040729140204151023-077462 5-2006aa1c760243265bc2a1b f97b4f2e8ca-DA-1120-20040 729135710356137 |

PTO Form 1963 (Rev 9/2006)
OMB No. 0651-0055 (Exp. 10/31/2008)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of ⌐

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0774625
**REGISTRATION DATE:** 08/04/1964
**MARK:** Design only
The owner, Levi Strauss & Co., residing at 1155 Battery Street, San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:
For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.
The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) a digital photograph of a back jeans pocket bearing the mark.
Specimen-1
A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*
**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*
The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.
Signature: /Jennifer Gunn/     Date: 07/29/2004
Signatory's Name: Jennifer Gunn
Signatory's Position: Paralegal
RAM Sale Number: 1120
RAM Accounting Date: 07/29/2004
Serial Number: 72171283
Internet Transmission Date: Thu Jul 29 14:02:04 EDT 2004

Ex. L-35

TEAS Stamp: USPTO/S08N09-155572542-20040729140204151
C    Y774625-2006aa1c760243265bc2a1bf97b4
f2...ca-DA-1120-20040729135710356137



# FEE RECORD SHEET

**Registration Number:**   0774625

**Serial Number:**   72171283



**RAM Sale Number:  1120**

**Total Fees:**    $500

**RAM Accounting Date:  20040729**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040729 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040729 | $400 | 1 | $400 |

**Transaction Date:**    20040729



Ex. L-38



PTO Form 1963 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0774625
**REGISTRATION DATE:** 08/04/1964

**MARK:** Design only

The owner, Levi Strauss & Co., residing at 1155 Battery Street, San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) a digital photograph of a back jeans pocket bearing the mark.
Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class (es), plus any additional grace period fee, if necessary.

### Declaration

### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Jennifer Gunn/     Date: 07/29/2004
Signatory's Name: Jennifer Gunn

Ex. L-39



Signatory's Position: Paralegal

RAM Sale Number: 1120
RAM Accounting Date: 07/29/2004

Serial Number: 72171283
Internet Transmission Date: Thu Jul 29 14:02:04 EDT 2004
TEAS Stamp: USPTO/S08N09-155572542-20040729140204151
023-0774625-2006aa1c760243265bc2a1bf97b4
f2e8ca-DA-1120-20040729135710356137



Ex. L-41



Ex. L-42

# FEE RECORD SHEET

**Registration Number:**  0774625

**Serial Number:**  72171283



**RAM Sale Number: 1120**

**RAM Accounting Date:** 20040729

**Total Fees:**    $500

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040729 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040729 | $400 | 1 | $400 |

**Transaction Date:**    20040729



Ex. L-43

RENEWAL

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| **775412** | LEVI'S and | **171282** |

| Registered (date) | Type of Mark | Examiner |
|---|---|---|
| AUG 1 8 1964 | | 39 |

| Class | Filed Complete | Serial No. | PRINCIPAL REGISTER |
|---|---|---|---|
| 39 | JUNE 18, 1963 | 171 282 | |

Applicant and Post Office

LEVI STRAUSS & CO., CALIF. CORP.
98 BATTERY ST.
SAN FRANCISCO 6, CALIF.    Del. Corp.

Amended

| Parts Filed | Application |
|---|---|
| | Verification |
| | Specimens |
| | Drawings |
| A300 | Fee    APR 5  1984 |

☐ Assignee of
☐ By change of name from

LEVI'S AND DES.                    18901-40

Goods—Services

Send Correspondence
FLEHR AND        Joan Dillon
CROCKER OR       Levis Strauss & Co.
SAN FRANCI       Levi's Plaza
                 P.O. Box 7215
                 San Francisco,   Calif. 94120

Representative

Attorney *Lindack, Lindack Sutton*        Passed for Publication

FLEHR AND SWAIN                             *L.L. B. Janson*

Associate Attorney                          Passed for Registration

Other Data: *The mark consists of a small marker or white tab with the name Levi's superposed thereon, which is affixed to the exterior of the garment as at the hip pocket*

| | | A | Sec. 8 | |
|---|---|---|---|---|
| | | F | | |
| | | F | Sec. 15 | |
| | | D | | |
| | | A | | |
| | | V | Sec. 12c | |
| | | I | | |
| | | T | | |

Claims Ownership of Registration  NOS. 250, 265, 720, 376, AND OTHERS

Goods—Services

GARMENTS, PARTICULARLY TROUSERS.

Passed for Renewal

Renewed From *Bowman B.C. Haigh*
*Aug. 18, 1984*
*August 18  1852004*

First Use
SEPT. 1, 1936  *Oct. 9, 1957*

In Commerce
SEPT. 1, 1936  *Oct. 9, 1957*

PUBLISHED IN O. G.

JUN 2  1964

U. S. Patent Office

PO-352 (12-1-57)

JUL 17 1984

72171282
FILING DATE    REGISTRATION #
05/18/1963    **775412**

CLASS.
39

171282

## CONTENTS:

application    T    papers.

OCT 23 1963

*Amdt a*    *afo 2/64*

N OF P

AFF. SEC. 8    APR 23 1970

*with & End Redrum ff Sec. 15 afn 23 1970  (June 15 1970)*

Notice of Suit    *May 1, 1970*

Notice of Suit    *Jun 29 1976*

*Reg Ret*    *Sept 5, 1984*

Section 8 & 9    JUL 29 2004    CP

1.
2.
3.
4.
5.
6.
7.
8.
9.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

*10*

APR 23 1970 —11

APR 23 1970
MAIL ROOM
U.S. PATENT OFFICE

#4    1m

36-A

IN THE UNITED STATES PATENT OFFICE

COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15

TRADEMARK: "LEVI'S on WHITE TAB"

REGISTRATION NO. 775,412

CLASS NO. 39, Clothing

TO THE COMMISSIONER OF PATENTS:

STATE OF CALIFORNIA            )
                               ) ss:
CITY and COUNTY OF SAN FRANCISCO )

_____A. H. Nathe_____, being duly sworn, states that

Levi Strauss & Co., a corporation of the State of California, and

having its principal place of business at 98 Battery Street, San

Francisco, California, owns Registration No. 775,412, issued

August 18, 1964, as evidenced by the accompanying title report;

that the mark shown therein is still in use as evidenced by the

attached specimen showing the mark as currently used; that the

mark shown therein has been in continuous use in commerce among

the several states for five consecutive years from August 19, 1964

to the present on the following goods recited in the registration:

GARMENTS, PARTICULARLY TROUSERS; that said mark is still in use

in commerce among the several states; that there has been no

final decision adverse to registrant's claim of ownership of

said mark to its right to register the same or to maintain it on

the register, and that there is no proceeding involving any of

said rights pending and not disposed of either in the Patent

Office or in the courts.

LEVI STRAUSS & CO.

By _____

Its __Vice President__

1.

11



Subscribed and sworn to before me this 20th day of

_April_____, 1970.



_____
Notary Public

## POWER OF ATTORNEY

The undersigned hereby appoints the firm of LIMBACH, LIMBACH & SUTTON, a firm composed of Karl A. Limbach, George C. Limbach and John P. Sutton, all members of the Bar of the State of California, Suite 3350, 600 Market Street, San Francisco, California 94104, Registration No. 24,716, its attorneys to file this affidavit, with full power of substitution and revocation, and to transact all business in the Patent Office in connection therewith.

LEVI STRAUSS & CO.

By _____

Black
On white→ ≡/≡

2.

12

Ex. L-47

STRAUSS
LEVI'S

Red
on white

AO Form 130 (Rev. Oct. 1944)

In Re Patents

# United States District Court
## for the

Northern District of Calif.    #4    MAR 1 -

San Fro

COMMISSIONER OF PATENTS,
Washington 25, D. C.

SIR:

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 USC 290), you are advised that there was filed on the        7th        day of        March        , 19  67 in this court an action, No. 46664        , entitled:

**Name**        Levi Strauss & Co., a corp.        , Plaintiff,

**Address**        98 Battery St., S.F.

*versus*

**Name**        Catalina, Inc., a corp. of the State of Calif.        , Defendant,

**Address**        821 Market St., S.F.

brought upon the following patents:

| Reg. PATENT NO. | DATE OF PATENT Reg. | PATENTEE |
|---|---|---|
| 1  356,701 | May 10, 1938 | Levi Strauss |
| 2  516,561 | Oct. 18, 1949 | Levi Strauss |
| 3  577,490 | July 21, 1953 | Levi Strauss |
| 4  720,276 | Aug. 22, 1961 | Levi Strauss |
| 5  774,625 | Aug. 4, 1964 | Levi Strauss |
| ✗  775,412 | Aug. 18, 1964 | Levi Strauss |

In the above-entitled case, on the        day of        , 19    , the following patents have been included by        (insert amendment, answer, cross bill, or other pleading) :

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case the following decision has been rendered or judgment issued :

James P. Welsh

Clerk.

Date    March 7,        , 19  67        By    T. J. Wright        Deputy Clerk.

10

Ex. L-49

PTO Form 1963 (Rev 4/2000)

OMB Control #0651-0009 (Exp. 08/31/2004)

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 0775412.
**REGISTRATION DATE:** 08/18/1964

**MARK:** Design only

The owner, Levi Strauss & Co., residing at <u>1155 Battery Street, San Francisco, CA US 94111</u>, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a back jeans pocket bearing the mark.
Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class (es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Jennifer Gunn/     Date: 07/29/2004
Signatory's Name: Jennifer Gunn

Ex. L-50

Signatory's Position: Paralegal

RAM Sale Number: 1192
RAM Accounting Date: 07/29/2004

Serial Number: 72171282
Internet Transmission Date: Thu Jul 29 14:38:02 EDT 2004
TEAS Stamp: USPTO/S08N09-155572542-20040729143802810
028-0775412-200b19a488a3eec93e1ae60c4652
842b1e-DA-1192-20040729142939297158

# FEE RECORD SHEET

**Registration Number:** 0775412

**Serial Number:** 72171282



**RAM Sale Number:** 1192

**RAM Accounting Date:** 20040729

**Total Fees:** $500

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040729 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040729 | $400 | 1 | $400 |

**Transaction Date:** 20040729



Ex. L-52

PTO Form 1963 (Rev 5/2006)

OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 0775412 |
| **REGISTRATION DATE** | 08/18/1964 |
| **SERIAL NUMBER** | 72171282 |
| **MARK SECTION** | |
| MARK | Design only |
| **OWNER SECTION (current)** | |
| NAME | LEVI STRAUSS & CO. |
| STREET | 98 BATTERY ST. |
| CITY | SAN FRANCISCO |
| STATE | CA |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Levi Strauss & Co. |
| STREET | 1155 Battery Street |
| CITY | San Francisco |
| STATE | CA |
| ZIP/POSTAL CODE | 94111 |
| COUNTRY | US |
| PHONE | (415) 501-3433 |
| FAX | (415) 501-7650 |
| EMAIL | jgunn@levi.com |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT10\IMAGEOUT 10\721\712\72171282\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | digital photograph of a back jeans pocket bearing the mark |
| **PAYMENT SECTION** | |
| .BER OF CLASSES | 1 |
| | 1 |

Ex. L-53

| SUBTOTAL AMOUNT | 500 |
| ᴸ AMOUNT | 500 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jennifer Gunn/ |
| SIGNATORY NAME | Jennifer Gunn |
| SIGNATORY DATE | 07/29/2004 |
| SIGNATORY POSITION | Paralegal |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jul 29 14:38:02 EDT 2004 |
| TEAS STAMP | USPTO/S08N09-155572542-20 040729143802810028-077541 2-200b19a488a3eec93e1ae60 c4652842b1e-DA-1192-20040 729142939297158 |

PTO Form 1963 (Rev 9/2004)
OMB No 0651-0055 (Exp 10/31/2005)

---

## Combined Declaration of Use In Commerce & Application For Renewal of Registration of ᴀ

## To the Commissioner for Trademarks:

Ⱡ    ISTRATION NUMBER: 0775412

REGISTRATION DATE: 08/18/1964

MARK: Design only

The owner, Levi Strauss & Co., residing at 1155 Battery Street, San Francisco, CA US 94111, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 025, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) digital photograph of a back jeans pocket bearing the mark.

Specimen-1

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

**Section 8: Declaration of Use in Commerce**

*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**

*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Jennifer Gunn/    Date: 07/29/2004

Signatory's Name: Jennifer Gunn

Signatory's Position: Paralegal

F    ᵗ Sale Number: 1192

R._.ᴅ Accounting Date: 07/29/2004

Ex. L-54

Serial Number: 72171282
Ir   net Transmission Date: Thu Jul 29 14:38:02 EDT 2004
1.   .3 Stamp: USPTO/S08N09-155572542-20040729143802810
028-0775412-200b19a488a3eec93e1ae60c4652
842b1e-DA-1192-20040729142939297158

Ex. L-55