

Ex. L-84

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   1030033



**Serial Number:**   73022316



**RAM Sale Number:  920**

**RAM Accounting Date:  20051215**

**Total Fees:**      $500

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20051214 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20051214 | $400 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): False

**Transaction Date:**     20051214



Ex. L-85

181210

**RENEWAL**

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| **1122467** | *TWO HORSE BRAND DESIGN* | **181210** |

2. Registered Date
**JUL 17 1979**

Examiner

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. SERIAL NUMBER |
|---|---|---|---|
| 25 | 39 | 08/07/78 | 181210 |

| 10. APPLICANT AND POST OFFICE | 16. EXAMINER |
|---|---|
| LEVI STRAUSS & CO. | 12. THE GREAT - JEANNINE |
| TWO EMBARCADERO CENTER | Jeffrey Kaufman |
| SAN FRANCISCO, CALIFORNIA 94106 | |
| DELAWARE CORP. | |

17. TYPE OF MARK

TRADEMARK

18. FIRST USE
ICL 025   10/27/1977

11. SEND CORRESPONDENCE TO

19. IN COMMERCE
ICL 025   10/27/1977

20. PRIOR REGISTRATION  *nos.*
*1,119,816; 1,044,246*
*and others*

14. ASSOCIATE ATTORNEY

15. GOODS—SERVICES
025-SOCKS

PTO-36-3 (REV. 5-77) (FORMERLY PTO-102L) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE (6-77)

21. Other Data

$30.00 ⟶ APR 7 1999

| 22. AMENDED | PRINCIPAL REGISTER | 25. Supervisory Examiner | |
|---|---|---|---|
| | | 26. Examiner | Jeffrey Kaufman |
| 23. AFFIDAVIT | Section 8 ____Arlene J. Ham____ | 27. Passed for Publication | |
| | Section 15 | 28. Passed for Registration | |
| | Section 12C | 29. O.G. Date | |
| 24. RENEWAL | Passed for Renewal  C. R. Hill | | **PUBLISHED APR 24 1979** |
| | Renewed From  July 17, 1999 | | JUL - 6 1999 |

☐ Less Goods

PTO-36-2 (rev. 1-77) (Formerly PTO-102) U.S. Dept. of Commerce - Patent and Trademark Office

66 SP78031

Ex. L-86

181210

FILING DATE 08/07/1978     REGISTRATION 1122467

CLASS 25

*B&H* CONTENTS:

Application papers ✓

§S OF C

1. SECTION 8 & 15     AUG 6 1984
2.
3.     NOV 29 1984
4. Ren. Cert.     Apr. 7, 1979
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.

Ex. L-87



Levi Strauss & Co., Levi's Plaza, 1155 Battery Street, P.O. Box 7215, San Francisco, California 94120, Phone 415 544-6000

August 2, 1984

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C. 20231

Re:  Trademark Registration No. 1,122,467 for
TWO HORSE Design; Our ref. TP00158A

Sir:

Enclosed is the Combined Affidavit Under Sections 8 & 15
for the above referenced trademark in the International
Class 25; its associated specimens and drawings and a
check for $200 representing the fee.

Also enclosed is a return post card. We would appreciate
your date stamping and returning the card as soon as you
receive these applications.

Respectfully,

Cassandra M. Flipper
Deputy General Counsel

CMF:DRA:wj
HH03

Enclosures

Ex. L-88

IN THE UNITED STATES
PATENT OFFICE AND TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

Trademark:  TWO HORSE DESIGN

Reg. No: 1122467

Int. Class No.:   25                    # 2

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA              )
                                 )  ss:
CITY & COUNTY OF SAN FRANCISCO   )

        Katherine B. Durgin, being hereby warned that willful
false statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code and that such willful false statements may
jeopardize the validity of this document, declares that Levi
Strauss & Co., a corporation of the State of Delaware, having
its principal place of business at 1155 Battery Street, San
Francisco, California, 94106, owns the above identified registra-
tion issued July 17, 1979, as shown by records in the Patent and
Trademark Office; that the mark shown therein has been in
continuous use in interstate commerce for five consecutive years
from the date of registration or the date of publication under
Section 12(c)(6) to the present, on or in connection with each of
the following:  socks, which are stated in the registration; that
such mark is still in use in interstate commerce; that such mark
is still in use as evidenced by the attached specimen showing the
mark as currently used; that there has been no final decision
adverse to registrant's claim of ownership of such mark for such
goods or services, or to the registrant's right to register the
same or to keep the same on the register; that there is no
proceeding involving said rights pending and not disposed of either
in the Patent and Trademark Office or in the courts; and that all
statements made of his/her own knowledge are true and all
statements made on information and belief are believed to be
true.

08/10/84 1122467                          LEVI STRAUSS & CO.

                                 2 311      $200.00 BK

                                 By:  Katherine B. Durgin
                                      Katherine B. Durgin

I hereby certify that this correspondence is being
deposited with the United States Postal Service as first
class mail in an envelope addressed to Commissioner
of Patents and Trademarks, Washington, D.C. 20231,
on  8-3-84

LEVI STRAUSS & CO.
Debbie Homes  8-3-84
Signature          Date of Signature

                                 Its:  Vice President and
                                       Corporate Secretary

                                 Date:  July 25, 1984

                                                          AA03

Ex. L-89

MARK: TWO HORSE DESIGN

INT. CLASS: 25

U.S. CLASS: 39



SPECIMEN

Ex. L-90

REG. NO.                                                          NO. RENEW 563725

1157769                          Type of Mark              Examiner              GAST

registered (date)

16 JUN 1981

| Class | Filed Complete | Serial No. |
|-------|---------------|------------|
| 39 | FEB. 1, 1967 | 263,725 |

PRINCIPAL REGISTER

Applicant and Post Office

LEVI STRAUSS & CO.,      CALIF. CORP.,          Amended _____
98 BATTERY ST.
SAN FRANCISCO, CALIF., 94106                     _____

LEVI STRAUSS & CO.                               _____
98 Battery St.,
San Francisco, Cali                              Application _____
                                     Parts Filed  Verification _____
by merger and change        ☐ Assignee of        Specimens _____
                            ☐ By change of name from Drawings _____
                                                  Fee _____

Mark

DESIGN MISCELLANEOUS                             SUPERVISORY EXAMINER

Send Current                                     EXAMINER
Limbac  Perry, Legal Dept.,
3000 F  Strauss & Co.
San Fra  ox 7215
        ncisco, CA  94120

Representative

Attorney    Limbach, & Limbach            Passed for Publication
LEHR, HOHBACH, TEST, ALBRITTON & HERBERT

Associate Attorney                               Passed for Registration

Other Data  Applicant disclaims the              | | Sec. 8 |
representation of the pocket apart               | A | |
from the mark as shown.                          | F | Sec. 15 |
The mark consists of a small                     | F | |
marker inserted subject to the                   | I | Sec. 12c |
interior of the garment at the                   | D | |
hip pocket.                                      | A | |
Claims Ownership of Registration Nos. 356,701, 775,412, AND OTHERS. | V | |
                                                 | I | |
                                                 | T | Passed for Renewal |

Goods—Services

GARMENTS, PARTICULARLY TROUSERS.                 Renewed From Jan 16, ___

First Use   DEC. 13, 1966  Sept 1, 1936.        PUBLISHED IN O. G.
                                                 JUL 1 4 1970
In Commerce DEC. 13, 1966  Sept 1, 1936.        U. S. PATENT OFFICE



25

FILING DATE 02/01/1967     REGISTRATION # 1157769

# CONTENTS:

application _____ papers.

JUL 18 1967

2. *Amdt A & Otsn & Corr of drwg* — Sept 18/67
3. *Letter & Exhibit* — Sept 22/67
4. FINAL REFUSAL — OCT 23 1967
5. *Letters* — Dec 11/67
6. *Appeal to Board* — 4-22-68
7. *Request to extend* — 4-22-68
8. *Appeal Acknowledged* — 4-30-68
9. *Letter & Cor. to Drg* — Apr. 22/68
10. *Affidavit & Exhibits* — 5-6-68 — (Exhibits separate)
11. *Remanded* — 5-22-68

JUL 8 1968

12. *Appeal Reinstated Brief due 9-6-68* — July 17, 1968
13. *Affidavits* — 5-31-68
14. *Affidavits & Attachments* — 6-20-68 (attachments separate)
15. *Remanded* — 8-16-68

OCT 9 1968

*Reinstated Brief due (12-8-68) 10-17-68*
*Communication - Affidavits* — 10-31-68
*(Exhibits) Amended* — 11-13-68

FEB 11 1969

*Rev 41PA 1-28-69*
*(Reinstated) Brief due (4-14-69) 2-28-69*
*Appeal Brief* — 4-14-69
*Request for hearing* — 4-14-69
*Notice re Hearing* — 4-29-69
*Rev. 4 OA* — 5-5-69
*Notice of acceptance of #26* — 5-21-69     WH Y
*Ex. Statement Aug. 26, 1969*
*Hearing (12-9-69) 9-10-69*
*Reply R. ...*
*Request to reset Hearing* — 9-15-6,

Ex. L-92

32 *Hearing reset (12-8-69) 7-22-69*

*Change of firm name + address of counsel 10-17-69*

3 APR 16 1970 *Bar decision; Reversed*
N OF E

3 *AmSt B     Apr. 23, 70*   ✓   *JH*

*Opposition Brief - Sd. 980     Revived 2-12-81*

*Assignment     Sheet*

*Chg. of address of counsel Feb. 28, 1973*

*Amd C*                                     *April 14/81*

TMR. AFF, SEC 8 & 15     SEP 29 1986

198

Ex. L-93

Levi Strauss & Co. Levi's Plaza, P.O. Box 7215, San Francisco, CA 94120  Phone 415 544-6000





QUALITY NEVER GOES OUT OF STYLE

September 22, 1986

Commissioner of Trademarks
United States Patent &
    Trademark Office
Washington, D.C. 20231

Re:  Combined Affidavit Under Sections 8 & 15
     Trademark:  TAB Design; Registration No. 1157769
     In Class(s):  25; Our ref.:  IP0009M

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a check
to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

David A. Perry

David A. Perry
Corporate Legal Department

DAP:hs
4G02

Enclosures

Ex. L-94

*200°° 311 YM*
*#41*



**IN THE UNITED STATES
PATENT AND TRADEMARK OFFICE**

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

|  |  |
|---|---|
| Trademark: | TAB DESIGN |
| Reg. No.: | 1157769 |
| Int. Class No.: | 25 |

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

STATE OF CALIFORNIA        )
                           )  ss:
CITY & COUNTY OF SAN FRANCISCO  )

    Doreen M. Balletti, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that Levi Strauss & Co., a corporation of the State of Delaware, having its principal place of business at 1155 Battery Street, San Francisco, California, 94120, owns the above identified registration issued July 16, 1981, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of registration or the date of publication under Section 12(c)(6) to the present, on or in connection with each of the following: Trousers, which are stated in the registration; that such mark is still in use in interstate commerce; that such mark is still in use as evidenced by the attached specimen showing the mark as currently used; that there has been no final decision adverse to registrant's claim of ownership of such mark for such goods or services, or to the registrant's right to register the same or to keep the same on

070   10/03/86   1157769                    2 311      200.00 CK

    - 1 -                                          5A02

Ex. L-95

the register; that there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

LEVI STRAUSS & CO.


By:  *Doreen M. Balletti*
     Doreen M. Balletti

Its: Assistant Corporate Secretary

Date: September 22, 1986


I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231, on *September 24, 1986*
                    (Date of Deposit)
LEVI STRAUSS & CO.
*David A. Perry*        *9/24/86*
Signature              Date of Signature

5A02

Ex. L-96



MARK:   TAB DESIGN

INT. CLASS:   25

U.S. CLASS:   39



SPECIMEN

Ex. L-97

PRU



06-01-2001
U.S. Patent & TMOfc/TM Mail Rcpt Dt #70

THE UNITED STATES PATENT AND TRADEMARK OFFICE

Registrant:    LEVI STRAUSS & CO.                    )
                                                     )
Registration No.: 1157769                            )
                                                     )
Mark:  Blank Tab Device                              )
                                                     )
International Class: 25                               )
                                                     )
Registration Date:  June 16, 1981                    )
                                                     )
_____            )

Box POST REG – FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

### COMBINED DECLARATION OF USE IN COMMERCE/
### APPLICATION FOR RENEWAL OF REGISTRATION OF MARK
### UNDER §§ 8 AND 9 (15 U.S.C. §§ 1058 and 1059)

Sir:

LEVI STRAUSS & CO., a Delaware corporation having its headquarters and

principal place of business at 1155 Battery Street, San Francisco, California 94111, is the

owner of Registration No. 1157769 as shown by records in the U.S. Patent and

Trademark Office.  Registrant is using the mark in commerce on or in connection with

the goods identified below, as evidenced by the attached specimen showing the mark as

currently used in commerce.

The registrant requests that the registration be renewed for the goods identified

below:

06/06/2001 SREED1   00000148 121161   1157769                    **Trousers**

01 FC:372         100.00 CH
   FC:651          20.00 CH

Reg. No. 1157769                          1

## DECLARATION

The undersigned being hereby warned that willful false statements and the like are so made punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he is properly authorized to execute this document on behalf of the owner, and that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

## POWER OF ATTORNEY

The undersigned hereby appoints Karen S. Frank, admitted to practice before the Supreme Court of the State of California, and the firm of Legal Strategies Group, 5905 Christie Avenue, Emeryville, California 94608 and its attorneys, either individually or collectively, to prosecute this Application, and to transact all business in the Patent and Trademark Office connected therewith.

/// 

///

///

Ex. L-99

Reg. No. 1157769                                    2

Please direct all correspondence and calls to:

Jennifer Gunn
Paralegal
Levi Strauss & Co.
1155 Battery Street
San Francisco, California 94111
Telephone: (415) 501-3433

Dated: June 1, 2001                    LEVI STRAUSS & CO.


By _____
                    Thomas M. Onda
                    Assistant Secretary

Ex. L-100

## CERTIFICATE OF EXPRESS MAIL MAILING

I hereby certify that this Combined Declaration of Use in Commerce/Application for Renewal of Registration for **BLANK TAB DEVICE**, Registration No. 1157769, a specimen showing use of the mark, and a self-addressed stamped postal acknowledgment card are being deposited with the United States Postal Service with sufficient postage as express mail in an envelope addressed to "BOX POST REG – FEE Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA  22202-3513" on June 1, 2001.

By _____
Jennifer Gunn

U.S. Express Mail Label No.: EL624509430US

Ex. L-101

SPECIMEN

Applicant:          Levi Strauss & Co.

Mark:               Blank Tab Device

Registration No.:   1157769

International Class:  25



Ex. L-102

Reg. No. 1157769                    4

44037

1313554 (1aD)

| 1. REG. NO. | | 3. MARK | | | 4. SER. NO. |
|---|---|---|---|---|---|
| 1313554 | | 505 | | | 73/440370 |

| 2. REG. DATE | | | | | 5. REGISTER |
|---|---|---|---|---|---|
| | | | | | PRINCIPAL |

| 6. INTERNATIONAL CLASS | 7. PRIOR U.S. CLASS | 8. FILING DATE | 9. LAW OFFICE |
|---|---|---|---|
| 25 | 39 | 08/22/83 | 550 |

10. APPLICANT AND POST OFFICE
LEVI STRAUSS & CO.
1155 BATTERY ST.
SAN FRANCISCO, CALIFORNIA 94106
CORPORATION OF DELAWARE

16. EXAMINING ATTORNEY
Bellus

17. TYPE OF MARK
TRADEMARK

18. FIRST USE
ICL 025  06/27/1983,

*Levi Strauss & Co.*
*Levi Plaza*
*P.O. Box 7215*
*San Francisco, CA 94120*

19. IN COMMERCE
ICL 025  06/27/1983,

20. FOREIGN REG. AND APPL. DATA

13. APPLICANT'S ATTORNEY
JOAN L. DILLON

16. GOODS—SERVICES
025-PANTS

21. OTHER DATA

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE—PATENT AND TRADEMARK OFFICE

| 22. | PRINCIPAL REGISTER | 25. Supervisory Examiner | |
|---|---|---|---|
| E N D E D | | 26. Examiner | *Stewart J Bellus* |
| 23. A F F A D A V I T | Section 8 *C. R. Shill* | 27. Passed for Publication | |
| | Section 15 *C. R. Shill* | 28. Passed for Registration | |
| | Section 12C | | |
| 24. R E N E W A L | Passed for Renewal | 29. O.G. Date | |
| | Renewed From 01/08) US | | |
| | | | ☐ Less Goods |

PUBLISHED
OCT 30 1984

Ex. L-103

PTO-102 (8-78) U.S. Dept. of Commerce-Patent and Trademark Office

440370



CLASS

25

## CONTENTS:

Application............papers.

1. *ex. amdt a*    5/15/84 ✓

N OF R

2. ........................................

3. COMB. AFF. SEC 8 & 15.    JAN  8 1991

4. *Canc Brief* 20664 DSMD w/prej 9-5-95

*8r*

5. ........................................

6. ........................................

7. ........................................

........................................

9. ........................................

10. ........................................

11. ........................................

12. ........................................

13. ........................................

14. ........................................

15. ........................................

16. ........................................

17. ........................................

18. ........................................

19. ........................................

20. ........................................

2. ........................................

22. ........................................

23. ........................................

24. ........................................

25. ........................................

26. ........................................

27. ........................................

28. ........................................

29. ........................................

5 ........................................

31. ........................................

Ex. L-104





January 4, 1991

Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, DC  20231

RE:  Trademark Registration No. 1,313,554 for 505
     in Class 25 (Our ref:  IP04976A)
     Registrant:  Levi Strauss & Co.
     Combined Affidavit Under Sections 8 & 15

Dear Sir:

Enclosed is a Combined Affidavit Under Sections 8 & 15, with
Declaration related to the above-referenced action, and its
associated specimen.  We hereby authorize the Commissioner
of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $200.

Enclosed is a return postcard.  Please date stamp and return
the card upon receipt of this filing.  Thank you for your
assistance.

Respectfully,

Wendy Juster
Corporate Legal Department

WRJ:hs
IP04976A

Enclosures

Ex. L-105



+m
#3

IN THE UNITED STATES
PATENT & TRADEMARK OFFICE

COMBINED AFFIDAVIT UNDER SECTIONS 8 AND 15

TRADEMARK:          505
REGISTRATION NO.:   1,313,554
INTL. CLASS NO.:    25

TO THE COMMISSIONER OF PATENTS & TRADEMARKS:

STATE OF CALIFORNIA              )
                                 )  ss:
CITY AND COUNTY OF SAN FRANCISCO )

Tracy S. MacLeod, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that Levi Strauss & Co., a corporation of the State of Delaware, having its principal place of business at 1155 Battery Street, San Francisco, California, 94111, owns the above identified registration issued January 8, 1985, as shown by records in the Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from the date of registration or the date of publication under Section 12(c)(6) to the present, on or in connection with each of the following: pants, which are stated in the registration; that such mark is still in use in interstate commerce; that such mark is still in use as evidenced by the

Ex. L-106

P 30132  01/17/91  1313554          12-1161  030  311      200.00CH