# Exhibit N

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

LOIS SPORTSWEAR, U.S.A. INC.,         :

                Plaintiff,            : # 82 Civ. 8326 (RWS)

        -against-                     :
                                      :
LEVI STRAUSS & COMPANY                :

                Defendants.
                                      :
------------------------------------X
------------------------------------X

LEVI STRAUSS & COMPANY,               :  83 Civ. 4338 (RWS)

                Plaintiff,            :  NOTICE OF APPEAL

        -against-                     :

TEXTILES CONFECCIONES EUROPEAS, S.A., :

                Defendant.            :
------------------------------------X
```

To Levi Strauss & Company and its Attorneys of Record:

PLEASE TAKE NOTICE that declaratory judgment plaintiff Lois Sportswear, U.S.A. Inc. ("Lois") and defendant Textiles y Confecciones Europeas, S.A. ("Textiles") hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of Final Judgment of the Honorable Robert W. Sweet, judge, filed November 4, 1985, dismissing the complaint filed by Lois in 82 Civ. 8326 and the counterclaims against Levi Strauss & Company ("Levi") in 83 Civ. 4338, granting judgment in favor or Levi on its counterclaims in 82 Civ. 8326 and on



Ex. N-1

its complaint in 83 Civ. 4338, granting an injunction in favor of Levi, and assessing costs and disbursements against Lois and Textiles.

Dated: New York, New York
December 3, 1985

                        WHITMAN & RANSOM

By: _Thomas G. Bailey, Jr._
Thomas G. Bailey, Jr.
522 Fifth Avenue
New York, New York  10036
(212) 575-5800
Attorneys for Declaratory
Judgment Plaintiff Lois
Sportswear USA, Inc. and
Defendant Textiles y
Confecciones Europeas S.A.

3695B

*MELGNEM THOMASAN TOBOBS + LEE*
*405 LEXINGTON AVE*
*NY NY 10174*

Ex. N-2

-2-

CERTIFICATE OF SERVICE

STATE OF NEW YORK )
                  : ss.:
COUNTY OF NEW YORK )

THOMAS G. BAILEY, JR., pursuant to 28 U.S.C. § 1746, states:

1. I am an attorney duly admitted to practice in the courts of this State and in this Court. I am an associate at the firm of Whitman & Ransom, attorneys for defendants Lois Sportswear, U.S.A., Inc. and Textiles y Confecciones Europeas, S.A., and am not a party to this action.

2. On December 3, 1985, I had the annexed Notice of Appeal served by hand upon the following attorneys of record for plaintiff:

> Milgrim Thomajan Jacobs & Lee
> 405 Lexington Avenue
> New York, New York 10174

3. I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
THOMAS G. BAILEY, JR.

2801B

Ex. N-3