# EXHIBIT T

Page 1

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - x
LEVI STRAUSS & CO.,             :
                                :
        Plaintiff,              :
                                :
        v.                      :  Case No.
                                :  C 07-3752-JSW
ABERCROMBIE & FITCH TRADING CO.,:
                                :
        Defendant.              :
- - - - - - - - - - - - - - - - x


                                Washington, D.C.

                                Friday, August 1, 2008


Deposition of

    RANY L. SIMMS, called for examination by

counsel for Defendant, pursuant to notice, at the

Law Offices of K&L Gates, 1601 K Street, NW,

Washington, D.C., commencing at 10:15 a.m., before

Barbara A. Huber, Notary Public in and for the

District of Columbia, when were present on behalf

of the respective parties:

Page 2

1    APPEARANCES:
2       On behalf of Plaintiff:
            (via videoteleconference)
3
            GIA L. CINCONE, ESQUIRE
4           Townsend & Townsend and Crew, LLP
            Two Embarcadero Center
5           Eighth Floor
            San Francisco, California 94111-3834
6           (415) 576-0300
            glcincone@townsend.com
7

8       On behalf of Defendant:

9           J. MICHAEL KEYES, ESQUIRE
            K&L Gates, LLP
10          618 West Riverside Avenue
            Suite 300
11          Spokane, Washington 99201
            (509) 624-2100
12          mike.keyes@klgates.com

13      Also Present:

14          David J. Kera, Esquire
15
16                  *   *   *   *   *
17
18
19
20
21
22

Page 29

1   Q   Mr. Simms, you've just referenced what
2 appears to me to be some sort of hypothetical
3 situation where Levi sat down and made some sort
4 of determination as to whether it should file a
5 Section 15 during the pendency of the Lois suit.
6       Do you have any facts to suggest that
7 Levi Strauss did sit down and looked at the
8 statute to make a determination as to whether a
9 Section 15 affidavit could be filed?
10  A   All I know is that they filed a Section
11 15 affidavit.
12  Q   Do you have any facts to suggest that
13 Levi Strauss, prior to filing the Section 15
14 affidavit, reviewed Section 15 of the Lanham Act
15 to make a determination as to whether it should
16 file the affidavit?
17  A   I do not know what materials or laws or
18 rules or even if they looked at the TMEP at the
19 time in preparation for filing the Section 15
20 affidavit. I do know what the law and the rules
21 and the TMEP provided, and the guidelines under
22 which -- or the rules under which -- that

Page 30

1   prevailed at the time the Section 15 affidavit was
2   filed.
3       Q    Do you have any facts to suggest that
4   prior to Levi's filing of its Section 15 affidavit
5   that it reviewed the TMEP manual?
6       A    No.
7       Q    I noticed in the documents that you
8   reviewed, Mr. Simms, for preparation of your
9   report you haven't reviewed the deposition
10  testimonies of Ms. Katherine Durgin or Ms. Jean
11  Fowler, have you?
12      A    I do not believe that that was in the
13  box of materials that was sent to me by
14  Ms. Cincone.
15      Q    And so --
16      A    Could you tell me what the dates of
17  those depositions were?
18      Q    The depositions were taken earlier this
19  year, within the last couple of months.  I don't
20  notice them being referenced in your report here.
21      A    No, I am sure I did not read them.
22      Q    So other than Ms. Cincone, you haven't

Rany L. Simms                                              August 1, 2008
                        Washington, DC

Page 78

1   ACKNOWLEDGEMENT OF DEPONENT

2

3

4       I, RANY L. SIMMS, do hereby acknowledge I
5   have read and examined the foregoing pages of
6   testimony, and the same is a true, correct and
7   complete transcription of the testimony given by
8   me, and any changes or corrections, if any, appear
9   in the attached errata sheet signed by me.
10
11
12
13
14
15   _____             _____
     Date                         RANY L. SIMMS
16
17
18
19
20
21
22

Page 79

1        CERTIFICATE OF NOTARY PUBLIC

2        I, BARBARA A. HUBER, CSR, the officer

3   before whom the foregoing deposition was taken, do

4   hereby certify that the witness whose testimony

5   appears in the foregoing deposition was duly sworn

6   by me; that the testimony of said witness was

7   taken by me in stenotypy and thereafter reduced to

8   print under my direction; that said deposition is

9   a true record of the testimony given by said

10  witness; that I am neither counsel for, related

11  to, nor employed by any of the parties to the

12  action in which this deposition was taken; and,

13  furthermore, that I am not a relative or employee

14  of any attorney or counsel employed by the parties

15  hereto, nor financially or otherwise interested in

16  the outcome of this action.

17

18

19  _____

20  BARBARA A. HUBER, CSR
    Notary Public, in and for the
    District of Columbia
21

    My Commission Expires:
22  March 14, 2012