# EXHIBIT U

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

LEVI STRAUSS & CO.,

       Plaintiff,

vs.                   Case No. C07-03752-JSW

ABERCROMBIE & FITCH TRADING CO.,

       Defendant.

and

RELATED ACTION
_____/

FOR ATTORNEYS' EYES ONLY

Deposition of

CASSANDRA M. FLIPPER

Friday, June 27, 2008

REPORTED BY:  LESLIE CASTRO, CSR #8876

BONNIE L. WAGNER & ASSOCIATES
Court Reporting Services
41 Sutter Street, Suite 1605
San Francisco, California 94104
(415) 982-4849

FOR ATTORNEYS' EYES ONLY

```
 1                    E X H I B I T S

 2

 3    Deposition of CASSANDRA M. FLIPPER

 4    Friday, June 27, 2008

 5

 6    Defendant's        Description              Page

 7    1    Affirmation of Cassandra M. Flipper    32

 8    2    Complaint in Lois Sportswear versus    34
 9         Levi Strauss & Company

10    3    Answer and Counterclaims in Lois       37
11         Sportswear v. Levi Strauss & Company

12    4    Combined Affidavit Under Sections      38
13         8 and 15

14    5    Combined Affidavit Under Sections      40
15         8 and 15

16    6    Photocopy of pocket                    45

17

18

19

20

21

22

23

24

25
```

1   BE IT REMEMBERED THAT, pursuant to Notice, and on
2   Friday, June 27, 2008, commencing at the hour of
3   11:17 o'clock a.m. thereof, at the Law Offices of
4   KIRKPATRICK & LOCKHART, PRESTON, GATES, ELLIS, LLP, 55
5   Second Street, 17th Floor, San Francisco, California,
6   before me, LESLIE CASTRO, a Certified Shorthand Reporter
7   in and for the State of California, personally appeared
8                    CASSANDRA M. FLIPPER
9   Called as a witness by the Defendant, who, being by me
10  first duly sworn, was thereupon examined and testified
11  as hereinafter set forth.
12
13  APPEARANCES:
14      TOWNSEND and TOWNSEND and CREW, Two Embarcadero
15  Center, Eight Floor, San Francisco, California
16  94111-3834, represented by GIA L. CINCONE, Attorney at
17  Law, appeared as counsel on behalf of the Plaintiff.
18
19      KIRKPATRICK & LOCKHART, PRESTON, GATES, ELLIS, LLP,
20  618 West Riverside Avenue, Suite 300, Spokane,
21  Washington 99201-0602, represented by J. MICHAEL KEYES,
22  Attorney at Law, appeared as counsel on behalf of the
23  Defendant.
24  Also Present:  Tom Onda
25                      ---oOo---

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

```
                 1            P-R-O-C-E-E-D-I-N-G-S
11:17:16         2       THE VIDEOGRAPHER: Today's date is June 27th, 2008.
11:17:55         3   The time is 11:17 a.m.
11:17:58         4       This is the start of the deposition of Cassandra M.
11:18:02         5   Flipper in the matter of Levi Strauss & Company versus
11:18:06         6   Abercrombie & Fitch Trading Company in the United States
11:18:09         7   District Court for the Northern District of California.
11:18:13         8   Case number C07-03752-JSW.
11:18:20         9       We are located at 55 Second Street, 17th Floor,
11:18:24        10   San Francisco, California.
11:18:26        11       My name is Cassia Leet on behalf of Mike Tunick
11:18:31        12   Videography in Rohnert Park. And I've been retained by
11:18:33        13   the counsel for defendant.
11:18:35        14       Would counsels please introduce themselves and
11:18:37        15   state whom they represent.
11:18:40        16       MR. KEYES: This is my Mike Keyes of K & L Gates on
11:18:43        17   behalf of Abercrombie & Fitch the defendant in this
11:18:45        18   matter.
11:18:46        19       MS. CINCONE: Gia Cincone. Townsend and Townsend
11:18:46        20   and Crew representing the witness and Levi Strauss & Co.
11:18:53        21       THE VIDEOGRAPHER: The court reporter may now
11:18:53        22   administer the oath.
11:18:55        23                  CASSANDRA M. FLIPPER
11:18:55        24       being first duly sworn, testified as follows:
11:18:55        25   ---oOo---
```

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

| | | |
|---|---|---|
| 11:19:05 | 1 | THE VIDEOGRAPHER: Please begin. |
| 11:19:06 | 2 | |
| 11:19:06 | 3 | EXAMINATION BY MR. KEYES: |
| 11:19:06 | 4 | |
| 11:19:06 | 5 | MR. KEYES: Q Ms. Flipper, good morning. |
| 11:19:07 | 6 | A. Good morning. |
| 11:19:08 | 7 | Q. We had an opportunity to meet just briefly off |
| 11:19:10 | 8 | the record, but my name is Mike Keyes. I'm an attorney |
| 11:19:16 | 9 | here at this law firm at K & L Gates representing |
| 11:19:19 | 10 | Abercrombie & Fitch in a matter brought by your former |
| 11:19:21 | 11 | employer Levi Strauss & Co. |
| 11:19:23 | 12 | I know you've had your deposition taken |
| 11:19:24 | 13 | before, I assume you remember the general rules of the |
| 11:19:29 | 14 | road. |
| 11:19:29 | 15 | But we're going to have this taken down |
| 11:19:34 | 16 | stenographically and by our videographer today. Your |
| 11:19:40 | 17 | counsel has probably reiterated or reminded you about |
| 11:19:46 | 18 | answering audibly so our court reporter can pick it up. |
| 11:19:50 | 19 | If at any time today you don't understand any of my |
| 11:19:54 | 20 | questions, which may be entirely possible, just ask me |
| 11:19:58 | 21 | to repeat it and I'll do my best. Okay? |
| 11:20:01 | 22 | A. Fine. |
| 11:20:04 | 23 | Q. Why don't we start with your educational |
| 11:20:06 | 24 | background starting with high school. |
| 11:20:10 | 25 | A. High school? I went to high school at Soldan |

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

Page 25

| Time | Line | |
|---|---|---|
| 11:53:04 | 1 | A. No, I don't. |
| 11:53:06 | 2 | Q. But in 1982 or, at least according to your |
| 11:53:11 | 3 | declaration here, you became deputy general counsel to |
| 11:53:15 | 4 | the company? |
| 11:53:16 | 5 | A. Yes. |
| 11:53:16 | 6 | Q. So do you recall that when you became deputy |
| 11:53:20 | 7 | general counsel if you took on additional job functions |
| 11:53:23 | 8 | or responsibilities? |
| 11:53:27 | 9 | A. I don't recall how my responsibilities |
| 11:53:30 | 10 | changes. |
| 11:53:30 | 11 | (Mr. Ono enters the room.) |
| 11:53:35 | 12 | MR. KEYES: Q But do you recall you received a new |
| 11:53:37 | 13 | set of responsibilities or tasks? |
| 11:53:39 | 14 | A. Responsibilities, but I don't recall what they |
| 11:53:41 | 15 | were. |
| 11:53:45 | 16 | Q. In 1982, do you remember who else was in the |
| 11:53:50 | 17 | legal department? |
| 11:53:53 | 18 | A. I don't. |
| 11:53:53 | 19 | Q. Do you remember if Peter Joan was still the |
| 11:53:55 | 20 | general counsel at that point? |
| 11:53:56 | 21 | A. I know he was not the general counsel at that |
| 11:53:59 | 22 | point. At that point, Tom Bauch was the general counsel |
| 11:54:03 | 23 | and Peter Jones had retired. |
| 11:54:12 | 24 | Q. So your promotion to deputy general counsel in |
| 11:54:16 | 25 | 1982, would that have been about the same time when |

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

Case 3:07-cv-03752-JSW   Document 167-28   Filed 09/03/2008   Page 8 of 12

Page 26

| Time | # | |
|---|---|---|
| 11:54:20 | 1 | Mr. balk became general counsel of the company? |
| 11:54:23 | 2 | A. I don't recall specifically but I assume so. |
| 11:54:37 | 3 | Q. When you were associate -- or excuse me -- |
| 11:54:40 | 4 | we'll start with assistant general counsel. |
| 11:54:44 | 5 | Do you recall whether any of your job duties |
| 11:54:49 | 6 | dealt with the Levi's trademark portfolio? |
| 11:54:55 | 7 | A. You know I don't recall specifically what my |
| 11:55:00 | 8 | job duties were with regard to it. But I'm sure I had |
| 11:55:06 | 9 | some involvement but what that involvement was I haven't |
| 11:55:10 | 10 | got any recollection. |
| 11:55:12 | 11 | Q. Do you have any recollection as to whether you |
| 11:55:15 | 12 | worked on the Levi's trademark portfolio when you became |
| 11:55:21 | 13 | associate general counsel? |
| 11:55:29 | 14 | A. I can't peg it to a title, and I can't peg it |
| 11:55:32 | 15 | to a time. As it says in paragraph 2, when I moved into |
| 11:55:43 | 16 | the legal function, I started getting questions about |
| 11:55:47 | 17 | trademark matters but my involvement I can't tell you |
| 11:55:50 | 18 | when my level of involvement was along that path |
| 11:55:55 | 19 | specifically by date ask title. |
| 11:56:00 | 20 | Q. Do you recall ever performing any job |
| 11:56:04 | 21 | functions well strike that. |
| 11:56:11 | 22 | Do you recall doing any work with the Levi |
| 11:56:13 | 23 | eyes trademark portfolio during your tenure at Levi |
| 11:56:17 | 24 | Strauss? |
| 11:56:22 | 25 | A. For the most part, I was involved in |

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

| | | |
|---|---|---|
| 11:56:26 | 1 | supervising people who were more directly involved than |
| 11:56:31 | 2 | I was, either paralegals or trademark lawyers.  Because |
| 11:56:38 | 3 | of the process that I described earlier, bringing the |
| 11:56:42 | 4 | trademark work in. |
| 11:56:43 | 5 | But I had interface with outside counsel |
| 11:56:47 | 6 | around trademark matters and interface with managers |
| 11:56:52 | 7 | in-house around trademark matters.  But I was not |
| 11:56:56 | 8 | functioning as a trademark lawyer in that sense.  I was |
| 11:56:59 | 9 | trying to be an effective go-between until we had our |
| 11:57:04 | 10 | trademark specialists on board. |
| 11:57:07 | 11 | Q.  And who was that specialist? |
| 11:57:09 | 12 | A.  The guy whose name I can't remember, and later |
| 11:57:14 | 13 | Joan Dillon. |
| 11:57:16 | 14 | Q.  So did Ms. Dillon replace this individual, |
| 11:57:19 | 15 | this man, this white male that you identified that you |
| 11:57:23 | 16 | can't remember? |
| 11:57:25 | 17 | A.  At one point I think we had both of them |
| 11:57:27 | 18 | there.  We had two in-house lawyers who did trademark |
| 11:57:31 | 19 | work and later the guy left and Joan Dillon was the only |
| 11:57:38 | 20 | one for a while. |
| 11:57:43 | 21 | Q.  Do you know if Joan Dillon is still at the |
| 11:57:45 | 22 | company? |
| 11:57:45 | 23 | A.  She is not. |
| 11:57:47 | 24 | Q.  Are you in contact with Ms. Dillon? |
| 11:57:50 | 25 | A.  No, not presently. |

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

| | | |
|---|---|---|
| 12:25:54 | 1 | A. I'm not exactly sure. May, June of '85, |
| 12:25:57 | 2 | something like that. I'm not sure of the exact date. |
| 12:26:07 | 3 | Q. And so my question, and maybe you answered |
| 12:26:14 | 4 | this already if I asked it, do you know if anyone at |
| 12:26:17 | 5 | Levi Strauss & Co. would have reviewed this document |
| 12:26:20 | 6 | before it was filed? |
| 12:26:21 | 7 | A. No. |
| 12:26:22 | 8 | MS. CINCONE: Objection. Lacks foundation. |
| 12:26:24 | 9 | MR. KEYES: Q You don't know or no one would have |
| 12:26:26 | 10 | reviewed it? |
| 12:26:27 | 11 | A. I don't know. It was after I left the |
| 12:26:29 | 12 | company. I have no idea. |
| 12:27:02 | 13 | Q. Do you recall if Levi Strauss & Co. had a |
| 12:27:06 | 14 | particular procedure that it would follow before |
| 12:27:10 | 15 | Section 8 and Section 15 affidavits were submitted to |
| 12:27:13 | 16 | the U.S. Patent and Trademark Office? |
| 12:27:17 | 17 | MS. CINCONE: I believe it's been asked and |
| 12:27:18 | 18 | answered. |
| 12:27:22 | 19 | THE WITNESS: I don't recall. |
| 12:27:23 | 20 | MR. KEYES: Q You don't recall the policy or you |
| 12:27:25 | 21 | don't recall if there was one. |
| 12:27:27 | 22 | A. I don't recall either the policy or whether |
| 12:27:29 | 23 | there was one specifically focused on that. |
| 12:27:34 | 24 | Q. All right. |
| 12:27:38 | 25 | A. I think what I testified to was that the legal |

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

1  STATE OF CALIFORNIA                )
2                                     ) Ss.
3  COUNTY OF CONTRA COSTA              )
4
5           I hereby certify that the witness in the
6  foregoing deposition, named CASSANDRA M. FLIPPER, was by
7  me duly sworn to testify the truth, the whole truth, and
8  nothing but the truth in the within-entitled cause; that
9  said deposition was taken at the time and place therein
10 stated; that the testimony of said witness was reported
11 by me,
12                      LESLIE CASTRO,
13 A Certified Shorthand Reporter and disinterested person,
14 and was thereafter transcribed into typewriting; and
15 that the pertinent provisions of the applicable code or
16 rules of civil procedure relating to the notification of
17 the witness and counsel for the parties hereto of the
18 availability of the original transcript of deposition
19 for reading, correcting and signing have been complied
20 with.
21          And I further certify that I am not of
22 counsel or attorney for either or any of the parties to
23 said deposition, nor in any way interested in the
24 outcome of the cause named in said caption.
25          IN WITNESS WHEREOF, I have hereunto set

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4

1   my hand and affixed my seal of office the 11th day of
2   July, 2008.
3
4
5   _____
6   LESLIE CASTRO
    C.S.R. No. 8876
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

FOR ATTORNEYS' EYES ONLY

ba267545-063d-49b5-a586-a6abf7a048b4