# REDACTED

# EXHIBIT X
# FILED UNDER SEAL

# EXHIBIT Y

REID WILSON, ESQ.   May 28, 2008
CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Levi Strauss & Co.,            )
Plaintiff/Counterdefendant,)
    vs.                        ) Case No.
Abercrombie & Fitch            ) C 07-03752 JSW
Trading Co.,                   )
Defendant/Counterclaimant.     )
_____

Abercrombie & Fitch            )
Trading Co.,                   )
Defendant/Counterclaimant,     )
    vs.                        )   CONFIDENTIAL
Levi Strauss & Co.,            )
Plaintiff/Counterdefendant.    )

- - -

    Videotape deposition of Reid Wilson,

Esq., a witness herein, called by Levi Strauss &

Co., for examination under the statute, taken

before me, Valerie J. Grubaugh, Registered

Professional Reporter, Certified Realtime Reporter

and Notary Public in and for the State of Ohio,

pursuant to notice and stipulations of counsel

hereinafter set forth, at Abercrombie & Fitch

Trading Co., 6301 Fitch Path, New Albany, Ohio, on

Wednesday, May 28, 2008, beginning at 9:32 o'clock

a.m. and concluding on the same day.

- - -

REID WILSON, ESQ.   May 28, 2008
CONFIDENTIAL

Page 2

1   APPEARANCES:
2   ON BEHALF OF ABERCROMBIE & FITCH TRADING CO.:
3       J. Michael Keyes, Esq.
4       Kirkpatrick & Lockhart, Preston,
5         Gates, Ellis LLP
6       618 West Riverside Avenue, Suite 300
7       Spokane, West Virginia  99201-0602
8       mike.keyes@klgates.com
9       (509) 241-1527  Fax (509)444-7863
10
11  ON BEHALF OF LEVI STRAUSS & COMPANY:
12      Gregory S. Gilchrist, Esq.
13      Townsend and Townsend and Crew, LLP
14      Two Embarcadero Center, Eighth Floor
15      San Francisco, California 94111
16      (415) 576-0200  Fax (415) 576-0300
17      gsgilchrist@townsend.com
18
19  ALSO PRESENT:
20      Tom Onda
21                              - - -
22
23
24
25

Merrill Legal Solutions
(800) 869-9132

d8063847-7a1f-43a7-bf48-7fe50de2dd8b

1    Q.   In fact, this decision was rendered while
2  you were at the PTO, right?
3    A.   It was.
4    Q.   So when I was -- when I was corresponding
5  with Mr. Froemming, is it fair to say that you
6  knew that Levi Strauss & Co. was objecting to
7  Abercrombie's continued pursuit of its
8  application?
9    A.   Well, the timing of what I felt I knew,
10 and when, is not clear in my memory.
11       I think that my impression from this
12 e-mail from you to John Froemming, with this
13 decision attached, was somewhat of a -- of a
14 warning e-mail, but I didn't necessarily perceive
15 it to be a -- a direct challenge.
16   Q.   At the time that I sent that e-mail to
17 Mr. Froemming, the trademark application was still
18 being reviewed by the trademark examining
19 attorney, correct?
20   A.   I believe so.
21   Q.   So -- and -- and -- And it was not yet in
22 use by Abercrombie at that time, right?
23   A.   That's correct.
24   Q.   And -- And isn't it true that given those
25 two facts, there was no venue for any direct

REID WILSON, ESQ.   May 28, 2008
CONFIDENTIAL

Page 212

1                    A F F I D A V I T
2                          - - -
3       STATE OF _____,  )
4                               )  SS:
5       COUNTY OF _____, )
6            Reid Wilson, having been duly placed
7       under oath, deposes and says that:
8            I have read the transcript of my
9       deposition taken on Wednesday, May 28, 2008, and
10      made all necessary changes and/or corrections as
11      noted on the attached correction sheet, if any.
12
13
14                              _____
15                              Reid Wilson
16           Placed under oath before me and
17      subscribed in my presence this _____ day of
18      _____, _____.
19
20
21                              _____
22                              Notary Public
23      My Commission Expires: _____.
24                          - - -
25

Merrill Legal Solutions
(800) 869-9132

d8063847-7a1f-43a7-bf48-7fe50de2dd8b

REID WILSON, ESQ.   May 28, 2008
CONFIDENTIAL

Page 213

1                    C E R T I F I C A T E

2                              - - -

3     State of Ohio,            )
                                ) SS:
4     County of Fairfield       )

5                              - - -

              I, Valerie J. Grubaugh, Registered Merit
6     Reporter, Certified Realtime Reporter, and Notary
      Public in and for the State of Ohio, hereby
7     certify that the foregoing is a true and accurate
      transcript of the deposition testimony, taken
8     under oath on the date hereinbefore set forth, of
      Reid Wilson.
9             I further certify that I am neither
      attorney or counsel for, nor related to or
10    employed by any of the parties to the action in
      which the deposition was taken, and further that I
11    am not a relative or employee of any attorney or
      counsel employed in this case, nor am I
12    financially interested in the action.

13

14                                    _____

                                      Valerie J. Grubaugh,
15                                    Registered Merit
                                      Reporter, Certified
16                                    Realtime Reporter, and
                                      Notary Public in and for
17                                    the State of Ohio

18    My Commission Expires:  August 10, 2011

19

20

21

22

23

24

25

Merrill Legal Solutions
(800) 869-9132

d8063847-7a1f-43a7-bf48-7fe50de2dd8b