1  MICHAEL J. BETTINGER (State Bar No. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Phone: 415-882-8200
   Facsimile: 415-882-8220
5
   J. MICHAEL KEYES (*PRO HAC VICE*)
6  KJIRSTIN J. GRAHAM (State Bar No. 239485)
   KIRKPATRICK & LOCKHART
7  PRESTON GATES ELLIS LLP
   618 West Riverside Avenue, Suite 300
8  Spokane WA 99201-0602
   Phone: 509-624-2100
9  Facsimile: 509-456-0146

10 Attorneys for Defendant and Counter-Claimant
   ABERCROMBIE & FITCH TRADING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. <br><br> ——————————————— <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Counter-Claimant, <br><br> v. <br><br> LEVI STRAUSS & CO., <br><br> Counter-Defendant. | No. CV-07-3752 <br><br> **DECLARATION OF REID WILSON IN OPPOSITION TO LS&CO.'S MOTION FOR SUMMARY JUDGMENT AND FOR PARTIAL SUMMARY JUDGMENT** |

DECLARATION OF REID WILSON IN
OPPOSITION TO LS&CO.'S MOTION
FOR SUMMARY JUDGMENT
Case No. 03:07-CV-3752-JSW              -1-

Printed on Recycled Paper

I, Reid Wilson, declare as follows:

1. I am Senior Director, Intellectual Property Counsel for Defendant and Counter-Claimant Abercrombie & Fitch Trading Co. ("Abercrombie"). I make this declaration based on personal knowledge as to the matters set forth below.

2. My job duties include handling all trademark matters for Abercrombie internally, including clearing proposed trademarks for use by Abercrombie, as well as supervising outside counsel regarding trademark prosecution in brand protection matters throughout the United States.

3. In February 2006, Abercrombie began selling products bearing the accused RUEHL design.

4. Since before February 2006, I have been aware of LS&Co.'s well-known reputation in the media and in the clothing industry for aggressiveness in filing suit against alleged infringers of LS&Co.'s trademarks. LS&Co.'s delay in filing suit until July 20, 2007—nearly eighteen months after it first contacted Abercrombie's outside counsel about the RUEHL trademark application and after Abercrombie began using the design—led Abercrombie to believe that LS&Co. would not challenge Abercrombie in an infringement action.

6. While LS&Co. delayed in filing suit until July 20, 2007, Abercrombie continued to develop, market and sell products bearing the RUEHL design.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

EXECUTED this __3__ day of SEPTEMBER, 2008, by Reid Wilson.

_____
Reid Wilson

DECLARATION OF REID WILSON IN
OPPOSITION TO LS&CO.'S MOTION
FOR SUMMARY JUDGMENT
Case No. 03:07-CV-3752-JSW               -2-                    Printed on Recycled Paper