MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415-882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                Counter-Claimant,<br><br>v.<br><br>LEVI STRAUSS & CO.,<br><br>                Counter-Defendant. | No. CV-07-3752<br><br>**DECLARATION OF NICOLE SANGER IN OPPOSITION TO LS&CO.'S MOTION FOR SUMMARY JUDGMENT AND FOR PARTIAL SUMMARY JUDGMENT** |

I, Nicole Sanger, declare as follows:

1. I am Senior Market Researcher for Defendant and Counter-Claimant Abercrombie & Fitch Trading Co. ("Abercrombie"). I make this declaration based on personal knowledge as to the matters set forth below.

2. My job duties as Senior Market Researcher for Abercrombie include market research and conducting focus groups to obtain consumer feedback on Abercrombie and its competitors' products.

3. With respect to denim products, I have conducted projects to obtain feedback on brands, fashion and fit, including a large denim survey in Fall 2007 that involved the Ruehl and other brands, as well as market research on premium denim products.

4. Through my job, I have become familiar with certain denim brands and how long denim products with certain back pocket stitching designs have been sold or offered for sale on the market.

5. I have reviewed Exhibits B through E-25 to Michael Bettinger's Declaration in Support of Abercrombie's Motion for Summary Judgment ("Bettinger Dec."). I recognize several of these exhibits as printouts or screen shots of various denim brands featuring back pocket stitching designs on jeans and other garments that are currently being sold and have been sold in the marketplace for quite some of time. In particular several of these brands have been sold throughout the U.S. in department stores, "denim destination" outlets, and/or online. For example:

1) Exhibit B features a Roxy pocket design that has been on the market for about five years;

2) Exhibits D and E-1 feature Lucky designs that have been on the marketplace since at least the late 1990's;

3) Exhibit E-2 features Lucky fashion styles with a variation on the classic back pocket, which has been around since at least the late 90's;

4) Exhibit E-4 features an Indigo Red design that has been on the market for at least four years;

5) Exhibit E-5 features a Calvin Klein design that has been on the market since at least the 1980's;

6) Exhibit E-6 features a Jordache design that has been on the market since at least the 1980's;

7) Exhibit E-6 also features an Edun design that has been on the market for about three or four years;

8) Exhibit E-9 features a Paris Blues design that has been on the market since approximately the late 1990's;

9) Exhibit E-10 features a Roxy design that has been on the market for about five years;

10) Exhibit E-15 features a Diesel design that has been on the market since at least the late 1980's;

11) Exhibit E-16 features an Edwin design that has been on the market for approximately ten years;

12) Exhibit E-18 features a Diesel design that has been on the market since at least the late 1980's;

13) Exhibit E-19 features Diesel fashion styles with a variation on the classic back pocket which has been around since at least the late 1980's;

14) Exhibit E-21 features an American Eagle design that has been on the market for a few years; and

1     15)   Exhibit E-23 features a True Religion design that was introduced on the market a few years ago.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

EXECUTED this 2nd day of September 2008, by Nicole Sanger.

_____
Nicole Sanger

DECLARATION OF NICOLE SANGER
IN OPPOSITION TO LS&CO.'S
MOTION FOR SUMMARY JUDGMENT
Case No. 03:07-CV-3752-JSW     -4-     Printed on Recycled Paper