1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                       UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  LEVI STRAUSS & CO., | CASE NO. C 07-03752 JSW |
| 14        Plaintiff/Counterdefendant, | **ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)** |
| 15        v. | |
| 16  ABERCROMBIE & FITCH TRADING CO., | |
| 17        Defendant/Counterclaimant. | |
| 18 | |
| 19 | |
| 20  ABERCROMBIE & FITCH TRADING CO., | Date:      September 26, 2008<br>Time:      9:00 a.m.<br>Courtroom: 2, 17th Floor |
| 21        Defendant/Counterclaimant, | Honorable Jeffrey S. White |
| 22        v. | |
| 23  LEVI STRAUSS & CO., | |
| 24        Plaintiff/Counterdefendant. | |

25
26
27
28

ADMINISTRATIVE MOTION
Case No. C 07-03752 JSW

1  Plaintiff Levi Strauss & Co. ("LS&CO.") submits this Administrative Motion with the Court
2  pursuant to Civil Local Rules 7-11 and 79-5(c) for permission to file the following document under
3  seal:

4      Exhibit A to the Supplemental Declaration of Thomas M. Onda in Opposition to
5      Defendant's Motion for Summary Judgment.

6  This Administrative Motion is made pursuant to the Court's Order Granting Stipulated Protective
7  Order, entered on December 18, 2007 [Docket No. 50], and is narrowly tailored to seal only that
8  material for which good cause to seal has been established.

9      Pursuant to Local Rule 79-5(c), sealed copies of the above-described document are being
10 lodged with the Clerk of the Court.

11     Submitted herewith is a Proposed Order granting LS&CO.'s Administrative Motion to file the
12 foregoing document under seal and the Declaration of Raquel Pacheco in support of this
13 Administrative Motion.

14

DATED: September 3, 2008
                       Respectfully submitted,

                                         TOWNSEND AND TOWNSEND AND CREW LLP

                                         By: */s/ Gregory S. Gilchrist*
                                              Gregory S. Gilchrist

                                         Attorneys for Plaintiff/Counterclaim Defendant
                                         LEVI STRAUSS & CO.

61490063 v1