1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com,
   glcincone@townsend.com; rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  LEVI STRAUSS & CO.,                    Case No. C 07-03752 JSW

14            Plaintiff/Counterdefendant,  **DECLARATION OF RAQUEL
                                           PACHECO IN SUPPORT OF**
15       v.                                **ADMINISTRATIVE MOTION FOR AN
                                           ORDER PERMITTING THE FILING**
16  ABERCROMBIE & FITCH TRADING CO.,       **OF DOCUMENTS UNDER SEAL
                                           PURSUANT TO CIVIL L.R. 79-5(c)**
17            Defendant/Counterclaimant.

18  _____

19
    ABERCROMBIE & FITCH TRADING CO.,
20                                         Date:        September 26, 2008
                                           Time:        9:00 a.m.
21            Defendant/Counterclaimant,   Courtroom:   2, 17th Floor
                                                        Honorable Jeffrey S. White
22       v.

23  LEVI STRAUSS & CO.,

24            Plaintiff/Counterdefendant.
    _____
25

26

27

28

1    I, Raquel Pacheco, declare as follows:

2    1.    I am an attorney and member in good standing of the State Bar of California and the

3    Bar of this Court.  I am an associate attorney in the law firm of Townsend and Townsend and Crew

4    LLP, counsel for Plaintiff Levi Strauss & Co. ("LS&CO.") in this action.  I have personal knowledge

5    of the matters stated, except where otherwise indicated, in this Declaration and could competently

6    testify to them if I were called as a witness.

7    2.    On December 18, 2007, the Court entered a Stipulated Protective Order [Docket No.

8    50] in this case.

9    3.    Exhibit A to the Supplemental Declaration of Thomas M. Onda in Opposition to

10   Defendant's Motion for Summary Judgment is sealable under the Court's Protective Order and Local

11   Rules because the document contains information of LS&CO. that concerns confidential settlement

12   agreements between LS&CO. and third parties.  This information is confidential, has not been

13   disclosed to the public, and could, if disclosed to the general public, cause harm to LS&CO.'s

14   competitive positions.  Accordingly, LS&CO. requests that the Exhibit remain sealed.

15   4.    The full Supplemental Onda Declaration, including Exhibit A, is being lodged with the

16   Clerk of this Court, and a redacted public version of the declaration will be efiled.

17   I declare under penalty of perjury under the laws of the United States that the foregoing is true

18   and correct and that this Declaration was executed on September 3, 2008 at San Francisco, California.

19

20                              By:   /s/ Raquel Pacheco
                                      Raquel Pacheco
21

22   61490065 v1

23

24

25

26

27

28