TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com;
rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant/Counterclaimant. | Case No. C 07-03752 JSW <br><br> **[PROPOSED] ORDER ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c)** |
| ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant/Counterclaimant, <br><br> v. <br><br> LEVI STRAUSS & CO., <br><br> Plaintiff/Counterdefendant. | Date: September 26, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 2, 17th Floor <br> Honorable Jeffrey S. White |

1  The Court having considered LS&CO.'s Administrative Motion for Leave to File Documents
2  Under Seal, and good cause appearing,
3  IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed
4  copies of the Supplemental Declaration of Thomas M. Onda in Opposition to Defendant's Motion for
5  Summary Judgment, with Exhibit A.

8  DATED: _____, 2008

   _____
   The Honorable Jeffrey S. White
   United States District Court Judge

61490064 v1