1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone: 415-882-8200
4  Facsimile: 415- 882-8220

5  J. MICHAEL KEYES (*PRO HAC VICE*)
   KJIRSTIN J. GRAHAM (State Bar No. 239485)
6  K&L GATES LLP
   618 West Riverside Avenue, Suite 300
7  Spokane WA  99201-0602
   Phone: 509-624-2100
8  Facsimile: 509-456-0146

9  Attorneys for Defendant and Cross-Complainant
   ABERCROMBIE & FITCH TRADING CO.

10

11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV-07-3752  JSW |
| Plaintiff, | **DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY LEVI STRAUSS & CO.** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Counter-Claimant, | |
| v. | |
| LEVI STRAUSS & CO., | |
| Counter-Defendant. | |

DEFENDANT ABERCROMBIE & FITCH TRADING
CO.'S ADMINISTRATIVE MOTION PURSUANT TO
CIVIL LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS
DESIGNATED CONFIDENTIAL BY LEVI STRAUSS & CO.

Case No. 03:07-CV-3752-JSW                -1-                Printed on Recycled Paper

1  Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") submits this
2  administrative motion pursuant to Civil Local Rule 79-5(b) for an order to seal the following
3  document that Levi Strauss & Co. ("LS&Co.") has designated confidential in this litigation:

4  (a)  The Settlement Agreement between Levi Strauss & Co., Karizma, Inc. and
       Andrews Sports Club, Inc., dated 08/27/2003, attached as Exhibit X to the
5      Declaration of Rachel R. Davidson in support of Abercrombie's Opposition to
       LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment;
6

7  (b)  Limited text on pages 3-5, Section II B(1) of Abercrombie's Opposition to
       LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment
8      referring to LS&Co.'s settlement terms with third-parties; and

9  (c)  Limited text on page16, Section III B(1) of Abercrombie's Opposition to
       LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment
10     referring to LS&Co.'s settlement terms with third-parties.

11

12  LS&Co. has designated its Settlement Agreements with third-party jean companies
13  confidential in this litigation. Abercrombie requests that the information identified in (a)
14  through (c) above be sealed on the ground that the information refers to terms of confidential
15  Settlement Agreements between LS&Co. and various third-party jean companies.  The Court
16  has previously granted Abercrombie's motion to seal information containing LS&Co.'s
17  settlement terms with third-parties. (*See*, Order Granting Abercrombie's Renewed Motion to
18  Seal, August 28, 2008). The information that Abercrombie seeks to seal here, is no different.

19  Abercrombie has e-filed a redacted version of its Opposition to LS&Co.'s Motion for
20  Summary Judgment and Partial Summary Judgment, which redacts only those limited
21  portions of its Opposition that LS&Co. believes contain confidential information, as identified
22  above.

23  Accordingly, Abercrombie respectfully requests that the Court grant its Motion to
24  Seal the information specified in provisions (a) through (c) above.

25

26  
DEFENDANT ABERCROMBIE & FITCH TRADING
CO.'S ADMINISTRATIVE MOTION PURSUANT TO
CIVIL LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS
DESIGNATED CONFIDENTIAL BY LEVI STRAUSS & CO.

Case No. 03:07-CV-3752-JSW        -2-              Printed on Recycled Paper

Dated:  September 3, 2008               Respectfully submitted,

K&L GATES LLP


By: _____/s/_____
Rachel R. Davidson

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

DEFENDANT ABERCROMBIE & FITCH TRADING
CO.'S ADMINISTRATIVE MOTION PURSUANT TO
CIVIL LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS
DESIGNATED CONFIDENTIAL BY LEVI STRAUSS & CO.

Case No. 03:07-CV-3752-JSW                -3-                Printed on Recycled Paper