1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   RACHEL R. DAVIDSON (State Bar No. 215517)
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Phone:  415-882-8200
4  Facsimile:  415- 882-8220

5  J. MICHAEL KEYES (*PRO HAC VICE*)
   KJIRSTIN J. GRAHAM (State Bar No. 239485)
6  K&L GATES LLP
   618 West Riverside Avenue, Suite 300
7  Spokane WA  99201-0602
   Phone:  509-624-2100
8  Facsimile:  509-456-0146

9  Attorneys for Defendant and Cross-Complainant
   ABERCROMBIE & FITCH TRADING CO.
10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
   LEVI STRAUSS & CO.,
14                                             No. CV-07-03752 JSW
                              Plaintiff,
15                                             **[PROPOSED] ORDER GRANTING
        v.                                     ABERCROMBIE & FITCH
16                                             TRADING CO.'S
   ABERCROMBIE & FITCH TRADING CO.,            ADMINISTRATIVE MOTION
17                                             PURSUANT TO CIV. LR 79-5(b) TO
                              Defendant.       FILE UNDER SEAL DOCUMENTS
18  _____        DESIGNATED CONFIDENTIAL BY
                                               LEVI STRAUSS & CO.**
19  ABERCROMBIE & FITCH TRADING CO.,

20                            Counter-Claimant,
        v.
21
    LEVI STRAUSS & CO.,
22
                              Counter-Defendant.
23

24

25
   [PROPOSED] ORDER GRANTING
26 ABERCROMBIE'S ADMINISTRATIVE
   MOTION TO FILE UNDER SEAL DOCUMENTS
   DESIGNATED CONFIDENTIAL BY
   LEVI STRAUSS & CO.
   Case No. 03:07-CV-3752-JSW            -1-              Printed on Recycled Paper

1  The Court having considered Defendant Abercrombie & Fitch Trading Co.'s
2  Administrative Motion pursuant to Civil LR 79-5-(b) to file under seal documents designated
3  confidential by Levi Strauss & Co. and good cause appearing:
4  Abercrombie & Fitch Trading Co.'s Administrative Motion is granted. The following
5  documents are properly sealable under Civil Local Rule 79-5:

(a) The Settlement Agreement between Levi Strauss & Co., Karizma, Inc. and Andrews Sports Club, Inc., dated 08/27/2003, attached as Exhibit X to the Declaration of Rachel R. Davidson in support of Abercrombie's Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment;

(b) Limited text on pages 3-5, Section II B(1) of Abercrombie's Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment, referring to LS&Co.'s settlement terms with third-parties; and

(c) Limited text on page 16, Section III B(1) of Abercrombie's Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment referring to LS&Co.'s settlement terms with third-parties.

IT IS SO ORDERED.

DATED: _____, 2008.

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING
ABERCROMBIE'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL DOCUMENTS
DESIGNATED CONFIDENTIAL BY
LEVI STRAUSS & CO.
Case No. 03:07-CV-3752-JSW                    -2-                    Printed on Recycled Paper