MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　　　　Defendant.<br>―――――――――――――――<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　　　　Counter-Claimant,<br>　v.<br><br>LEVI STRAUSS & CO.,<br><br>　　　　　　　Counter-Defendant. | Case No. CV-07-3752  JSW<br><br>**DECLARATION OF RACHEL R. DAVIDSON IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY LEVI STRAUSS & CO.** |

DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
BY LEVI STRAUSS & CO.
Case No. 03:07-CV-3752-JSW            -1-            Printed on Recycled Paper

I, Rachel R. Davidson, declare as follows:

1. I am an attorney admitted to practice before this Court in this matter. I am an associate in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Abercrombie seeks to file the following documents designated confidential by Levi Strauss & Co. under seal:

(a) The Settlement Agreement between Levi Strauss & Co., Karizma, Inc. and Andrews Sports Club, Inc., dated 08/27/2003, attached as Exhibit X to the Declaration of Rachel R. Davidson in support of Abercrombie's Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment;

(b) Limited text on pages 3-5, Section II. B(1) of Abercrombie's Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment, referring to LS&Co.'s settlement terms with third-parties; and

(c) Limited text on pages 16, Section III. B(1) of Abercrombie's Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment, referring to LS&Co.'s settlement terms with third-parties.

3. The information requested to be sealed refers to terms of Settlement Agreements between LS&Co. and various third-party jean companies. LS&Co. has designated the terms of its Settlement Agreements with third-parties confidential.

4. The information identified in provisions (a) through (b) above specifically refers to terms of LS&Co.'s confidential Settlement Agreements.

5. On September 3, 2008, I notified counsel for LS&Co., Gia Cincone and Gregory Gilchrist, that Abercrombie's Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment contains references to terms of LS&Co.'s

DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
BY LEVI STRAUSS & CO.
Case No. 03:07-CV-3752-JSW        -2-        Printed on Recycled Paper

Settlement Agreements with various third-party jean companies, and that Abercrombie will be submitting a Settlement Agreement between LS&Co. and a third-party as an exhibit in support of its Opposition. I advised Ms. Cincone and Mr. Gilchrist that Abercrombie would take responsibility for drafting and filing the present Motion to Seal, and would specify that the information requested to be sealed refers to terms of LS&Co.'s Settlement Agreements with third-parties, and that the Court has previously permitted such information to be sealed. Counsel for LS&Co. was agreeable.

6. Abercrombie has e-filed a redacted version of its Opposition to LS&Co.'s Motion for Summary Judgment and Partial Summary Judgment, removing only those limited portions that contain information that LS&Co has designated confidential.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 3rd day of September, 2008, by Rachel R. Davidson.

/s/

Rachel R. Davidson

DECLARATION OF RACHEL R. DAVIDSON
RE ABERCROMBIE & FITCH TRADING CO.'S
ADMINISTRATIVE MOTION TO FILE UNDER
SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
BY LEVI STRAUSS & CO.
Case No. 03:07-CV-3752-JSW    -3-    Printed on Recycled Paper