MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                      Plaintiff,<br><br>  v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                      Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                      Counter-Claimant,<br>  v.<br><br>LEVI STRAUSS & CO.,<br><br>                      Counter-Defendant. | No. CV07-03752 -JSW<br><br>**ABERCROMBIE & FITCH TRADING CO.'S OPPOSITION TO LEVI STRAUSS & CO.'S MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS AND SELECTED AFFIRMATIVE DEFENSES AND PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM OF TRADEMARK DILUTION**<br><br>**NOTICE OF MANUAL FILING** |

## <u>MANUAL FILING NOTIFICATION</u>

Regarding: Defendant Abercrombie & Fitch Trading Co.'s Opposition to Levi Strauss and Co.'s Motion for Summary Judgment on counterclaims and selected affirmative defenses and partial summary judgment plaintiff's claim for trademark dilution.

Portions of Abercrombie & Fitch Trading Co.'s Opposition to Levi Strauss and Co.'s Motion and supporting Exhibit X, attached to the Declaration of Rachel R. Davidson will be filed in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard copies of the above-referenced documents today, September 3, 2008.

The filing was not e-filed because these documents have been filed under seal.

Dated:   September 3, 2008                    Respectfully submitted,

                **K&L Gates LLP**

                By:_____/s/_____
                Rachel R. Davidson

                Attorneys for Defendant
                ABERCROMBIE & FITCH TRADING CO.