1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar No. 111536)
2  GIA L. CINCONE (Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: gsgilchrist@townsend.com;
   glcincone@townsend.com; rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  LEVI STRAUSS & CO.,                    Case No. C 07-03752 JSW

13          Plaintiff/Counterdefendant,    **SUPPLEMENTAL DECLARATION
                                           OF GIA L. CINCONE IN
14       v.                                OPPOSITION TO DEFENDANT
                                           ABERCROMBIE & FITCH
15  ABERCROMBIE & FITCH TRADING CO.,       TRADING CO.'S MOTION FOR
                                           SUMMARY JUDGMENT AND
16          Defendant/Counterclaimant.     MOTION TO EXCLUDE REPORT,
                                           TESTIMONY AND SURVEY
17                                         EVIDENCE OF DR. SANJAY SOOD**

18
    ABERCROMBIE & FITCH TRADING CO.,
19                                         Date:      September 26, 2008
                                           Time:      9:00 a.m.
20          Defendant/Counterclaimant,     Courtroom: 2, 17th Floor
                                                      Honorable Jeffrey S. White
21       v.

22  LEVI STRAUSS & CO.,

23          Plaintiff/Counterdefendant.

24
25
26
27
28

1   I, Gia L. Cincone, hereby declare as follows:

2   1.   I am an attorney admitted to practice in the State of California and before this Court. I am affiliated with the law firm of Townsend and Townsend and Crew LLP, attorneys of record for plaintiff Levi Strauss & Co. ("LS&CO.") in this proceeding. I make this declaration based on my personal knowledge and, if called as a witness, I could and would be competent to testify to the matters set forth below.

7   2.   I submit this Declaration on behalf of LS&CO., in opposition to Abercrombie & Fitch Trading Co.'s ("A&F") motions for summary judgment and to exclude the report, testimony, and survey evidence of Dr. Sanjay Sood.

10   3.   Attached hereto as Exhibit A is a true and correct copy of a document produced by A&F in this litigation bearing the Bates numbers LSC v. A&F 26(A) 2353 - LSC v/ A&F 26(a) 2368.

12   4.   Attached hereto as Exhibit B are true and correct copies of pages 1 from the deposition transcript of Dr. Gerald L. Ford, dated July 23, 2008.

14   5.   Attached hereto as Exhibit C are true and correct images of LEVI'S® brand jeans.

15   6.   Attached hereto as Exhibit D is a true and correct image of Ruehl jeans.

16   7.   Attached hereto as Exhibit E are true and correct copies of selected verbatim responses to the survey conducted by Dr. Ford. These documents were produced by A&F in this litigation and bear the Bates numbers A&F Expert Discl. 01706 - A&F Expert Discl.01711, A&F Expert Discl.01177 - A&F Expert Discl.01182, and A&F Expert Discl. 00623 - A&F Expert Discl. 00628.

20   8.   Attached hereto as Exhibit F is a true and correct copy of an image of the back pocket of Lee Cooper jeans.

22   9.   Attached hereto as Exhibit G is a true and correct copy of page 78 of the deposition transcript of Nicole Sanger, dated May 29, 2008.

24   10.   Attached hereto as Exhibit H is a true and correct copy of pages 142-143 of the deposition transcript of Reid M. Wilson, dated May 28, 2008.

26   11.   Attached hereto as Exhibit I is a true and correct copy of page 58 of the deposition transcript of John Urbano dated May 28, 2008.

28   12.   Attached hereto as Exhibit J are true and correct copies of documents produced by

1  A&F in this litigation bearing the Bates numbers A&F RFP #1 0012, LSC v. A&F 26(a) 1133, and
2  LSC v. A&F 26(a) 1143.

3      13.     Attached hereto as Exhibit K is a true and correct copy of page 25 from the deposition
4  transcript of Kevin Cothren, dated May 30, 2008.

5      14.     Attached hereto as Exhibit L is a true and correct copy of pages from the deposition
6  transcript of Dr. Sanjay Sood, dated July 24, 2008.

7      15.     Attached hereto as Exhibit M is a true and correct copy of the expert rebuttal
8  declaration of Dr. Gerald L. Ford, dated July 18, 2008.

9      16.     Attached hereto as Exhibit N is a true and correct copy of an article entitled, "The
10 Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical
11 Test," published in the May-June, 1993 edition of *The Trademark Reporter.*

12     17.     Attached hereto as Exhibit O is a true and correct copy of the Declaration and
13 Supplemental Rule 26 Report of Dr. Gerald L. Ford Re: Payless Shoesource Inc. in *Adidas-Saloman*
14 *AG and Adidas America, Inc. v. Payless Shoesources, Inc., CV01-1655 JE* (District of Oregon), dated
15 March 12, 2007.

16     18.     Attached hereto as Exhibit P is a true and correct copy of the Rebuttal Expert Report of
17 Dr. Carol A. Scott, dated July 18, 2008.

18     19.     Attached hereto as Exhibit Q is a true and correct copy of page 84 of the deposition
19 transcript of Mark Breitbard, dated July 25, 2008.

20     20.     Attached hereto as Exhibit R are true and correct copies of Trademark registrations for
21 stitching designs used in Lee® and Limited brand jeans, bearing the Bates numbers LS-A&F038924 -
22 LS-A&F038933.

23     I declare under penalty of perjury under the laws of the United States that the foregoing
24 statements are true and correct.

25     Executed at San Francisco, California on this 3rd day of September, 2008.

26

27                                         */s/ Gia L. Cincone*
                                         Gia L. Cincone

28 61490012 v1