# EXHIBIT A

**Fall 2007 FEMALE Denim Research**

* During September and October 2007, multiple Denim research projects were conducted
* Projects included the below and are recapped on the following tabs in the following order:
  1. Premium Denim Conversation - OH Focus Groups
     a. "Premium Denim" Big Picture Feedback
     b. "Premium Denim" Feedback Matrix (specific comments from Focus Groups in Grid Format)
  2. Focus Group FIT Big Picture- Fit Feedback from OH focus groups
  3. IG Mall Project - 9 City FIT/WASH Project conducted by The Intelligence Group
     a. IG Big Picture - Big picture take-aways, across brands from Mall Fit Project
     b. IG Methodology - In depth explanation of Mall Fit Project Methodology
     c. IG 11-13 - Mall Fit Project Feedback from 11-13 year old girls (abercrombie denim)
     d. IG 14-17 - Mall Fit Project Feedback from 14-17 year old girls (HCO denim)
     e. IG 18-22 - Mall Fit Project Feedback from 18-22 year old girls (A&F denim)
     f. IG 23-30 - Mall Fit Project Feedback from 23-30 year old girls (Ruehl denim)

**Fall 2007 FEMALE Denim Research - BIG PICTURE**

Premium/Status Denim
  * Across age groups, our brands are considered high quality in fit and fabrication and aspirational (yet
  * All age groups consider our stores to be "aspirations lifestyle" brands rather than "denim
    destinations" as there is a blurring between "premium denim" and "denim destinations"
      * Denim destinations offer experienced/knowledgeable floor people and free tailoring
      * Part of what people are paying for when buying "premium denim" is the experience they have
        at a "denim destination" store where they feel catered to rather than overwhelmed
  * Ruehl fit and fabric is on par with other "premium" brands. A&F is very high quality, but only special
    fashion styles and the defunct Ezra Fitch line are/were considered premium. HCO, because of it's
    lower pricepoint and lesser quality fabric is not considered "premium" although the girls still love it
    as a very popular/known brand.

Focus Group and Mall Project FIT Feedback
General Feedback
  * All age groups across both projects think that by brand our fits are very good
  * Additionally, fabric (and wash range) were called out as being great
      * All age groups thought that the amount of stretch was really good- flattering but not too stretchy
        which can start to feel cheap.
  * Wash range was good- all ages like all washes shown for core styles year round
      * Some seasonal preferences (darker washes in colder months, lighter in warmer)
      * Many girls (across all ages) identified our Light sample as being Medium, our Super Light as
        being Light and our Rinse as being Dark
      *All ages except Ruehl showed a relatively high level of interest in offering a skinny style in
        super light destroy (nearly to the same level as they wanted it in Dark/Rinse)
Fit Feedback
  * Again, fits were very well received by both focus groups and mall respondents
  * Across ages and fits, generally 55-65% of mall respondents voted that fits were good
  * By age group, the only issues were style issues (ie not onto either the super skinny or wide leg
    trends/bell bottom trends yet) rather than fit issues with only a few exceptions:
      * HCO- Both Focus Groups and Mall respondents felt that the back rise was a bit too low
      *A&F/Ruehl- For the skinny denim, calf and leg opening are too narrow for their demographic
        which may limit those who love the style from fitting into it. As this is an inherent trait of this
        style, there may not be much that can be done about it
  * Focus Groups noted that for fashion styles, they want them to be offered in S, R, L lengths similar to
    core (or possibly offer tailoring) since length is a key fit factor with these styles

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

## In-House (OH) Denim Focus "Premium Denim" Big Picture

* All age groups have an awareness of "Premium/Status" Denim Brands
* There is a difference between "Premium/Status" Denim Brands versus being a "Denim Destination" although the customer sometimes uses the ideas interchangeably
* Fit, Fabric, Price and "Hype" seem to be the defining factors of "Premium Denim"
* Across age groups, our brands are considered high quality in fit and fabrication. For price, A&F/Ruehl are aspirational (yet attainable) in price for core fits. Hype is the one area where we don't "register" like other "premium brands" do

PREMIUM/STATUS DENIM- FIT
* Especially for the older age groups (College/Post-College) each woman has a Premium Brand that she thinks fits her body best
* There is no "magic bullet" premium brand that universally fits all women
* Called out that premium brands are very consistent with fits so you can go back and confidently know what size you will be
* Premium Denim brands use sizes 25, 26, 27, etc... although many don't offer different inseams (but the retailers offer free tailoring...)
* Across brands, we get high marks on having good fitting core styles

PREMIUM/STATUS DENIM- FABRIC
* Premium Denim Fabric has an appropriate/flattering amount of stretch without feeling cheap
    * Women don't want too much stretch- just enough that it's flattering on the body
    * Stretch allows for good recovery in the denim so that it holds it's shape
* Women also lumped "wash" into the fabric discussion
    * Expect premium denim brands to offer a great range of authentic looking washes
    * Want the washes to last and not fade (although they admit that they don't care for their denim the way they should- inside out, cold water, gentle cycle, air dry...)
* Across brands, we get high marks on our female denim fabric
    * Feedback from fit projects that our denim has the "right" amount of stretch
    * Feedback from mall project that our denim wash range is good (skews such that our Super Light is considered light, our Light is considered Medium...)
    * Past perception (respondents haven't experienced it with out BTS 07 denim...) that HCO (and sometimes old A&F) non-stretch denim had bad recovery which is perceived as low/cheap quality. Merch/design aware and constantly monitoring/addressing through wear-tests each season

PREMIUM/STATUS DENIM- PRICE
* All ages acknowledged that a higher price is a "sign" of premium denim
    * If a brand is priced in the "premium denim range" ($150 and up) they expect that it will be premium denim quality both in fit and fabrication
    * Has "premium" details (inner beauty, beautiful pocket bags, cool stitching, cool hardware, or other "hyped" aspects to differentiate/elevate it...)
    * A comment that came up often is that they are willing to pay more for "premium" denim because it is versatile in their wardrobe. They can dress it down for daytime (cute tee & flip flops) or up (sexy knit top and heels)
* Perception that premium denim is sold at higher end stores and boutiques
    * The women expect more not just of the premium denim brands but also of the "premium denim/denim destination" experience (knowledgeable sales staff, free tailoring) which blurs the lines between "premium denim" and being a "denim destination..."
* Overall, everyone likes where are pricepoints are and in A&F/Ruehl would pay "premium" prices for special/amazing fashion styles or "elevated" core styles

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

**In-House (OH) Denim Focus "Premium Denim" Big Picture**

PREMIUM/STATUS DENIM- HYPE
* Premium Denim Brands are very aspirational
    * Magazines like US Weekly that include both fashion reviews and call outs of celebs in certain brands are VERY influential
    * Teens and middle school girls are looking at the older girls (sisters, upper classmen, even shopaholic moms...!) to see what brands are new/hot
* Identifiable back pockets are important so people know you're wearing a "status" brand
* The notion of "hype" seems to be the area where we can, if we choose, make the most "improvement" in our customers' awareness/perception of our denim (esp Ruehl!)

FEEDBACK BY BRANDS
Ruehl
* Based on Fit and Fabric, women thought that Ruehl denim was on par with the premium denim that's out there
* The biggest issue is there's no "hype" surrounding Ruehl denim. They're not aware of how great it is because they only see other brands on Cameron Diaz's butt in US Weekly
* Price-wise, Ruehl core denim is actually a bargain for premium quality denim. They want us to keep core at this price point and would be ok if higher prices were charged for a small collection of really special fashion or "elevated core" styles that have special details

A&F
* Generally, the girls thought that A&F's special fashion styles and the now discontinued Ezra Fitch line were "Premium" but that the core styles are not
* The girls felt that our core denim is really good for everyday (good quality fabric, good fits, good washes) and was at a good price point but they wouldn't pay premium prices for it
* If we did offer a smaller collection of "premium denim" they would want there to be hype surrounding it and an identifiable (to differentiate from core) back pocket

HCO
* Although HCO is a popular denim brand, no one really thought of it as "premium"
* HCO denim is a great denim buy at a lower price and everyone acknowledges that the fabric quality is less than at A&F and Ruehl
* Even though the fabric is considered lesser quality, the washes and fits are still great

DENIM DESTINATIONS
* Many people buy their "premium jeans" at "denim destinations" which further blurs the lines between "premium denim" and the notion of being a "denim destination"
* When paying a high premium denim price, part of what you're paying for is the "denim destination" experience
* In their minds, denim destinations have the following characteristics:
    * Carry multiple brands of jeans
    * Have knowledgeable (and probably incentivised) sales staff that can help identify which brands fit which body types best
    * Offer free tailoring (even the Buckle has it!)
* One woman said (and others agreed) that denim shopping used to be more traumatic than bathingsuit shopping but now with these denim destinations it's more fun because you have people helping you (denim can be overwhelming) and catering to your individual needs
* Additionally, it was called out that "A&F denim is only sold at A&F stores, so it's not associated with other 'premium' denim brands that are sold at several different locations/stores including 'denim destinations.'" Plus, since we offer so many other categories of clothing (we are an aspirational, lifestyle brand to them), they do not think of us as purely a "denim destination."

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

## In-House (OH) Denim Focus Group "Premium Denim" Matrix

| | Ruehl (Post-College) | A&F (College) | HCO (Teen) | abercrombie (Middle School) |
|---|---|---|---|---|
| **Do you consider Ruehl denim to be Premium/Designer?** | Maybe- it's a contender because fabric seems on par w/ designer brands | Yes | Yes | Yes* |
| **Do you consider A&F denim to be Premium/Designer?** | No | Yes- Fashion & Special Styles, Ezra Fitch Line No- Everyday core styles | Yes | Yes* |
| **Do you consider HCO denim to be Premium/Designer?** | No | No | No, because of cheaper price point and lower quality fabric. | Yes* |
| **Suggestions on making our denim more "premium" level:** | Pocket recognition – need a different pocket style to set the "premium" styles apart from the regular core styles we offer | Pocket recognition – need a different pocket style to set the "premium" styles apart from the regular core styles we offer | Pocket recognition – need a different pocket style to set the "premium" styles apart from the regular core styles we offer | See Note Below* |
| | Improve fits (includes using the "designer"/mens sizing – i.e. waist and inseam numbers) | Improve fits – needs to be more consistent | Better fit | |
| | Improve quality of fabric and detailing | Improve quality of fabric – shouldn't stretch out or fade | Better fabric/durability (doesn't fade or get holes as easily) | |
| | FREE tailoring | Free tailoring (this group also pointed out that the Buckle even offers free tailoring) | Free tailoring (this group also pointed out that the Buckle offers free tailoring) | |
| | | More options (stretch, non-stretch, colors, washes) | Softer, yet thicker denim – more comfortable/moveable | |
| | | Special detailing (stitching/pockets/belt loops) | | |

*Most Middle School girls feel our brands are very popular, "in-style," use nice quality materials, and are durable/long-lasting. They just aren't as expensive as the other designer brands, but the girls like that we are more affordable.

*It was also brought up that b/c A&F denim is only sold at A&F stores, the don't considered it "as premium" as some of the other designers, since they offer their denim at several different locations/stores. This paired with the fact that we offer so many other categories of clothing, makes them think we are not a "denim destination."

Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only

Attorney Eyes Only

In-House (OH) Denim Focus Group "Premium Denim" Matrix

| | Ruehl (Post-College) | A&F (College) | HCO (Teen) | abercrombie (Middle School) |
|---|---|---|---|---|
| When asked what makes a brand "premium", they replied: | High quality – great fabric and detailing that both wears and washes well | High quality fabric (does not rip/tear easily) | High quality fabrics | High quality fabrics |
| | Great fits- each woman has a brand that she thinks flatters her figure best | Great fit | Great fits – for all body types | Great fits |
| | Pocket affiliation/recognition – like people to know what brand they are wearing | Well-known (ie pocket recognition) | Pocket Recognition/Detail | Pockets (stitching/patterns) |
| | Like to buy these at Nordstrom/Dr. Mojoe/boutiques because Helpful/knowledgeable sales people who know which brand will best address a particular body issue | | Where they are sold (higher end stores) | Where they are sold (higher end stores) |
| | Have seen them on other women/celebrities (many notice new brands in celebrity magazines) and like the way they look on | | Targets older (more mature/sophisticated) customers | Seen styles in magazines (and on celebrities) AND popular among older girls (older sisters and their moms) |
| | Price | | Price | Expensive pricing |
| | | Special washes | Special Washes (specifically darker) | Special Washes |
| | Comfort - feels good on the body and wears well (don't stretch out/shrink when worn/washed) | Comfort – feels soft on the body | | |
| | FREE tailoring | Free tailoring | | |
| | Great washes– quality fabrics/colors that keep the color/wash for a long time without fading or tearing | Wear and wash well (maintain shape/color) | | |
| | | Long-lasting/durable | | |
| | | Special detailing (i.e. printed pocket fabrics, unique hardware) | | Well-known/reputable designers |
| | | Thicker fabric -- more durable | | |

Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only

Attorney Eyes Only

## In-House (OH) Denim Focus Group "Premium Denim" Matrix

| | Ruehl (Post-College) | A&F (College) | HCO (Teen) | abercrombie (Middle School) |
|---|---|---|---|---|
| | | A&F (Fashion Style, Ezra Fitch) | A&F | A&F |
| Specific brands mentioned as being most popular as being "premium/designer" brands (Alpha order): | Blue Cult | Buckle Brands | Citizens | AE |
| | Chip & Pepper | Citizens | Ruehl | AG |
| | Citizens | Express (deluxe/premium line) | Sevens | Chip'n'Pepper |
| | Diesel | Hudson | | Citizens |
| | J Brand | Joe's | | HCo |
| | Paige | Lucky | | Joe's |
| | Paper Denim | Paige | | Lucky |
| | Rock'n'Republic | Rock'n'Republic | | Paige |
| | Sevens | Ruehl | | Rock'n'Republic |
| | True Religion | Sevens | | Ruehl |
| | William Rast | Silver | | Sevens |
| | | True Religion | | True Religion |
| | | | | William Rast |
| Other "popular" brands that they do NOT consider "premium/designer": | A&F | N/A | Buckle | N/A |
| | Express | | CK | |
| | Ruehl | | Lucky | |
| Brands that are "premium/denim" but NOT popular (no one owns any) | N/A | N/A | Joe's | N/A |
| | | | Paige | |
| | | | Rock'n'Republic | |
| | | | True Religion | |

Confidential and Proprietary Information of Abercrombie Fitch – For Internal Use Only

Attorney Eyes Only

| In-House (OH) Denim Focus Group FIT Exercise |
|---|

* Middle School, Teen, College, and Post-College women all tried on their respective brands of denim to review for fit/comfort/style
* This round corresponds to the Intelligence Group's mall project, which was recently completed and results were issued from the 9 city mall intercepts in October
* Comments by brand below

| A&F |
|---|

* Tried on basic styles: Madison (flare), Emma (boot), Erin (skinny), as well as fashion styles: Super Skinny, Superflare, and 2 Wide Leg fits (current wide leg, and our version of the "Frankie B modified wide leg")

**A&F LIKES:**
* Overall, all fits were good
* Amt of stretch in fabric is perfect (not too much; enough to be flattering & comfortable)
* Madison (flare) is a wardrobe basic; still a lot of interest in Erin (skinny) and Emma (boot) leg shapes.  (Boot wears well with all types of shoes and is good for tucking into boots)
* All girls commented that they like the butt fit and back pockets on all styles - very flattering
* Fabric on our "modified Wide Leg Frankie B" style - girls thought it was super soft and comfy

**A&F DISLIKES:**
* Super skinny- a bit too fad-ish for them, would rather buy Erin skinny, which is more classic
* For all wide leg/super flare styles (including Super Flare, classic 5-pkt, 4-pkt, and "Modified wide leg Frankie B"), all were good fits through the hips/upper thighs/butt, but they weren't super-excited about the "bell-bottom" leg opening (not necessarily a fit concern, it's just that these girls just aren't on this trend yet)
* Of the fashion styles that were tried on, most girls felt they were too long.  They would like to see them offered in lengths

| HCO |
|---|

* Tried on basic styles: Cali (flare), Venice (boot), Laguna (skinny), Baja (superflare), no fashion styles

**HCO LIKES:**
* Cali (flare) is considered to be a wardrobe basic and, depending on body-type (ie if they think they're thin enough to wear skinny), some girls really liked Laguna (skinny)
* The Venice (boot) is fine for fit.  Despite preferring the flare and skinny styles, boot is ok too because, similar to the A&F girl, she likes that the boot looks good with any shoe and can be tucked into boots
* HCO denim back pockets shape and placement - girls loved how they made their butts look

**HCO DISLIKES:**
* Low back-rise (merchants/design confirmed they are currently addressing this issue)
* Body block from waistband thru hips seems "too straight."  Fits great in the hips but is loose in the waist
* Some girls mentioned that in the past (hadn't bought HCO denim recently enough to comment on current denim) they disliked when the HCO non-stretch denim stretched out and didn't recovered (merch/design monitoring/addressing through wear-tests each season)
* Super-flare style - too extreme.  Most commented it seems like a "triangle" at the bottom of the leg. This seems more of a style-concern (i.e. this is not necessarily a fit issue)

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

## In-House (OH) Denim Focus Group FIT Exercise
### Ruehl

* Tried on basic styles: Waverly (flare), Jane (boot) and Barrow (skinny), no fashion styles
* Some of our Ohio women had never even tried on Ruehl denim (generally shop "premium" brands) and were glad that they tried Ruehl denim during focus groups. Many were surprised how well they fit and how comfortable/quality the fabrics were
* Comments that Ruehl denim (for fabric, fit, wash and style) are comparable in quality to designer denim and a major point of differentiation is when buying designer denim (worth $100+) they like going to "denim destination" stores that offer knowledgeable customer service and complimentary hemming
* Because of the "premium/status denim" task force, we are further researching the "premium/designer" denim notion across all age groups

### RUEHL LIKES:
* For leg shape, the Jane (boot) was their favorite (see fit comment below in dislikes section)
* The Waverly (flare) and Barrow (skinny) styles fit great all around (liked leg silhouette, too). They were also the most flattering for the hips/butt - liked back pocket placement
* Stretch in denim - Ruehl denim felt like the perfect amount of stretch, b/c it wasn't too much stretch. Plus, it felt "worn in" and soft, also high quality

### RUEHL DISLIKES:
* Jane (boot) waist/butt is a bit restrictive/tight (even a bit high in back) causing "muffin top" and flat butt (NOTE: after speaking with merchants about this call-out, they indicated these fit samples might have been from an "old" block of styles, meaning the fit might not have been current/accurate

### abercrombie

* Tried on basic styles: Mackenzie (flare), Hayley (boot), Maddy (skinny), and fashion styles: Wide Leg, Super Skinny and Super Flare

### abercrombie LIKES:
* Girls felt that our basic core styles fit really well
* Maddy (skinny) and Super Flare styles were the most popular (for both fit and leg shape)
* Mackenzie (flare) and Hayley (boot) were also good - girls were just more excited about Maddy (skinny) and Super Flare styles in general

### abercrombie DISLIKES:
* From a style-perspective, not into the Super Skinny (too tight, like leggings) and Wide Leg styles (many girls referred to the wide leg as "wide farmer")

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

## IG 9 City Fit Project- METHODOLOGY

*Females were randomly selected in malls to try on denim from our various brands'
denim and review a selection of washes

girls (11-13 yr old respondents)          A&F (18-22 yr old respondents)
Mackenzie Flare                           Madison Flare
Hayley Boot                               Emma Boot
Maddy Skinny                              Erin Skinny
                                          A&F Super Flare
                                          A&F Super Skinny
HCO (14-17 yr old respondents)            A&F Wide Leg***
Cali Flare
Venice Boot
Laguna Skinny
Baja Super Flare                          Ruehl (23-30 yr old respondents)
A&F Super Skinny                          Waverly Flare
A&F Wide Leg***                           Jane Boot
                                          Barrow Skinny
                                          A&F Super Flare
                                          A&F Super Skinny
                                          A&F Wide Leg***


***Shown to ½ of respondents. Included for qualitative feedback only, not included in rankings

Cities          WASHES (shown to all ages, abercrombie girls samples)
Atlanta         Super Light Destroy
Austin          Super Light
Boston          Light
Chicago         Medium
Denver          Medium Destroy
Los Angeles     Rinse
Miami***
Minneapolis***
New York

***No Ruehl

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

| IG 9 City Fit Project- abercrombie girls (11-13) |
|---|

*Styles reviewed:  Mackenzie Flare, Hayley Boot, Maddy Skinny
*Washes reviewed: abercrombie Super Light Destroy, Super Light, Light, Medium, Medium Destroy and Rinse

Big Picture- the abercrombie girl very much LIKES what we are doing with both fits and washes. None of the "negative" comments were more than a 1/3 minority vote which is pretty amazing for female denim!

FIT
General conversation about style preference (ie not in reference to samples) FAVORITE STYLE is:
      1. Flare:  24%
      2. Boot:  22%
      3. Straight:  20%
      4. Skinny:  18%

After trying on abercrombie Mackenzie, Maddy, Hayley top favorite was:
      1. Mackenzie Flare:  42% (when asked what this style was, 35% said straight, 29% said skinny and 24% said flare!)
      2. Maddy Skinny: 38% (47% said skinny, 39% said straight)
      3. Hayley Boot: 21% (55% said straight, 24% said skinny)

The above suggests that their perception of our flare and boot leg opening is skewing slimmer than what it is.  Hayley is considered straight/skinny, Mackenzie could be anything, but regardless of what she calls it, she likes it…

WASH
General conversation about wash preference (ie not in reference to samples) FAVORITE WASH is:
      1. Medium:  47%
      2. Light: 31%
      3. Dark:  18%
      4. Destroyed:  4%
      5. Super light:  0%

HOWEVER, upon reviewing the abercrombie girls wash samples, the majority of girls identified our Light sample as being Medium (62%), our Super Light as being Light (47%) and our Rinse as being Dark (50%, with an additional 20% calling it medium!?!)

*Upon seeing our abercrombie washes, the girls liked the washes shown and thought they would be good across the styles.
      *Of note, for skinny denim, although it would be good in any wash, there was a strong feeling that it "made the most sense" in super light destroy and rinse more so than the other washes.
      *With the exception of the rinse and medium destroy wash (there was a preference for these in the fall/winter, and less in the summer) the medium and all variations of the lighter washes were good for year-round.

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

**IG 9 City Fit Project- HCO Betties (14-17)**

Styles reviewed:  Cali Flare, Venice Boot, Laguna Skinny, Baja Super Flare, A&F Super Skinny, A&F Wide Leg
Washes reviewed: Super Light Destroy, Super Light, Light, Medium, Medium Destroy and Rinse (abercrombie samples used across all female demographics)

Big Picture- Hollister Betties really LIKE the styles, fits and washes of our HCO core denim. In addition, they were the most receptive age group to some of the "fashion" denim styles (abercrombie girls did NOT review any fashion denim) such as super flare and super skinny. Common callouts that kept coming up with the HCO denim was that they "make my butt look great" and are a bit too low in the back rise (per merchants, already being addressed). This negative crept up over the 1/3 mark but not by much.

FIT
General conversation about style preference (ie not in reference to samples) when asked what styles they like right now (and "selected all that applied")
1. Flare: 59%
2. Skinny:  56%
3. Straight:  40%
4. Boot:  35%
5. Bell Bottom:  22%
6. Super Flare:  17%
7. Wide Leg: 17%
8. Super Skinny: 14%
9. Trouser:  10%

General conversation about style preference (ie not in reference to samples) FAVORITE STYLE right now is:
1. Skinny:  29% (favorite style in/percent driven by LA, NY, Miami & Austin)
2. Flare:  25% (favorite style in/percent driven by Chicago and Denver)
3. Boot:  15% (favorite style in/percent driven by Boston)
4. Straight: 13%
5. Super Flare:  7% (favorite in/percent driven by Minneapolis)
6. Bell Bottom:  6%
7. Trouser:  3%
8. Wide Leg: 2%
9. Super Skinny: 0%
*** Atlanta was even % across Flare, Skinny, Straight and Trouser!

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

**IG 9 City Fit Project- HCO Betties (14-17)**

After trying on the HCO and A&F fashion styles, the top favorite was:
1. A&F Super Skinny: 22%
   a. 72% called this style skinny
   b. Despite being voted (on avg) the favorite fit, 31% thought the lower leg was too narrow, 37% thought the leg opening was too narrow
2. Laguna Skinny: 19%
   a. 61% called it skinny, 22% called it straight
   b. 27% commented when asked about "the worst aspect of this jean" said it was a bit too low in the back rise
3. Baja Super Flare: 16% (47% called it super flare, 23% called it flare)
4. Cali Flare: 11%
   a. 43% called it flare, 21% called it boot
   b. 40% commented when asked about "the worst aspect of this jean" said it was a bit too low in the back rise
5. Venice Boot: 11%
   a. 29% called it boot, 26% called it straight, 20% called it flare
   b. 36% commented when asked about "the worst aspect of this jean" said it was a bit too low in the back rise

Not Ranked Feedback (samples size of respondents too small to be ranked)
   *A&F Wide Leg
   **47% called it wide leg, 19% called it super flare
   **About 1/3 felt that starting with the butt and moving down the leg this style was too loose and too flared

The above suggests that the HCO teen customer has a very clear perception of what each style is with the exception of the Venice Boot. Their preferences are mostly in line with what their perceived favorite styles were. Info suggests that the "slower" markets (Minneapolis, Boston, Denver, Chicago) have not yet gotten on the skinny trend but once they try them on, they like the skinny fits as evidenced by the #1 and #2 rankings.

WASH
General conversation about wash preference (ie not in reference to samples) FAVORITE WASH is: 1. Medium: 41%
2. Dark: 22%
3. Light: 19%
4. Destroyed: 13%
5. Super light: 4%

HOWEVER, upon reviewing the washes, many of girls identified our Light sample as being Medium (49%), our Super Light as being Light (46%) and our Rinse as being Dark (36%)

Upon seeing our abercrombie washes, the girls clearly liked the washes shown and thought they would be good across the styles and for all seasons. No definitive preference for certain washes for certain seasons or for specific styles. Lots of interest in seeing the skinny in the super light destroy that we do so well!

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

**IG 9 City Fit Project- A&F Women (18-22)**

Styles reviewed: Madison Flare, Emma Boot, Erin Skinny, A&F Super Flare, A&F Super Skinny, A&F Wide Leg

Washes reviewed: abercrombie Super Light Destroy, Super Light, Light, Medium, Medium Destroy and Rinse (used across all female demographics)

Big Picture- A&F Women really LIKE the styles, fits and washes of our A&F core denim. They are NOT particularly receptive to the "fashion" denim styles. Common callout that kept coming up across A&F styles was that they "make my butt look great"

FIT

General conversation about style preference (ie not in reference to samples) when asked what styles they like right now (and "selected all that applied")

1. Flare: 63%
2. Boot: 51%
3. Skinny: 46%
4. Straight: 46%
5. Bell Bottom: 31%
6. Wide Leg: 24%
7. Super Flare: 21%
8. Trouser: 12%
9. Super Skinny: 10%

General conversation about style preference (ie not in reference to samples) FAVORITE STYLE right now is:

1. Flare: 30% (Atlanta, Chicago, Denver)
2. Boot: 23% (Austin, Boston)
3. Skinny: 18% (LA, Miami)
4. Straight: 15% (NY)
5. Super Flare: 8% (Minneapolis)
6. Bell Bottom: 5%
7. Wide Leg: 1%
8. Trouser: 1%
9. Super Skinny: 0%

After trying on the A&F basic and fashion styles, the top favorite ranking was:

1. Madison Flare: 27% (40% called it flare, 25% boot, 20% straight)
2. Emma Boot: 23% (33% called it straight, 26% boot, 26% flare)
3. Super Flare: 12%
   a. 59% called it super flare, 19% called it flare
   b. Lower Leg and Leg Opening about ½ like as is and 1/3 think they are too wide/flared. This is a style (not fit) thing.
4. Super Skinny: 10%
   a. 84% called it skinny, 7% called it straight
   b. Over ½ felt the lower leg was too tight and that the leg opening was too narrow suggesting that this is tricky both stylistically and fit-wise
5. Erin Skinny: 9%
   a. 47% called it skinny, 36% called it straight
   b. 40% thought the lower leg/calf was good; 42% said it was too tight
   c. 46% thought the leg opening was good; 47% said it was too narrow
   d. Points b. and c. suggest that, for this demographic, even those who want to wear the Erin might not be able to fit into it comfortably

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

**IG 9 City Fit Project- A&F Women (18-22)**

Not Ranked Feedback (samples size of respondents too small to be ranked)
>  *A&F Wide Leg
>  >  **42% called it wide leg, 17% called it super flare
>  >  **Butt (51%), thigh (55%), knee (52%) and lower leg (51%) had lower "good" percents than other styles suggesting that they weren't quite sure how this was supposed to fit (style issue) and that it was just an "ok" style/fit
>  >  **60% said the leg opening was just right; 32% said it was too flared

The above suggests that the A&F 18-22 year old woman has a very clear perception of what each style is with the exception of the Emma Boot being a bit more open for interpretation. Also, their fit preference for Flare and Boot are in line with what their perceived favorite styles were although in some cities, once they tried on, they flip flopped between flare and boot and visa versa.  Notably, the skinny styles performed worse (even in LA) than expected once they were tried on because the calf and leg opening were prohibitively too narrow even for those who "stylistically" like skinny denim.

WASH
General conversation about wash preference (ie not in reference to samples) FAVORITE WASH is:
>  1. Medium:  31%
>  2. Dark:  30%
>  3. Light:  29%
>  4. Destroyed:  8%
>  5. Super light:  2%

HOWEVER, upon reviewing the washes, many of girls identified our Light sample as being Medium (49%), our Super Light as being Light (33% plus another 15% called it Medium!) and our Rinse as being Dark (42%)

Upon seeing our abercrombie washes, the A&F women clearly liked the washes shown and thought they would be good across the styles and for all seasons.
>  *Medium and dark washes, although good year round, made more sense in the fall and winter (they thought they wouldn't be as interested in those washes in Sp/Su).
>  *Want to see core fits in the whole wash range
>  *Lots of interest in seeing the skinny in the super light destroy (in addition to the rinse) that we execute so well!

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

**IG 9 City Fit Project- Ruehl Women (23-30)**

Styles reviewed: Waverly Flare, Jane Boot, Barrow Skinny, A&F Super Flare, A&F Super Skinny, A&F Wide Leg

Washes reviewed: abercrombie Super Light Destroy, Super Light, Light, Medium, Medium Destroy and Rinse (used across all female demographics)

Big Picture- Ruehl Women really LIKE the styles, fits and washes of our Ruehl core denim. They are NOT particularly receptive to the "fashion" denim styles.

FIT

General conversation about style preference (ie not in reference to samples) when asked what styles they like right now (and "selected all that applied")

      1. Boot: 61%
      2. Straight: 52%
      3. Flare: 50%
      4. Skinny: 36%
      5. Wide Leg: 30%
      6. Bell Bottom: 18%
      7. Trouser: 17%
      8. Super Skinny: 16%
      9. Super Flare: 16%

General conversation about style preference (ie not in reference to samples) FAVORITE STYLE right now is:

      1. Boot: 31% (Boston, Chicago, LA)
      2. Straight: 18% (Atlanta)
      3. Skinny: 15% (Denver, NY)
      4. Flare: 14% (Austin)
      5. Bell Bottom: 6%
      6. Super Flare: 5%
      7. Wide Leg: 4%
      8. Trouser: 4%
      9. Super Skinny: 3%

After trying on the Ruehl basic & A&F fashion styles, the top favorite ranking was:

      1. Waverly Flare: 20% (39% called it flare, 31% boot, 22% straight)
      2. Jane Boot: 19% (35% boot, 31% called it straight)
      3. Super Skinny: 18%
        a. 82% called it skinny
        b. 43% felt the lower leg was too tight (38% thought it was just right)
        c. 45% said the leg opening was too narrow (49% saying it's just right)
        d. Points b. and c. suggest that this is tricky both stylistically and fit-wise although slightly less of an issue than it was in the A&F demo
      4. Barrow Skinny: 15%
        a. 70% called it skinny
        b. 46% thought the lower leg/calf was good; 33% said it was too tight
        c. 50% thought the leg opening was good; 40% said it was too narrow
        d. Points b. and c. suggest that, for this demographic, even those who want to wear the Barrow might not be able to fit into it comfortably
      5. Super Flare: 12%
        a. 46% called it super flare, 34% called it flare
        b. Lower Leg and Leg Opening- about 60% like as is and 1/3 said they are too wide/flared. Suggests this demo shows the same level (or even slightly more) interest in this style than the A&F demo

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

**IG 9 City Fit Project- Ruehl Women (23-30)**

Not Ranked Feedback (samples size of respondents too small to be ranked)
     \*A&F Wide Leg
      \*\*69% called it wide leg, 16% called it super flare
      \*\*Higher percentage of this demo said that the different points of this style were
      "good" than did in any other demo suggesting that the Ruehl women is the most
      likely to "get" this style

The above suggests that similar to the A&F 18-22 year old woman, the Ruehl woman has a
fairly clear perception of what each style is, with a little bit of ambiguity between flare and
boot (and the idea of straight). The small variation in % for #1 ranking suggests that these
fits were very well received by this demographic.

WASH
General conversation about wash preference (ie not in reference to samples) FAVORITE
WASH is:
      1. Medium:  41%
      2. Dark:  29%
      3. Light:  16%
      4. Destroyed:  10%
      5. Super light: 4%

HOWEVER, upon reviewing the washes, many of girls identified our Light sample as being
Medium (40%), our Super Light as being Light (38%) and our Rinse as being Dark (40%)

Upon seeing our abercrombie washes, the Ruehl women clearly liked the washes shown
and thought they would be good across styles and seasons.
   \*Want to see core fits in the whole wash range, year round
    \*\*Medium washes are truly a year round wash.
    \*\*Dark/Rinse washes, although good year round, play more importance in BTS/Xmas
    \*\*Super Light & Light washes, although good year round, play more importance in Sp/Su

*Confidential and Proprietary Information of Abercrombie Fitch - For Internal Use Only*

Attorney Eyes Only

# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


LEVI STRAUSS & CO.,                )

               Plaintiff,    ) Case No. CV-07-3752

       VS.                         )

ABERCROMBIE & FITCH TRADING    ) Pages 1-191

CO.,                               )

              Defendant.     )

_____)


VIDEOTAPED DEPOSITION OF:

       GERALD L. FORD, D.B.A.

       WEDNESDAY, JULY 23, 2008

       10:09 A.M.


Reported by:   LINDA NICKERSON

             CSR No. 8746

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.          July 23, 2008

| | | |
|---|---|---|
| 12:04:12 | 1 | encountered it? |
| 12:04:14 | 2 | A    No.  I'm not sure exactly what question you're |
| 12:04:26 | 3 | asking, but I don't know that I have any other reactions |
| 12:04:31 | 4 | generally to her work.  You have to get down to |
| 12:04:36 | 5 | specifics, then you can -- |
| 12:04:38 | 6 | Q    Uh-huh.  So you received the Dr. Scott report in |
| 12:05:06 | 7 | the Indigo Red matter in 2005 from Mr. Gotch and his |
| 12:05:11 | 8 | firm. |
| 12:05:12 | 9 | Did you receive it again from Mr. Keyes? |
| 12:05:15 | 10 | A    No. |
| 12:05:15 | 11 | Q    Did you tell him that you had it? |
| 12:05:17 | 12 | A    Yes. |
| 12:05:17 | 13 | Q    Okay.  How did it come up? |
| 12:05:24 | 14 | A    Well, early on in the case -- or early on in the |
| 12:05:32 | 15 | discussion with Mr. Keyes, I told him that it was my |
| 12:05:39 | 16 | experience that Levi Strauss had always in the past used |
| 12:05:46 | 17 | Carol Scott, and I told him that I had been a consulting |
| 12:05:54 | 18 | expert in the RP55 matter, and I had reviewed her work. |
| 12:06:05 | 19 | Q    Did you review -- did you review her work again |
| 12:06:08 | 20 | during the context of those conversations? |
| 12:06:12 | 21 | A    Yes. |
| 12:06:12 | 22 | Q    Why? |
| 12:06:16 | 23 | A    Just interested in how -- how she designed |
| 12:06:21 | 24 | recognition survey and how she designed a likelihood of |
| 12:06:25 | 25 | confusion survey. |

66

GERALD L. FORD, D.B.A.        July 23, 2008

| | | |
|---|---|---|
| 12:06:27 | 1 | Q   Did Mr. Keyes ask you to review it? |
| 12:06:29 | 2 | A   No. |
| 12:06:29 | 3 | Q   Did you tell Mr. Keyes anything -- well, had you |
| 12:06:40 | 4 | reviewed the survey when you first started talking about |
| 12:06:43 | 5 | the RP55 matter with Mr. Keyes? |
| 12:06:46 | 6 | A   No -- |
| 12:06:52 | 7 | Q   Do you understand what I'm saying or what I'm |
| 12:06:55 | 8 | asking? |
| 12:06:55 | 9 | A   Yes.  When RP55 first came up with Mr. Keyes on |
| 12:06:58 | 10 | the telephone, had I reviewed Professor Scott's |
| 12:07:03 | 11 | materials, and the answer is no. |
| 12:07:05 | 12 | Q   Okay.  So did you tell him that you were going |
| 12:07:09 | 13 | to do that? |
| 12:07:09 | 14 | A   I told him I was going to look and see if it was |
| 12:07:12 | 15 | still in archival storage. |
| 12:07:14 | 16 | Q   Okay.  And it was? |
| 12:07:15 | 17 | A   Yes. |
| 12:07:16 | 18 | Q   Did you review it? |
| 12:07:21 | 19 | A   I did. |
| 12:07:21 | 20 | Q   And then did you call him back with reactions? |
| 12:07:24 | 21 | A   I don't -- I don't think so.  I think as the |
| 12:07:30 | 22 | survey design here evolved, there were times where we |
| 12:07:35 | 23 | talked about Carol Scott's work in the RP55 matter. |
| 12:07:41 | 24 | Q   When did you start designing the survey in |
| 12:07:44 | 25 | relation to these conversations that we've just been |

67

GERALD L. FORD, D.B.A.        July 23, 2008

Page 126

14:53:56    1        A    I would.  I think we also need to put on the

14:53:59    2    record that obviously this is a color photocopy of a

14:54:02    3    color photograph so you're going to have some

14:54:06    4    degradation.

14:54:06    5        Q    Right.

14:54:07    6        A    It's natural.  It's going to happen as you go

14:54:09    7    from one generation to another.

14:54:11    8        Q    So that -- so the 8 1/2-11 photographs were

14:54:16    9    actually used in the survey?

14:54:17    10        A    Yes.

14:54:18    11        Q    And what we just looked at in the report that

14:54:21    12    Mike showed us was an actual print on photo quality paper

14:54:26    13    that was used?

14:54:27    14        A    Yes, it was actually one of the exhibits.

14:54:29    15    Rather than reprint them, we just took the exhibits and

14:54:32    16    bound them as part of the report.

14:54:34    17        Q    Okay.  You would agree that it should not have

14:54:40    18    this black thing on it if you're doing a survey, right?

14:54:43    19        A    I would -- I would think that would be

14:54:45    20    preferable, I would agree.  I would have been asking the

14:54:48    21    same questions you're asking.

14:54:59    22        Q    Now, in these pictures, you can't see the full

14:55:05    23    pocket, correct?

14:55:07    24        A    No, following the protocols that Professor Scott

14:55:10    25    used in the RP55, the jeans are folded in a manner so

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.          July 23, 2008

Page 127

| | | |
|---|---|---|
| 14:55:16 | 1 | that you can't see whether or not the jean has a red tab. |
| 14:55:24 | 2 | Q   None of these jeans have tabs at all, right? |
| 14:55:26 | 3 | A   They do not. |
| 14:55:27 | 4 | Q   So there was no need to fold them to avoid |
| 14:55:31 | 5 | showing the tab, right? |
| 14:55:32 | 6 | A   Much like Dr. Sood showed a pair of jeans a |
| 14:55:39 | 7 | pocket that didn't have a tab attached to it, by seeing |
| 14:55:42 | 8 | that there was no tab, I suspect the likelihood of |
| 14:55:46 | 9 | confusion figures would have gone lower. |
| 14:56:00 | 10 | Q   So you're saying that -- I'm not following.  So |
| 14:56:10 | 11 | you're saying that by virtue of folding the jean so that |
| 14:56:14 | 12 | people could not see that a tab was missing, the |
| 14:56:17 | 13 | confusion numbers are lower than they would be if a tab |
| 14:56:20 | 14 | had been showing or if a tab had not -- I'm not following |
| 14:56:25 | 15 | your answer. |
| 14:56:25 | 16 | A   I think that if you could see the jeans and see |
| 14:56:27 | 17 | that on, you clearly know that's the right rear pocket. |
| 14:56:32 | 18 | If you could see the jeans and see that there was no tab |
| 14:56:38 | 19 | on those jeans, that would suggest at least to those |
| 14:56:40 | 20 | people that are knowledgeable about Levi Strauss, that |
| 14:56:44 | 21 | this isn't a pair of Levi Strauss.  You would expect both |
| 14:56:48 | 22 | on the test cell and the control cell confusion numbers |
| 14:56:50 | 23 | to obviously go down. |
| 14:56:52 | 24 | Q   Now, the Lucky patch that we're looking at in |
| 14:56:56 | 25 | Exhibit 7, that was pixelated? |

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.        July 23, 2008

Page 132

| | | |
|---|---|---|
| 15:01:52 | 1 | A    It was not. |
| 15:01:54 | 2 | Q    Now, is it ever appropriate in surveys to simply |
| 15:01:59 | 3 | make up the controls, for example, like you did with |
| 15:02:04 | 4 | Caden in the Calvin Klein case -- I've been doing this |
| 15:02:08 | 5 | for a long time in the apparel industry.  I've never |
| 15:02:11 | 6 | heard of Caden apparel. |
| 15:02:12 | 7 | A    That's right.  That's why it was so hard to come |
| 15:02:15 | 8 | up with a name.  Sure, it's not unusual to do that. |
| 15:02:20 | 9 | Q    So there wouldn't have been anything wrong with, |
| 15:02:22 | 10 | in your view, especially when you're already saying that |
| 15:02:24 | 11 | it's preferable to have jeans that are never shown to |
| 15:02:27 | 12 | anybody in the marketplace anyway, to have adjusted these |
| 15:02:32 | 13 | elements like the red element and the little tab element |
| 15:02:35 | 14 | and the red printing that's on the waistband patch in the |
| 15:02:38 | 15 | Lucky jean? |
| 15:02:39 | 16 | A    Now you're changing the jean as it's sold.  I |
| 15:02:47 | 17 | don't think you would necessarily do that. |
| 15:02:48 | 18 | Q    Well, it's not changing it as much as making it |
| 15:02:51 | 19 | up from scratch, is it? |
| 15:02:52 | 20 | A    That's true, it's not.  It is not. |
| 15:02:56 | 21 | Q    Okay.  So is there any reason why you didn't do |
| 15:03:03 | 22 | it in this case? |
| 15:03:07 | 23 | A    Primarily because there's such a myriad of |
| 15:03:07 | 24 | designs out there that have been and -- you know, are and |
| 15:03:09 | 25 | have been used and are being used that I had no |

Merrill Legal Solutions
(800) 869-9132

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.        July 23, 2008

Page 133

15:03:15    1    confidence necessarily of -- that we could come up with a

15:03:20    2    design that hadn't been used by someone or wasn't in

15:03:23    3    use -- I'm not familiar with each and every pocket

15:03:28    4    design.

15:03:29    5         In addition to that, once you step off the curb

15:03:31    6    and do that, we're back in the same situation.  I have no

15:03:36    7    guarantee that you will not object to the made-up design

15:03:42    8    or Levi Strauss design.

15:03:43    9         Q    Well, you're the expert here, right?

15:03:47   10         A    That's exactly why we did the design the way we

15:03:50   11    did it.

15:03:51   12         Q    Well, you did -- was that -- you sometimes used

15:03:54   13    Dr. Scott as a rationale for why you did things a certain

15:03:57   14    way, correct?

15:03:58   15         A    Correct.

15:03:58   16         Q    Now, I don't remember any little red element

15:04:01   17    like that in Dr. Scott's survey.

15:04:04   18         Do you know if there was one?

15:04:05   19         A    I don't.  I have a black and white copy of that

15:04:08   20    survey.  I've never seen those exhibits.

15:04:10   21         Q    So -- so -- my question is that, as the designer

15:04:16   22    of this survey that you did, don't you think it's

15:04:20   23    important to control for these variable differences that

15:04:24   24    people might fasten on to when they're responding to the

15:04:27   25    control stimuli?

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.        July 23, 2008

| | | |
|---|---|---|
| 15:48:26 | 1 | Q    The verbatim answers that you received in |
| 15:48:34 | 2 | response to the "what else" or "why do you say that" |
| 15:48:42 | 3 | questions is broken down between pocket stitching and |
| 15:48:47 | 4 | then just the brand, correct? |
| 15:48:49 | 5 | A    Right. |
| 15:48:49 | 6 | Q    And that's the same breakdown that you use in |
| 15:48:53 | 7 | connection with the control samples as well, right? |
| 15:48:56 | 8 | A    Correct. |
| 15:48:56 | 9 | Q    Have you ever -- well, in this case, I assume |
| 15:49:06 | 10 | you broke it down into pocket stitching because you were |
| 15:49:09 | 11 | trying to determine whether or not there were particular |
| 15:49:12 | 12 | answers that related to pocket stitching as an answer for |
| 15:49:16 | 13 | why they called out the brand? |
| 15:49:17 | 14 | A    That's correct. |
| 15:49:18 | 15 | Q    Is there ever any reason to ask or break down |
| 15:49:25 | 16 | the data more broadly than the particular mark that's |
| 15:49:31 | 17 | being tested? |
| 15:49:33 | 18 | A    Well, the broadest would be just to look at the |
| 15:49:37 | 19 | subtotal line.  It's there. |
| 15:49:41 | 20 | Q    I'm talking about when you're recounting or |
| 15:49:45 | 21 | you're capturing in connection with your surveys for |
| 15:49:49 | 22 | confusion whether or not you ever depart from the |
| 15:49:53 | 23 | breaking down of the verbatims as part of the subtotal by |
| 15:50:00 | 24 | the actual mark at issue. |
| 15:50:01 | 25 | A    I'm not following -- |

154

Merrill Legal Solutions
(800) 869-9132

GERALD L. FORD, D.B.A.        July 23, 2008

| | | |
|---|---|---|
| 15:50:04 | 1 | Q    You've called out pocket stitching here? |
| 15:50:06 | 2 | A    Right, because I think that, as I understand it, |
| 15:50:08 | 3 | is the issue. |
| 15:50:10 | 4 | Q    Okay.  And would it always be that you would |
| 15:50:19 | 5 | break out the trademark that's at issue when you're doing |
| 15:50:24 | 6 | that kind of breakdown of your data? |
| 15:50:26 | 7 | A    I don't know if there's ever an always.  I'm |
| 15:50:29 | 8 | sure that there are other ways to do it.  I -- I think |
| 15:50:33 | 9 | that it's very possible you could have done it |
| 15:50:35 | 10 | differently over the last 30 years.  This is -- |
| 15:50:40 | 11 | Q    Do you remember a particular case when you've |
| 15:50:43 | 12 | done that? |
| 15:50:43 | 13 | A    I don't.  I mean, your first analysis you're |
| 15:50:45 | 14 | going to do is -- the focus of your analysis is going to |
| 15:50:51 | 15 | be on the subtotal -- |
| 15:50:54 | 16 | Q    Okay. |
| 15:50:57 | 17 | A    -- not necessarily on the "why do you say that," |
| 15:51:00 | 18 | yes. |
| 15:51:00 | 19 | Q    Why is that? |
| 15:51:01 | 20 | A    Because people are sometimes not very |
| 15:51:03 | 21 | articulate.  It's the reason we're doing experimental |
| 15:51:09 | 22 | survey designs today is so that you don't have to rely on |
| 15:51:13 | 23 | the "why do you say that" question, it's not very |
| 15:51:16 | 24 | precise.  So the test minus control is the initial |
| 15:51:25 | 25 | analysis followed by, if you will, a subtotal analysis of |

155

GERALD L. FORD, D.B.A.        July 23, 2008

| | | |
|---|---|---|
| 15:51:32 | 1 | pocket stitching. |
| 15:51:41 | 2 | MR. GILCHRIST:  Let me ask the reporter to mark |
| 15:51:47 | 3 | Exhibit 10. |
| | 4 | (The document referred to was marked by the |
| | 5 | Reporter as Plaintiff's Exhibit 10 for identification and |
| | 6 | is attached hereto.) |
| 15:51:56 | 7 | BY MR. GILCHRIST: |
| 15:51:56 | 8 | Q    Okay.  So this is -- this is an excerpt from |
| 15:52:19 | 9 | your report, right? |
| 15:52:20 | 10 | A    It appears to be. |
| 15:52:21 | 11 | Q    And the second and third pages of the exhibit |
| 15:52:34 | 12 | which are marked pages 16 and 17 at the bottom? |
| 15:52:38 | 13 | A    Correct. |
| 15:52:39 | 14 | Q    Those are all responses that were not included |
| 15:52:42 | 15 | as the pocket/stitching? |
| 15:52:46 | 16 | A    Correct.  I don't know if they go on past |
| 15:52:56 | 17 | page 17.  Do they? |
| 15:52:57 | 18 | Q    I hope not, but I'm not sure. |
| 15:52:59 | 19 | A    So you're not representing -- |
| 15:53:00 | 20 | Q    All of the ones that appear there -- |
| 15:53:02 | 21 | A    Your category 2 responses, they're Levi |
| 15:53:07 | 22 | responses that were not categorized as pocket/stitching. |
| 15:53:10 | 23 | Q    Okay.  You saw on Dr. Scott's report where she |
| 15:53:46 | 24 | recounts that, as far as she could tell, you only got one |
| 15:53:50 | 25 | respondent from each of your survey populations that |

156

GERALD L. FORD, D.B.A.       July 23, 2008

Page 176

| | | |
|---|---|---|
| 16:20:28 | 1 | think it's unusual to have something on the outside of |
| 16:20:30 | 2 | the apparel to identify the source. |
| 16:20:33 | 3 | Q   And it -- and it can be an important tool for |
| 16:20:36 | 4 | owners of those designs, correct? |
| 16:20:38 | 5 | A   It can be if consumers adopt that. |
| 16:20:41 | 6 | Q   You didn't do any test or survey to test whether |
| 16:20:52 | 7 | or not consumers recognize Levi jeans by stitching |
| 16:20:55 | 8 | designs, right? |
| 16:20:56 | 9 | A   No. |
| 16:20:57 | 10 | Q   Did you consider doing one? |
| 16:21:01 | 11 | A   No. |
| 16:21:01 | 12 | Q   Were you ever asked to consider how you might go |
| 16:21:06 | 13 | about doing one? |
| 16:21:07 | 14 | A   No. |
| 16:21:08 | 15 | Q   Did you ever ask Mr. Wilson or Mr. Keyes whether |
| 16:21:16 | 16 | or not they wanted you to do such a survey after you |
| 16:21:18 | 17 | reviewed the complaint? |
| 16:21:19 | 18 | A   No. |
| 16:21:21 | 19 | Q   You're aware from reading the answer and the |
| 16:21:25 | 20 | amended answer to the counterclaim -- excuse me -- the |
| 16:21:27 | 21 | amended answer and the counterclaim that Abercrombie & |
| 16:21:33 | 22 | Fitch are claiming that the arcuate stitching design that |
| 16:21:41 | 23 | is claimed by Levi has no significance as a trademark, |
| 16:21:45 | 24 | correct? |
| 16:21:45 | 25 | A   I'd have to go back and re-read the amended |

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.          July 23, 2008

Page 177

16:21:52    1    answer and counterclaim.

16:21:54    2        Q    If you assume with me for purposes of this

16:21:57    3    deposition that that fact is true, you haven't done

16:22:00    4    anything to examine that question one way or the other,

16:22:05    5    correct?

16:22:05    6        A    That's correct.  I think there is data you could

16:22:10    7    look at that you possess and some of Carol Scott's work

16:22:16    8    that would help answer that question.

16:22:18    9        Q    Have you seen anything in Carol Scott's work

16:22:20   10    that suggests that nobody uses Levi stitching design as a

16:22:25   11    basis for recognizing Levi jeans?

16:22:30   12        A    I think there is some data there that would at

16:22:33   13    least shed some light on that issue.

16:22:34   14        Q    And which data is that?

16:22:37   15        A    The -- the stitching answers that are

16:22:44   16    categorized as stitching answers in her likelihood of

16:22:51   17    confusion survey, both in the recognition survey compared

16:22:56   18    to stitching answers for people that identify other jeans

16:23:03   19    as Levi's and then say the reason they do is stitching.

16:23:06   20        Q    Okay.  And you're referring to the recognition

16:23:10   21    part of Dr. Scott's survey as the part of the survey that

16:23:15   22    she did where Levis were shown to the respondents?

16:23:19   23        A    Yes.  I mean, you can look at both surveys for

16:23:26   24    them.

16:23:26   25        Q    Did you draw any conclusions from looking at

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.        July 23, 2008

| | | |
|---|---|---|
| 16:23:30 | 1 | that data about whether or not consumers recognize the |
| 16:23:36 | 2 | arcuate trademark as indicating a Levi jean? |
| 16:23:42 | 3 |     A   No, it looks like those numbers -- after you |
| 16:23:51 | 4 | adjust for controls, those numbers are not high.  They're |
| 16:23:55 | 5 | in the teens or low twenties. |
| 16:23:57 | 6 |     Q   And these are the stitching answers that you're |
| 16:24:04 | 7 | looking at? |
| 16:24:06 | 8 |     A   Right. |
| 16:24:07 | 9 |     Q   Those answers are the answers that you described |
| 16:24:09 | 10 | earlier as being answers that you don't pay as much |
| 16:24:11 | 11 | attention to because people are a little bit inarticulate |
| 16:24:15 | 12 | sometimes, right? |
| 16:24:16 | 13 |     A   Unfortunately in Carol Scott's case, she was |
| 16:24:19 | 14 | showing the whole pair of Levi jeans which include the |
| 16:24:23 | 15 | red pocket tab and the patch.  So you're forced -- if you |
| 16:24:28 | 16 | want some insight into that issue, you're forced to look |
| 16:24:32 | 17 | at the "why do you say that" question, but, yes, there |
| 16:24:34 | 18 | are those limitations. |
| 16:24:35 | 19 |     Q   And people might not -- looking at those tests |
| 16:24:38 | 20 | that you're talking about, people might look at the tab |
| 16:24:42 | 21 | and say that's why and not mention the stitching even if |
| 16:24:45 | 22 | they recognize it, right? |
| 16:24:47 | 23 |     A   That's correct. |
| 16:24:47 | 24 |     Q   But even in that context, there's some |
| 16:24:57 | 25 | recognition used by some consumers in the arcuate to call |

178

GERALD L. FORD, D.B.A.        July 23, 2008

| | | |
|---|---|---|
| 16:24:59 | 1 | out Levis, right? |
| 16:25:00 | 2 | A   I would not disagree with you. |
| 16:25:03 | 3 | Q   We were talking earlier about the disagreement |
| 16:25:20 | 4 | you have -- I guess we weren't talking about it in the |
| 16:25:22 | 5 | context of a disagreement, but we were talking about the |
| 16:25:25 | 6 | survey population you used versus the one that Dr. Sood |
| 16:25:29 | 7 | used, right? |
| 16:25:29 | 8 | A   Right. |
| 16:25:30 | 9 | Q   Are you -- you know, you've got all this case |
| 16:25:35 | 10 | law in your report and all this familiarity with the case |
| 16:25:38 | 11 | law. |
| 16:25:38 | 12 | Are you aware of any case law that suggests or |
| 16:25:43 | 13 | supports the view that the defendant's customers are not |
| 16:25:49 | 14 | the target population in a post-sale test? |
| 16:25:56 | 15 | A   I'm not aware of any cases that say it's |
| 16:26:05 | 16 | defendant's customers that are the relevant population on |
| 16:26:12 | 17 | a post-sale test. |
| 16:26:12 | 18 | Q   Are you aware of any that say that the ordinary |
| 16:26:14 | 19 | rule of the appropriate survey population should not be |
| 16:26:20 | 20 | applied in a post-sale context because a broader |
| 16:26:24 | 21 | population might be exposed to the marks in the post-sale |
| 16:26:29 | 22 | environment? |
| 16:26:29 | 23 | A   No, but that makes sense to me. |
| 16:26:39 | 24 | Q   You indicate in footnote two on page 10 of your |
| 16:26:42 | 25 | rebuttal report, Exhibit 2, that in a post-sale |

179

GERALD L. FORD, D.B.A.        July 23, 2008

Page 181

| | | | |
|---|---|---|---|
| 16:28:16 | 1 | Q | Right. |
| 16:28:17 | 2 | A | Okay. I looked at them before the lunch break. |

16:28:19    3        Q    Is there any -- is it true that there was no

16:28:24    4    explicit don't know alternative presented to the

16:28:29    5    respondents in Dr. Sood's surveys?

16:28:32    6        A    I believe there was a specific don't know in the

16:28:35    7    recognition survey, but I don't think there was a

16:28:38    8    specific don't know in the close-ended question in the

16:28:40    9    confusion survey.

16:29:09    10        Q    On page 16, I'm not merely asking you about the

16:29:15    11    text of your report, but I'll refer you to that.

16:29:19    12        A    Okay.

16:29:20    13        Q    You take issue with Dr. Sood about his

16:29:23    14    conclusion, that based on his conclusions relating to the

16:29:31    15    recognition and the confusion surveys, that he felt that

16:29:33    16    it was likely that continued use of the Ruehl stitching

16:29:38    17    design would erode the distinctiveness of the Levi

16:29:43    18    stitching design.

16:29:45    19            Is that a fair statement of what you believe he

16:29:48    20    said?

16:29:48    21        A    Yes, I'm quoting him, I think.

16:29:54    22        Q    And you take issue with that; is that right?

16:29:54    23        A    Well, confusion does not equal dilution, so,

16:29:59    24    yes, I did.

16:29:59    25        Q    Okay. What harm, if any, is there if customers

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

GERALD L. FORD, D.B.A.          July 23, 2008

Page 182

| | | |
|---|---|---|
| 16:30:08 | 1 | are confused about the origin of products or likely to be |
| 16:30:12 | 2 | confused by their use of branding elements to identify |
| 16:30:17 | 3 | products? |
| 16:30:18 | 4 | A    The harm is loss of control of your goodwill if |
| 16:30:24 | 5 | it is confusion that's attributable to trademark versus |
| 16:30:29 | 6 | non-trademark reasons. |
| 16:30:31 | 7 | Q    Any other harms that you can think of? |
| 16:30:43 | 8 | A    Well, there's no evidence in this case, but I |
| 16:30:45 | 9 | suspect you could be harmed by -- if there was evidence |
| 16:30:49 | 10 | of at-sale confusion, you would be harmed by loss of |
| 16:30:52 | 11 | sales. |
| 16:30:52 | 12 | Q    Isn't it going to be the case that if someone |
| 16:31:04 | 13 | once was familiar with your mark encounters a mark that's |
| 16:31:10 | 14 | similar, that causes confusion that the consumer is going |
| 16:31:16 | 15 | to be -- who's confronted with those two marks is going |
| 16:31:22 | 16 | to be less able to rely on the understanding that a mark |
| 16:31:27 | 17 | is associated with a particular product? |
| 16:31:29 | 18 | A    Absolutely not. |
| 16:31:30 | 19 | Q    Okay.  Do you agree that if consumers are |
| 16:32:00 | 20 | confused in the post-sale context, that that confusion is |
| 16:32:10 | 21 | likely to erode their ability to rely in the post-sale |
| 16:32:15 | 22 | context on their impression that a mark is associated |
| 16:32:18 | 23 | with a particular brand? |
| 16:32:19 | 24 | A    No.  Obviously if they're confused, they think |
| 16:32:26 | 25 | it is that brand.  There's no erosion. |

1c0584cc-2b49-4d49-88fc-7ffc4fa08ecd

# EXHIBIT C







**EXHIBIT D**

