| | |
|---|---|
| 1 | MICHAEL J. BETTINGER (STATE BAR NO. 122196)<br>RACHEL R. DAVIDSON (State Bar No. 215517) |
| 2 | K&L GATES LLP<br>55 Second Street, Suite 1700 |
| 3 | San Francisco, CA 94105<br>Phone:  415-882-8200 |
| 4 | Facsimile:  415- 882-8220 |
| 5 | J. MICHAEL KEYES (*PRO HAC VICE*)<br>KJIRSTIN J. GRAHAM (State Bar No. 239485) |
| 6 | K&L GATES LLP<br>618 West Riverside Avenue, Suite 300 |
| 7 | Spokane WA  99201-0602<br>Phone:  509-624-2100 |
| 8 | Facsimile:  509-456-0146 |
| 9 | Attorneys for Defendant and Cross-Complainant<br>ABERCROMBIE & FITCH TRADING CO. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                                    Plaintiff,<br><br>    v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                                    Defendant.<br>_____<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                                    Counter-Claimant,<br>    v.<br><br>LEVI STRAUSS & CO.,<br><br>                                    Counter-Defendant. | No. CV-07-03752 JSW<br><br>**[PROPOSED] ORDER GRANTING ABERCROMBIE & FITCH TRADING CO.'S ADMINISTRATIVE MOTION PURSUANT TO CIV. LR 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY LEVI STRAUSS & CO.** |

[PROPOSED] ORDER GRANTING ABERCROMBIE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY LEVI STRAUSS & CO.
Case No. 03:07-CV-3752-JSW                        -1-                        Printed on Recycled Paper

1  The Court having considered Defendant Abercrombie & Fitch Trading Co.'s
2  Administrative Motion pursuant to Civil LR 79-5-(b) to file under seal documents designated
3  confidential by Levi Strauss & Co. and good cause appearing:
4  Abercrombie & Fitch Trading Co.'s Administrative Motion is granted. The following
5  documents are properly sealable under Civil Local Rule 79-5:

6  (a) The Settlement Agreement between Levi Strauss & Co., Karizma, Inc. and Andrews
7  Sports Club, Inc., dated 08/27/2003, attached as Exhibit X to the Declaration of
8  Rachel R. Davidson in support of Abercrombie's Opposition to LS&Co.'s Motion for
9  Summary Judgment and Partial Summary Judgment;

10  (b) Limited text on pages 3-5, Section II B(1) of Abercrombie's Opposition to LS&Co.'s
11  Motion for Summary Judgment and Partial Summary Judgment, referring to
12  LS&Co.'s settlement terms with third-parties; and

13  (c) Limited text on page 16, Section III B(1) of Abercrombie's Opposition to LS&Co.'s
14  Motion for Summary Judgment and Partial Summary Judgment referring to LS&Co.'s
15  settlement terms with third-parties.

17  IT IS SO ORDERED.

19  DATED: September 5, 2008.

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING
ABERCROMBIE'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL DOCUMENTS
DESIGNATED CONFIDENTIAL BY
LEVI STRAUSS & CO.
Case No. 03:07-CV-3752-JSW    -2-    Printed on Recycled Paper