1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RAQUEL PACHECO (State Bar No. 245328)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: gsgilchrist@townsend.com, glcincone@townsend.com;
   rpacheco@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

9                   UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 | LEVI STRAUSS & CO.,                        | Case No. C 07-03752 JSW
14 |     Plaintiff/Counterdefendant,            | [PROPOSED] ORDER
15 | v.                                         | ADMINISTRATIVE MOTION FOR
                                                | AN ORDER PERMITTING THE
16 | ABERCROMBIE & FITCH TRADING CO.,           | FILING OF DOCUMENTS UNDER
                                                | SEAL PURSUANT TO CIVIL L.R.
17 |     Defendant/Counterclaimant.             | 79-5(c)
18 |
19 |
20 | ABERCROMBIE & FITCH TRADING CO.,           | Date:      September 26, 2008
                                                | Time:      9:00 a.m.
                                                | Courtroom: 2, 17th Floor
21 |     Defendant/Counterclaimant,             |            Honorable Jeffrey S. White
22 | v.
23 | LEVI STRAUSS & CO.,
24 |     Plaintiff/Counterdefendant.
25
26
27
28

1  The Court having considered LS&CO.'s Administrative Motion for Leave to File Documents
2  Under Seal, and good cause appearing,
3  IT IS HEREBY ORDERED that the Clerk shall accept for filing under seal the lodged sealed
4  copies of the Supplemental Declaration of Thomas M. Onda in Opposition to Defendant's Motion for
5  Summary Judgment, with Exhibit A.

8  DATED: September 5  , 2008

*[signature: Jeffrey S White]*

The Honorable Jeffrey S. White
United States District Court Judge

61490064 v1

[PROPOSED] ORDER ADMIN. MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. C 07-03752 JSW

- 1 -