MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (STATE BAR NO. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　　　　Defendant.<br>―――――――――――――――<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　　　　Counter-Claimant,<br><br>　v.<br><br>LEVI STRAUSS & CO.,<br><br>　　　　　　　Counter-Defendant. | Case No. CV-07-3752 -JSW<br><br>**DECLARATION OF RACHEL R. DAVIDSON IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S REPLY RE MOTION TO EXCLUDE REPORT, TESTIMONY AND SURVEY EVIDENCE OF DR. SANJAY SOOD** |

I, Rachel R. Davidson, declare as follows:

1. I am an attorney admitted to practice before this Court in this matter. I am an associated in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Attached here to as Exhibit A are true and correct copies of excerpts from the transcript of the deposition of Professor Carol Scott, taken September 4, 2008.

3. Attached hereto as Exhibit B are true and correct copies of photographs from Dr. Gerald Ford's June 25, 2008 Expert Report, submitted in the above entitled action.

4. Attached as Exhibit C is a true and correct copy of the December 17, 2004 Expert Report of Professor Carol A. Scott.

5. Attached hereto as Exhibit D is a true and correct copy of the Reply Declaration of Professor Carol Scott submitted in Support of Plaintiff Levi Strauss & Co.'s Motion for Summary Judgment, dated April 22, 2005, in *Levi Strauss & Co., v. RP55, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 12 the day of September, 2008, by Rachel R. Davidson.

_____/s/_____
Rachel R. Davidson