







- 226 -



