MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (STATE BAR NO. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone:  415-882-8200
Facsimile:  415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:  509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                    Plaintiff,<br><br>    v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Defendant.<br>_____<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>                    Counter-Claimant,<br>    v.<br>LEVI STRAUSS & CO.,<br><br>                    Counter-Defendant. | Case No. CV-07-3752 -JSW<br><br>**DECLARATION OF RACHEL R. DAVIDSON IN SUPPORT OF DEFENDANT ABERCROMBIE & FITCH TRADING CO.'S REPLY RE MOTION FOR SUMMARY JUDGMENT** |

I, Rachel R. Davidson, declare as follows:

1. I am an attorney admitted to practice before this Court in this matter. I am an associate in the law firm of K&L Gates LLP, attorneys of record for Defendant Abercrombie & Fitch Trading Co. ("Abercrombie") in this proceeding. I make this declaration based on personal knowledge as to the matters set forth below.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the transcript of the deposition of Dr. Gerald L. Ford, D.B.A., dated July 23, 2008.

3. Attached hereto as Exhibit B is the Supplemental Expert Report of Professor Carol A. Scott, dated July 23, 2008, submitted in the above entitled action.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff Levi Strauss & Co.'s Opposition to Motion *In Limine* No. 3 to Preclude Evidence of Plaintiff's Settlements with Other Garment Makers, submitted in the *Levi Strauss & Co., v. RP55, Inc.* case.

5. Attached hereto as Exhibit D are true and correct copies of Exhibits 222 and 225 from Reid Wilson's deposition, taken May 28, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 12th day of September, 2008, by Rachel R. Davidson.

_____/s/_____
Rachel R. Davidson