Supplemental Expert Report

of

Carol A. Scott, Ph.D.

7/27/01

CONFIDENTIAL

LS-A&F009526
LS-A&F009526

# TABLE OF CONTENTS

I. Scope of Opinions

II. Summary of Opinions

III. Basis of Opinions
    A. Overview
    B. Survey Methodology
    C. Summary of Research Findings – Jeans Confusion Survey
    D. Summary of Research Findings – Jeans Recognition Survey

IV. Conclusion

EXHIBITS

1

CONFIDENTIAL

LS-A&F009527
LS-A&F009527

## I. Scope of Opinion

This report supplements my prior report dated March 9, 2001 and my supplemental expert report dated June 27, 2001. I have been asked by counsel for Levi Strauss & Company ("LS&CO.") to provide a supplemental opinion regarding (1) whether consumers use LS&CO.'s Red Pocket Tab and Pocket Stitching as source identifiers for LS&CO. products and (2) the likelihood of confusion of the Edwin jeans product with LS&CO. jeans product. I am continuing to review the data and may modify and/or expand the findings presented in this report.

## II. Summary of Opinions

Having reviewed and analyzed the evidence available to me at this time, I have determined the following:

1. LS&CO.'s red pocket tab is a source identifier for LS&CO. products,

2. LS&CO.'s pocket stitching is a source identifier for LS&CO. products,

3. Consumers use LS&CO.'s red pocket tab and pocket stitching as source identifiers for jeans manufactured and sold by LS&CO.,

4. Based on a sample of 502 consumers, consumers confuse the Edwin jeans with LS&CO.'s "Levi's®" jeans. My analysis indicates that 32.3% of the participants in this study incorrectly identified the Edwin jeans as "Levi's®" jeans.

2

CONFIDENTIAL

5. Based on a sample of 505 consumers, consumers correctly identify Levi's®
jeans as a LS&CO. product. My analysis indicates that 74.5% of participants
in this study correctly identified the "Levi's®" jeans.

### III. Basis of Opinion

My opinion is based upon my previous expert reports in this matter and recently
conducted jean recognition and jean confusion surveys conducted under my supervision.
My opinion is based on information available at the time of this report and may be
supplemented or revised if additional information becomes available prior to trial.

### A. Overview

Recently, I conducted both a Jeans Confusion Survey to determine the likelihood
of confusion between the Edwin jeans product and the "Levi's®" jeans product, and a
Jeans Recognition Survey to determine the level of recognition of "Levi's®" and other
branded jeans. In all, 1007 consumers were interviewed. Five hundred and two
consumers participated in the Confusion Survey, and 505 consumers participated in the
Recognition Survey.

To be eligible for the surveys, all 1007 consumers were prescreened to have
purchased at least one pair of jeans within the past 12 months. Survey participants were
asked the brand name(s) of the jeans they had purchased during the last year. Participants
were also screened for shopping in at least one of the following upscale department or
specialty shops: Barney's, Bendel's, Bergdorf Goodman, Bloomingdales, Neiman-
Marcus, Nordstrom, Robinson-May and Saks Fifth Avenue. Participants were limited to

3

CONFIDENTIAL

LS-A&F009529
LS-A&F009529

those who had not participated in other marketing research in the past six months and to those who passed the standard security screen that neither participants nor members of their families work for a clothing manufacturer, a market research company or an advertising agency. A representative sample of participants, ages 18 to 65, were equally divided by gender.

Some of the findings are:

- 32.3 % of the sample that was shown the Edwin jeans product incorrectly identified the jeans as an LS&CO. product.

- Of those identifying the Edwin jeans as an LS&CO. product, most participants identified the pocket tab as a source identifier and associated the pocket tab with LS&CO. 25.3% percent of participants mentioned the "red tab"; 13% of participants mentioned "tab", and 6.8% of participants stated the "tab position" on the back pocket as reasons for identifying the Edwin jeans as an LS&CO. product.

- Survey participants associated the pocket stitching with LS&CO. Pocket stitching was cited as a reason for identifying the Edwin jeans product as an LS&CO. product by 26.5% of participants. In addition, 9.3% of participants cited the "pocket design", and 2.5% mentioned "stitching" as a source identifier.

## B. Survey Methodology

Interviews were conducted on a one-on-one basis by experienced interviewers in professional interviewing facilities in Atlanta, Chicago, Dallas, Los Angeles and New

4

CONFIDENTIAL

LS-A&F009530
LS-A&F009530

York. Approximately two hundred interviews were conducted in each of the five cities. Approximately one hundred people were interviewed for the Confusion Survey, and 100 people interviewed in the Recognition Survey. Exhibit 1 shows the sample size in each city. In Atlanta, Chicago, Dallas and New York, participants were recruited by telephone. In Los Angeles, participants were recruited in the Galleria at South Bay, an upscale mall that has Nordstrom as one of its anchor stores. A copy of the screener used by telephone recruiters is provided in Exhibit 2, and a copy of the screener used in the mall is in Exhibit 3. An additional question regarding shopping behavior was added to the screener for the Recognition Survey. The Recognition Survey screeners for telephone recruiting and mall recruiting are provided in Exhibits 4 and 5 respectively.

The survey was conducted on a double-blind basis, meaning that the survey was designed to ensure that neither the interviewer nor the interviewees knew the purpose or sponsor of the survey or knew that the survey was in any way connected to this litigation.

I developed the questionnaire and interview methodology, and an experienced field supervisor, who I trained, instructed and supervised all of the interviewers. The same questionnaire was used in both the Confusion Survey and the Recognition Survey. A copy of the questionnaire is provided in Exhibit 6, and a copy of the Instructions to Interviewers is in Exhibit 7.

Each survey participant was asked to watch a series of five videos. In each of the five videos, a different brand of jeans was modeled by a live model. Male participants viewed jeans modeled by a man, and female participants viewed jeans modeled by a woman. For the Confusion Survey, the Edwin jeans product was one of the five videos viewed by participants. For the Recognition Survey, the LS&CO. product was one of

5

CONFIDENTIAL

LS-A&F009531
LS-A&F009531

five videos viewed. To disguise the survey sponsor and eliminate biases, participants were asked to identify four other brands of jeans. The other brands of jeans included on the videotapes were GAP, L.E.I. (viewed by women), Lee, Lucky (viewed by men) and Wrangler. To avoid order bias, the sequence of the five different brands was rotated. Copies of the videotapes are provided (Exhibit 8) and a copy of the sequence of videotapes is in Exhibit 9. After each video, the survey participant was asked to identify the brand of jeans and to identify those feature(s) of the jeans that indicated their brand identity. All responses from participants were open-ended. That is, participants were not prompted with responses or given choices.

### C.  Summary of Research Findings – Jeans Confusion Survey

Analysis of the Confusion Survey indicates that 32.3 % of customers (162 participants) incorrectly identified the Edwin jeans as an LS&CO. product, thus demonstrating a high likelihood of confusion.   This rate of confusion was consistent for both genders. With the exception of people 50-65 years of age, the rate of confusion was maintained across all age categories. By city, the rates of confusion varied slightly with Chicago consumers showing a 23% rate of confusion, New York 27%, Dallas 34%, Los Angeles 38% and Atlanta 39%.

Of the 162 people who called the Edwin jeans "Levi's® jeans", 26.5% cited "pocket stitching" as the source identifier.  In addition, 11.8% of participants mentioned "pocket design" or "stitching", demonstrating that consumers refer to the pockets and the stitching as indicators of brand identification.

6

CONFIDENTIAL

LS-A&F009532
LS-A&F009532

Consumers also look for the pocket tab to help them identify the brand of jeans. The red pocket tab was a major source of brand identification to 25.3% of survey participants. "Tab" (13%) and "tab position" (6.8%) were also cited as reasons for brand identification. "Tag" was mentioned by 12.3% of participants, and "label" was mentioned by 5.6% of those surveyed.

Both the pocket stitching and the pocket tab contributed to the rate of confusion with Edwin jeans.

The results of the confusion study also indicate that consumers do not simply identify all jeans as Levi's® brand. Only 3.4% of the participants viewing the Wrangler jean and 8.3% of the participants viewing the L.E.I. jean misidentified these products as Levi's® jeans. Notably, consumers did not identify L.E.I. as being Levi's® jeans even though most of them could not accurately identify the product as L.E.I. On the other hand, some consumers did misidentify Lee and Lucky jeans, both of which have pocket stitching which is more similar to the Levi's® stitching, as Levi's® jeans. The percent of consumers misidentifying these products in this study (22.1% for Lee and 15.7% for Lucky) is very similar to the percent who misidentified them as Levi's® jeans in my earlier confusion study involving Big Star jeans (16.2% for Lee and 21.1% for Lucky). Finally, 34.5% of consumers misidentified the plain pocket Gap jean as Levi's® brand. This percentage is higher than that obtained for a plain pocket jean made by Calvin Klein in my earlier study. This result is probably due at least in part to the fact that LS&CO. now sells a jean that has no stitching on the pocket. Given this fact, and the absence of any identifying mark to the contrary, some consumers can quite plausibly believe that the product is made by LS&CO. Summary Tables are provided in Exhibits 10 and 11.

7

CONFIDENTIAL

LS-A&F009533
LS-A&F009533

### D. Summary of Research Findings – Jeans Recognition Survey

74.5% of participants correctly identified the Levi's® jeans. With minor variations, a high rate of recognition was maintained across genders, age categories and locations.

Pocket stitching was the chief source of brand identification for almost half (48.7%) of all participants who correctly identified the Levi's® jeans. An additional 4.3% mentioned "pocket design" and 2.4% mentioned "stitching". This confirms our finding from the Confusion Survey that consumers rely on pocket stitching to help them identify Levi's® jeans.

As shown in the Confusion Survey, the pocket tab is also significant to consumers, with 31.4% of Recognition Survey participants mentioning the red tab. Participants also mentioned "tab" (14.6%) and "tab position" (3.2%) as the means by which they identified Levi's® jeans.

The recognition levels of other brands tested confirm the results of the Confusion Survey. Notably, Wrangler, the most highly identified brand has a recognition level of 82.8%. Lee and L.E.I. also maintain their levels of recognition at 26.7% and 13.8%, respectively.

As in the Confusion Survey, consumers do not identify all jeans as Levi's® brand, and confusion levels are consistent for the two surveys. Nineteen percent of participants incorrectly identified Lee jeans as a LS&CO. product versus 22.1% in the Confusion Survey. The response to the GAP jeans is also similar to the findings from the Confusion Survey, with 28.3% of participants incorrectly identifying GAP as a LS&CO. product.

8

CONFIDENTIAL

LS-A&F009534
LS-A&F009534

An examination of the response to other brands of jeans, used in the Recognition Survey, further confirms the relevance of pocket stitching to consumers. In the case of Wrangler, a strong 85.6% of participants who correctly identified Wrangler cited "pocket stitching" as their source of brand identification. Responses for Lee and L.E.I. also illustrate the importance of pocket stitching, where pocket stitching is mentioned by 66.7% of participants who correctly identified Lee jeans and 37.1% of those who correctly identified the L.E.I. jeans. Summary Tables are provided in Exhibits 12 and 13.

## IV.　Conclusion

The results of my surveys confirm my expert opinion:

1. LS&CO.'s red pocket tab is a source identifier for LS&CO. products,

2. LS&CO.'s pocket stitching is a source identifier for LS&CO. products,

3. Consumers use LS&CO.'s red pocket tab and pocket stitching as source identifiers for jeans manufactured and sold by LS&CO.,

4. Based on a sample of 502 consumers, consumers confuse the Edwin jeans with LS&CO.'s "Levi's®" jeans. My analysis indicates that 32.3% of the participants in this study incorrectly identified the Edwin jeans as "Levi's®" jeans.

5. Based on a sample of 505 consumers, consumers correctly identify Levi's® jeans as a LS&CO. product. My analysis indicates that 74.5% of participants in this study correctly identified the "Levi's®" jeans.

## V. Compensation

I am being compensated at an hourly rate of $425.00 and for any out of pocket expenses.

9

CONFIDENTIAL

LS-A&F009535
LS-A&F009535

My understanding is that some of this testimony is covered by protective orders.

Date: 7/27/01                    _Carol A. Scott_
                                 Carol A. Scott

CONFIDENTIAL

LS-A&F009536
LS-A&F009536

**EXHIBIT 1**

CONFIDENTIAL

LS-A&F009537
LS-A&F009537

## Sample Size by City

| | Confusion Survey | Recognition Survey |
|---|---|---|
| Atlanta | 100 | 100 |
| Chicago | 100 | 101 |
| Dallas | 102 | 101 |
| Los Angeles | 100 | 100 |
| New York | 100 | 103 |
| | | |
| Total | 502 | 505 |

CONFIDENTIAL

**EXHIBIT 2**

CONFIDENTIAL

LS-A&F009539
LS-A&F009539

### SCREEN FOR JEANS SURVEY

Hello, I'm_____from _____, a market research company.
Let me assure you that no one will try to sell you anything.
We are conducting market research on clothing products, and I'd like to take 1 minute of
your time to ask you a few questions.

1.  Are you 18 or older?
___ yes           ___no

*If respondent answers "yes", go to question #2.*
*If respondent answers "no", Thank you very much.*

2.  What is your age? *(Recruiter: It's not necessary to say the ages, just wait for the*
    *response and check the appropriate box. Check against quotas.)*

|         | females | males |
|---------|---------|-------|
| ___ 18 –24 | 18 | 18 |
| ___ 25-34  | 17 | 17 |
| ___ 35-49  | 11 | 11 |
| ___ 50-65  | 4  | 4  |
| ___ 65+    | terminate | terminate |

3.  I'm going to read you a list of department and specialty stores.  As I read each name,
    please let me know if you have ever shopped in that store. Just answer "yes" or "no".
    *(Recruiter: Circle the yes responses. Go to question #4 if the respondent has*
    *answered yes to at least one store.)*

Barney
Bendel's
Bergdorf Goodman
Bloomingdale's
Neiman-Marcus
Nordstroms
Saks Fifth Avenue

*If respondent answers "no" to all stores above:*  Thank you very much for helping us.

4.  Have you purchased jeans in the last year?
___ yes           ___no
*If respondent answers "yes", go to question #5.*
*If respondent answers "no", Thank you very much for helping us*

5.  Which brand of jeans did you purchase?
*(Do not read list.)*

CONFIDENTIAL

LS-A&F009540
LS-A&F009540

jeans. Then we will ask you a few simple questions about what you saw on the video. To assure quality, some of the interviews will be monitored or observed, and a few of the people interviewed will be called to confirm their participation. No individuals will be identified, and your name will not be used for sales purposes. What time would be convenient for you to attend?

Date _____     Time _____

*(If respondent can't remember specific brand, then read list and probe for specific brand.)*
*(Circle or write in response.)*
Arizona
Brittania
Bugle Boy
Calvin Klein
Diesel
Donna Karan or DKNY
Edwin
Fila
GAP
Gloria Vanderbilt
Guess
Jordache
Lee's
LEI
Levi's
MUDD
Ralph Lauren
Rustler
Union Bay
Wrangler's
Don't know/none

Write in response:_____

6. Have you participated in market research, other than a political poll, either in a focus group or one-on-one interview, in the past 6 months, or are you scheduled to participate in market research?
   yes____     no____

*If respondent answers "yes":*   Thank you very much for helping us.
*If respondent answers "no":*  go to #7

7. Do you or any one in your immediate family work for a clothing manufacturer, a market research company or an advertising agency?
   yes____     no____

CONFIDENTIAL

LS-A&F009541
LS-A&F009541

**EXHIBIT 3**

CONFIDENTIAL

LS-A&F009542
LS-A&F009542

## SCREEN FOR JEANS SURVEY – mall intercept

Hello, I'm_____from _____, a market research company.
Let me assure you that no one will try to sell you anything.
We are conducting market research on clothing products, and I'd like to take 1 minute of your time to ask you a few questions.

1.  Are you 18 or older?
___ yes            ___no

*If respondent answers "yes", go to question #2.*
*If respondent answers "no", Thank you very much.*

2.  What is your age? *(Recruiter: It's not necessary to say the ages, just wait for the response and check the appropriate box. Check against quotas.)*

|          | *females* | *males*   |
|----------|-----------|-----------|
| ___ 18 -24 | 18        | 18        |
| ___ 25-34  | 17        | 17        |
| ___ 35-49  | 11        | 11        |
| ___ 50-65  | 4         | 4.        |
| ___ 65+    | terminate | terminate |

3.  I'm going to read you a list of department and specialty stores.  As I read each name, please let me know if you have ever shopped in that store. Just answer "yes" or "no". *(Recruiter:  When respondent answers "yes", do not read additional stores.  Go to question #4.)*

Barney's
Bendel's
Bergdorf Goodman
Bloomingdale's
Neiman-Marcus
Nordstroms
Robinson-May
Saks Fifth Avenue

*If respondent answers "no" to all stores above:* Thank you very much for helping us.

4.  Have you purchased jeans in the last year?
___ yes            ___no
*If respondent answers "yes", go to question #5.*
*If respondent answers "no", Thank you very much for helping us*

1

CONFIDENTIAL

LS-A&F009543
LS-A&F009543

5.  Which brand of jeans did you purchase?
*(Do not read list.)*
*(If respondent can't remember specific brand, then read list and probe for specific brand.)*
*(Circle or write in response.)*
Arizona
Brittania
Bugle Boy
Calvin Klein
Diesel
Donna Karan or DKNY
Edwin
Fila
GAP
Gloria Vanderbilt
Guess
Jordache
Lee's
LEI
Levi's
MUDD
Ralph Lauren
Rustler
Union Bay
Wrangler's
Don't know/none

Write in response:_____

6.  Have you participated in market research, other than a political poll, either in a focus group or one-on-one interview, in the past 6 months, or are you scheduled to participate in market research?
yes____  no____

*If respondent answers "yes":*    Thank you very much for helping us.
*If respondent answers "no":* go to #7.

7.  Do you or any one in your immediate family work for a clothing manufacturer, a market research company or an advertising agency?
yes____  no____

*If respondent answers "yes":*    Thank you very much for helping us.
*If respondent answers "no", read the following:*

2

CONFIDENTIAL

LS-A&F009544
LS-A&F009544

We would like to invite you to participate in our research. It will take less than 10 minutes of your time. Because we know that your time is valuable, we are offering $5 for you to participate. As part of our study you will be asked to watch a short video about jeans. Then we will ask you a few simple questions about what you saw on the video. To assure quality, some of the interviews will be monitored or observed, and a few of the people interviewed will be called to confirm their participation. No individuals will be identified, and your name will not be used for sales purposes. Can you come with me now to our office to participate?

*If respondent agrees to participate, ask:*
Do you wear glasses or contact lenses for watching television?
yes___ no___

*If respondent answers "yes", say:*
Did you bring them with you. You will be need to wear them to watch the video.
yes___ no___
*If respondent answers, "no", Terminate.*

*Recruiter: Please save this screen. After interview is complete, the screen will be attached to the completed questionnaire. Thank you.*

*Respondent's name:*
*Phone no:*
*Address:*
*Facility/city:*
*Date/Time of contact:*
*Corrective lenses: ____yes    ____no*

3

CONFIDENTIAL

LS-A&F009545
LS-A&F009545

**EXHIBIT 4**

CONFIDENTIAL

LS-A&F009546
LS-A&F009546

**SCREEN FOR JEANS SURVEY**
**WAVE 2**

Hello, I'm_____from _____, a market research company.
Let me assure you that no one will try to sell you anything.
We are conducting market research on clothing products, and I'd like to take 1 minute of
your time to ask you a few questions.

1.  Are you 18 or older?
____ yes              ____no

*If respondent answers "yes", go to question #2.*
*If respondent answers "no", Thank you very much.*

2.  What is your age? *(Recruiter: It's not necessary to say the ages, just wait for the*
    *response and check the appropriate box. Check against quotas.)*

|        | *females* | *males* |
|--------|-----------|---------|
| ___ *18 -24* | *18* | *18* |
| ___ *25-34* | *17* | *17* |
| ___ *35-49* | *11* | *11* |
| ___ *50-65* | *4* | *4* |
| ___ *65+* | *terminate* | *terminate* |

3.  I'm going to read you a list of department and specialty stores. As I read each name,
    please let me know if you have ever shopped in that store. Just answer "yes" or "no".
    *(Recruiter: Circle the yes responses. Go to question #4 if the respondent has*
    *answered yes to at least one store.)*

Barney
Bendel's
Bergdorf Goodman
Bloomingdale's
Neiman-Marcus
Nordstroms
Saks Fifth Avenue

*If respondent answers "no" to all stores above:* Thank you very much for helping us.

4.  Have you purchased jeans in the last year?
____ yes              ____no
*If respondent answers "yes", go to question #5.*
*If respondent answers "no",* Thank you very much for helping us

5.  Which brand of jeans did you purchase?
*(Do not read list.)*

1

CONFIDENTIAL

LS-A&F009547
LS-A&F009547

*(If respondent can't remember specific brand, then read list and probe for specific brand.)*
*(Circle or write in response.)*
Arizona
Brittania
Bugle Boy
Calvin Klein
Diesel
Donna Karan or DKNY
Edwin
Fila
GAP
Gloria Vanderbilt
Guess
Jordache
Lee's
LEI
Levi's
MUDD
Ralph Lauren
Rustler
Union Bay
Wrangler's
Don't know/none

Write in response:_____

6. I'm going to read another list of department and specialty stores. As I read each name, please let me know if you have ever shopped in that store. Just answer "yes" or "no".
   *(Recruiter: Circle the yes responses)*

   Macy's
   Sears
   J.C. Penney's
   Millers Outpost
   Mervyns
   Kohls Department Store
   Carson Pirie Scott
   Levines
   Weiner Stores
   Dillard Dept. Store
   Foley's
   Rich's
   Marshall's
   VIM Jeans
   OMG Inc
   Canal Jean Company

2

CONFIDENTIAL

LS-A&F009548
LS-A&F009548

Walmart
Target

7. Have you participated in market research, other than a political poll, either in a focus
group or one-on-one interview, in the past 6 months, or are you scheduled to
participate in market research?
yes___    no___

*If respondent answers "yes":*    Thank you very much for helping us.
*If respondent answers "no":* go to #8

8. Do you or any one in your immediate family work for a clothing manufacturer, a
market research company or an advertising agency?
yes___    no___

*If respondent answers "yes":*        Thank you very much for helping us.
*If respondent answers "no", read the following:*

We would like to invite you to participate in our research. It will take less than 10
minutes of your time. Because we know that your time is valuable, we are offering $XX
for you to participate. As part of our study you will be asked to watch a short video about
jeans. Then we will ask you a few simple questions about what you saw on the video. To
assure quality, some of the interviews will be monitored or observed, and a few of the
people interviewed will be called to confirm their participation. No individuals will be
identified, and your name will not be used for sales purposes. What time would be
convenient for you to attend?
Date _____    Time_____

*If respondent agrees to participate, ask:*
Do you wear glasses or contact lenses for watching television?
yes___ no___

*If respondent answers "yes", say:*
Please bring them with you. You will be asked to wear them to watch the video.

*Recruiter: Please save this screen. After interview is complete, the screen will be
attached to the completed questionnaire. Thank you.*

*Respondent's name:*
*Phone no:*
*Address:*
*Facility/city:*
*Date/Time of contact:*
*Corrective lenses:    ____yes    ____no*

3

CONFIDENTIAL

LS-A&F009549
LS-A&F009549

**EXHIBIT 5**

CONFIDENTIAL

LS-A&F009550
LS-A&F009550

## SCREEN FOR JEANS SURVEY – mall intercept
### WAVE 2

Hello, I'm_____from_____, a market research company.
Let me assure you that no one will try to sell you anything.
We are conducting market research on clothing products, and I'd like to take 1 minute of
your time to ask you a few questions.

1. Are you 18 or older?
___ yes            ___no

*If respondent answers "yes", go to question #2.*
*If respondent answers "no", Thank you very much.*

2. What is your age? *(Recruiter: It's not necessary to say the ages, just wait for the
   response and check the appropriate box. Check against quotas.)*

|        | *females* | *males* |
|--------|-----------|---------|
| ___ *18 -24* | *18* | *18* |
| ___ *25-34* | *17* | *17* |
| ___ *35-49* | *11* | *11* |
| ___ *50-65* | *4* | *4* |
| ___ *65+* | *terminate* | *terminate* |

3. I'm going to read you a list of department and specialty stores. As I read each name,
   please let me know if you have ever shopped in that store. Just answer "yes" or "no".
   *(Recruiter: Circle the yes responses. Go to question #4 if the respondent has
   answered yes to at least one store.)*

Barney
Bendel's
Bergdorf Goodman
Bloomingdale's
Neiman-Marcus
Nordstroms
Saks Fifth Avenue

*If respondent answers "no" to all stores above:* Thank you very much for helping us.

4. Have you purchased jeans in the last year?
___ yes            ___no
*If respondent answers "yes", go to question #5.*
*If respondent answers "no", Thank you very much for helping us*

5. Which brand of jeans did you purchase?
   *(Do not read list.)*

1

CONFIDENTIAL

LS-A&F009551
LS-A&F009551

*(If respondent can't remember specific brand, then read list and probe for specific brand.)*
*(Circle or write in response.)*
Arizona
Brittania
Bugle Boy
Calvin Klein
Diesel
Donna Karan or DKNY
Edwin
Fila
GAP
Gloria Vanderbilt
Guess
Jordache
Lee's
LEI
Levi's
MUDD
Ralph Lauren
Rustler
Union Bay
Wrangler's
Don't know/none

Write in response:_____

6. I'm going to read another list of department and specialty stores. As I read each name, please let me know if you have ever shopped in that store. Just answer "yes" or "no".
*(Recruiter: Circle the yes responses)*

Macy's
Sears
J.C. Penney's
Millers Outpost
Mervyns
Kohls Department Store
Carson Pirie Scott
Levines
Weiner Stores
Dillard Dept. Store
Foley's
Rich's
Marshall's
VIM Jeans
OMG Inc
Canal Jean Company

2

CONFIDENTIAL

LS-A&F009552
LS-A&F009552

Walmart
Target

7. Have you participated in market research, other than a political poll, either in a focus
   group or one-on-one interview, in the past 6 months, or are you scheduled to
   participate in market research?
   yes____    no____

*If respondent answers "yes":*    Thank you very much for helping us.
*If respondent answers "no":*  go to #8

8. Do you or any one in your immediate family work for a clothing manufacturer, a
   market research company or an advertising agency?
   yes____    no____

*If respondent answers "yes":*        Thank you very much for helping us.
*If respondent answers "no",  read the following:*

We would like to invite you to participate in our research.  It will take less than 10
minutes of your time.  Because we know that your time is valuable, we are offering $XX
for you to participate.  As part of our study you will be asked to watch a short video about
jeans.  Then we will ask you a few simple questions about what you saw on the video. To
assure quality, some of the interviews will be monitored or observed, and a few of the
people interviewed will be called to confirm their participation.  No individuals will be
identified, and your name will not be used for sales purposes. Can you come with me now
to our office to participate?

*If respondent agrees to participate, ask:*
Do you wear glasses or contact lenses for watching television?
yes____ no____

*If respondent answers "yes", say:*
Did you bring them with you?  You will need to wear them to watch the video.
yes____ no____
*If respondent answers "no", Terminate.*

*Recruiter:  Please save this screen.  After interview is complete, the screen will be
attached to the completed questionnaire.  Thank you.*

*Respondent's name:*
*Phone no:*
*Address:*
*Facility/city:*
*Date/Time of contact:*
*Corrective lenses: ____yes    ____no*

3

CONFIDENTIAL

LS-A&F009553
LS-A&F009553

**EXHIBIT 6**

CONFIDENTIAL

LS-A&F009554
LS-A&F009554

| Video Tape #: | Participant's Name: | Gender *(Circle One)*: M  F |
|---|---|---|
| ID#: | Phone Number: | Date: |
| Corrective Lenses *(Circle One)*: Y   N | Age: | Interviewer: |
| Last Jeans Purchased:<br>      *(LEAVE BLANK)* | Address/city: | |

## Jeans Recognition Survey

*Interviewer: [MAKE SURE YOU HAVE ENTERED VIDEO TAPE # BEFORE PROCEEDING.]*
I am going to show you a video of jeans. There are 5 segments or sequences. After each segment, I will stop the tape and ask you which brand of jeans comes to mind. The same brand of jeans could be shown more than once. Can you see the screen? *[Interviewer: Adjust the screen if necessary.]*

*[Interviewer: Turn on videotape now. Watch Video One. When the message on the screen says "stop video", be sure to stop the tape* before *asking questions 1, 2,2A,2B,2C.]*

<u>Video One</u>

1.    What brand of jeans do you think this is after viewing the first video?
      *[Do Not Read List]*
      *[Record First Response. Circle Jean Brand or Write In Brand Not Listed]*

| | |
|---|---|
| *Arizona (JC Penney)* | 1 |
| *Aviatics* | 2 |
| *Big Star* | 3 |
| *Bugle Boy* | 4 |
| *Britannia* | 5 |
| *Calvin Klein* | 6 |
| *Diesel* | 7 |
| *Donna Karan or DKNY* | 8 |
| *Edwin* | 9 |
| *GAP* | 10 |
| *Girbaud* | 11 |
| *Gloria Vanderbuilt* | 12 |
| *Guess* | 13 |
| *Jordache* | 14 |
| *Lee's* | 15 |

1

CONFIDENTIAL

LS-A&F009555
LS-A&F009555

Lee Cooper                    16 *(Interviewer: Note – This is a different brand than "Lee's" above.)*

L.E.I.                        17

Levi's                       18

Liz Claiborne                19

Lucky                        20

MUDD                         21

Ralph Lauren                 22

Rustler                      23

Union Bay                    24

Wrangler                     25

·Don't Know/Can't Recall     26→    *If Don't Know/Can't Recall  Go To Question 3.*

Write in Response:_____

2.    **Why did you say that this video reminds you of {Brand in Q.1}?**

*[Give the respondent a chance to answer.  If Don't Know or No Response, then  Probe:*
*Is there any specific feature of the brand that you can identify?]*
*[Do Not Read List]*
*[Circle or Write in Response]*

| | *First Response* | *Second Response* | *Third Response* |
|---|---|---|---|
| TAB | 1 | 1 | 1 |
| TAB Position | 2 | 2 | 2 |
| Red TAB | 3 | 3 | 3 |
| No TAB | 4 | 4 | 4 |
| Pocket Stitching | 5 | 5 | 5 |
| Pocket Design | 6 | 6 | 6 |
| No Pocket Stitching | 7 | 7 | 7 |
| Stitching on Pant (other than pocket) | 8 | 8 | 8 |
| Button  Fly | 9 | 9 | 9 |
| Color, Faded  or Stone-washed | 10 | 10 | 10 |

2

CONFIDENTIAL

LS-A&F009556
LS-A&F009556

| | | | |
|---|---|---|---|
| *Fabric* | 11 | 11 | 11 |
| *Fit* | 12 | 12 | 12 |
| *\*Label* | 13 | 13 | 13 |
| *\*Look or Feel* | 14 | 14 | 14 |
| *\*Logo* | 15 | 15 | 15 |
| *Leather Patch* | 16 | 16 | 16 |
| *Rivets or brads* | 17 | 17 | 17 |
| *Shape or style of pant leg* | 18 | 18 | 18 |
| *\*\*Stitching* | 19 | 19 | 19 |
| *\*Style (other than pant leg)* | 20 | 20 | 20 |
| *\*Tag* | 21 | 21 | 21 |
| *Don't Know* | 22 | 22 | 22 |

*WRITE IN RESPONSE:* _____    _____    _____

_____    _____    _____

**2A.**    **Anything Else?**

*WRITE IN RESPONSE:*_____

**\*2B.**    *Interviewer: Starred terms require explanation:*
**What do mean when you say (label, logo, look, style, tag)?**
*(Do not read responses.)*
\_\_ *color*
\_\_ *fit (loose, baggy or tight)*
\_\_ *label at waist or under belt*
\_\_ *leather patch*
\_\_ *tab on pocket*
\_\_ *other (Please explain.)*_____

**\*\*2C.** *Interviewer: If respondent answers "stitching", ask:*
**What stitching?**
*(Do not read responses.)*
\_\_\_ *on pant leg*
\_\_\_ *on pocket*
\_\_\_ *other (Please explain.)*_____

**<u>Video Two</u>**
*Interviewer:* **Now let's watch the second video.**

3

CONFIDENTIAL

LS-A&F009557
LS-A&F009557

[*Interviewer: Turn on videotape now. Watch Video Two. When the message on the screen says "stop video", be sure to stop the tape before asking questions 3, 4,4A, 4B, 4C.*]

3.    **What brand of jeans do you think this is after viewing the second video?**
       [*Do Not Read List*]
       [*Record First Response. Circle Jean Brand or Write In Brand Not Listed*]

| | |
|---|---|
| *Arizona (JC Penney)* | 1 |
| *Aviatics* | 2 |
| *Big Star* | 3 |
| *Bugle Boy* | 4 |
| *Britannia* | 5 |
| *Calvin Klein* | 6 |
| *Diesel* | 7 |
| *Donna Karan or DKNY* | 8 |
| *Edwin* | 9 |
| *GAP* | 10 |
| *Girbaud* | 11 |
| *Gloria Vanderbuilt* | 12 |
| *Guess* | 13 |
| *Jordache* | 14 |
| *Lee's* | 15 |
| *Lee Cooper* | 16 (*Interviewer: Note – This is a different brand than "Lee's" above.*) |
| *L.E.I.* | 17 |
| *Levi's* | 18 |
| *Liz Claiborne* | 19 |
| *Lucky* | 20 |
| *MUDD* | 21 |
| *Ralph Lauren* | 22 |
| *Rustler* | 23 |

4

CONFIDENTIAL

LS-A&F009558
LS-A&F009558

*Union Bay*                  24

*Wrangler*                   25

*Don't Know/Can't Recall*    26→    *If Don't Know/Can't Recall, Go To Question 5.*

*Write in Response:*_____

4.    Why did you say that this video reminds you of {Brand in Q.3}?

      [Give the respondent a chance to answer. If Don't Know or No Response, then Probe:
           **Is there any specific feature of the brand that you can identify?**]

      [Do Not Read List]
      [Circle or Write in Response]

| | *First Response* | *Second Response* | *Third Response* |
|---|---|---|---|
| *TAB* | 1 | 1 | 1 |
| *TAB Position* | 2 | 2 | 2 |
| *Red TAB* | 3 | 3 | 3 |
| *No TAB* | 4 | 4 | 4 |
| *Pocket Stitching* | 5 | 5 | 5 |
| *Pocket Design* | 6 | 6 | 6 |
| *No Pocket Stitching* | 7 | 7 | 7 |
| *Stitching on Pant (other than pocket)* | 8 | 8 | 8 |
| *Button Fly* | 9 | 9 | 9 |
| *Color, Faded or Stone-washed* | 10 | 10 | 10 |
| *Fabric* | 11 | 11 | 11 |
| *Fit* | 12 | 12 | 12 |
| *\*Label* | 13 | 13 | 13 |
| *\*Look or Feel* | 14 | 14 | 14 |
| *\*Logo* | 15 | 15 | 15 |
| *Leather Patch* | 16 | 16 | 16 |

5

CONFIDENTIAL

LS-A&F009559
LS-A&F009559

| | | | |
|---|---|---|---|
| *Rivets or brads* | 17 | 17 | 17 |
| *Shape or style of pant leg* | 18 | 18 | 18 |
| ***Stitching* | 19 | 19 | 19 |
| **Style (other than pant leg)* | 20 | 20 | 20 |
| **Tag* | 21 | 21 | 21 |
| *Don't Know* | 22 | 22 | 22 |

*WRITE IN RESPONSE:* _____     _____     _____
_____     _____     _____

**4A.** **Anything Else?**

*WRITE IN RESPONSE:*_____

***4B.** *Interviewer:  Starred terms require explanation:*
**What do mean when you say <u>(label, logo, look, style, tag)</u>?**
*(Do not read responses.)*
\_\_ *color*
\_\_*fit (loose, baggy or tight)*
\_\_ *label at waist or under belt*
\_\_ *leather patch*
\_\_ *tab on pocket*
\_\_ *other  (Please explain.)*_____

****4C.** *Interviewer:  If respondent answers "stitching", ask:*
**What stitching?**
*(Do not read responses.)*
\_\_\_ *on pant leg*
\_\_\_ *on pocket*
\_\_\_ *other (Please explain.)*_____

<u>**Video Three**</u>

**Interviewer: Now let's watch the third video.**

*[Interviewer:  Turn on videotape now.  Watch Video Three.  When the message on the screen says "stop video", be sure to stop the tape <u>before</u> asking questions 5, 6, 6A, 6B, 6C]*

**5.** **What brand of Jeans do you think this is after viewing the third Video?**
**[*Do Not Read List*]**
**[*Record First Response.  Circle Jean Brand or Write In Brand Not Listed*]**

6

CONFIDENTIAL

LS-A&F009560
LS-A&F009560

| | |
|---|---|
| *Arizona (JC Penney)* | 1 |
| *Aviatics* | 2 |
| *Big Star* | 3 |
| *Bugle Boy* | 4 |
| *Britannia* | 5 |
| *Calvin Klein* | 6 |
| *Diesel* | 7 |
| *Donna Karan or DKNY* | 8 |
| *Edwin* | 9 |
| *GAP* | 10 |
| *Girbaud* | 11 |
| *Gloria Vanderbuilt* | 12 |
| *Guess* | 13 |
| *Jordache* | 14 |
| *Lee's* | 15 |
| *Lee Cooper* | 16 *(Interviewer: Note – This is a different brand than "Lee's" above.)* |
| *L.E.I.* | 17 |
| *Levi's* | 18 |
| *Liz Claiborne* | 19 |
| *Lucky* | 20 |
| *MUDD* | 21 |
| *Ralph Lauren* | 22 |
| *Rustler* | 23 |
| *Union Bay* | 24 |
| *Wrangler* | 25 |
| *Don't Know/Can't Recall* | 26→   *If Don't Know/Can't Recall Go To Question 7.* |

*Write in Response:*_____

7

CONFIDENTIAL

LS-A&F009561
LS-A&F009561

6.    Why did you say that this video reminds you of {Brand in Q.5}?

*[Give the respondent a chance to answer. If Don't Know or No Response, then Probe:*
*    Is there any specific feature of the brand that you can identify?]*

*[Do Not Read List]*
*[Circle or Write in Response]*

| | *First Response* | *Second Response* | *Third Response* |
|---|---|---|---|
| *TAB* | 1 | 1 | 1 |
| *TAB Position* | 2 | 2. | 2 |
| *Red TAB* | 3 | 3 | 3 |
| *No TAB* | 4 | 4 | 4 |
| *Pocket Stitching* | 5 | 5 | 5 |
| *Pocket Design* | 6 | 6 | 6 |
| *No Pocket Stitching* | 7 | 7 | 7 |
| *Stitching on Pant (other than pocket)* | 8 | 8 | 8 |
| *Button Fly* | 9 | 9 | 9 |
| *Color, Faded or Stone-washed* | 10 | 10 | 10 |
| *Fabric* | 11 | 11 | 11 |
| *Fit* | 12 | 12 | 12 |
| *\*Label* | 13 | 13 | 13 |
| *\*Look or Feel* | 14 | 14 | 14 |
| *\*Logo* | 15 | 15 | 15 |
| *Leather Patch* | 16 | 16 | 16 |
| *Rivets or brads* | 17 | 17 | 17 |
| *Shape or style of pant leg* | 18 | 18 | 18 |
| *\*\*Stitching* | 19 | 19 | 19 |

8

CONFIDENTIAL

LS-A&F009562
LS-A&F009562

| | | | |
|---|---|---|---|
| *Style (other than pant leg) | 20 | 20 | 20 |
| *Tag | 21 | 21 | 21 |
| Don't Know | 22 | 22 | 22 |

WRITE IN RESPONSE: _____  _____  _____
_____  _____  _____

**6A.**  **Anything Else?**

WRITE IN RESPONSE:_____

**\*6B.**  *Interviewer: Starred terms require explanation:*
**What do mean when you say (label, logo, look, style, tag)?**
*(Do not read responses.)*
__ *color*
__ *fit (loose, baggy or tight)*
__ *label at waist or under belt*
__ *leather patch*
__ *tab on pocket*
__ *other  (Please explain.)_____*

**\*\*6C.**  *Interviewer:  If respondent answers "stitching", ask:*
**What stitching?**
*(Do not read responses.)*
___ *on pant leg*
___ *on pocket*
___ *other (Please explain.)_____*

<u>Video Four</u>

*Interviewer:* **Now let's watch the fourth video.**

*[Interviewer:  Turn on videotape now.  Watch Video Four.  When the message on the screen says "stop video", be sure to stop the tape <u>before</u> asking questions 7, 8 ,8A, 8B, 8C.]*

**7.**  **What brand of jeans do you think this is after viewing the fourth video?**
*[Do Not Read List]*
*[Record First Response. Circle Jean Brand or Write In Brand Not Listed]*

| | |
|---|---|
| *Arizona (JC Penney)* | 1 |
| *Aviatics* | 2 |
| *Big Star* | 3 |
| *Bugle Boy* | 4 |

9

LS-A&F009563
LS-A&F009563

| | |
|---|---|
| Britannia | 5 |
| Calvin Klein | 6 |
| Diesel | 7 |
| Donna Karan or DKNY | 8 |
| Edwin | 9 |
| GAP | 10 |
| Girbaud | 11 |
| Gloria Vanderbilt | 12 |
| Guess | 13 |
| Jordache | 14 |
| Lee's | 15 |
| Lee Cooper | 16 (*Interviewer: Note – This is a different brand than "Lee's" above.*) |
| L.E.I. | 17 |
| Levi's | 18 |
| Liz Claiborne | 19 |
| Lucky | 20 |
| MUDD | 21 |
| Ralph Lauren | 22 |
| Rustler | 23 |
| Union Bay | 24 |
| Wrangler | 25 |
| Don't Know/Can't Recall | 26→   *If Don't Know/Can't Recall  Go To Question 9.* |

*Write in Response:* _____

8.     **Why did you say that this video reminds you of {Brand in Q.7}?**

        [*Give the respondent a chance to answer.  If Don't Know or No Response, then  Probe:*
        **Is there any specific feature of the brand that you can identify?**]

10

CONFIDENTIAL

LS-A&F009564
LS-A&F009564

[Do Not Read List]
[Circle or Write in Response]

| | First Response | Second Response | Third Response |
|---|---|---|---|
| TAB | 1 | 1 | 1 |
| TAB Position | 2 | 2 | 2 |
| Red TAB | 3 | 3 | 3 |
| No TAB | 4 | 4 | 4 |
| Pocket Stitching | 5 | 5 | 5 |
| Pocket Design | 6 | 6 | 6 |
| No Pocket Stitching | 7 | 7 | 7 |
| Stitching on Pant (other than pocket) | 8 | 8 | 8 |
| Button Fly | 9 | 9 | 9 |
| Color, Faded or Stone-washed | 10 | 10 | 10 |
| Fabric | 11 | 11 | 11 |
| Fit | 12 | 12 | 12 |
| *Label | 13 | 13 | 13 |
| *Look or Feel | 14 | 14 | 14 |
| *Logo | 15 | 15 | 15 |
| Leather Patch | 16 | 16 | 16 |
| Rivets or brads | 17 | 17 | 17 |
| Shape or style of pant leg | 18 | 18 | 18 |
| **Stitching | 19 | 19 | 19 |
| *Style (other than pant leg) | 20 | 20 | 20 |
| *Tag | 21 | 21 | 21 |
| Don't Know | 22 | 22 | 22 |

WRITE IN RESPONSE: _____    _____    _____

_____    _____    _____

11

CONFIDENTIAL

LS-A&F009565
LS-A&F009565

8A.    **Anything Else?**

  *WRITE IN RESPONSE:*_____

*8B.   *Interviewer: Starred terms require explanation:*
  **What do mean when you say <u>(label, logo, look, style, tag)</u>?**
  *(Do not read responses.)*
  __ *color*
  __ *fit (loose, baggy or tight)*
  __ *label at waist or under belt*
  __ *leather patch*
  __ *tab on pocket*
  __ *other  (Please explain.)*_____

**8C.  *Interviewer:  If respondent answers "stitching", ask:*
  **What stitching?**
  *(Do not read responses.)*
  ___ *on pant leg*
  ___ *on pocket*
  ___ *other (Please explain.)*_____


<u>Video Five</u>

**Interviewer: Now let's watch the fifth video.**

*[Interviewer:  Turn on videotape now.  Watch Video Five.  When the message on the screen says "stop video", be sure to stop the tape <u>before</u> asking questions 9, 10, 10A, 10B, 10C.]*

9.     **What brand of jeans do you think this is after viewing the fifth video?**
  *[Do Not Read List]*
  *[Record First Response.  Circle Jean Brand or Write In Brand Not Listed]*

| | |
|---|---|
| *Arizona (JC Penney)* | 1 |
| *Aviatics* | 2 |
| *Big Star* | 3 |
| *Bugle Boy* | 4 |
| *Britannia* | 5 |
| *Calvin Klein* | 6 |
| *Diesel* | 7 |
| *Donna Karan or DKNY* | 8 |
| *Edwin* | 9 |
| *GAP* | 10 |

12

CONFIDENTIAL

LS-A&F009566
LS-A&F009566

| | |
|---|---|
| *Girbaud* | 11 |
| *Gloria Vanderbuilt* | 12 |
| *Guess* | 13 |
| *Jordache* | 14 |
| *Lee's* | 15 |
| *Lee Cooper* | 16 *(Interviewer: Note – This is a different brand than "Lee's" above.)* |
| *L,E.I.* | 17 |
| *Levi's* | 18 |
| *Liz Claiborne* | 19 |
| *Lucky* | 20 |
| *MUDD* | 21 |
| *Ralph Lauren* | 22 |
| *Rustler* | 23 |
| *Union Bay* | 24 |
| *Wrangler* | 25 |
| *Don't Know/Can't Recall* | 26→   *If Don't Know/Can't Recall  Go To Question 11.* |

*Write in Response:*_____

10.    **Why did you say that this video reminds you of {Brand in Q.9}?**

   [*Give the respondent a chance to answer.  If Don't Know or No Response, then  Probe:*
   **Is there any specific feature of the brand that you can identify?**]

   [*Do Not Read List*]
   [*Circle or Write in Response*]

| | *First Response* | *Second Response* | *Third Response* |
|---|---|---|---|
| *TAB* | *1* | *1* | *1* |
| *TAB Position* | *2* | *2* | *2* |
| *Red TAB* | *3* | *3* | *3* |
| *No TAB* | *4* | *4* | *4* |

13

CONFIDENTIAL

LS-A&F009567
LS-A&F009567

| | | | |
|---|---|---|---|
| Pocket Stitching | 5 | 5 | 5 |
| Pocket Design | 6 | 6 | 6 |
| No Pocket Stitching | 7 | 7 | 7 |
| Stitching on Pant (other than pocket) | 8 | 8 | 8 |
| Button Fly | 9 | 9 | 9 |
| Color, Faded or Stone-washed | 10 | 10 | 10 |
| Fabric | 11 | 11 | 11 |
| Fit | 12 | 12 | 12 |
| *Label | 13 | 13 | 13 |
| *Look or Feel | 14 | 14 | 14 |
| *Logo | 15 | 15 | 15 |
| Leather Patch | 16 | 16 | 16 |
| Rivets or brads | 17 | 17 | 17 |
| Shape or style of pant leg | 18 | 18 | 18 |
| **Stitching | 19 | 19 | 19 |
| *Style (other than pant leg) | 20 | 20 | 20 |
| *Tag | 21 | 21 | 21 |
| Don't Know | 22 | 22 | 22 |

WRITE IN RESPONSE:    _____    _____    _____
                      _____    _____    _____

**10A.**    **Anything Else?**

WRITE IN RESPONSE:_____

**\*10B.**    *Interviewer: Starred terms require explanation:*
       **What do mean when you say (label, logo, look, style, tag)?**
       *(Do not read responses.)*
       __ color
       __ fit (loose, baggy or tight)
       __ label at waist or under belt
       __ leather patch
       __ tab on pocket
       __ other  (Please explain.)_____

14

CONFIDENTIAL

LS-A&F009568
LS-A&F009568

**\*\*10C.** *Interviewer:  If respondent answers "stitching", ask:*
**What stitching?**
*(Do not read responses.)*
___ *on pant leg*
___ *on pocket*
___ *other (Please explain.)*_____

11.    Thank you for helping us today.

*[Interviewer: Escort respondent to reception area for her/his incentive.*
*Rewind the tape.  Then return the tape to the same space in the same box as instructed..]*

**This interview was completed according to instructions and all responses were recorded
as given by the respondent.**

**Interviewer:**_____    **Date:**_____

15

CONFIDENTIAL

LS-A&F009569
LS-A&F009569

**EXHIBIT 7**

CONFIDENTIAL

LS-A&F009570
LS-A&F009570

### INSTRUCTIONS FOR INTERVIEW
**Jeans Survey**

1. Individual interview rooms should be closed rooms. If the room is divided, there should be a floor to ceiling room divider. You should not be able to hear normal conversation from the other side of the room.

2. Individual interview rooms should be equipped with:
   - TV monitor
   - VCR
   - table and 2 chairs placed on either side of the table. Place the TV monitor in easy viewing distance from the table and chairs.

3. You have been sent 2 boxes with 20 videotapes:
   - 10 tapes are marked M1-M10 in blue ink
   - 10 tapes are marked F1-F10 in red ink.
   - Interview Order Tracking Sheet - Male Participants
   - Interview Order Tracking Sheet - Female Participants

4. You have also been sent:
   - Instructions for Interviewing
   - 100 questionnaires.
   - 100 screeners

5. You will need a secure room where interviewers can have access to the boxes throughout the course of the study.

6. When not in use, keep all the videotapes in the box in which they are shipped to your office. Keep the videotapes in numerical order, the same order in which you receive them.

7. Keep each Interview Order Tracking Sheet in the box of tapes.

8. Decide in which order you (the interviewers) will conduct the interviews and maintain this order throughout the study.

9. To conduct each interview, you need a videotape, a questionnaire and a pencil.

10. Check the appointment book to see if your participant is male or female. Take out the first videotape indicated on the tracking sheet for the appropriate gender. When you remove the videotape from the box, please fill-in the participant's name, your name and the date in the spaces provided on the tracking sheet.

11. Be sure to fill-in all the coding information at the top of the questionnaire. Take the participant's ID# and videotape number from the tracking sheet and write it in the space

1

CONFIDENTIAL

LS-A&F009571
LS-A&F009571

provided on the top of the questionnaire. Other information should be pulled from the form used to recruit and screen the participant.

12. Please re-screen participants when they arrive for the interview using the screener used for recruiting. Check the form used to recruit and screen the participant. If the participant, requires corrective lenses, be sure to ask the respondent if she/he brought her/his glasses or contacts to watch the videos.

13. Escort the participant into the interview room. Then tell her/him:
"You'll be watching a video of jeans. There are four or five segments or sequences. After each video sequence, I will stop the tape and ask you which brand of jeans comes to mind. The same brand of jeans could be shown more than once."

"Can you see the screen?" (adjust if necessary)

14. Start the videotape. Each segment starts with a countdown. The videotape will cue you to stop. Stop the tape at the end of the first sequence. Do not use the pause button to stop the videotape. The participant should be facing a blank screen when you conduct the interview. Begin the questionnaire.

15. Read the script for the questionnaire slowly and distinctly. Follow the script on the questionnaire **exactly.** Do not change any of the wording.

16. After each segment, you will ask the participant what brand of jeans comes to mind. If the participant responds with more than one brand, record the **first** response.

17. Circle the answers. You do not need to circle the code numbers on the right.

18. For questions #2, #4, #6, #8 and #10, if respondents answers with more than one response, mark the first response in the first response column. Mark the second response in the second response column. Mark the third response in the third column. If the respondent offers a fourth response, write it in the space provided. If a third or fourth response is offered, you do not need to ask the probe.

**For questions #2, #4, #6, #8 and #10, please write down exactly what the respondent answers. Only circle the words on the questionnaire if the respondent uses these words exactly. If this is not exactly what the respondent says, you will need to write-in the response. Do not make inferences into what the respondent says. As an example, if the respondent says "logo on the back", do not circle "leather patch". Write-in "logo on the back". If the respondent says "embroidery on the back pocket", do not circle "pocket stitching". Please write-in "embroidery on the back pocket". When in doubt, write-in the response.**

19. If the respondent offers one or two responses, don't forget to ask the question, "Anything else?" (Questions #2A, #4A, #6A, #8A and #10A). **Probe only once.** Please **neatly**

2

CONFIDENTIAL

LS-A&F009572
LS-A&F009572

write down all write-in responses, *verbatim*. We want to capture every response in the order in which the responses are said.

20. **If the respondent answers with a statement that she/he is familiar with the brand or just bought the brand and knows how it looks, but does not respond with a feature or specific detail, please probe once by asking, "Is there any specific feature of the brand that you can identify?"**

21. Only clarify if you cannot hear the respondent.

22. Only starred terms require explanation. Other than questions 2B, 2C, 4B, 4C, 6B, 6C, 8B, 8C, 10B and 10C do not ask the respondent what was meant by the response. Just write down the response verbatim.

23. Be personable, but do not comment or respond in any way to the participant's answers. Do not react positively or negatively to the participant's response.

24. Proceed with the next sequence on the video and continue to interview the participant.

25. Follow this same procedure, stopping the videotape at the end of each segment and asking the questions for that segment.

26. At the end of the interview, escort the participant back to the front desk.

27. Staple the questionnaire to the form used to recruit and screen the participant and place these papers in one of the large return envelopes.

28. Rewind the tape.

29. Return the videotape to the same space in the same box.

30. Check the appointment book to note gender of next participant. Then check the Interview Order Tracking Sheet to see what number tape should be used next. Be sure to take the tape for the appropriate gender. Remove that tape from its space in the box and prepare for your next interview.

Any questions, please feel free to call: Harriet Cellini (650) 344-3184

3

CONFIDENTIAL

LS-A&F009573
LS-A&F009573

**EXHIBIT 8**

**Videotapes**

CONFIDENTIAL

LS-A&F009574
LS-A&F009574

**EXHIBIT 8**

**Videotapes**

CONFIDENTIAL

LS-A&F009575
LS-A&F009575

**EXHIBIT 9**

CONFIDENTIAL

LS-A&F009576
LS-A&F009576

Confusion Survey

Women's
Jeans Sequence Tapes

|  | Tape 1 | Tape 2 | Tape 3 | Tape 4 | Tape 5 | Tape 6 | Tape 7 | Tape 8 | Tape 9 | Tape 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Position 1 | Edwin | Wrangler | GAP | Lee | LEI | Edwin | GAP | LEI | Wrangler | Lee |
| Position 2 | Wrangler | Edwin | Lee | LEI | GAP | LEI | Edwin | Wrangler | GAP | LEI |
| Position 3 | GAP | LEI | Edwin | Wrangler | Lee | Lee | Wrangler | Edwin | LEI | Wrangler |
| Position 4 | Lee | Lee | LEI | Edwin | Wrangler | GAP | LEI | Lee | Edwin | GAP |
| Position 5 | LEI | GAP | Wrangler | GAP | Edwin | Wrangler | Lee | GAP | Lee | Edwin |

CONFIDENTIAL

LS-A&F009577
LS-A&F009577

Confusion Survey

Men's
Jeans Sequence Tapes

|  | Tape 1 | Tape 2 | Tape 3 | Tape 4 | Tape 5 | Tape 6 | Tape 7 | Tape 8 | Tape 9 | Tape 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Position 1 | Edwin | Wrangler | GAP | Lee | Lucky | Edwin | GAP | Lucky | Wrangler | Lee |
| Position 2 | Wrangler | Edwin | Lee | Lucky | GAP | Lucky | Edwin | Wrangler | GAP | Lucky |
| Position 3 | GAP | Lucky | Edwin | Wrangler | Lee | Lee | Wrangler | Edwin | Lucky | Wrangler |
| Position 4 | Lee | Lee | Lucky | Edwin | Wrangler | GAP | Lucky | Lee | Edwin | GAP |
| Position 5 | Lucky | GAP | Wrangler | GAP | Edwin | Wrangler | Lee | GAP | Lee | Edwin |

CONFIDENTIAL

LS-A&F009578
LS-A&F009578

Recognition Survey

Women's
Jeans Sequence Tapes

| | Tape 1 | Tape 2 | Tape 3 | Tape 4 | Tape 5 | Tape 6 | Tape 7 | Tape 8 | Tape 9 | Tape 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Position 1 | Levi's | Wrangler | GAP | Lee | LEI | Levi's | GAP | LEI | Wrangler | Lee |
| Position 2 | Wrangler | Levi's | Lee | LEI | GAP | LEI | Levi's | Wrangler | GAP | LEI |
| Position 3 | GAP | LEI | Levi's | Wrangler | Lee | Lee | Wrangler | Levi's | LEI | Wrangler |
| Position 4 | Lee | Lee | LEI | Levi's | Wrangler | GAP | LEI | Lee | Levi's | GAP |
| Position 5 | LEI | GAP | Wrangler | GAP | Levi's | Wrangler | Lee | GAP | Lee | Levi's |

CONFIDENTIAL

LS-A&F009579
LS-A&F009579

Recognition Survey

Men's
Jeans Sequence Tapes

| | Tape 1 | Tape 2 | Tape 3 | Tape 4 | Tape 5 | Tape 6 | Tape 7 | Tape 8 | Tape 9 | Tape 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Position 1 | Levi's | Wrangler | GAP | Lee | Lucky | Levi's | GAP | Lucky | Wrangler | Lee |
| Position 2 | Wrangler | Levi's | Lee | Lucky | GAP | Lucky | Levi's | Wrangler | GAP | Lucky |
| Position 3 | GAP | Lucky | Levi's | Wrangler | Lee | Lee | Wrangler | Levi's | Lucky | Wrangler |
| Position 4 | Lee | Lee | Lucky | Levi's | Wrangler | GAP | Lucky | Lee | Levi's | GAP |
| Position 5 | Lucky | GAP | Wrangler | GAP | Levi's | Wrangler | Lee | GAP | Lee | Levi's |

CONFIDENTIAL

LS-A&F009580
LS-A&F009580

**EXHIBIT 10**

CONFIDENTIAL

LS-A&F009581
LS-A&F009581

**Edwin Jean Confusion Survey**
**Brand Identified by Brand Viewed**
*n=502*

| | Edwin | Wrangler | Gap | Lee | Lucky | LEI |
|---|---|---|---|---|---|---|
| | | | *Jeans Viewed* | | | |
| Levi's | 32.3% | 3.4% | 34.5% | 22.1% | 15.7% | 8.3% |
| Calvin Klein | 2.2% | 0.4% | 4.2% | 4.0% | 5.2% | 8.7% |
| Gap | 1.4% | 0.8% | 17.1% | 4.6% | 2.8% | 8.3% |
| Lee | 4.2% | 1.2% | 5.8% | 27.9% | 6.4% | 3.6% |
| LEI | 0.6% | 0.2% | 0.8% | 0.6% | 4.8% | 14.6% |
| Lucky | 0.2% | 0.2% | 0.2% | 0.2% | 0.0% | 0.4% |
| Wrangler | 24.1% | 81.7% | 2.6% | 5.6% | 6.4% | 3.2% |
| Don't Know | 21.9% | 5.4% | 12.9% | 17.5% | 24.1% | 15.4% |
| Other | 13.1% | 6.7% | 21.9% | 17.5% | 34.6% | 37.5% |
| | | | | | | |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

CONFIDENTIAL

LS-A&F009582
LS-A&F009582

**EXHIBIT 11**

CONFIDENTIAL

LS-A&F009583
LS-A&F009583

**Jeans Confusion Survey**
**Source Identifier for Participants Who Identified Brand Viewed as a LS&Co. Product**

| | Edwin | Wrangler | Jeans Viewed Gap | Lee | Lucky | LEI |
|---|---|---|---|---|---|---|
| Source Identifier | n=162 | n=17 | n=173 | n=111 | n=39 | n=21 |
| Tab | 13.0% | 0.0% | 2.3% | 1.8% | 5.1% | 0.0% |
| Tab Position | 6.8% | 0.0% | 0.0% | 0.9% | 0.0% | 0.0% |
| Red Tab | 25.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Pocket Stitching | 26.5% | 35.3% | 7.5% | 20.7% | 30.8% | 28.6% |
| Pocket Design | 9.3% | 0.0% | 10.4% | 11.7% | 17.9% | 4.8% |
| No Pocket Stitching | 0.6% | 0.0% | 18.5% | 0.0% | 0.0% | 0.0% |
| Stitching | 2.5% | 17.6% | 3.5% | 5.4% | 2.6% | 0.0% |
| Leather Patch | 18.5% | 41.2% | 26.6% | 18.0% | 30.8% | 4.8% |
| Tag | 12.3% | 5.9% | 1.7% | 3.6% | 10.3% | 0.0% |
| Label | 5.6% | 5.9% | 8.1% | 6.3% | 2.6% | 0.0% |
| Color | 16.7% | 29.4% | 32.4% | 27.0% | 15.4% | 38.1% |
| Fabric | 4.9% | 11.8% | 7.5% | 3.6% | 7.7% | 14.3% |
| Fit | 25.3% | 41.2% | 32.9% | 43.2% | 10.3% | 38.1% |
| Look or feel | 1.9% | 5.9% | 9.2% | 12.6% | 15.4% | 9.5% |
| Shape of leg | 5.6% | 5.9% | 11.6% | 10.8% | 15.4% | 28.6% |
| Style | 3.7% | 5.9% | 6.9% | 5.4% | 2.6% | 4.8% |
| Cut | 4.3% | 0.0% | 8.1% | 6.3% | 5.1% | 9.5% |
| Don't know | 2.5% | 11.8% | 14.5% | 15.3% | 12.8% | 14.3% |

CONFIDENTIAL

LS-A&F009584
LS-A&F009584

**EXHIBIT 12**

CONFIDENTIAL

LS-A&F009585
LS-A&F009585

**Levi's Jean Recognition Survey**
**Brand Identified by Brand Viewed**
·n=505

| | Jeans Viewed | | | | | |
| | Levi's | Wrangler | Gap | Lee | Lucky | LEI |
|---|---|---|---|---|---|---|
| Levi's | 74.5% | 2.0% | 28.3% | 19.0% | 11.2% | 8.7% |
| Calvin Klein | 1.2% | 1.0% | 5.0% | 3.0% | 2.8% | 5.5% |
| Gap | 2.0% | 0.6% | 14.9% | 2.2% | 1.2% | 4.7% |
| Lee | 4.6% | 1.2% | 6.9% | 26.7% | 4.0% | 2.8% |
| LEI | 0.0% | 0.0% | 0.4% | 0.4% | 8.4% | 13.8% |
| Lucky | 0.0% | 0.0% | 0.2% | 0.0% | 0.4% | 1.6% |
| Wrangler | 5.9% | 82.8% | 3.8% | 5.3% | 9.2% | 2.4% |
| Don't Know | 6.3% | 7.9% | 22.6% | 25.7% | 31.9% | 25.6% |
| Other | 5.5% | 4.5% | 17.9% | 17.7% | 30.9% | 34.9% |
| | | | | | | |
| Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

CONFIDENTIAL

LS-A&F009586
LS-A&F009586

**EXHIBIT 13**

CONFIDENTIAL

LS-A&F009587
LS-A&F009587

**Jeans Recognition Survey**
**Source Identifier for Participants Who Identified Brand Viewed as a LS&Co. Product**

| | | | Jeans Viewed | | | |
|---|---|---|---|---|---|---|
| | Levi's | Wrangler | Gap | Lee | Lucky | LEI |
| Source Identifier | n=376 | n=10 | n=143 | n=96 | n=28 | n=22 |
| Tab | 14.6% | 10.0% | 0.7% | 1.0% | 14.3% | 4.5% |
| Tab Position | 3.2% | 0.0% | 2.1% | 0.0% | 3.6% | 0.0% |
| Red Tab | 31.4% | 0.0% | 0.7% | 0.0% | 10.7% | 0.0% |
| Pocket Stitching | 48.7% | 20.0% | 9.1% | 29.2% | 28.6% | 36.4% |
| Pocket Design | 4.3% | 20.0% | 2.1% | 3.1% | 7.1% | 9.1% |
| No Pocket Stitching | 0.5% | 0.0% | 16.1% | 1.0% | 0.0% | 0.0% |
| Stitching | 2.4% | 0.0% | 7.0% | 6.3% | 0.0% | 4.5% |
| Leather Patch | 27.9% | 10.0% | 35.0% | 25.0% | 28.6% | 0.0% |
| Tag | 14.4% | 0.0% | 5.6% | 6.3% | 14.3% | 4.5% |
| Label | 5.3% | 0.0% | 4.9% | 4.2% | 0.0% | 0.0% |
| Color | 15.7% | 30.0% | 28.7% | 26.0% | 10.7% | 45.5% |
| Fabric | 2.7% | 20.0% | 5.6% | 4.2% | 3.6% | 9.1% |
| Fit | 14.9% | 40.0% | 28.0% | 31.3% | 42.9% | 27.3% |
| Look or feel | 1.6% | 0.0% | 6.3% | 4.2% | 0.0% | 4.5% |
| Shape of leg | 1.6% | 10.0% | 9.8% | 8.3% | 3.6% | 22.7% |
| Style | 1.3% | 0.0% | 5.6% | 3.1% | 0.0% | 4.5% |
| Cut | 4.0% | 0.0% | 7.7% | 5.2% | 0.0% | 4.5% |
| Other | 7.4% | 10.0% | 18.2% | 14.6% | 10.7% | 18.2% |

CONFIDENTIAL

LS-A&F009588
LS-A&F009588