

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75859gright | Scale : 2.000 : 1.0 |
| Stitches : 0 | Ref : Ade Wood Back Pocket Right B | Width : 151.30 |
| Customer : Unspecified | | Height : 142.24 |

| Threads Used | Colour Sequence |
|---|---|

Description / Special Instructions :



DEPOSITION EXHIBIT
#222

A&F RFP#1
0003

%CoName%

| Date : 02/08/07 | Name : 75859gleft | Scale : 2.000 : 1.0 |
| Stitches : 0 | Ref : Ade Wood Back Pocket Left B · | Width : 151.64 |
| Customer : Unspecified | | Height : 141.48 |



| Threads Used | Colour Sequence |

Description / Special Instructions :

A&F RFP#1
0004

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75993g | Scale : 1.000 : 1.0 |
| Stitches : 895 | Ref : Jaime Palumbo - Ruehl Back | Width : 134.74 |
| Customer : Unspecified | | Height : 28.20 |



| Threads Used | | Colour Sequence | |
|---|---|---|---|
| (1) Thread | | 1 | |
| (2) Thread | | 2 | |
| (3) Thread | | 3 | |
| | | 1 | |

Description / Special Instructions :

A&F RFP#1
0005



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75992g | Scale : 1.000 : 1.0 |
| Stitches : 924 | Ref : Jaime Palumbo – Ruehl Back | Width : 135.04 |
| Customer : Unspecified | | Height : 36.60 |

| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| (3) Thread | 3 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0006

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75946g1 | Scale : 1.000 : 1.0 |
| Stitches : 872 | Ref : 3 bean 3mm | Width : 131.82 |
| Customer : Unspecified | | Height : 32.10 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| (3) Thread | 3 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0007

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75945g2 | Scale : 1.000 : 1.0 |
| Stitches : 840 | Ref : 2 bean 3.75 mm | Width : 131.28 |
| Customer : Unspecified | | Height : 36.55 |



| Threads Used | | Colour Sequence | |
|---|---|---|---|
| (1) Thread | | 1 | |
| (2) Thread | | 2 | |
| (3) Thread | | 3 | |
| | | 1 | |

Description / Special Instructions :

A&F RFP#1
0008

%CoName%

| | | |
|---|---|---|
| Date : 02/08/07 | Name : 75945g1 | Scale : 1.000 : 1.0 |
| Stitches : 867 | Ref : 2 bean 3 mm | Width : 131.43 |
| Customer : Unspecified | | Height : 77.60 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| (3) Thread | 3 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0009

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75944g | Scale : 1.000 : 1.0 |
| Stitches : 1071 | Ref : 1 | Width : 131.40 |
| Customer : Unspecified | | Height : 46.80 |



| Threads Used | | Colour Sequence | |
|---|---|---|---|
| (1) Thread | | 1 | |
| (2) Thread | | 2 | |
| (3) Thread | | 3 | |
| | | 1 | |

Description / Special Instructions :

A&F RFP#1
0010

| %CoName% |
|---|

| Date : 02/08/07 | Name : 75933g4 | Scale : 1.000 : 1.0 |
|---|---|---|
| Stitches : 882 | Ref : ruehl pocket 4 - Jaime P | Width : 132.21 |
| Customer : Unspecified | | Height : 28.00 |



| Threads Used | Colour Sequence |
|---|---|
| ▨ (1) Thread | 1 ▨ |
| ▨ (2) Thread | 2 ▨ |
| | 1 ▨ |

Description / Special Instructions :

A&F RFP#1
0011



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75933g3 | Scale : 1.000 : 1.0 |
| Stitches : 627 | Ref : ruehl pocket 3 - Jaime P | Width : 130.28 |
| Customer : Unspecified | | Height : 43.21 |

| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0012



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75933g2 | Scale : 1.000 : 1.0 |
| Stitches : 825 | Ref : ruehl pocket 2 | Width : 131.52 |
| Customer : Unspecified | | Height : 29.80 |

| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0013

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 75933g1a | Scale : 1.000 : 1.0 |
| Stitches : 622 | Ref : ruehl pocket 1 - Jaime P | Width : 131.32 |
| Customer : Unspecified | | Height : 35.93 |



| Threads Used | | Colour Sequence | |
|---|---|---|---|
| (1) Thread | | 1 | |
| (2) Thread | | 2 | |
| (3) Thread | | 3 | |
| | | 1 | |

Description / Special Instructions :

A&F RFP#1
0014



A&F RFP#1
0015



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76076g3 | Scale : 1.000 : 1.0 |
| Stitches : 724 | Ref : Jaime Palumbo Back Pocket | Width : 133.41 |
| Customer : Unspecified | | Height : 83.17 |

| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0016



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76075g3 | Scale : 1.000 : 1.0 |
| Stitches : 595 | Ref : Jaime Palumbo Back Pocket | Width : 130.52 |
| Customer : Unspecified | | Height : 76.99 |

| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0017

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76074g1 | Scale : 1.000 : 1.0 |
| Stitches : 478 | Ref : Jaime Palumbo Back Pocket | Width : 132.14 |
| Customer : Unspecified | | Height : 79.41 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 2 |
| (2) Thread | 1 |

Description / Special Instructions :

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76022g3 | Scale : 1.000 : 1.0 |
| Stitches : 501 | Ref : Jamie Palumbo 8 spi dbl bn | Width : 133.34 |
| Customer : Unspecified | | Height : 72.24 |



| Threads Used | Colour Sequence | |
|---|---|---|
| (1) Thread | 1 | |
| (2) Thread | 2 | |
| | 1 | |

Description / Special Instructions :

A&F RFP#1
0019



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76009g2 | Scale : 1.000 : 1.0 |
| Stitches : 565 | Ref : womens ruehl bkt pkt vers 3 | Width : 135.96 |
| Customer : Unspecified | | Height : 83.65 |

| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0020

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76009g2 | Scale : 1.000 : 1.0 |
| Stitches : 565 | Ref : womens ruehl bkt pkt vers 3 | Width : 135.96 |
| Customer : Unspecified | | Height : 83.65 |



| Threads Used | | Colour Sequence | |
|---|---|---|---|
| (1) Thread | | 1 | |
| (2) Thread | | 2 | |
| | | 1 | |

Description / Special Instructions :

A&F RFP#1
0020

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76101g | Scale : 1.000 : 1.0 |
| Stitches : 386 | Ref : Ruehl Stitch 8 | Width : 137.43 |
| Customer : Unspecified | | Height : 39.20 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |

Description / Special Instructions :

A&F RFP#1
0021

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : 76128g | Scale : 3.000 : 1.0 |
| Stitches : 0 | Ref : back pkt spec2 | Width : 365.36 |
| Customer : Unspecified | | Height : 160.63 |



| Threads Used | Colour Sequence |
|---|---|

Description / Special Instructions :

A&F RFP#1
0022



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_1036V3 | Scale : 1.000 : 1.0 |
| Stitches : 691 | Ref : Carolina Johnson | Width : 134.42 |
| Customer : RW-55 Jean | | Height : 35.60 |

| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |

Description / Special Instructions :

A&F RFP#1
0023

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_030 | Scale : 1.000 : 1.0 |
| Stitches : 1332 | Ref : Carolina Johnson | Width : 139.27 |
| Customer : RW-55 Jean | | Height : 33.20 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |

Description / Special Instructions :

A&F RFP#1
0024

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_029 | Scale : 1.000 : 1.0 |
| Stitches : 1566 | Ref : Carolina Johnson | Width : 136.82 |
| Customer : RW-55 Jean | | Height : 34.36 |



| Threads Used | | Colour Sequence | |
|---|---|---|---|
| (1) Thread | | 1 | |
| (2) Thread | | 2 | |
| | | 1 | |

Description / Special Instructions :

A&F RFP#1
0025

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_026 | Scale : 1.000 : 1.0 |
| Stitches : 3192 | Ref : Carolina Johnson | Width : 141.41 |
| Customer : RW-55 Jean | | Height : 34.82 |



| Threads Used | | Colour Sequence | |
|---|---|---|---|
| (1) Thread | | 1 | |
| (2) Thread | | 2 | |
| | | 1 | |

Description / Special Instructions :

A&F RFP#1
0026

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_022v2 | Scale : 1.000 : 1.0 |
| Stitches : 2651 | Ref : Carolina Johnson | Width : 135.76 |
| Customer : RW-55 Jean | | Height : 32.62 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |

Description / Special Instructions :

A&F RFP#1
0027

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_022 | Scale : 1.000 : 1.0 |
| Stitches : 2950 | Ref : Carolina Johnson | Width : 142.14 |
| Customer : RW-55 Jean | | Height : 36.20 |



| Threads Used | Colour Sequence |
|---|---|
| ▨ (1) Thread | 1 ▨ |

Description / Special Instructions :

A&F RFP#1
0028

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_020 | Scale : 1.000 : 1.0 |
| Stitches : 1956 | Ref : Carolina Johnson | Width : 135.81 |
| Customer : RW-55 Jean | | Height : 33.70 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |

Description / Special Instructions :

A&F RFP#1
0029

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_018 | Scale : 1.000 : 1.0 |
| Stitches : 1326 | Ref : Carolina Johnson | Width : 136.62 |
| Customer : RW-55 Jean | | Height : 33.97 |



| Threads Used | Colour Sequence | |
|---|---|---|
| (1) Thread | 1 | |
| (2) Thread | 2 | |
| | 1 | |

Description / Special Instructions :

A&F RFP#1
0030



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_015 | Scale : 1.000 : 1.0 |
| Stitches : 1553 | Ref : Carolina Johnson | Width : 142.79 |
| Customer : RW-55 Jean | | Height : 33.62 |

| Threads Used | Colour Sequence | |
|---|---|---|
| (1) Thread | 1 | |
| (2) Thread | 2 | |
| | 1 | |

Description / Special Instructions :

A&F RFP#1
0031

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_014 | Scale : 1.000 : 1.0 |
| Stitches : 332 | Ref : Carolina Johnson | Width : 141.52 |
| Customer : RW-55 Jean | | Height : 33.81 |



| Threads Used | Colour Sequence |
|---|---|
| (1) Thread | 1 |
| (2) Thread | 2 |
| | 1 |

Description / Special Instructions :

A&F RFP#1
0032



| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_012 | Scale : 1.000 : 1.0 |
| Stitches : 1242 | Ref : Crystal Henricksen | Width : 139.76 |
| Customer: RW-55 Jean | | Height : 33.40 |

| Threads Used | Colour Sequence | |
|---|---|---|
| ▦ (1) Thread | 1 | ▦ |
| ▦ (2) Thread | 2 | ▦ |
| | 1 | ▦ |
| | 2 | ▦ |

Description / Special Instructions :

A&F RFP#1
0033

| %CoName% | | |
|---|---|---|
| Date : 02/08/07 | Name : RWS0855_010 | Scale : 1.000 : 1.0 |
| Stitches : 1173 | Ref : Crystal Henricksen | Width : 141.76 |
| Customer : RW-55 Jean | | Height : 34.82 |



| Threads Used | Colour Sequence | |
|---|---|---|
| (1) Thread | 1 | |
| (2) Thread | 10 | |
| (10) Thread | 2 | |
| | 1 | |

Description / Special Instructions :

A&F RFP#1
0034

| Design: 76332g24-25 | | |
|---|---|---|
| 16.29x3.28 cm | Yarn: 3.00 m | [01]-Red (RGB) |
| 500 stitches. | | |
| 0 changes. | | |
| Scale: 100% | | |

Printout by Coats EDV

[01] N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



[01]-N:01 (Red (RGB))



#225

A&F RFP#1
0101

Design: 76332g24-25mr

Printout by Coats EDV

16.29x3.28 cm | Yarn: 3.00 m | 01-Red (RGB)
500 stitches.
0 changes.
Scale: 100%

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



01) N:01 (Red (RGB))

A&F RFP#1
0102



Printout by Coats EDV

Design: 76332g26-27  Yam: 3.17 m  [01=Red (RGB)]
16.76x3.68 cm
600 stitches.
0 changes.
Scale: 100%

[01=Red (RGB)]

R [01=Red (RGB)]

Design sequence info (changes, stops e.t.c):

[01=Red (RGB)]

A&F RFP#1
0103



Printout by Coats EDV

Design: 76332g26-27mr [01 Red (RGB)]
16.76x3.68 cm Yarn: 3.17 m
600 stitches.
0 changes.
Scale: 100%

[01 Ndr (Red (RGB)]

R

Design sequence info (changes, stops e.t.c):

[01 Ndr (Red (RGB)]

A&F RFP#1
0104



A&F RFP#1
0105



Printout by Coats EDV

Design: 76332g28-29mr    Yarn: 3.40 m

17.42x3.60 cm
500 stitches.
0 changes.
Scale: 100%

[on] Red [Red (RGB)]

Design sequence info (changes, stops e.t.o):

[on] Not [Red (RGB)]

A&F RFP#1
0106



Printout by Coats EDV

Design: 76332g30-31

17.9x3.81 cm  Yarn: 3.53 m
500 stitches.
0 changes.
Scale: 100%

01 Red (RGB)

01 N01 (Red (RGB))

R

Design sequence info (changes, stops e.t.c):

01 N01 (Red (RGB))

A&F RFP#1
0107



Printout by Coats EDV

Design: 76332g30-31mr

01-Red(RGB)

17.95x3.61 cm | Yarn: 3.53 m
600 stitches.
0 changes,
Scale: 100%

Design sequence info (changes, stops e.t.c):

01 Not Red (RGB)

A&F RFP#1
0108

**Design: 76332g24-25**

Printout by Coats EDV

| 16.28x3.26 cm | Yarn: 3.00 m | 01-Red (RGB) |
| 500 stitches. | | |
| 0 changes. | | |

Scale: 100%

01) N.01 (Red (RGB))

R



Design sequence info (changes, stops etc):



01) N.01 (Red (RGB))

A&F RFP#1
0109



**Design: 76332g24-25mr**

Printout by Coats EDV

| 16.29x3.28 cm | Yarn: 3.00 m | D:-Red (RGB) |

500 stitches.

0 changes.

Scale: 100%

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



01) N:01 (Red (RGB))

A&F RFP#1
0110

| Design: 76332g26-27 | | Printout by Coats EDV |
| --- | --- | --- |
| 16.76x3.58 cm | Yarn: 3.17 m | 01-Red (RGB) |
| 500 stitches. | | |
| 0 changes. | | |
| Scale: 100% | | |

01) N#1 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



01) N#1 (Red (RGB))

A&F RFP#1
0111

| Design: 76332g26-27mr | Printout by Coats EDV |
|---|---|
| 16.76x3.58 cm  Yarn: 3.17 m | 01-Red (RGB) |
| 500 stitches, | |
| 0 changes, | |
| Scale: 100% | |

01 N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



01:1:01 Red (RGB)

A&F RFP#1
0112



Design: 76332g28-29

Printout by Coats EDV

17.42x3.60 cm | Yam: 3.39 m | 01-Red (RGB)
500 stitches.
0 changes.
Scale: 100%

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



A&F RFP#1
0113



**Design: 76332g28-29mr**

| 17.42x3.60 cm | Yarn: 3.40 m | 01-Red (RGB) |
| 500 stitches. | | |
| 0 changes. | | |
| Scale: 100% | | |

Printout by Coats EDV

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



A&F RFP#1
0114



R



Design sequence info (changes, stops e.t.c):



A&F RFP#1
0115



| Design: 76332g30-31mr | | Printout by Coats EDV |
| --- | --- | --- |
| 17.96x3.81 cm | Yarn: 3.53 m | 01-Red (RGB) |
| 500 stitches. | | |
| 0 changes. | | |
| Scale: 100% | | |

01 N01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



A&F RFP#1
0116



| Design: 76332g30-31mr | | Printout by Coats EDV |
|---|---|---|
| 17.96x3.61 cm | Yarn: 3.53 m | 01-Red (RGB) |
| 500 stitches. | | |
| 0 changes. | | |
| Scale: 100% | | |

01) N-01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):

01) N-01 (Red (RGB))

A&F RFP#1
0116



| Abercrombie & Fitch  Phone: . Fax: | | |
|---|---|---|
| 10/09/06 | Name :- RWS0755_1041 | Size :- 137.20 x 33.02 |
| Stitches :- 863 | Carolina Johnson | Scale :- 1.000 : 1.0 |
| | RW-55 Jean | |

| Threads Used |
|---|
| (1) Thread |
| (2) Thread |

| Color Sequence |
|---|
| 1 |
| 2 |
| 1 |



**Design: RWS0755_1041**

Printout by Coats EDV

| 13.72x3.30 cm | Yarn: 3.51 m | 01-Red (RGB) | | 03-Blue sky |
| 900 stitches. |
| 1 changes. |
| Scale: 100% |

01) N:01 (Red (RGB)
02) N:02 (Green (RGB))
03) N:03 (Blue sky)

R



Design sequence info (changes, stops e.t.c):

01) N:01 (Red (RGB))

A&F RFP#1
0118

| Design: RWS0755_709A | | Printout by Coats EDV | | |
|---|---|---|---|---|
| 14.04x8.17 cm | Yarn: 10.37 m | 01-Red (RGB) | 02-Green (RGB) 03-Blue sky | 04-Yellow |
| 3100 stitches. | | | | |
| 2 changes. | | | | |
| Scale: 100% | | | | |

R

| 01) N:01 (Red (RGB)) |
|---|
| 02) N:02 (Green (RGB)) |
| 03) N:03 (Blue sky) |
| 04) N:04 (Yellow) |



Design sequence info (changes, stops e.t.c):



01) N:01 (Red (RGB))  02) N:02 (Green (RGB))  03) N:03 (Blue sky)

A&F RFP#1
0119

**Design: RWS0755_710A**          Printout by Coats EDV

| 14.25x3.22 cm | Yarn: 3.65 m | 01-Red (RGB) |
| 800 stitches. |
| 0 changes. |
| Scale: 100% |

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):



01) N:01 (Red (RGB))

A&F RFP#1
0120



Design: RWS0755_702A

Printout by Coats EDV

15.60x19.36 cm | Yarn: 6.40 m | 01-Red (RGB) | 03-Blue sky | 05-Magenta
1200 stitches. | | 02-Green (RGB) | 04-Yellow | 06-Cyan
4 changes.
Scale: 100%

01) N:01 (Red (RGB))
02) N:02 (Green (RGB))
03) N:03 (Blue sky)
04) N:04 (Yellow)
05) N:05 (Magenta)
06) N:05 (Cyan)

Design sequence info (changes, stops e.t.c):

01) N:01 (Red (RGB)) | 02) N:02 (Green (RGB)) | 03) N:03 (Blue sky) | 04) N:04 (Yellow) | 05) N:05 (Magenta)

A&F RFP#1
0121





Design sequence info (changes, stops e.t.c):

01) N:01 (Red (RGB))

A&F RFP#1
0122





**Design sequence info (changes, stops e.t.c):**



A&F RFP#1
0123



| Design: RWF06DE_050A1 | | Printout by Coats EDV |
| --- | --- | --- |
| 14,10x3.20 cm | Yarn: 4.23 m | [01]-Red (RGB)] |
| 700 stitches. | | |
| 0 changes. | | |
| Scale: 100% | | |

[01] N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):

01) N:01 (Red (RGB))

A&F RFP#1
0124

Printout by Coats EDV

[01] N:01 (Red (RGB))

R





2 7/8"

2 5/8"

2 3/4"

2 1/2"

Embroidery must be centered over point of bk pkt as shown



Printout by Coats EDV

Design: 76332g28-29
17.42x3.60 cm | Yarn: 3.39 m
600 stitches.
0 changes.
Scale: 100%

01 Red (RGB)

01 Not Red (RGB)

R

Design sequence info (changes, stops e.t.o):

01 Not Red (RGB)

A&F RFP#1
0126



Printout by Coats EDV

Design: 76332g28-29mr

17.42x3.60 cm  Yarn: 3.40 m
500 stitches.
0 changes.
Scale: 100%

01 Red (RGB)

R

01 Not Red (RGB)

Design sequence Info (changes, stops e.t.c):

01 Not Red (RGB)

A&F RFP#1
0127



Printout by Coats EDV

Design: 76332g30-31
17.8x3.81 cm Yarn: 3.59 m
500 stitches
0 changes.
Scale: 100%

01-Red (RGB)

01-Not Red (RGB)

Design sequence info (changes, stops a.t.o):

01-Not Red (RGB)

A&F RFP#1
0128

Printout by Coats EDV

Design: 76332g30-31mr
17.96x3.61 cm Yarn: 3.53 m
500 stitches.
0 changes.
Scale: 100%

01 Red (RGB)

01 Not (Red (RGB))



Design sequence info (changes, stops e.t.c):



01 Not (Red (RGB))

A&F RFP#1
0129

**Design: 76332g24-25** | Printout by Coats EDV

| 16.28x3.26 cm | Yarn: 3.00 m | 01-Red (RGB) |
| 500 stitches. |
| 0 changes. |
| Scale: 100% |

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):

01) N:01 (Red (RGB))

A&F RFP#1
0130

**Design: 76332g24-25mr**

**Printout by Coats EDV**

| 16.29x3.28 cm | Yarn: 3.00 m | 01-Red (RGB) |
| 500 stitches. | | |
| 0 changes. | | |
| Scale: 100% | | |

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):

01) N:01 (Red (RGB))

A&F RFP#1
0131



Design: 76332g26-27 | Printout by Coats EDV
16.76x3.58 cm | Yarn: 3.17 m | 01:Red (RGB)
500 stitches.
0 changes.
Scale: 100%

01) N:01 (Red (RGB))

R



Design sequence info (changes, stops e.t.c):

(01) N:01 (Red (RGB))

A&F RFP#1
0132

| Design: 76332g26-27mr | | | Printout by Coats EDV |
|---|---|---|---|

16.76x3.58 cm | Yarn: 3.17 m | [01-Red (RGB)]
500 stitches.
0 changes.
Scale: 100%

[01) N:01 (Red (RGB))]

R



Design sequence info (changes, stops e.t.c):

[01) N:01 (Red (RGB))]

A&F RFP#1
0133



RUEHL BACK PKT STITCH
MUST USE TWO POINTS OF MEASURE

SIZE 26/27

SIZE 30/31

SIZE 24/25

SIZE 28/29

¼" difference b/w sides.

½" below halfway mark

¼" below halfway mark

Embroidery must be centered over point of bk pkt as shown

A&F RFP#1
0134



Ruehl

Product Development

| | | |
|---|---|---|
| 4X0473 | Date Page Created | 16 Jun 08  08:55 AM |
| None | Date Page Modified | 13 Jul 08  12:36 PM |
| Fall 2008 | Page Modified By | CAROLINA JOHNSON |
| 3 Womens | Block #: | btd08strlchboot0207.zip |
| SS Jeans | gg/Sz/Bfwc | |

Marketing Page
5-pkt Stretch Boot (Medium)- Lowered Rises

| | Imports | |
|---|---|---|
| | Content: | |
| | Fabric: | 8902 Denim |
| | Fabric Desc: | Candiani 700B |

RUEHL BACK PKT STITCH

sketch is not to scale

Important: proprietary and confidential information belonging exclusively to Abercrombie & Fitch

Page 6 of 6

A&F RFP#1
0135



A&F RFP#1
0136

Product Development

Ruehl

## Grading Worksheet- Regular- NFP- Lowered Rises
### 5-pkt Stretch Boot (Medium)- Lowered Rises

| | |
|---|---|
| 4XX473 | Date Page Created: 15 Jun 06 08:55 AM |
| None | Date Page Modified: 11 Jul 06 04:05 PM |
| Fall 2006 | Page Modified By: LINDSEY MARTIN |
| 3 Womens | Block #: bbotlestnichbot0207.zip |
| 55 Jeans | gg/Sz/B/wc: |

Selected Range: 24, 25, 26, 27, 28, 29, 30, 31

Content: Imports
Content: Depth: 882
Fabric: Comfort 7008
Fabric Desc:

| P.O.M. | Description | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P139 | Coin Pocket Position from Waistband- @ SS | -1/8 | 1/8 | 3/4 | | 7/8 | 7/8 | 1 | 1 | 1 | |
| P140 | Coin Position from Side Seam & Trim | -1/8 | 1/8 | 2 1/2 | | 2 1/2 | 2 3/4 | 2 3/4 | 2 3/4 | | |
| P101 | Coin Pocket Width @ Top | -1/8 | 1/8 | 2 1/2 | 2 1/2 | 2 1/2 | 2 3/4 | 2 3/4 | 2 3/4 | 2 3/4 | |
| R102 | Coin Pocket Width @ Bottom | -1/8 | 1/8 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| P103 | Coin Pocket Height @ Center | -1/8 | 1/8 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| P104 | Coin Pocket Height @ Sides | | | | | | | | | | |
| | BACK POCKETS | | | | | | | | | | |
| P101 | Back Pocket Width @ Top | -1/8 | 1/8 | 4 5/8 | 4 5/8 | 4 5/8 | 4 7/8 | 4 7/8 | 5 1/8 | 5 1/8 | |
| P102 | Back Pocket Width @ Bottom | -1/8 | 1/8 | 4 3/4 | 4 3/4 | 4 3/4 | 5 | 5 | 5 1/4 | 5 1/4 | |
| P103 | Back Pocket Height @ Center | -1/8 | 1/8 | 3/4 | 3/4 | 3/4 | 3/4 | 3/4 | 3/4 | 3/4 | |
| P104 | Back Pocket Height @ Sides | -1/8 | 1/8 | 3/4 | 3/4 | 3/4 | 3/4 | 3/4 | 3/4 | 3/4 | |
| P130 | Back Pocket Position from Yoke- @ CB | | | | | | | | | | |
| P131 | Back Pocket Position from Yoke- @ SS | | | | | | | | | | |

Important: proprietary and confidential information belonging exclusively to Abercrombie & Fitch

Printed 06 SEP 2007 10:31 AM EDT

A&F RFP#1
0137

**Product Development**

Ruehl

| | |
|---|---|
| 4XX473 | Date Page Created: 15 Jun 06 09:55 AM |
| None | Date Page Modified: 11 Jul 08 04:05 PM |
| Fall 2006 | Page Modified By: LINDSEY MARTIN |
| 3 Womens | Block #: tltd0stretchboot0217.zip |
| 55 Jeans | Sample Size: 28 |
| Company: ABERCROMBIE | Std Class: WOMENS SIZED BTMS |
| Product Type: DENIM BOTTOMS | |

**Grading Worksheet- Regular- NFP- Lowered Rises**
**5-pkt Stretch Boot (Medium)- Lowered Rises**

Imports

Content: 98/2
Fabric: Denim
Fabric Desc: Comfomil 7008

UOM: Imperial(in)

Shown As: Graded

Selected Range: 24, 25, 26, 27, 28, 29, 30, 31

| No | O.M. | Description | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W01 | | Waistband Height | | -1/8 | 1/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | | | |
| W02 | | Waist - Thru the Center | | -3/8 | 1/8 | 2 3/8 | 2 3/8 | 2 3/8 | 2 3/8 | 2 3/8 | 2 3/8 | 2 3/8 | | | |
| K01 | | Bellloop Height | | -1/8 | 1/8 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | | | |
| K01 | | Bellloop Width | | -1/8 | 1/8 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | 3 1/2 | | | |
| add1 | | Pitch from top CF to top CB-Internal Use | | -1/8 | 1/8 | 18 | 18 1/2 | 19 | 19 1/2 | 20 1/4 | | | | | |
| H05 | | Low Hip / Seat Width - 3 Point Measure | | -1/2 | 3/8 | 16 1/2 | 17 | | | | | | | | |
| G01 | | Thigh Width @ Crotch | | -3/8 | 1/4 | 9 5/8 | 10 | 10 3/4 | 11 1/8 | 11 1/2 | 11 7/8 | 12 3/8 | | | |
| G07 | | Thigh Width 1" below Crotch - Tech Only | | | | | 7 1/2 | 7 5/8 | 7 3/4 | 7 7/8 | 8 | | | | |
| G07 | | Knee Width 13" from crotch | | -1/4 | 1/4 | 7 1/16 | | | | | | | | | |
| G10 | | Calf Width-20.125 from crotch | | -1/4 | 1/4 | 8 1/8 | 8 1/2 | 8 3/4 | 9 | 9 1/8 | 9 1/4 | 9 3/8 | | | |
| G11 | | Leg Opening - Long Pant | | -1/2 | 1/2 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | | | |
| I01 | | Inseam - Long Pant | | -1/8 | 1/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | 1 3/8 | | | |
| F05 | | Fly Width - Edge to Stitch @ Top | | -1/4 | 1/4 | 6 1/4 | 6 1/2 | 7 1/4 | 7 3/4 | 8 1/16 | 8 3/8 | 8 7/8 | | | |
| F01 | | Front Rise Length - from Top | | -1/8 | 1/8 | 1 3/4 | 1 3/4 | 1 3/4 | 1 3/4 | 1 3/4 | 1 3/4 | 1 3/4 | | | |
| Y03 | | Yoke Height @ CB - Bottoms | | -1/8 | 1/8 | | | | | | | | | | |
| P123 | | Pocket Opening - Vertical along Side Seam | | -1/8 | 1/8 | 1 3/4 | 2 | 2 1/4 | 2 1/4 | 2 1/4 | 2 1/2 | 2 1/2 | | | |
| P103 | | Front Facing - Height @ Center | | -1/8 | 1/8 | 3 3/4 | 4 | 4 1/4 | 4 1/4 | 4 1/4 | 4 1/2 | 4 1/2 | | | |

**FRONT POCKETS**

**COIN POCKET**

Important proprietary and confidential information belonging exclusively to Abercrombie & Fitch

Printed: 06 SEP 2007  10:31 AM EDT

Page 1 of 2

A&F RFP#1
0138



Ruehl

Product Development

Marketing Page
5-pkt Stretch Basic Skinny (Dark)

| | | Imports |
|---|---|---|
| 4X0791 | Date Page Created | 03 Jan 07  08:30 PM |
| None | Date Page Modified | 16 Mar 07  01:00 PM | Content: |
| Fall 2007 | Page Modified By | CAROLINA JOHNSON | Fabric: | Cardinal 7008 |
| 3 Womens | Block #: | SKINNY BLOCK0130.dp | Fabric Desc: | Cardinal |
| 5S Jeans | | ggl/Ss/B/wt: | |

RUEHL BACK PKT STITCH
MUST USE TWO POINTS OF MEASURE

Important: proprietary and confidential information belonging exclusively to Abercrombie & Fitch

A&F RFP#1
0139



Ruehl

# Product Development

| | |
|---|---|
| 46W789 | Date Page Created | 27 Apr 07  03:46 AM |
| None | Date Page Modified | 22 Jun 07  11:19 AM |
| Fall 2007 | Page Modified By | CAROLINA JOHNSON |
| 3 Womens | Block #: | 46W789 PP 6-22-07.zip |
| 55 Jeans | Sz/Sz/El'wt: | gg/Sz/El'wt: |

## Marketing Page
### 5-pkt Stretch Basic Flare (Medium)

**Imports**

Content: *96% Cotton 2% Elastane
Fabric: *CANDIANI R7008
Fabric Desc: *Stretch Denim

**RUEHL BACK PKT STITCH**
**MUST USE TWO POINTS OF MEASURE**
***HEADSTRAIGHTENINGDEVICE***

SIZE 24/25    2 1/4"    2 1/2"

SIZE 26/27    2 3/8"    2 5/8"

SIZE 28/29    2 1/2"    2 3/4"

SIZE 30/31    2 5/8"    2 7/8"

Important, proprietary and confidential information belonging exclusively to Abercrombie & Fitch

A&F RFP#1
0140

**Product Development**

**Grading Worksheet-Cllmax-REG**
5-pkt Stretch Basic Flare (Medium)

Ruehl

| | |
|---|---|
| Date Page Created | 27 Apr 07 08:46 AM |
| Date Page Modified | 11 Jul 07 01:07 PM |
| Page Modified By | JENNIFER BOTTS |
| Block #: | 4X0789 PP 6-22-07.zlp |

4X0789
None
Fall 2007
3 Womens
85 Jeans
gy/5z/IEvst.

Imports

Content:
Fabric:    *98% Cotton 2% Elastane
Fabric Desc:   *CANDIANI R700B
              *Stretch Denim

Selected Range: 24, 25, 26, 27, 28, 29, 30, 31

| Description | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P140 Coin Position from Side Seam @ Top | -1/8 | -1/8 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | 1/2 | | | |
| P101 Coin Pocket Width @ Top | -1/8 | 1/8 | 1 3/4 | 2 | 2 1/4 | 2 1/4 | 2 1/4 | 2 1/2 | | | |
| P102 Coin Pocket Height @ Sides | -1/8 | 1/8 | 1 3/4 | 2 | 2 1/4 | 2 1/4 | 2 1/4 | 2 1/2 | | | |
| P104 Coin Pocket Height @ Sides | -1/8 | 1/8 | 2 1/2 | 2 3/4 | 3 | 3 1/4 | 3 1/4 | 3 1/4 | | | |
| P160 BACK POCKETS | | | | | | | | | | | |
| P180 Back Pocket Position from CB @ Top | -1/8 | 1/8 | 1 1/4 | 1 1/2 | 1 1/2 | 1 5/8 | 1 5/8 | 1 3/4 | | | |
| P181 Back Pocket Position from Yoke @ CB | -1/8 | 1/8 | 1 3/8 | 1 1/2 | 1 1/2 | 1 3/4 | 1 3/4 | 1 7/8 | | | |
| P191 Back Pocket Position from Yoke @ SS | -1/8 | 1/8 | 1 1/2 | 1 5/8 | 1 5/8 | 1 3/4 | 1 3/4 | 1 7/8 | | | |
| P101 Back Pocket Width @ Bottom | -1/8 | 1/8 | 4 | 4 1/4 | 4 1/2 | 4 1/2 | 4 3/4 | 4 3/4 | | | |
| P102 Back Pocket Width @ Bottom | -1/8 | 1/8 | 4 | 4 1/4 | 4 1/2 | 4 1/2 | 4 3/4 | 4 3/4 | | | |
| P103 Back Pocket Height @ Center | -1/8 | 1/8 | 4 | 4 1/4 | 4 1/2 | 4 1/2 | 4 3/4 | 4 3/4 | | | |
| P104 Back Pocket Height @ Sides | -1/8 | 1/8 | 4 | 4 1/4 | 4 1/2 | 4 1/2 | 4 3/4 | 4 3/4 | | | |
| Q01 QUALITY CONTROL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC00 Garment Color | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC01 CR/CC/CO | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC02 Art Work | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC03 Fabric | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC04 Color/Shade | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC05 Wash | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC06 Sewing | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC07 Measure | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC08 Dirt/Oil | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC09 Holes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC10 Other | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| QC11 Minor Defects | | | | | | | | | | | |

Important: proprietary and confidential information belonging exclusively to Abercrombie & Fitch

Printed: 06 SEP 2007, 10:59 AM EDT

A&F RFP#1
0141

## Product Development

**Grading Worksheet-Climax-REG**
5-pkt Stretch Basic Flare (Medium)

Ruehl

| | |
|---|---|
| 4x0789 | Date Page Created: 27 Apr 07 09:46 AM |
| None | Date Page Modified: 11 Jul 07 01:07 PM |
| Fall 2007 | Page Modified By: JENNIFER BOTTS |
| 3 Womens | Block #: 4X0789 PP 6-22-07.zip |
| 6S Jeans | gg/Sz/EZ/wt: |

Company: ABERCROMBIE
Product Type: STRETCH DENIM BOTTOMS

Sample Size: 26
Size Class: WOMENS SIZED BTMS

Imports
Content: *96% Cotton 2% Elastane
Fabric: *CANDIANLF7009
Fabric Desc: *Stretch Denim

UOM: Imperial(in)
Shown As: Graded

Selected Range: 24, 25, 26, 27, 28, 29, 30, 31

| POM | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| W01 | Waistband Height | -1/8 | -1/8 | 1/8 | 1/2 | 1 1/2 | 1 1/2 | 1 1/2 | 1 1/2 |
| W02 | Width - Through Center | -1/8 | -1/8 | 1/8 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 | 2 1/2 |
| K01 | Pitch from top CF to top CB-Internal use | | | | | | | | |
| K01 | Low Hip - Seat Width - 6th Point Measure | -1/2 | 3/8 | 16 7/8 | 17 3/8 | 17 7/8 | 18 3/8 | 18 7/8 | 19 6/8 |
| H09 | Low Hip / Seat Width - 9 Point Measure | | | | | | | | |
| G09 | Thigh Width *1 below Crotch- Tech Only | -3/8 | 1/4 | 8 7/8 | 9 1/4 | 10 | 10 3/8 | 10 3/4 | 11 1/8 |
| G01 | Thigh Width *1 below Crotch- Tech Only | | | | | | | | |
| G03 | Knee Width 12" from crotch | -1/4 | 1/4 | 8 7/8 | 7 1/8 | 7 1/2 | 7 5/8 | 7 3/4 | 7 7/8 |
| G07 | Knee Width 12" from crotch | | | | | | | | |
| G10 | Leg Opening - Long Pant | -1/4 | 1/4 | 9 | 9 1/4 | 9 5/8 | 9 3/4 | 9 7/8 | 10 |
| G11 | Leg Opening - Long Pant | | | | | | | | |
| G13 | Inseam - Long Pant | -1/2 | 1/2 | 33 | 33 | 33 | 33 | 33 | 33 |
| I01 | Inseam - Long Pant | -1/2 | 1/2 | 33 | 33 | 33 | 33 | 33 | 33 |
| F02 | Fly Width - Edge to -Stitch @ Top | -1/8 | 1/8 | 1 1/4 | 1 1/4 | 1 1/4 | 1 1/4 | 1 1/4 | 1 1/4 |
| F05 | Fly Width - Edge to -Stitch @ Top | | | | | | | | |
| F01 | Front Rise Length- from Top | -1/4 | 1/4 | 6 7/8 | 7 1/4 | 8 | 8 3/8 | 8 3/4 | 9 1/2 |
| N01 | Front Rise Length- from Top | | | | | | | | |
| R03 | Back Rise Length- from Top | -1/8 | 1/8 | 2 | 2 | 2 | 2 | 2 | 2 |
| R03 | Back Rise Length- from Top | | | | | | | | |
| Y03 | Yoke Height @ CB-along seam edge | -1/8 | 1/8 | 16 7/8 | 17 3/8 | 18 3/8 | 18 7/8 | 19 7/8 | 20 5/8 |
| Y04 | Yoke Seam Length-Top Edge of Seam-SS to SS | -1/2 | 3/8 | | | | | | |
| Y07 | Yoke Seam Length-Top Edge of Seam-SS to SS | -1/8 | 1/8 | 3/8 | 3/8 | 3/8 | 3/8 | 3/8 | 3/8 |
| K01 | Ballpop Width | -1/8 | 1/8 | 3 1/4 | 3 1/4 | 3 1/2 | 3 3/4 | 3 3/4 | 4 |
| P103 | Pocket Opening - Horizontal along WB | -1/8 | 1/8 | 3 7/8 | 4 | 4 1/8 | 4 1/8 | 4 1/4 | 4 1/4 |
| P102 | Pocket Opening- Vertical along SS | | | | | | | | |
| P103 | Front Facing - Height @ Center | -1/8 | 1/8 | 5/8 | 5/8 | 5/8 | 5/8 | 5/8 | 5/8 |
| P100 | Coin Pocket Position from WB @ CF | -1/8 | 1/8 | 5/8 | 5/8 | 5/8 | 5/8 | 5/8 | 5/8 |
| P108 | Coin Pocket Position from WB @ SS | | | | | | | | |

Important, proprietary and confidential information belonging exclusively to Abercrombie & Fitch

Printed: 04 SEP 2007 10:29 AM EDT

Page 3 of 4

A&F RFP#1
0142



**DENIM REFERENCE**

**RUEHL**
NO. 925 ESTD 1925

Labeled parts: COIN PKT, SHANK, FRONT RISE, J-STITCH, INSEAM, WAISTBAND, RIVET, CORD STITCH, SIDE SEAM (SS), HEM, JACRON, YOKE, BACK PKT PROFILE STITCH, BARTACK, BACK RISE

NOTES:
- YOKE- ALWAYS STAGGERED. RAISED ON WEARER'S BACK RIGHT
- THIS SKETCH IS A BASIC JEAN- DETAILS VARY ON FASHION
- BELT LOOPS AT BACK- AT SIDES ALWAYS REACH TO YOKE
- SINGLE NEEDLE INSEAM

THREAD TEXT WEIGHTS:
- BARTACKS- T60/T60
- TOPSTITCHING- T120/T105-STANDARD, T80/T80 FOR CHUNKY, T80 FOR DELICATE
- OVERLOCKING- T80/T80
- BUTTONHOLES- T105/T105
- BACK PKT STITCH- T40/T40, BASIC-STITCH'
- INTERIOR WB- T27/T27, BASICS
- ADDITIONAL EMBROIDERYS- NO LESS THAN T40/T40, LESS THAN WILL BREAK IN WASH
- ALWAYS USE COTTON WRAP/ POLY CORE THREAD (USE POLY/POLY TO HOLD COLOR IN WASH)

BASIC MARKETING:(VARIES ON FASHION STYLES)
- BACK PKT STITCH PLACEMENT
- INTERIOR WAISTBAND (WB) EMBROIDERY
- CARE/CONTENT LABEL
- LEATHER PATCH
- FLY EMBROIDERY (BASICS ONLY)
- CORD STITCH
- JOKER TAG

FABRICS:
- STRETCH FABRIC- 98% COTTON/2% LYCRA- SP 07;"#DA818, CANDIANI 7008
- RIGID FABRIC (NON-STRETCH)- 100% COTTON*DATSUN, CANDIANI 7070

STITCH

:H AS WELL AS THE TOP OF POCKET TO THE TOP OF STITCH**

SIZE 26/27



A&F RFP#1
0144