TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@ townsend.com;
glc@townsend.com; rpacheco@townsend.com

Attorneys for Plaintiff/Counterdefendant
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant/Counterclaimant. | Case No.   C-07-03752 JSW <br><br> **[PROPOSED] ORDER RE PLAINTIFF LEVI STRAUSS & CO.'S OBJECTIONS TO EVIDENCE SUBMITTED BY DEFENDANT ABERCROMBIE & FITCH TRADING CO.** |
| ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant/Counterclaimant, <br><br> v. <br><br> LEVI STRAUSS & CO., <br><br> Plaintiff/Counterdefendant. | Date:       September 26, 20008 <br> Time:       9:00 a.m. <br> Courtroom:  2, 17th Floor <br>             Honorable Jeffrey S. White |

1  Having considered plaintiff Levi Strauss & Co.'s ("LS&CO.") objections to evidence
2  submitted by defendant Abercrombie & Fitch Trading Co. ("A&F") and evidence submitted therewith,
3  IT IS HEREBY ORDERED that the following evidence be excluded: Exhibits A (page 168),
4  F through K, M, and O to the Declaration of J. Michael Keyes in Support of A&F's Motion for
5  Summary Judgment; Exhibit X to the Declaration of Rachel R. Davidson in Support of A&F's
6  Opposition to LS&CO.'s Motion for Summary Judgment; Exhibits Y, Z, AA, and BB to the
7  Declaration of Michael J. Bettinger in Support of A&F's Motion for Summary Judgment; and the
8  corresponding arguments referring to this evidence.

Dated: _____

Honorable Jeffrey S. White
United States District Judge

61501866 v1