# EXHIBIT C

DAVID J. KERA, ESQUIRE          July 31, 2008

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA


    - - - - - - - - - - - - - - - -+
                                   |
    LEVI STRAUSS & CO.,            |
                                   |
              Plaintiff,           |
                                   |
                                   | Civil Action No.
      vs.                          | CV-0703752
                                   |
    ABERCROMBIE & FITCH TRADING    |
    CO.,                           |
              Defendant.           |
                                   |
    - - - - - - - - - - - - - - - -+


           Video Conferenced Deposition of

           DAVID J. KERA, ESQUIRE

               Washington, D.C.

               July 31, 2008

                 1:30 p.m.
```

Job No. 22-134942

Pages 1 - 72

Reported by:  Michele E. Eddy

df39b7e0-9167-4111-9ad8-ecd3d7363a23

DAVID J. KERA, ESQUIRE        July 31, 2008

03:03:48    1    looks like the full list.

03:03:51    2        Q    You don't recall him sending you anything

03:03:54    3    else?

03:03:55    4        A    I do not.  He didn't send me anything after

03:03:56    5    the first batch.

03:03:59    6        Q    What did Mr. Keyes tell you about his theory

03:04:02    7    of the case?

03:04:05    8        A    He told me that he thought that Levi Strauss

03:04:07    9    had committed fraud by failing to disclose the Lois

03:04:10    10   litigation.  He also had some other theories, which I

03:04:15    11   did not agree with.  He thought it was fraudulent for

03:04:20    12   Fowler, Miss Fowler to sign a declaration without

03:04:24    13   having personal knowledge of each of the facts

03:04:26    14   contained within the declaration.  I told him that was

03:04:29    15   not the practice in corporations and was not the

03:04:31    16   practice that was required by the Trademark Patent &

03:04:34    17   Trademark Office that she was acting in our corporate

03:04:38    18   capacity and was deemed to have corporate knowledge.

03:04:42    19   That was all that was required.  But the opinion that

03:04:49    20   you see is the opinion that I came to.  It's my

03:04:52    21   opinion, not anyone else's.

03:04:57    22       Q    Did Mr. Keyes express any other theories

03:05:01    23   that you did not agree with?

03:05:03    24       A    Not that I recall.

03:05:10    25       Q    You indicated that Mr. Keyes told you what

df39b7e0-9167-4111-9ad8-ecd3d7363a23