# EXHIBIT D



April 11, 1986

Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.  20231

Re:  Trademark: HOUSEMARK
     In Class(s):  25; Reg. No. 1,135,196
     Combined Affidavit Under Sections 8 & 15

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a
check to cover the fee in the amount of $200.00.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

*Sylvia J. Kaplan*

Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

CONFIDENTIAL

LS-A&F013008



QUALITY NEVER GOES OUT OF STYLE

April 10, 1986

Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.  20231

Re:   Trademark: LEVI'S
      In Class(s):  25; Registration No. 1,140,011;
      Combined Affidavit Under Sections 8 and 15

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a
check to cover the fee in the amount of $200.00

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

*Sylvia J. Kaplan*
Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

CONFIDENTIAL

LS-A&F013009



March 12, 1986


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.   20231

Re:  Trademark:  DESIGN – TWO HORSE PATCH
     In Class(s):  25; Registration No. 1,140,853;
     Combined Affidavit Under Sections 8 and 15

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a
check to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

*Sylvia J. Kaplan*
Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures


CONFIDENTIAL

LS-A&F013010



January 8, 1986


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.  20231

Re:  Trademark:  LEVI'S
     In Class(s):  25


Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a
check to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

*Sylvia J. Kaplan*
Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

CONFIDENTIAL                                        LS-A&F013011



August 28, 1985


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.   20231

Re:  Trademark:  QUALITY NEVER GOES OUT OF STYLE & DESIGN
     In Class(s):  25


Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a
check to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

CONFIDENTIAL

LS-A&F013013



August 6, 1985


Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, D.C.  20231

Re:  Trademark: LEVI'S
     In Class(s):  16, 18 and 25


Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a
check to cover the fee in the amount of $600.00.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

CONFIDENTIAL

**Levi's**
QUALITY NEVER GOES OUT OF STYLE

May 14, 1985

Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.   20231

Re:  Trademark:  Arcuate Design
     In Class(s):  25

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a
check to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

*Sylvia Kaplan*
Sylvia J. Kaplan
Corporate Legal Department

SJK:dp

Enclosures

CONFIDENTIAL

LS-A&F013016

Levi Strauss & Co. Levis Plaza, 1155 Battery Street, P.O. Box 7215, San Francisco, California 94120 Phone 415 544 000

**LEVI'S**
QUALITY NEVER GOES OUT OF STYLE

September 24, 1984

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D. C.  20231

Re: <u>Trademark Guarantee Ticket</u>

Sir:

Enclosed is the trademark application for the above re-
ferenced trademark in the International Class 25, its
associated specimens and drawings and a check for $175.00
to cover the fee.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

Sylvia J. Kaplan
Corporate Legal

SJK:jp
J002

Enclosures

CONFIDENTIAL

LS-A&F013024

Levi Strauss & Co   Levis Plaza, 1155 Battery Street  P.O. Box 7215, San Francisco, California 94120 Phone 415 544-6000



August 2, 1984


Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.  20231

Re:  Trademark Registration No. 1122468 for
     LEVI'S with Shield Design; Our ref. IP00035A

Sir:

Enclosed is the Combined Affidavit Under Sections 8 & 15
for the above referenced trademark in the International
Class 25; its associated specimens and drawings and a
check for $200 representing the fee.

Also enclosed is a return post card.  We would appreciate
your date stamping and returning the card as soon as you
receive these applications.

Respectfully,



Cassandra M. Flipper
Deputy General Counsel


CMF:DRA:wj
HH04

Enclosures

CONFIDENTIAL

LS-A&F013026

Levi Strauss & Co. Levi's Plaza 1155 Battery Street P.O. Box 7215, San Francisco, California 94120 Phone 415 544-6000



August 2, 1984

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.  20231

Re:  Trademark Registration No. 1122467 for
     TWO HORSE Design; Our ref. IP00158A

Sir:

Enclosed is the Combined Affidavit Under Sections 8 & 15
for the above referenced trademark in the International
Class 25; its associated specimens and drawings and a
check for $200 representing the fee.

Also enclosed is a return post card.  We would appreciate
your date stamping and returning the card as soon as you
receive these applications.

Respectfully,


Cassandra M. Flipper
Deputy General Counsel

CMF:DRA:wj
HH03

Enclosures

CONFIDENTIAL

LS-A&F013027

Levi Strauss & Co. · Levis Plaza, 1155 Battery Street, P.O. Box 7215, San Francisco, California 94120 Phone 415 544-6000



April 12, 1984


Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.   20231

Re:  Trademark Registration No. 1,095,986
     for TWO HORSE DESIGN; Our ref. IPO0160B

Sir:

Enclosed is the Combined Affidavit under Sections 8 and 15
for the above referenced trademark in the International
Classes 18 and 25; its associated specimens and drawings
and two checks for $200 each representing the fee.

Also enclosed is a return post card.  We would appreciate
your date stamping and returning the card as soon as you
receive these applications.

Respectfully,



Joan L. Dillon
Assistant General Counsel


JLD:DRA:dp
E032

Enclosures

CONFIDENTIAL

LS-A&F013028

Levi Strauss & Co.  Levi's Plaza, 1155 Battery Street. P    ox 7215, San Francisco, California 94120 Phone 415 5    000



April 2, 1984


Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.   20231

Re:  Trademark Registration No. 774,625
     for TAB DESIGN; Our ref. IPO0009A

Sir:

Enclosed is the Application for Renewal for the above
referenced trademark in the International Class 25; its
associated specimens and drawings and a check for $300
representing the fee.

Also enclosed is a return post card.  We would appreciate
your date stamping and returning the card as soon as you
receive these applications.

Respectfully,



Joan L. Dillon
Assistant General Counsel


JLD:DRA:dp
E031

Enclosures


CONFIDENTIAL                                        LS-A&F013029

Levi Strauss & Co.  Levi's Plaza, 1155 Battery Street, P.O. Box 7215, San Francisco, California 94120  Phone 415 544 6000



April 2, 1984


Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.  20231

Re:  Trademark Registration No. 775,412
     for TAB DESIGN; Our ref. IPO0156A

Sir:

Enclosed is the Application for Renewal for the above
referenced trademark in the International Class 25; its
associated specimens and drawings and a check for $300
representing the fee.

Also enclosed is a return post card.  We would appreciate
your date stamping and returning the card as soon as you
receive these applications.

Respectfully,



Joan L. Dillon
Assistant General Counsel


JLD:DRA:dp
E030

Enclosures


CONFIDENTIAL                                              LS-A&F013030



QUALITY NEVER GOES OUT OF STYLE

September 14, 1983

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.   20231

Re:  <u>Trademark - SHRINK-TO-FIT</u>

Sir:

Enclosed is the application to register the above refer-
enced trademark in the International Class 25, its associ-
ated specimens and drawings and a check for $175.00 to
cover the fee.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these applica-
tions.

Respectfully,



Joan L. Dillon
Assistant General Counsel


JLD:jp
QQ11

Enclosures

CONFIDENTIAL

LS-A&F013031

440371





August 15, 1983

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.   20231

Re:  Trademark 517

Sir:

Enclosed is the Application to Register the above
referenced trademark in the International Class 25, its
associated specimens and drawings and a check for $175 to
cover the fee.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

Joan L. Dillon
Assistant General Counsel

JLD:SK:wj
U007

Enclosures

CONFIDENTIAL

LS-A&F013032

Levi Strauss & Co   Levi's Plaza 1155 Battery Street P.O. Box 7215 San Francisco California 94120 Phone 415 544-6000





QUALITY NEVER GOES OUT OF STYLE.

August 15, 1983

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.   20231

Re:  <u>Trademark 505"</u>

Sir:

Enclosed is the Application to Register the above
referenced trademark in the International Class 25, its
associated specimens and drawings and a check for $175 to
cover the fee.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,


Joan L. Dillon
Assistant General Counsel


JLD:SK:wj
U007

Enclosures

CONFIDENTIAL

LS-A&F013033

Strauss & Co · Levi's Plaza · San Francisco, California 94120 Phone 415 544-6000



August 15, 1983

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.  20231

Re:  Trademark Registration No. 404248 for
     ARCUATE Design; Our ref. IP00002A

Sir:

Enclosed is the application for renewal of the above
referenced trademark registration in the International
Class 25, its associated specimens and drawings and a
check for $300 to cover the fee.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,


Joan L. Dillon
Assistant General Counsel


JLD:DRA:wj
U006

Enclosures

CONFIDENTIAL

LS-A&F013034

Levi Strauss & Co.   Levi's Plaza 1155 Battery Street San Francisco, California 94106 Phone 415 544-6000



June 16, 1982

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D.C.   20231

Re:  Trademark POCKET PAL

Sir:

Enclosed is the Application to Register the above-referenced
trademark in the International Class 18, its associated
specimens and drawings and a check for $35 to cover the fee.

Also enclosed is a return post card.  Please date stamp re-
turn the card as soon as you receive these applications.

Respectfully,

Joan L. Dillon
Corporate Legal

JLD:em-t

Enclosures

CONFIDENTIAL

LS-A&F013035

Levi Strauss & Co.   Levi's Plaza 1155 Battery Street Sa    ncisco, California 94106 Phone 415 544-6000



QUALITY NEVER GOES OUT OF STYLE

June 15, 1982

Commissioner of Trademarks
United States Patent & Trademark Office
Washington, D. C.   20231

Re:  Trademark TWO HORSE DESIGN (Shoes)

Sir:

Enclosed is the combined Affidavits under Sections 8 and
15 for the above referenced trademark in the International
Class 25, its associated specimens and drawings and a
check for $10.00 to cover the fee.

Also enclosed is a return post card.  Please date stamp
return the card as soon as you receive these
applications.

Respectully,

Joan L. Dillon
Corporate Legal

JLD:SK:lsd

Enclosures

CONFIDENTIAL

LS-A&F013036



September 28, 1984


Commissioner of Trademarks
United States Patent & Trademark
  Office
Washington, D.C.   20231

RE:   TRADEMARK - Registration No. 1,125,823 for
              BEND OVER; Our ref. IPQQQ8A

Dear Sir:

Enclosed is the Combined Affidavit under Sections 8
and 15 for the above referenced trademark in the
International Class 25; its associates specimens and
drawings and a check for $200 representing the fee.

Also enclosed is a return post card.  We would appreciate
your date stamping and returning the card as soon as
you receive these applications.

Respectfully,

Cassandra M. Flipper
Cassandra M. Flipper
Deputy General Counsel


CMF:DRA:dag

ENCLOSURES


CONFIDENTIAL                                                    LS-A&F013037

Strauss & Co., Levi's Plaza, P.O. Box 7215, San Francisco  94120  Phone 415 544-6000



QUALITY NEVER GOES OUT OF STYLE

August 9, 1989

Commissioner of Trademarks
United States Patent &
    Trademark Office
Washington, D.C.  20231

Re:   Renewal Applications for "LEVI'S TAB DEVICE"
      Reg. No. 516,561
      O/Ref:  IP00009C

Dear Sir or Madam:

Enclosed are the documents relating to the above-referenced trademark
action and its associated specimens.  We hereby authorize the
Commissioner of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $300.00.

Enclosed is a return postcard for the application.   Please date
stamp and return the card as soon as you receive this application.

Respectfully,

Vincent De Santis
Vincent De Santis
Corporate Legal Department

/VDS

Enclosures

CONFIDENTIAL

LS-A&F013038

Levi Strauss & Co.    Levi's Plaza · P.O. Box 7215 San Francisco CA 94120 · Phone 415 544-6000



QUALITY NEVER GOES OUT OF STYLE

April 12, 1989


Commissioner of Trademarks
United States Patent &
· Trademark Office
Washington, D.C.  20231

    Re:    Trademark Applications for:

        1.  DOCKERS              O/REF:  IP10860A
            (in Intl Classes 14, 18 and 25)
        2.  DOCKERS & DESIGN     O/REF:  IP10861A
            (in Intl Classes 14, 18 and 25)
        3.  DOCKERS & DESIGN     O/REF:  IP10862A
            (in Intl Class 25)
        4.  WING & ANCHOR DESIGN O/REF:  IP10863A
            (in Intl Class 25)
        5.  WING & ANCHOR DESIGN O/REF:  IP10864A
            (in Intl Class 25)

Dear Sir or Madam:

Enclosed are the documents relating to the five above-referenced
trademark actions and their associated specimens.  We hereby
authorize the Commissioner of Patents and Trademarks to withdraw from
our Deposit  Account #12-1161 the required fee in the amount of
$1,800.00.

Enclosed are return postcards for each of the applications.    Please
date stamp and return the cards as soon as you receive this
application.

Respectfully,


Vincent De Santis
Vincent De Santis
Corporate Legal Department


/VDS

Enclosures


CONFIDENTIAL                                          LS-A&F013039



QUALITY NEVER GOES OUT OF STYLE.

April 11, 1989

Commissioner of Trademarks
United States Patent &
    Trademark Office
Washington, D.C.  20231

    Re:    Section 8&15 Affidavit for Trademark Reg. No. 1,248,357
           "POCKET PAL";   O/Ref: IP00561A

Dear Sir or Madam:

Enclosed are the documents relating to the above-referenced trademark
action and it's associated specimen.  We hereby authorize the
Commissioner of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $200.00

Enclosed is a return post card.  Please date stamp and return the
card as soon as you receive this application.

Respectfully,

Vincent De Santis

Vincent De Santis
Corporate Legal Department

/VDS

Enclosures

CONFIDENTIAL                                                           LS-A&F013040

Levi Strauss & Co    Levis Plaza, P O Box 7215 San Francisco, CA 94120  Phone 415 544-6000



March 23, 1989

Commissioner of Trademarks
United States Patent &
    Trademark Office
Washington, D.C.  20231

    Re:   Renewal Application for Trademark Reg. No. 875,680
          "LITTLE LEVI'S";  O/Ref: IP00049A

Dear Sir or Madam:

Enclosed are the documents relating to the above-referenced trademark
action and it's associated specimen.  We hereby authorize the
Commissioner of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $300.00

Enclosed is a return post card.  Please date stamp and return the
card as soon as you receive this application.

Respectfully,

Vincent De Santis
Vincent De Santis
Corporate Legal Department

/VDS

Enclosures                    IN THE UNITED STATES PATENT & TRADEMARK OFFICE


                    MARK:   LITTLE LEVI'S  (REG.NO. 875,680

                    OUR REF:  IP00049A

                    MAILED:

CONFIDENTIAL                                       LS-A&F013041

Levi Strauss & Co   Levi's Plaza  P O Box 7215 San Francisco CA 94120   Phone 415 544-6000



March 16, 1989


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.  20231

Re:  1.  Section 8 Affidavit for Trademark Reg. No. 1,234,121
         "WITH A SKOSH MORE ROOM";  O/ref: IP00083A

     2.  Section 8&15 Affidavit for Trademark Reg. No. 1,236,456
         "BEND OVER";  O/REF: IP00008B

Dear Sir or Madam:

Enclosed are the documents relating to the above-referenced trademark
actions and their associated specimens.  We hereby authorize the
Commissioner of Patents and Trademarks to withdraw from our Deposit
Account #12-1161 the required fee in the amount of $300.00
(comprising of $100 for the Section 8 Affidavit, and $200 for the
Section 8&15 Affidavit.)

Enclosed are two return post cards.  Please date stamp and return the
cards as soon as you receive this application.

Respectfully,

Vincent De Santis

Vincent De Santis
Corporate Legal Department


/VDS

Enclosures

CONFIDENTIAL                                          LS-A&F013042


QUALITY NEVER GOES OUT OF STYLE

December 6, 1988


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.  20231

Re:  Trademark Application for "501"
      O/ref: IP00194B

Dear Sir or Madam:

Pursuant to the "Notice of Incomplete Trademark Application" letter
(copy attached), we have re-executed our trademark application to
comply with the requested information.  Enclosed are the documents
relating to the referenced trademark action, its associated specimen.
We request "Special Handling" to expedite the processing of this
application and enclose check for $300 to cover both the filing fee
($200) and the special handling charge ($100).

Enclosed is a return post card.  Please date stamp and return the
card as soon as you receive this application.

Respectfully,

*Vincent De Santis*

Vincent De Santis
Corporate Legal Department


/VDS

Enclosures

CONFIDENTIAL                                                LS-A&F013043



November 2, 1988

Commissioner of Trademarks
United States Patent &
    Trademark Office
Washington, D.C.  20231

Re:  Trademark Renewal Application
     "LEVI'S"
     Reg. 250,265    Int'l Class: 25
     O/ref: IP00047A

Dear Sir or Madam:

Enclosed are the documents relating to the referenced trademark
action, its associated specimen and check in the amount of $300 to
cover fee.

Also enclosed is a return post card.  Please date stamp and return
the card as soon as you receive this application.

Respectfully,

Vincent De Santis
Corporate Legal Department

/VDS

Enclosures

CONFIDENTIAL

LS-A&F013044



October 21, 1988


Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, D.C.  20231

Re:  Trademark Application for "501"
      O/ref: IP00194B

Dear Sir or Madam:

Enclosed are the documents relating to the referenced trademark
action and its associated specimen.  We request "Special Handling" to
expedite the processing of this application, and enclose check for
$300 to cover both the filling fee ($200) and the special handling
charge ($100).

Enclosed is a return post card.  Please date stamp and return the
card as soon as you receive this application.

Respectfully,

*Vincent De Santis*

Vincent De Santis
Corporate Legal Department


/VDS

Enclosures

CONFIDENTIAL

LS-A&F013045



May 11, 1988

Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.   20231

Re:  Trademark Renewal for LEVI'S and Design
     Reg. 849,437 in Class 25; O/Ref: IP00030A

Dear Sir or Madam:

Enclosed are the documents relating to the referenced trademark
action, its associated specimen and check in the amount of $300 to
cover fee.

Also enclosed is a return post card.  Please date stamp and return
the card as soon as you receive this affidavit.

Respectfully,

*Vincent De Santis*

Vincent De Santis
Corporate Legal Department

CHECK                                    WELLS FARGO BANK
                                         SAN FRANCISCO, CA        11-24/
                                                                  1210(8)

**Levi's**
QUALITY NEVER GOES OUT OF STYLE          DATE 05/10/88    CHECK NO. 00028024
PAY DOLLARS                                                        AMOUNT

THREE HUNDRED AND 00/100                                    ******300.00

TO THE                                    Levi Strauss & Co. San Francisco, Ca 94120
ORDER
OF        UNITED STATES PATENT AND
          TRADEMARK OFFICE
          WASHINGTON, D.C.
                              20231

          ⑈24⑈ ⑆121000248⑆ 400107576⑈

CONFIDENTIAL                                              LS-A&F013046

Levi Strauss & Co.  Levi's Plaza, P.O Box 7215, San Francisco, CA 94120  Phone 415.544.6000



QUALITY NEVER GOES OUT OF STYLE

November 20, 1987

Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, D.C.  20231

Re:   Trademark: TAB DESIGN
      In Class 25; Registration No.  1,183,022
      Combined Affidavit Under Section 8 and 15; O/Ref:IP00009

      Trademark: LEVI'S FOR MEN
      In Class 25; Registration No.  1,181,227
      Combined Affidavit Under Section 8 and 15; O/ref:IP00046B

Dear Sir or Madam:

Enclosed are the documents relating to the referenced trademark
actions, their associated specimens and two checks to cover fees in
the amount of $200 each.

Also enclosed are two return post cards.  Please date stamp and
return the cards as soon as you receive these documents.

Respectfully,

Vincent De Santis

Vincent De Santis
Corporate Legal Department

/VDS

Enclosures

CONFIDENTIAL                                    LS-A&F013047



July 27, 1987


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C.   20231

Re:  Trademarks: 1) DOCKERS   2) DOCKERS WING & ANCHOR DESIGN
     In Class 25
       O/REF: IP09829A and IP02830A

Dear Sir or Madam:

Enclosed are the documents relating to the referenced trademark
actions, its associates specimens and checks in the amount of $200 to
cover fees.

Also enclosed are two return post cards.  Please date stamp and
return the cards as soon as you receive this application.

Respectfully,

*Vincent E. De Santis*

Vincent De Santis
Corporate Legal Department


/VDS

Enclosures

CONFIDENTIAL                                    LS-A&F013048



QUALITY NEVER GOES OUT OF STYLE

January 21, 1987

Commissioner of Trademarks
United States Patent &
    Trademark Office
Washington, D.C.  20231

Re:  Trademark: TAB DESIGN
     In Class 18; Registration No. 1,157,306
     Combined Affidavit Under Section 8 and 15; O/ref:IP00009L

     Trademark: LEVI'S AND DESIGN
     In Class 41; Registration No. 1,155,926
     Combined Affidavit Under Section 8 and 15; O/ref: IP00030E

Dear Sir or Madam:

Enclosed are the documents relating to the referenced trademark
actions, its associates specimens and two check to cover fees in the
amount of $200 each.

Also enclosed is a return post cards.  Please date stamp and return
the card as soon as you receive these applications.

Respectfully,

Vincent De Santis

Vincent De Santis
Corporate Legal Department


/VDS

Enclosures

CONFIDENTIAL

LS-A&F013049



December 29, 1986


Commissioner of Trademarks
United States Patent &
    Trademark Office
Washington, D.C. 20231


Re:   TRADEMARK RENEWAL
      Trademark:  GUARANTEE TICKET
      Registration No.:  223,725
      In Class(s):  25
      Renewal Date:  FEBRUARY 28, 1987
      Our ref.:  IP8253A


Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a check
to cover the fee in the amount of $300.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

*David A. Perry*

David A. Perry
Corporate Legal Department

DAP:hs
4Y5


Enclosures


CONFIDENTIAL

LS-A&F013050



September 22, 1986

Commissioner of Trademarks
United States Patent &
  Trademark Office
Washington, D.C. 20231

Re:  Combined Affidavit Under Sections 8 & 15
     Trademark:  TAB Design; Registration No. 1157769
     In Class(s):  25; Our ref.:  IP0009M

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a check
to cover the fee in the amount of $200.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

David A. Perry
Corporate Legal Department

DAP:hs
4G02

Enclosures

CONFIDENTIAL

LS-A&F013051



September 11, 1986


Commissioner of Trademarks
United States Patent &
   Trademark Office
Washington, D.C. 20231

Re:  Trademark:  DOCKERS; In Class(s):  25;
     Our ref.:  IP08680A

Sir:

Enclosed are the documents relating to the referenced
trademark action, its associated specimen(s) and a check
to cover the fee in the amount of $175.00.

Also enclosed is a return post card.  Please date stamp
and return the card as soon as you receive these
applications.

Respectfully,

Vince De Santis
Corporate Legal Department

VDS:dp
4F02

Enclosures

CONFIDENTIAL