MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant and Cross-Complainant
ABERCROMBIE & FITCH TRADING CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>            Defendant.<br>_____<br>ABERCROMBIE & FITCH TRADING CO.,<br><br>            Counter-Claimant,<br>     v.<br><br>LEVI STRAUSS & CO.,<br><br>            Counter-Defendant. | Case No. CV-07-3752  JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE RE MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EXPERT REPORT AND SURVEY EVIDENCE**<br>AS MODIFIED HEREIN<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2 |

Pursuant to Abercrombie & Fitch Trading Co. ("Abercrombie") and Levi Strauss & Co.'s Stipulation, the Court hereby Orders:

The hearing date on LS&Co.'s Motion for Summary Judgment and for Partial Summary Judgment and Abercrombie's Motion for Summary Judgment and Motion to Exclude Expert Report, Testimony and Survey Evidence of Dr. Sanjay Sood., is continued to **October 10, 2008 at** ~~9:00 a.m.~~ 10:00 a.m.. The previously set date of October 3, 2008 at 9:00 a.m. is hereby VACATED.

This Order does not alter the deadlines imposed for the response and reply briefs regarding LS&CO's objections to Abercrombie's evidence.

IT IS SO ORDERED.

DATED: September 19, 2008.

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION
TO CONTINUE HEARING DATE
Case No. 03:07-CV-3752-JSW                -2-                Printed on Recycled Paper