IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,

    Plaintiff,

v.

ABERCROMBIE & FITCH TRADING COMPANY,

    Defendant.

No. 07-03752 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On October 24, 2008, Plaintiff Levi Strauss & Company filed a motion to exclude the testimony and report of Defendant's expert, Dr. Gerald Ford, and noticed the matter for hearing on December 12, 2008. Defendant's opposition brief shall be due on November 10, 2008. Plaintiff's reply shall be due on November 17, 2008. If the Court determines that the matter is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties seek to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such request.

**IT IS SO ORDERED.**

Dated: October 28, 2008

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE