**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,

    Plaintiff,

v.

ABERCROMBIE & FITCH TRADING COMPANY,

    Defendants.
_____/

No. 07-03752 JSW

**ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to Magistrate Judge Laporte for a Settlement Conference to take place on Wednesday, December 3, 2008, at 1:30 p.m. The parties shall receive further notice from Judge Laporte regarding the procedures to be followed with regard to this Settlement Conference.

**IT IS SO ORDERED.**

Dated: November 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom