UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,

      Plaintiff,

      v.

ABERCROMBIE & FITCH TRADING COMPANY,

      Defendant.
_____/

No. C-07-03752 JSW (EDL)

NOTICE CHANGING TIME
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for December 3, 2008 at 1:30 p.m. has been **reset to 9:30 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California

Settlement Conference statements, if not previously submitted, are due no later than 4:00 p.m. on November 25, 2008 . All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: November 25, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge