| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (Bar No. 111536) |
| 2 | GIA L. CINCONE (Bar No. 141668) |
| | RAQUEL PACHECO (Bar No. 245328) |
| 3 | Two Embarcadero Center, 8th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 5 | Email: gsgilchrist@townsend.com, glcincone@townsend.com; |
| | rpacheco@townsend.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |
| 8 | ----------------------------------------------- |
| | MICHAEL J. BETTINGER (State Bar No. 122196) |
| 9 | RACHEL R. DAVIDSON (State Bar No. 215517) |
| | K&L GATES LLP |
| 10 | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| 11 | 11 Phone: 415-882-8200 |
| | Facsimile: 415- 882-8220 |
| 12 | |
| 13 | J. MICHAEL KEYES (*PRO HAC VICE*) |
| | KJIRSTIN J. GRAHAM (State Bar No. 239485) |
| 14 | K&L GATES LLP |
| | 618 West Riverside Avenue, Suite 300 |
| 15 | Spokane W A 99201-0602 |
| | Phone: 509-624-2100 |
| 16 | Facsimile: 509-456-0146 |
| 17 | Attorneys for Defendant |
| | ABERCROMBIE & FITCH TRADING CO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | CASE NO. C 07-03752 JSW |
| Plaintiff | **[PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE RE-FILING OF REDACTED DOCUMENTS AND RENEWED MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL BY LEVI STRAUSS AND CO. PURSUANT TO CIVIL L.R. 79-5(c)** |
| v. | |
| ABERCROMBIE & FITCH TRADING CO., | |
| Defendant | |

1    The Court having considered the parties' joint motion for an order permitting the re-filing of redacted documents and renewed motion to file under seal documents designated confidential by Levi Strauss & CO. Pursuant To Civil L.R. 79-5(c), and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Clerk shall accept for filing under seal the lodged sealed copies of the Expert Report of Clifford Kupperberg and the attached Exhibits A through C, dated June 30, 2008, attached as Exhibit A to the Declaration of J. Michael Keyes in support of Abercrombie & Fitch Trading Co.'s Motion in Limine No. 4 to Exclude the Opinions of Clifford Kupperberg;

2. The Clerk shall remove Docket Entry No. 269 from the public record; and

3. LS&CO shall be allowed to refile a public redacted version of the Expert Report of Clifford Kupperberg that was attached as Exhibit A to the Declaration of Gia L. Cincone in Support of Plaintiff's Opposition to Defendant's Motion in Limine No. 4 to Exclude the Opinions of Clifford Kupperberg, Docket Entry No. 269.

DATED: __December 1__, 2008

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

61710212 v1