**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,

      Plaintiff,                                        No. 07-03752 JSW

  v.                                                       **ORDER RE JURY SELECTION**

ABERCROMBIE & FITCH TRADING
COMPANY,

      Defendants.

_____ /

      At the pretrial conference in this matter, the Court advised the parties that it did not intend to select a jury prior to December 15, 2008, the date on which this matter is set for trial. Upon further consideration of the Court's schedule, and in light of the impending holidays, the Court HEREBY ADVISES the parties that it does intend to select a jury on Wednesday December 10, 2008. The parties SHALL APPEAR on that date at 1:00 p.m. for the purpose of selecting a jury.

      **IT IS SO ORDERED.**

Dated: December 1, 2008                           _____
                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE