United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,                    No. C 07-3752 JSW (EDL)

    Plaintiff,                    **ORDER FOLLOWING SETTLEMENT
               CONFERENCE**

 v.

ABERCROMBIE & FITCH TRADING
COMPANY,

    Defendant.
_____/

   Following the settlement conference held by the Court on December 3, 2008, Defendant

shall respond to Plaintiff's proposal by 2:00 p.m. on December 8, 2008.  By that date, the parties

shall update the Court by submitting either a joint letter or separate, confidential letters directly to

chambers by facsimile at (415) 522-2002.  The parties may arrange a further telephonic conference

by contacting the courtroom deputy at (415) 522-3694.


   **IT IS SO ORDERED.**

Dated: December 3, 2008

              *Elizabeth D. Laporte*
              _____
              ELIZABETH D. LAPORTE
              United States Magistrate Judge