TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com; glcincone@townsend.com; rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

MICHAEL J. BETTINGER (State Bar No. 122196)
RACHEL R. DAVIDSON (State Bar No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415-882-8200
Facsimile: 415- 882-8220

J. MICHAEL KEYES (*PRO HAC VICE*)
KJIRSTIN J. GRAHAM (State Bar No. 239485)
K&L GATES LLP
618 West Riverside Avenue, Suite 300
Spokane WA 99201-0602
Phone: 509-624-2100
Facsimile: 509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　　Defendant. | Case No.   C 07-03752 JSW<br>ORDER ON<br>**JOINT LIST OF OBJECTIONS TO DEPOSITION DESIGNATIONS**<br><br>**Trial Date:**　**December 15, 2008**<br>**Courtroom:**　**2, 17th Floor**<br>　　　　　　　**Hon. Jeffrey S. White** |

The Court's rulings follow.  If an objection is based upon an incomplete designation, and the Court sustains that objection, the additional designations shall be read to the jury.  If an objection is based on an incomplete designation as well as other grounds, the Court will identify the basis on which the objection is sustained.  If it is not based upon the incomplete designation, the additional portions shall not be read to the jury.

**LS&CO. Designations / A&F Objections**

| Designation – Stacie Beaver | Objection | Response |
|---|---|---|
| 35:4-36:7 Sustained. | Incomplete Designation – add: 34:1-35:3 | This addition is not necessary to explain the designated portion. |
| 38:25-39:16 Overruled. | Lacks sufficient knowledge | Witness is A&F's senior merchandise manager for denim and was designated as 30(b)(6) witness on adoption and use of the Ruehl stitching design; she is familiar with A&F's market research and has sufficient knowledge to testify to the importance of pocket stitching designs to jeans consumers |
| 60:4-61:20 Sustained, in part. | Incomplete Designation – add: 39:17-40:23  Omit 39:20-23. | Contains speculation about consumer impressions and is not necessary to explain the designated portion |
| 87:11-89:6 Sustained. | Incomplete Designation – add: 89:7-90:6 to further explain exhibit about which witness is testifying | The additional testimony explains portions of the exhibit that are irrelevant, and is unnecessary to the designation |
| 94:20-95:9 Overruled. | Relevance | Relevant to how jean is shown at point of sale and choice to show stitching |

| Designation – Nicole Sanger | Objection | Response |
|---|---|---|
| 46:20-47:9 Sustained. | Relevance | Relevant to witness's experience and scope of her knowledge of third party use of stitching designs, a topic on which she has been designated to testify |
| 60:14-61:24 Sustained, in part. | 61:14-24 – calls for speculation; Incomplete Designation – add: 61:25-64:22 to give context to and explain how witness conducted her focus groups  Omit 63:21-64:4. | Does not call for speculation, but merely asks the witness whether the participants in the focus groups she conducted were shown any product; proposed addition contains several pages of testimony and is not necessary to explain designated portion |
| 68:14-71:5 Overruled. | Incomplete Designation – add: 71:5-17 to give context to and explain designated testimony | Addition contains speculation |

| Designation – Kevin Cothren | Objection | Response |
|---|---|---|
| 13:12-21<br>Overruled. Per Levi's response, additions to be given. | Refers to unidentified testimony of another witness; calls for speculation; incomplete designation – add: 11:20-25, 13:21-16:13 | Refers to design process, does not call for speculation. Requested portion has been added, to the extent not already designated. |
| 33:6<br>Sustained as to 33:6-9. | Relevance; no response; privilege | Inappropriate to refer to privilege designation as it suggests that a review by the legal department was undertaken. |
| 71:11-73:5<br>Overruled. | 72:19-73:5 – lacks sufficient knowledge; relevance | Witness is testifying to his knowledge of a particular line of LEVI'S® jeans that carries a design similar to the Ruehl design; relevant to knowledge of LS&CO.'s mark and intent |

| Designation – Reid Wilson | Objection | Response |
|---|---|---|
| 97:18-97:22<br>Overruled. | Relevance/lacks foundation | Relevant to use of challenged design; will add 97:8-17 to establish foundation |
| 101:22-102:3<br>Sustained - incomplete designation. | Relevance/outside scope of 30(b)(6); Incomplete designation – add: 102:4-103:18 | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to pending application to register challenged design; requested portion has been added |
| 103:13-104:21<br>Sustained - incomplete designation. | Relevance/outside scope of 30(b)(6); Incomplete designation – add: 101:22-103:12 | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to pending application to register challenged design; requested portion has been added, to the extent not already designated |
| 105:11-25<br>Overruled. | Relevance/outside scope of 30(b)(6) | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to pending application to register challenged design |
| 125:16-127:10<br>Overruled, but omit 126:20-21. | Relevance/outside scope of 30(b)(6); calls for attorney/client communications | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to A&F's decision to clear and use challenged design; does not call for privileged communications and no privilege objection was made at the time |
| 128:7-129:7<br>Overruled. | Relevance/outside scope of 30(b)(6) | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to A&F's decision to |

| | | | clear and use challenged design |
|---|---|---|---|
| 135:3-136:3<br><br>Overruled. | Relevance/outside scope of 30(b)(6); lacks foundation | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; witness testified he had seen the exhibit and could identify it |
| 137:6-15<br><br>Overruled. | Relevance/outside scope of 30(b)(6); calls for speculation | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; testified to his understanding of the document |
| 137:24-143:3<br><br>Overruled. | Relevance/outside scope of 30(b)(6); 137:24-139:3, 142:18-143:3 lacks foundation; calls for speculation | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; witness identified and produced the documents in discovery so there is adequate foundation |
| 146:15-147:25<br>Sustained in part. | Relevance/outside scope of 30(b)(6)<br><br>  Omit 147:19-20. | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to creation of challenged design |
| 155:12-20<br><br>Sustained. | Relevance/outside scope of 30(b)(6) | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to design process and to A&F's intent to copy competitors' marks |
| 166:3-168:24<br><br>Sustained - relevance. | Relevance/outside scope of 30(b)(6); lacks foundation/ hearsay/Fed. R. Evid. 408; Alternatively, Incomplete designation – add: 168:25-169:25 | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to willfulness. Requested portion will be added, to the extent not already designated. |
| 169:22-171:23<br><br>Sustained - relevance. | Relevance/outside scope of 30(b)(6); lacks foundation/ hearsay/Fed. R. Evid. 408; Alternatively, Incomplete designation – add: 168:21-169:21 | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to willfulness. Requested portion will be added, to the extent not already designated. |
| 191:2-7<br>Sustained - relevance. | Relevance/outside scope of 30(b)(6); hearsay | | Witness testified in individual capacity as well as pursuant to FRCP 30(b)(6) notice; relevant to intent; not hearsay. |

December 11, 2008

IT IS SO ORDERED

Judge Jeffrey S. White