United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEVI STAUSS & COMPANY ,                                    Case No. C-07-3752 JSW

          Plaintiff(s),

     v.                                                **ORDER**

ABERCROMBIE AND FITCH
TRADING COMPANY,

          Defendant(s).

_____/

     HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish

the Deluxe Continental Breakfast for the **10 members** of the jury in the above-entitled matter

beginning **Wednesday, December 17, 2008,** for the duration of the at the expense of the United

States. The trial will be held in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco,

California 94102.  The refreshments shall be brought to the jury room behind Courtroom 2 by no

later than 7:00 a.m. each day and will be cleaned up by no later than 2:00 p.m. each day.

IT IS SO ORDERED.

Dated:  December 15, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE