TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
RAQUEL PACHECO (State Bar No. 245328)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  gsgilchrist@townsend.com, glcincone@townsend.com, rpacheco@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

Michael J. Bettinger (State Bar No. 122196)
Rachel R. Davidson (State Bar No. 215517)
K&L Gates LLP
Four Embarcadero, Suite 1200
San Francisco, CA 94111
Phone:       415-882-8200
Facsimile:  415- 882-8220

J. Michael Keyes (Pro Hac Vice)
Kjirstin J. Graham (State Bar No. 239485)
K&L Gates LLP
618 West Riverside Avenue, Suite 300
Spokane WA  99201-0602
Phone:       509-624-2100
Facsimile:  509-456-0146

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff,<br><br>     v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>            Defendant. | Case No.   C 07-03752 JSW<br>[PROPOSED] ORDER PERMITTING EQUIPMENT INTO THE COURTHOUSE |

Counsel for both plaintiff and defendant in the above-captioned matter may bring the following pieces of equipment into the courtroom for use at trial scheduled for set-up on Tuesday, December 16, 2008 in Courtroom 2. The trial is scheduled to begin on Wednesday, December 17, 2008 before the Honorable Judge Jeffrey S. White. The equipment to be brought into the courtroom is as follows:

- One LCD projector
- One 7.5 X 10 projection screen
- One Wolfvision VZ9 Plus document presenter
- One whiteboard
- Several speakers
- Six 17" flat panel display monitors
- Two folding technician tables
- Two AV stands with skirts
- Several laptop computers
- Four clothing racks
- Two easels
- Various installation wires and cables

IT IS SO ORDERED

Dated: December 16, 2008

_____
Honorable Jeffrey S. White
United States District Court Judge