IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING COMPANY,<br><br>    Defendants.<br>_____/ | No. 07-03752 JSW<br><br>**ORDER DIRECTING CLERK TO REOPEN CASE AND SETTING STATUS CONFERENCE** |

Pursuant to the Judgment of the United States Court of Appeals for the Ninth Circuit reversing the judgment of this Court on Plaintiff's claim for trademark dilution, IT IS HEREBY ORDERED that the Clerk shall reopen this case. It is FURTHER ORDERED that the parties shall appear for a status conference on Friday, May 13, 2011 at 1:30 p.m. A joint status conference statement setting forth how the parties believe this matter should proceed shall be due by no later than May 6, 2011.

**IT IS SO ORDERED.**

Dated: March 22, 2011

                                              JEFFREY S. WHITE<br>
                                              UNITED STATES DISTRICT JUDGE