IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEVI STRAUSS & COMPANY,

    Plaintiff,

v.

ABERCROMBIE & FITCH TRADING COMPANY,

    Defendants.

No. 07-03752 JSW

**ORDER VACATING STATUS CONFERENCE AND SETTING BRIEFING SCHEDULE**

The Court has received and considered the parties' Joint Status Conference Statement, and HEREBY VACATES the status conference scheduled for May 13, 2011.

The Court does not find Levi Strauss & Company's ("LS&Co.") arguments regarding amendment of the complaint persuasive and, in the absence of a motion to dismiss this case, shall set a briefing schedule so that the parties may set forth their positions regarding dilution, in light of the Ninth Circuit's ruling.

Accordingly, LS&Co. shall file its opening brief by no later than June 3, 2011. Abercrombie & Fitch Trading Company shall file its responsive brief by no later than June 17, 2011. LS&Co. may file a reply brief by no later than June 24, 2011. If the Court finds that the matter requires oral argument, it shall notify the parties.

//

//

//

If either party seeks to continue this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: May 10, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2