|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LEVI STRAUSS & CO., | Case No. C 07-03752 JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | **AS MODIFIED** |
| ABERCROMBIE & FITCH TRADING CO., |  |
| Defendant. |  |

There being no objection from Defendant, subject to its reservation to seek fees and costs

The only claim remaining before the Court in this action is Levi Strauss & Co.'s claim for trademark dilution under the federal Trademark Dilution Revision Act of 2006. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2) and by request of Levi Strauss & Co., this action is hereby DISMISSED with prejudice.

DATED: May 31, 2011   _____
Hon. Jeffrey S. White
United States District Judge

63353436 v1

Request for Dismissal and Proposed Order
CASE NO. C 07-03752 JSW

2